

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA

## CIVIL RIGHTS COMPLAINT FORM FOR
## PRO SE PRISONER LITIGANTS IN ACTIONS UNDER
## 28 U.S.C. § 1331 or § 1346 or 42 U.S.C. § 1983

Robert Sinclair Lee,

Inmate ID Number: T15204,

*(Write your full name and inmate ID number.)*

**v.**

Florida Dept. of Corrections

Sect. F.D.O.C. Ricky Dixon,

WARDEN R. Quinn,

*(Write the full name of each Defendant who is being sued. If the names of all the Defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)* ET. AL.

Case No.: 3:24 cv 00321-TKW-HTC
*(To be filled in by the Clerk's Office)*

**Jury Trial Requested?**
☑YES ☐ NO

FILED USDC FLND PN (JF)
JUL 12 '24 AM10:06

# I. PARTIES TO THIS COMPLAINT

A. Plaintiff

Plaintiff's Name: Robert Sinclair Lee      ID Number: T15204

List all other names by which you have been known: Frank DAVIS, FRANK Lee WILLIAMS, FRANK WILLIAMS, ROBERT Lee

Current Institution: SANTA ROSA CORRECTIONAL INST.

Address: 5850 EAST MILTON ROAD

MILTON, FLORIDA   32583

B. Defendant(s)

State the name of the Defendant, whether an individual, government agency, organization, or corporation. For individual Defendants, identify the person's official position or job title, and mailing address. Indicate the capacity in which the Defendant is being sued. Do this for *each and every* Defendant:

1. Defendant's Name: FLORIDA DEPT. OF CORRECTIONS

Official Position: CORRECTIONAL AGENCY

Employed at: FLORIDA DEPT. OF CORRECTIONS

Mailing Address: 501 SOUTH CALHOUN STREET

TALLAHASSEE FLORIDA   32399

☑ Sued in Individual Capacity          ☐ Sued in Official Capacity

2. Defendant's Name: Ricky Dixon

Official Position: Secretary, Florida DEPT. of CORRECTIONS

Employed at: FLORIDA'S DEPT. OF CORRECTIONS

Mailing Address: 501 South CALHOUN Street

TALLAHASSEE, FLORIDA   32399

☑ Sued in Individual Capacity          ☐ Sued in Official Capacity

3. Defendant's Name: R. Quinn

Official Position: Chief EXECUTIVE / WARDEN

Employed at: SANTA ROSA CORRECTIONAL INST.

Mailing Address: 5850 EAST MILTON ROAD

MILTON, FLORIDA   32583

☑ Sued in Individual Capacity          ☐ Sued in Official Capacity

*(Provide this information for all additional Defendants in this case by attaching additional pages, as needed.)*

## II.  BASIS FOR JURISDICTION UNDER 28 U.S.C. § 1331 or § 1346

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution" and federal law. Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

4. DEFENDANT'S NAME : J. WHITE

OFFICAL POSITION : CAPTAIN

EMPLOYED AT: SANTA ROSA CORRECTIONAL INST.

MAILING ADDRESS : 5850 EAST MILTON ROAD

MILTON, FLORIDA 32583

☑ SUED IN INDIVIDUAL CAPACITY ☐ SUED IN INDIVIDUAL CAPACITY

5. DEFENDANT'S NAME : Grimm

OFFICAL POSITION : Lieutenant

EMPLOYED AT: SANTA ROSA CORRECTIONAL INST.

MAILING ADDRESS : 5850 EAST MILTON ROAD

MILTON, FLORIDA 32583

☑ SUED IN INDIVIDUAL CAPACITY ☐ SUED IN INDIVIDUAL CAPACITY

6. DEFENDANT'S NAME : PERKINS

OFFICAL POSITION : SGT.

EMPLOYED AT: SANTA ROSA CORRECTIONAL INST.

MAILING ADDRESS : 5850 EAST MILTON ROAD

MILTON, FLORIDA 32583

☑ SUED IN INDIVIDUAL CAPACITY ☐ SUED IN ~~INDIVIDUAL~~ OFFICAL CAPACITY

7. DEFENDANT'S NAME : K. YOUNG

OFFICAL POSITION : OFFICER

EMPLOYED AT: SANTA ROSA CORRECTIONAL INST.

MAILING ADDRESS : 5850 EAST MILTON ROAD

MILTON, FLORIDA 32583

☑ SUED IN INDIVIDUAL CAPACITY ☐ SUED IN OFFICAL CAPACITY

3-2

8. DEFENDANT'S NAME: G.L. HARTLEY

OFFICAL POSITION: OFFICER

EMPLOYED AT: SANTA ROSA CORRECTIONAL INST.

MAILING ADDRESS: 5850 EAST MILTON ROAD

MILTON, FLORIDA 32583

☑ SUED IN INDIVIDUAL CAPACITY   ☐ SUED IN OFFICAL CAPACITY

9. DEFENDANT'S NAME: Trimble

OFFICAL POSITION: OFFICER

EMPLOYED AT: SANTA ROSA CORRECTIONAL INST.

MAILING ADDRESS: 5850 EAST MILTON ROAD

MILTON, FLORIDA 32583

☑ SUED IN INDIVIDUAL CAPACITY   ☐ SUED IN OFFICAL CAPACITY

10. DEFENDANT'S NAME: Gerewscer

OFFICAL POSITION: OFFICER

EMPLOYED AT: SANTA ROSA CORRECTIONAL INST.

MAILING ADDRESS: 5850 EAST MILTON ROAD

MILTON, FLA. 32583

☑ SUED IN INDIVIDUAL CAPACITY   ☐ SUED IN OFFICAL CAPACITY

11. DEFENDANT'S NAME: COATES

OFFICAL POSITION: OFFICAL

EMPLOYED AT: SANTA ROSA CORRECTIONAL INST.

