UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ROBERT SINCLAIR LEE,

    Plaintiff,

v.                                            Case No. 3:24cv321-TKW-HTC

CAPTAIN J. WHITE, et al.,

    Defendants.
_____/

## ORDER

Plaintiff Robert Sinclair Lee, a prisoner proceeding *pro se*, filed an amended civil rights complaint against eight correctional officers at Santa Rosa Correctional Institution, alleging they violated the Eighth Amendment by using excessive force on him or by failing to intervene to stop the excessive force. Doc. 11. On August 30, 2024, the Court advised Lee that he was responsible for serving the amended complaint in accordance with Federal Rule of Civil Procedure 4 because he paid the $405 filing fee.

Lee has now filed a motion asking the United States Marshals Service ("USMS") to serve the amended complaint on his behalf, asserting he does not have the resources or family members to serve the complaint on the Defendants. Doc. 15. He indicates, however, that he is willing to pay the cost of service from his inmate trust account. Under Fed. R. Civ. P. 4(c)(3), "[a]t the plaintiff's request, the court

may order that service be made by a United States marshal or deputy marshal or by a person specially appointed by the court." Upon consideration, the Court will grant Lee's request and have the USMS serve the summons and amended complaint on his behalf.

However, before the USMS can serve the amended complaint, Lee must pay to the USMS the sum of $64.00 ($8.00 per summons). This is the cost for the USMS to mail a summons and amended complaint for each Defendant to the special process server at Santa Rosa Correctional Institution.[1]

In addition, Lee must submit eight (8) service copies of his amended complaint. The service copies must be identical to the amended complaint filed with the Court. Alternatively, the clerk can make the service copies of the amended complaint at a cost of $0.50 per page. Because the amended complaint is 22 pages, Lee must prepay $88.00 to the clerk if he wants the clerk to make the service copies for him.

Accordingly, it is ORDERED:

1. Lee's motion to have the USMS serve the amended complaint, Doc. 15, is GRANTED to the following extent.

---

[1] By statute, the USMS is required to collect—and a court may tax as costs—fees for serving a summons, complaint, order, or process in any case. *See* 28 U.S.C. § 1921(a)(1)(A). The Attorney General of the United States is required to prescribe by regulation the fees to be collected for such service. *See* 28 U.S.C. § 1921(b). According to 28 C.F.R. § 0.114, the fee to be collected for serving process by mail is $8.00 per item mailed. For service executed personally, the fee is $65 per hour per Deputy Marshal, plus travel costs.

2. Lee shall have **twenty-one (21) days** from the date of this Order to pay $64.00 ($8.00 per summons) to the USMS. A check from a penal institution, a cashier's check, or a money order should be made payable to "United States Marshals Service," and should be mailed to the following address: United States Marshals Service, United States Courthouse, 111 N. Adams Street, Room 277, Tallahassee, Florida 32301. Personal checks directly from prisoners will not be accepted. The following information shall either be included on the face of the check or money order, or attached thereto:

    a. the full name of the prisoner;
    b. the prisoner's inmate number; and
    c. the words: "Civil Process Fee for Northern District of Florida Case No. 3:24cv321-TKW-HTC."

Checks or money orders which do not have this information will be returned to the penal institution or to Lee.

3. Lee shall also have **twenty-one (21) days** from the date of this Order to submit eight (8) service copies of the amended complaint, Doc. 11. The service copies must be identical to the amended complaint filed with the Court. This case number should be written on the service copies. Alternatively, and within the same time, Lee may submit $88.00 to the clerk if he wants the clerk to make the service copies of his 22-page amended complaint.

4. Lee shall notify the Court of any changes to his address within seven (7) days of the change by filing a notice of change of address.

Case No. 3:24cv321-TKW-HTC

5. Lee's failure to comply with this Order as instructed may result in a recommendation that this case be dismissed.

DONE AND ORDERED this 17th day of September, 2024.

*/s/ Hope Thai Cannon*
**HOPE THAI CANNON**
**UNITED STATES MAGISTRATE JUDGE**