IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**ROBERT SINCLAIR LEE,**
**DC# T15204,**

    **Plaintiff,**

v.   Case No.: 3:24-cv-321-TKW-HTC

**CAPTAIN J. WHITE, et al,**

    **Defendants.**
_____/

## ANSWER

Pursuant to Rules 7 and 8, Federal Rules of Civil Procedure, Defendants Coates, Gerencser, Grimm, Hartley, Perkins, Trumble[1], and Young submit their Answer with defenses, affirmative defenses, and demand for jury trial in response to the Amended Complaint (Doc. 11). For any allegations not specifically admitted or denied, Defendants respond that they are without knowledge.

**I.   The Parties to This Complaint**

    A.   Admitted.

    B.   Admitted that Plaintiff named these individuals as Defendants in this action.

---

[1] The correct spelling of Defendant "Trimble" name is Ryan Trumble. *See* Doc. 26.

1

**II.**   **Basis for Jurisdiction**

    A.    This paragraph does not contain an allegation. Otherwise denied.

**III.**   **Prisoner Status**

Admitted.

**IV.**   **Statement of Facts**

1. Admitted.

2. Admitted that Defendants Coates, Gerencser, Grimm, Hartley, Perkins, Trumble, and Young are employed by the Florida Department of Corrections. Without knowledge as to White.

3. Admitted that Hartley was involved in transferring Plaintiff to Santa Rosa Correctional Institution – Main Unit ("Main Unit") on May 17, 2024. Without knowledge as to the remainder.

4. Admitted that Plaintiff was a plaintiff in case 3:20-cv-05462. Admitted that during Plaintiff's transfer to the Main Unit, Plaintiff made allegations of being in fear of his life from staff.

5. Without knowledge.

6. The allegation in this paragraph is not directed to Defendants Coates, Gerencser, Grimm, Hartley, Perkins, Trumble, or Young.

7. Without knowledge.

8. Without knowledge.

9. Without knowledge.

10. Without knowledge.

11. Admitted that Grimm and Hartley were present for a possible use of force involving Plaintiff as Plaintiff was refusing to comply with orders. Without knowledge as to the remainder.

12. Admitted that Plaintiff was told to comply with orders.

13. Without knowledge.

14. Admitted that Plaintiff submitted to hand restraints.

15. Admitted that Young and Coates were present in E-Dormitory at cell-front E2102 when Plaintiff was rehoused in cell E2102.

16. Admitted that Trumble, Perkins, and Gerencser were present in E-Dormitory at cell-from E2102 when Plaintiff was rehoused in cell E2102.

17. Admitted that Plaintiff refused to enter cell E2102.

18. Admitted that force was used to gain compliance from Plaintiff. Denied as to the remainder.

19. Denied.

20. Denied.

21. Admitted that force was used to gain compliance from Plaintiff. Denied as to the remainder.

22. Admitted that Plaintiff was ordered to comply with lawful orders. Denied as to the remainder.

23. Denied.

24. Denied.

25. Admitted that Coates removed leg restraints but denied to the remainder.

26. Denied.

27. Denied.

28. Denied.

29. Denied.

30. Admitted that Plaintiff was yelling and physically resisting lawful commands. Denied to the remainder.

31. Denied.

32. Admitted that Plaintiff was seen cell front by medical staff but denied that Plaintiff suffered any injuries. Without knowledge as to the remainder.

33. Without knowledge.

34. Denied.

35. Admitted that the use of force was video recorded. Without knowledge as to the remainder.

36. Without knowledge.

37. Without knowledge.

38. Admitted Plaintiff filed grievance log #119-2405-1441 which was approved to the extent that it was forwarded to the Office of the Inspector General.

39. Without knowledge.

40. Denied Defendants engaged in corporal punishment. Without knowledge as to the remainder.

41. Denied.

42. Without knowledge.

43. Without knowledge.

V. **Statement of Claims**

1. Denied.

2. Denied.

3. Denied.

4. Denied.

5. Denied.

6. Denied.

7. Denied.

8. Denied.

9. Denied.

10. Denied.

11. Denied.

**VI.  Relief Requested**

Admitted that Plaintiff seeks the specified relief but denied that Plaintiff is entitled to the relief requested.

**VII.  Exhaustion of Administrative Remedies Administrative Procedures**

A. Admitted.

**VIII.  Previous Lawsuits**

Without knowledge.

**IX.  Certification and Closing**

Without knowledge.

DEFENSES AND AFFIRMATIVE DEFENSES

1. Defendants have not violated any established right under the Constitution or laws of the United States.

2. Plaintiff's damages are not attributable to Defendants' conduct.

3. Plaintiff's injuries resulted from his own culpable or negligent conduct.

4. Defendants' actions were reasonable upon objective evaluation and not so grossly disproportionate to the need to take those actions as to warrant recovery under 42 U.S.C. §1983.

5. Defendants have not violated any clearly established constitutional or statutory rights that a reasonable person is likely to have known and therefore are entitled to qualified immunity.

6. Compensatory damages are barred pursuant to 42 U.S.C. 1997e(e) because Plaintiff did not suffer a physical injury that was more than de minimis.

7. Punitive damages are barred pursuant to 18 U.S.C. §3626(a)(1)(A) and 18 U.S.C. §3626(g)(7).

DEMAND FOR JURY TRIAL

Defendants demand a jury trial on all issues so triable.

RESERVATIONS OF RIGHTS TO AMEND AND SUPPLEMENT

Defendants reserve the right to amend and supplement these affirmative defenses by adding such additional defenses as may appear to be appropriate upon further discovery being conducted in this case.

Respectfully submitted,

**ASHLEY MOODY**
ATTORNEY GENERAL

*/s/ Juanita Villalpando*
Juanita Villalpando
Assistant Attorney General
Florida Bar No.: 1036083
Office of the Attorney General
The Capitol, Suite PL-01
Tallahassee, Florida 32399
Telephone: (850) 414-3300
Juanita.Villalpando@myfloridalegal.com
*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true copy of the foregoing *Answer* has been e-filed with the Clerk of the Court using the CM/ECF system and furnished by U.S. Mail to: Robert Sinclair Lee, DC# T15204, Santa Rosa Correctional Institution, 5850 East Milton, Milton, FL 32583-7914 on January 15, 2025.

*/s/Juanita Villalpando*
Juanita Villalpando