**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**ROBERT SINCLAIR LEE,**

     **Plaintiff,**

**v.**                                 **Case No.: 3:24-cv-321-TKW-HTC**

**GRIMM, et al,**

     **Defendants.**

_____/

**UNOPPOSED DEFENDANTS' MOTION FOR LEAVE
TO DEPOSE THE PLAINTIFF[1]**

Defendants, through undersigned counsel and pursuant to Rule 30(2)(B), Fed. R. Civ. Pro., respectfully move for leave to conduct a deposition of the Plaintiff.  In support, Defendant submits the following:

**STATEMENT OF FACTS**

1. Plaintiff, Robert Sinclair Lee, is an inmate proceeding pro se who is incarcerated by the Florida Department of Corrections ("FDC") at Santa Rosa Correctional Institution in Milton, Florida.

2. This is a 42 U.S.C. § 1983 action where the Plaintiff alleges that, on May 29, 2024, at Santa Rosa Correctional Institution, Defendants used excessive and

---

[1] Plaintiff has requested to be deposed by mail.

unnecessary force against him, in violation of the Eighth's Amendment's prohibition against cruel and unusual punishment. (Doc. 11).

3. Defendants have filed their Answers to Plaintiff's First Amended Complaint.

4. On March 3, 2025, Plaintiff mailed undersigned counsel a letter, which was received on March 13, 2025, requesting to be deposed.

5. As Plaintiff is an incarcerated inmate, Defendants seek the Court's leave to depose Plaintiff. Defendants will facilitate Plaintiff's deposition via video-teleconference, or telephone conference, at Plaintiff's institution through the institutional classification officer.

WHEREFORE, for the foregoing reasons, Defendants respectfully request this Court grant Defendants leave to conduct Plaintiff's deposition.

Respectfully submitted,

**JAMES UTHMEIER**
ATTORNEY GENERAL

*/s/ Juanita Villalpando*
Juanita Villalpando, Esq.
Assistant Attorney General
Florida Bar No.: 1036083
Office of the Attorney General
The Capitol, Suite PL-01
Tallahassee, Florida 32399
Telephone: (850) 414-3300
Juanita.Villalpando@myfloridalegal.com
*Counsel for Defendants*

2

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing *Defendants' Motion to Depose Plaintiff* has been electronically filed through the CM/ECF system and will be furnished by U.S. mail to: Robert Sinclair Lee, DC# T15204, Santa Rosa Correctional Institution, 5850 East Milton Road, Milton Florida 32583-7914 on March 24, 2025.

*/s/ Juanita Villalpando*
Juanita Villalpando

## CERTIFICATE OF COMPLIANCE WITH WORD LIMIT

**I HEREBY CERTIFY** that the above motion contains 190 words, which does not exceed the maximum 8,000 total word limit created by N.D. Fla. Loc. R.7.1(F).

*/s/ Juanita Villalpando*
Juanita Villalpando