UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ROBERT SINCLAIR LEE,

     Plaintiff,

v.                           Case No. 3:24cv321-TKW-HTC

CAPTAIN J. WHITE, et al.,

     Defendants.

_____/

## ORDER

Defendants have moved for permission to depose the incarcerated Plaintiff, Robert Sinclair Lee, by video or telephone conference. Doc. 54. Under Federal Rule of Civil Procedure 30(a)(2)(B), a party must obtain leave of court before deposing an individual confined in prison. *See also* Fed. R. Civ. P. 30(b)(4) ("The parties may stipulate—or the court may on motion order—that a deposition be taken by telephone or other remote means."). Because Lee claims the Defendants violated his constitutional rights (Doc. 11), his deposition is important to the resolution of this action. In addition, Lee has no objection to Defendants' motion. Thus, Defendants' motion for leave to depose Lee (Doc. 54) is GRANTED.

DONE AND ORDERED this 8th day of April, 2025.

*/s/ Hope Thai Cannon*
**HOPE THAI CANNON**
**UNITED STATES MAGISTRATE JUDGE**