UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ROBERT SINCLAIR LEE,

    Plaintiff,

v.                                         Case No. 3:24cv321-TKW-HTC

CAPTAIN J. WHITE, et al.,

    Defendants.
_____/

## ORDER

Plaintiff Robert Sinclair Lee filed a motion to compel on April 3, 2025, asserting Defendants had failed to respond to his requests for production. Doc. 56. Defendants have responded to the motion to compel and indicate: (1) the responsive documents were mailed to Lee on March 24 and Lee was allowed to review them on April 3, shortly after he mailed the motion to compel; (2) Lee and Defendants' counsel telephonically conferred on April 8 regarding discovery issues and, during that call, Lee agreed the motion to compel is moot; and (3) Defendants' counsel will coordinate with prison officials to allow Lee to complete his review of the responsive documents. Doc. 57. Based on the foregoing, the Court finds the motion to compel is moot.

Accordingly, it is ORDERED:

Lee's motion to compel (Doc. 56) is terminated as MOOT.

DONE AND ORDERED this 9th day of April, 2025.

/s/ *Hope Thai Cannon*
**HOPE THAI CANNON**
**UNITED STATES MAGISTRATE JUDGE**