United States District Court
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ROBERT SINCLAIR Lee, #T15204,
    PLAINTIFF,

V.

CAPTAIN JACK WHITE, ET. AL.,
    DEFENDANTS.

CASE NO. 3:24cv000321-TKW-HTC

PROVIDED TO
SANTA ROSA CI ON
APR 11 2025
FOR MAILING BY

PLAINTIFF's MOTION FOR AN EXTENSION
OF TIME

PURSUANT TO THE LOCAL RULES OF THE COURT 6.1 PLAINTIFF WOULD NEED A 30 DAY EXTENSION OF TIME TO BE ABLE TO SEND THE FUNDS OUT HIS INMATE TRUST ACCOUNT TO BUY THE REQUESTED DOCUMENTS THAT ARE IN THE POSSESSION OF THE DEFENDANTS
    PLAINTIFF IS PATIENTLY WAITING ON DEFENDANTS COUNSEL TO MAIL HIM THE IN-VOICE, ONCE He RECIEVES THE IN-VOICE HE's GOING TO WITHDRAW THE MONEY THROUGH SPECIAL WITHDRAWAL. THAT PROCESS WOULD TAKE AT LEAST 20 to 25 days to REACH THE Attorney's General OFFICE.

PLAINTIFF HAS ALREADY SPOKEN WITH DEFENDANT's COUNSEL ON APRIL 8th 2025 And COUNSEL AGREED WITH THE EXTENSION.

PLAINTIFF needs some of those documents to prepare for his MOTION FOR SUMMARY JUDGEMENT RULE 56! At this time he does not HAVE ENOUGH EVIDENCE TO GO IN TO SUMMARY JUDGMENT.

PLAINTIFF also verbally requested to see the video's & evidence again because classification & security didn't give him the time that the Attorney scheduled which was 3 hours. Counsel rescheduled me to be put on a new call-out. That's pending for whenever she get's to it.

FILED USDC FLND PN
APR 17 '25 AM11:20

- 1 -

Relief;
PLAINTIFF respectfully assests that based on the facts & his reason for the 30 day extension he Hope's and PRAY's that the court WOULD GRANT HIM THE EXTRA TIME FOR HIMSELF AND ALSO FOR COUNSEL AS WELL AN WE SHOULD BE PREPARED AT THE NEXT DEAD-LINE IN THIS DISCOVERY.

PLAINTIFF Feels it's better to put the court on notice early than taking up time until the last minute, so it want be a last minute issue.

PURSUANT TO 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

DATE: April 11, 2025

RESPECTFULLY SUBMITTED,
ROBERT SINCLAIR Lee #T15204,
SANTA ROSA CORR. INST. MAIN UNIT
5850 EAST MILTON ROAD
MILTON, FLORIDA 32583

## Certificate of service

I CERTIFY THAT THIS MOTION FOR extension OF TIME HAS BEEN WRITEN TO BE TRUE AND CORRECT IN THE BEST OF MY KNOWLEGDE AND PLACED IN THE HANDS OF PRISON OFFICALS AT SANTA ROSA CII. FOR U.S. MAILING SERVICE TO: UNITED STATES DISTRICT COURT, 100 NORTH PALAFOX STREET, PENSACOLA FLORIDA 32502, & JUANITA Villalpando Assistant Attorney General, The Capitol Building, SUITe PL-01, TALLAHASSee, FLA. 32399

DATE: 4-11-2025

Respectfully Submitted,
ROBERT S. Lee #T15204
PRO SE LITIGATE
SANTA ROSA C.I.I.
5850 EAST MILTON ROAD
MILTON, FLA. 32583-7914

-2-

Robert S. Lee #T15204
SANTA ROSA CORRECTIONAL Institution
5850 EAST MILTON ROAD
Milton, FLORIDA 32583-7914

PENSACOLA FL 325

14 APR 2025 PM 1 L

United States District Court
100 NORTH PALAFOX STREET
PENSACOLA, FLA. 32502

LEGALMAIL

32502-489500

