UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ROBERT SINCLAIR LEE,

    Plaintiff,

vs.

CAPTAIN J. WHITE, et al.,

    Defendants.

Case No. 3:24-cv-321-TKW-HTC

## NOTICE OF APPEARANCE AS LEAD COUNSEL

NOTICE IS HEREBY GIVEN that the Undersigned Attorney enters his appearance as lead counsel for the Plaintiff, ROBERT SINCLAIR LEE in the above cause, and requests that all pleadings, motions, and notices be forwarded to this attorney at the address set forth below.

Respectfully Submitted, /s/ James V. Cook
JAMES V. COOK (FBN 0966843)
Law Office of James Cook
314 West Jefferson Street
Tallahassee, FL 32301
(850) 222-8080; 561-0836 fax
cookjv@gmail.com

*Attorney for Plaintiff*

I CERTIFY the foregoing was filed electronically on 5/27/2025, serving counsel of record registered to be notified by the CM/ECF electronic filing system.

/s/James V. Cook

1