IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**ROBERT SINCLAIR LEE,**

    **Plaintiff,**

**v.**                                               **Case No. 3:24-cv-321-TKW-HTC**

**JACOB GRIMM,** *et al.***,**

    **Defendants.**

_____/

## THIRD MOTION TO MODIFY SCHEDULING ORDER

Pursuant to Rules 16(b)(4) and 6(b)(1)(A), Federal Rules of Civil Procedure, and Local Rule 7.1, Defendants move this Court to modify its Case Management and Scheduling Order to provide Defendants with an additional seven (7) days, up to and including October 3, 2025 in which to file a Motion for Summary Judgment. In support, Defendants state the following.

1. On February 10, 2025, this Court issued its Case Management and Scheduling Order, which set the deadline to complete discovery on May 12, 2025, and the deadline to file motions for summary judgment twenty-one (21) days after the close of discovery. *See* Doc. 51.

2. Defendants have previously requested additional time to file a motion for summary judgment as a result of discovery delays and competing deadlines in undersigns caseload.

3. Defendants' motion for summary judgment is substantially completed, however, undersigned requires an additional brief extension in order to confer with her clients and finalize the motion.

## **MEMORANDUM OF LAW**

"When an act may or must be done within a specified time, the court may, for good cause, extend the time… with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires..." Fed. R. Civ. P. 6(b)(1)(A). Moreover, a scheduling order may be modified by this Court for good cause. Fed. R. Civ. P. 16(b)(4). "A motion for extension of time is within the discretion of the district court and is usually viewed liberally so as to work substantial justice." *Johnston v. Dowling*, 765 F.2d 145 (6th Cir. 1985) (*citing Anderson v. Stanco Sports Library, Inc.*, 52 F.R.D. 108, 110 (D.S.C. 1971) ("This court believes that Rule 6(b) like Rule 60(b) must be liberally construed in order that litigants be given opportunity to be heard, and given their day in court so that justice may be served.")). Because of the foregoing reasons, good cause has been shown to grant the requested extension modifying the scheduling order.

## **CONCLUSION**

For the foregoing reasons, Defendants requests this Court to modify its scheduling order and extend the deadline for filing dispositive motions up to and including October 3, 2025.

Respectfully submitted,

**JAMES UTHMEIER**
**ATTORNEY GENERAL**

*/s/ Juanita Villalpando*
Juanita Villalpando (FBN 1036083)
ASSISTANT ATTORNEY GENERAL
Office of the Attorney General
Civil Litigation Division
The Capitol, PL-01
Tallahassee, Florida 32399-1050
Juantia.Villalpando@myfloridalegal.com
(850) 414-3300
*Counsel for Defendants*

## **CERTIFICATE OF CONFERRAL**

I certify that I conferred via email with Plaintiff's counsel regarding this Motion, however due to the immediacy of the deadline, undersigned is unable to await a response and will update this Court upon receiving Plaintiff's position.

*/s/ Juanita Villalpando*
Juanita Villalpando

## **CERTIFICATE OF COMPLIANCE WITH WORD LIMIT**

**I HEREBY CERTIFY** that the above Motion does not exceed the 8,000 total word maximum created by N.D. Fla. Loc. R. 7.1(F).

*/s/ Juanita Villalpando*
Juanita Villalpando

## **CERTIFICATE OF SERVICE**

I certify that a copy of this *Second Unopposed Motion to Modify Scheduling Order* was e-filed and served electronically on counsel of record through CM/ECF on September 26, 2025.

*/s/ Juantia Villalpando*
Juantia Villapando
