IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**ROBERT SINCLAIR LEE,**

    **Plaintiff,**

v.                                      Case No. 3:24-cv-321-TKW-HTC

**JACOB GRIMM, et al.,**

    **Defendants.**

_____/

## DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE MOTION FOR SUMMARY JUDGMENT IN EXCESS OF 8,000 WORD LIMIT

Defendants Coates, Gerencser, Grimm, Hartley, Perkins, Trumble, White, and Young (hereinafter "Defendants"), through undersigned counsel, and pursuant to N.D. Fla. Loc. R. 7.1(F), seek permission to file a Motion for Summary Judgment in excess of 8,000 words. In support, Defendants submit the following:

Counsel has spent a significant amount of time preparing a Motion for Summary Judgment on this matter on behalf of Defendants. Plaintiff makes numerous factual allegations, raises multiple theories of liability, and includes damages that should be limited or dismissed. Because of the lengthy factual section and numerous legal arguments, the Motion for Summary Judgement has exceeded 8,000-word limit established by this Court's Local Rules. *See* N.D. Fla. Loc. R. 7.1(F).

1

Counsel has attempted to reduce the number of words; however, reduction below the 8,000-word limit will not be possible due to the number of necessary arguments and the extent of case law. The motion will most likely contain less than 10,000 words, and further revisions are being made to reduce the word count. Lastly, undersigned counsel certifies she with the Plaintiff's counsel regarding this motion and he did not oppose the requested relief.

**WHEREFORE**, for the foregoing reasons, Defendants respectfully request that the Court grant permission to exceed the 8,000-word limit described by this Court's Local Rules.

Respectfully submitted,

**JAMES UTHMEIER**
ATTORNEY GENERAL

*/s/ Juanita Villalpando*
Juanita Villalpando (FBN 1036083)
ASSISTANT ATTORNEY GENERAL
Office of the Attorney General
Civil Litigation Division
The Capitol, PL-01
Tallahassee, Florida 32399-1050
Juantia.Villalpando@myfloridalegal.com
(850) 414-3300
*Counsel for Defendants*

**CERTIFICATE OF CONFERRAL**

I certify that I conferred via email with Plaintiff's counsel regarding this Motion, he does not oppose the motion.

*/s/ Juanita Villalpando*

Juanita Villalpando

## CERTIFICATE OF COMPLIANCE WITH WORD LIMIT

**I HEREBY CERTIFY** that the above Motion does not exceed the 8,000 total word maximum created by N.D. Fla. Loc. R. 7.1(F).

*/s/ Juanita Villalpando*
Juanita Villalpando

## CERTIFICATE OF SERVICE

I certify that a copy of this *Motion for Leave to File Motion for Summary Judgment in Excess of 8,000 Word Limit* was e-filed and served electronically on counsel of record through CM/ECF on October 3, 2025.

*/s/ Juantia Villalpando*
Juantia Villapando