IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**ROBERT SINCLAIR LEE,**

    **Plaintiff,**

v.                                      Case No. 3:24-cv-321-TKW-HTC

**JACOB GRIMM,** *et al.***,**

    **Defendants.**

_____/

**INDEX TO EXHIBITS IN SUPPORT OF
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Exhibit A – Escort Handheld Video

Exhibit B – Front Door Fixed Wing Video

Exhibit C – W2 Control Fixed Wing Video

Exhibit D – W2 Dayroom Fixed Wing Video

Exhibit E – Use of Force Handheld Video

Exhibit F – Still Images of Video

Exhibit G – Inspector General's Use of Force Packet

Exhibit H – Transcript of Deposition of Plaintiff Robert Sinclair Lee (conducted on April 16, 2025)

Exhibit I – Declaration of Kelli Caswell Declaration and Supporting Medical Records

Exhibit J – Medical Records from January 2025 to June 2025

Exhibit L – Annex Duty Roster

Exhibit M – Annex Mental Health Unit Duty Roster

Exhibit N – Main Unit Duty Roster

Exhibit O – CMII Approval

Exhibit P – Transfer Emails

## CERTIFICATE OF SERVICE

I certify that a copy of this *Index to Exhibits in Support of Defendants' Motion for Summary Judgment* was e-filed and served electronically on counsel of record through CM/ECF on October 3, 2025.

*/s/ Juantia Villalpando*
Juantia Villapando