# EXHIBIT A:

# ESCORT HANDHELD VIDEO