# EXHIBIT B:

## FRONT DOOR FIXED WING VIDEO