# EXHIBIT C:

## W2 CONTROL FIXED WING VIDEO