# EXHIBIT D:

## W2 DAYROOM FIXED WING VIDEO