# EXHIBIT E:

## USE OF FORCE HANDHELD VIDEO