



KYLE YOUNG

ANTONIO GERENCSER

KRYSTAL PERKINS



Gabriel Hartley



Hartley's Radio