## FLORIDA DEPARTMENT OF CORRECTIONS
### Case Master Report  24-10828
Date Initiated  05/29/2024

| Warning |
| --- |
| **Contains entities exempt from disclosure** |

| Primary Information | |
| --- | --- |
| OFFICE: | **OFFICE OF THE INSPECTOR GENERAL** |
| BUREAU: | **HEADQUARTERS** |
| DIVISION: | **HEADQUARTERS** |
| DISTRICT: | **OPERATIONS - UOF** |
| FIELD OFFICE: | **USE OF FORCE** |
| Lead LEO: | **UNDERWOOD, JIM ▮▮▮ / USE OF FORCE / FLORIDA DEPARTMENT OF CORRECTIONS)** |
| Type Of Case: | **USE OF FORCE** |
| Case Sub Type: | **27F - PHYSICAL RESISTANCE TO A LAWFUL COMMAND** |
| Case Description: | **UOF / MINS 1259602 / 119 SANTA ROSA C.I. / 27F PHYSICAL RESIST.TO LAWFUL** |
| Case Priority: | **USE OF FORCE - 15 DAYS** |

| Tips | | | | |
| --- | --- | --- | --- | --- |
| <u>Number</u> | <u>Entry Date</u> | <u>Occurred Date</u> | <u>Status</u> | <u>Description</u> |
| **24-CORR02093** | **06/19/2024 09:53** | **---** | **CLOSED** | **CORR / INMATE LETTER / 119 SANTA ROSA / 10H - EXCESSIVE FORCE** |

| Authorized Operators |
| --- |
| <u>Name</u> |
| **BRASWELL, AARON (▮▮▮ / ADMIN FIELD OFFICE 1 / FLORIDA DEPARTMENT OF CORRECTIONS)** |

| Case Status | |
| --- | --- |
| Case Status: | **CLOSED** |
| Case Status Date: | **06/18/2024** |
| Disposition Code: | **UOF - APPROVED_PROC VIOLATION** |
| Disposition Date: | **06/18/2024** |
| Dissemination: | **SYSTEM WIDE** |

*THIS REPORT MAY CONTAIN PHI AND OR LAW ENFORCEMENT PROTECTED INFORMATION*

## FLORIDA DEPARTMENT OF CORRECTIONS
## USE OF FORCE  24-10828
Report Date:  05/29/2024

| Warning |
|---|
| **Contains entities exempt from disclosure** |

### Primary Information

| | |
|---|---|
| Incident Type: | **27F - PHYSICAL RESISTANCE TO A LAWFUL COMMAND** |
| Occurrence From: | **05/17/2024 13:23** |
| Occurrence To: | **05/17/2024 13:23** |
| Reporting LEO: | **BRASWELL, AARON (⬛ / ADMIN FIELD OFFICE 1 / FLORIDA DEPARTMENT OF CORRECTIONS)** |
| Report Status: | **Approved** |
| Report Status Date: | **06/25/2024** |
| Approved By: | **LETNER, WILLIAM (⬛ / FLORIDA DEPARTMENT OF CORRECTIONS)** |

### Addresses

| Relationship | Address |
|---|---|
| **LOCATION OF INCIDENT (INSTITUTION/OFFICE)** | **5850 E. MILTON R #119 SANTA ROSA C.I., MILTON, FLORIDA 32583 UNITED STATES** |

### Subjects

| Relationship | Name | Bio | DOB |
|---|---|---|---|
| **WITNESS - EXEMPT** | **WHITE, JACK HEATH II (DC SWORN)** | **30 yr. old, WHITE, MALE** | |
| **SUBJECT** | **LEE, ROBERT S (INMATE/PROBATIONER)** | **43 yr. old, BLACK, MALE** | |
| **PARTICIPANT - EXEMPT** | **PERKINS, KRYSTAL S. (DC CIVILIAN)** | **39 yr. old, WHITE, FEMALE** | |
| **PARTICIPANT - EXEMPT** | **COATES, WILLIAM PAXTON (DC SWORN)** | **33 yr. old, WHITE, MALE** | |
| **PARTICIPANT - EXEMPT** | **HARTLEY, GABRIEL LAUGHRAN (DC SWORN)** | **33 yr. old, WHITE, MALE** | |
| **PARTICIPANT - EXEMPT** | **TRUMBLE, RYAN DAVIS (DC SWORN)** | **31 yr. old, WHITE, MALE** | |
| **PARTICIPANT - EXEMPT** | **YOUNG, KYLE HUNTER (DC SWORN)** | **29 yr. old, WHITE, MALE** | |

### Analysis Information

| | |
|---|---|
| Sick Or Injured: | **NO** |
| Suspicious P/V: | **NO** |
| Marchman Act: | **NO** |
| Disturbance: | **NO** |
| Alarm: | **NO** |
| Baker Act: | **NO** |
| Electronic Identification: | **NO** |

### Event #1 - Anthea Rokop

*Event Information*

| | |
|---|---|
| Date: | **06/10/2024 00:00** |
| Description: | **Anthea Rokop** |
| Type: | **RECEIVED IN UOF UNIT** |

*THIS REPORT MAY CONTAIN PHI AND OR LAW ENFORCEMENT PROTECTED INFORMATION*

## FLORIDA DEPARTMENT OF CORRECTIONS
### USE OF FORCE  24-10828
Report Date:  05/29/2024

| Event #2 - William Letner | |
|---|---|
| *Event  Information* | |
| Date: | **06/25/2024 00:00** |
| Description: | **William Letner** |
| Type: | **PLACED IN FILE ROOM** |

*THIS REPORT MAY CONTAIN PHI AND OR LAW ENFORCEMENT PROTECTED INFORMATION*

## FLORIDA DEPARTMENT OF CORRECTIONS
### COMPLAINT REVIEW - USE OF FORCE  24-10828/1
Report Date:  05/30/2024

| Warning |
| --- |
| **Contains entities exempt from disclosure** |

### Primary Information

| | |
| --- | --- |
| Incident Type: | **10A - PHYSICAL ABUSE** |
| Reporting LEO: | **BRAMLETT, JOHN A (███ / INTAKE / FLORIDA DEPARTMENT OF CORRECTIONS)** |
| Report Status: | **Approved** |
| Report Status Date: | **06/18/2024** |
| Approved By: | **UNDERWOOD, JIM (███ / FLORIDA DEPARTMENT OF CORRECTIONS)** |

### Addresses

| Relationship | Address |
| --- | --- |
| **LOCATION OF INCIDENT (INSTITUTION/OFFICE)** | **5850 E. MILTON R #119 SANTA ROSA C.I., MILTON, FLORIDA 32583 UNITED STATES** |

### Subjects

| Relationship | Name | Bio | DOB |
| --- | --- | --- | --- |
| **WITNESS - EXEMPT** | **VEGA, STEVEN ALEXANDER (DC SWORN)** | **21 yr. old, HISPANIC, MALE** | ███ |
| **SUBJECT - EXEMPT** | **GRIMM, JACOB ETHAN VANN (DC SWORN)** | **30 yr. old, WHITE, MALE** | |
| **SUBJECT - EXEMPT** | **HARTLEY, GABRIEL LAUGHRAN (DC SWORN)** | **33 yr. old, WHITE, MALE** | |
| **SUBJECT - EXEMPT** | **WHITE, JACK HEATH II (DC SWORN)** | **30 yr. old, WHITE, MALE** | |
| COMPLAINANT/VICTIM | **LEE, ROBERT S (INMATE/PROBATIONER)** | **43 yr. old, BLACK, MALE** | |
| **REPORTING PARTY - EXEMPT** | **BROWN, LATOYA C (DC SWORN)** | **47 yr. old, BLACK, FEMALE** | ███ |

### Analysis Information

| | |
| --- | --- |
| Sick Or Injured: | **NO** |
| Suspicious P/V: | **NO** |
| Marchman Act: | **NO** |
| Disturbance: | **NO** |
| Alarm: | **NO** |
| Baker Act: | **NO** |
| Electronic Identification: | **NO** |

*THIS REPORT MAY CONTAIN PHI AND OR LAW ENFORCEMENT PROTECTED INFORMATION*

## FLORIDA DEPARTMENT OF CORRECTIONS
### CORRESPONDENCE  24-CORR02093

Entry Date:  06/19/2024 09:53

| Primary Information | |
|---|---|
| Brief Description: | **CORR / INMATE LETTER / 119 SANTA ROSA / 10H - EXCESSIVE FORCE** |
| Class: | **ATTORNEY GENERAL** |
| Type: | **10H - EXCESSIVE FORCE** |
| Status: | **CLOSED** |
| Status Date: | **06/19/2024 00:00** |
| Related Case: | **24-10828** |

| Synopsis |
|---|
| **ALLEGATIONS OF EXCESSIVE FORCE / PREVIOUSLY REPORTED AND ADDRESSED IN 24-10828 UOF REVIEW .** |

| Current Assignment | |
|---|---|
| Assigned To: | **MURPHY, PAMELA C. (⬛ / INTAKE / FLORIDA DEPARTMENT OF CORRECTIONS)** |
| OFFICE: | **OFFICE OF THE INSPECTOR GENERAL** |
| BUREAU: | **HEADQUARTERS** |
| DIVISION: | **HEADQUARTERS** |
| DISTRICT: | **INTAKE** |
| FIELD OFFICE: | **INTAKE** |
| Assigned By: | **MURPHY, PAMELA C. (⬛ / INTAKE / FLORIDA DEPARTMENT OF CORRECTIONS)** |
| Assignment Date/Time: | **06/19/2024 15:36** |
| Priority: | **PRIORITY 3 (5 DAYS)** |
| Response Due Date: | **06/24/2024** |

| Addresses | |
|---|---|
| Relationship | Address |
| **LOCATION OF INCIDENT (INSTITUTION/OFFICE)** | **5850 E. MILTON R #119 SANTA ROSA C.I., MILTON, FLORIDA 32583 UNITED STATES** |

| Subjects | | | |
|---|---|---|---|
| Relationship | Name | Bio | DOB |
| **COMPLAINANT/VICTIM** | **LEE, ROBERT S (INMATE/PROBATIONER)** | **41 yr. old, BLACK, MALE** | **01/14/1981** |

*THIS REPORT MAY CONTAIN PHI AND OR LAW ENFORCEMENT PROTECTED INFORMATION*

```
05/21/2024                  FLORIDA DEPARTMENT OF CORRECTIONS                    PAGE:
████████                         MINS INCIDENT REPORT                        TIME 07:0


PREPARED BY: MILLS, VIRGINIA E.                  INCIDENT NUMBER: 0001259602
INCIDENT TYPE: 27F PHYSICAL RESIST.TO LAWFUL     STATUS OF INCIDENT: ENTERED
REPORT DATE:  05/20/2024                         REPORT TIME:  15:35
INCIDENT DATE: 05/17/2024                         INCIDENT TIME: 13:23
REPORTING FACILITY: 119 SANTA ROSA C.I.          INCIDENT REGION: 1
INCIDENT FACILITY : 119 SANTA ROSA C.I.          INCIDENT IG OFFICE: 01
INCIDENT LOCATION: 63 CONFINEMENT                DAY CODE: 5    SHIFT CODE: 2
DATE REPORTED TO MANAGEMENT: 05/17/2024          W-B REVIEW BY:
IG NUMBER:          UOF NUMBER:
INJURIES: N       STG/STI INVOLVEMENT: U         PHYSICAL EVIDENCE RECOVERED: Y
USE OF FORCE: Y    WEAPONS USED: N               INCIDENT VIDEO TAPED: Y
ELECTRONIC RESTRAINING DEVICES: N                CHEMICAL AGENTS USED: N
EVIDENCE LOC: TEMP STORAGE LOCATIONS             SEND TO IG OFFICE: Y
DORM/WING/FLOOR/CELL/BED: E-2-1-02-              SPONTANEOUS UOF: Y
FORCE TYPE: PHY: Y CHM: N MED RSTR: N DFEID: N  VIDEO: HANDHELD: Y   WING: Y
```

```
           NAME              TITLE            BIRTHDATE   R S    ID NUMBER
-------------------- ----------------------- ---------- - - ----------------
PARTICIPANT (S)
  PERKINS, KRYSTAL S.  CORRECTIONAL OFFICER SE ████████   1 2  ████████
  COATES, WILLIAM P.   CORRECTIONAL OFFICER    ████████   1 1
  TRUMBLE, RYAN D.     CORRECTIONAL OFFICER    ████████   1 1
  HARTLEY, GABRIEL L.  CORRECTIONAL OFFICER    ████████   1 1
  YOUNG, KYLE H.       CORRECTIONAL OFFICER    ████████   1 1
  DUBIDAT, NATHANIEL                           ████████   9 9
SUBJECT (S)
  LEE, ROBERT S.       INMATE  TRD:LIFE SNT    ████████   2 1  T15204
WITNESSES (S)
  WHITE, JACK H.       CORRECTIONAL OFFICER CA ████████   1 1  ████████
```

```
CONTRABAND RECOVERED          TYPE      POSSESS    QUANTITY       UNIT MSR
------------------------     ------    -------    ----------     --------
```

MEDICAL DEPT. DESCRIPTION OF INJURIES:
     NO INJURIES NOTED


DESCRIPTION OF INCIDENT:
     ON MAY 17, 2024, AT APPROXIMATELY 1:25PM, IN E- DORM
     (E2102), OFFICER GABRIEL HARTLEY, OFFICER WILLIAM COATES,
     OFFICER ANTONIO GERENCSER, SERGEANT KRYSTAL PERKINS, OFFICER
     RYAN TRUMBLE, AND OFFICER KYLE YOUNG REPORTED UTILIZING
     REACTIONARY PHYSICAL FORCE ON INMATE LEE, ROBERT DC#T15204,
     DUE TO INMATE LEE REFUSING TO ENTER HIS NEWLY ASSIGNED CELL.
     OFFICER HARTLEY, OFFICER TRUMBLE AND OFFICER YOUNG UTILIZED
     A FORWARD PUSHING FORCE TO PLACE INMATE LEE AGAINST THE
     WALL, WHILE INMATE LEE DROPPED HIS BODY WEIGHT. OFFICER
     HARTLEY AND OFFICER YOUNG PLACE INMATE LEE INTO THE PRONE

```
05/21/2024              FLORIDA DEPARTMENT OF CORRECTIONS                    PAGE:
                              MINS INCIDENT REPORT                       TIME 07:0
        POSITION, INMATE LEE CONTINUED TO RESIST STAFF. SERGEANT
        PERKINS AND OFFICER GERENCSER ASSISTED BY UTILIZING DOWNWARD
        PRESSURE ON INMATE LEE'S LOWER EXTREMITIES TO KEEP HIM IN
        THE PRONE POSITION, WHILE OFFICER HARTLEY AND OFFICER YOUNG
        MAINTAINED DOWNWARD PRESSURE ON HIS UPPER TORSO AND OFFICER
        COATES AND OFFICER TRUMBLE REMOVED THE LEG RESTRAINTS AND
        WAIST CHAIN. OFFICER HARTLEY, OFFICER YOUNG, OFFICER COATES,
        SERGEANT PERKINS, AND OFFICER GERENCSER COLLECTIVELY LIFTED
        INMATE LEE AND PLACED HIM INTO HIS ASSIGNED CELL. DUTY
        WARDEN AND EAC NOTIFIED. IR# 119-2024-0351.
```

APPENDIX - D
## FLORIDA DEPARTMENT OF CORRECTIONS
## OFFICE OF THE INSPECTOR GENERAL
## CHAIN OF CUSTODY

Case: 74-10828                                          Inspector: _____

Offense: Reactionary Physical Use of Force             Subject: Inmate Lee, Robert DC#T15204

Victim: _____                          Comments: _____

Evidence Description: Digitally Recorded Video Disk _____

Location of Evidence Found: E-Dormitory Fixed Wing and K-Dormitory Handheld Digital Video Recorders

---

Recovered by: Captain Jack White                       Date: May 17th, 2024 Time: ___3:00___ a.m./**p.m.**

From: Captain Jack White                               Date: May 17th, 2024 _____

To: Security Hallway Drop Box                           Time: ___4:00___ a.m./**p.m.**

Method of Transfer: Hand Delivered                     Reason for Transfer: Review

---

From: Security Hallway Drop box                        Date: 5/20/24

To: Colonel Charles Richter                            Time: 9⁰⁰ am _____ a.m./p.m.

