IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**ROBERT SINCLAIR LEE,**

      **Plaintiff,**

**v.**                            **Case No. 3:24-cv-321-TKW-HTC**

**JACOB GRIMM, *et al.,***

      **Defendants.**

                          /

## DECLARATION OF KELLIE CASWELL, RN, BSN

I, Kellie Caswell, RN, BSN, pursuant to 28 U.S.C. § 1746, make this declaration under penalty of perjury, declare that the statements made below are true and state:

1.     I am employed by the Florida Department of Corrections ("FDC") as a Legal Nurse Consultant for the Office of Health Services.  I have been a Registered Nurse since 2000 and obtained my Bachelor of Science in Nursing degree in 1999. I have been the Legal Nurse Consultant for FDC since October 2019.  Prior to that, I was a Registered Nurse Consultant for the Department of Financial Services, a Registered Nurse Consultant with the Agency for Health Care Administration and have worked in the private sector.

2.     As part of my regular duties, I am an employee familiar with the manner and process in which inmate medical records are created and maintained by virtue of my duties and responsibilities.

3.     I was asked by the Office of the Attorney General to review the medical records of inmate Robert Sinclair Lee, DC# T15204 from May 2023 to January 2025, and provide a review of the medical documents accompanying this declaration as they relate to Plaintiff's allegations.

4.     The medical documents attached to this declaration are true and correct copies of documents contained in the official records of the FDC.

5.   These documents were made at or near the time of the occurrences of the matters set forth by, or from information transmitted by, people with knowledge of those matters.

6.   These documents are kept in the course of regularly conducted business activity within the medical file of Robert Sinclair Lee, DC# T15204.

7.   It is the regular practice of the FDC to make, keep, and maintain these medical records during the course of regularly conducted business.

8.   I have read the complaint in this case and am aware that Mr. Lee has alleged that on May 17, 2024, FDC correctional officers utilized excessive force against him. Mr. Lee alleges that he "suffered extreme neck pain, scrapes on arms and wrists, ankles and hip" as a result of the incident."

9.   On May 17, 2024, Mr. Lee was assessed by medical staff immediately after a reactionary physical use of force incident. Mr. Lee was seen "cell front" by the nurse because he was considered a security risk. (FDC[1] 261-264).

10.   Mr. Lee was initially assessed at approximately 1:34 p.m. and was observed to be ambulatory with an unaltered gait, alert, oriented and responding to questions verbally. No injuries were observed by the nurse. (FDC 261-264).

11.   During this first examination, Mr. Lee complained of pain in his left wrist, but the nurse documented that she did not observe any swelling or redness at the site, and Mr. Lee was able to move all extremities. It was also documented that medical staff would recheck Mr. Lee in two (2) hours and a Mental Health professional was notified. (FDC 261-264).)

12.   The same nurse completed a Diagram of Injury at 1:34 p.m. in which it was documented that no injuries were observed or reported at the time of the examination. (FDC 253).

13.   At approximately 2:40 p.m., on 05/17/2024, a Mental Health referral was made. (FDC 259).

---

[1]Citations to the pages of Mr. Lee's medical records will be done using the medical record's Bates numbers.

14.    Mr. Lee was examined again by medical staff two (2) hours after the initial examination. As Mr. Lee continued to be a security risk, Mr. Lee was again seen cell front. The nurse observed Mr. Lee ambulating in his cell with a steady gait, respirations were even and unlabored, and his speech was clear. It was documented that he could make his needs known and did not exhibit any signs or symptoms of distress. No new injuries were observed to visible areas of Mr. Lee's body. (FDC 258).

15.    Mr. Lee was examined cell front again four (4) hours after the initial examination. He was observed to be walking in cell with a steady gait, respirations even and unlabored and there were no new injuries observed. It was documented that Mr. Lee was not showing signs or symptoms of distress at this follow-up. (FDC 257).

16.    During this third medical examination, Mr. Lee reported for the first time that security had stepped on his neck during the use of force incident and that he had fallen on his head. He did not report this during the original medical examination or at the 2-hour check. The record does not state that Mr. Lee indicated he was in pain because of the alleged actions. The record states that no signs or symptoms of distress were noted. Mr. Lee was educated to report any changes in his condition and to follow up with a sick call as needed. (FDC 257).

17.    According to the medical records provided to me for review, there is no indication or documentation in the medical records that Mr. Lee suffered any injuries on May 17, 2024.

18.    On May 20, 2024, Mr. Lee submitted an Inmate Sick-Call Request to medical complaining about neck pain as well as pain in his arms and both wrists. He reported knots and bruises on these areas as well. (FDC 250).

19.    On May 23, 2024, Mr. Lee was examined by medical. The exam documented no injuries. His bilateral arms and wrists had no deformities, bruising, or swelling and his arms and wrists had full range of motion ("ROM"). Mr. Lee's gait was even and regular and no distress was noted. Mr. Lee's back was examined, and no deformity, swelling or bruising was noted nor was any pain elicited during the examination. (FDC 247)

20.    Mr. Lee reported pain on the back and left side of his neck. Mr. Lee had full ROM in his neck, and no swelling, bruising or deformity were noted. No pain was elicited during the examination of his neck. The nurse documented that Mr. Lee's

symptoms suggested mild sternocleidomastoid muscular pain from muscle strain. He was provided muscle rub and non-steroidal anti-inflammatory drugs ("NSAIDs"). (FDC 247-248).

21.    Mr. Lee submitted a second Sick-Call Request to medical on June 3, 2024, complaining of a sore neck that was cause by an officer putting his knee on Mr. Lee's neck "with all his weight." (FDC 245).

22.    On June 6, 2024, Mr. Lee was seen again by medical. It was documented that Mr. Lee complained of neck pain. It was documented he had full ROM and no pain was elicited on examination. There was no bruising, deformity or swelling noted. The Nurse Practitioner noted that Mr. Lee's symptoms were consistent with possible torticollis. Mr. Lee was given an injection of Solumedrol. Additionally, he was provided with education relating to his primary complaints to which he verbalized understanding. (FDC 242-243).

23.    On June 11, 2024, Mr. Lee submitted another Sick-Call Request to medical with complaints of neck pain. (FDC 234).

24.    Mr. Lee was examined on June 12, 2024, by medical. During the sick call, Mr. Lee alleged that his neck still hurt and requested pain medication above the prescribed limits. His exam documented no change from previous posterior neck exam – no swelling, deformity, or bruising was noted. Mr. Lee had full ROM, and no pain was elicited during the exam. Mr. Lee was educated on prescribing limits. It was noted that Mr. Lee was being treated for torticollis, but a cervical spine ("C-spine") X-ray was ordered as well. (FDC 235-236).

25.    The C-spine X-ray was performed on June 19, 2024, with findings of no acute fracture, dislocation, or destructive bony process. No osseus or soft tissue abnormality was noted. (FDC 231-232).

26.    Mr. Lee did not submit any additional Sick-Call Requests relating to neck pain again until November 13, 2024. (FDC 171).

27.    On November 13, 2024, Mr. Lee submitted a Sick-Call Request complaining about neck pain. He stated, "I am having on-going neck pain! Doctor ordered me a steroid shot months ago! It helped for maybe 2 weeks, but pain still lingers. Hurts when I move or when I lay down on it." (FDC 171).

28.     Mr. Lee was admitted to medical for a 23-hour observation on November 13, 2024, for suffering an altered mental status after he "smoked some K2." Before he was discharged on November 14, 2024, Mr. Lee was given a physical examination and it was noted that Mr. Lee was well nourished, well developed, alert and oriented and in no acute distress. (FDC 138). During this time, Mr. Lee did not report any neck pain. (FDC 137-140).

29.     On November 15, 2024, Mr. Lee was seen by medical for neck pain. His exam documented full ROM of all four extremities without obvious weakness. The Advanced Registered Nurse Practitioner (APRN) documented a spasm to Mr. Lee's left trapezius and painful rotation of neck. The APRN diagnosed torticollis and did not want to continue the Motrin for risk of bleeding. Instead, the practitioner ordered a trial of Flexeril and educated Mr. Lee on the medication to which Mr. Lee verbalized understanding. (FDC 126-129).

30.     According to the medical records I received and reviewed, Mr. Lee's last complaint relating to neck pain was on November 15, 2024. (FDC 126).

31.     In the medical records I received and reviewed, Mr. Lee complained about neck, shoulder, and back pain in a Sick-Call Request submitted on March 11, 2024. Mr. Lee alleged that his symptoms started on March 5, 2024, when he was allegedly attacked by a correctional officer as Cross City Correctional Institution. (FDC 568).

32.     A Diagram of Injury was completed on March 5, 2024, at Cross City Correctional Institution. Mr. Lee was assessed, and no injuries were noted. (FDC 561).

33.     Another Diagram of Injury was completed on March 8, 2024. Mr. Lee was assessed, and it was noted he had a healed and scabbed abrasion to right side of neck about 1 cm in length and a healed and scabbed abrasion to left upper back less than 1 cm in length. Mr. Lee had indicated that the injuries had been sustained March 6, 2024. (FDC 571).

34.     On March 15, 2024, An X-ray of Mr. Lee's shoulder was performed with the conclusion of no shoulder separation, fracture or dislocation seen. (FDC 557).

35.     On March 19, 2024, Mr. Lee was seen for a sick call complaining of low back pain, neck, and left shoulder pain. He alleged the pain started on March 5, when he was "jumped" by correctional officers at his previous institution. Mr. Lee rated his neck pain at 8/10 with the pain occurring daily. As for his left shoulder, he rated the

pain 10/10 with pain occurring daily and decreased ROM. The medical practitioner noted Mr. Lee was sitting with his arms cuffed to the back and with no apparent signs of pain. His neck showed no bruising or obvious signs of deformity; ROM was intact, and no pain noted with ROM. His left shoulder had no bruising or obvious deformity noted. Mr. Lee had full ROM with flexion, extension, internal and external rotation, and no pain documented. (FDC 543-547).

36.    On August 21, 2024, Mr. Lee was involved in a physical altercation and was assessed by medical staff. The ER record documented he was ambulatory, and he was alert and oriented x 4. His respirations were even and unlabored. There were no injuries noted by medical staff or verbalized by Mr. Lee at the time. (FDC 226-229).

37.    On November 3, 2023, Mr. Lee was involved in a chemical use of force and was assessed by medical staff. The ER record documented he ambulated to the treatment room without difficulty, and he was alert and oriented x 4. No injuries were noted by medical staff and Mr. Lee denied any pain. (FDC 183-187).

38.    Mr. Lee has a history of self-harm. On December 17, 2023, Mr. Lee declared a Mental Health Emergency for cutting and suicidal ideations. (FDC 871-875).  On April 10, 2024, Mr. Lee declared a Mental Health emergency stating, "I want to kill myself; I am tired of it." He was assessed and was admitted to a SHOS cell. (FDC 415-420).

39.    At the time of the record review, Mr. Lee has not been diagnosed with Post Traumatic Stress Disorder ("PTSD"). On May 26, 2023, Mr. Lee submitted an Inmate Request to Mental Health asking for information on PTSD. The response stated he could discuss the issue with his counselor at his next appointment. (FDC 1005)

40.    Mr. Lee has a history of refusing Mental Health medications and services. He has refused medication on the following dates: 04/11/2024, 04/18/2024, 04/19/2024, 04/20/2024, 04/21/2024, 04/22/2024, 04/23/2024, 04/24/2024, 04/25/2024, 04/27/2024, 04/28/2024, and 04/30/2024. Mr. Lee was educated about potential risks of not taking his medications and he verbalized understanding. (FDC 274, 284, 287, 292, 297, 310, 322, 334, 341, 366, 389).

41.    On April 24, 2024, Mr. Lee signed Form DC4-711A for permanent refusal of his mental health medications. (FDC 305-308).

The foregoing facts are known by me to be true and correct based upon my review of the record. I am over the age of 18, am competent to testify to such facts, and would so testify if I appeared in court as a witness regarding this matter. I declare under penalties of perjury that I have read the foregoing and I confirm that the facts stated herein are true and correct.


*Kellie Caswell, RN, BSN*                    9/25/25
**KELLIE CASWELL, RN, BSN**              **Date**
Declarant

**119-SANTA ROSA C.I.**                                                    2/18/2025
5850 East Milton Rd.
Milton, FL 32583                        DC4-711A Medical Refusals
Main: 8509835800 Fax: 8509835864        Date of Service: 1/4/2025

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ██████████
Facility: 119-SANTA ROSA C.I.
**DC4-711A Medical Refusals**


*Imported By: Ashley Adams, Administrative Assistant, Centurion 1/6/2025 2:58:43 PM*

_____

External Attachment:

  Type:     Image
  Comment:  F/U BIG NAIL CLIPPERS


Signed By: Yugay, LPN, Licensed Practical Nurse, Centurion, Alla
at 1/6/2025 2:59:01 PM

1 of 1

## FLORIDA DEPARTMENT OF CORRECTIONS
## REFUSAL OF HEALTH CARE SERVICES

This is to certify that I am refusing the following:

☑ Medical Services  *F/u big nail clippers (cut toe nails)*

☐ Mental Health Services  _____

☐ Dental Services  _____

☐ Medication  _____

☐ Lab/Diagnostic testing  _____

☐ Other  _____

I understand this refusal is against the advice of my health care providers. I acknowledge that I have been informed of the diagnosis, if known, the nature and purposes of the proposed procedure/treatment/medication, risks and benefits of the proposed procedure/treatment/medication, alternative treatments and their risks and benefits and the consequences and danger to my health and possibly to my life that may result from my refusal of this procedure/treatment/medication.

I have been given sufficient time to ask questions about my condition and about my decision to refuse the proposed procedure/treatment/medication that my health care provider has explained to me is medically indicated and necessary.

I voluntarily assume the risks and accept the consequences of my refusal of the procedure/treatment/medication. I am releasing the Department of Corrections, all health care providers, the facility, and facility staff from any and all liability for ill effects that may result from my refusal of treatment.

*Patient refused to sign*                          01/04/2025  1020
**Signature of Patient***                          **Date/Time**

**Two Witnesses:** I, *Yugay, A.* _____ am a health care staff member and I have witnessed the
patient voluntarily sign this form/refuse to sign the form.

                                                   Alla Yugay, LPN
                                                   SARAX - Centurion
_____
Signature of Witness                               Title of Witness

              I, ✓  *P. Stub* _____ am a staff member who is not the patient's health care
provider for this procedure and I have witnessed the patient voluntarily sign this form/refuse to sign the form.

✓ _____          ✓  *ofc* _____
Signature of Witness                               Title of Witness

I am aware that this patient refused the proposed procedure/ treatment/medication and has signed this form/ refused to sign
the form.

See electronic refusal for signature _____          _____
Signature of Clinician                             Date/Stamp

Interpreter/translator: To the best of my knowledge, the patient understood what was interpreted/translated and
voluntarily signed this form/refused to sign the form.

_____          _____
Signature of Interpreter/Translator                Title of Witness

*If the patient refuses to sign this document, but has verbally refused the above procedure, write REFUSES TO SIGN above Signature of Patient.

Inmate Name *Lee, Robert*
DC# *T15204*  _____  Race/Sex  *B/M*
Date of Birth ████████████
Institution  *SARCI - 119*

DC4-711A (Effective 8/13) (Page 1 of 2)

Incorporated by Reference in Rule 33-401.105, F.A.C.

## DECLARACION JURADA DE RECHAZO A TRATAMIENTO MEDICO

Yo certifico que rechazo lo siguiente:

☐ Servicios medicos _____

☐ Servicios de salud mental _____

☐ Servicios dentales _____

☐ Medicamentos _____

☐ Examenes de laboratorio/pruebas diagnósticas _____

☐ Otros _____

Yo comprendo que este rechazo es en contra de la opinion medica. Yo reconosco que he sido informado del diagnostico, si es confirmado, la condición y propósito del propuesto procedimiento/tratamiento/medicamento, los riesgos y beneficios del propuesto procedimiento/tratamiento/medicamento. También he sido informado de tratamiento alternativo y sus riesgos y beneficios y de las consecuencias y los peligros para mi salud y el posible riesgo de muerte que puede resultar de no consentir al propuesto procedimiento/tratamiento/medicamento.

Me han dado suficiente tiempo para hacer preguntas sobre mi condición y sobre mi decisión de no consentir al propuesto procedimiento/tratamiento/medicamento que el proveedor de servicios médicos me ha explicado es indicado y necesario.

Yo voluntariamente asumo los riesgos y acepto las consecuencias de no consentir al procedimiento/tratamiento/medicamento. Yo declaro que el Departamento de Correcciones, los proveedores de servicios médicos, la facilidad, y los miembros del equipo médico no son responsables por cualquier incapacidad o complicaciones que puedan ocurrir como consecuencia de haberme negado a recibir tratamiento médico.

_____          _____
**Firma del Paciente***                    **Fecha/Hora**

**Dos Testigos:**      **Yo,**_____ soy un miembro del equipo médico y he sido testigo que el paciente ha firmado voluntariamente este documento/rehúsa firmar.

_____          _____
Firma del testigo                              Titulo del testigo

**Yo,**_____ soy miembro del personal que no es el proveedor del cuidado de salud del paciente para este procedimiento y he sido testigo que el paciente voluntariamente firmo este documento / rehúsafirmar el documento.

_____          _____
Firma del testigo                              Titulo del testigo

Yo me enterado que este paciente rehusa el proposito del tratamiento o intervencion/medicamento y a firmado este documento/rehúsa firmar.

_____          _____
Firma del Médico                              Fecha/Sello

\*Si el paciente rehusa firmar este documento, pero verbalmente rechaza el procedimiento arriba descrito, escriba REHUSA FIRMAR ARRIBA Firma del Paciente.

Inmate Name _Lee, Robert_
DC# _T15204_          Race/Sex _B/M_
Date of Birth ▓▓▓▓▓▓
Institution _SARCI - 119_

DC4-711A (Effective 8/13)  (Page 2 of 2)

Incorporated by Reference in Rule 33-401.105, F.A.C.