MAILING ADDRESS: 5850 EAST MILTON ROAD

MILTON, FLA. 32583

☑ SUED IN INDIVIDUAL CAPACITY   ☐ SUED IN OFFICAL CAPACITY

3-3

Are you bringing suit against (*check all that apply*):

☐ Federal Officials (*Bivens case*)          ☑ State/Local Officials (*§ 1983 case*)

## III. PRISONER STATUS

Indicate your confined status:

☐ Pretrial Detainee          ☐ Civilly Committed Detainee

☑ Convicted State Prisoner          ☐ Convicted Federal Prisoner

☐ Immigration Detainee          ☐ Other (*explain below*):

## IV. STATEMENT OF FACTS

Provide a short and plain statement of the *facts* showing why you are entitled to relief. Describe how *each* Defendant was involved and what each Defendant did, or did not do, in support of your claim. Identify when and where the events took place, and state how each Defendant caused you harm or violated federal law. Write each statement in short, numbered paragraphs, limited as far as practicable to a single event or incident. ***Do not make legal arguments, quote cases, cite statutes, or reference a memorandum.*** You may make copies of page 6 if necessary to supply all the facts. Barring extraordinary circumstances, no more than five (5) additional pages should be attached. Exhibits attached to

this complaint will count as part of your page limitation. Therefore, do not attach irrelevant or unnecessary exhibits. FACTS not related to this same incident or issue must be addressed in a separate civil rights complaint.

## IV.   STATEMENT OF FACTS

#1. Thus, Civil Rights Complaint, is being brought by ROBERT SINCLAIR LEE, a convicted prisoner in the FLORIDA'S DEPT. OF CORRECTIONS.

#2. FLORIDA'S DEPT. OF CORRECTIONS, a correctional AGENCY that operate correctional facilities for a jurisdiction or jurisdictions and sets system-wide policies or procedures, along with that agency's decision-makers.

#3. Ricky Dixon, the "correctional administrator" or SECRETARY OF F.D.O.C. is the individual with responsibility for system-wide operations and management.

#4. R. Quinn, the "chief executive of the facility" the correctional offical with command authority over SANTA ROSA C.I.

#5 R. Quinn, is the "correctional offical" individual with responsibility for facility wide-operations and management at SANTA ROSA C.I.

#6. J. White, a captain at SANTA ROSA C.I. acted under the color of law in his individual capacity.

#7. Grimm, a Lieutenant at SANTA ROSA C.I. acted under the color of law in his individual capacity.

#8. Perkins, a SARGEANT at SANTA ROSA C.I. acted under the color of law in his individual capacity.

#9. K. Young, a OFFICER at SANTA ROSA C.I. acted under the color of law in his individual capacity.

#10. G.L. Hartley, a officer at SANTA ROSA C.I. acted under the color of law in his individual capacity.

#11. Tribble, a officer at SANTA ROSA C.I. acted under the color of law in his individual capacity.

#12. Gerenscer, a officer at SANTA ROSA C.I. acted under the color of law in his individual capacity.

#13. Coates, a officer at SANTA ROSA C.I. acted under the color of law in his individual capacity.

#5

## IV. STATEMENT OF FACTS continued (page 2 of 7)

#14. Each employee or employeer Above #2 thru #13 are "governmental authorities" encompasses persons in all branches and levels of government whose conduct affects correctional policy or conditions, including members of the legislature, prosecutors, judges, governors, etc.

#15. ON MAY 17, 2024 AT SANTA ROSA ANNEX PLAINTIFF WAS forced to be housed at the MAIN UNIT, even after expressing his fear of being deprived safety and well-being because of a prior incident where he filed a lawsuit # 3:20-cv-5462-MCR-HTC.

#16. EVEN WARDEN QUINN WAS AWARE by grievance that plaintiff needed protection from ALL STAFF AT SANTA ROSA C.I.

#17. Quinn responded that plaintiff doesn't have that right to seek protection against staff, "RETURNED" THE Grievance "NO PROCESS".

#18. CAPTAIN J. WHITE TOLD PLAINTIFF THAT HE HAS A JOB TO DO AND CENTRAL OFFICE (TALLAHASSEE) SAYS MOVE YOU, IT'S HIS DUTY TO HAVE YOU HOUSED IN "ECHO" E-DORM BEFORE HIS SHIFT ENDS.

#19. PLAINTIFF WAS JUST ABOUT TO GET CHEMICAL AGENTS APPLIED WHEN WHITE, HARTLEY & GRIMM GAVE HIM A FINAL ORDER ON CAMERA THAT IF HE DIDN'T COMPLY CHEMICAL AGENTS WOULD BE ADMINISTRATURED.

#20. PLAINTIFF spoke to the camera for those 3 minutes about his due process and equal protection and fear of STAFF.

#21. Grimm, HARTLEY & White escorted plaintiff to the main-unit on video & PLAINTIFF WAS IN (FULL RESTRAINTS) HANDCUFFS, BLACK BOX, WAIST-CHAIN & SHACKLES.

#22. PLAINTIFF spoke his concern about his safety and well-being and how White, Grimm & HARTLEY was depriving him of his RIGHTS.

#23. PLAINTIFF WAS told by White AND Grimm cease his disorderly behavior.

#24. AFTER entering the main compound (2) officers K.YOUNG & COATES join in to escort PLAINTIFF.

#25. Farther down L.T. CATTNACH & CAPTAIN CARR are standing smiling waiting for PLAINTIFF to walk by.

#26. AGAIN PLAINTIFF expresses his FEAR BECAUSE CATTNACH WAS INVOLVED IN THE PRIOR COMPLAINT # 3:20-cv-5462-MCR-HTC.

## IV. STATEMENT OF FACTS continued (page 3 of 7)

#27. PLAINTIFF is told by White, Grimm & Young stop being disruptive & cease his disorderly behavior.

#28. PLAINTIFF tells Young I'm surprised you're still here because you love to BEAT ON INMATES, YOUNG REPLYS "HUH".

#29. After entering "E-2" plaintiff notices Trimble, PERKINS & Gerenscer standing WAITING ON HIM at cell E2102.