Method of Transfer: Hand                               Reason for Transfer: review

---

From: Colonel Charles Richter                          Date: 5-21-24

To: Major Latoya Brown                                 Time: 12:16 a.m./**p.m.**

Method of Transfer: Hand Delivered                     Reason for Transfer: Review

---

From: Major L. Brown                                   Date: 5/30/24

To: AWM D. Jones                                       Time: ___ **a.m.**/p.m.

Method of Transfer: Hand                               Reason for Transfer: Review

---

From: AWM D. Jones                                     Date: 6/5/24

To: OIG                                                Time: 0900 **am**/p.m.

Method of Transfer: Mail                               Reason for Transfer: Process

---

DC1-801 (Effective 11/13)                    Incorporated by Reference in Rule 33-602.203, F. A. C.

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**
**CHECKLIST – USE OF FORCE FILE**

| LEFT SIDE | CHECK Y/N OR N/A | RIGHT SIDE | CHECK Y/N OR N/A |
|---|---|---|---|
| 1. ALL FORCE VIDEOS (TOTAL # ____) WITH CHAIN OF CUSTODY FORM COMPLETED **(Ensure Video Player(s) & Passwords included)** | Y | WARDEN - INAPPROPRIATE ACTION MEMO | N/A |
| 2. INMATE MEDICAL EVALUATION VIDEO | Y | DC6-230 ORIGINAL REPORT OF FORCE USED | Y |
| 3. INMATE ANTERIOR/POSTERIOR VIDEO | Y | DC6-210 USE OF FORCE INCIDENT REPORT | Y |
| 4. COMPLETED CHECKLIST | Y | DC6-201A EACH USE OF FORCE INCIDENT REPORT | Y |
| 5. MINS REPORT W/IG# (Attached any related MINS report(s) | Y | DC3-211 STAFF SUPPLEMENT | Y N/A |
| 6. CHEMICAL AGENT/WPNS QUALIF. CARD | N/A | DC4-701 C EMPLOYEE EMERGENCY ROOM REC'D | Y |
| 7. C/A USE: DC6-216. EACH CANISTER USED WITH BEGINNING & ENDING WEIGHTS | N/A | DC4-701 C INMATE EMERGENCY ROOM RECORD (Include any related outside medical records) | Y |
| | | DC4-708 DIAGRAM OF INJURIES | Y |
| | | DC4-711A EMPL. REFUSAL OF HEALTH CARE | N/A |
| | | DC6-112C INMATE/WITNESSES STATEMENTS | Y |
| | | DC4-650B RISK ASSESSMENT | N/A |
| | | DC6-232 WRITTEN AUTH FOR FORCE | N/A |

## Other forms may be appropriate/required depending on the type of force event

**FAC 33-602.210 (10) (d).** The Warden shall keep all original completed forms and a copy of all Report of Force Used Forms until notified that the final review by the Office of Inspector General is complete. **Note: Other records retention requirements may apply.**

**FAC 33-602.210 (9) (c) f. (IN-PART)** In the event an inmate is sent to an outside hospital for evaluation of any medical issue within 24-hours following a use of force involving the inmate, the outside hospital records shall be included in the documentation provided to the Office of the Inspector General – Use of Force Unit.

**I have reviewed this checklist and I have made all reasonable efforts to ensure all known required materials are included in this packet, and I am forwarding this packet to the Office of Inspector General's Use of Force Unit.**

Warden/Designee's Signature                    Date: 5/3/24

Warden/Designee's Name Printed

**UoF Checklist 02/22**

```
05/31/2024                 FLORIDA DEPARTMENT OF CORRECTIONS              PAGE:  1
████████                        MINS INCIDENT REPORT                  TIME 14:48


PREPARED BY: ████████ MILLS, VIRGINIA E.        INCIDENT NUMBER: 0001259602
INCIDENT TYPE: 27F PHYSICAL RESIST.TO LAWFUL    STATUS OF INCIDENT: USE OF FOR
REPORT DATE:  05/20/2024                         REPORT TIME:  15:35
INCIDENT DATE: 05/17/2024                        INCIDENT TIME: 13:23
REPORTING FACILITY: 119 SANTA ROSA C.I.          INCIDENT REGION: 1
INCIDENT FACILITY : 119 SANTA ROSA C.I.          INCIDENT IG OFFICE: 01
INCIDENT LOCATION: 63 CONFINEMENT                DAY CODE: 5      SHIFT CODE: 2
DATE REPORTED TO MANAGEMENT: 05/17/2024          W-B REVIEW BY:
IG NUMBER:                                        UOF NUMBER: 24-10828
DATE ASSIGNED: 05/29/2024
INJURIES: N       STG/STI INVOLVEMENT: U         PHYSICAL EVIDENCE RECOVERED: Y
USE OF FORCE: Y    WEAPONS USED: N                INCIDENT VIDEO TAPED: Y
ELECTRONIC RESTRAINING DEVICES: N                CHEMICAL AGENTS USED: N
EVIDENCE LOC: TEMP STORAGE LOCATIONS              SEND TO IG OFFICE: Y
DORM/WING/FLOOR/CELL/BED: E-2-1-02-              SPONTANEOUS UOF: Y
FORCE TYPE: PHY: Y CHM: N MED RSTR: N DFEID: N  VIDEO: HANDHELD: Y   WING: Y



            NAME              TITLE          BIRTHDATE  R S    ID NUMBER
    -------------------- ---------------------- ---------- - - ----------------
PARTICIPANT (S)
  PERKINS, KRYSTAL S.   CORRECTIONAL OFFICER SE ████████  1 2  ████████
  COATES, WILLIAM P.    CORRECTIONAL OFFICER    ████████  1 1
  TRUMBLE, RYAN D.      CORRECTIONAL OFFICER    ████████  1 1
  HARTLEY, GABRIEL L.   CORRECTIONAL OFFICER    ████████  1 1
  YOUNG, KYLE H.        CORRECTIONAL OFFICER    ████████  1 1
  DUBIDAT, NATHANIEL                                      9 9
SUBJECT (S)
  LEE, ROBERT S.        INMATE  TRD:LIFE SNT  01/14/1981  2 1  T15204
WITNESSES (S)
  WHITE, JACK H.        CORRECTIONAL OFFICER CA ████████  1 1  ████████


CONTRABAND RECOVERED          TYPE     POSSESS   QUANTITY      UNIT MSR
------------------------      ------   -------   ----------    --------



MEDICAL DEPT. DESCRIPTION OF INJURIES:
     NO INJURIES NOTED


DESCRIPTION OF INCIDENT:
     ON MAY 17, 2024, AT APPROXIMATELY 1:25PM, IN E- DORM
     (E2102), OFFICER GABRIEL HARTLEY, OFFICER WILLIAM COATES,
     OFFICER ANTONIO GERENCSER, SERGEANT KRYSTAL PERKINS, OFFICER
     RYAN TRUMBLE, AND OFFICER KYLE YOUNG REPORTED UTILIZING
     REACTIONARY PHYSICAL FORCE ON INMATE LEE, ROBERT DC#T15204,
     DUE TO INMATE LEE REFUSING TO ENTER HIS NEWLY ASSIGNED CELL.
     OFFICER HARTLEY, OFFICER TRUMBLE AND OFFICER YOUNG UTILIZED
     A FORWARD PUSHING FORCE TO PLACE INMATE LEE AGAINST THE
```

```
05/31/2024            FLORIDA DEPARTMENT OF CORRECTIONS           PAGE:  2
   MINO101                  MINS INCIDENT REPORT               TIME 14:48
```

WALL, WHILE INMATE LEE DROPPED HIS BODY WEIGHT. OFFICER
HARTLEY AND OFFICER YOUNG PLACE INMATE LEE INTO THE PRONE
POSITION, INMATE LEE CONTINUED TO RESIST STAFF. SERGEANT
PERKINS AND OFFICER GERENCSER ASSISTED BY UTILIZING DOWNWARD
PRESSURE ON INMATE LEE'S LOWER EXTREMITIES TO KEEP HIM IN
THE PRONE POSITION, WHILE OFFICER HARTLEY AND OFFICER YOUNG
MAINTAINED DOWNWARD PRESSURE ON HIS UPPER TORSO AND OFFICER
COATES AND OFFICER TRUMBLE REMOVED THE LEG RESTRAINTS AND
WAIST CHAIN. OFFICER HARTLEY, OFFICER YOUNG, OFFICER COATES,
SERGEANT PERKINS, AND OFFICER GERENCSER COLLECTIVELY LIFTED
INMATE LEE AND PLACED HIM INTO HIS ASSIGNED CELL. DUTY
WARDEN AND EAC NOTIFIED. IR# 119-2024-0351.


ACTION TAKEN:
       FORWARD TO UOF FOR FURTHER REVIEW /AB



**STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS
SANTA ROSA CORRECTIONAL INSTITUTION
OFFICE OF THE WARDEN**

**MEMO TO:**       Office of the Inspector General

**FROM:**          Major Latoya Brown

**DATE:**          May 30, 2024

**SUBJECT:**       UOF – Inmate Lee, Robert DC#T15204
                   MINS #

**In accordance with Chapter 33-602.210 this memorandum is being submitted as notification of discrepancy/concerns found during the review of the use of force packet and video recordings surrounding the event that occurred on May 17, 2024.**

During the review of the reports and substantiated by video the following discrepancy was noted:

➤ Captain J. White – During the escort to Echo Dormitory Inmate Lee continually made statements that he was not going to go into the cell. As the escort passed through the gate in Echo Dormitory Wing 2, Inmate Lee escalated his disruptive behavior. Captain White instructed the camera operator to turn the video camera away from Inmate Lee and proceeded to provide a closing statement. Captain White then closed the handheld video camera to cease recording operations, while staff were utilizing physical force. (Based off fixed wing video review)

➤ Captain J. White – During the handheld video recording, Inmate Lee made numerous allegations of staff misconduct, which Captain White failed to properly document or report which is violation of procedure 208.039. Captain White should have made an annotation on the use of force report detailing the allegations, as well as the submission of a separate report for MINS processing.

**Corrective action:** Captain White will receiving remedial training in use of force as well as report writing criteria. A separate incident report was submitted for discipline due to the severity of the violations. Captain White was also spoken with about the importance of ensuring all events are captured in their entirety and the appearance of impropriety in the way the events unfolded.

*[signature]*

**Major LaToya Brown
Santa Rosa Correctional Institution**



**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**
**SANTA ROSA CORRECTIONAL INSTITUTION**
**OFFICE OF THE WARDEN**

**MEMO TO:**    Office of the Inspector General

**FROM:**    Major Latoya Brown

**DATE:**    May 30, 2024

**SUBJECT:**    UOF – Inmate Lee, Robert DC#T15204
MINS #

---

**In accordance with Chapter 33-602.210 this memorandum is being submitted as
notification of discrepancy/concerns found during the review of the use of force packet and
video recordings surrounding the event that occurred on May 17, 2024.**

During the review of the reports and substantiated by video the following discrepancy was noted:

➢ COT Stephen Vega- during the recording after the use of force involving Inmate Lee, Robert
DC#T15204 COT Vega who was not trained properly on handheld camera usage lost visual of the inmate
Lee while inside of the cell.

**Corrective action:**  COT Stephen Vega will receive training regarding camera operations to
prevent future occurrences.

**Major LaToya Brown**
**Santa Rosa Correctional Institution**

Cc:    Chiefs
       AWO
       Warden
       File

## FLORIDA DEPARTMENT OF CORRECTIONS (INSTITUTION)

### REPORT OF FORCE USED

Use of Force #: _24 -10828_

Institution/Office: __Santa Rosa Correctional Institution Main Unit__    Time: _1:24pm_ Date: _May 17, 2024_

Inmate Name: _Lee, Robert_    Inmate DC Number: _____T15204_____

Housing Status:    Gen Pop: ☐    Confinement: ☐    Close Man: ☒    Max Man: ☐    In-Patient Mental Health: ☐

Type of Force Used:    Chemical: ☐    Physical: ☒    Dart Firing Immobilization Device: ☐
Type of Reaction:    Reactionary: ☒    Organized: ☐
Type of Video:    Fixed Wing: ☒    Handheld: ☒    Date and Time on Camera: ___May 17, 2024___    ___1:26pm___

## I.    REPORT OF PERSON(S) USING FORCE -

### IA.    Narrative of Pre- Event

Inmate Initially counseled by: _N/A_    Time: _N/A_    Results: _N/A_

Risk Assessment Review by: _N/A_    Time: _N/A_

Organized Intervention requested by:    _N/A_    From: _N/A_    Time: _N/A_

Type of approved intervention:    OC: ☐    CS: ☐    FCE: ☐    MR: ☐    Other: _N/A_

Camera Operator (Rank and Full Name):    _Officer Steven Vega_

Lead in statement by OIC (Rank and Full Name):    _Captain Jack White_

Final Order given by (Rank and Full Name):    _N/A_    Time: _N/A_

Chemical agents obtained by:    _N/A_    Time: _N/A_    Weight Out in Grams: _N/A_

From: _N/A_

Inmate behavior:    Comply: ☐    Disruptive: ☒    Time: ___1:24pm___    Time disruptive again: _N/A_

### IB.    Narrative of Event:

I utilized reactionary physical force.