**119-SANTA ROSA C.I.**                                                     2/18/2025
5850 East Milton Rd.
Milton, FL 32583                          Refused•Chr Rec Hlth Care: f/u cut toe nails•
Main: 8509835800 Fax: 8509835864                       Date of Service: 1/4/2025

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 119-SANTA ROSA C.I.
FLORIDA DEPARTMENT OF CORRECTIONS    OFFICE OF HEALTH SERVICES
**REFUSAL OF HEALTH CARE SERVICES**


**This is to certify that I am refusing the following:**

## Medical Services
**If Medical Services, then please describe:** F/U big nail clippers (cut toe nails)

I understand this refusal is against the advice of my health care providers.    I acknowledge that I have been informed of the diagnosis, if known, the nature and purposes of the proposed procedure/treatment/medication, risks and benefits of the proposed procedure/treatment/medication, alternative treatments and their risks and benefits and the consequences and danger to my health and possibly to my life that may result from my refusal of this procedure/treatment/medication.

I have been given time to ask questions about my condition and about my decision to refuse the proposed procedure/treatment/medication that my health care provider has explained to me is medically indicated and necessary.

I voluntarily assume the risks and accept the consequences of my refusal of the procedure/treatment/medication and I am releasing the Department of Corrections, all health care providers, the facility, and facility staff from any and all liability for ill effects that may result from my refusal of treatment.
## Inmate Refused to Sign


DC4-711A    Refusal of Healthcare Services (Revised 08/01/13)
This form is not to be amended, revised, or altered without approval of the Office of Health Services Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone****

FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES
**Chronological Record of Health Care**


Other
**Copay?** No
**Reason for visit:**   f/u cut toe nails
**Select Note Style:** Incidental
**Incidental Note** Patient refused to come medical in Golf dorm for f/u cut toe nails. Informed pt that refusal is against the advice of pt's health care provider, purpose of the proposed medication/treatment/assessment check/medical procedures may put the health to the risk of danger. Patient voiced understanding. See DC4-711A completed.

1 of 2

**119-SANTA ROSA C.I.**                                                    2/18/2025
5850 East Milton Rd.
Milton, FL 32583                              Refused•Chr Rec Hlth Care: f/u cut toe nails•
Main: 8509835800 Fax: 8509835864                        Date of Service: 1/4/2025

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 119-SANTA ROSA C.I.


**DC4-701 Chronological Record of Health Care (Revised 8/1/17)**
**This form is not to be amended, revised, or altered without   approval of the Office of Health Services Administration.**
**Disclaimer: All EMR timestamps are Eastern Time Zone**




Signed By: Yugay, LPN, Licensed Practical Nurse, Centurion, Alla at 1/4/2025 12:51:02 PM
Signed By: Yugay, LPN, Licensed Practical Nurse, Centurion, Alla at 1/13/2025 8:08:35 PM
Signed By: Coulter (Allen), APRN, Medical Providers, Centurion, Brandee at 1/14/2025 9:00:29 AM

2 of 2

**119-SANTA ROSA C.I.**                                    2/18/2025
5850 East Milton Rd.
Milton, FL 32583                    Athlete's Foot/Fungal Infections•Sick Call•
Main: 8509835800 Fax: 8509835864              Date of Service: 12/27/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ▓▓▓▓▓▓▓▓
Facility: 119-SANTA ROSA C.I.

**Nurse Visit**

**Copay?** Yes
**Reason for encounter:** Sick Call**Patient DC Number**
T15204

**Orders added during this encounter:**

Nursing f/u; Start Date: 12/27/2024; Order Num: 7270588-1

**Medications added during this encounter:**
ANTIFUNGAL 1 % EXT CREA   •   AAA BID

**Initial Triage Information:**
**Location of patient:** 119-SANTA ROSA C.I.

**Sick call order(s) being seen for:**
Sick Call;    Order Date: 12/26/2024;    Comments: need to have toe nail cut; Number: 7248672-1

**Nurse Sick Call: Date Seen** 12/27/2024
**Time Seen** 1245

**Copay?**    Yes
**Inmate referred to Provider?** N/A

**Disclaimer: All EMR timestamps are Eastern Time Zone**

FLORIDA DEPARTMENT OF CORRECTIONS    OFFICE OF HEALTH SERVICES
**ATHLETE'S FOOT/FUNGAL INFECTIONS PROTOCOL**
NOTE:    ALL PROTOCOLS COMPLETED BY LPNS MUST BE REVIEWED AND COSIGNED BY A RN
OR CLINICIAN.

**SUBJECTIVE: Age:** 43 Years Old

**Allergies:**
* NKDA (Mild)

**Current Medications:**

FDC 000109

**119-SANTA ROSA C.I.**                                    2/18/2025
5850 East Milton Rd.
Milton, FL 32583                           Athlete's Foot/Fungal Infections•Sick Call•
Main: 8509835800 Fax: 8509835864              Date of Service: 12/27/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ████████
Facility: 119-SANTA ROSA C.I.
ANTIFUNGAL 1 % EXT CREA (TOLNAFTATE) AAA BID, Route: EXTERNAL
IBUPROFEN 400 MG ORAL TABS (IBUPROFEN) 1 tab po qd prn pain. Take w food (KOP) Route: ORAL
ACETAMINOPHEN 325 MG ORAL TABS (ACETAMINOPHEN) 1-2 tabs po qd prn pain. (KOP) Route:
ORAL

**Current Problems:**
Urinary tract infection (UTI) (ICD-599.0) (ICD10-N39.0)
Torticollis (ICD-723.5) (ICD10-M43.6)
MH Problem: Limited Social/Environmental Stimulation (ICD-507) (ICD10-F99)
MH Problem: Pathological Behaviors Not Listed Elsewhere (ICD-135) (ICD10-F99)
Muscle ache (ICD-729.1) (ICD10-M79.10)
Hepatitis B Immunization (ICD-V05.9) (ICD10-Z23)
Hepatitis A Immunization (ICD-V05.9) (ICD10-Z23)
Patient's other noncompliance with medication regimen for other reason (ICD10-Z91.148)
Hypertension (ICD-401.9) (ICD10-I10)
MH Problem: Discharge Planning and Readiness Skills (ICD-308) (ICD10-F99)
MH Problem: Anger Mangement Deficits (ICD-104) (ICD10-F99)
Antisocial personality disorder (ICD-301.7) (ICD10-F60.2)
Intermittent explosive disorder (ICD-312.34) (ICD10-F63.81)
Constipation, chronic (ICD-564.09) (ICD10-K59.09)
Screening for vision (ICD-V80.2) (ICD10-Z13.89)
Wart (ICD-078.10) (ICD10-B07.9)
MH Problem: Impulsiveness (ICD-126) (ICD10-F99)

**Medical Hx:** see above
**Hx previous episodes of fungal infection?** Yes
**When was last episode?** current
**Part of body?** left 4th and 5th metatarsal
**Chief complaint:** toenails on left foot are abnormal
**Location of symptoms:** Foot
**Are you currently taking anything for the symptoms?** no

**OBJECTIVE:**
**Temp:**   97.6 F **Pulse:** 60 **Resp:** 17 **BP:** 120 **/** 64 **O2 sat:** 99 % **Weight (lbs):** 168

**Description of nails:** Nail discoloration, Nail brittleness, Irregular looking nail
    If patient has nail fungal infection, patient examined for other areas of infection: feet, scalp, etc.

## FINDINGS REQUIRING IMMEDIATE CLINICIAN NOTIFICATION:

**PLAN:**
Tolnaftate cream/powder as directed:

**Medications Added per Protocol:**
ANTIFUNGAL 1 % EXT CREA (TOLNAFTATE) AAA BID, Route: EXTERNAL

**Orders Added per Protocol:**

2 of 3

**119-SANTA ROSA C.I.**                                          2/18/2025
5850 East Milton Rd.
Milton, FL 32583                          Athlete's Foot/Fungal Infections•Sick Call•
Main: 8509835800 Fax: 8509835864                Date of Service: 12/27/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 119-SANTA ROSA C.I.
Added new Test order of Nursing f/u (NURFU) - Signed


## EDUCATION:
Inmate instructed on good hand hygiene
Inmate instructed to gently wash affected area twice daily with soap and water and dry thoroughly, especially between the toes
Inmate instructed that the infection can be transmitted to other parts of the body by scratching.
Inmate instructed to apply topical antifungal cream as prescribed and/or to take all Rx medication as prescribed.
Inmate instructed to wear sandals/flip flops in shower to protect against re-infection.
Inmate instructed to expose the affected area -e.g., feet; to air as often as possible.
Inmate instructed to return to Medical if symptoms worsen, don't improve, or if they develop any new symptoms.


**DC4-683AA Additional Comments:** Pt advised to f/u with CSC PRN if condition arises or worsens. Pt verbalized understanding. Pt released to security in stable condition to return to cell.

DC4-683R- Athlete's Foot/Fungal Infections Protocol (Revised 03/07/17)
This form is not to be amended, revised, or altered without        approval of the Office of Health Services Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**




Signed By: Gary, LPN, Licensed Practical Nurse, Centurion, Tiffany at 12/27/2024 4:23:54 PM
Signed By: Martin, RN, Registered Nurse, Centurion, Tiffany at 1/2/2025 8:43:42 AM

FDC 000111

**119-SANTA ROSA C.I.**                                              2/18/2025
5850 East Milton Rd.
Milton, FL 32583                        DC4-698A Sick Call Request
Main: 8509835800 Fax: 8509835864        Date of Service: 12/21/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ████████
Facility: 119-SANTA ROSA C.I.
**DC4-698A Sick Call Request**


*Imported By: Ashley Adams, Administrative Assistant, Centurion 12/23/2024 8:46:04 AM*

---

External Attachment:

  Type:      Image
 Comment:    dc4-698, t15204, 12.21.24


Signed By: Rogers, RN, Registered Nurse, Centurion, Andrew at
12/23/2024 8:46:31 AM

1 of 1

FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES

# INMATE SICK-CALL REQUEST

Date: 12-21-2024                    Time: 8:00 AM

Inmate Name: ROBERT S. Lee          DC#: T15204

Housing assignment: _____          Job assignment: _____

Do you need an interpreter for your Sick Call visit? (Sign language, Spanish, etc.) ☐Yes ☑No
If so, what type: _____

Did you require assistance completing this form? (Blind, Quadriplegic, etc.)  ☐Yes ☑No
If so, why: _____

Problem:

☐   Pass/pass renewal

☐   Medication renewal

☐   Need information (explain): _____

☐   Problem with ADA/Disability equipment or supplies (explain the problem): _____
_____

☐   Mental Health

☐   Dental

☑   Medical (explain): Two of my TOE-NAILS ON MY
LEFT-FOOT AREN'T NORMAL! They grow super big
AND I CANT cut them inless I cut them w/A
RAZOR.

When did problem/symptoms start? LONG TIME

---

**TO BE COMPLETED BY TRIAGE NURSE:**
Date/Time received: 12/21/2024  1700
Triaged by: (Print name and licensure) Aliens JTS RN ___ on (Date/Time) 12/21/24  1757
Assigned Triage Level: ☑Routine  ☐ Urgent  ☐ Emergent
Date patient assessed by nurse: _____  Signature/Stamp of Nurse Completing Sick Call: _____

---

Inmate Name ROBERT Lee
DC# 715204                    Race/Sex B/M
Date of Birth ████████████
Institution TIG          SANTA ROSA

Distribution:   Original – File on R side of outpatient record in date order
Pink – Inmate (**special housing only – otherwise destroy**)

This form is not to be amended, revised, or altered without approval of the
Chief of Health Services Administration.

FDC 000113

DC4-698A (Effective 05/21)        (Revised 6/21)        Incorporated by Reference in Rule 33-402.101, F.A.C.

**119-SANTA ROSA C.I.**                                      2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                             Triage•
Main: 8509835800 Fax: 8509835864            Date of Service: 12/21/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 119-SANTA ROSA C.I.

**Nurse Visit**

**Copay?** No
**Reason for encounter:** Triage**Patient DC Number**
T15204

## Orders added during this encounter:

Sick Call; Start Date: 12/26/2024; Order Num: 7248672-1

## Initial Triage Information:

12/21/2024 5:57 PM
**Chief Complaint:** need to have toe nail cut
**Triage Level:**   3

**Disclaimer: All EMR timestamps are Eastern Time Zone**

Signed By: Rogers, RN, Registered Nurse, Centurion, Andrew at 12/21/2024 6:02:40
PM

1 of 1

**119-SANTA ROSA C.I.**                                                      2/18/2025
5850 East Milton Rd.
Milton, FL 32583                    DC4-784 Optometric Prescription Display She
Main: 8509835800 Fax: 8509835864      Date of Service: 11/19/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: █████████
Facility: 119-SANTA ROSA C.I.
**DC4-784 Optometric Prescription Display Sheet and Receipt of Eyeglasses**


*Imported By: Katie Ard, Administrative Assistant, Centurion 11/21/2024 2:08:19 PM*

_____

External Attachment:

  Type:    Image
 Comment:   DC4-784 T15204 11-19-24


Signed By: Yugay, LPN, Licensed Practical Nurse, Centurion, Alla
at 11/21/2024 2:08:37 PM

1 of 1

FLORIDA DEPARTMENT OF CORRECTIONS
# OPTOMETRIC PRESCRIPTION DISPLAY SHEET AND RECEIPT OF EYEGLASSES

### ATTACH LAST REPORT WITH TOP AT THIS LINE

### ATTACH THIRD REPORT HERE AND SUCCEEDING ONES ON ABOVE LINES

### ATTACH SECOND REPORT WITH TOP AT THIS LINE

### ATTACH FIRST REPORT WITH TOP AT THIS LINE

## ACKNOWLEDGEMENT RECEIPT OF EYEGLASSES

In accordance with Health Services Bulletin 15.03.25.03 *Vision Services*, I, _____, hereby acknowledge receipt of one pair of eyeglasses and I understand that I will not be provided an additional pair for a three year period unless such requirement is caused by a change in my vision.

**I understand that any contact lenses in my possession are to be surrendered to the institutional property officer upon receipt of eyeglasses.** ☐ **Check if contact lenses are surrendered.**

_____
**Inmate's Signature**

Alla Yugay, LPN
SARAX - Centurion
_____
**Witness Signature/Stamp**

_11/19/2024_
**Date**

_11/19/24     4:20 pm_
**Date**

Inmate Name _Lee, Robert_
DC# _T15204_     Race/Sex _Bm_
Date of Birth _____
Institution _____

G1204

Original – Health Record
Copy - Inmate

This form is not to be amended, revised, or altered without approval of the Chief of Health Services Administration.

DC4-784 (Revised 2/18/21)

**119-SANTA ROSA C.I.**                                    2/18/2025
5850 East Milton Rd.
Milton, FL 32583                          Eyeglasses issued to pt
Main: 8509835800 Fax: 8509835864          Date of Service: 11/19/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 119-SANTA ROSA C.I.
FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES

## Chronological Record of Health Care

**Note:** Eyeglasses issued to the patient, patient tried them on, no c/o, and signed DC4-784 form

DC4-701 Chronological Record of Health Care (Revised 8/1/17)
This form is not to be amended, revised, or altered without          approval of the Office of Health Services
Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

Signed By: Yugay, LPN, Licensed Practical Nurse, Centurion, Alla at 11/19/2024 6:21:06
PM

1 of 1

**119-SANTA ROSA C.I.**                                        2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                    Inmate Request
Main: 8509835800 Fax: 8509835864    Date of Service: 11/19/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████████
Facility: 119-SANTA ROSA C.I.
**Inmate Request**


*Imported By: Brooke Dykes, Medical Records Supervisor, Centurion 11/19/2024 4:13:41 PM*

_____

External Attachment:

  Type:    Image
  Comment:    DC6-236, T15204, 11.18.24


Signed By: Dykes, Health Services Administrator, Centurion,
Brooke at 11/19/2024 4:14:01 PM


                                                        1 of 1

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

**INMATE REQUEST**

Mail Number: _____
Team Number: _____
Institution: 119

| TO: (Check One) | ☐ Warden ☐ Asst. Warden | ☐ Classification ☐ Security | ☑ Medical ☐ Mental Health | ☐ Dental ☐ Other _____ |
|---|---|---|---|---|

| FROM: | Inmate Name Robert S. Lee | DC Number TIS204 | Quarters B1120 | Job Assignment CML | Date 11-5-24 |
|---|---|---|---|---|---|

**REQUEST**                                    Check here if this is an informal grievance ☐

THE FUNDS HAVE BEEN DEDUCTED 4 RECORDS.

+ MONTHLY BALANCE ATTACHED +

"God Bless You & Thank You"

R. Lee #TIS204

RECEIVED

All requests will be handled in one of the following ways: 1) Written Information or   2) Personal Interview. All informal grievances will be responded to in writing.

**DO NOT WRITE BELOW THIS LINE**

**RESPONSE**                          DATE RECEIVED:

NOV 1 8 2024
SANTA ROSA MAIN
MEDICAL DEPT.

You will be scheduled to receive copies.

[The following pertains to informal grievances only:

Based on the above information, your grievance is _____. (Returned, Denied, or Approved). If your informal grievance is denied,

you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

Official (Signature) B Dykes, NKS   Date: 11/18/24
SARCI - Centurion

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file

This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 10 days, following receipt by the appropriate person.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to. If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective )        Incorporated by Reference in Rule 33-103.019, F.A.C.