#80. PLAINTIFF CAN'T UNDERSTAND WHY ALL THESE OFFICERS ARE SHOWING UP TO GREET HIM.

#81. PLAINTIFF tells HARTLEY, PERKINS, YOUNG, Gerenscer, that he refused to go in that cell.

#32. HARTLEY, YOUNG, Trimble & Gerenscer slammed plaintiff's HEAD into the WALL FROM 8' Feet away with malicious intent.

#33. White had the camera operater turn the camera off —

#34. HARTLEY, YOUNG, Trimble & Gerenscer then rush plaintiff head first about 5 STEPS and slam HIM FACE FIRST ON THE FLOOR.

#35. YOUNG SLAM HIS KNEE ON PLAINTIFF'S NECK with ALL HIS WEIGHT ON IT & PALMS HIS FACE TO THE GROUND. ****

#36. HARTLEY HITS PLAINTIFF with a WALKIE-TALKIE TWICE in the SIDE OF HIS FACE & HEAD.

#37. Grimm, Perkins & COATES are trying to break PLAINTIFF's leg's

#38. Trimble by now is Kneeling in front of PLAINTIFF covering his mouth & nose making it where he can't BREATHE.

#39. PLAINTIFF IS TRYING TO SCREAM FOR HELP BUT IS BEING DEPRIVE THAT RIGHT Because HE's BEING SUFFOCATED, BY TRIBBLE.

#40. YOUNG, HARTLEY & Gerenscer are taking turns trying to bend my ARMS & WRIST INTENTIONALLY to BREAK them.

#41. Trimble even try purposely to break PLAINTIFF's ARM.

#42. PLAINTIFF IS HOLLEN "OH GOD PLEASE DON'T LET THEM KILL me.

#43. During this whole incident PLAINTIFF has HANDCUFFS, BLACK-BOX, WAIST-CHAIN & SHACKLES, depriving him his due process of law, not to be subject to cruel and unusual punishme

#6-3

## IV. STATEMENT OF FACTS continued (page 4 of 7)

#44. White, Grimm, PERKINS & COATES Failed to intervene when YOUNG, HARTLEY, Trimble & Gerenseer slammed his head into the wall but was in a position to do so.

#45. White, Grimm, PERKINS & COATES Failed to ACT when YOUNG, HARTLEY, Trimble & Gerenseer slammed Face First on the FLOOR but was in a position to do so. PLAINTIFF.

#46. White Failed to train HARTLEY, YOUNG, Trimble & Gerenseer how to escort PLAINTIFF properly to the cell but was in a position to do so because HE WAS THE SENIOR OFFICIAL CAPTAIN present.

#47. White Failed to intervene when YOUNG SLAMMED HIS Knee into PLAINTIFF's Neck.

#48. White Failed to ACT when TRIBLE ~~tribbed~~ was covering PLAINTIFF mouth and nose, but was in a position to do so.

#49. White FAILED TO TRAIN HARTLEY not to HIT PLAINTIFF with the walkie-talkie, was in a position to do so.

#50. YOUNG violationed FLORIDA'S DEPT. OF CORRECTIONS POLICY & LAW ENFORCEMENTS MANDATORY POLICY WHEN HE PUT HIS Knee on PLAINTIFF's Neck, DEPRIVING HIM HIS EQUAL PROTECTION OF THE LAW & DUE PROCESS OF LAW.

#51. FLORIDA'S DEPT. OF CORRECTIONS deprived PLAINTIFF by not enforcing STAFF like YOUNG and others that UNDER no circumstances can a restrainted inmate have a Knee put on their neck during a use of force.

#52. RICKY DIXON ~~contribed~~ contributed to this policy violation because it's not in the USE OF FORCE Rules and regulations of the F.D.O.C. had it been applied PLAINTIFF would have been guaranteed his due process & equal protection of the law.

#53. R. QUINN was on duty when this occurred 5-17-2024 was in a position to ~~protection~~ protect PLAINTIFF but Failed to maintain order and discipline had he done so PLAINTIFF WOULD HAVE NOT BE SUBJECT to HIS DUE PROCESS BEING VIOLATED.

#6-4

IV. STATEMENT OF FACTS continued (page 5 of 7)

#54. PLAINTIFF's LIFE & Liberty was put in jeopardy when he was in this dangerous Attack making him go to the main unit White, HARTLEY, Grimm.

#55. Ricky DIXON isn't enforcing discipline against staff here at SANTA ROSA because PLAINTIFF is leaving proof because he had NO due process or equal protection on 5-17-24.

#56. The MANDATORY POLICY VIOLATION CAN BEEN SEEN ON FIXED WING VIDEO AND IT DOES SUPPORT PLAINTIFF'S SIDE IN THIS VICIOUS ATTACH DONE BY F.D.O.C. STAFF MEMBERS.

#57. PLAINTIFF was in the care, custody and control of FLORIDA'S DEPT. OF CORRECTIONS when his due process and equal protection was violated putting his safety and well-being At risk.

#58. PLAINTIFF was in the care, custody and control of RICKY DIXON when his due process was violated putting his safety and well-being at risk.

#59. PLAINTIFF was in the care, custody and control of R. QUINN when his equal protection was deprived of that right because of this Attack.

#60. White, Grimm, PERKINS, Trible, YOUNG, COATES HARTLEY & Berenscer failed to maintain control of NORMAL operations when they deprived plaintiff of his (rights) due process & equal protection.

#61. Berenscer, YOUNG, Trible, & HARTLEY dragged plaintiff on his stomach in handcuff's into the cell.

#62. YOUNG grabbed PLAINTIFF by his neck & head when this was done intentionally. INHUMANE TREATMENT.

#63. PLAINTIFF is in shock & fear because he knew that this would happen here At SANTA ROSA C.I.

#6-5

## IV. STATEMENT OF FACT continued (page 6 of I)

#64. PLAINTIFF sees the NURSE on duty & makes complaints about his NECK, arms & legs hurting.