Staff Administering CA(Full Name and Rank):    _N/A_    Certification Exp: _N/A_

Chemical Agent Canister Size: _N/A_    Make: _N/A_

First Application of CA:    Time: _N/A_    Type: _N/A_    Amount in Grams: _N/A_

Second Application of CA:    Time: _N/A_    Type: _N/A_    Amount in Grams: _N/A_

Inmate behavior:    Compliant: ☒    Non-compliant: ☐    Time: _1:27pm_

Additional intervention requested by: _N/A_

Approved by: _N/A_    Type of Additional Intervention: _N/A_

Forced Cell Extraction:  Time: _N/A_    Additional CA Time: _N/A_    Amount in Grams: _N/A_

**Additional CA Intervention after Third Application (minimum of one hour from last application):**

**(Start a second Use of Force as a continuation if additional CA is administered.)**

DC6-230 (Effective 03/22)(Revised )    Incorporated by Reference in Rule, 33-602.210, F. A. C.

**IC.    Post Event**

Inmate compliant time: 1:27pm      Showered time:  N/A          Medical Evaluation Time:  1:33pm

Time Inmate issued clean clothing:  N/A          Time placed in secure decontaminated cell:  1:27pm

Inmate monitored for 45-60 minutes for respiratory distress by:  N/A

CA ending weight in Grams:  N/A      Weighed by: N/A                                          Time:  N/A

Inmate injuries:   Yes:  ☐  No:  ☒  Injury Type:  N/A

Staff injuries:      Yes:  ☐  No:  ☒  Injury Type:  N/A

Outside Medical Treatment:  Yes:  ☐  No:  ☒  Time:  N/A

<b>Additional Comments:</b>

|  |
|--|
|  |

Witnesses: Officer Leon Stafford                          Witnesses: Lieutenant Jacob Grimm

Witnesses:  Lieutenant Dwight Moore                    Witnesses: Officer Steven Vega

Subject Inmate ☐ accepted (DC6-112C attached) ☐declined to make a statement.
If other Witnesses choose to make a statement, attach the appropriate DC6-112C.
Total number of DC6-112C attached to report: ___

**Under penalties of perjury, I declare that I have read the foregoing Report of Force Used and that the facts stated in it are true.**

Full Name and Signature:    Officer Gabriel Hartley                          Date:   May 17, 2024
                            Rank and Name of Reporting Officer

Under penalties of perjury, I declare that I have read the foregoing Report of Force Used and to the best of my knowledge and belief, the facts stated in it are true and correct.  I have been given the opportunity to make additional comments if needed. (Check "See Attachment" below if you have additional information or disagree with portion of Section I.) Attach DC6-231 with your additional comments to this report. Each UOF Participant must sign below.

Participant: Officer William Coates          Agree with Section I: Yes      See Attachment:  Yes
Participant: Officer Antonio Gerencser       Agree with Section I: Yes      See Attachment:  Yes
Participant: Sergeant Krystal Perkins        Agree with Section I: Yes      See Attachment:  Yes
Participant: Officer Ryan Trumble            Agree with Section I: Yes      See Attachment:  Yes
Participant: Officer Kyle Young              Agree with Section I: Yes      See Attachment:  Yes
Participant: N/A                             Agree with Section I: N/A      See Attachment:  N/A

Use additional Sheets if necessary for Participants:

**II.    WARDEN'S REVIEW**

I have reviewed the above report, attachments and videos (if applicable).
The type and amount of force used appears to be  ✓  /not to be _____ in compliance with rules governing Use of Force found in Rule 33-602.210, F.A.C. as indicated below.

(Circle "Yes or No" below)

| Did procedural violations occur? (Yes)      No |
|--|

Reason for Non-Compliance or Procedural Violation Noted:
See attached memo's.

Signature:  _____                          Date:  5/3/24
                Warden

DC6-230 (Effective 03/22)(Revised )              Incorporated by Reference in Rule, 33-602.210, F. A. C.

## III.    INSPECTOR GENERAL'S REVIEW

I have reviewed the above report, attachments and videos (if applicable).
The type and amount of force used appears to be __✓__ /not to be _____ in compliance with rules governing Use of Force found in Rule 33-602.210, F.A.C.

(Circle "Yes or No" below)

| Did procedural violations occur? Yes | No |
|---|---|

Reason for Non-Compliance or Procedural Violation Noted:

Closing statement + Deactivation occurred prior To inmate being secured in a cell.

Camera operator failed to keep inmate in view at all Times

Signature OIG UOF Unit:                                    Date: 6/18/24

**Abbreviations Key**

CA - Chemical Agents
CN - Cloroacetophene
CS - Orthochlorbenzal Malononitrile or Orthochlorobenzylidene Malononitrile
FCE - Forced Cell Extraction
MR - Medical Restraints
OIC - Officer in Charge
OIG - Office of the Inspector General
OC - Oleoresin Capsicum (Pepper Spray)
UOF - Use of Force

UOF
6110124

Received in UOF Unit

DC6-230 (Effective 03/22)(Revised )          Incorporated by Reference in Rule, 33-602.210, F. A. C.

Central 001128

**DEPARTMENT OF CORRECTION**

## USE OF FORCE INCIDENT REPORT

| | | | |
|---|---|---|---|
| **Reporting Institution:** | Santa Rosa Correctional Institution | **Incident Report Number:** | 135-2024-0728 |
| **Reporting Employee:** | Officer Gabriel Hartley | **PREA Number:** | |
| **Employee ID Number:** | ▓▓▓▓▓ | **Date of incident:** | May 17th, 2024 |
| **Person(s) Involved:** | Inmate Lee, Robert DC#T15204 | **Time of incident:** | Approximately 1:25pm |
| | | **Witness (es):** | See DC6-230 |

| | | |
|---|---|---|
| Control Room Log Entry Made: | ☒ Yes ☐ No | Disciplinary Report Initiated: ☒ Yes ☐ No |
| Inmate Placed in Confinement: | ☐ Yes ☒ No | Work Order Initiated: ☐ Yes ☒ No |
| Duty Warden Notified: | ☒ Yes ☐ No Time: 2:02pm | MINS Initiated: ☒ Yes ☐ No |
| EAC Notified: | ☒ Yes ☐ No Time: 2:30pm | Duty Officer Name: Herring 2024-05-14506 |
| Supporting Documents Attached | Yes | |

**DETAILS OF INCIDENT:** On May 17th, 2024, I was assigned to Santa Rosa Correctional Institution Annex as a K-Dormitory Housing Officer. At approximately 1:25pm, I was present in wing two of E-Dormitory at cell-front E-2102 which houses Inmate Cooks, Eddie DC#978441, alone. While housing Inmate Lee, Robert DC#T15204 in his new housing assignment E2102, I ordered him to enter his assigned cell to which he refused by bracing/ push his body weight against me. At this time, Officer Kyle Young, Officer Ryan Trumble and I utilized a forward pushing force to place Inmate Lee against the wall to maintain control of Inmate Lee. At approximately 1:27pm Officer Young, Officer Trumble and I attempted to place Inmate Lee in the E2102, but he began to drop his personal body weight continuing to physically resist all lawful commands, Officer Young and I then placed Inmate Lee into the prone position as the cell door was breached. Inmate Lee was still physically resisting staff, Sergeant Krystal Perkins and Officer Antonio Gerencer assisted in keeping Inmate Lee in the prone position by utilizing downward pressure on his lower extremities, while Officer Young and I maintained downward pressure on Inmate Lee's upper torso area, while Officer William Coates and Officer Trumble began removing the leg restraints and waist chain. Once leg restraints and the waist chain were removed Officer Young, Officer Trumble, Officer Coates, Sergeant Perkins, Officer Gerencer, and I collectively lifted Inmate Lee and placed him in the cell E2102 keeping him in the prone position. At approximately 1:28pm, E2102 was secured, and all force ceased, this concluded my involvement in this incident. I received a post use of force medical evaluation with no injuries noted. I utilized and witnessed the minimal amount of force necessary to overcome Inmate Lee's physical resistance to lawful commands.

**I SOLEMNLY SWEAR OR AFFIRM THAT THE ABOVE REPORT IS TRUE AND ACCURATE AS WRITTEN, THE WHOLE TRUTH, AND NOTHING BUT THE TRUTH, TO THE BEST OF MY KNOWLEDGE.**

| | | |
|---|---|---|
| Officer Gabriel Hartley | _Hartley (signature)_ | May 17th, 2024 |
| **Reporting Employee's Name (Print)** | **Reporting Employee's Signature** | **Date** |

**Shift Supervisor / Department Head**
**COMMENT:** This use of force was necessary to overcome Inmate Lee's physical resistance to lawful commands. Officer Young, Officer Trumble, Officer Coates, Sergeant Perkins, Officer Gerencer and Officer Hartley all received post use of force examinations with no injuries noted. Inmate Lee was seen cell front by on duty medical staff with no injuries noted. An anterior and posterior view was not able to be captured due to Inmate Lee refusing orders to turn and face the camera. The Emergency Action Center Officer Herring and Duty Warden Charles Ricks were notified of this incident. This incident was notated on Inmate Lee's DC6-229: Daily Record of Special Housing. Inmate Lee will receive a disciplinary report for 6-1: Disobeying a Verbal Order.

| | | |
|---|---|---|
| Captain Jack White | _(signature)_ | May 17th, 2024 |
| **Shift Supervisor's Name (Print)** | **Shift Supervisor's Signature** | **Date** |

**REVIEW:** I have reviewed all Use of Force documentation to include fixed wing and handheld video. This Use of Force appears to be in compliance with FAC 33-602.210.

Noted Discrepancies: _Inmate Lee made Allegations of staff assaulting him which was not addressed in a agency memo. Primary Grievance Whalen witnessed staff Members that bit shield if the inmate Lee when a Cell. Inmate Cooks was not reviewed on a write Papers assult. cell but reports Were all applied._ UOF# 24-10888
MINS: _____ MINS# 1259602.

| | | |
|---|---|---|
| Colonel Charles Richter | _(signature)_ | 5/30/24 |
| **Correctional Officer Chief's Name (Print)** | **Correctional Officer Chief's Signature** | **Date** |

**REVIEW:** Appears to be in compliance with FAC 33.602.210
Noted Discrepancies: _See attached memo_

MINS: _____

| | | |
|---|---|---|
| R. Quinn, Warden | _Jones, AWn (signature)_ | 5/31/24 |
| **Warden's Name (Print)** | **Warden's Signature** | **Date** |

| | | |
|---|---|---|
| DC6-210A (Effective 1/18) | Incorporated by Reference in Rule 33-602.210, F.A.C. | Page 1 of 2 |

**DETAILS OF INCIDENT (cont'd):**_____

_____
_____
_____
_____
_____
_____
_____

**Shift Supervisor / Department Head**
**COMMENT (cont'd):** _____

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

**REVIEW (cont'd):**_____

_____
_____
_____
_____
_____
_____
_____
_____

**REVIEW (cont'd):**_____

_____
_____
_____
_____
_____
_____
_____
_____
_____

Supporting Documents Attached_____

## DEPARTMENT OF CORRECTIONS

### USE OF FORCE INCIDENT REPORT

**Reporting Institution:** Santa Rosa Correctional Institution

**Incident Report Number:** _____

**Reporting Employee:** Officer Kyle Young

**PREA Number:** _____

**Employee ID Number:** ▮▮▮▮▮

**Date of incident:** May 17th, 2024

**Person(s) Involved:** Inmate Lee, Robert DC#T15204

**Time of incident:** Approximately 1:25pm

**Witness (es):** See DC6-230

| | | |
|---|---|---|
| Control Room Log Entry Made: | ☒ Yes ☐ No | Disciplinary Report Initiated: ☒ Yes ☐ No |
| Inmate Placed in Confinement: | ☐ Yes ☒ No | Work Order Initiated: ☐ Yes ☒ No |
| Duty Warden Notified: | ☒ Yes ☐ No Time: 2:02pm | MINS Initiated: ☒ Yes ☐ No |
| EAC Notified: | ☒ Yes ☐ No Time: 2:30pm | Duty Officer Name: Herring 2024-05-14506 |
| Supporting Documents Attached | Yes | |

**DETAILS OF INCIDENT:** On May 17th, 2024, I was assigned to Santa Rosa Correctional Institution Main Unit as a D-Dormitory Programs Officer. At approximately 1:25pm, I was present in wing two of E-Dormitory at cell-front E-2102 which houses Inmate Cooks, Eddie DC#978441, alone. While housing Inmate Lee, Robert DC#T15204 in his new housing assignment E2102, Officer Gabriel Hartley ordered him to enter his assigned cell to which he refused to enter by bracing/ push his body weight against us. At this time, Officer Ryan Trumble and Officer Hartley and I utilized a forward pushing force to place Inmate Lee against the wall to maintain control of Inmate Lee. At approximately 1:27pm, Officer Trumble and Officer Hartley and I attempted to place Inmate Lee in the E2102, but he began to drop his personal body weight continuing to physically resist all lawful commands, Officer Hartley and I then placed Inmate Lee into the prone position breaching as the cell door was breached. Inmate Lee was still physically resisting staff, Sergeant Krystal Perkins and Officer Antonio Gerencer assisted in keeping Inmate Lee in the prone position by utilizing downward pressure on his lower extremities, while Officer Hartley and I maintained downward pressure on Inmate Lee's upper torso area, while Officer Trumble and Officer William Coates began removing the leg restraints and waist chain. Once leg restraints and the waist chain were removed Officer Coates, Officer Trumble, Officer Hartley, Sergeant Perkins, Officer Gerencer, and I collectively lifted Inmate Lee and placed him in cell E2102 keeping him in the prone position. At approximately 1:28pm E2102 was secured, and all force ceased, this concluded my involvement in this incident. I received a post use of force medical evaluation with no injuries noted. I utilized and witnessed the minimal amount of force necessary to overcome Inmate Lee's physical resistance to lawful commands.