IBSR140 (74)

```
                                                              11/01/24
                                                              10:50:08
                                                              PAGE  342
```

FLORIDA DEPARTMENT OF CORRECTIONS
TRUST FUND ACCOUNT STATEMENT
FACILITY: 119 - SANTA ROSA, C.I.
FOR: 10/01/2024 - 10/31/2024

ACCT NAME: LEE, ROBERT S.
BED: C111IL
PO BOX:

ACCT#: T15204
TYPE: INMATE TRUST

BEGINNING BALANCE 10/01/24          $1,473.76

| POSTED DATE | NBR | TYPE | REFERENCE NUMBER | FAC | REMITTER/PAYEE | +/- | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|---|
| 10/02/24 | 162 | MEDICAL CO-PAY | 10012409579RR | 000 | | - | $5.00 | $1,468.76 |
| 10/07/24 | 191 | LEGAL POSTAGE W | 2024100401 | 000 | | - | $0.69 | $1,468.07 |
| 10/07/24 | 179 | MEDICAL CO-PAY | 10072412140RR | 000 | | - | $5.00 | $1,463.07 |
| 10/08/24 | 131 | INDIVIDUAL CHEC | 0800712 | 000 | UNITED STATES DISTRICT CO | - | $88.00 | $1,375.07 |
| 10/10/24 | 131 | INDIVIDUAL CHEC | 0800732 | 000 | UNITED STATES MARSHAL SER | - | $64.00 | $1,311.07 |
| 10/10/24 | 118 | MEDICAL BILLS | 10082024 | 000 | | - | $2.10 | $1,308.97 |
| 10/11/24 | 152 | LEGAL POSTAGE W | 2024101501 | 000 | | - | $0.69 | $1,308.28 |
| 10/18/24 | 172 | INDIVIDUAL CHEC | 0800934 | 000 | CLERK'S OFFICE | - | $2.00 | $1,306.28 |
| 10/21/24 | 162 | GOVERNMENT CHEC | 40396039B152 | 000 | US DISTRICT COURTS | + | $405.00 | $1,711.28 |
| 10/28/24 | 170 | INDIVIDUAL CHEC | 0801192 | 000 | WALL PERIODICALS | - | $65.94 | $1,645.34 |
| 10/29/24 | 179 | PROCESSING FEE | 10284162026 | 000 | | - | $0.50 | $1,644.84 |
| 10/29/24 | 179 | PROCESSING FEE | 10284162026 | 000 | | - | $0.24 | $1,644.60 |
| 10/29/24 | 181 | LIEN PAYMENT | 10284162026 | 20240909 | | - | $3.15 | $1,641.45 |
| | | PROCESSING FEE | - 09/09/2024 | | | | | |
| 10/30/24 | 115 | LEGAL POSTAGE W | 2024102501 | 000 | | | | |

ENDING BALANCE 10/31/24          $1,641.45

**119-SANTA ROSA C.I.**                                          2/18/2025
5850 East Milton Rd.
Milton, FL 32583                              Medical: :Inmate Request
Main: 8509835800 Fax: 8509835864        Date of Service: 11/19/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ██████████
Facility: 119-SANTA ROSA C.I.

FLORIDA DEPARTMENT OF CORRECTIONS    OFFICE OF HEALTH SERVICES
**INMATE REQUEST**

**To:** Medical
**Category:** Medical Records

Sent in bank statement for copies
All requests will be handled in one of the following ways:1)    Written Information or    2) Personal
Interview. All informal grievances will be responded to in writing
**Date received:**    11/18/2024
You will be scheduled to receive copies.

**Date Returned to Inmate:** 11/18/2024 **Answered By:** Dykes; Medical Records Supervisor; Centurion,
Brooke

DC6-236 (Effective 12/14)
This form is not to be amended, revised, or altered without approval of the Office of Health Services
Administration.

Incorporated by Reference in Rule 33-103.005, F.A.C.

Signed By: Dykes, Health Services Administrator, Centurion, Brooke at 11/19/2024
4:02:38 PM

FDC 000121

**119-SANTA ROSA C.I.**                                                    2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                                  Chr Rec Hthcre•
Main: 8509835800 Fax: 8509835864                        Date of Service: 11/19/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ████████
Facility: 119-SANTA ROSA C.I.

**Orders added during this encounter:**
Admin APPT; Start Date: 11/19/2024

FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES

**Chronological Record of Health Care**
**Note:** Eyeglasses received from PRIDE - scheduled to be issued.

DC4-701 Chronological Record of Health Care (Revised 8/1/17)
This form is not to be amended, revised, or altered without          approval of the Office of Health Services
Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

Signed By: Ard, Administrative Assistant, Centurion, Katie at 11/19/2024 9:44:08 AM

1 of 1

**119-SANTA ROSA C.I.**                                    2/18/2025
5850 East Milton Rd.
Milton, FL 32583                            Urinalysis w/Reflex to Culture
Main: 8509835800 Fax: 8509835864            Date of Service: 11/15/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ▮▮▮▮▮▮▮▮
Facility: 119-SANTA ROSA C.I.
Patient: ROBERT  LEE
ID: BIOR T15204
Note: All result statuses are Final unless otherwise noted.
Tests: (1) Urinalysis w/Reflex to Culture (B518-2)

| Test | Result | Reference Range |
|------|--------|-----------------|
| Specific Gravity Ur | 1.011 | 1.003-1.030 |
| *1 | | |
| pH Urine | 6.5 | 5.0-8.0 |
| *2 | | |
| Protein, Urine | NEGATIVE | NEGATIVE |
| *3 | | |
| Glucose, Urine | NEGATIVE | NEGATIVE |
| *4 | | |
| Ketone, Urine | NEGATIVE | NEGATIVE |
| *5 | | |
| Urobilinogen Urine | 0.2 mg/dL | 0.2-1.0 |
| *6 | | |
| Bilirubin, Urine | NEGATIVE | NEGATIVE |
| *7 | | |
| Blood, Urine | NEGATIVE | NEGATIVE |
| *8 | | |
| Nitrites Urine | NEGATIVE | NEGATIVE |
| *9 | | |
| Crystals Urine | NONE | NONE |
| *10 | | |
| WBC, Urine | 0-5 /[HPF] | 0-5 |
| *11 | | |
| RBC, Urine | 0-2 /[HPF] | 0-2 |
| *12 | | |
| Cast, RBC, Urine | NOT PRESENT | NOT PRESENT |
| *13 | | |
| Cast, Hyaline, Urine | NOT PRESENT | NOT PRESENT |
| *14 | | |
| Epithelial Cells, Ur | NONE | NONE-FEW |
| *15 | | |
| Cast, Granular, Ur | NOT PRESENT | NOT PRESENT |
| *16 | | |
| Bacteria, Urine | NONE | NONE-FEW |
| *17 | | |
| Leukocyte Esterase | NEGATIVE | NEGATIVE |
| *18 | | |
| Color | YELLOW | YELLOW |
| *19 | | |
| Character | CLEAR | CLEAR |
| *20 | | |

1 of 3

**119-SANTA ROSA C.I.**                                          2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                    Urinalysis w/Reflex to Culture
Main: 8509835800 Fax: 8509835864                      Date of Service: 11/15/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ████████
Facility: 119-SANTA ROSA C.I.
```
Note: An exclamation mark (!) indicates a result that was not
dispersed into the flowsheet.
Document Creation Date: 11/15/2024 6:30 PM
```
_____

```
___
(1) Order result status: Final
Collection or observation date-time: 11/15/2024 17:06
Requested date-time: 11/14/2024 02:00
Receipt date-time: 11/15/2024 14:38
Reported date-time: 11/15/2024 17:04
Referring Physician:
Ordering Physician: PARKER, APRN, MEDICA DENNELLE (dparker)
Specimen Source:
Source: BIOR
Filler Order Number: 107201733
Lab site: BioReference Health, LLC
Producer ID *1:NJ1
Producer ID *2:NJ1
Producer ID *3:NJ1
Producer ID *4:NJ1
Producer ID *5:NJ1
Producer ID *6:NJ1
Producer ID *7:NJ1
Producer ID *8:NJ1
Producer ID *9:NJ1
Producer ID *10:NJ1
Producer ID *11:NJ1
Producer ID *12:NJ1
Producer ID *13:NJ1
Producer ID *14:NJ1
Producer ID *15:NJ1
Producer ID *16:NJ1
Producer ID *17:NJ1
Producer ID *18:NJ1
Producer ID *19:NJ1
Producer ID *20:NJ1
-----------------
The following non-numeric lab results were dispersed to
the flowsheet even though numeric results were expected:
  Crystals Urine, NONE
  WBC, Urine, 0-5
```

Signed By: Parker, APRN, Medical Provider, Centurion, Dennelle at 11/15/2024 6:35:05 PM

FDC 000124

**119-SANTA ROSA C.I.**                                                    2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                          Urinalysis w/Reflex to Culture
Main: 8509835800 Fax: 8509835864                           Date of Service: 11/15/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 119-SANTA ROSA C.I.

FDC 000125

**119-SANTA ROSA C.I.**                                              2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                                     Sick Call•
Main: 8509835800 Fax: 8509835864              Date of Service: 11/15/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 119-SANTA ROSA C.I.

**Nurse Visit**

**Copay?** Yes
**Reason for encounter:** Sick Call**Patient DC Number**
T15204

**Medications added during this encounter:**
CYCLOBENZAPRINE HCL 10 MG ORAL TABS   •   Take one tablet by mouth daily. (DOT)

**Initial Triage Information:**
**Location of patient:** 119-SANTA ROSA C.I.

**Nurse Sick Call:**
**Copay?**   Yes

**Disclaimer: All EMR timestamps are Eastern Time Zone**

FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES
**Chronological Record of Health Care**
**Reason for visit** Acute Care Provider- Sick Call

**Remarks:** SC Neck pain

DC4-701 Chronological Record of Health Care (Revised 8/1/17)
This form is not to be amended, revised, or altered without          approval of the Office of Health Services
Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

FLORIDA DEPARTMENT OF CORRECTIONS    OFFICE OF HEALTH SERVICES
**PHYSICAL EXAM**

**Temp:** 98.2,   **Pulse:** 59,   **Resp:** 18,   **O2 sat:** 99,   **BP:** 125/   86,   **Blood Glucose:** 113
**Height:** 70 (Inches),   **Weight:** 163 lbs.,   **BMI:** 23.39,
**Nursing Comments:**
. (11/14/2024 8:30:00 AM)
**History of Present Illness:**   43 year old B/M presents to sick call c/o neck pain for 6 months. He reports
he was in an altercation in May in which he was injured. He states ibuprofen isn't working. He says he
had a steroid injection in June in it helped the pain for a few days but then it returned Movement makes
pain worse, and certian positions making it worse. Denies fever chills N/V/D HA. He is currently being

**119-SANTA ROSA C.I.**
5850 East Milton Rd.
Milton, FL 32583
Main: 8509835800 Fax: 8509835864

2/18/2025

Sick Call•
Date of Service: 11/15/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ▮▮▮▮▮▮▮
Facility: 119-SANTA ROSA C.I.
treated for UTI. Xray C spine WNL 06/19/2024.

**Allergies:**
* NKDA (Mild)

**Current Medications:**
CYCLOBENZAPRINE HCL 10 MG ORAL TABS (CYCLOBENZAPRINE HCL) Take one tablet by mouth daily. (DOT); Route: ORAL
IBUPROFEN 400 MG ORAL TABS (IBUPROFEN) 1 tab po qd prn pain. Take w food (KOP) Route: ORAL
SULFAMETHOXAZOLE-TRIMETHOPRIM 800-160 MG ORAL TABS
(SULFAMETHOXAZOLE-TRIMETHOPRIM) 1 tab po BID x 14 days. (DOT); Route: ORAL
ACETAMINOPHEN 325 MG ORAL TABS (ACETAMINOPHEN) 1-2 tabs po qd prn pain. (KOP) Route:
ORAL

**Current Problem List: :**
Urinary tract infection (UTI) (ICD-599.0) (ICD10-N39.0)
Torticollis (ICD-723.5) (ICD10-M43.6)
MH Problem: Limited Social/Environmental Stimulation (ICD-507) (ICD10-F99)
MH Problem: Pathological Behaviors Not Listed Elsewhere (ICD-135) (ICD10-F99)
Muscle ache (ICD-729.1) (ICD10-M79.10)
Hepatitis B Immunization (ICD-V05.9) (ICD10-Z23)
Hepatitis A Immunization (ICD-V05.9) (ICD10-Z23)
Patient's other noncompliance with medication regimen for other reason (ICD10-Z91.148)
Hypertension (ICD-401.9) (ICD10-I10)
MH Problem: Discharge Planning and Readiness Skills (ICD-308) (ICD10-F99)
MH Problem: Anger Mangement Deficits (ICD-104) (ICD10-F99)
Antisocial personality disorder (ICD-301.7) (ICD10-F60.2)
Intermittent explosive disorder (ICD-312.34) (ICD10-F63.81)
Constipation, chronic (ICD-564.09) (ICD10-K59.09)
Screening for vision (ICD-V80.2) (ICD10-Z13.89)
Wart (ICD-078.10) (ICD10-B07.9)
MH Problem: Impulsiveness (ICD-126) (ICD10-F99)

**OBJECTIVE:**

**PHYSICAL EXAMINATION**

*General*
The patient is well nourished, well developed, alert and oriented and in no acute distress.

*Integumentary*
Skin without obvious rashes or lesions; hair and nails without obvious abnormalities.

2 of 4

**119-SANTA ROSA C.I.**                                    2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                          Sick Call•
Main: 8509835800 Fax: 8509835864          Date of Service: 11/15/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ▮▮▮▮▮▮▮
Facility: 119-SANTA ROSA C.I.
***Chest***

*Inspection:*

*Respiratory*
Unlabored by view. Breath sounds clear to auscultation and percussion; no rales, rhonchi or wheezes.

*Cardiovascular*
Regular rate and rhythm, positive S1/S2; No S3/S4; no murmurs or rubs; No clubbing, cyanosis or edema; no jugular venous distension; peripheral pulses normal.

*Kidneys/Bladder*

*Musculoskeletal*
Full range of motion of all four extremities without obvious weakness.

   **Head & Neck:**   Other**Comments and Objective Findings:** Painful rotation of neck, spasm noted to left trapezius

*Neurological*
Grossly intact and non-focal; no tremors, no gait abnormalities, speech fluent.

**Impression Diagnosis:**   Torticolis- Do not want to continue motrin if it is not working and risk of bleeding if patient takes excess amount. Will do trial of flexiril 10mg Educated patient on medication and possible side effects., he verb understanding.
**Current M Grade:** 3
**Active Orders (including next follow up):**
Dental Periodic Wait List [DSAX]
Periodic Screening [PE]
Hemoccult Screening (PE) [HEMOSCREEN]
Urinalysis (PE) [0159-4]
Fasting Glucose (PE) [0095-0]
ATBQ [NURATBQ]
CBC w/o Diff (Hemogram)/Plat. CT (PE) [0034-9]
Hemoccult Screening (PE) [HEMOSCREEN]
Psychiatric F/U @ 90 days [MHP90]
Preventative Wait List [D1WT]
ISP MDST [TPMDT]
Behavioral Risk Assessment [MHBRA]
Optometry F/U (Do not use for initial visit) [FU-OPT]
Case Management @ 30 days [MHC30]
Psychotherapy @ 30 days [MHT30]
30(28) day S3s F/U confinement [MHF30]
Sick Call [SC]

3 of 4

**119-SANTA ROSA C.I.**
5850 East Milton Rd.
Milton, FL 32583
Main: 8509835800 Fax: 8509835864

2/18/2025

Sick Call•
Date of Service: 11/15/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 119-SANTA ROSA C.I.
Urinalysis w/Reflex to Culture [B518-2]
EDUCATION:
Disease Process, Medication(s)

Physical Exam
This form is not to be amended, revised, or altered without          approval of the Office of Health Services
Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

**Vital Signs:**

**Temp:** 98.2 F, **Pulse:** 59, **Resp:** 18, **BP:** 125/86, **O2 sat:** 99%
**Weight (lbs):** 163, **Height:** 70 (inches), **BMI:** 23.39

**Disclaimer: All EMR timestamps are Eastern Time Zone**

Signed By: Coulter (Allen), APRN, Medical Providers, Centurion, Brandee at 11/15/2024
11:28:44 AM

4 of 4

FDC 000129

**119-SANTA ROSA C.I.**                                    2/18/2025
5850 East Milton Rd.
Milton, FL 32583                          :Inmate Request:Formal Grievance
Main: 8509835800 Fax: 8509835864          Date of Service: 11/15/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 119-SANTA ROSA C.I.
FLORIDA DEPARTMENT OF CORRECTIONS    OFFICE OF HEALTH SERVICES
**FORMAL GRIEVANCE**
**Date Received:**   11/13/2024
**Formal Grievance Number:**   2411-119-133
**Category:** MH Outpatient
**Date Answered:**   11/15/2024
**Disposition:** Denied

DC4-701 Chronological Record of Health (Revised 8/1/17)
This form is not to be amended, revised, or altered without approval of the Office of Health Services
Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**
Incorporated by Reference in Rule 33-103.005, F.A.C.