#65. PLAINTIFF beggs her to please help him — because they trying to KILL him.

#66. PLAINTIFF tell WHITE & COATES his hurt — his NECK hurts pull him out to see the NURSE, WHITE & COATE SAYS HELL NO.

#67. PLAINTIFF is under extreme distress, mental anguish & emotional stress (CRYING) * WHITE & COATE are BOTH SMILING.

#68. PLAINTIFF is still in HANDCUFF'S BUT BEGGING FOR HELP & CALLING GOD FOR HELP.

#69. AFTER THE CAMERA IS TURNED OFF COATES YELLS OH GOD HELP HIM.

#70. ON 5-20-24 plaintiff puts in a sick-call "my NECK HURTS EXTREMELY BAD, MY ARMS & BOTH WRIST HURT & HAVE KNOTS & BRUISES ON THEM.

#71. PLAINTIFF is seen by DOCTOR days later ~~XX~~ DOCTOR prescribed IBUPROFEN 600MG TABLETS 30.

#72. PLAINTIFF put's in ANOTHER sick-call 6-3-2024 "my NECK is still sore because a officer put his KNEE ON my NECK with all his weight on it while I was in HANDCUFFED & SHACKLES.

#73. DAYS LATER DOCTOR ORDERED shot of SOLUMEDROL 125MG.

#74. ON 6-6-24 OR 6-7-24 NURSE give me shot SOLUMEDROL 125MG, in BUTTOCK. FOR UNBEARABLE PAIN.

#75. ON 6-12-24 DOCTOR ORDER X-RAY FOR NECK because told PLAINTIFF he NEEDS to see what's wrong — because he can't over mediate him.

#76. PLAINTIFF Filed Informal Grievance to INSPECTOR General about complaint # 119-2405-1441 APPROVED.

#77. CAMERA EVIDENCE SUPPORTS COMPLAINT AS PROOF OF ALL RIGHTS & POLICY VIOLATIONS.

#78. EACH DEFENDANT (FLORIDA'S DEPT. OF CORRECTIONS, RICKY DIXON AND WARDEN QUINN) MUST CURE THESE POLICYS THAT PLAINTIFF HAS ALLEGED WAS VIOLATED

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

**INMATE REQUEST**

IV. STATEMENT OF FACTS 119-2405-1441 (7 of 7)

Mail Number: _____
Team Number: _____
Institution: __119__

| TO: (Check One) | ☐ Warden<br>☐ Asst. Warden | ☐ Classification<br>☐ Security | ☐ Medical<br>☐ Mental Health | ☐ Dental<br>☑ Other Inspector General |
|---|---|---|---|---|

| FROM: | Inmate Name<br>ROBERT S. Lee | DC Number<br>T15204 | Quarters<br>E2102U | Job Assignment<br>cm2 | Date<br>5-28-24 |
|---|---|---|---|---|---|

**REQUEST**                                    Check here if this is an informal grievance ☑

THUS, INFORMAL 42 U.S.C. 1983 COMPLAINT occurred At SANTA ROSA MAIN UNIT on MAY 17, 2024; while I WAS IN FULL HAND-CUFFS, BLACK-BOX & LEG-SHACKLES IN E2102 or outside Time 12:00 pm to 2:00 pm Store FIXED WING CAMERAS. OFFICER'S HARTLEY, K. YOUNG, Brenesner & Tribble run my HEAD into the wall. Then "they" all slam me fAce First on the FLOOR, OFFICER K. YOUNG deliberately put's his Knee on my neck & put all his weight down on me, OFFICER HARTLEY hits me in the HEAD & FACE with A walkie talkie. OFFICERS PERKINS, Tribble, L.T. Grimm can all be seen Footage of Fixed camera's trying to break my legs & twisting my arms using excessive force. REMEDY SOUGHT: TO BE TREATED LIKE I HAVE Eighth Amendment Rights Guaranteed by UNITED STATES CONST.

All requests will be handled in one of the following ways:  1) Written Information or   2) Personal Interview.  All informal grievances will be responded to in writing.

| Inmate (Signature): R Lee | DC#: T15204 |
|---|---|

10H DC
Dros

**DO NOT WRITE BELOW THIS LINE**

**RESPONSE**                                    DATE RECEIVED:

RECEIVED
MAY 30 2024
BY: _____

YOUR INFORMAL GRIEVANCE HAS BEEN RECEIVED, REVIEWED AND EVALUATED.

THIS INCIDENT IS UNDER REVIEW BY THE USE OF FORCE UNIT OF THE OFFICE OF THE INSPECTOR GENERAL, AS ALL USES OF FORCE ARE. THE USE OF FORCE VIDEO IS ATTACHED TO THE INVESTIGATION AS IS WITH ALL USE OF FORCE INVESTIGATIONS. INASMUCH AS IT IS BEING REVIEWED NO ACTION WILL BE TAKEN AT THIS TIME. THE INSPECTOR MAY OR MAY NOT NEED TO CONTACT YOU. **ANY FURTHER INQUIRIES CONCERNING THIS INCIDENT SHOULD BE SUBMITTED AS AN INMATE REQUEST TO THE OFFICE OF THE INSPECTOR GENERAL.**

BASED ON THE ABOVE INFORMATION, YOUR GRIEVANCE OF USE OF FORCE IS APPROVED THAT IS HAS BEEN REPORTED ONLY.

[The following pertains to informal grievances only]

Based on the above information, your grievance is _Approved_ . (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.

| Official (Print Name): W. Jan Scott | Official (Signature): ⎰ | MAY 30 2024 |
|---|---|---|

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 15 days, following receipt by staff.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to.  If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective 11/18)

EX A

Incorporated by Reference in Rule 33-103.005, F.A.C.