**I SOLEMNLY SWEAR OR AFFIRM THAT THE ABOVE REPORT IS TRUE AND ACCURATE AS WRITTEN, THE WHOLE TRUTH, AND NOTHING BUT THE TRUTH, TO THE BEST OF MY KNOWLEDGE.**

Officer Kyle Young
**Reporting Employee's Name (Print)** | **Reporting Employee's Signature** | May 17th, 2024 **Date**

**Shift Supervisor / Department Head**
**COMMENT:** Supplemental documentation. For further information refer to the main DC6-230 and the main DC6-210A generated by Officer Gabriel Hartley dated May 17th, 2024.

Captain Jack White
**Shift Supervisor's Name (Print)** | **Shift Supervisor's Signature** | May 17th, 2024 **Date**

**REVIEW:** Supplemental/Participant

Colonel Charles Richter
**Correctional Officer Chief's Name (Print)** | **Correctional Officer Chief's Signature** | 5/30/24 **Date**

**REVIEW:** Supplemental/Participant

R. Quinn, Warden
**Warden's Name (Print)** | **Warden's Signature** | 5/31/24 **Date**

DC6-210A (Effective 1/18)    Incorporated by Reference in Rule 33-602.210, F.A.C.    Page 1 of 2

**DETAILS OF INCIDENT (cont'd):** _____

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

**Shift Supervisor / Department Head**
  **COMMENT (cont'd):** _____

_____
_____
_____
_____
_____
_____
_____
_____

**REVIEW (cont'd):** _____

_____
_____
_____
_____
_____
_____
_____

**REVIEW (cont'd):** _____

_____
_____
_____
_____
_____
_____
_____
_____

Supporting Documents Attached_____

## DEPARTMENT OF CORRECTION

### USE OF FORCE INCIDENT REPORT

| | | | |
|---|---|---|---|
| **Reporting Institution:** | Santa Rosa Correctional Institution | **Incident Report Number:** | |
| **Reporting Employee:** | Officer Ryan Trumble | **PREA Number:** | |
| **Employee ID Number:** | ▮▮▮▮▮ | **Date of incident:** | May 17th, 2024 |
| **Person(s) Involved:** | Inmate Lee, Robert DC#T15204 | **Time of incident:** | Approximately 1:25pm |
| | | **Witness (es):** | See DC6-230 |

| | | | | |
|---|---|---|---|---|
| Control Room Log Entry Made: | ☒ Yes ☐ No | Disciplinary Report Initiated: | ☒ Yes ☐ No | |
| Inmate Placed in Confinement: | ☐ Yes ☒ No | Work Order Initiated: | ☐ Yes ☒ No | |
| Duty Warden Notified: | ☒ Yes ☐ No Time: 2:02pm | MINS Initiated: | ☒ Yes ☐ No | |
| EAC Notified: | ☒ Yes ☐ No Time: 2:30pm | Duty Officer Name: Herring 2024-05-14506 | | |
| Supporting Documents Attached | Yes | | | |

**DETAILS OF INCIDENT:** On May 17th, 2024, I was assigned to Santa Rosa Correctional Institution Main Unit as a C-Dormitory Programs Officer. At approximately 1:25pm, I was present in wing two of E-Dormitory at cell-front E-2102 which houses Inmate Cooks, Eddie DC#978441, alone. While housing Inmate Lee, Robert DC#T15204 in his new housing assignment E2102, Officer Gabriel Hartley ordered him to enter his assigned cell to which he refused by bracing/ push his body weight against us. At this time, Officer Kyle Young, Officer, Officer Hartley and I utilized a forward pushing force to place Inmate Lee against the wall to maintain control of Inmate Lee. At approximately 1:27pm Officer young, Officer Hartley and I attempted to place Inmate Lee in the E2102, but he began to drop his personal body weight continuing to physically resist all lawful commands, Officer Young and Officer Hartley then placed Inmate Lee into the prone position as the cell door was breached. Inmate Lee was still physically resisting staff, Sergeant Krystal Perkins and Officer Antonio Gerencer assisted in keeping Inmate Lee in the prone position by utilizing downward pressure on his lower extremities, while Officer Young and Officer Hartley maintained downward pressure on Inmate Lee's upper torso area, while Officer Coates and I began removing the leg restraints and waist chain. Once leg restraints and the waist chain were removed Officer Young, Officer Coates, Officer Hartley, Sergeant Perkins, Officer Gerencer, and I collectively lifted Inmate Lee and placed him in cell E2102 keeping him in the prone position. At approximately 1:28pm E2102 was secured, and all force ceased, this concluded my involvement in this incident. I received a post use of force medical evaluation with no injuries noted. I utilized and witnessed the minimal amount of force necessary to overcome Inmate Lee's physical resistance to lawful commands.

**I SOLEMNLY SWEAR OR AFFIRM THAT THE ABOVE REPORT IS TRUE AND ACCURATE AS WRITTEN, THE WHOLE TRUTH, AND NOTHING BUT THE TRUTH, TO THE BEST OF MY KNOWLEDGE.**

| | | |
|---|---|---|
| Officer Ryan Trumble | *[signature]* | May 17th, 2024 |
| **Reporting Employee's Name (Print)** | **Reporting Employee's Signature** | **Date** |

**Shift Supervisor / Department Head**
**COMMENT:** Supplemental documentation. For further information refer to the main DC6-230 and the main DC6-210A generated by Officer Gabriel Hartley dated May 17th, 2024.

| | | |
|---|---|---|
| Captain Jack White | *[signature]* | May 17th, 2024 |
| **Shift Supervisor's Name (Print)** | **Shift Supervisor's Signature** | **Date** |

**REVIEW:** Supplemental/Participant

| | | |
|---|---|---|
| Colonel Charles Richter | *[signature]* | 5/3u/24 |
| **Correctional Officer Chief's Name (Print)** | **Correctional Officer Chief's Signature** | **Date** |

**REVIEW:** Supplemental/Participant

| | | |
|---|---|---|
| R. Quinn, Warden | *[signature]* | 5/31/24 |
| **Warden's Name (Print)** | **Warden's Signature** | **Date** |

DC6-210A (Effective 1/18)        Incorporated by Reference in Rule 33-602.210, F.A.C.        Page 1 of 2

**DETAILS OF INCIDENT (cont'd):**_____

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

**Shift Supervisor / Department Head**
**COMMENT (cont'd):** _____

_____
_____
_____
_____
_____
_____
_____
_____

**REVIEW (cont'd):**_____

_____
_____
_____
_____
_____
_____

**REVIEW (cont'd):**_____

_____
_____
_____
_____
_____
_____
_____

Supporting Documents Attached_____

**DEPARTMENT OF CORRECTION**

## USE OF FORCE INCIDENT REPORT

**Reporting Institution:** Santa Rosa Correctional Institution     **Incident Report Number:** _____

**Reporting Employee:** Officer William Coates     **PREA Number:** _____

**Employee ID Number:** ███████     **Date of incident:** May 17th, 2024

**Person(s) Involved:** Inmate Lee, Robert DC#T15204     **Time of incident:** Approximately 1:25pm

_____     **Witness (es):** See DC6-230

_____     _____

| | | |
|---|---|---|
| Control Room Log Entry Made: | ☒ Yes ☐ No | Disciplinary Report Initiated: ☒ Yes ☐ No |
| Inmate Placed in Confinement: | ☐ Yes ☒ No | Work Order Initiated: ☐ Yes ☒ No |
| Duty Warden Notified: | ☒ Yes ☐ No Time: 2:02pm | MINS Initiated: ☒ Yes ☐ No |
| EAC Notified: | ☒ Yes ☐ No Time: 2:30pm | Duty Officer Name: Herring 2024-05-14506 |
| Supporting Documents Attached | Yes | |

**DETAILS OF INCIDENT:** On May 17th, 2024, I was assigned to Santa Rosa Correctional Institution Annex as the K-Dormitory Housing Officer. At approximately 1:25pm, I was present in wing two of E-Dormitory at cell-front E-2102 which houses Inmate Cooks, Eddie DC#978441, alone. While housing Inmate Lee, Robert DC#T15204 in his new housing assignment E2102, Officer Gabriel Hartley ordered him to enter his assigned cell to which he refused by bracing/ push his body weight against them. At this time, Officer Kyle Young, Officer Ryan Trumble and Officer Hartley utilized a forward pushing force to place Inmate Lee against the wall to maintain control of Inmate Lee. At approximately 1:27pm, Officer Young, Officer Trumble and Officer Hartley attempted to place Inmate Lee in E2102, but he began to drop his personal body weight continuing to physically resist all lawful commands. Officer Young and Officer Hartley then placed Inmate Lee into the prone position as the cell door was breached. Inmate Lee was still physically resisting staff. Sergeant Krystal Perkins and Officer Antonio Gerencer assisted in keeping Inmate Lee in the prone position by utilizing downward pressure on his lower extremities, while Officer Young and Officer Hartley maintained downward pressure on Inmate Lee's upper torso area, while Officer Trumble and I began removing the leg restraints and waist chain. Once leg restraints and the waist chain were removed Officer Young, Officer Trumble, Officer Hartley, Sergeant Perkins, Officer Gerencer, and I collectively lifted Inmate Lee and placed him in cell E2102 keeping him in the prone position. At approximately 1:28pm, E2102 was secured, and all force ceased, this concluded my involvement in this incident. I received a post use of force medical evaluation with no injuries noted. I utilized and witnessed the minimal amount of force necessary to overcome Inmate Lee's physical resistance to lawful commands.

**I SOLEMNLY SWEAR OR AFFIRM THAT THE ABOVE REPORT IS TRUE AND ACCURATE AS WRITTEN, THE WHOLE TRUTH, AND NOTHING BUT THE TRUTH, TO THE BEST OF MY KNOWLEDGE.**

Officer William Coates     _signature_     May 17th, 2024
**Reporting Employee's Name (Print)**     **Reporting Employee's Signature**     **Date**

**Shift Supervisor / Department Head**
**COMMENT:** Supplemental documentation. For further information refer to the main DC6-230 and the main DC6-210A generated by Officer Gabriel Hartley dated May 17th, 2024.

_____
_____
_____

Captain Jack White     _signature_     May 17th, 2024
**Shift Supervisor's Name (Print)**     **Shift Supervisor's Signature**     **Date**

**REVIEW:** Supplemental/Participant

_____
_____
_____
_____
_____

Colonel Charles Richter     _signature_     5/30/24
**Correctional Officer Chief's Name (Print)**     **Correctional Officer Chief's Signature**     **Date**

**REVIEW:** Supplemental/Participant

_____
_____
_____
_____
_____

R. Quinn, Warden     _signature_     5/31/24
**Warden's Name (Print)**     **Warden's Signature**     **Date**

**DETAILS OF INCIDENT (cont'd):**_____

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

**Shift Supervisor / Department Head**
**COMMENT (cont'd):** _____

_____
_____
_____
_____
_____
_____
_____

**REVIEW (cont'd):**_____

_____
_____
_____
_____
_____
_____

**REVIEW (cont'd):**_____

_____
_____
_____
_____
_____
_____
_____

Supporting Documents Attached_____

DC6-210A (Effective 1/18)       Incorporated by Reference in Rule 33-602.210, F.A.C.       Page 2 of 2

## DEPARTMENT OF CORRECTION

### USE OF FORCE INCIDENT REPORT

| | | | |
|---|---|---|---|
| **Reporting Institution:** | Santa Rosa Correctional Institution | **Incident Report Number:** | |
| **Reporting Employee:** | Officer Antonio Gerencser | **PREA Number:** | |
| **Employee ID Number:** | ▉ | **Date of incident:** | May 17th, 2024 |
| **Person(s) Involved:** | Inmate Lee, Robert DC#T15204 | **Time of incident:** | Approximately 1:25pm |
| | | **Witness (es):** | See DC6-230 |

| | | | |
|---|---|---|---|
| Control Room Log Entry Made: | ☒ Yes ☐ No | Disciplinary Report Initiated: | ☒ Yes ☐ No |
| Inmate Placed in Confinement: | ☐ Yes ☒ No | Work Order Initiated: | ☐ Yes ☒ No |
| Duty Warden Notified: | ☒ Yes ☐ No Time: 2:02pm | MINS Initiated: | ☒ Yes ☐ No |
| EAC Notified: | ☒ Yes ☐ No Time: 2:30pm | Duty Officer Name: Herring 2024-05-14506 | |
| Supporting Documents Attached | Yes | | |

**DETAILS OF INCIDENT:** On May 17th, 2024, I was assigned to Santa Rosa Correctional Institution Main Unit as a E-Dormitory Programs Officer. At approximately 1:25pm, I was present in wing two of E-Dormitory at cell-front E-2102 which houses Inmate Cooks, Eddie DC#978441, alone. While housing Inmate Lee, Robert DC#T15204 in his new housing assignment E2102, Officer Gabriel Hartley ordered him to enter his assigned cell to which he refused by bracing/ push body weight against them. At this time, Officer Kyle Young, Officer Ryan Trumble and Officer Hartley utilized a forward pushing force to place Inmate Lee against the wall to maintain control of Inmate Lee. At approximately 1:27pm Officer Young, Officer Trumble and Officer Hartley attempted to place Inmate Lee in E2102, but he began to drop his personal body weight continuing to physically resist all lawful commands. Officer Young and Officer Hartley then placed Inmate Lee into the prone position as the cell door was breached. Inmate Lee was still physically resisting staff, Sergeant Krystal Perkins and I assisted in keeping Inmate Lee in the prone position by utilizing downward pressure on his lower extremities, while Officer Young and Officer Hartley maintained downward pressure on Inmate Lee's upper torso area, while Officer Trumble and Officer William Coates began removing the leg restraints and waist chain. Once leg restraints and the waist chain were removed Officer Young, Officer Trumble, Officer Hartley, Sergeant Perkins, Officer Coates, and I collectively lifted Inmate Lee and placed him in cell E2102 keeping him in the prone position. At approximately 1:28pm, E2102 was secured, and all force ceased, this concluded my involvement in this incident. I received a post use of force medical evaluation with no injuries noted. I utilized and witnessed the minimal amount of force necessary to overcome Inmate Lee's physical resistance to lawful commands.