Signed By: Stewart,Junior Health Services Admiinistratorr, Centurion, Aftan at
11/15/2024 8:05:15 AM

1 of 1

**119-SANTA ROSA C.I.**                                            2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                                        EKG
Main: 8509835800 Fax: 8509835864    Date of Service: 11/13/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ████████████
Facility: 119-SANTA ROSA C.I.
**EKG**


*Imported By: Alicia Rice, Administrative Assistant, Centurion 11/14/2024 4:22:21 PM*

_____

External Attachment:

  Type:      Image
 Comment:    EKG,T15204,11.13.2024


Signed By: BalkomHill, APRN, Medical Provider, Centurion,
Michele at 11/14/2024 4:22:30 PM

                                                              1 of 1



FDC 000132

**Lee, Robert**
ID: t15204

01/14/1981
43 Years

160.0 lb    Male    Black

21 58

11/13/2024  21:58:28
FL DOC SANTA ROSA CORR INST

Location: 44482
Order Number:
Room:
Indication:
Medication 1:
Medication 2:
Medication 3:

Sinus tachycardia
Otherwise normal ECG

QRS : 88 ms
QT / QTcBaz : 380 / 497 ms
PR : 152 ms
P : 118 ms
RR / PP : 582 / 582 ms
P / QRS / T : -16 / 27 / 0 degrees

Technician: COMPUMED NO OVERREAD
Ordering Ph:
Referring Ph:
Attending Ph:

**103** bpm
-- / -- mmHg

GE  MAC2000    1.1    12SL™ v241    25 mm/s    10 mm/mV    ADS    0.56-40 Hz    60 Hz    4x2.5x3 25  R1    Unconfirmed    1/1

**119-SANTA ROSA C.I.**                                              2/18/2025
5850 East Milton Rd.
Milton, FL 32583                        Diagram of Injury/Rule of Nines
Main: 8509835800 Fax: 8509835864         Date of Service: 11/13/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████████
Facility: 119-SANTA ROSA C.I.
**Diagram of Injury/Rule of Nines**


*Imported By: Alicia Rice, Administrative Assistant, Centurion 11/14/2024 4:13:31 PM*

---

External Attachment:

  Type:      Image
 Comment:    DC4-708,T15204,11.13.2024


Signed By: Cross, RN, Registered Nurse, Centurion, Nicole at
11/14/2024 4:14:00 PM

1 of 1

TB119-SANTA ROSA C.I.
5850 East Milton Rd.  Milton, FL 32583
8509835800  Fax: 8509835864

**ROBERT S LEE**
T15204
Race/Sex: Black or African American / Male
DOB: ▆▆▆▆▆▆
119-SANTA ROSA C.I.

## FLORIDA DEPARTMENT OF CORRECTIONS
## OFFICE OF HEALTH SERVICES
## DIAGRAM OF INJURY



Date of occurrence ___11/13/2024___        Time of occurrence ___2134___
Date injury assessed by medical ___11/13/2024___    Time injury assessed by medical ___2137___

☑ No injury identified

Description of injury: ___No physical injuries were observed or reported.___

_____

_____        Nicole Cross, RN
                                        SARCI - Centurion
Staff Signature

**This form is not to be amended, revised, or altered without
approval by the Director of Health Services- Administration.**

Copies distribution:  White/Health Record   Canary/Inspector General   Pink/Warden or Asst. Warden
DC4-708 (Revised 10/07)

**119-SANTA ROSA C.I.**                                                    2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                            Inf OP 23hr Obs D/C•
Main: 8509835800 Fax: 8509835864                    Date of Service: 11/14/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ████████
Facility: 119-SANTA ROSA C.I.
FLORIDA DEPARTMENT OF CORRECTIONS     OFFICE OF HEALTH SERVICES
**23-HOUR OBSERVATION NURSES NOTE**

Clinician notified at the end of 23 hours
**Clinician** APRN Hill
**Date:** 11/14/2024
**Time:** 0950
**and orders were received from the clinician to discharge the patient to:**
Dorm

**Discharge Date:**   11/14/2024
**Discharge Time:**     0950

**Condition on discharge**
Stable

**Means of discharge (ambulating, w/c, crutches, etc)**
Ambulating
Discharge Education:
**1. Education provided on follow up appointments:** Notify staff of any new or worsening symptoms utilizing sick call or EMID process. Keep F/U appt as scheduled.
**2. Education provided on disease Process:** Educated to S/S of dehydration and the potential risks and consequences of any form of illicit drug use.
**3. Education provided on medication and Diet.** Increase water to promote hydration. Con't to take all medications as prescribed by clinician only.

**Additional Notes:** Pt educated as above and verbalized understanding. Pt released to security to return to dorm.
**Pt. D/C info entered into DC4-797B Infirmary Log'96 Outpatient by Discharge Nurse:**   C. Gray, LPN

DC4-732B Infirmary Outpatient 23 hour Observation Nurses Note    (Revised 12/17/19)
This form is not to be amended, revised, or altered without         approval of the Office of Health Services Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

Signed By: Gray, LPN, Licensed Practical Nurse. Centurion, Caycee at 11/14/2024 11:03:28 AM

1 of 2

**119-SANTA ROSA C.I.**                                                    2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                              Inf OP 23hr Obs D/C•
Main: 8509835800 Fax: 8509835864                    Date of Service: 11/14/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: █████████
Facility: 119-SANTA ROSA C.I.

**119-SANTA ROSA C.I.**                                          2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                      Inf Progress Rec•
Main: 8509835800 Fax: 8509835864          Date of Service: 11/14/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ████████
Facility: 119-SANTA ROSA C.I.


## Orders added during this encounter:

INF - Discharge from Infirmary; Start Date: 11/14/2024


FLORIDA DEPARTMENT OF CORRECTIONS    OFFICE OF HEALTH SERVICES
**INFIRMARY PROGRESS RECORD**

**Institution:**
119-SANTA ROSA C.I.

**Date:** 11/14/2024   **Time:** 10:50 AM   **Discipline:** M= MD/CA/ARNP

Vital signs reviewed




DC4-714A Infirmary Progress Record    (Revised 07/19/17)
This form is not to be amended, revised, or altered without          approval of the Office of Health Services
Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

FLORIDA DEPARTMENT OF CORRECTIONS    OFFICE OF HEALTH SERVICES
**PHYSICAL EXAM**

**Temp:** 98.6,   **Pulse:** 79,   **Resp:** 16,   **O2 sat:** 99,   **BP:** 128/  78,   **Blood Glucose:** 113
**Height:** 70 (Inches),   **Weight:** 164 lbs.,   **BMI:** 23.53,
**Nursing Comments:**
. (11/14/2024 8:30:00 AM)
**Chief Complaint:**   23 hour admit for AMS
**History of Present Illness:**   43 yo male admit 23 hour observation after AMS from smoking "K2" per pt.
He states he does not remember doing that. Currenlty denies headaches, dizziness, no chest pain no
SOB. ate breakfast without difficulty. No changes in bowel or bladder


**Allergies:**
* NKDA (Mild)

**Current Medications:**
IBUPROFEN 400 MG ORAL TABS (IBUPROFEN) 1 tab po qd prn pain. Take w food (KOP) Route: ORAL
SULFAMETHOXAZOLE-TRIMETHOPRIM 800-160 MG ORAL TABS
(SULFAMETHOXAZOLE-TRIMETHOPRIM) 1 tab po BID x 14 days. (DOT); Route: ORAL
ACETAMINOPHEN 325 MG ORAL TABS (ACETAMINOPHEN) 1-2 tabs po qd prn pain. (KOP) Route:

1 of 4

**119-SANTA ROSA C.I.**                                          2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                        Inf Progress Rec•
Main: 8509835800 Fax: 8509835864              Date of Service: 11/14/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ▮▮▮▮▮▮▮
Facility: 119-SANTA ROSA C.I.
ORAL

**Current Problem List: :**
Urinary tract infection (UTI) (ICD-599.0) (ICD10-N39.0)
Torticollis (ICD-723.5) (ICD10-M43.6)
MH Problem: Limited Social/Environmental Stimulation (ICD-507) (ICD10-F99)
MH Problem: Pathological Behaviors Not Listed Elsewhere (ICD-135) (ICD10-F99)
Muscle ache (ICD-729.1) (ICD10-M79.10)
Hepatitis B Immunization (ICD-V05.9) (ICD10-Z23)
Hepatitis A Immunization (ICD-V05.9) (ICD10-Z23)
Patient's other noncompliance with medication regimen for other reason (ICD10-Z91.148)
Hypertension (ICD-401.9) (ICD10-I10)
MH Problem: Discharge Planning and Readiness Skills (ICD-308) (ICD10-F99)
MH Problem: Anger Mangement Deficits (ICD-104) (ICD10-F99)
Antisocial personality disorder (ICD-301.7) (ICD10-F60.2)
Intermittent explosive disorder (ICD-312.34) (ICD10-F63.81)
Constipation, chronic (ICD-564.09) (ICD10-K59.09)
Screening for vision (ICD-V80.2) (ICD10-Z13.89)
Wart (ICD-078.10) (ICD10-B07.9)
MH Problem: Impulsiveness (ICD-126) (ICD10-F99)


**OBJECTIVE:**

**PHYSICAL EXAMINATION**


*General*
The patient is well nourished, well developed, alert and oriented and in no acute distress.

*Integumentary*
Skin without obvious rashes or lesions; hair and nails without obvious abnormalities.
Pupils equally reactive to light and accommodation, extraocular muscles intact bilaterally

*Chest*

*Inspection:*

*Respiratory*
Unlabored by view. Breath sounds clear to auscultation and percussion; no rales, rhonchi or wheezes.

*Cardiovascular*
Regular rate and rhythm, positive S1/S2; No S3/S4; no murmurs or rubs; No clubbing, cyanosis or edema; no jugular venous distension; peripheral pulses normal.

*Gastrointestinal*

2 of 4

**119-SANTA ROSA C.I.**
5850 East Milton Rd.
Milton, FL 32583
Main: 8509835800 Fax: 8509835864

2/18/2025

Inf Progress Rec•
Date of Service: 11/14/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ████████
Facility: 119-SANTA ROSA C.I.
Soft, non-tender. Bowel sounds present. No pulsatile mass or masses. No hepatosplenomegaly.
Rectal Deferred

*Kidneys/Bladder*

*Neurological*
Grossly intact and non-focal; no tremors, no gait abnormalities, speech fluent.

*Mini Mental State Examination (MMSE)*


## ORIENTATION:
Year
Month
Day
Date
Time
Country
Town
Facility
Unit
Cell
**REGISTRATION:** 3 of 3 objects named correctly

**ATTENTION AND CALCULATION:** 5 of 5

**RECALL:** 3 of 3 recalled


## Language:
**Name a pencil and a watch:** 2 of 2 named correctly
**Repeat 'No ifs, ands, or buts'** Able to repeat
**Give a 3 stage command, patient recieves one point for each stage** 3 stages correct

27
**Impression Diagnosis:**   AMS- resolved
will discharge
E: dont smoke-it is harmful to you
**Current M Grade:** 3
**Active Orders (including next follow up):**
Dental Periodic Wait List [DSAX]
Periodic Screening [PE]
Hemoccult Screening (PE) [HEMOSCREEN]
Urinalysis (PE) [0159-4]
Fasting Glucose (PE) [0095-0]
ATBQ [NURATBQ]
CBC w/o Diff (Hemogram)/Plat. CT (PE) [0034-9]

3 of 4

**119-SANTA ROSA C.I.**                                          2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                          Inf Progress Rec•
Main: 8509835800 Fax: 8509835864                Date of Service: 11/14/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ████████
Facility: 119-SANTA ROSA C.I.
Hemoccult Screening (PE) [HEMOSCREEN]
Psychiatric F/U @ 90 days [MHP90]
Preventative Wait List [D1WT]
ISP MDST [TPMDT]
Behavioral Risk Assessment [MHBRA]
Optometry F/U (Do not use for initial visit) [FU-OPT]
Case Management @ 30 days [MHC30]
Psychotherapy @ 30 days [MHT30]
30(28) day S3s F/U confinement [MHF30]
Sick Call [SC]
INF - 23 Hour Obs Admission [INF-23HOUR]
INF - 23 Hour Obs Admission [INF-23HOUR]
INF - Nursing Assessment [INF-NURASSESS]
INF - Vital Signs [INF-VITALS]
INF - Activity Level [INF-ACTIVITY]
INF - Diet (specify) [INF-DIET]
Vitals [NURVtl]
Nursing Neuro Checks [MHNNEURO]
INF - IV [INF-IV]
Urinalysis w/Reflex to Culture [B518-2]
INF - Discharge from Infirmary [INF-DISCHARGE]
EDUCATION:
Disease Process,Diet including sodium intake,Exercise,Smoking Cessation (if applicable),Medication(s)

Physical Exam
This form is not to be amended, revised, or altered without          approval of the Office of Health Services
Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

Signed By: BalkomHill, APRN, Medical Provider, Centurion, Michele at 11/14/2024
10:53:26 AM

4 of 4

**119-SANTA ROSA C.I.**                                          2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                    Neuro Flow Sheet•Graphic Sheet•
Main: 8509835800 Fax: 8509835864                      Date of Service: 11/14/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ▇▇▇▇▇▇▇
Facility: 119-SANTA ROSA C.I.

## Vital Signs:

**Temp:** 98.6 F, **Pulse:** 79, **Resp:** 16, **BP:** 128/78, **O2 sat:** 99%, **Height:** 70 (inches)
**Is the inmate currently using oxygen?** No


## Daily Intake and Output
## INTAKE
## OUTPUT
**Total Daily Intake:** 0
**Disclaimer: All EMR timestamps are Eastern Time Zone**

FLORIDA DEPARTMENT OF CORRECTIONS    OFFICE OF HEALTH SERVICES
## NEUROLOGICAL FLOW SHEET
Vital Signs and Neuro Checks:    Progress along this time schedule ONLY if signs are stable.
Every 15 minutes      X      (1) hour, then
Every 30 minutes      X      (1) hour, then
Every 1 hour      X      (4) hours, then
Every 4 hours      X      (24) hours
NOTIFY MD IMMEDIATELY OF SIGNS AND SYMPTOMS OF INCREASING INTRACRANIAL
PRESSURE!
*DROWSY, ABNORMAL BEHAVIOR, SEVERE HEADACHE, STIFF NECK, LOC CHANGES, NAUSEA
OR VOMITING*
**Time:** 0830
Fully conscious-awake aware and oriented x3
All 4 extremities
Equal and strong
**Pupil Size Left:** 3mm
**Pupil Size Right:** 3mm

## Pupil Reaction
**Left** Brisk
**Right** Brisk
Speech
Clear

## Vitals:
**Temp:**  98.6F **Pulse:**  79  **Resp:**  16  **BP:**  128  **/** 78  **O2 sat:**   99   % **Nurse's Notes:** Neur
Ck and VS WNL. Will con't to monitor.

## Previous Neuro Checks:
DC4-716B Neurological Flow Sheet (Revised 10/5/12)
This form is not to be amended, revised, or altered without         approval of the Office of Health Services
Administration.

**119-SANTA ROSA C.I.**                                    2/18/2025
5850 East Milton Rd.
Milton, FL 32583                    Neuro Flow Sheet•Graphic Sheet•
Main: 8509835800 Fax: 8509835864          Date of Service: 11/14/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 119-SANTA ROSA C.I.
**Disclaimer: All EMR timestamps are Eastern Time Zone**

Signed By: Gray, LPN, Licensed Practical Nurse. Centurion, Caycee at 11/14/2024
10:40:05 AM

**119-SANTA ROSA C.I.**                                        2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                    Inf OP 23hr Obs Note•
Main: 8509835800 Fax: 8509835864          Date of Service: 11/14/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 119-SANTA ROSA C.I.
FLORIDA DEPARTMENT OF CORRECTIONS   OFFICE OF HEALTH SERVICES
**23-HOUR OBSERVATION NURSES NOTE**

**Nursing Notes:** Pt AAO x's 4, PERRLA, brisk - 3 mm. Gait steady with ambulation. NAD noted at this time. RR even / unlabored, lung sounds CTA billaterally. ABD soft and nontender, bowel sounds active in all four quadrants. Pt has 20 gauge IV in place in left forearm saline locked. No s/s of infection or extravasation noted at this time. No complaints or concerns voiced at this time. Pt educated to continue taking medications as prescribed, practice positive coping skill when feeling anxious / agitated, and notify staff of any new or worsening symptoms. Pt verbalized understanding. Will continue to monitor.

DC4-732B Infirmary Outpatient 23 hour Observation Nurses Note    (Revised 12/17/19)
This form is not to be amended, revised, or altered without        approval of the Office of Health Services
Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

Signed By: Barnes, RN, Registered Nurse, Centurion, Kevin at 11/14/2024 8:58:44 AM

**119-SANTA ROSA C.I.**                                    2/18/2025
5850 East Milton Rd.
Milton, FL 32583                              Neuro Flow Sheet•
Main: 8509835800 Fax: 8509835864          Date of Service: 11/14/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████████
Facility: 119-SANTA ROSA C.I.
FLORIDA DEPARTMENT OF CORRECTIONS    OFFICE OF HEALTH SERVICES

## NEUROLOGICAL FLOW SHEET
Vital Signs and Neuro Checks:    Progress along this time schedule ONLY if signs are stable.
Every 15 minutes     X     (1) hour, then
Every 30 minutes     X     (1) hour, then
Every 1 hour     X     (4) hours, then
Every 4 hours     X     (24) hours
NOTIFY MD IMMEDIATELY OF SIGNS AND SYMPTOMS OF INCREASING INTRACRANIAL
PRESSURE!
*DROWSY, ABNORMAL BEHAVIOR, SEVERE HEADACHE, STIFF NECK, LOC CHANGES, NAUSEA
OR VOMITING*
**Time:** 0430
Fully conscious-awake aware and oriented x3
All 4 extremities
Equal and strong
**Pupil Size Left:** 3mm
**Pupil Size Right:** 3mm

## Pupil Reaction
**Left** Brisk
**Right** Brisk
Speech
Clear

## Vitals:
**Temp:**   98.1F **Pulse:**   86    **Resp:**   17    **BP:**   109   **/** 81    **O2 sat:**    98    % **Weight (lbs):**    164

## Previous Neuro Checks:
DC4-716B Neurological Flow Sheet (Revised 10/5/12)
This form is not to be amended, revised, or altered without        approval of the Office of Health Services
Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

Signed By: Buckhault, LPN, Licensed Practical Nurse, Centurion, Cecil at 11/14/2024
5:29:31 AM

1 of 1

**119-SANTA ROSA C.I.**                                                 2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                          Neuro Flow Sheet•
Main: 8509835800 Fax: 8509835864                Date of Service: 11/14/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 119-SANTA ROSA C.I.
FLORIDA DEPARTMENT OF CORRECTIONS    OFFICE OF HEALTH SERVICES
**NEUROLOGICAL FLOW SHEET**
Vital Signs and Neuro Checks:    Progress along this time schedule ONLY if signs are stable.
Every 15 minutes      X      (1) hour, then
Every 30 minutes      X        (1) hour, then
Every 1 hour      X      (4) hours, then
Every 4 hours    X      (24) hours
NOTIFY MD IMMEDIATELY OF SIGNS AND SYMPTOMS OF INCREASING INTRACRANIAL
PRESSURE!
*DROWSY, ABNORMAL BEHAVIOR, SEVERE HEADACHE, STIFF NECK, LOC CHANGES, NAUSEA
OR VOMITING*
**Time:** 0330
Fully conscious-awake aware and oriented x3
All 4 extremities
Equal and strong
**Pupil Size Left:** 3mm
**Pupil Size Right:** 3mm

**Pupil Reaction**
**Left** Brisk
**Right** Brisk
Speech
Clear

**Vitals:**
**Temp:**   98.3F **Pulse:**   75    **Resp:**   17    **BP:**   108   **/** 75   **O2 sat:**    98    % **Weight (lbs):**   164

**Previous Neuro Checks:**
DC4-716B Neurological Flow Sheet (Revised 10/5/12)
This form is not to be amended, revised, or altered without          approval of the Office of Health Services
Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

Signed By: Buckhault, LPN, Licensed Practical Nurse, Centurion, Cecil at 11/14/2024
4:56:17 AM

**119-SANTA ROSA C.I.**                                                    2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                                    Neuro Flow Sheet•
Main: 8509835800 Fax: 8509835864                    Date of Service: 11/14/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ████████
Facility: 119-SANTA ROSA C.I.
FLORIDA DEPARTMENT OF CORRECTIONS    OFFICE OF HEALTH SERVICES

## NEUROLOGICAL FLOW SHEET

Vital Signs and Neuro Checks:    Progress along this time schedule ONLY if signs are stable.