# V. STATEMENT OF CLAIMS

Legal Use Only

Count 1. The title of Count 1 identifies the claims AS A violation of the Eighth Amendment for failure to protect. See IV. #16 and #17
Failure to Protect - Supervisory Liability — R. Quinn

Count 2. The title of Count 2 identifies the claim AS A violation of the EiGHTH Amendment for failure to protect. See IV. #20
Failure to Protect WHITE, GRIMM, HARTLEY

Count 3. The title of Count 3 identifies the claim AS A violation of the Eighth Amendment for failure to protect. See IV. #22
Failure to protect white, Grimm, HARTLEY

Count 4. The title of Count 4 identifies the claim AS A LAW violation FLORIDA STAT. 944.35 MALICIOUS BATTERY See IV. #33
MALICIOUS BATTERY HARTLEY, YOUNG, Trimble, Gerenscer

Count 5. The title of Count 5 identifies the claim AS A violation of the Eighth Amendment for EXCESSIVE FORCE. See IV. #34
EXCESSIVE FORCE HARTLEY, YOUNG, Trimble, Gerenscer

Count 6. The title of Count 6 identifies a policy violation of ALL AGENCY DEPTS. OF ALL BRANCHES OF LAW ENFORCEMENT / EXCESSIVE FORCE GEORGE FLOYD ACT POLICY VIOLATION See IV. #35 K YOUNG
EIGHTH AMENDMENT FOR EXCESSIVE FORCE

Count 7. The title of Count 7 identifies the claim AS A violation of the Eighth Amendment for EXCESSIVE FORCE. See IV. #36
EXCESSIVE FORCE HARTLEY

Count 8. The title of Count 8 identifies the claim AS A violation of the Eighth Amendment for EXCESSIVE FORCE. See IV. #37
EXCESSIVE FORCE Grimm, PERKINS, COATES

Count 9. The title of Count 9 identifies the claim AS A violation FLORIDA STAT. 944.35 MALICIOUS BATTERY See IV #38
MALICIOUS BATTERY Trimble

Legal Use Only
7-1

# V. STATEMENT OF CLAIMS

Legal Use Only

Count 10. The title of Count 10 identifies the claim as a violation of the Fourteenth Amendment a due process of law. See IV. # 39
__Trimble__

Count 11. The title of Count 11 identifies the claim as a violation of the Eighth Amendment for EXCESSIVE FORCE. See IV. # 40
__YOUNG, HARTLEY, Gerenscer__

COUNT 12. The title of Count 12 identifies the claim as a violation of the Eighth Amendment for EXCESSIVE FORCE. See IV. # 41
__Trimble__

COUNT 13. The title of Count 13 identifies the claim as a violation of the Eighth Amendment for ~~EXCESSIVE FORCE~~, See IV. # 44
__White, Grimm, PERKINS, COATES__ Failure to Intervene

COUNT 14. The title of Count 14 identifies the claim as a violation of the Eighth Amendment for Failure to ACT, See IV. # 45
__White, Grimm, PERKINS, COATES__

COUNT 15. The title of Count 15 identifies the claim as a violation of the FOURTEENTH AMENDMENT FOR FAILURE TO TRAIN. See IV. # 46
__WHITE__

COUNT 16. The title of Count 16 identifies the claim as a violation of the EIGHTH AMENDMENT FOR FAILURE TO INTERVENE. See IV. # 47
__WHITE J.__

COUNT 17. The title of Count 17 identifies the claim as a violation of the Eighth Amendment FOR FAILURE TO ACT. See IV. # 48
__WHITE J.__

COUNT 18. The title of Count 18 identifies the claim as a violation of the EIGHTH Amendment FOR FAILURE TO TRAIN. See IV. # 49
__WHITE__

COUNT 19. The title of Count 19 identifies the claim as a violation of the 14th Amendment For EQUAL PROTECTION AND DUE PROCESS OF THE LAW See. IV. #50 __YOUNG__

Legal Use Only

7-2

V. STATEMENT OF CLAIMS

Legal Use Only

COUNT 20. The title of Count 20 identifies the claim as a violation GEORGE FLOYD JR ACT Fourteenth Amendment for EQUAL PROTECTION AND DUE PROCESS OF THE LAW See IV. #51 Supervisory Liability FLORIDA'S DEPT. OF CORRECTIONS / MANDATORY LAW ENFORCEMENT POLICY

COUNT 21. The title of COUNT 21 identifies the claim as a violation for GEORGE FLOYD JR ACT Fourteenth Amendment For EQUAL PROTECTION AND DUE PROCESS OF THE LAW See IV. # 52 Supervisory Liability RICKY DIXON, MANDATORY LAW ENFORCEMENT POLICY

COUNT 22. The title of COUNT 22 identifies the claim as a violation for Failure to MAINTAIN CONTROL OF NORMAL OPERATIONS A 14th Amendment & supervisory Liability claim — See IV. #53  R. QUINN

COUNT 23. The title of COUNT 23 identifies the claim as a violation for Failure to PROTECT A EIGHTH AMENDMENT See IV. # 54 white, HARTLEY, Grimm

COUNT 24. The title of COUNT 24 identifies the claim as a violation for Supervisory Liability; DUE Process OF LAW; 14th Amendment See IV. # 55 RICKY DIXON

COUNT 25. The title of COUNT 25 identifies the claim as a violation for Supervisory Liability; EQUAL PROTECTION; 14th Amendment See IV. # 57 FLORIDA DEPT OF CORRECTIONS

COUNT 26. The title of COUNT 26 identifies the claim as a violation for Supervisory Liability; DUE Process OF THE LAW; 14th Amendment. See IV. # 5 RICKY DIXON

Legal Use Only

7-3

# V. STATEMENT OF CLAIMS

Legal Use Only

COUNT 27.
The Title of COUNT 27. identifies the claim AS a violation for SUPERVISORY Liability; DUE PROCESS OF THE LAW: 14th Amendment See IV. # 59   R. QUINN

COUNT 28. The title of COUNT 28 identifies the claim as a violation for FAILURE TO MAINTAIN CONTROL OF NORMAL OPERATIONS. See IV. # 61 White, Grimm, PERKINS, Trimble, YOUNG, COATES, HARTLEY Gerenscer