**I SOLEMNLY SWEAR OR AFFIRM THAT THE ABOVE REPORT IS TRUE AND ACCURATE AS WRITTEN, THE WHOLE TRUTH, AND NOTHING BUT THE TRUTH, TO THE BEST OF MY KNOWLEDGE.**

| | | |
|---|---|---|
| Officer Antonio Gerencser | | May 17th, 2024 |
| **Reporting Employee's Name (Print)** | **Reporting Employee's Signature** | **Date** |

**Shift Supervisor / Department Head**
**COMMENT:** Supplemental documentation. For further information refer to the main DC6-230 and the main DC6-210A generated by Officer Gabriel Hartley dated May 17th, 2024.

| | | |
|---|---|---|
| Captain Jack White | | May 17th, 2024 |
| **Shift Supervisor's Name (Print)** | **Shift Supervisor's Signature** | **Date** |

**REVIEW:** Supplemental/witness

| | | |
|---|---|---|
| Colonel Charles Richter | | 8-30-24 |
| **Correctional Officer Chief's Name (Print)** | **Correctional Officer Chief's Signature** | **Date** |

**REVIEW:** Supplemental/witness

| | | |
|---|---|---|
| R. Quinn, Warden | | 9/3/24 |
| **Warden's Name (Print)** | **Warden's Signature** | **Date** |

**DETAILS OF INCIDENT (cont'd):**_____  _____  _____
_____  _____  _____
_____
_____
_____
_____
_____
_____
_____
_____

**Shift Supervisor / Department Head**
**COMMENT (cont'd):** _____
_____
_____
_____
_____
_____
_____
_____

**REVIEW (cont'd):**_____
_____
_____
_____
_____
_____
_____

**REVIEW (cont'd):**_____
_____
_____
_____
_____
_____
_____

Supporting Documents Attached_____

.

### DEPARTMENT OF CORRECTIONS

### USE OF FORCE INCIDENT REPORT

| | | | |
|---|---|---|---|
| **Reporting Institution:** | Santa Rosa Correctional Institution | **Incident Report Number:** | |
| **Reporting Employee:** | Sergeant Krystal Perkins | **PREA Number:** | |
| **Employee ID Number:** | ▮▮▮▮▮ | **Date of incident:** | May 17th, 2024 |
| **Person(s) Involved:** | Inmate Lee, Robert DC#T15204 | **Time of incident:** | Approximately 1:25pm |
| | | **Witness (es):** | See DC6-230 |

| | | | | | |
|---|---|---|---|---|---|
| Control Room Log Entry Made: | ☒ Yes ☐ No | | Disciplinary Report Initiated: | ☒ Yes ☐ No | |
| Inmate Placed in Confinement: | ☐ Yes ☒ No | | Work Order Initiated: | ☐ Yes ☒ No | |
| Duty Warden Notified: | ☒ Yes ☐ No | Time: 2:02pm | MINS Initiated: | ☒ Yes ☐ No | |
| EAC Notified: | ☒ Yes ☐ No | Time: 2:30pm | Duty Officer Name: Herring 2024-05-14506 | | |
| Supporting Documents Attached | Yes | | | | |

**DETAILS OF INCIDENT:** On May 17th, 2024, I was assigned to Santa Rosa Correctional Institution Main Unit as the Movement Sergeant. At approximately 1:25pm, I was present in wing two of E-Dormitory at cell-front E-2102 which houses Inmate Cooks, Eddie DC#978441, alone. While housing Inmate Lee, Robert DC#T15204 in his new housing assignment E2102, Officer Gabriel Hartley ordered him to enter his assigned cell to which he refused by bracing/ push his body weight against them. At this time, Officer Kyle Young, Officer Ryan Trumble and Officer Hartley utilized a forward pushing force to place Inmate Lee against the wall to maintain control of Inmate Lee. At approximately 1:27pm Officer Young, Officer Trumble and Officer Hartley attempted to place Inmate Lee in E2102, but he began to drop his personal body weight continuing to physically resist all lawful commands, Officer Young and Officer Hartley then placed Inmate Lee into the prone position as the cell door was breached. Inmate Lee was still physically resisting staff, Officer Antonio Gerencer and I assisted in keeping Inmate Lee in the prone position by utilizing downward pressure on his lower extremities, while Officer Young and Officer Hartley maintained downward pressure on Inmate Lee's upper torso area, while Officer Trumble and I began removing the leg restraints and waist chain. Once leg restraints and the waist chain were removed Officer Young, Officer Trumble, Officer Hartley, Officer Coates, Officer Gerencer and I collectively lifted Inmate Lee and placed him in cell E2102 keeping him in the prone position. At approximately 1:28pm E2102 was secured, and all force ceased, this concluded my involvement in this incident. I received a post use of force medical evaluation with no injuries noted. I utilized and witnessed the minimal amount of force necessary to overcome Inmate Lee's physical resistance to lawful commands.

**I SOLEMNLY SWEAR OR AFFIRM THAT THE ABOVE REPORT IS TRUE AND ACCURATE AS WRITTEN, THE WHOLE TRUTH, AND NOTHING BUT THE TRUTH, TO THE BEST OF MY KNOWLEDGE.**

| | | |
|---|---|---|
| Sergeant Krystal Perkins | *[signature]* | May 17th, 2024 |
| **Reporting Employee's Name (Print)** | **Reporting Employee's Signature** | **Date** |

**Shift Supervisor / Department Head**
**COMMENT:** Supplemental documentation. For further information refer to the main DC6-230 and the main DC6-210A generated by Officer Gabriel Hartley dated May 17th, 2024.

| | | |
|---|---|---|
| Captain Jack White | *[signature]* | May 17th, 2024 |
| **Shift Supervisor's Name (Print)** | **Shift Supervisor's Signature** | **Date** |

**REVIEW:** Supplemental/Participant

| | | |
|---|---|---|
| Colonel Charles Richter | *[signature]* | 5/30/24 |
| **Correctional Officer Chief's Name (Print)** | **Correctional Officer Chief's Signature** | **Date** |

**REVIEW:** Supplemental/Participant

| | | |
|---|---|---|
| R. Quinn, Warden | *[signature]* | 5/31/24 |
| **Warden's Name (Print)** | **Warden's Signature** | **Date** |

| | | |
|---|---|---|
| DC6-210A (Effective 1/18) | Incorporated by Reference in Rule 33-602.210, F.A.C. | Page 1 of 2 |

**DETAILS OF INCIDENT (cont'd):**_____

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

**Shift Supervisor / Department Head**
  **COMMENT (cont'd):** _____

_____
_____
_____
_____
_____
_____
_____
_____

**REVIEW (cont'd):**_____

_____
_____
_____
_____
_____
_____
_____

**REVIEW (cont'd):**_____

_____
_____
_____
_____
_____
_____
_____
_____

Supporting Documents Attached_____



**DEPARTMENT OF CORRECTIONS**

**USE OF FORCE INCIDENT REPORT**

| | | | |
|---|---|---|---|
| **Reporting Institution:** | Santa Rosa Correctional Institution | **Incident Report Number:** | |
| **Reporting Employee:** | Officer Steven Vega | **PREA Number:** | |
| **Employee ID Number:** | ▮▮▮▮ | **Date of incident:** | May 17th, 2024 |
| **Person(s) Involved:** | Inmate Lee, Robert DC#T15204 | **Time of incident:** | Approximately 1:25pm |
| | | **Witness(es):** | See DC6-230 |

Control Room Log Entry Made: ☒ Yes ☐ No      Disciplinary Report Initiated: ☒ Yes ☐ No
Inmate Placed in Confinement: ☐ Yes ☒ No      Work Order Initiated: ☐ Yes ☒ No
Duty Warden Notified: ☒ Yes ☐ No Time: 2:02pm      MINS Initiated: ☒ Yes ☐ No
EAC Notified: ☒ Yes ☐ No Time: 2:30pm      Duty Officer Name: Herring 2024-05-14506
Supporting Documents Attached    Yes

**DETAILS OF INCIDENT:** On May 17, 2024, I was assigned to Santa Rosa Correctional Institution as an Annex K-Dormitory Housing Officer. At approximately 1:25pm, I was present in E-Dormitory assisting with the escort of Inmate Lee, Robert DC#T15204 from K-Dormitory to his new housing assignment in E-Dormitory. Once present at the cell Inmate Lee began resisting the escorting staff trying to place him inside the cell and they had to pin him against the wall. I was already present with the K-Dormitory handheld digital video camera and Captain White instructed me to perform a brief function check and begin recording as he provided a brief lead in statement. Video recording ran uninterrupted throughout the remainder of this incident. At approximately 1:37pm, Captain White gave a brief closing statement and recording ceased. I witnessed the minimal amount of force necessary to overcome Inmate Lee's physical resistance to lawful commands, I did not utilize force during this incident.

**I SOLEMNLY SWEAR OR AFFIRM THAT THE ABOVE REPORT IS TRUE AND ACCURATE AS WRITTEN, THE WHOLE TRUTH, AND NOTHING BUT THE TRUTH, TO THE BEST OF MY KNOWLEDGE.**

| | | |
|---|---|---|
| Officer Steven Vega | _(signature)_ | May 17th, 2024 |
| **Reporting Employee's Name (Print)** | **Reporting Employee's Signature** | **Date** |

**Shift Supervisor / Department Head**
**COMMENT:** Supplemental documentation. For further information refer to the main DC6-230 and the main DC6-210A generated by Officer Gabriel Hartley dated May 17th, 2024.

| | | |
|---|---|---|
| Captain Jack White | _(signature)_ | May 17th, 2024 |
| **Shift Supervisor's Name (Print)** | **Shift Supervisor's Signature** | **Date** |

**REVIEW:** Supplemental / Recorder

| | | |
|---|---|---|
| Colonel Charles Richter | _(signature)_ | 5/30/24 |
| **Correctional Officer Chief's Name (Print)** | **Correctional Officer Chief's Signature** | **Date** |

**REVIEW:** Supplemental / Recorder

| | | |
|---|---|---|
| R. Quinn, Warden | _(signature)_ | 5/31/24 |
| **Warden's Name (Print)** | **Warden's Signature** | **Date** |

DC6-210A (Effective 1/18)      Incorporated by Reference in Rule 33-602.210, F.A.C.      Page 1 of 2

DETAILS OF INCIDENT (cont'd):_____

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

**Shift Supervisor / Department Head**
  **COMMENT (cont'd):**_____

_____
_____
_____
_____
_____
_____
_____
_____

**REVIEW (cont'd):**_____

_____
_____
_____
_____
_____
_____

**REVIEW (cont'd):**_____

_____
_____
_____
_____
_____
_____
_____

Supporting Documents Attached_____

## DEPARTMENT OF CORRECTIONS

### USE OF FORCE INCIDENT REPORT

| | | | |
|---|---|---|---|
| **Reporting Institution:** | Santa Rosa Correctional Institution | **Incident Report Number:** | |
| **Reporting Employee:** | Lieutenant Jacob Grimm | **PREA Number:** | |
| **Employee ID Number:** | ▮▮▮▮ | **Date of incident:** | May 17th, 2024 |
| **Person(s) Involved:** | Inmate Lee, Robert DC#T15204 | **Time of incident:** | Approximately 1:25pm |
| | | **Witness (es):** | See DC6-230 |

Control Room Log Entry Made: ☒ Yes ☐ No    Disciplinary Report Initiated: ☒ Yes ☐ No
Inmate Placed in Confinement: ☐ Yes ☒ No    Work Order Initiated: ☐ Yes ☒ No
Duty Warden Notified: ☒ Yes ☐ No Time: 2:02pm    MINS Initiated: ☒ Yes ☐ No
EAC Notified: ☒ Yes ☐ No Time: 2:30pm    Duty Officer Name: Herring 2024-05-14506
Supporting Documents Attached    Yes

**DETAILS OF INCIDENT:** On May 17th, 2024, I was assigned to Santa Rosa Correctional Institution Annex as the Q-Dormitory Housing Supervisor. At approximately 1:25pm, I was present in wing two of E-Dormitory at cell-front E-2102 which houses Inmate Cooks, Eddie DC#978441, alone. While housing Inmate Lee, Robert DC#T15204 in his new housing assignment E2102, Officer Gabriel Hartley ordered him to enter his assigned cell to which he refused by bracing/ push his body weight against staff. At this time, Officer Kyle Young, Officer Ryan Trumble and Officer Hartley utilized a forward pushing force to place Inmate Lee against the wall to maintain control of Inmate Lee. At approximately 1:27pm, Officer Young, Officer Trumble and Officer Hartley attempted to place Inmate Lee in E2102, but he began to drop his personal body weight continuing to physically resist all lawful commands. Officer young and Officer Hartley then placed Inmate Lee into the prone position as the cell door was breached. Inmate Lee was still physically resisting staff. Sergeant Krystal Perkins and Officer Antonio Gerencer assisted in keeping Lee in the prone position by utilizing downward pressure on his lower extremities, while Officer Young and Officer Hartley maintained downward pressure on Inmate Lee's upper torso area, while Officer William Coates and Officer Trumble began removing the leg restraints and waist chain. Once leg restraints and the waist chain were removed Officer Young, Officer Trumble, Officer Coates, Sergeant Perkins. Officer Gerencer, and Officer Hartley collectively lifted Inmate Lee and placed him in cell E2102 keeping him in the prone position. At approximately 1:28pm E2102 was secured, and all force ceased, this concluded my involvement in this incident. I witnessed the minimal amount of force necessary to overcome Inmate Lee's physical resistance to lawful commands, I did not utilize force during this incident.