Every 15 minutes     X     (1) hour, then
Every 30 minutes     X     (1) hour, then
Every 1 hour     X     (4) hours, then
Every 4 hours     X     (24) hours

NOTIFY MD IMMEDIATELY OF SIGNS AND SYMPTOMS OF INCREASING INTRACRANIAL PRESSURE!

*DROWSY, ABNORMAL BEHAVIOR, SEVERE HEADACHE, STIFF NECK, LOC CHANGES, NAUSEA OR VOMITING*

**Time:** 0230
Fully conscious-awake aware and oriented x3
All 4 extremities
Equal and strong
**Pupil Size Left:** 3mm
**Pupil Size Right:** 3mm

## Pupil Reaction

**Left** Brisk
**Right** Brisk
Speech
Clear

## Vitals:

**Temp:**   98.2F **Pulse:**   76    **Resp:**   18    **BP:**   112   **/** 74    **O2 sat:**    99    % **Weight (lbs):**    164

## Previous Neuro Checks:

DC4-716B Neurological Flow Sheet (Revised 10/5/12)
This form is not to be amended, revised, or altered without          approval of the Office of Health Services Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

Signed By: Buckhault, LPN, Licensed Practical Nurse, Centurion, Cecil at 11/14/2024 4:07:10 AM

1 of 1

**119-SANTA ROSA C.I.**                                    2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                    Neuro Flow Sheet•
Main: 8509835800 Fax: 8509835864              Date of Service: 11/14/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ▮▮▮▮▮▮▮▮
Facility: 119-SANTA ROSA C.I.
FLORIDA DEPARTMENT OF CORRECTIONS    OFFICE OF HEALTH SERVICES

**NEUROLOGICAL FLOW SHEET**
Vital Signs and Neuro Checks:    Progress along this time schedule ONLY if signs are stable.
Every 15 minutes      X    (1) hour, then
Every 30 minutes      X    (1) hour, then
Every 1 hour      X    (4) hours, then
Every 4 hours      X    (24) hours
NOTIFY MD IMMEDIATELY OF SIGNS AND SYMPTOMS OF INCREASING INTRACRANIAL
PRESSURE!
*DROWSY, ABNORMAL BEHAVIOR, SEVERE HEADACHE, STIFF NECK, LOC CHANGES, NAUSEA
OR VOMITING*
**Time:** 0130
Fully conscious-awake aware and oriented x3
All 4 extremities
Equal and strong
**Pupil Size Left:** 3mm
**Pupil Size Right:** 3mm

## Pupil Reaction
**Left** Brisk
**Right** Brisk
Speech
Clear

## Vitals:
**Temp:**  98.2F **Pulse:**  74    **Resp:**  18    **BP:**  112  **/** 75    **O2 sat:**    97    % **Weight (lbs):**    164

## Previous Neuro Checks:
DC4-716B Neurological Flow Sheet (Revised 10/5/12)
This form is not to be amended, revised, or altered without          approval of the Office of Health Services
Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

Signed By: Buckhault, LPN, Licensed Practical Nurse, Centurion, Cecil at 11/14/2024
2:44:52 AM

1 of 1

**119-SANTA ROSA C.I.**                                                2/18/2025
5850 East Milton Rd.
Milton, FL 32583                          Neuro Flow Sheet•Inf/Hosp Daily Nur Eval•Morse Scale•B
Main: 8509835800 Fax: 8509835864                  Date of Service: 11/14/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ██████████
Facility: 119-SANTA ROSA C.I.

FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES
**BRADEN SCALE FOR PREDICTING PRESSURE SORE RISK**

**Sensory Perception - Ability to respond meaningfully to pressure-related discomfort:**
4-No Impairment

**Moisture - degree to which skin is exposed to moisture:**        4-Rarely Moist

**Activity - degree of physical activity:**        4-Walks Frequently

**Mobility - ability to change and control body position:**        4-No Limitation

**Nutrition - usual food intake pattern:**        4-Excellent

**Friction and Shear:**        3-No Apparent Problem

**Total Score:** 23        **Risk Level:** No further action required

DC4-804 Braden Scale for Predicting Pressure Sore Risk (Revised 3/14/17)
This form is not to be amended, revised, or altered without approval of the Office of Health Services
Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

**Fall Risk Assessment**
FLORIDA DEPARTMENT OF CORRECTIONS    OFFICE OF HEALTH SERVICES
**MORSE FALL SCALE**

**Fall Risk Calculation**

**History of falling: immediate or within 3 months** No (0)

**Secondary diagnosis** Yes (15)

**Ambulatory aids** Bed rest/nurse assist (0)

**IV/Heparin Lock** No (0)

**Gait/Transferring**

FDC 000148

**119-SANTA ROSA C.I.**                                          2/18/2025
5850 East Milton Rd.
Milton, FL 32583                        Neuro Flow Sheet•Inf/Hosp Daily Nur Eval•Morse Scale•B
Main: 8509835800 Fax: 8509835864               Date of Service: 11/14/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ████████
Facility: 119-SANTA ROSA C.I.
Normal/bedrest/immobile (0)

**Mental Status**
Oriented to own ability (0)

**Total Fall Risk Score:   15**
**Risk Level No Risk**

Scoring:
0-24= No Risk, Good Basic Nursing Care
25-50= Low Risk, Implement Standard Fall Prevention Interventions
>50 = High Risk, Implement High Risk Fall Prevention Interventions
1 Morse, J.M., (2009), Preventing patient falls (2nd ed.), New York; Springer, Published, 2009

DC4-684A Morse Fall Scale (Revised 8/1/17)
This form is not to be amended, revised, or altered without          approval of the Office of Health Services
Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

## FLORIDA DEPARTMENT OF CORRECTIONS

## INFIRMARY/HOSPITAL DAILY NURSING EVALUATION
**ISOLATION:** No
**NEGATIVE AIRFLOW MAINTAINED:** N/A
**Allergies:**
* NKDA (Mild)

## REVIEW OF BODY SYSTEMS
*NORMAL NEUROLOGICAL*
*Alert and oriented x3; follows commands; speech clear and appropriate; motor response; moves all extremities*

## NEUROLOGICAL FINDINGS
Lethargic
**Comments:** SLOW AMBULATION

*NORMAL CARDIOVASCULAR*
*Heart rhythm regular, brisk capillary refill, no edema, peripheral pulses present by palpation*
**Bruit: Auscultate:** No
**Thrill:Palpate:** No

## CARDIOVASCULAR FINDINGS
Within normal limits

2 of 7

**119-SANTA ROSA C.I.**                                          2/18/2025
5850 East Milton Rd.
Milton, FL 32583                    Neuro Flow Sheet•Inf/Hosp Daily Nur Eval•Morse Scale•B
Main: 8509835800 Fax: 8509835864              Date of Service: 11/14/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: █████████
Facility: 119-SANTA ROSA C.I.

*NORMAL PULMONARY*
*Respirations even, unlabored; lung sounds clear; no cough, respiratory rate 16'96 24*

**PULMONARY FINDINGS**
Within normal limits

*NORMAL GI*
*Abdomen soft,    non-distended, nontender, bowel sounds present in all 4 quadrants, no N/V, diarrhea, constipation*

**GI FINDINGS**
Within normal limits

*NORMAL GU*
*Urine clear, yellow to amber.    No difficulty voiding.    No bladder distention.*

**GU FINDINGS**
Within normal limits

*NORMAL MUSCULOSKELETAL*
*Moves all extremities independently, full / spontaneous ROM; self care; independent bed mobility, transfers; steady gait; ambulates without assistive device; absence of joint swell-ling or tenderness*

**MUSCULOSKELETAL FINDINGS**
Within normal limits

**PAIN MANAGEMENT**
**Comfort Goal:** NA
**Time:** NA
**Pain Location** NA
**Pain Scale** 0
Pain Scale used:    0-10 with 0 = no pain to 10 = excruciating / worst pain ever
**Sedation Scale** 1
Sedation Scale:
S= Normal sleep, easy to arouse, oriented when awakened, appropriate cognitive behavior
1= Wide awake-alert or at baseline, oriented, initiates conversation
2= Drowsy, easy to arouse, but oriented and demonstrates appropriate cognitive behavior when awake
3= Drowsy, somewhat difficult to arouse, but oriented when awake
4= Difficult to arouse, confused, not oriented
5= Unarousable
**Intervention Tx or Medication** NA
**Evaluation Time** NA
**Post Pain Level** NA

**IV SITE ASSESSMENT- 1-2 sites**

FDC 000150

**119-SANTA ROSA C.I.**                                    2/18/2025
5850 East Milton Rd.
Milton, FL 32583                    Neuro Flow Sheet•Inf/Hosp Daily Nur Eval•Morse Scale•B
Main: 8509835800 Fax: 8509835864              Date of Service: 11/14/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ▮▮▮▮▮▮▮
Facility: 119-SANTA ROSA C.I.
**SHIFT** Nights
**IV #** #1
**Venous Access:** P= Peripheral Line
**Location:** LEFT FOREARM
**Phlebitis Scale:** 0= No pain/ swelling
**Dressing Intact:** Yes
**Dressing Changed:** No
**IV catheter size:** 20
**Catheter type:** IV
**Rate of IV Fluids:** 0
**Additional Notes on IV Assessment:** IV LEFT IN PLACE DUE TO POSSIBILITY OF FUTURE FLUID
ORDERS

**BRADEN SCALE FOR PREDICTING PRESSURE SORE RISK: To be completed on
every Day Shift**
**Last Score with date:**
23 (04/11/2024 7:30:20 AM)
**Last Risk Level:**
No further action required (04/11/2024 7:30:20 AM)

**Assess Braden Scale now:** No

Scoring: 15-18 AT RISK
Scoring: 13-14 MODERATE RISK
Scoring: 10-12 HIGH RISK
Scoring: Less than or equal to 9 VERY HIGH RISK**RMCH ONLY: Braden Score 18 or less, patient
added to form DC4-0067:** NA

**TURNING / POSITIONING SCHEDULE**

**INTERVENTIONS/TREATMENTS : Staff member to check all applicable boxes**
**SHIFT:** NIGHTS
**Bath- select one:** Shower
**AM & PM Peri care:** No
**AM & PM Oral care:** No
**AM & PM Catheter care:** No Catheter
**Bedrest:** Yes
**Specialty Bed:** No
**OOB/Chair:** Yes
**BRP:** No
**Ambulated with Assistance:** No
**Up Ad Lib:** Yes
**BSC:** No
**Side Rails Up:** Yes
**Bed Low and Locked:** Yes
**ROM:** Yes
**Anti-Embolitic Device or Hose:** No

4 of 7

**119-SANTA ROSA C.I.**                                          2/18/2025
5850 East Milton Rd.
Milton, FL 32583                    Neuro Flow Sheet•Inf/Hosp Daily Nur Eval•Morse Scale•B
Main: 8509835800 Fax: 8509835864              Date of Service: 11/14/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 119-SANTA ROSA C.I.
**Ice pack x15 minutes:** No
**Full Body Skin Assessment:** No
**Trach Care:** No Trach
**Incentive Spirometry:** No
**Suctioning:** No
**Aspiration Precautions:** No
**Seizure Precautions:** No

## WOUND EVALUATION AND TREATMENT RECORD

Average healing time for pressure ulcers: Stage 1 -14 days. Stage 2 - 45 days. Stage 3 - 90 days. Stage 4 -120 days.   www.emedicine.com

Day Shift Assessment Nurse:    Complete a fall assessment, using DC4-684A, daily on all Acute Admissions and weekly on all Chronic Admissions and document the patien'92s score and risk level below.

**Additional Notes:** PT A/OX4, NAD, RESP EVEN AND UNLABORED, NEURO INTACT WITH BASELINE IMPROVEMENTS, GAIT EVEN AND STEADY, NO DEVIATIONS NOTED, AMBULATES WITHOUT ASSISTANCE. SKIN WARM AND DRY, NON DIAPHOREITC, HRR WNL, S1,S2 NOTED NO S3,S4. NO RUBS, MURMURS OR GALLOPS NOTED. PERRLA, 3 MM BILATERALLY, GRIP STRENGTH EQUAL, ZERO INJURIES NOTED OR REPORTED. PT EDUCATED ON S/S CHEMICAL INGESTION AND INSTRUCTED TO FOLLOW UP WITH MEDICAL PRN FOR ANY NEW, UNRESOLVED OR WORSENING SYMPTOMS. PT VERBALIZED UNDERSTANDING AND AGREED WITH PLAN OF CARE.
**Time patient was assessed for fall risk:**    0025
**Patient's Score:**
15
**Risk Level:**
No Risk

DC4-684 Infirmary/Hosptial Daily Nursing Evaluation    (Revised 8/11/23)
This form is not to be amended, revised, or altered without          approval of Deputy Director of Health Services Administration.
**Disclaimer: All EMR timestamps are Eastern Time Zone**

## Vital Signs:

**Temp:** 98.1 F, **Pulse:** 74, **Resp:** 18, **BP:** 112/79, **O2 sat:** 99%
**Weight (lbs):** 164, **Height:** 70 (inches), **BMI:** 23.53

## Daily Intake and Output

5 of 7

**119-SANTA ROSA C.I.**                                          2/18/2025
5850 East Milton Rd.
Milton, FL 32583                         Neuro Flow Sheet•Inf/Hosp Daily Nur Eval•Morse Scale•B
Main: 8509835800 Fax: 8509835864                    Date of Service: 11/14/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ▮▮▮▮▮▮▮
Facility: 119-SANTA ROSA C.I.
**INTAKE**
**OUTPUT**
**Diet:** Breakfast
**Breakfast:** Accepted
**Total Daily Intake:** 0
**Disclaimer: All EMR timestamps are Eastern Time Zone**

FLORIDA DEPARTMENT OF CORRECTIONS    OFFICE OF HEALTH SERVICES
**NEUROLOGICAL FLOW SHEET**
Vital Signs and Neuro Checks:    Progress along this time schedule ONLY if signs are stable.
Every 15 minutes      X     (1) hour, then
Every 30 minutes      X      (1) hour, then
Every 1 hour     X     (4) hours, then
Every 4 hours     X     (24) hours
NOTIFY MD IMMEDIATELY OF SIGNS AND SYMPTOMS OF INCREASING INTRACRANIAL
PRESSURE!
*DROWSY, ABNORMAL BEHAVIOR, SEVERE HEADACHE, STIFF NECK, LOC CHANGES, NAUSEA
OR VOMITING*
**Time:** 0035
Fully conscious-awake aware and oriented x3
All 4 extremities
Equal and strong
**Pupil Size Left:** 3mm
**Pupil Size Right:** 3mm

**Pupil Reaction**
**Left** Brisk
**Right** Brisk
Speech
Clear

**Vitals:**
**Temp:**   98.1F **Pulse:**   74   **Resp:**   18   **BP:**   112   **/** 79   **O2 sat:**   99   **% Weight (lbs):**   164

**Previous Neuro Checks:**
DC4-716B Neurological Flow Sheet (Revised 10/5/12)
This form is not to be amended, revised, or altered without          approval of the Office of Health Services
Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

6 of 7

**119-SANTA ROSA C.I.**                                             2/18/2025
5850 East Milton Rd.
Milton, FL 32583                    Neuro Flow Sheet•Inf/Hosp Daily Nur Eval•Morse Scale•B
Main: 8509835800 Fax: 8509835864              Date of Service: 11/14/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 119-SANTA ROSA C.I.
Signed By: Buckhault, LPN, Licensed Practical Nurse, Centurion, Cecil at 11/14/2024
5:33:32 AM

FDC 000154

**119-SANTA ROSA C.I.**                                        2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                     Neuro Flow Sheet•
Main: 8509835800 Fax: 8509835864              Date of Service: 11/13/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ▮▮▮▮▮▮▮▮
Facility: 119-SANTA ROSA C.I.
FLORIDA DEPARTMENT OF CORRECTIONS   OFFICE OF HEALTH SERVICES
**NEUROLOGICAL FLOW SHEET**
Vital Signs and Neuro Checks:    Progress along this time schedule ONLY if signs are stable.
Every 15 minutes      X     (1) hour, then
Every 30 minutes      X      (1) hour, then
Every 1 hour     X    (4) hours, then
Every 4 hours    X    (24) hours
NOTIFY MD IMMEDIATELY OF SIGNS AND SYMPTOMS OF INCREASING INTRACRANIAL
PRESSURE!
*DROWSY, ABNORMAL BEHAVIOR, SEVERE HEADACHE, STIFF NECK, LOC CHANGES, NAUSEA
OR VOMITING*
**Time:** 2330
Fully conscious-awake aware and oriented x3
All 4 extremities
Equal and strong
**Pupil Size Left:** 3mm
**Pupil Size Right:** 3mm