COUNT 29. The title of COUNT 29 identifies the claim as a violation for EIGHTH AMENDMENT For EXCESSIVE FORCE. See IV. # 61 Gerenscer, YOUNG, Trimble, HARTLEY

COUNT 30. The title of COUNT 30. identifies the claim AS a violation for DELIBERATE INDIFFERENCE TO A SERIOUS MEDICAL NEED; EIGHTH AMENDMENT OF U.S. CONST. See IV # 66 COATES & WHITE

COUNT 31. The title of COUNT 31 identifies the claim as a violation of CONSPIRACY. see IV. # 20 & # 54   WHITE, GRIMM, HARTLEY

Legal Use Only
7-4

## IV. RELIEF REQUESTED

1. MANDATORY LAW ENFORCEMENT POLICY
   GEORGE FLOYD JR. ACT
   DUE PROCESS OF LAW & EQUAL PROTECTION OF LAW
   FLORIDA DEPARTMENT OF CORRECTIONS
   14th AMENDMENT OF THE U.S.C.  Supervisory Liability
          COMPENSATION

A. PLAINTIFF NEEDS $ 4,000,000.00 BECAUSE
HE WAS UNDER YOUR CARE, CUSTODY & CONTROL F.D.O.C.
& SHOULD NOT HAVE BEEN SUBJECT FOR CRUEL
AND UNUSUAL PUNISHMENT OR DEPRIVED HIS
LIFE & LIBERTY ; FLORIDA'S ~~commander & Chiefs~~ D.O.C.
MUST FOLLOW THE COMMANDER & CHIEFS ORDER
BECAUSE IT'S HIS DUTY TO RUN THIS COUNTRY &
MAKE SURE ALL CITIZENS ARE UNDER ONE
STRUCTURE THE UNITED STATES CONSTITUTION &
TO KEEP PEACE AMOUNST THE PEOPLE.

          PRESUMED
B. ~~INJUNCTIVE~~ RELIEF    14th AMENDMENT U.S.C.
      GEORGE FLOYD JR. ACT / F.D.O.C./ Supervisory Liability
PLAINTIFF WISHES TO HAVE THAT POLICY
AMENDED INTO FLORIDA'S DEPT. OF CORRECTIONS
FLORIDA ADMINISTRATIVE CODE  USE OF FORCE
& THE OFFICERS CODE OF CONDUCT WITH
 " ROBERT SINCLAIR LEE  CASE #  & NARRATIVE
STORY TO THE INCIDENT THAT OCCURRED".

7-S

C. MANDATORY LAW ENFORCEMENT POLICY / F.D.O.C.
DUE PROCESS OF LAW & EQUAL PROTECTION OF THE LAW
GEORGE FLOYD JR. ACT / 14th AMENDMENT U.S.C.
    Supervisory Liability
PLAINTIFF PRAYS FOR F.D.O.C. TO MAKE JUSTICE
HAPPY  ·· PUNITIVE DAMAGES    $ 6,000,000

IV. RELIEF REQUESTED

" FOURTEENTH AMENDANT-MENT OF U.S.C.

1. "SECRETARY" RICKY DIXON FOR THE DEPT. OF CORRECTIONS OF FLORIDA / THE DECISION-MAKER, SUPERVISORY LIABILITY GEORGE FLOYD JR. ACT POLICY VIOLATION PLAINTIFF, WISHES, HOPES, & PRAYS TO BE COMPENSATED FOR BEING DEPRIVED HIS DUE PROCESS OF LAW & EQUAL PROTECTION OF THE LAW AS GUARANTEED BY THE (U.S.C.) UNITED STATES CONSTITUTION PLAINTIFF IS AWARE OF THE POLICY F.D.O.C. GOES BY "INSPIRING SUCCESS BY TRANSFORMING ONE LIFE AT A TIME" MR. DIXON, PLAINTIFF, NEEDS YOU TO STAND ON YOUR WORD FOR THE (WRONGDOINGS) OF HIS EMPLOYEE'S & FOR THE DEPT. OF CORRECTIONS IN THIS MATTER SO PLAINTIFF NEEDS $ 3,500,000⁰⁰ Supervisor Liability

1.B ⓫ PLAINTIFF seeks punitive damages for his rights being violated F.D.O.C. $ 5,000,000⁰⁰ ~RICKY DIXON~

2.A ⓰. WARDEN QUINN / POLICY VIOLATION 14th AMENDMENT OF THE U.S. CONST. Supervisor Liability GEORGE FLOYD JR ACT / EQUAL PROTECTION OF THE LAW / FOURTEENTH AMENDMENT U.S.C. PLAINTIFF DESERVES TO BE COMPENSATED FOR HIS LIFE & LIBERTY & DUE PROCESS OF THE LAW BEING PUT ON THE LINE; JUST SO THIS WILL MAKE YOU (CONTROL) TAKE CONTROL OF THAT (INST) SANTA ROSA C.I. PLAINTIFF NEEDS $ 1,500,000⁰⁰

7-6

2.B PLAINTIFF seeks punitive damages for his equal protection of law rights being overlooked by QUINN $ 2,000,000 FOURTEENTH AMENDMENT OF THE U.S. CONST.