**I SOLEMNLY SWEAR OR AFFIRM THAT THE ABOVE REPORT IS TRUE AND ACCURATE AS WRITTEN, THE WHOLE TRUTH, AND NOTHING BUT THE TRUTH, TO THE BEST OF MY KNOWLEDGE.**

| | | |
|---|---|---|
| Lieutenant Jacob Grimm | | May 17th, 2024 |
| **Reporting Employee's Name (Print)** | **Reporting Employee's Signature** | **Date** |

**Shift Supervisor / Department Head**
**COMMENT:** Supplemental documentation. For further information refer to the main DC6-230 and the main DC6-210A generated by Officer Gabriel Hartley dated May 17th, 2024.

| | | |
|---|---|---|
| Captain Jack White | | May 17th, 2024 |
| **Shift Supervisor's Name (Print)** | **Shift Supervisor's Signature** | **Date** |

**REVIEW:** Supplemental/witness

| | | |
|---|---|---|
| Colonel Charles Richter | | 5/30/24 |
| **Correctional Officer Chief's Name (Print)** | **Correctional Officer Chief's Signature** | **Date** |

**REVIEW:** Supplemental/witness

| | | |
|---|---|---|
| R. Quinn, Warden | | 5/31/24 |
| **Warden's Name (Print)** | **Warden's Signature** | **Date** |

**DETAILS OF INCIDENT (cont'd):**_____  _ _____  _____
_____  _____  _____
_____
_____
_____
_____
_____
_____
_____
_____

**Shift Supervisor / Department Head**
**COMMENT (cont'd):** _____
_____
_____
_____
_____
_____
_____
_____
_____

**REVIEW (cont'd):**_____
_____
_____
_____
_____
_____
_____
_____

**REVIEW (cont'd):**_____
_____
_____
_____
_____
_____
_____
_____
_____

Supporting Documents Attached_____

**DEPARTMENT OF CORRECT**

**USE OF FORCE INCIDENT REPORT**

| | | | |
|---|---|---|---|
| **Reporting Institution:** | Santa Rosa Correctional Institution | **Incident Report Number:** | |
| **Reporting Employee:** | Lieutenant Dwight Moore | **PREA Number:** | |
| **Employee ID Number:** | ▮▮▮▮▮ | **Date of incident:** | May 17th, 2024 |
| **Person(s) Involved:** | Inmate Lee, Robert DC#T15204 | **Time of incident:** | Approximately 1:25pm |
| | | **Witness (es):** | See DC6-230 |

| | | | | |
|---|---|---|---|---|
| Control Room Log Entry Made: | ☒ Yes ☐ No | Disciplinary Report Initiated: | ☒ Yes ☐ No | |
| Inmate Placed in Confinement: | ☐ Yes ☒ No | Work Order Initiated: | ☐ Yes ☒ No | |
| Duty Warden Notified: | ☒ Yes ☐ No Time: 2:02pm | MINS Initiated: | ☐ Yes ☒ No | |
| EAC Notified: | ☒ Yes ☐ No Time: 2:30pm | Duty Officer Name: Herring 2024-05-14506 | | |
| Supporting Documents Attached | Yes | | | |

**DETAILS OF INCIDENT:** On May 17th, 2024, I was assigned to Santa Rosa Correctional Institution Main Unit as the E-Dormitory Housing Supervisor. At approximately 1:25pm, I was present in wing two of E-Dormitory at cell-front E-2102 which houses Inmate Cooks, Eddie DC#978441, alone. While housing Inmate Lee, Robert DC#T15204 in his new housing assignment E2102, Officer Gabriel Hartley ordered him to enter his assigned cell to which he refused. At this time, Officer Kyle Young, Officer Ryan Trumble and Officer Hartley utilized a forward pushing force to place Inmate Lee against the wall to maintain control of Inmate Lee. At approximately 1:27pm Officer young, Officer Trumble and Officer Hartley attempted to place Inmate Lee in the E2102 but he began to drop his personal body weight continuing to physically resist all lawful commands, Officer Young and Officer Hartley then placed Inmate Lee into the prone position breaching the cell door. Inmate Lee was still physically resisting staff, Sergeant Krystal Perkins and Officer Antonio Gerencer assisted in keeping Lee in the prone position by utilizing downward pressure on his lower extremities, while Officer Young and Officer Hartley maintained downward pressure on Inmate Lee's upper torso area, while Officer William Coates and Officer Trumble Began removing the leg restraints and waist chain. Once leg restraints and the waist chain were removed Officer Young, Officer Trumble, Officer Coates, Sergeant Perkins, Officer Gerencer and Officer Hartley collectively lifted Inmate Lee and placed him in cell E2102 keeping him in the prone position. At approximately 1:28pm E2102 was secured, and all force ceased, this concluded my involvement in this incident. I witnessed the minimal amount of force necessary to overcome Inmate Lee's physical resistance to lawful commands, I did not utilize force during this incident.

**I SOLEMNLY SWEAR OR AFFIRM THAT THE ABOVE REPORT IS TRUE AND ACCURATE AS WRITTEN, THE WHOLE TRUTH, AND NOTHING BUT THE TRUTH, TO THE BEST OF MY KNOWLEDGE.**

| | | |
|---|---|---|
| Lieutenant Dwight Moore | *[signature]* | May 17, 2024 |
| **Reporting Employee's Name (Print)** | **Reporting Employee's Signature** | **Date** |

**Shift Supervisor / Department Head**
**COMMENT:** Supplemental documentation. For further information refer to the main DC6-230 and the main DC6-210A generated by Officer Gabriel Hartley dated May 17th, 2024.

| | | |
|---|---|---|
| Captain Jack White | *[signature]* | May 17, 2024 |
| **Shift Supervisor's Name (Print)** | **Shift Supervisor's Signature** | **Date** |

**REVIEW:** Supplemental/witness

| | | |
|---|---|---|
| Colonel Charles Richter | *[signature]* | 5/31/24 |
| **Correctional Officer Chief's Name (Print)** | **Correctional Officer Chief's Signature** | **Date** |

**REVIEW:** Supplemental/witness

| | | |
|---|---|---|
| R. Quinn , Warden | *[signature]* | 5/31/24 |
| **Warden's Name (Print)** | **Warden's Signature** | **Date** |

DC6-210A (Effective 1/18)    Incorporated by Reference in Rule 33-602.210, F.A.C.    Page 1 of 2

**DETAILS OF INCIDENT (cont'd):**_____

_____
_____
_____
_____
_____
_____
_____
_____
_____

**Shift Supervisor / Department Head**
**COMMENT (cont'd):** _____
_____
_____
_____
_____
_____
_____
_____

**REVIEW (cont'd):**_____
_____
_____
_____
_____
_____
_____

**REVIEW (cont'd):**_____
_____
_____
_____
_____
_____
_____
_____

Supporting Documents Attached_____

# DEPARTMENT OF CORRECTION

## USE OF FORCE INCIDENT REPORT

**Reporting Institution:** Santa Rosa Correctional Institution

**Incident Report Number:** _____

**Reporting Employee:** Officer Leon Stafford

**PREA Number:** _____

**Employee ID Number:** ▮▮▮▮

**Date of incident:** May 17th, 2024

**Person(s) Involved:** Inmate Lee, Robert DC#T15204

**Time of incident:** Approximately 1:25pm

**Witness (es):** See DC6-230

| | | |
|---|---|---|
| Control Room Log Entry Made: | ☒ Yes ☐ No | Disciplinary Report Initiated: ☒ Yes ☐ No |
| Inmate Placed in Confinement: | ☐ Yes ☒ No | Work Order Initiated: ☐ Yes ☒ No |
| Duty Warden Notified: | ☒ Yes ☐ No Time: 2:02pm | MINS Initiated: ☒ Yes ☐ No |
| EAC Notified: | ☒ Yes ☐ No Time: 2:30pm | Duty Officer Name: Herring 2024-05-14506 |
| Supporting Documents Attached | Yes | |

**DETAILS OF INCIDENT:** On May 17th, 2024, I was assigned to Santa Rosa Correctional Institution Main Unit as an E-Dormitory Housing Officer. At approximately 1:25pm, I was present in wing two of E-Dormitory at cell-front E-2102 which houses Inmate Cooks, Eddie DC#978441, alone. While housing Inmate Lee, Robert DC#T15204 in his new housing assignment E2102, Officer Gabriel Hartley ordered him to enter his assigned cell to which he refused. At this time, Officer Kyle Young, Officer Ryan Trumble and Officer Hartley utilized a forward pushing force to place Inmate Lee against the wall to maintain control of Inmate Lee. Due to the incident occurring multiple Inmates began disturbing the wing. I began going to multiple cell fronts ordering them to cease their actions during a portion of this incident. I then returned back to the incident and observed that once leg restraints and the waist chain were removed Officer Young, Officer Trumble, Officer Coates, Sergeant Perkins, Officer Gerencer and Officer Hartley collectively lifted Inmate Lee and placed him in cell E2102 keeping him in the prone position. At approximately 1:28pm E2102 was secured, and all force ceased, this concluded my involvement in this incident. I witnessed the minimal amount of force necessary to overcome Inmate Lee's physical resistance to lawful commands, I did not utilize force during this incident.

**I SOLEMNLY SWEAR OR AFFIRM THAT THE ABOVE REPORT IS TRUE AND ACCURATE AS WRITTEN, THE WHOLE TRUTH, AND NOTHING BUT THE TRUTH, TO THE BEST OF MY KNOWLEDGE.**

Officer Leon Stafford

**Reporting Employee's Name (Print)** | **Reporting Employee's Signature** | May 17th, 2024 **Date**

**Shift Supervisor / Department Head**
**COMMENT:** Supplemental documentation. For further information refer to the main DC6-230 and the main DC6-210A generated by Officer Gabriel Hartley dated May 17th, 2024.

Captain Jack White

**Shift Supervisor's Name (Print)** | **Shift Supervisor's Signature** | May 17th, 2024 **Date**

**REVIEW:** Supplemental/witness

Colonel Charles Richter

**Correctional Officer Chief's Name (Print)** | **Correctional Officer Chief's Signature** | 5/31/24 **Date**

**REVIEW:** Supplemental/witness

R. Quinn , Warden

**Warden's Name (Print)** | **Warden's Signature** | 5/31/24 **Date**

DC6-210A (Effective 1/18) | Incorporated by Reference in Rule 33-602.210, F.A.C. | Page 1 of 2

**DETAILS OF INCIDENT (cont'd):**_____    _____.    _____
_____    _____    _____
_____
_____
_____
_____
_____
_____
_____
_____
_____

**Shift Supervisor / Department Head**
**COMMENT (cont'd):** _____
_____
_____
_____
_____
_____
_____
_____
_____

**REVIEW (cont'd):**_____
_____
_____
_____
_____
_____
_____
_____

**REVIEW (cont'd):**_____
_____
_____
_____
_____
_____
_____
_____

Supporting Documents Attached_____

FLORIDA DEPARTMENT OF CORRECTIONS
## EMERGENCY ROOM RECORD

| Check all that apply: | ☐ Inmate | ☑ Employee | ☐ Visitor | |
|---|---|---|---|---|
| | ☑ Post-Use-of-Force Exam | ☐ Injury | ☐ Physical Altercation |

All inmates must be examined by medical personnel following a use of force. This includes a visual inspection of the entire body to identify any sign of injury. This exam shall be performed in the medical unit except under unusual circumstance. Injuries shall be documented on the DC4-708, *Diagram of Injury*. If a physician/CA is not present at the time of the exam, a physician/CA **must** review this form and sign it on the next working day.

Time of occurrence: 1:29 Pm                Time of exam: 1:42 PM

Description of occurrence:  PUOF

_____

_____

_____

_____

Health Care Provider's Signature and Stamp: _____  Terri Ates, LPN   Date/Time: 5/17/24  2:50 PM
                                                      SARAX - Centurion
Reviewing Physician's Signature and Stamp: _____     Date/Time: _____

**Name** Ofc. Hartley

**DC#** Employee        **Race/Sex** w/male

**Institution** SARCI

**Inmate Distribution:**  White—Health Record
                          Canary—Inspector General
                          Pink—Local Requirements

**Employee Distribution:** White—Safety Officer/Designee
                           Canary—Employee Copy
                           Pink—DESTROY

DC4-701C (Effective 12/12)

Incorporated by Reference in Rule 33-602.210, F.A.C.

**FLORIDA DEPARTMENT OF CORRECTIONS**
**OFFICE OF HEALTH SERVICES**
**DIAGRAM OF INJURY**

Date of occurrence    5 | 17 | 24          Time of occurrence    1:29 Pm
Date injury assessed by medical    5|17|24          Time injury assessed by medical    1:42 Pm

Terri Ates, LPN
SARAX - Centurion
Staff Signature

**Inmate Name**    Ofc. Hartley
~~DC#~~    Employee    **Race/Sex**    Male

**Institution**    SARCI

This form is not to be amended, revised, or altered without approval by the Director of Health Services- Administration.

Copies distribution:  White/Health Record    Canary/Inspector General    Pink/Warden or Asst. Warden

DC4-708 (Revised 10/07)

Incorporated by Reference in Rule 33-602.210, F.A.C.

FLORIDA DEPARTMENT OF CORRECTION
## EMERGENCY ROOM RECORD

**Check all that apply:**    ☐ **Inmate**    ☑ **Employee**    ☐ **Visitor**
☑ **Post-Use-of-Force Exam**    ☐ **Injury**    ☐ **Physical Alteration**

All inmates must be examined by medical personnel following a use of force. This includes a visual inspection of the entire body to identify any sign of injury. This exam shall be performed in the medical unit except under unusual circumstance. Injuries shall be documented on the DC4-708, *Diagram of Injury*. If a physician/CA is not present at the time of the exam, a physician/CA **must** review this form and sign it on the next working day.

Time of occurrence: __1:29 PM__    Time of exam: __1:40 PM__

Description of occurrence: __PUOF__

Health Care Provider's Signature and Stamp: _____ Terri Ates, LPN    Date/Time: __5/17/24  2:30PM__
SARAX - Centurion

Reviewing Physician's Signature and Stamp: _____    Date/Time: _____

**Name** __Ofc. Perkins__    **Inmate Distribution:**    White—Health Record
**DC#** __Employee__    **Race/Sex** __Female__    Canary—Inspector General
Pink—Local Requirements
**Institution** __SARCI__    **Employee Distribution:**    White—Safety Officer/Designee
Canary—Employee Copy
Pink—DESTROY

DC4-701C (Effective 12/12)

Incorporated by Reference in Rule 33-602.210, F.A.C.

**FLORIDA DEPARTMENT OF CORRECTIONS**
**OFFICE OF HEALTH SERVICES**
**DIAGRAM OF INJURY**

Date of occurrence ___5 | 17 | 24___    Time of occurrence ___1:29 PM___

Date injury assessed by medical ___5|17|24___    Time injury assessed by medical ___]: 40 PM___

☑ No injury identified

Terri Ates, LPN
SARAX - Centurion

Staff Signature

Inmate Name ___Ofc. Perkins___

DC# ___Employee___    Race/Sex ___Fe Male___

Institution ___SHRCI___

This form is not to be amended, revised, or altered without
approval by the Director of Health Services- Administration.