**Pupil Reaction**
**Left** Brisk
**Right** Brisk
Speech
Slurred

**Vitals:**
**Temp:**   98.4F **Pulse:**   81    **Resp:**   18    **BP:**   106  **/** 74   **O2 sat:**    98    % **Weight (lbs):**    164

**Previous Neuro Checks:**
DC4-716B Neurological Flow Sheet (Revised 10/5/12)
This form is not to be amended, revised, or altered without          approval of the Office of Health Services
Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

Signed By: Buckhault, LPN, Licensed Practical Nurse, Centurion, Cecil at 11/14/2024
2:34:22 AM

**119-SANTA ROSA C.I.**                                    2/18/2025
5850 East Milton Rd.
Milton, FL 32583                              Neuro Flow Sheet•
Main: 8509835800 Fax: 8509835864        Date of Service: 11/13/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ▮▮▮▮▮▮▮▮
Facility: 119-SANTA ROSA C.I.
FLORIDA DEPARTMENT OF CORRECTIONS    OFFICE OF HEALTH SERVICES

## NEUROLOGICAL FLOW SHEET

Vital Signs and Neuro Checks:    Progress along this time schedule ONLY if signs are stable.
Every 15 minutes    X    (1) hour, then
Every 30 minutes    X    (1) hour, then
Every 1 hour    X    (4) hours, then
Every 4 hours    X    (24) hours
NOTIFY MD IMMEDIATELY OF SIGNS AND SYMPTOMS OF INCREASING INTRACRANIAL
PRESSURE!
*DROWSY, ABNORMAL BEHAVIOR, SEVERE HEADACHE, STIFF NECK, LOC CHANGES, NAUSEA
OR VOMITING*
**Time:** 2300
Fully conscious-awake aware and oriented x3
All 4 extremities
Equal and strong
**Pupil Size Left:** 3mm
**Pupil Size Right:** 3mm

## Pupil Reaction
**Left** Sluggish
**Right** Sluggish
Speech
Slurred

## Vitals:
**Temp:**   98.2F **Pulse:**   74    **Resp:**   17    **BP:**   102   **/** 74   **O2 sat:**    98    % **Weight (lbs):**   164

## Previous Neuro Checks:
DC4-716B Neurological Flow Sheet (Revised 10/5/12)
This form is not to be amended, revised, or altered without        approval of the Office of Health Services
Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

Signed By: Buckhault, LPN, Licensed Practical Nurse, Centurion, Cecil at 11/14/2024
2:32:46 AM

**119-SANTA ROSA C.I.**                                            2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                    Chr Rec Hlth Care: Ortho VS•
Main: 8509835800 Fax: 8509835864                    Date of Service: 11/13/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 119-SANTA ROSA C.I.
FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES
**Chronological Record of Health Care**

Other
**Copay?** No
**Reason for visit:**    Ortho VS
**Temp:** 97.8 F  **Pulse:** 74  **Resp:** 18  **BP:** 89/ 55  **O2 sat:**    97% **Current Weight (lbs):**    165
**Select Note Style:** Incidental
**Incidental Note** At 2242 patient was released to be placed in a 23hr obs cells. The above VS were taken while the patient was laying down. While sitting his BP was 85/55 with a pulse of 79 and while standing it was 103/71 , 83.

**DC4-701 Chronological Record of Health Care (Revised 8/1/17)**
**This form is not to be amended, revised, or altered without   approval of the Office of Health Services Administration.**
**Disclaimer: All EMR timestamps are Eastern Time Zone**

Signed By: Cross, RN, Registered Nurse, Centurion, Nicole at 11/14/2024 12:53:02 AM

**119-SANTA ROSA C.I.**
5850 East Milton Rd.
Milton, FL 32583
Main: 8509835800 Fax: 8509835864

2/18/2025

Neuro Flow Sheet
Date of Service: 11/13/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 119-SANTA ROSA C.I.
FLORIDA DEPARTMENT OF CORRECTIONS    OFFICE OF HEALTH SERVICES

## NEUROLOGICAL FLOW SHEET

Vital Signs and Neuro Checks:    Progress along this time schedule ONLY if signs are stable.
Every 15 minutes       X       (1) hour, then
Every 30 minutes       X       (1) hour, then
Every 1 hour       X       (4) hours, then
Every 4 hours       X       (24) hours
NOTIFY MD IMMEDIATELY OF SIGNS AND SYMPTOMS OF INCREASING INTRACRANIAL PRESSURE!
*DROWSY, ABNORMAL BEHAVIOR, SEVERE HEADACHE, STIFF NECK, LOC CHANGES, NAUSEA OR VOMITING*
**Time:** 2228
Fully conscious-awake aware and oriented x3
All 4 extremities
Equal and strong
**Pupil Size Left:** 4mm
**Pupil Size Right:** 4mm

## Pupil Reaction

**Left** Brisk
**Right** Brisk
Speech
Clear

## Vitals:

**Temp:**   97.8F **Pulse:**   84    **Resp:**   18    **BP:**   89   **/** 59    **O2 sat:**   97    % **Weight (lbs):**   165

## Previous Neuro Checks:

DC4-716B Neurological Flow Sheet (Revised 10/5/12)
This form is not to be amended, revised, or altered without            approval of the Office of Health Services Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

Signed By: Cross, RN, Registered Nurse, Centurion, Nicole at 11/14/2024 12:49:21 AM

**119-SANTA ROSA C.I.**                                                    2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                                    Neuo Flow Sheet
Main: 8509835800 Fax: 8509835864                        Date of Service: 11/13/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 119-SANTA ROSA C.I.
FLORIDA DEPARTMENT OF CORRECTIONS    OFFICE OF HEALTH SERVICES
**NEUROLOGICAL FLOW SHEET**
Vital Signs and Neuro Checks:    Progress along this time schedule ONLY if signs are stable.
Every 15 minutes      X      (1) hour, then
Every 30 minutes      X      (1) hour, then
Every 1 hour      X      (4) hours, then
Every 4 hours      X      (24) hours
NOTIFY MD IMMEDIATELY OF SIGNS AND SYMPTOMS OF INCREASING INTRACRANIAL
PRESSURE!
*DROWSY, ABNORMAL BEHAVIOR, SEVERE HEADACHE, STIFF NECK, LOC CHANGES, NAUSEA
OR VOMITING*
**Time:** 2215
Fully conscious-awake aware and oriented x3
All 4 extremities
Equal and strong
**Pupil Size Left:** 4mm
**Pupil Size Right:** 4mm

**Pupil Reaction**
**Left** Brisk
**Right** Brisk
Speech
Clear

**Vitals:**
**Temp:**   97.6F **Pulse:**   83   **Resp:**   18   **BP:**   83   **/** 59   **O2 sat:**   97   % **Weight (lbs):**   165

**Previous Neuro Checks:**
DC4-716B Neurological Flow Sheet (Revised 10/5/12)
This form is not to be amended, revised, or altered without          approval of the Office of Health Services
Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

Signed By: Cross, RN, Registered Nurse, Centurion, Nicole at 11/14/2024 12:43:31 AM

1 of 1

**119-SANTA ROSA C.I.**
5850 East Milton Rd.
Milton, FL 32583                                                              2/18/2025
Main: 8509835800 Fax: 8509835864

Neuro Flow Sheet
Date of Service: 11/13/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ████████
Facility: 119-SANTA ROSA C.I.
FLORIDA DEPARTMENT OF CORRECTIONS    OFFICE OF HEALTH SERVICES

## NEUROLOGICAL FLOW SHEET

Vital Signs and Neuro Checks:    Progress along this time schedule ONLY if signs are stable.
Every 15 minutes      X      (1) hour, then
Every 30 minutes      X      (1) hour, then
Every 1 hour      X      (4) hours, then
Every 4 hours      X      (24) hours
NOTIFY MD IMMEDIATELY OF SIGNS AND SYMPTOMS OF INCREASING INTRACRANIAL PRESSURE!
*DROWSY, ABNORMAL BEHAVIOR, SEVERE HEADACHE, STIFF NECK, LOC CHANGES, NAUSEA OR VOMITING*

**Time:** 2206
Fully conscious-awake aware and oriented x3
All 4 extremities
Equal and strong
**Pupil Size Left:** 5mm
**Pupil Size Right:** 5mm

## Pupil Reaction

**Left** Sluggish
**Right** Sluggish
Speech
Clear

## Vitals:

**Temp:**   97.6F **Pulse:**   98    **Resp:**   18    **BP:**   92   **/** 59    **O2 sat:**   97    % **Weight (lbs):**   165

## Previous Neuro Checks:

DC4-716B Neurological Flow Sheet (Revised 10/5/12)
This form is not to be amended, revised, or altered without          approval of the Office of Health Services Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

Signed By: Cross, RN, Registered Nurse, Centurion, Nicole at 11/14/2024 12:40:47 AM

**119-SANTA ROSA C.I.**                                          2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                          Neuro Flow Sheet
Main: 8509835800 Fax: 8509835864              Date of Service: 11/13/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ████████
Facility: 119-SANTA ROSA C.I.
FLORIDA DEPARTMENT OF CORRECTIONS    OFFICE OF HEALTH SERVICES

**NEUROLOGICAL FLOW SHEET**
Vital Signs and Neuro Checks:    Progress along this time schedule ONLY if signs are stable.
Every 15 minutes      X      (1) hour, then
Every 30 minutes      X      (1) hour, then
Every 1 hour      X      (4) hours, then
Every 4 hours      X      (24) hours
NOTIFY MD IMMEDIATELY OF SIGNS AND SYMPTOMS OF INCREASING INTRACRANIAL PRESSURE!
*DROWSY, ABNORMAL BEHAVIOR, SEVERE HEADACHE, STIFF NECK, LOC CHANGES, NAUSEA OR VOMITING*
**Time:** 2152
Lethargic-responds slowly to verbal stimuli
All 4 extremities
Equal and strong
**Pupil Size Left:** 5mm
**Pupil Size Right:** 5mm

## Pupil Reaction
**Left** Sluggish
**Right** Sluggish
Speech
Clear

## Vitals:
**Temp:**   97.8F **Pulse:**   113   **Resp:**   16   **BP:**   97   **/** 64   **O2 sat:**   96   % **Weight (lbs):**   165

## Previous Neuro Checks:
DC4-716B Neurological Flow Sheet (Revised 10/5/12)
This form is not to be amended, revised, or altered without          approval of the Office of Health Services Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

Signed By: Cross, RN, Registered Nurse, Centurion, Nicole at 11/14/2024 12:38:41 AM

**119-SANTA ROSA C.I.**                                                    2/18/2025
5850 East Milton Rd.
Milton, FL 32583
Main: 8509835800 Fax: 8509835864                    Date of Service: 11/13/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 119-SANTA ROSA C.I.


Signed By: Cross, RN, Registered Nurse, Centurion, Nicole at 11/14/2024 12:34:08 AM

**119-SANTA ROSA C.I.**                                          2/18/2025
5850 East Milton Rd.
Milton, FL 32583                    Inf OP 23hr Obs Admit•Inf OP 23hr Obs Note•
Main: 8509835800 Fax: 8509835864              Date of Service: 11/13/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████████
Facility: 119-SANTA ROSA C.I.

**Orders added during this encounter:**
INF - IV; Start Date: 11/13/2024
INF - Diet (specify); Start Date: 11/13/2024
INF - Activity Level; Start Date: 11/13/2024
INF - Vital Signs; Start Date: 11/13/2024
INF - Nursing Assessment; Start Date: 11/13/2024
INF - 23 Hour Obs Admission; Start Date: 11/13/2024

FLORIDA DEPARTMENT OF CORRECTIONS    OFFICE OF HEALTH SERVICES
**23-HOUR OBSERVATION NURSES NOTE**
Click here to Complete New Observation

**Clincal Date and Time:**
11/13/2024 10:01 PM
**Admission Date:** 11/13/2024
**Admission Time:** 2201
**Reason patient has been placed in the Infirmary for observation:**    INGESTION OF UNKNOWN
SUBSTANCE
**Patient was initially assessed using Nursing Protocol DC4-**    683JJ
**Clinician:** Melvin, APRN, Medical Providers, Centurion, Sheila
MD/APRN notified of patient's placement in the Infirmary at
**Time:** 2201
**The following orders were obtained from the clinician**    Melvin, APRN, Medical Providers, Centurion,
Sheila
when the patient was placed in the Infirmary:
1.   **Diet:** Regular
2.   **Activity level:**   Up ad lib
3.   **Vital signs frequency:** q4h
4.   Continue current meds?
Yes
Additional orders received for the care of this patient:
**Current Medications(s):**
IBUPROFEN 400 MG ORAL TABS (IBUPROFEN) 1 tab po qd prn pain. Take w food (KOP) Route: ORAL
SULFAMETHOXAZOLE-TRIMETHOPRIM 800-160 MG ORAL TABS
(SULFAMETHOXAZOLE-TRIMETHOPRIM) 1 tab po BID x 14 days. (DOT); Route: ORAL
ACETAMINOPHEN 325 MG ORAL TABS (ACETAMINOPHEN) 1-2 tabs po qd prn pain. (KOP) Route:
ORAL

**Problems**

**119-SANTA ROSA C.I.**                                      2/18/2025
5850 East Milton Rd.
Milton, FL 32583                    Inf OP 23hr Obs Admit•Inf OP 23hr Obs Note•
Main: 8509835800 Fax: 8509835864              Date of Service: 11/13/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 119-SANTA ROSA C.I.
Urinary tract infection (UTI) (ICD-599.0) (ICD10-N39.0)
Torticollis (ICD-723.5) (ICD10-M43.6)
MH Problem: Limited Social/Environmental Stimulation (ICD-507) (ICD10-F99)
MH Problem: Pathological Behaviors Not Listed Elsewhere (ICD-135) (ICD10-F99)
Muscle ache (ICD-729.1) (ICD10-M79.10)
Hepatitis B Immunization (ICD-V05.9) (ICD10-Z23)
Hepatitis A Immunization (ICD-V05.9) (ICD10-Z23)
Patient's other noncompliance with medication regimen for other reason (ICD10-Z91.148)
Hypertension (ICD-401.9) (ICD10-I10)
MH Problem: Discharge Planning and Readiness Skills (ICD-308) (ICD10-F99)
MH Problem: Anger Mangement Deficits (ICD-104) (ICD10-F99)
Antisocial personality disorder (ICD-301.7) (ICD10-F60.2)
Intermittent explosive disorder (ICD-312.34) (ICD10-F63.81)
Constipation, chronic (ICD-564.09) (ICD10-K59.09)
Screening for vision (ICD-V80.2) (ICD10-Z13.89)
Wart (ICD-078.10) (ICD10-B07.9)
MH Problem: Impulsiveness (ICD-126) (ICD10-F99)

Current pain level: None
(0=no pain, 10 worst pain)
Vital signs on arrival to the Infirmary:

**Temp:** 97.8 F, **Pulse:** 83, **Resp:** 17, **BP:** 103/71, **O2 sat:** 98%, **Weight (lbs):** 164

**If diabetic, blood glucose upon arrival in the Infirmary:**   113
**Pt. Admit info entered into DC4-797B Infirmary Log - Outpatient by Admission Nurse:**   C.
BUCKHAULT LPN
DC4-732B Infirmary Outpatient 23 hour Observation Nurses Note    (Revised 12/17/19)
This form is not to be amended, revised, or altered without        approval of the Office of Health Services
Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

**Nursing Notes:** PT WAS LIFE SAFETY CHECK IN DORM, PT ESCORTED VIA STRETCHER TO MAIN
UNIT ER. PT NOTED TO HAVE NEURO DEFICITS. PUPIL 6-7 MM BILATERALLY AND SLUGGISH. PT
HYPOTENSIVE WITH INITIAL BP OF 83/52. BP NOW TRENDING UP. PT STATES "I SMOKED SOME
K2". ZERO INJURIES NOTED OR REPORTED, SCLERA RED BILATERALLY, NO SCLERAL ICTERUS
NOTED. GRIP STRENGTH WEAK BUT EQUAL, ALERT AND ORIENTED X 4, ABLE TO RESPOND
AND ANSWER APPROPRIATELY AFTER ADMNISTRATION OF 1 LITER SALINE BOLUS.PT GAIT
EVEN BUT UNSTEADY, AMBULATES WITH ASSISTANCE. ORANGE STAINS NOTED TO FINGERS.
APRN MELVIN NOTIFIED AT APPROX 2201 AND RECEIVED ORDERS TO ADMIT TO INFIRMARY 23
HR OBS, WITH VITALS AND NEURO CHECKS Q HOUR X 3 THEN Q 4 HR UNTIL DISCHARGE,
ADMINISTER 1 LITER BOLUS NORMAL SALINE. 20 GAUGE IV PLACED TO LEFT FOREARM, IV
PATENT AND LEFT IN PLACE FOR POSSIBLE CONTINUED FLUID ORDERS. PT GIVEN MAT,
PILLOW AND BLANKET DUE TO BEING FALL RISK. PT EDUCATED ON S/S OVERDOSE AND
INSTRUCTED TO FOLLOW UP WITH INFIRMARY STAFF FOR ANY NEW, UNRESOLVED OR
WORSENING SYMPTOMS. PT VERBALIZED UNDERSTANDING AND AGREED WITH PLAN OF CARE.