# VI. RELIEF REQUESTED

1. ⌐A⌐ EXCESSIVE FORCE

PLAINTIFF SEEKS COMPENSATION FOR ACTUAL INJURIES MENTAL, EMOTIONAL & PHYSICAL PAIN SUFFER FROM EACH DEFENDANT INVOLVED $ 200,000 ⁰⁰ individually & jointly • Grimm, Young, COATES HARTLEY, Tribble Gerenscer, PERKINS

• B • EXCESSIVE FORCE

PLAINTIFF SEEKS PUNITIVE DAMAGES FOR DEFENDANTS ABUSE OF POWER & TAKING UNFAIR ADVANTAGE OF PLAINTIFF $ 500,000 ⁰⁰ individually & jointly Grimm, YOUNG, COATES HARTLEY, Tribble, Gerenscer, PERKINS

⌐C.⌐ EXCESSIVE FORCE

PLAINTIFF seeks PRESUMED DAMAGES For the defendants acted intentionally or purposefully to deprive the PLAINTIFF of his Rights $ $00,000 ⁰⁰ YOUNG, Grimm, COATES HARTLEY, Tribble, Gerenscer, PERKINS individually & jointly

⌐D.⌐ EXCESSIVE FORCE

PLAINTIFF SEEKS ATTORNEY FEE's FROM EACH DEFENDANT YOUNG, Tribble, COATES HARTLEY, Tribble, Gerenscer, PERKINS individually & jointly

⌐E⌐ JURY TRIAL REQUESTED

VI. RELIEF REQUESTED

FAILURE TO PROTECT

PLAINTIFF SEEKS FROM ALL DEFENDANTS, QUINN, WHITE, YOUNG, GRIMM, HARTLEY, PERKINS, COATES, TRIMBLE, GERENSCER, HONESTY, RESPECT, JUSTICE, AND A PEACE OF MIND FOR NOT HAVING ANY REGARD FOR HIS SAFETY AND WELL-BEING

7-8

VI. ~~STATEMENT OF CLAIM~~

RELIEF REQUESTED

TORT CLAIMS VIOLATIONS
FLORIDA STAT. 944.35 LAW VIOLATIONS
AUTHORIZATION FOR USE OF FORCE, MALICIOUS BATTERY

1. (A)
PLAINTIFF SEEKS COMPENSATION FOR THIS
LAW VIOLATION THAT CAUSED HIS INJURIES
MENTALLY, EMOTIONALLY & PHYSICALLY BY
DEFENDANTS YOUNG, TRIMBLE, HARTLEY &
GERENCER FOR AMOUNT $100,000⁰⁰ jointly and
individually

2. (B)
PLAINTIFF SEEKS PUNITIVE DAMAGES FOR DEFENDANTS
DISREGARD FOR THE LAW AND PLAINTIFF'S
RIGHTS $200,000 AGAINST YOUNG, TRIMBLE,
HARTLEY & GERENCER

3.(C) PLAINTIFF seeks injunctive relief to be moved
to a safer location because YOUNG, HARTLEY Trimble
Gerenscer can harm plaintiff whenever they feel
free because they don't care about no laws or
rights — they don't need to come within 100
Feet of where PLAINTIFF is located or to be
in any contact with him.

7-9

# VI. RELIEF REQUESTED

## A. FAILURE TO INTREVENE

PLAINTIFF SEEKS COMPENSATION DAMAGES FOR ACTUAL INJURY SUFFERED DUE TO DEFENDANTS NOT INTERVENING MENTAL, EMOTIONALLY & PHYSICALLY BEING ABUSED $ 300,000.00 jointly & individually White, ~~Young~~, COATES Grimm, PERKINS, ~~HARTLEY~~, ~~Tribble~~.

## B. FAILURE TO INTERVENE

PLAINTIFF SEEKS PUNITIVE DAMAGES FOR NOT INTERVENING & THE RECKLESS DISREGARD TO PLAINTIFF'S RIGHTS BY EACH DEFENDANT $ 400,000.00 jointly and individually White, COATES Grimm, PERKINS

## C. FAILURE TO INTERVENE

PLAINTIFF SEEKS PRESUMED DAMAGES FOR DEFENDANTS NOT INTERVENING & THE ABUSE HE SUFFERED $ 500,000.00 jointly and individually COATES, WHITE, Grimm, PERKINS

## D. FAILURE TO INTERVENE

PLAINTIFF SEEKS ATTORNEY FEE'S FROM DEFENDANT'S YOUNG, Tribble, COATES HARTLEY, Tribble, GERENCER, PERKINS individually & jointly

7-10

## VI. RELIEF REQUESTED

DELIBERATE INDIFFERENCE TO A SERIOUS MEDICAL NEEDS.
EIGHTH AMENDMENT OF THE UNITED STATES CONST.

1. PLAINTIFF SEEKS COMPENSATION FOR THE DEFENDANTS BEING INDIFFERENCE TO HIS HEALTH & NOT PROVIDING THE NECESSARY TREATMENT OR DUE CARE FOR HIS INJURIES $ 6,000,000.00 jointly and individualy white and COATES.

2. PLAINTIFF SEEKS PUNITIVE DAMAGES FOR DEFENDANTS DISREGARD FOR THE RIGHTS TO TREAT PLAINTIFF & BEING INDIFFERNT TO THOSE RIGHTS $6,600,000.00 jointly and individually white and coates

## VI. RELIEF REQUESTED
CONSPIRACY

1 PLAINTIFF NEEDS PEACE & JUSTICE FROM WHITE, GRIMM, & HARTLEY FOR CONSPIRING TO VIOLATE PLAINTIFF'S RIGHTS & putting his safety and well-being at risk.

7-11

# VI. RELIEF REQUESTED

## 1. FAILURE TO ACT

### COMPENSATION AWARDS

A. PLAINTIFF seeks compensation for defendant's failure to act to stop the malicious abuse he sustained done by the actions of others $100,000.00 individually & jointly White, Grimm, PERKINS, COATES

### PUNITIVE AWARDS

B. PLAINTIFF seeks punitive for defendant's reckless disregard for plaintiff's rights failing to act on those rights $250,000 individually & jointly White, Grimm, PERKINS, COATES

### C. PRESUMED AWARDS

PLAINTIFF seeks presumed damages for the defendants inability to act out to lawful activities & abusing their power when PLAINTIFF was being took unfair advantage of for the amount of $275,000 individually & jointly WHITE, Grimm, PERKINS COATES