Copies distribution:  White/Health Record    Canary/Inspector General    Pink/Warden or Asst. Warden

DC4-708 (Revised 10/07)

Incorporated by Reference in Rule 33-602.210, F.A.C.

FLORIDA DEPARTMENT OF CORRECTIONS
## EMERGENCY ROOM RECORD

| Check all that apply: | ☐ Inmate | ☑ Employee | ☐ Visitor | |
|---|---|---|---|---|
| | ☑ Post-Use-of-Force Exam | ☐ Injury | ☐ Physical Alteration | |

All inmates must be examined by medical personnel following a use of force.  This includes a visual inspection of the entire body to identify any sign of injury.  This exam shall be performed in the medical unit except under unusual circumstance.  Injuries shall be documented on the DC4-708, *Diagram of Injury*.  If a physician/CA is not present at the time of the exam, a physician/CA **must** review this form and sign it on the next working day.

Time of occurrence: 1:29 PM          Time of exam: 1:41 PM

Description of occurrence:    PUOF

_____

_____

_____

_____

Health Care Provider's Signature and Stamp: _____   Terri Ates, LPN   Date/Time: 5/17/24  2:50 PM

SARAX - Centurion

Reviewing Physician's Signature and Stamp: _____   Date/Time: _____

Name   Ofc. Trumle

DC#   Employee        Race/Sex   wt male

Institution   SHRCI

Inmate Distribution:
- White—Health Record
- Canary—Inspector General
- Pink—Local Requirements

Employee Distribution:
- White—Safety Officer/Designee
- Canary—Employee Copy
- Pink—DESTROY

DC4-701C (Effective 12/12)

Incorporated by Reference in Rule 33-602.210, F.A.C.

**FLORIDA DEPARTMENT OF CORRECTIONS**
**OFFICE OF HEALTH SERVICES**
**DIAGRAM OF INJURY**

Date of occurrence ___5 | 17 | 24___    Time of occurrence ___1:29 PM___

Date injury assessed by medical ___5 | 17 | 14___    Time injury assessed by medical ___1:41 PM___

☑ No injury identified

Terri Ates, LPN
SARAX - Centurion

Staff Signature

**Inmate Name** ___Ofc. Trumble___

~~DC#~~ ___Employee___    **Race/Sex** ___Male___

**Institution** ___SARCI___

This form is not to be amended, revised, or altered without
approval by the Director of Health Services- Administration.

Copies distribution:  White/Health Record   Canary/Inspector General   Pink/Warden or Asst. Warden

DC4-708 (Revised 10/07)

Incorporated by Reference in Rule 33-602.210, F.A.C.

FLORIDA DEPARTMENT OF CORRECTIONS
## EMERGENCY ROOM RECORD

| Check all that apply: | ☐ Inmate | ☑ Employee | ☐ Visitor | |
|---|---|---|---|---|
| | ☑ Post-Use-of-Force Exam | ☐ Injury | ☐ Physical Altercation | |

All inmates must be examined by medical personnel following a use of force. This includes a visual inspection of the entire body to identify any sign of injury. This exam shall be performed in the medical unit except under unusual circumstance. Injuries shall be documented on the DC4-708, *Diagram of Injury*. If a physician/CA is not present at the time of the exam, a physician/CA **must** review this form and sign it on the next working day.

Time of occurrence: 1:29pm          Time of exam: 1:44pm

Description of occurrence: PUOF

_____

_____

_____

_____

Health Care Provider's Signature and Stamp: _____ Terri Ates, LPN    Date/Time: 5/17/24  2:50PM
SARAX - Centurion

Reviewing Physician's Signature and Stamp: _____    Date/Time: _____

| Name | Ofc. Coates | Inmate Distribution: | White—Health Record |
|---|---|---|---|
| DC # | Employee    Race/Sex: male | | Canary—Inspector General |
| | | | Pink—Local Requirements |
| Institution | SARCI | Employee Distribution: | White—Safety Officer/Designee |
| | | | Canary—Employee Copy |
| | | | Pink—DESTROY |

DC4-701C (Effective 12/12)

Incorporated by Reference in Rule 33-602.210, F.A.C.

**FLORIDA DEPARTMENT OF CORRECTIONS**
**OFFICE OF HEALTH SERVICES**
**DIAGRAM OF INJURY**



Date of occurrence    5 | 17 | 24          Time of occurrence    1:29 Pm
Date injury assessed by medical    5|17|24    Time injury assessed by medical    1:44 Pm

Terri Ates, LPN
SARAX - Centurion

Staff Signature

Inmate Name    Ofc. Coates
DC#    Employee    Race/Sex    Male

Institution    SMRCI

This form is not to be amended, revised, or altered without
approval by the Director of Health Services- Administration.

Copies distribution:  White/Health Record    Canary/Inspector General    Pink/Warden or Asst. Warden

DC4-708 (Revised 10/07)

Incorporated by Reference in Rule 33-602.210, F.A.C.

FLORIDA DEPARTMENT OF CORRECTIONS
## EMERGENCY ROOM RECORD

| Check all that apply: | ☐ Inmate | ☑ Employee | ☐ Visitor | |
|---|---|---|---|---|
| | ☑ Post-Use-of-Force Exam | ☐ Injury | ☐ Physical Alteration | |

All inmates must be examined by medical personnel following a use of force. This includes a visual inspection of the entire body to identify any sign of injury. This exam shall be performed in the medical unit except under unusual circumstance. Injuries shall be documented on the DC4-708, *Diagram of Injury*. If a physician/CA is not present at the time of the exam, a physician/CA **must** review this form and sign it on the next working day.

Time of occurrence: 1:29PM    Time of exam: 1:45 PM

Description of occurrence: PUOF

_____

_____

_____

Health Care Provider's Signature and Stamp: _____    Terri Ates, LPN    Date/Time: 5|17|24  2:50PM
                                                        SARAX - Centurion

Reviewing Physician's Signature and Stamp: _____    Date/Time: _____

Name: Ofc. Young

DC# Employee    Race/Sex: wht/male

Institution: SARCI

Inmate Distribution:    White—Health Record
                        Canary—Inspector General
                        Pink—Local Requirements

Employee Distribution:  White—Safety Officer/Designee
                        Canary—Employee Copy
                        Pink—DESTROY

DC4-701C (Effective 12/12)

Incorporated by Reference in Rule 33-602.210, F.A.C.

**FLORIDA DEPARTMENT OF CORRECTIONS**
**OFFICE OF HEALTH SERVICES**
**DIAGRAM OF INJURY**

Date of occurrence    5 | 17 | 24          Time of occurrence    1:29 PM
Date injury assessed by medical    5\17\24    Time injury assessed by medical    1:45 PM

Staff Signature                    Terri Ates, LPN
                                   SARAX - Centurion

Inmate Name    Ofc. Young
DC#    Employee    Race/Sex    Male

Institution    SARCI

This form is not to be amended, revised, or altered without
approval by the Director of Health Services- Administration.

Copies distribution:   White/Health Record   Canary/Inspector General   Pink/Warden or Asst. Warden

DC4-708 (Revised 10/07)

Incorporated by Reference in Rule 33-602.210, F.A.C.

FLORIDA DEPARTMENT OF CORRECTIONS
## EMERGENCY ROOM RECORD

| Check all that apply: | ☐ Inmate | ☑ Employee | ☐ Visitor | |
|---|---|---|---|---|
| | ☑ Post-Use-of-Force Exam | ☐ Injury | ☐ Physical Altercation | |

All inmates must be examined by medical personnel following a use of force. This includes a visual inspection of the entire body to identify any sign of injury. This exam shall be performed in the medical unit except under unusual circumstance. Injuries shall be documented on the DC4-708, *Diagram of Injury*. If a physician/CA is not present at the time of the exam, a physician/CA **must** review this form and sign it on the next working day.

Time of occurrence: 1:29 PM          Time of exam: 1:46 PM

Description of occurrence: PUOF

_[large redacted black area]_

FORCED UP...

Health Care Provider's Signature and Stamp: _[signature]_    Terri Ates, LPN    Date/Time: 5/17/24 2:50 PM
                                                              SARAX - Centurion

Reviewing Physician's Signature and Stamp: _____    Date/Time: _____

| **Name** Ofc. Gerencser | **Inmate Distribution:** | White—Health Record |
|---|---|---|
| ~~DC#~~ Employee   **Race/Sex** wht/male | | Canary—Inspector General |
| | | Pink—Local Requirements |
| **Institution** SHRCI | **Employee Distribution:** | White—Safety Officer/Designee |
| | | Canary—Employee Copy |
| | | Pink—DESTROY |

DC4-701C (Effective 12/12)

Incorporated by Reference in Rule 33-602.210, F.A.C.

**FLORIDA DEPARTMENT OF CORRECTIONS**
**OFFICE OF HEALTH SERVICES**
**DIAGRAM OF INJURY**

Date of occurrence ___5 | 17 | 24___     Time of occurrence ___1:29 AM___
Date injury assessed by medical ___5|17|24___     Time injury assessed by medical ___1:46 PM___

☑ No injury identified

Terri Ates, LPN
SARAX - Centurion

Staff Signature

Inmate Name ___Ofc. Gerencser___
DC# ___Employee___     Race/Sex ___Male___

Institution ___SHRCI___

*This form is not to be amended, revised, or altered without approval by the Director of Health Services- Administration.*

Copies distribution:   White/Health Record   Canary/Inspector General   Pink/Warden or Asst. Warden

DC4-708 (Revised 10/07)

Incorporated by Reference in Rule 33-602.210, F.A.C.

TB119-SANTA ROSA C.I.
5850 East Milton Rd.   Milton, FL 32583
8509835800  Fax: 8509835864

*May 17, 2024*
Page 1
FL Nurse Protocol Visit

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male

Facility: 119-SANTA ROSA C.I.

**05/17/2024 - FL Nurse Protocol Visit: ER Record• puof cellfront**
**Provider: Terri Ates,LPN, Licensed Practical Nurse, Centurion**
**Location of Care: 119-SANTA ROSA C.I.**

TB119-SANTA ROSA C.I.                                                          *May 17, 2024*
5850 East Milton Rd.  Milton, ᵣʟ 32583                                               Page 2
8509835800  Fax: 8509835864                                               FL Nurse Protocol Visit

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male

Facility: 119-SANTA ROSA C.I.

FLORIDA DEPARTMENT OF CORRECTIONS  OFFICE OF HEALTH SERVICES
**EMERGENCY ROOM RECORD**

**Check all that apply: <u>Inmate, Post-Use-of-Force Exam</u>**
( )Inmate  ( )Employee  ( )Visitor  ( )Post-Use-of-Force Exam  ( )Injury  ( )Physical Altercation

All inmates must be examined by medical personnel following a use of force.  This includes a visual
inspection of the entire body to identify any sign of injury.  This exam shall be performed in the medical
unit except under unusual circumstance.  Injuries shall be documented on the DC4-708, Diagram of Injury.
If a physician/CA is not present at the time of the exam, a physician/CA must review this form and sign it
on the next working day.

**Time of occurrence: <u>1:29 pm</u>**
**Time of exam: <u>1:34 pm</u>**
**Description of occurrence:  <u>physical uof cellfront</u>**

**Post Use of Chemical Agent Instructions:**
**Shower without soap? <u>N/A</u>**
( )N/A  ( )Yes  ( )Refused
<u>N/A</u>
()Report any difficulty breathing ()Remain in upright position ()Do Not apply lotion to skin ()Splash cool
water to eyes 5-10 minutes  ( )N/A

**Temp:  <u>0</u>F**
**Pulse:  <u>0</u>**
**Resp:  <u>0</u>**
**BP:  <u>0</u>/ <u>0</u>**
**O2 sat:  <u>0</u>%**

**Arrived via: <u>Ambulatory</u>**
( )Ambulatory  ( )Stretcher  ( )Wheelchair  ( )Other
**Other: <u>N/A</u>**

**Condition on arrival (check all that apply): <u>Alert, Oriented x 4 (person-place- time-situation),</u>**
**<u>Responding to questions verbally</u>**
( )Alert  ( )Oriented x 4 (person-place- time-situation)  ( )Responding to questions verbally  ( )Other
(requires description in examination summary)  ( )C/O pain?
**If C/O pain checked, please indicate where: <u>N/A</u>**

**Examination summary: <u>Pt seen cell front due to security risk. Pt observed ambulating in cell with</u>**
**<u>steady, unaltered gait. Pt did c/o pain in L wrist, but nurse observed no swelling or reddness at</u>**
**<u>site and pt is able to MAEs. Patient reminded of the abilty to utilize sick call to follow up with</u>**
**<u>provider if pain continues. Resp are even/unlabored, speech clear, answers questions</u>**
**<u>appropriatley No injuries observed at this time. Patient began repeatedly saying "I need to see</u>**
**<u>mental health". This nurse alerted Reba Chavis, MHP.  Pt released to security. Nursing to recheck</u>**
**<u>in 2 hrs. </u>**

**Physician notified? <u>Yes</u>**

TB119-SANTA ROSA C.I.
5850 East Milton Rd.   Milton, FL 32583
8509835800  Fax: 8509835864

*May 17, 2024*
*Page 3*
*FL Nurse Protocol Visit*

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male

Facility: 119-SANTA ROSA C.I.

( )No  ( )Yes
**Name: Dennelle Parker, APRN**
**Time: 2:16 PM**

**Treatment provided? No**
( )No  ( )Yes
**If Yes, please describe:** N/A
**Response to Treatment N/A**

**Disposition: Population(dorm)**
( )Population(dorm)  ( )Confinement  ( )Infirmary  ( )Hospital ER  ( )IMR  ( )Other
**if Other, please explain: N/A**

**Discharge Instructions and Education: Notify staff of any changes, follow up with provider via sick call prn.**

THIS DOCUMENT WILL BE ELECTRONICALLY SIGNED BY THE HEALTHCARE PROVIDER AND REVIEWING PHYSICIAN.

DC4-701C ER Record (Effective 12/12)    Incorporated by Reference in Rule 33-602.210, F.A.C.

This form is not to be amended, revised, or altered without approval of the Office of Health Services Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**



TB119-SANTA ROSA C.I.