2 of 3

**119-SANTA ROSA C.I.**                                          2/18/2025
5850 East Milton Rd.
Milton, FL 32583                    Inf OP 23hr Obs Admit•Inf OP 23hr Obs Note•
Main: 8509835800 Fax: 8509835864              Date of Service: 11/13/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ██████████
Facility: 119-SANTA ROSA C.I.
**Temp:** 97.8 F, **Pulse:** 83, **Resp:** 17, **BP:** 103/71, **O2 sat:** 98%, **Weight (lbs):** 164

**Blood Glucose** 113

DC4-732B Infirmary Outpatient 23 hour Observation Nurses Note    (Revised 12/17/19)
This form is not to be amended, revised, or altered without        approval of the Office of Health Services
Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

Signed By: Buckhault, LPN, Licensed Practical Nurse, Centurion, Cecil at 11/14/2024
12:16:38 AM
Signed By: Melvin, APRN, Medical Providers, Centurion, Sheila at 11/14/2024 9:05:14
AM

FDC 000165

**119-SANTA ROSA C.I.**
2/18/2025

5850 East Milton Rd.
Milton, FL 32583
Main: 8509835800 Fax: 8509835864

ER Record•
Date of Service: 11/13/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 119-SANTA ROSA C.I.

**119-SANTA ROSA C.I.**
5850 East Milton Rd.
Milton, FL 32583
Main: 8509835800 Fax: 8509835864

2/18/2025

ER Record•
Date of Service: 11/13/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 119-SANTA ROSA C.I.
FLORIDA DEPARTMENT OF CORRECTIONS   OFFICE OF HEALTH SERVICES
**EMERGENCY ROOM RECORD**

**Check all that apply: Inmate**
( )Inmate   ( )Employee   ( )Visitor   ( )Post-Use-of-Force Exam   ( )Injury   ( )Physical Altercation

All inmates must be examined by medical personnel following a use of force.   This includes a visual inspection of the entire body to identify any sign of injury.   This exam shall be performed in the medical unit except under unusual circumstance.   Injuries shall be documented on the DC4-708, Diagram of Injury.   If a physician/CA is not present at the time of the exam, a physician/CA must review this form and sign it on the next working day.

**Time of occurrence: 2134**
**Time of exam: 2137**
**Description of occurrence:   Life Safety Check**

**Post Use of Chemical Agent Instructions:**
**Shower without soap? N/A**
( )N/A   ( )Yes   ( )Refused
**N/A**
()Report any difficulty breathing ()Remain in upright position ()Do Not apply lotion to skin ()Splash cool water to eyes 5-10 minutes   ( )N/A

**Temp:   97.9**F
**Pulse:    113**
**Resp:    18**
**BP:   107/ 59**
**O2 sat:    97**%

**Arrived via: Stretcher**
( )Ambulatory   ( )Stretcher   ( )Wheelchair   ( )Other
**Other: N/A**

**Condition on arrival (check all that apply): Alert, Responding to questions verbally**
( )Alert   ( )Oriented x 4 (person-place- time-situation)   ( )Responding to questions verbally   ( )Other (requires description in examination summary)   ( )C/O pain?
**If C/O pain checked, please indicate where: N/A**

**Examination summary: Patient is A&O x2 (name and DC), RR even and unlabored, clear speech but slow to answer, symmetrical features, required use of stretcher due to being unsteady, LCTA in all bases, pupils 4mm with sluggish reaction to light, FROM, STach w/o murmur, NAD, denied dizziness and blurred vision and unable to remain alert unless being spoken to.**

**Physician notified? Yes**
( )No   ( )Yes
**Name: Melvin, APRN**
**Time: 2201**

2 of 4

**119-SANTA ROSA C.I.**
5850 East Milton Rd.
Milton, FL 32583
Main: 8509835800 Fax: 8509835864

2/18/2025

ER Record•
Date of Service: 11/13/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 119-SANTA ROSA C.I.
**Treatment provided? <u>Yes</u>**
( )No   ( )Yes
**If Yes, please describe:** 1L of NS and 23hr obs admission
**Response to Treatment <u>Tolerating well.</u>**

**Disposition: <u>Infirmary</u>**
( )Population(dorm)   ( )Confinement   ( )Infirmary   ( )Hospital ER   ( )IMR   ( )Other
**if Other, please explain: <u>N/A</u>**

**Discharge Instructions and Education: <u>Patient will be admitted to 23hr obs and the orders
provided at 2201 will be completed.</u>**

THIS DOCUMENT WILL BE ELECTRONICALLY SIGNED BY THE HEALTHCARE PROVIDER AND
REVIEWING PHYSICIAN.

DC4-701C ER Record (Effective 12/12)        Incorporated by Reference in Rule 33-602.210, F.A.C.

This form is not to be amended, revised, or altered without approval of the Office of Health Services
Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

FDC 000168

**119-SANTA ROSA C.I.**                                    2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                           ER Record•
Main: 8509835800 Fax: 8509835864          Date of Service: 11/13/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ▮▮▮▮▮▮▮
Facility: 119-SANTA ROSA C.I.

**Nurse Visit**

**Copay?** No
**Reason for encounter:** EMID(Check if paper form done and scanned in)
**Patient DC Number**
T15204

Signed By: Cross, RN, Registered Nurse, Centurion, Nicole at 11/13/2024 11:59:04 PM
Signed By: Melvin, APRN, Medical Providers, Centurion, Sheila at 11/14/2024 9:05:13
AM

4 of 4

**119-SANTA ROSA C.I.**                                                    2/18/2025
5850 East Milton Rd.
Milton, FL 32583                              DC4-698A Sick Call Request
Main: 8509835800 Fax: 8509835864         Date of Service: 11/12/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ██████████
Facility: 119-SANTA ROSA C.I.
**DC4-698A Sick Call Request**


*Imported By: Alicia Rice, Administrative Assistant, Centurion 11/13/2024 10:37:26 AM*

_____

External Attachment:

  Type:     Image
 Comment:   DC4-698A,T15204,11.12.2024


Signed By: Hamrick, RN, Registered Nurse, Centurion, Sarah at
11/13/2024 10:37:31 AM

1 of 1

**FLORIDA DEPARTMENT OF CORRECTIONS**
**OFFICE OF HEALTH SERVICES**
# INMATE SICK-CALL REQUEST

Date: NOVEMBER 13, 2024    Time: 6:00 AM

Inmate Name: ROBERT S. LEE    DC#: T15204

Housing assignment: B1120    Job assignment: CM II

Do you need an interpreter for your Sick Call visit? (Sign language, Spanish, etc.) ☐ Yes ☑ No
If so, what type: _____

Did you require assistance completing this form? (Blind, Quadriplegic, etc.) ☐ Yes ☑ No
If so, why: _____

Problem:

☐    Pass/pass renewal

☐    Medication renewal

☐    Need information (explain): _____

☐    Problem with ADA/Disability equipment or supplies (explain the problem): _____

☐    Mental Health

☐    Dental

☑    Medical (explain): I AM HAVING ON-GOING NECK PAIN. DOCTOR ORDERED ME A STEROID SHOT MONTHS AGO. IT HELPED FOR MAYBE 2 WEEKS BUT PAIN STILL LINGERS. HURTS WHEN I MOVE OR WHEN I LAY DOWN ON IT.

When did problem/symptoms start? 6 MONTHS

| TO BE COMPLETED BY TRIAGE NURSE: |
|---|
| Date/Time received: 1700  11/12/24 |
| Triaged by: (Print name and licensure) Hamrick, RN    on (Date/Time) 11/12/24  1900 |
| Assigned Triage Level: ☑ Routine  ☐ Urgent  ☐ Emergent |
| Date patient assessed by nurse: _____  Signature/Stamp of Nurse Completing Sick Call: _____ |

Inmate Name ROBERT S. LEE
DC# T15204    Race/Sex B/M
Date of Birth [redacted]
Institution 119    SANTA ROSA

Distribution:   Original – File on R side of outpatient record in date order
Pink – Inmate (**special housing only – otherwise destroy**)

This form is not to be amended, revised, or altered without approval of the
Chief of Health Services Administration.

DC4-698A (Effective 05/21)    (Revised 6/21)
FDC 000171
Incorporated by Reference in Rule 33-402.101, F.A.C.

**119-SANTA ROSA C.I.**
5850 East Milton Rd.
Milton, FL 32583
Main: 8509835800 Fax: 8509835864

2/18/2025

Triage•
Date of Service: 11/12/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 119-SANTA ROSA C.I.

**Nurse Visit**

**Copay?** No
**Reason for encounter:** Triage**Patient DC Number**
T15204

**Orders added during this encounter:**

Sick Call; Start Date: 11/17/2024; Order Num: 6982812-1

**Initial Triage Information:**

11/12/2024 7:00 PM
**Chief Complaint:** Ongoing neck pain
**Triage Level:**   3

**Disclaimer: All EMR timestamps are Eastern Time Zone**

Signed By: Hamrick, RN, Registered Nurse, Centurion, Sarah at 11/12/2024 8:01:36 PM

FDC 000172

**119-SANTA ROSA C.I.**
5850 East Milton Rd.
Milton, FL 32583                          2/18/2025
Main: 8509835800 Fax: 8509835864          DC4-698A Sick Call Request
                                          Date of Service: 11/6/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ████████████
Facility: 119-SANTA ROSA C.I.
**DC4-698A Sick Call Request**


*Imported By: Ashley Adams, Administrative Assistant, Centurion 11/7/2024 12:45:41 PM*

---

External Attachment:

  Type:     Image
 Comment:   dc4-698, t15204, 11.6.24


Signed By: Hamrick, RN, Registered Nurse, Centurion, Sarah at
11/7/2024 12:46:00 PM

1 of 1

**FLORIDA DEPARTMENT OF CORRECTIONS**
**OFFICE OF HEALTH SERVICES**
# INMATE SICK-CALL REQUEST

Date: 11 - 6 - 24                      Time: 4:15 pm

Inmate Name: Robert Lee               DC#: T15204

Housing assignment: B1120 L           Job assignment:

Do you need an interpreter for your Sick Call visit? (Sign language, Spanish, etc.) ☐ Yes ☑ No
If so, what type:

Did you require assistance completing this form? (Blind, Quadriplegic, etc.)   ☐ Yes ☐ No
If so, why:

Problem:

☐   Pass/pass renewal

☐   Medication renewal

☐   Need information (explain):

☐   Problem with ADA/Disability equipment or supplies (explain the problem):

---

☐   Mental Health

☐   Dental

☑   Medical (explain): Peeing Blood AND it hurts

When did problem/symptoms start? 10 days off 4 on

---

**TO BE COMPLETED BY TRIAGE NURSE:**
Date/Time received: 1900 11/6/24
Triaged by: (Print name and licensure) Hamill, RN    on (Date/Time) 11/06/2024  1849
Assigned Triage Level:  ☐ Routine   ☒ Urgent   ☐ Emergent
Date patient assessed by nurse:                Signature/Stamp of Nurse Completing Sick Call:

---

Inmate Name R. Lee
DC# T15204              Race/Sex B/M
Date of Birth
Institution # 114   SANTA ROSA

Distribution:   Original – File on R side of outpatient record in date order
Pink – Inmate (special housing only – otherwise destroy)

This form is not to be amended, revised, or altered without approval of the
Chief of Health Services Administration.

FDC 000174
DC4-698A (Effective 05/21)        (Revised 6/21)    Incorporated by Reference in Rule 33-402.101, F.A.C.

**119-SANTA ROSA C.I.**                                                    2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                                         Sick Call•
Main: 8509835800 Fax: 8509835864                    Date of Service: 11/7/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 119-SANTA ROSA C.I.

**Nurse Visit**

**Copay?** Yes
**Reason for encounter:** Sick Call**Patient DC Number**
T15204

## Orders added during this encounter:

Urinalysis w/Reflex to Culture; Start Date: 11/07/2024; Order Num: 6946910-1

## Medications added during this encounter:

SULFAMETHOXAZOLE-TRIMETHOPRIM 800-160 MG ORAL TABS  •   1 tab po BID x 14 days. (DOT)
IBUPROFEN 400 MG ORAL TABS  •  1 tab po qd prn pain. Take w food (KOP)

## Initial Triage Information:
**Location of patient:** 119-SANTA ROSA C.I.

**Sick call order(s) being seen for:**
Sick Call;   Order Date: 11/07/2024;   Comments: "Peeing blood and it hurts"; Number: 6943774-1

**Nurse Sick Call: Date Seen** 11/07/2024
**Time Seen** 10:06 AM

**Copay?**   Yes
**Inmate referred to Provider?** N/A

**Disclaimer: All EMR timestamps are Eastern Time Zone**

FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES
**Chronological Record of Health Care**
**Reason for visit** Acute Care Provider- Sick Call

**Remarks:** 43yo AA male.

DC4-701 Chronological Record of Health Care (Revised 8/1/17)
This form is not to be amended, revised, or altered without          approval of the Office of Health Services
Administration.

**119-SANTA ROSA C.I.**                                                    2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                                           Sick Call•
Main: 8509835800 Fax: 8509835864                    Date of Service: 11/7/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ████████
Facility: 119-SANTA ROSA C.I.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

FLORIDA DEPARTMENT OF CORRECTIONS    OFFICE OF HEALTH SERVICES
**PHYSICAL EXAM**

**Temp:** 97.4,  **Pulse:** 60,  **Resp:** 16,  **O2 sat:** 99,  **BP:** 136/ 88,  **Blood Glucose:** 0
**Height:** 70 (Inches),  **Weight:** 162 lbs.,  **BMI:** 23.24,
**Nursing Comments:**
. (10/01/2024 9:57:16 AM)
**Chief Complaint:**   Pt c/o peeing blood.
**History of Present Illness:**   Pt c/o pain w/ blood in urine x 10 days. Pt demies fever or cold chills.
**Past Medical History:**   See current problem list.


**Allergies:**
* NKDA (Mild)

**Current Medications:**
IBUPROFEN 400 MG ORAL TABS (IBUPROFEN) 1 tab po qd prn pain. Take w food (KOP) Route: ORAL
SULFAMETHOXAZOLE-TRIMETHOPRIM 800-160 MG ORAL TABS
(SULFAMETHOXAZOLE-TRIMETHOPRIM) 1 tab po BID x 14 days. (DOT); Route: ORAL
ACETAMINOPHEN 325 MG ORAL TABS (ACETAMINOPHEN) 1-2 tabs po qd prn pain. (KOP) Route:
ORAL

**Current Problem List: :**
Urinary tract infection (UTI) (ICD-599.0) (ICD10-N39.0)
Torticollis (ICD-723.5) (ICD10-M43.6)
MH Problem: Limited Social/Environmental Stimulation (ICD-507) (ICD10-F99)
MH Problem: Pathological Behaviors Not Listed Elsewhere (ICD-135) (ICD10-F99)
Muscle ache (ICD-729.1) (ICD10-M79.10)
Hepatitis B Immunization (ICD-V05.9) (ICD10-Z23)
Hepatitis A Immunization (ICD-V05.9) (ICD10-Z23)
Patient's other noncompliance with medication regimen for other reason (ICD10-Z91.148)
Hypertension (ICD-401.9) (ICD10-I10)
MH Problem: Discharge Planning and Readiness Skills (ICD-308) (ICD10-F99)
MH Problem: Anger Mangement Deficits (ICD-104) (ICD10-F99)
Antisocial personality disorder (ICD-301.7) (ICD10-F60.2)
Intermittent explosive disorder (ICD-312.34) (ICD10-F63.81)
Constipation, chronic (ICD-564.09) (ICD10-K59.09)
Screening for vision (ICD-V80.2) (ICD10-Z13.89)
Wart (ICD-078.10) (ICD10-B07.9)
MH Problem: Impulsiveness (ICD-126) (ICD10-F99)


**OBJECTIVE:**

FDC 000176

**119-SANTA ROSA C.I.**                                           2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                                 Sick Call•
Main: 8509835800 Fax: 8509835864                      Date of Service: 11/7/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 119-SANTA ROSA C.I.
**PHYSICAL EXAMINATION**

*General*
The patient is well nourished, well developed, alert and oriented and in no acute distress.

*Kidney/Bladder*
**CVA tenderness:**   Yes
**Bladder distension:**   No

**Impression Diagnosis:**   UTI: bactrim DS BID x 14 days. Increase water. Motrin Prn. F-up if not better after 3 days on antibiotic.
**Current M Grade:** 3
**Active Orders (including next follow up):**
Dental Periodic Wait List [DSAX]
Periodic Screening [PE]
Hemoccult Screening (PE) [HEMOSCREEN]
Urinalysis (PE) [0159-4]
Fasting Glucose (PE) [0095-0]
ATBQ [NURATBQ]
CBC w/o Diff (Hemogram)/Plat. CT (PE) [0034-9]
Hemoccult Screening (PE) [HEMOSCREEN]
Psychiatric F/U @ 90 days [MHP90]
Preventative Wait List [D1WT]
ISP MDST [TPMDT]
Behavioral Risk Assessment [MHBRA]
Optometry F/U (Do not use for initial visit) [FU-OPT]
Case Management @ 30 days [MHC30]
Psychotherapy @ 30 days [MHT30]
30(28) day S3s F/U confinement [MHF30]
Sick Call [SC]
Urinalysis w/Reflex to Culture [B518-2]
EDUCATION:
Disease Process, Medication(s)

Physical Exam
This form is not to be amended, revised, or altered without        approval of the Office of Health Services
Administration.

3 of 4

**119-SANTA ROSA C.I.**

2/18/2025

5850 East Milton Rd.
Milton, FL 32583

Sick Call•

Main: 8509835800 Fax: 8509835864

Date of Service: 11/7/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ▮▮▮▮▮▮▮
Facility: 119-SANTA ROSA C.I.
**Disclaimer: All EMR timestamps are Eastern Time Zone**

**Vital Signs:**

**Temp:** 97.4 F, **Pulse:** 60, **Resp:** 16, **BP:** 136/88, **O2 sat:** 99%
**Weight (lbs):** 162, **Height:** 70 (inches), **BMI:** 23.24

**Disclaimer: All EMR timestamps are Eastern Time Zone**

Signed By: Parker, APRN, Medical Provider, Centurion, Dennelle at 11/7/2024 10:13:33 AM

FDC 000178

**119-SANTA ROSA C.I.**                                                    2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                                           Triage•
Main: 8509835800 Fax: 8509835864                          Date of Service: 11/6/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ██████████
Facility: 119-SANTA ROSA C.I.