7-12

## VII.   EXHAUSTION OF ADMINISTRATIVE REMEDIES

The Prison Litigation Reform Act ("PLRA") requires prisoners to exhaust all available administrative remedies (*grievance procedures*) before bringing a case. 42 U.S.C. § 1997e(a). **ATTENTION:** *If you did not exhaust available remedies prior to filing this case, this case may be dismissed.* If the case is dismissed for failure to exhaust or for any reason, you will still be required to pay the full filing fee and the dismissal may count as a "strike" under 28 U.S.C. § 1915(g). Therefore, please consider whether you have fully exhausted your remedies before proceeding with this action. Informal Grievance #119-2405-1441 Inspector General - APPROVED EX. A

## VIII.   PRIOR LITIGATION

*This section requires you to identify your prior litigation history. Be advised that failure to disclose all prior state and federal cases—including, but not limited to civil cases, habeas cases, and appeals—may result in the dismissal of this case. You should err on the side of caution if you are uncertain whether a case should be identified.*

**ATTENTION:** *The "three strikes rule" of the PLRA bars a prisoner from bringing a case without full payment of the filing fee at the time of case initiation if the prisoner has "on three or more prior occasions, while*

*incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).*

A.  Have you had any case in federal court, including federal appellate court, dismissed as frivolous, as malicious, for failure to state a claim, or prior to service?

☐ YES   ☑NO

If "Yes," identify the case number, date of dismissal, and court for each case:

1. Date:_____Case #: _____

   Court: _____

   Reason: _____

2. Date:_____Case #: _____

   Court: _____

   Reason: _____

3. Date:_____Case #: _____

   Court: _____

   Reason: _____

*(If necessary, list additional cases on an attached page)*

B. Have you filed other lawsuits or appeals in **state or federal court** dealing

with the same facts or issue involved in this case?

☑ YES ☐ NO

If "Yes," identify the case number, parties, date filed, result (*if not still*

*pending*), name of judge, and court for each case (*if more than one*):

1. Case #: 3:20-CV-5462-MCR -HTC Parties: GLENN RICHBURG, MICHEAL TONA DREW DICE, TYLER MCCRANIE, C. JONES, JUSTIN BOATWRIGHT, CODY CATTNACH

   Court: UNITED STATES DISCRICT COURT PENSACOLA DIVISION Judge: HOPE THAI CANNON

   Date Filed: 5-2020 Dismissal Date (*if not pending*): 9-1-23

   Reason: SETTLED - EXCESSIVE FORCE, FAILURE TO INTREVENE DELIBERATE INDIFFERENCE SERIOUS MEDICAL NEEDS

2. Case #:_____ Parties: _____

   Court:_____ Judge: _____

   Date Filed:_____ Dismissal Date (*if not pending*): _____

   Reason: _____

   *(If necessary, list additional cases on an attached page)*

C. Have you filed any other lawsuit, habeas corpus petition, or appeal in

**state or federal court** either challenging your conviction or relating to

the conditions of your confinement?.

☑ YES ☐ NO

If "Yes," identify all lawsuits, petitions and appeals:

MICHEAL TONA      TYLER MCCRANE
GLENN RICHBURG    C. JONES
DREW OTTE         CODY CATINACH

1. Case #: 3:20CV5462MCR-HTC  Parties: JUSTIN BOATWRIGHT
   PENSACOLA
   Court: NDFL U.S. DISTRICT COURT  Judge: HOPE THAI CANNON

   Date Filed: 5-2020  Dismissal Date (*if not pending*): 9-1-2023
   DELIBERATE INDIFFERENCE TO SERIOUS MEDICAL
   Reason: EXCESSIVE FORCE, FAILURE TO INTERVENE   NEEDS

2. Case #: 06CF22038  Parties: _____
   Hillsborough
   Court: 13th Jurisdict Court  Judge: Michelle Sisego

   Date Filed: 2019-2020  Dismissal Date (*if not pending*): 2021

   Reason: _____ ILLEGAL CONVICTED DENIED

3. Case #: N/A  Parties: _____

   Court: _____  Judge: _____

   Date Filed: _____  Dismissal Date (*if not pending*): _____

   Reason: _____

4. Case #: N/A  Parties: _____

   Court: _____  Judge: _____

   Date Filed: _____  Dismissal Date (*if not pending*): _____

   Reason: _____

5. Case #: N/A  Parties: _____

   Court: _____  Judge: _____

   Date Filed: _____  Dismissal Date (*if not pending*): _____

   Reason: _____

6. Case #: _____ N|A _____ Parties: _____

Court: _____ Judge: _____

Date Filed: _____ Dismissal Date (*if not pending*): _____

Reason: _____

**(*Attach additional pages as necessary to list all cases.*)**

## IX. CERTIFICATION

1. I declare, under penalty of perjury, that all of the information stated above and included on or with this form, including my litigation history, is true and correct.

2. Additionally, as required by Federal Rule of Civil Procedure 11, I certify that to the best of my knowledge, information, and belief, this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non- frivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

3. I understand it is my obligation to timely notify the Clerk's Office if there is any change to my mailing address and that my failure to do so may result in a dismissal of the action.

Date: **7-1-24** Plaintiff's Signature: ROBERT S. Lee

Printed Name of Plaintiff: ROBERT SINCLAIR Lee

Correctional Institution: SANTA ROSA CORRECTIONAL INST.

Address: 5850 EAST MILTON ROAD
MILTON FLORIDA, 32583

**I certify and declare, under penalty of perjury, that this complaint was (*check one*) ☑ delivered to prison officials for mailing or ☐ deposited in the prison's mail system for mailing on the** 1st **day of** JULY **, 20___.**

Signature of Incarcerated Plaintiff: ROBERT SINCLAIR Lee

Robert Sinclair Lee #J15241
SANTA ROSA CORRECTIONAL INSTITUTION
5850 EAST MILTON ROAD
MILTON, FLORIDA 32583

United States District Court
100 NORTH PALAFOX STREET
PENSACOLA, FLORIDA
              32502

LEGALMAIL

MAILED FROM A STATE
CORRECTIONAL INSTITUTION