5850 East Milton Rd.   Milton, ғʟ 32583

8509835800  Fax: 8509835864

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male

Facility: 119-SANTA ROSA C.I.

## Nurse Visit

**Copay?** No
**Reason for encounter:** EMID(Check if paper form done and scanned in)
**Patient DC Number**
T15204

**Electronically signed by Terri Ates,LPN, Licensed Practical Nurse, Centurion on 05/17/2024 at 3:40 PM**



TB119-SANTA ROSA C.I.
5850 East Milton Rd.  Milton, FL 32583
8509835800  Fax: 8509835864

*May 17, 2024*
*Page 1*
*Diagram of Injury*

**ROBERT S LEE**
T15204
Race/Sex: Black or African American / Male

119-SANTA ROSA C.I.

## FLORIDA DEPARTMENT OF CORRECTIONS
## OFFICE OF HEALTH SERVICES
## DIAGRAM OF INJURY



Date of occurrence ___5/17/24___    Time of occurrence ___1:29 PM___
Date injury assessed by medical ___5/17/24___  Time injury assessed by medical ___1:34 PM___

☑ No injury identified

Description of injury:
No injuries observed or reported at this
time.

_____    Terri Ates, LPN
Staff Signature              SARAX - Centurion

**This form is not to be amended, revised, or altered without
approval by the Director of Health Services- Administration.**

Copies distribution:  White/Health Record   Canary/Inspector General   Pink/Warden or Asst. Warden
DC4-708 (Revised 10/07)

| | **Witness Statement** | |
|---|---|---|
| **State of Florida** | Log #_____ | **Department of Corrections** |

**I.  Identifying Inmate Information**

DC # _T15204_    Inmate Name _Lee, Robert_

Violation Code and Short Title  _____

Use of Force # _____

Date Report Written  _____

**II.  Witness**

☒  Staff Member:  Name and _____

☐  Other Individual:  Name_____

☐  Inmate:  DC #_____    Name_____

**III.  Voluntary Refusal**

*The witness voluntarily refused to provide a written statement to the Investigating Officer and the following signature(s) attests to that fact:*

Witness Signature _____  Date_____

Signature of Investigating Officer_____  Date_____

**IV.  Statement**

₸ Refused to make a Statement

Witness Signature _B. Mel____    Date _5-19-24_

Signature of Investigating Officer _TK____    Date _5-19-24_

DC6-112C (Revised 8/06)          Original:  Inmate File          Copy:  Central Office

UOP

```
05/27/2024              FLORIDA DEPARTMENT OF CORRECTIONS              PAGE:
▬▬▬▬.                        MINS INCIDENT REPORT                    TIME 07:0
```

```
PREPARED BY: JOHNSON, TRINA D.                INCIDENT NUMBER: 0001260531
INCIDENT TYPE: 10A PHYSICAL ABUSE            STATUS OF INCIDENT: ENTERED
REPORT DATE:   05/24/2024                     REPORT TIME:   09:11
INCIDENT DATE: 05/22/2024                     INCIDENT TIME: 08:00
REPORTING FACILITY: 135 SANTA ROSA ANNEX      INCIDENT REGION: 1
INCIDENT FACILITY : 135 SANTA ROSA ANNEX      INCIDENT IG OFFICE: 01
INCIDENT LOCATION: 10 OTHER                   DAY CODE: 3      SHIFT CODE: 2
DATE REPORTED TO MANAGEMENT: 05/22/2024       W-B REVIEW BY:
IG NUMBER: 24-10828  UOF NUMBER:
INJURIES: N        STG/STI INVOLVEMENT: N     PHYSICAL EVIDENCE RECOVERED: N
USE OF FORCE: N    WEAPONS USED: N            INCIDENT VIDEO TAPED: Y
ELECTRONIC RESTRAINING DEVICES: N            CHEMICAL AGENTS USED: N
EVIDENCE LOC: DR EVIDENCE LOCKER              SEND TO IG OFFICE: Y
```

```
             NAME                 TITLE          BIRTHDATE  R S   ID NUMBER
------------------- ----------------------- ---------- - - ----------------
REPORTING EMPLOYEE (S)
  BROWN, LATOYA C.    CORRECTIONAL OFFICER MA           2 2  ▬▬▬
SUBJECT (S)
  LEE, ROBERT S.      INMATE  TRD:LIFE SNT             2 1  T15204
  HARTLEY, GABRIEL L. CORRECTIONAL OFFICER             1 1
  GRIMM, JACOB E.     CORRECTIONAL OFFICER LI          1 1
  WHITE, JACK H.      CORRECTIONAL OFFICER CA          1 1
WITNESSES (S)
  VEGA, STEVEN A.     CORRECTIONAL OFFICER             5 1  ▬▬▬.
```

```
CONTRABAND RECOVERED          TYPE     POSSESS    QUANTITY      UNIT MSR
------------------------      ------   -------    ----------    --------
```

DESCRIPTION OF INCIDENT:
    ON MAY 22, 2024, MAJOR LATOYA BROWN REPORTED ON IR
    135-2024-0765 SHE WAS ASSIGNED AS CHIEF OF SECURITY AT SANTA
    ROSA CORRECTIONAL INSTITUTION ANNEX, AT APPROXIMATELY
    8:00AM, WHILE REVIEWING HAND-HELD VIDEO INVOLVING INMATE
    LEE, ROBERT DC T15204, MAJOR BROWN REPORTED DURING THE
    REVIEW OF THE HAND-HELD RECORDING WHICH STARTED IN K-DORM
    QUAD 3 AT INMATE LEE ASSIGNED CELL K31081. AT APPROXIMATELY
    1:02PM COT STEVEN VEGA WHO IS ON HANDHELD CAMERA BEGAN
    RECORDING AS LIEUTENANT JACOB GRIMM PROVIDED A LEAD-IN
    STATEMENT FOR A POSSIBLE USE OF FORCE INVOLVING INMATE LEE.
    AT APPROXIMATELY 1:05PM LIEUTENANT GRIMM ISSUED INMATE LEE A
    FINAL ORDER, BUT INMATE LEE CONTINUED TO YELL ON THE QUAD.
    AT APPROXIMATELY,1:08PM INMATE LEE MADE ALLEGATIONS OF BEING
    IN FEAR OF HIS LIFE, MAKING SEVERAL ALLEGATIONS THAT STAFF
    WERE GOING TO KILL HIM, STATING THEY BEAT HIM IN HANDCUFFS,
    AND HE RECEIVED A CONCUSSION. INMATE LEE ALSO MADE
    ALLEGATIONS THAT STAFF TRIED TO RIP HIS EYES OUT AND KICK
    HIM IN THE FACE. AT 1:09PM LIEUTENANT GRIMM ADVISED INMATE

```
05/27/2024          FLORIDA DEPARTMENT OF CORRECTIONS           PAGE:
  MINO101              MINS INCIDENT REPORT              TIME 07:0
```

LEE THE FINAL ORDER WOULD NOT BE REPEATED AND THEN INMATE
LEE BECAME COMPLIANT BUT CONTINUED TO YELL ON THE WING.
INMATE LEE THEN SUBMITTED TO HAND RESTRAINTS AND WAS
ESCORTED TO THE MAIN UNIOFFICER GABRIEL HARTLEY, CAPTAIN
JACK WHITE, AND LIEUTENANT JACOB GRIMM. AT APPROXIMATELY
1:16PM INMATE LEE MADE ALLEGATIONS THAT STAFF HAD BEATEN HIM
UP WITH HANDCUFFS AND KICKED HIM IN THE FACE AT THE MAIN
UNIT AND CONTINUED TO MAKE THE SAME ALLEGATIONS. AT 1:20PM
INMATE LEE ADDRESSED THE INSPECTOR GENERAL ON THE HANDHELD
CAMERA AND STATED, 'I MIGHT DIE HERE AT SANTA ROSA". INMATE
LEE ALSO TOLD THE ESCORTING STAFF HE ISN'T GOING INTO THE
CELL AND ALLEGES "THEY TRIED TO KILL ME" INMATE LEE THEN
ALLEGED THAT LIEUTENANT CODY CATTNACH BEAT HIM WITH HAND
CUFFS THE LAST TIME HE WAS AT SANTA ROSA. INMATE LEE
CONTINUED TO YELL AND BE DISORDERLY DURING THE ESCORT BUT
WAS COMPLIANT WITH WALKING. INMATE LEE THEN YELLED AT
LIEUTENANT JUSTIN CARR AND LIEUTENANT CATTNACH "COME ON DOWN
HERE, I'M NOT GOING IN THE CELL." INMATE LEE CONTINUED TO
YELL THAT HE WAS IN FEAR FOR HIS LIFE AND STATED, "OFFICER
YOUNG YOU'RE ONE OF THE MAIN ONES THAT BE DOING IT." INMATE
LEE CONTINUED TO YELL AND CURSE AT STAFF. AT 1:24PM, INMATE
LEE ALONG WITH ESCORTING STAFF ENTER E-DORM AND HE AGAIN
STATES "I'M NOT GOING IN THE CELL WITH NOBODY." INMATE LEE
IS ESCORTED INTO E-DORM QUAD 2. AT APPROXIMATELY 1:26PM
CAPTAIN WHITE CLOSES THE CAMERA WHILE LIEUTENANT GRIMM IS
PRESENT. REACTIONARY PHYSICAL USE OF FORCE INVOLVING INMATE
LEE CAN BE HEARD BEFORE THE CLOSING STATEMENT WAS COMPLETED.
CAPTAIN WHITE IS IN VIOLATION OF PROCEDURE 602.033 VIDEO
CAMERA (1)(C) CAMERA OPERATOR SHALL BE AN OFFICER WHO IS
TRAINED IN THE USE OF THE HAND-HELD CAMERA AND 33-602.210
VIDEO RECORDING PROTOCOL (1) GENERAL (A) VIDEO RECORDING OF
ALL USE OF FORCE INCIDENTS SHALL CONTINUE UNINTERRUPTED FORM
COMMENCEMENT OF RECORDING UNTIL THE SITUATION IS STABLE AND
UNDER CONTROL AND THE INMATE IS PLACED IN A SECURE CELL.
CAPTAIN WHITE, LIEUTENANT GRIMM, AND OFFICER GABRIEL HARTLEY
FAILED TO REPORT THE ALLEGATIONS THAT INMATE LEE MADE
DURING THIS INCIDENT. A COPY OF THE HAND-HELD VIDEO IS
ATTACHED TO THIS REPORT. IR NUMBER 135-2024-0765.


ACTION TAKEN:
    REPORT SUBMITTED BY CHIEF OF SECURITY.

6-2-24

MR. Ron DeSantis,

A Few Weeks Ago I wrote you ABOUT SAFETY & WELL-BEING CONCERNS w/ ME & SANTA ROSA C.I.

I'VE BEEN ALREADY ATTACKED BY GUARDS!

IN "FULL RESTRAINTS" HEAD SLAMMED INTO WALL — SLAMMED FACE FIRST — HIT w/ WALKIE-TALKIE.

ONE GUARD PUT HIS KNEE ON MY NECK LIKE GEORGE FLYOD.

He even HAD HIS HAND PRESSURED DOWN ON MY SKULL & THE CONCRETE.

ON CAMERA EXCESSIVE FORCE

SIR, I AM SCARED HERE AT SANTA ROSA C.I.

INCIDENT HAPPENED 5-17-2024

K. YOUNG          J. YOUNG
Tribble           L.T. GRIMM
Sgt. PERKINS      Captain J. WHITE
Hartley

RECKLESS PROFESSIONALISM

They even tried to break legs & Arms ON CAMERA

I.G. Approved Informal Grievnce

MAY·DAY — HELP.

General Lee #T15204
ROBERT S. Lee

Robert S. Lee #T15204
SANTA ROSA CORRECTIONAL INSTITUTION
5850 EAST MILTON ROAD
MiLTon, FLA. 32583

MAILED FROM PENSACOLA FL 325
CORRECTIONAL INSTITUTION
4 JUN 2024  PM 2  L



Agency Complant
Prison (Pers —
FDC

2024 JUN 17  PM 12:16

1,017,018
7/1/24
E.L.

Ron DeSantis
Governor of Florida
The Capitol Building
TALLAHASSEE, FLA. 32399

32399-659199

Central 001115



**FLORIDA DEPARTMENT OF CORRECTIONS**
**OFFICE OF THE INSPECTOR GENERAL**



## INFORMAL WHISTLE-BLOWER REVIEW
## CORRESPONDENCE / EMAIL / WEB COMPLAINT/ MINS COMPLAINT

**Correspondence Tracking Number: if applicable**    24-CORR02093

Is the complainant one of the following?

☐ Yes  ☐ No   An employee, former employee, or an applicant for employment with a state agency as defined in s. 216.011; or

☐ Yes  ☐ No   An employee, former employee, or an applicant for employment with an independent contractor of the Department.

If NO, to both, treat this as routine correspondence or complaint, and handle in accordance with applicable procedures and directives regarding the handling of correspondence or complaint.

If YES, or undetermined, then screen (Assessment Criteria B) to ascertain if the complaint meets one or both of the below:

Is the violation or suspected violation of any federal, state or local law, rule, or regulation committed by an employee or agent of an agency or independent contractor which creates and presents a substantial and specific danger to the public's health, safety or welfare; or

Is the act or suspected act of gross mismanagement, malfeasance, misfeasance, gross waste of public funds, suspected or actual Medicaid fraud or abuse, or gross neglect of duty.

☐ Yes  ☐ No   Is the violation or suspected violation of any federal, state or local law, rule, or regulation committed by an employee or agent of an agency or independent contractor which creates and presents a substantial and specific danger to the public's health, safety or welfare; or

☐ Yes  ☐ No   Is the act or suspected act of gross mismanagement, malfeasance, misfeasance, gross waste of public funds, suspected or actual Medicaid fraud or abuse, or gross neglect of duty

If NO, to both of the second level filters, treat this as routine complaint, and handle in accordance with applicable procedures and directives regarding the handling of correspondence or complaint.

If YES, to both filters (Assessment Criteria A and B), the correspondence or complaint must be assigned to the appropriate district field office as an inquiry for Whistle-blower determination.

Analysis by:  PAM MURPHY _____

Signature:  _____

***Note:** Generally whistle-blower provisions do not apply to any staff member communicating incidents or complaints to the Office of Inspector General via MINS as part of their required duties.*

IG9-B (Revised 11/16/15)          Page 1 of 1