**Nurse Visit**

**Copay?** No
**Reason for encounter:** Triage**Patient DC Number**
T15204

**Orders added during this encounter:**

Sick Call; Start Date: 11/07/2024; Order Num: 6943774-1

**Initial Triage Information:**

11/06/2024 6:49 PM
**Chief Complaint:** "Peeing blood and it hurts"
**Triage Level:**   2

**Disclaimer: All EMR timestamps are Eastern Time Zone**

Signed By: Hamrick, RN, Registered Nurse, Centurion, Sarah at 11/6/2024 7:53:01 PM

1 of 1

**119-SANTA ROSA C.I.**                                        2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                    Chr Rec Hthcre•
Main: 8509835800 Fax: 8509835864          Date of Service: 11/6/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 119-SANTA ROSA C.I.
FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES

## Chronological Record of Health Care

Assign MH Provider(s)**Psychiatric Provider** Ligtenberg; PMHNP; Psychiatric Clinician; Centurion, Diana
**Case Manager** Hultgren; MHP; Centurion, Amanda
**MH Nurse** Dixon; RN; Registered Nurse; Centurion, Kimberly


DC4-701 Chronological Record of Health Care (Revised 8/1/17)
This form is not to be amended, revised, or altered without          approval of the Office of Health Services
Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**


Signed By: Grabowski, Administrative Assistant, Centurion, Garett at 11/6/2024
10:39:59 AM

**119-SANTA ROSA C.I.**                                            2/18/2025
5850 East Milton Rd.
Milton, FL 32583                    Diagram of Injury/Rule of Nines
Main: 8509835800 Fax: 8509835864        Date of Service: 11/3/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████████
Facility: 119-SANTA ROSA C.I.
**Diagram of Injury/Rule of Nines**

*Imported By: Ashley Adams, Administrative Assistant, Centurion 11/5/2024 11:01:29 AM*

_____

External Attachment:

  Type:      Image
  Comment:   dc4-708, t15204, 11.3.24


Signed By: Dunlap, LPN, License Practical Nurse, Centurion,
Randy at 11/5/2024 11:03:09 AM

1 of 1

TB119-SANTA ROSA C.I.
5850 East Milton Rd.   Milton, FL 32583
8509835800  Fax: 8509835864

November  3, 2024
Page 1
Diagram of Injury

**ROBERT S LEE**
T15204
Race/Sex: Black or African American / Male
DOB: ███████
119-SANTA ROSA C.I.

## FLORIDA DEPARTMENT OF CORRECTIONS
## OFFICE OF HEALTH SERVICES
## DIAGRAM OF INJURY



Date of occurrence ____11-3-24____          Time of occurrence ____2052____
Date injury assessed by medical ____11-3-24____     Time injury assessed by medical ____2112____

☒ No injury identified

Description of injury:
____No injuries Visualized upon Assessment - Patient____
____Denies Any injury at This time____
_____
_____

Randy Dunlap, LPN
SARCI - Centurion

Staff Signature

This form is not to be amended, revised, or altered without
approval by the Director of Health Services- Administration.

Copies distribution:  White/Health Record   Canary/Inspector General   Pink/Warden or Asst. Warden
DC4-708 (Revised 10/07)

**119-SANTA ROSA C.I.**

2/18/2025

5850 East Milton Rd.
Milton, FL 32583

ER Record•

Main: 8509835800 Fax: 8509835864

Date of Service: 11/3/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 119-SANTA ROSA C.I.

**119-SANTA ROSA C.I.**                                    2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                           ER Record•
Main: 8509835800 Fax: 8509835864          Date of Service: 11/3/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 119-SANTA ROSA C.I.
FLORIDA DEPARTMENT OF CORRECTIONS    OFFICE OF HEALTH SERVICES
**EMERGENCY ROOM RECORD**

**Check all that apply: <u>Inmate, Post-Use-of-Force Exam</u>**
( )Inmate    ( )Employee    ( )Visitor    ( )Post-Use-of-Force Exam    ( )Injury    ( )Physical Altercation

All inmates must be examined by medical personnel following a use of force.    This includes a visual inspection of the entire body to identify any sign of injury.    This exam shall be performed in the medical unit except under unusual circumstance.    Injuries shall be documented on the DC4-708, Diagram of Injury.    If a physician/CA is not present at the time of the exam, a physician/CA must review this form and sign it on the next working day.

**Time of occurrence: <u>2052</u>**
**Time of exam: <u>2112</u>**
**Description of occurrence:    <u>PUOF W/CHem agents</u>**

**Post Use of Chemical Agent Instructions:**
**Shower without soap? <u>Yes</u>**
( )N/A    ( )Yes    ( )Refused
**<u>Report any difficulty breathing, Remain in upright position, Do Not apply lotion to skin, Splash cool water to eyes 5-10 minutes</u>**
( )Report any difficulty breathing ( )Remain in upright position ( )Do Not apply lotion to skin ( )Splash cool water to eyes 5-10 minutes    ( )N/A

**Temp:    <u>97.7</u>**F
**Pulse:    <u>74</u>**
**Resp:    <u>18</u>**
**BP:    <u>148</u>/<u>88</u>**
**O2 sat:    <u>100</u>**%

**Arrived via: <u>Ambulatory</u>**
( )Ambulatory    ( )Stretcher    ( )Wheelchair    ( )Other
**Other: <u>N/A</u>**

**Condition on arrival (check all that apply): <u>Alert, Oriented x 4 (person-place- time-situation), Responding to questions verbally</u>**
( )Alert    ( )Oriented x 4 (person-place- time-situation)    ( )Responding to questions verbally    ( )Other (requires description in examination summary)    ( )C/O pain?
**If C/O pain checked, please indicate where: <u>N/A</u>**

**Examination summary: <u>Patient Ambulated to medical treatment room without difficulty. Alert and oriented x3. PEARLA 3MM. Lungs sound clear. Respirations easy and regular on RA, Abdomen soft. Bowel sounds + x4 quads. No injuries noted upon assessment. Patient denies any injuries or pain at this time. Released back to Security.</u>**

**Physician notified? <u>No</u>**
( )No    ( )Yes

2 of 5

**119-SANTA ROSA C.I.**
5850 East Milton Rd.
Milton, FL 32583
Main: 8509835800 Fax: 8509835864

2/18/2025

ER Record•
Date of Service: 11/3/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ▮▮▮▮▮▮▮▮
Facility: 119-SANTA ROSA C.I.
**Name: <u>N/A</u>**
**Time: <u>N/A</u>**

**Treatment provided? <u>No</u>**
( )No    ( )Yes
**If Yes, please describe:** N/A
**Response to Treatment <u>N/A</u>**

**Disposition: <u>Confinement</u>**
( )Population(dorm)    ( )Confinement    ( )Infirmary    ( )Hospital ER    ( )IMR    ( )Other
**if Other, please explain: <u>N/A</u>**

**Discharge Instructions and Education: <u>.2103</u>**

THIS DOCUMENT WILL BE ELECTRONICALLY SIGNED BY THE HEALTHCARE PROVIDER AND
REVIEWING PHYSICIAN.

DC4-701C ER Record (Effective 12/12)        Incorporated by Reference in Rule 33-602.210, F.A.C.

This form is not to be amended, revised, or altered without approval of the Office of Health Services
Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

FDC 000185

**119-SANTA ROSA C.I.**                                          2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                                ER Record•
Main: 8509835800 Fax: 8509835864                    Date of Service: 11/3/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ▉▉▉▉▉▉▉
Facility: 119-SANTA ROSA C.I.

## Nurse Visit

**Copay?** No
**Reason for encounter:** EMID(Check if paper form done and scanned in)
**Patient DC Number**
T15204

## Orders added during this encounter:

Staff Request/Referral; Start Date: 11/03/2024; Order Num: 6913235-1
FLORIDA DEPARTMENT OF CORRECTIONS    OFFICE OF HEALTH SERVICES
**STAFF REQUEST/REFERRAL**

Directions: Sender (referring/requesting staff) completes section I and signs.    Addressee (responding staff) completes section II and signs.

## SECTION I
**Addressee's Area/Service:** Mental Health

119-SANTA ROSA C.I. Correctional Institution.

## Mental Health Referral
**Clinical Date and Time:** 11/03/2024 9:12 PM
**TO: Addressee's Name** Mental Health
**Senders Name:** Randy T Dunlap, LPN, License Practical Nurse, Centurion **Sender's Area/Service**
Medical
Inmate Housing:
CM
**Request/Referral Type:** Urgent: Respond the next business day
**Reason for Request/Referral**
**Inmate History includes following factors/events of concern:** Yes
S3
**Inmate currently displays following behaviors of concern:** Yes
S3. PUOF W/Chem agents
**Other:** N/A

DC4-529 Staff Referral/Request (Effective 12/12)
This form is not to be amended, revised, or altered without approval of the Office of Health Services
Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

4 of 5

**119-SANTA ROSA C.I.**
2/18/2025
5850 East Milton Rd.
Milton, FL 32583
ER Record•
Main: 8509835800 Fax: 8509835864
Date of Service: 11/3/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 119-SANTA ROSA C.I.

Signed By: Dunlap, LPN, License Practical Nurse, Centurion, Randy at 11/3/2024
10:53:42 PM
Signed By: BalkomHill, APRN, Medical Provider, Centurion, Michele at 11/4/2024
8:47:41 AM
Signed By: Ortiz, MHP, Centurion, Carmen at 11/4/2024 1:39:11 PM

FDC 000187

**119-SANTA ROSA C.I.**                                    2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                    Chr Rec Hthcre•
Main: 8509835800 Fax: 8509835864          Date of Service: 11/1/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 119-SANTA ROSA C.I.
FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES

**Chronological Record of Health Care**
Document on Optometry Visit

**Glasses Ordered?** Yes
**Was the appointment kept?** Yes

**Appointment date:** 10/31/2024

**Orders:**    Refer to Optometrist;    Order Date: 10/03/2023;    Comments:
**Note:** Optical Rx emailed to PRIDE.

DC4-701 Chronological Record of Health Care (Revised 8/1/17)
This form is not to be amended, revised, or altered without          approval of the Office of Health Services
Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

Signed By: Dykes, Health Services Administrator, Centurion, Brooke at 11/1/2024
8:24:01 AM

**119-SANTA ROSA C.I.**
5850 East Milton Rd.
Milton, FL 32583
Main: 8509835800 Fax: 8509835864

2/18/2025

Optometry exam - New Rx
Date of Service: 10/31/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ▮▮▮▮▮▮
Facility: 119-SANTA ROSA C.I.

## OPTICAL Rx SERVICE

**Date of service by Provider:** 10/31/2024

**Right Eye**
**Sphere:**   +0.50,
**Left Eye**
**Sphere:**   +0.50,

**ADD: L** +1.50, **R** +1.50

**P.D.: Far** 64, **Near** 60

**BIFOCAL TYPE:** ft

**Segment Height:** 14
**Segment Width:** 28

**Frames**
**Color:** black
**Eye Size:** 54
**Bridge Size:** 20
**Temple Size:** 150

Electronically signed by: Wesley Mayes, Optometrist, Centurion

Optical Prescription (7/89)

1 of 4

**119-SANTA ROSA C.I.**                                                   2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                         Optometry exam - New Rx
Main: 8509835800 Fax: 8509835864                        Date of Service: 10/31/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ████████
Facility: 119-SANTA ROSA C.I.

FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES
**VISION ASSESSMENT**

## FINDINGS

### VISUAL ACUITY
**VA SC OD: 20/**30
**Visual Acuity Left Eye (OS) Without Correction: 20/**30
**Visual Acuity Both Eyes (OU) Without Correction: 20/**30

### PERIPHERAL FIELD
**Peripheral Visual Field Right Eye (OD)** WNL
**Peripheral Visual Field Left Eye (OS)** WNL
**Peripheral Visual Field Both Eyes (OU)** WNL

### BCVA (If Indicated)
**VA SC OD: 20/**20
**BCVA (If indicated)    Left Eye (OS): 20/**20
**BCVA (If indicated)    Both Eyes (OU): 20/**20

## DIAGNOSIS

**It is recommended that the next examination take place in about:** 1 year    Order placed.

DC4-702A Vision Assessment (Revised 06/2024)
This form is not to be amended, revised, or altered without          approval of the Deputy Director of
Health Services Administration.

\*\*Disclaimer: All EMR timestamps are Eastern Time Zone\*\*

**Wears glasses?** Yes
**Past surgery?**   No

**Best Corrected Visual Acuity Right Eye: 20/**20
 **Left Eye: 20/**20
**Both Eyes: 20/**20

**Add:** +1.50
**Intraocular Pressure Right Eye:** 13
**Intraocular Pressure Left Eye:** 13
**Other Tests/Notes:** pupil: 3mm, round, reactive, no apd OU; eom: full OU
SLE: wnl OU.

2 of 4

**119-SANTA ROSA C.I.**                                           2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                        Optometry exam - New Rx
Main: 8509835800 Fax: 8509835864                  Date of Service: 10/31/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████████
Facility: 119-SANTA ROSA C.I.
**Dilated fundoscopic exam completed?** Yes
**Findings:** 1gt 0.5% trop OU at 1238

**Internal Right Eye:** 0.4, no pallor, macula flat, retina intact 360
**Internal Left Eye:** 0.5,   no pallor, macula flat, retina intact 360

**ASSESSMENT:** 1. Hyperopia/astigmatism/presbyopia OU

**PLAN:** 1. Rx specs. OU. Pt advised to contact us if vision changes.


**Right Eye**
**Sphere:**   +0.50,
**Left Eye**
**Sphere:**    +0.50,

**ADD: L** +1.50, **R** +1.50

**P.D.: Far** 64, **Near** 60

**BIFOCAL TYPE:** ft

**Segment Height:** 14
**Segment Width:** 28

**Frames**
**Color:** black
**Eye Size:** 54
**Bridge Size:** 20
**Temple Size:** 150


**Changes made during this encounter:**
Optometry F/U (Do not use for initial visit) [FU-OPT]

**PREVIOUS EYEGLASS Rx**

FDC 000191

**119-SANTA ROSA C.I.**                                    2/18/2025
5850 East Milton Rd.
Milton, FL 32583                          Optometry exam - New Rx
Main: 8509835800 Fax: 8509835864          Date of Service: 10/31/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ████████
Facility: 119-SANTA ROSA C.I.
Signed By: Mayes, Optometrist, Centurion, Wesley at 10/31/2024 1:43:32 PM
Signed By: BalkomHill, APRN, Medical Provider, Centurion, Michele at 10/31/2024 3:20:13 PM

FDC 000192

**119-SANTA ROSA C.I.**                                    2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                         Chr Rec Hthcre•
Main: 8509835800 Fax: 8509835864              Date of Service: 10/29/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 119-SANTA ROSA C.I.
FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES

### Chronological Record of Health Care

Assign MH Provider(s)**Psychiatric Provider** Ligtenberg; PMHNP; Psychiatric Clinician; Centurion, Diana
**Case Manager** Alameda; MHP; Centurion, Kayleigh
**MH Nurse** Dixon; RN; Registered Nurse; Centurion, Kimberly


DC4-701 Chronological Record of Health Care (Revised 8/1/17)
This form is not to be amended, revised, or altered without          approval of the Office of Health Services
Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**


Signed By: Grabowski, Administrative Assistant, Centurion, Garett at 10/29/2024
10:41:30 AM

**119-SANTA ROSA C.I.**                                                    2/18/2025
5850 East Milton Rd.
Milton, FL 32583                    DC4-542A Inmate Payment Agreement for Copy
Main: 8509835800 Fax: 8509835864    Date of Service: 10/10/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ██████████
Facility: 135-SANTA ROSA ANNEX
**DC4-542A Inmate Payment Agreement for Copy of Protected Health Information**


*Imported By: Ashley Adams, Administrative Assistant, Centurion 10/10/2024 11:11:33 AM*

---

External Attachment:

  Type:     Image
 Comment:    DC4-542C,t15204, 10.10.24


Signed By: Adams, Administrative Assistant, Centurion, Ashley at
10/14/2024 7:13:58 AM

1 of 1

**FLORIDA DEPARTMENT OF CORRECTION
OFFICE OF HEALTH SERVICES**

**INMATE PAYMENT AGREEMENT FOR COPY OF
PROTECTED HEALTH INFORMATION**

Date: 10/08/2024

You have requested a copy of your **Medical Records (05/17/24 & 6/6/24).** The copy will be
provided to you at a cost of $.15 per page plus any administrative fees for a total dollar amount
of **$ 2.10 (14 pages).** Your inmate bank account can be billed for these charges. In accordance
with Rule 33-401.701(3) (i), F.A.C., copies will be provided upon receipt of payment as
provided in Rule 33-601.901(2), F.A.C. Please check the box below to let us know to proceed:

Bill my inmate bank account          ☐

If after 30 days payment has not been received, this request will be closed, and you are required to
complete another request to obtain the requested copy(ies).

---

I have read and understand the 30-day time limit described above.

ROBERT S. Lee

Inmate Signature

Inmate Name Lee, Robert
DC#: T15204                          Race/Sex: B/M
Date of Birth
Institution: Santa Rosa Correctional

**DC4-542A (Revised 6/25/24)**

Original:    Medical Records
Canary:     Inmate

This form is not to be amended, revised, or altered
without approval of the Deputy Director of Health
Services Administration.

@ 10 : 53

**119-SANTA ROSA C.I.**                                    2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                    Chr Rec Hthcre•
Main: 8509835800 Fax: 8509835864          Date of Service: 10/10/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████████
Facility: 135-SANTA ROSA ANNEX
FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES

## Chronological Record of Health Care
**Note:** Invoice signed for medical record copies


DC4-701 Chronological Record of Health Care (Revised 8/1/17)
This form is not to be amended, revised, or altered without          approval of the Office of Health Services
Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**


Signed By: Adams, Administrative Assistant, Centurion, Ashley at 10/10/2024 10:53:38
AM

1 of 1