**119-SANTA ROSA C.I.**                                                    2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                          Inmate Request
Main: 8509835800 Fax: 8509835864        Date of Service: 10/7/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████████
Facility: 119-SANTA ROSA C.I.
**Inmate Request**


*Imported By: Brooke Dykes, Medical Records Supervisor, Centurion 10/7/2024 3:39:48 PM*

_____

External Attachment:

  Type:      Image
  Comment:   DC6-236, T15207, 10.7.24


Signed By: Dykes, Health Services Administrator, Centurion,
Brooke at 10/7/2024 3:40:04 PM


                                                            1 of 1

# INMATE REQUEST

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

Mail Number: _____
Team Number: _____
Institution: _____ 119

| TO: (Check One) | ☐ Warden | ☐ Classification | ☐ Medical | ☐ Dental |
|---|---|---|---|---|
| | ☐ Asst. Warden | ☐ Security | ☐ Mental Health | ☑ Other  Medical Records |

| FROM: | Inmate Name ROBERT S. LEE | DC Number T15204 | Quarters G1119 L | Job Assignment CM2 | Date 10-1-24 |
|---|---|---|---|---|---|

## REQUEST                                    Check here if this is an informal grievance ☐

I need a copy of USE OF FORCE " Diagram of
Injury and Emergency Room REPORT" MAY 17th 2024
I need order for "Sordivel 125" by DOCTOR ON
June 6 or 7 2024,

GOD Bless YOU

All requests will be handled in one of the following ways: 1) Written Information or  2) Personal Interview. All informal grievances will be responded to in writing.

Inmate (Signature): Lee                    DC#: T15204

RECEIVED

---

**DO NOT WRITE BELOW THIS LINE**                    DATE RECEIVED: _____

OCT 07 2024
SANTA ROSA MAIN
MEDICAL DEPT

## RESPONSE

Invoice will be created for you to sign. Once
Payment has been deducted send bank statement
to Medical Records. After payment has been
verified you will receive copies.

[The following pertains to informal grievances only:

Based on the above information, your grievance is _____. (Returned, Denied, or Approved). If your informal grievance is denied,

you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.

| Official (Print Name): Brooke Dykes, MR Supervisor SARCI - Centurion | Official (Signature): | Date: 10/7/24 |
|---|---|---|

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 15 days, following receipt by staff.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to.  If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective 11/18)                    FDC 000198
Incorporated by Reference in Rule 33-103.005, F.A.C.

**119-SANTA ROSA C.I.**                                           2/18/2025
5850 East Milton Rd.
Milton, FL 32583                              Medical: :Inmate Request
Main: 8509835800 Fax: 8509835864              Date of Service: 10/7/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ████████
Facility: 119-SANTA ROSA C.I.

FLORIDA DEPARTMENT OF CORRECTIONS    OFFICE OF HEALTH SERVICES
**INMATE REQUEST**

**To:** Medical
**Category:** Medical Records

Requesting copies
All requests will be handled in one of the following ways:1)    Written Information or    2) Personal
Interview. All informal grievances will be responded to in writing
**Date received:**    10/07/2024
An invoice will be created for you to sign. Once payment has been deducted, send bank statement to
Medical . After payment is verified you will receive copies.

**Date Returned to Inmate:** 10/07/2024 **Answered By:** Dykes; Medical Records Supervisor; Centurion,
Brooke

DC6-236 (Effective 12/14)
This form is not to be amended, revised, or altered without approval of the Office of Health Services
Administration.

Incorporated by Reference in Rule 33-103.005, F.A.C.

Signed By: Dykes, Health Services Administrator, Centurion, Brooke at 10/7/2024
2:57:46 PM

FDC 000199

**119-SANTA ROSA C.I.**                                          2/18/2025
5850 East Milton Rd.
Milton, FL 32583                        DC4-698A Sick Call Request
Main: 8509835800 Fax: 8509835864        Date of Service: 9/30/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████████
Facility: 119-SANTA ROSA C.I.
**DC4-698A Sick Call Request**


*Imported By: Alicia Rice, Administrative Assistant, Centurion 10/1/2024 12:25:29 PM*

_____

External Attachment:

  Type:      Image
  Comment:   DC4-698A,T15204,9.30.2024



Signed By: Williams, RN, Registered Nurse, Centurion, Michele at
10/1/2024 12:26:00 PM

1 of 1

**FLORIDA DEPARTMENT OF CORRECTIONS**
**OFFICE OF HEALTH SERVICES**
# INMATE SICK-CALL REQUEST

Date: 9-30-2024              Time: 4:40 pm

Inmate Name: ROBERT LEE        DC#: T15204

Housing assignment: G1119L       Job assignment: _____

Do you need an interpreter for your Sick Call visit? (Sign language, Spanish, etc.)  ☐Yes  ☑No
If so, what type: _____

Did you require assistance completing this form? (Blind, Quadriplegic, etc.)  ☐Yes  ☑No
If so, why: _____

Problem:

☐  Pass/pass renewal

☐  Medication renewal

☐  Need information (explain): _____

☐  Problem with ADA/Disability equipment or supplies (explain the problem): _____

☐  Mental Health

☐  Dental

☑  Medical (explain): I need something to stop the sore on my Forehead From itihing & scaping up.

When did problem/symptoms start? 1 week Ago.

TO BE COMPLETED BY TRIAGE NURSE:
Date/Time received: 9/30/24
Triaged by: (Print name and licensure) M. Williams RN  Santa Rosa    on (Date/Time) 09/30/2024@1930
Assigned Triage Level: ☐Routine  ☐Urgent  ☐Emergent
Date patient assessed by nurse: _____  Signature/Stamp of Nurse Completing Sick Call: _____

**Inmate Name** ROBERT LEE
**DC#** T15204          **Race/Sex** B M
**Date of Birth** ▓▓▓▓▓
**Institution** 119

Distribution:  Original – File on R side of outpatient record in date order
Pink – Inmate (special housing only – otherwise destroy)

This form is not to be amended, revised, or altered without approval of the Chief of Health Services Administration.

FDC 000201
DC4-698A (Effective 05/21)      (Revised 6/21)      Incorporated by Reference in Rule 33-402.101, F.A.C.

**119-SANTA ROSA C.I.**                              2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                    Sick Call•
Main: 8509835800 Fax: 8509835864      Date of Service: 10/1/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 119-SANTA ROSA C.I.

**Nurse Visit**

**Copay?** Yes
**Reason for encounter:** Sick Call**Patient DC Number**
T15204

**Medications added during this encounter:**
PREDNISONE 10 MG (21) ORAL TBPK   •   Follow pkg directions. Take w food. (KOP)
ACETAMINOPHEN 325 MG ORAL TABS   •   1-2 tabs po qd prn pain. (KOP)

**Initial Triage Information:**
**Location of patient:** 119-SANTA ROSA C.I.

**Sick call order(s) being seen for:**
Sick Call;   Order Date: 10/01/2024;   Comments: Skin issues. ; Number: 6665238-1
Sick Call;   Order Date: 10/05/2024;   Comments: skin itching and scabbing on forehead.; Number: 6680986-1

**Nurse Sick Call: Date Seen** 10/01/2024
**Time Seen** 9:58 AM

**Copay?**   Yes
**Inmate referred to Provider?** N/A

**Disclaimer: All EMR timestamps are Eastern Time Zone**

FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES
**Chronological Record of Health Care**
**Reason for visit** Acute Care Provider- Sick Call

**Remarks:** 43yo AA male.

DC4-701 Chronological Record of Health Care (Revised 8/1/17)
This form is not to be amended, revised, or altered without          approval of the Office of Health Services
Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

1 of 4

**119-SANTA ROSA C.I.**                                                      2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                                          Sick Call•
Main: 8509835800 Fax: 8509835864                         Date of Service: 10/1/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: █████████
Facility: 119-SANTA ROSA C.I.
FLORIDA DEPARTMENT OF CORRECTIONS    OFFICE OF HEALTH SERVICES

## PHYSICAL EXAM

**Temp:** 97.8,   **Pulse:** 60,   **Resp:** 17,   **O2 sat:** 98,   **BP:** 117/ 74,   **Blood Glucose:** 0
**Height:** 70 (Inches),   **Weight:** 162 lbs.,   **BMI:** 23.24,
**Nursing Comments:**
. (09/09/2024 10:18:34 AM)
**Chief Complaint:**    Pt c/o skin irritation of forehead wart.
**History of Present Illness:**    Pt forehead wart was treated w podoilox per pt request. Tx was stopped
early dueto pt c/o skin irritation.
**Past Medical History:**    See current problem list.


**Allergies:**
* NKDA (Mild)

**Current Medications:**
ACETAMINOPHEN 325 MG ORAL TABS (ACETAMINOPHEN) 1-2 tabs po qd prn pain. (KOP) Route:
ORAL
PREDNISONE 10 MG (21) ORAL TBPK (PREDNISONE) Follow pkg directions. Take w food. (KOP)
Route: ORAL

**Current Problem List: :**
MH Problem: Resistant to Treatment (ICD-142) (ICD10-F99)
Torticollis (ICD-723.5) (ICD10-M43.6)
MH Problem: Limited Social/Environmental Stimulation (ICD-507) (ICD10-F99)
MH Problem: Pathological Behaviors Not Listed Elsewhere (ICD-135) (ICD10-F99)
Muscle ache (ICD-729.1) (ICD10-M79.10)
Hepatitis B Immunization (ICD-V05.9) (ICD10-Z23)
Hepatitis A Immunization (ICD-V05.9) (ICD10-Z23)
Patient's other noncompliance with medication regimen for other reason (ICD10-Z91.148)
Hypertension (ICD-401.9) (ICD10-I10)
MH Problem: Discharge Planning and Readiness Skills (ICD-308) (ICD10-F99)
MH Problem: Anger Mangement Deficits (ICD-104) (ICD10-F99)
Antisocial personality disorder (ICD-301.7) (ICD10-F60.2)
Intermittent explosive disorder (ICD-312.34) (ICD10-F63.81)
Constipation, chronic (ICD-564.09) (ICD10-K59.09)
Screening for vision (ICD-V80.2) (ICD10-Z13.89)
Wart (ICD-078.10) (ICD10-B07.9)
MH Problem: Impulsiveness (ICD-126) (ICD10-F99)


## OBJECTIVE:

## PHYSICAL EXAMINATION

2 of 4

**119-SANTA ROSA C.I.**                                           2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                                  Sick Call•
Main: 8509835800 Fax: 8509835864                  Date of Service: 10/1/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ▮▮▮▮▮▮▮
Facility: 119-SANTA ROSA C.I.

### General
The patient is well nourished, well developed, alert and oriented and in no acute distress.

### Integumentary
   **Inspection:**   Other
- 5-10mm area of mild erythma on forhead.

**Impression Diagnosis:**   Skin irritation: Pt hiven hydrocortisone to apply TID until healed. Do not pick at area. Rx prednisone. Follow up if any s/s infection.
**Current M Grade:** 3
**Active Orders (including next follow up):**
Dental Periodic Wait List [DSAX]
Refer to Optometrist [SPOP]
Periodic Screening [PE]
Hemoccult Screening (PE) [HEMOSCREEN]
Urinalysis (PE) [0159-4]
Fasting Glucose (PE) [0095-0]
ATBQ [NURATBQ]
CBC w/o Diff (Hemogram)/Plat. CT (PE) [0034-9]
Hemoccult Screening (PE) [HEMOSCREEN]
ISP MDST [TPMDT]
Psychiatric F/U @ 90 days [MHP90]
Case Management @ 30 days [MHC30]
Psychotherapy @ 30 days [MHT30]
30(28) day S3s F/U confinement [MHF30]
Behavioral Risk Assessment [MHBRA]
Treatment Plan Wait List [DIWT]
Sick Call [SC]
Sick Call [SC]
EDUCATION:
Disease Process, Medication(s)

Physical Exam
This form is not to be amended, revised, or altered without          approval of the Office of Health Services
Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

**119-SANTA ROSA C.I.**
5850 East Milton Rd.
Milton, FL 32583
Main: 8509835800 Fax: 8509835864

2/18/2025

Sick Call•
Date of Service: 10/1/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 119-SANTA ROSA C.I.

**Vital Signs:**

**Temp:** 97.8 F, **Pulse:** 60, **Resp:** 17, **BP:** 117/74, **O2 sat:** 98%
**Weight (lbs):** 162, **Height:** 70 (inches), **BMI:** 23.24

**Disclaimer: All EMR timestamps are Eastern Time Zone**

Signed By: Parker, APRN, Medical Provider, Centurion, Dennelle at 10/1/2024 10:22:44 AM

4 of 4

**119-SANTA ROSA C.I.**
5850 East Milton Rd.
Milton, FL 32583
Main: 8509835800 Fax: 8509835864

2/18/2025

Triage•
Date of Service: 9/30/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 119-SANTA ROSA C.I.

**Nurse Visit**

**Copay?** No
**Reason for encounter:** Triage**Patient DC Number**
T15204

**Orders added during this encounter:**

Sick Call; Start Date: 10/05/2024; Order Num: 6680986-1

**Initial Triage Information:**

09/30/2024 7:30 PM
**Chief Complaint:** skin itching and scabbing on forehead.
**Triage Level:**   3

**Disclaimer: All EMR timestamps are Eastern Time Zone**

Signed By: Williams, RN, Registered Nurse, Centurion, Michele at 9/30/2024 11:04:40 PM

1 of 1

**119-SANTA ROSA C.I.**                                    2/18/2025
5850 East Milton Rd.
Milton, FL 32583                          DC4-698A Sick Call Request
Main: 8509835800 Fax: 8509835864          Date of Service: 9/26/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████████
Facility: 119-SANTA ROSA C.I.
**DC4-698A Sick Call Request**


*Imported By: Ashley Adams, Administrative Assistant, Centurion 9/27/2024 8:32:54 AM*

---

External Attachment:

  Type:     Image
 Comment:   dc4-698, t15204, 9.26.24


Signed By: Williams, RN, Registered Nurse, Centurion, Michele at
9/27/2024 8:33:06 AM

1 of 1

**FLORIDA DEPARTMENT OF CORRECTIONS**
**OFFICE OF HEALTH SERVICES**
# INMATE SICK-CALL REQUEST

Date: September 26, 2024    Time: 6:40 AM

Inmate Name: ROBERT S. Lee    DC#: T/5204

Housing assignment: G1119 L    Job assignment: CM 2

Do you need an interpreter for your Sick Call visit? (Sign language, Spanish, etc.) ☐Yes ☑No
If so, what type:_____

Did you require assistance completing this form? (Blind, Quadriplegic, etc.) ☐Yes ☑No
If so, why:_____

Problem:

☐  Pass/pass renewal

☐  Medication renewal

☐  Need information (explain):_____

☐  Problem with ADA/Disability equipment or supplies (explain the problem):_____

☐  Mental Health

☐  Dental

☑  Medical (explain): The MEDS THAT WAS ORDERED FOR ME HAS ATE ALL MY SKIN UP AROUND THE PROBLEM ON MY FOREHEAD & IT HURTS

When did problem/symptoms start? 10 DAYS AGO
The Medication was discontinued by ARNP on 9/26/24

---

**TO BE COMPLETED BY TRIAGE NURSE:**
Date/Time received: 1700 9/26/24
Triaged by: (Print name and licensure): _____ on (Date/Time) 09/26/2024 @ 2020
Santa Rosa CI / Annex
Assigned Triage Level: ☑ Routine ☐ Urgent ☐ Emergent
Date patient assessed by nurse: _____ Signature/Stamp of Nurse Completing Sick Call: _____

---

Inmate Name ROBERT S. Lee
DC# T/5204    Race/Sex B/m
Date of Birth ███████
Institution SANTA ROSA C.I.

Distribution:   Original – File on R side of outpatient record in date order
Pink – Inmate (**special housing only – otherwise destroy**)

This form is not to be amended, revised, or altered without approval of the Chief of Health Services Administration.

DC4-698A (Effective 05/21)    (Revised 6/21)    Incorporated by Reference in Rule 33-402.101, F.A.C.

**119-SANTA ROSA C.I.**
5850 East Milton Rd.
Milton, FL 32583
Main: 8509835800 Fax: 8509835864

2/18/2025

Triage•
Date of Service: 9/26/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ▮▮▮▮▮▮▮
Facility: 119-SANTA ROSA C.I.

**Nurse Visit**

**Copay?** No
**Reason for encounter:** Triage**Patient DC Number**
T15204

**Orders added during this encounter:**

Sick Call; Start Date: 10/01/2024; Order Num: 6665238-1

**Initial Triage Information:**

09/26/2024 8:00 PM
**Chief Complaint:** Skin issues.
**Triage Level:**   3

**Disclaimer: All EMR timestamps are Eastern Time Zone**

Signed By: Williams, RN, Registered Nurse, Centurion, Michele at 9/26/2024 11:33:49 PM

1 of 1

**119-SANTA ROSA C.I.**                                        2/18/2025
5850 East Milton Rd.
Milton, FL 32583                           Chron Rec Care•Provider Follow-Up•
Main: 8509835800 Fax: 8509835864              Date of Service: 9/26/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 119-SANTA ROSA C.I.

**Medications removed during this encounter:**
PODOFILOX 0.5 % EXT SOLN (PODOFILOX) Apply q 12hrs x 3 days, then off x 4 days. Repeat q week
up to 4 weeks. (DOT); Route: EXTERNAL

FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES
**Chronological Record of Health Care**
**Reason for visit** Provider Follow-Up

**Remarks:** Pt requests stopping podifilox    Cram, RN due to irritation of wart. Med d/c.


DC4-701 Chronological Record of Health Care (Revised 8/1/17)
This form is not to be amended, revised, or altered without        approval of the Office of Health Services
Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**




Signed By: Parker, APRN, Medical Provider, Centurion, Dennelle at 9/26/2024 10:14:57
AM

**119-SANTA ROSA C.I.**                                         2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                              Sick Call•
Main: 8509835800 Fax: 8509835864         Date of Service: 9/9/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ████████
Facility: 119-SANTA ROSA C.I.

**Nurse Visit**

**Copay?** Yes
**Reason for encounter:** Sick Call**Patient DC Number**
T15204

**Medications added during this encounter:**
PODOFILOX 0.5 % EXT SOLN   •   Apply q 12hrs x 3 days, then off x 4 days. Repeat q week up to 4
weeks. (DOT)

**Initial Triage Information:**
**Location of patient:** 119-SANTA ROSA C.I.

**Sick call order(s) being seen for:**
Sick Call;   Order Date: 09/08/2024;   Comments: i have a wart or mole on my forehead that hurts. i need
something for foot fungus and feet are peeling bad.; Number: 6496437-1

**Nurse Sick Call:** **Date Seen** 09/09/2024
**Time Seen** 10:19 AM

**Copay?**   Yes
**Inmate referred to Provider?** N/A

**Disclaimer: All EMR timestamps are Eastern Time Zone**

FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES
**Chronological Record of Health Care**
**Reason for visit** Acute Care Provider- Sick Call

**Remarks:** 43yo AA male.

DC4-701 Chronological Record of Health Care (Revised 8/1/17)
This form is not to be amended, revised, or altered without        approval of the Office of Health Services
Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

FLORIDA DEPARTMENT OF CORRECTIONS   OFFICE OF HEALTH SERVICES

                                                                1 of 4

**119-SANTA ROSA C.I.**
5850 East Milton Rd.
Milton, FL 32583
Main: 8509835800 Fax: 8509835864

2/18/2025

Sick Call•
Date of Service: 9/9/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ▮▮▮▮▮▮
Facility: 119-SANTA ROSA C.I.

**PHYSICAL EXAM**

**Temp:** 98.8,  **Pulse:** 60,  **Resp:** 16,  **O2 sat:** 98,  **BP:** 112/ 64,  **Blood Glucose:** 0
**Height:** 70 (Inches),  **Weight:** 161 lbs.,  **BMI:** 23.10,
**Nursing Comments:**
. (06/12/2024 12:06:42 PM)
**Chief Complaint:**   Pt c/o wart or mole on forehead, and foot fungus.
**History of Present Illness:**   Pt c/o pain w/ wart or mole. Reports he has been picking at it. Foot fungus x 1 mo.
**Past Medical History:**   See current problem list.


**Allergies:**
* NKDA (Mild)

**Current Medications:**
PODOFILOX 0.5 % EXT SOLN (PODOFILOX) Apply q 12hrs x 3 days, then off x 4 days. Repeat q week up to 4 weeks. (DOT); Route: EXTERNAL

**Current Problem List: :**
MH Problem: Resistant to Treatment (ICD-142) (ICD10-F99)
Torticollis (ICD-723.5) (ICD10-M43.6)
MH Problem: Limited Social/Environmental Stimulation (ICD-507) (ICD10-F99)
MH Problem: Pathological Behaviors Not Listed Elsewhere (ICD-135) (ICD10-F99)
Muscle ache (ICD-729.1) (ICD10-M79.10)
Hepatitis B Immunization (ICD-V05.9) (ICD10-Z23)
Hepatitis A Immunization (ICD-V05.9) (ICD10-Z23)
Patient's other noncompliance with medication regimen for other reason (ICD10-Z91.148)
Hypertension (ICD-401.9) (ICD10-I10)
MH Problem: Discharge Planning and Readiness Skills (ICD-308) (ICD10-F99)
MH Problem: Anger Mangement Deficits (ICD-104) (ICD10-F99)
Antisocial personality disorder (ICD-301.7) (ICD10-F60.2)
Intermittent explosive disorder (ICD-312.34) (ICD10-F63.81)
Constipation, chronic (ICD-564.09) (ICD10-K59.09)
Screening for vision (ICD-V80.2) (ICD10-Z13.89)
Wart (ICD-078.10) (ICD10-B07.9)
MH Problem: Impulsiveness (ICD-126) (ICD10-F99)


**OBJECTIVE:**

**PHYSICAL EXAMINATION**


***General***
The patient is well nourished, well developed, alert and oriented and in no acute distress.

FDC 000212

**119-SANTA ROSA C.I.**
2/18/2025
5850 East Milton Rd.
Milton, FL 32583
Sick Call•
Main: 8509835800 Fax: 8509835864
Date of Service: 9/9/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ████████
Facility: 119-SANTA ROSA C.I.

***Integumentary***
    **Inspection:**   Other
- macerated skin between toes. 3mm wart to forehead.

**Impression Diagnosis:**   wart: Start podifilox. warned pt that treatment have cause hyper or hypopigmentation. Pt states understanding and wants to proceed.
Athletes foot: tonaftate cream and powder given from nsg supply. Use bid x 2 weeks.
**Current M Grade:** 3
**Active Orders (including next follow up):**
Dental Periodic Wait List [DSAX]
Refer to Optometrist [SPOP]
Treatment Plan Wait List [DIWT]
Periodic Screening [PE]
Hemoccult Screening (PE) [HEMOSCREEN]
Urinalysis (PE) [0159-4]
Fasting Glucose (PE) [0095-0]
ATBQ [NURATBQ]
CBC w/o Diff (Hemogram)/Plat. CT (PE) [0034-9]
Hemoccult Screening (PE) [HEMOSCREEN]
Behavioral Risk Assessment [MHBRA]
ISP MDST [TPMDT]
Psychiatric F/U @ 90 days [MHP90]
Sick Call [SC]
EDUCATION:
Disease Process, Medication(s)

Physical Exam
This form is not to be amended, revised, or altered without     approval of the Office of Health Services Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

**Vital Signs:**

**Temp:** 98.8 F**, Pulse:** 60**, Resp:** 16**, BP:** 112/64**, O2 sat:** 98%
**Weight (lbs):** 161**, Height:** 70 (inches)**, BMI:** 23.10

3 of 4

**119-SANTA ROSA C.I.**
5850 East Milton Rd.
Milton, FL 32583
Main: 8509835800 Fax: 8509835864

2/18/2025

Sick Call•
Date of Service: 9/9/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 119-SANTA ROSA C.I.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

Signed By: Parker, APRN, Medical Provider, Centurion, Dennelle at 9/9/2024 4:45:18 PM

4 of 4

**119-SANTA ROSA C.I.**    2/18/2025
5850 East Milton Rd.
Milton, FL 32583    Dental: :Inmate Request
Main: 8509835800 Fax: 8509835864    Date of Service: 9/4/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 119-SANTA ROSA C.I.

_____

External Attachment:   Type:      Image      Comment:   DC6-236,T15204,090424
FLORIDA DEPARTMENT OF CORRECTIONS    OFFICE OF HEALTH SERVICES
**INMATE REQUEST**

**To:** Dental
**Category:** Dental

INMATE WANTS HIS TEETH CLEANED
All requests will be handled in one of the following ways:1)    Written Information or    2) Personal
Interview. All informal grievances will be responded to in writing
**Date received:**    09/04/2024
INMATE IS ON THE DENTAL WAIT LIST

**Date Returned to Inmate:** 09/04/2024 **Answered By:** White; Dental Assistant; Centurion, Tonia

DC6-236 (Effective 12/14)
This form is not to be amended, revised, or altered without approval of the Office of Health Services
Administration.

Incorporated by Reference in Rule 33-103.005, F.A.C.


Signed By: White, Dental Assistant, Centurion, Tonia at 9/4/2024 7:20:01 PM

**INMATE REQUEST**

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

Mail Number: _____
Team Number: _____
Institution: _119-135_

| TO: (Check One) | ☐ Warden ☐ Asst. Warden | ☐ Classification ☐ Security | ☐ Medical ☐ Mental Health | ☑ Dental ☐ Other _____ |
|---|---|---|---|---|

| FROM: | Inmate Name R. LEE | DC Number T15204 | Quarters G2222 | Job Assignment CM | Date 8-28-24 |
|---|---|---|---|---|---|

**REQUEST**                              Check here if this is an informal grievance ☐

CAN I PLEASE HAVE MY TEETH CLEANED?

THANK YOU,

All requests will be handled in one of the following ways: 1) Written Information or  2) Personal Interview. All informal grievances will be responded to in writing.

| Inmate (Signature): LEE, ROBERT | DC#: T15204 |
|---|---|

DO NOT WRITE BELOW THIS LINE

**RESPONSE**                DATE RECEIVED: **RECEIVED**

SEP 0 3 2024

SANTA ROSA CI- MAIN
DENTAL DEPT

YOUR NAME HAS ALREADY
BEEN ADDED TO THE WAITING
LIST. THERE WILL BE A COPAY.

[The following pertains to informal grievances only:]

Based on the above information, your grievance is _____. (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

| Official (Print Name): T. White Dental Assistant Santa Rosa CI / Annex | Official (Signature): J. White | Date: 9.3.24 |
|---|---|---|

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 15 days, following receipt by staff.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to. If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective 11/18)                    FDC 000216
Incorporated by Reference in Rule 33-103.005, F.A.C.

**119-SANTA ROSA C.I.**                                                    2/18/2025
5850 East Milton Rd.
Milton, FL 32583                    DC4-663 Consent to Mental Health Evaluation
Main: 8509835800 Fax: 8509835864        Date of Service: 8/23/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ████████████
Facility: 119-SANTA ROSA C.I.
**DC4-663 Consent to Mental Health Evaluation or Treatment**


*Imported By: Garett Grabowski, Administrative Assistant, Centurion 9/4/2024 1:10:30 PM*

_____

External Attachment:

  Type:     Image
 Comment:   DC4663T15204,08232024


Signed By: Chavis, RCSWI, MHP, Centurion, Reba at 9/4/2024
1:11:00 PM

1 of 1

# FLORIDA DEPARTMENT OF CORRECTIONS
## CONSENT TO MENTAL HEALTH EVALUATION OR TREATMENT

Contacts that you have with mental health staff within the Florida Department of Corrections are usually considered confidential or privileged communication. This means that generally whatever you say, and your testing results are held in confidence and are not shared with others unless you give written permission. It is similar to the confidentiality that exists between lawyers and their clients.

However, there are limitations to doctor/patient confidentiality of which you need to be aware. Other mental health, health services staff, the Commission on Offender Review, the Department of Children and Families (DCF) Sexually Violent Predator Program, health care surveyors with the Correctional Medical Authority, other surveyors approved by the Department to review prison services, and other Department of Corrections staff with a need to know certain healthcare information in order to perform official duties, may have access to records that are kept regarding all mental health contacts. If you decide to receive counseling or other mental health treatment, mental health staff may discuss your situation and progress with other Department of Corrections staff. This is sometimes necessary in order to plan how best to help you. Various Department of Corrections employees, such as medical, classification, security, and substance abuse staff may be present during some of your mental health visits when necessary to perform their official duties. State law may require that you be reviewed by the DCF Sexually Violent Predator Program prior to release from prison in order to determine whether you should be transferred to a sex offender treatment program when your sentence expires. DCF staff will have access to any and all of your mental health records as part of their review.

Furthermore, if you tell mental health staff that you intend to harm yourself or someone else, or threaten the security of the institution, mental health staff must advise other institutional staff of such danger in order to protect your well-being and that of others. If you reveal information about another inmate or an employee of the Department that relates to possible harm, or threatens the security of the facility, mental health staff must inform institutional authorities. Use of illegal drugs and violations of institutional rules are examples of threats to institutional security. By State law, if you identify any minor child, elderly, or disabled person who has been the victim of physical or sexual abuse, mental health staff must notify the Department of Children and Families Abuse Hot Line.

Finally, if you enroll in special education or other school programs, mental health staff may share certain information with school personnel in order to help them plan how best to teach you.

Your signature below indicates that you have read this statement, or it was read to you, that you understand the limits of confidentiality within the Department of Corrections, and that you agree to receive the following mental health services. You may withdraw your consent to treatment, in writing, at any time. Your consent will be considered active for one year from the date you sign this form.

### MENTAL HEALTH EVALUATION AND TREATMENT AS NEEDED
### FOR ONE YEAR - UNLESS I WITHDRAW MY CONSENT IN WRITING

A copy of this form will be given to you after you have signed it.

_____
Inmate Signature

@ 3:40PM

_____
Date

_____
Staff Signature and Stamp

R. Chavis, MSW
Reg. Clinical Social Worker Int
SARAX Cnotitution

8/23/2024
Date

Inmate Name __Joe Robert__
DC# __T152 09__   Race/Sex __B/M__
Date of Birth _____
Institution __SARC1__

Distribution: Original under mental health authorizations/consents
Canary copy to inmate

FDC 000218

This form is not to be amended, revised, or altered without approval of the Chief of Health Services Administration.

**119-SANTA ROSA C.I.**                                          2/18/2025
5850 East Milton Rd.
Milton, FL 32583                          DC4-698A Sick Call Request
Main: 8509835800 Fax: 8509835864           Date of Service: 9/3/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ██████████
Facility: 119-SANTA ROSA C.I.
**DC4-698A Sick Call Request**


*Imported By: Alicia Rice, Administrative Assistant, Centurion 9/4/2024 10:41:23 AM*

---

External Attachment:

  Type:     Image
 Comment:   DC4-698A,T15204,9.3.2024


Signed By: Lloyd, RN, Registered Nurse, Centurion, Tammy at
9/4/2024 10:41:41 AM

1 of 1

**FLORIDA DEPARTMENT OF CORRECTIONS**
**OFFICE OF HEALTH SERVICES**
# INMATE SICK-CALL REQUEST

Date: 9-3-2024          Time: 3:15 PM

Inmate Name: ROBERT S. Lee          DC#: T15204

Housing assignment: G2222 L          Job assignment:

Do you need an interpreter for your Sick Call visit? (Sign language, Spanish, etc.)  ☐ Yes  ☑ No
If so, what type:

Did you require assistance completing this form? (Blind, Quadriplegic, etc.)  ☐ Yes  ☑ No
If so, why:

Problem:

☐   Pass/pass renewal

☐   Medication renewal

☐   Need information (explain):

☐   Problem with ADA/Disability equipment or supplies (explain the problem):

☐   Mental Health

☐   Dental

☑   Medical (explain): 1) I HAVE A WART OR MOLE ON MY FOREHEAD THAT HURTS ALOT 2) I NEED SOMETHING FOR FOOT-FUNGUS & FEET ARE PILLING BAD.

When did problem/symptoms start? 45 DAYS AGO I THINK

---

**TO BE COMPLETED BY TRIAGE NURSE:**          Tammy F. Lloyd, RN
Date/Time received: 9/3/24 1700          SARCI - Centurion
Triaged by: (Print name and licensure)          on (Date/Time) 09/03/24 1852
Assigned Triage Level: ☑ Routine   ☐ Urgent   ☐ Emergent
Date patient assessed by nurse:          Signature/Stamp of Nurse Completing Sick Call:

---

Inmate Name: ROBERT S. LEE
DC#: T15204          Race/Sex: B/M
Date of Birth
Institution: S.R.C.I MAIN U.

Distribution:   Original – File on R side of outpatient record in date order
Pink – Inmate (**special housing only – otherwise destroy**)

This form is not to be amended, revised, or altered without approval of the Chief of Health Services Administration.

FDC 000220

DC4-698A (Effective 05/21)      (Revised 6/21)      Incorporated by Reference in Rule 33-402.101, F.A.C.

**119-SANTA ROSA C.I.**
2/18/2025
5850 East Milton Rd.
Milton, FL 32583
Triage•
Main: 8509835800 Fax: 8509835864
Date of Service: 9/3/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ▨▨▨▨▨▨▨
Facility: 119-SANTA ROSA C.I.

**Nurse Visit**

**Copay?** No
**Reason for encounter:** Triage**Patient DC Number**
T15204

**Orders added during this encounter:**

Sick Call; Start Date: 09/08/2024; Order Num: 6496437-1

**Initial Triage Information:**

09/03/2024 6:52 PM
**Chief Complaint:** i have a wart or mole on my forehead that hurts. i need something for foot fungus and feet are peeling bad.
**Triage Level:** 3

**Disclaimer: All EMR timestamps are Eastern Time Zone**

Signed By: Lloyd, RN, Registered Nurse, Centurion, Tammy at 9/3/2024 7:54:11 PM

FDC 000221

**119-SANTA ROSA C.I.**
5850 East Milton Rd.
Milton, FL 32583
Main: 8509835800 Fax: 8509835864

2/18/2025

Chron Rec Health Care•
Date of Service: 8/29/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ████████
Facility: 119-SANTA ROSA C.I.
FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES
**Chronological Record of Health Care**
Outpatient

Assign Provider**Psychiatric Provider** Ligtenberg; PMHNP; Psychiatric Clinician; Centurion, Diana
**Case Manager** Stringer; LCSW; MHP; Centurion, Jeani
**MH Nurse** Dixon; RN; Registered Nurse; Centurion, Kimberly

DC4-701 Chronological Record of Health Care (Revised 8/1/17)
This form is not to be amended, revised, or altered without          approval of the Office of Health Services
Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

Signed By: Sorrell, Administrative Assistant, Centurion, Erica at 8/29/2024 2:26:37 PM

**119-SANTA ROSA C.I.**                                         2/18/2025
5850 East Milton Rd.
Milton, FL 32583                    Diagram of Injury/Rule of Nines
Main: 8509835800 Fax: 8509835864      Date of Service: 8/21/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ██████████
Facility: 135-SANTA ROSA ANNEX
**Diagram of Injury/Rule of Nines**


*Imported By: Lenzie Dunn, Administrative Assistant, Centurion 8/26/2024 4:55:47 PM*

_____

External Attachment:

  Type:    Image
 Comment:   DC4-708, T15204, 08212024


Signed By: Gary, LPN, Licensed Practical Nurse, Centurion,
Tiffany at 8/26/2024 4:56:01 PM

1 of 1

TB119-SANTA ROSA C.I.
5850 East Milton Rd.   Milton, FL 32583
8509835800  Fax: 8509835864

August 26, 2024
Page 1
Diagram of Injury

**ROBERT S LEE**
T15204
Race/Sex: Black or African American / Male
DOB:
119-SANTA ROSA C.I.

## FLORIDA DEPARTMENT OF CORRECTIONS
## OFFICE OF HEALTH SERVICES
## DIAGRAM OF INJURY



Date of occurrence  8/21/24          Time of occurrence  1415
Date injury assessed by medical  8/21/24     Time injury assessed by medical  1430

☒ No injury identified

Description of injury:

No injuries visualized or [x] verbalized at this time.

Tiffany Gary, LPN
SARCI - Centurion

Staff Signature

This form is not to be amended, revised, or altered without
approval by the Director of Health Services- Administration.

Copies distribution:  White/Health Record   Canary/Inspector General   Pink/Warden or Asst. Warden
DC4-708 (Revised 10/07)

RECEIVED

AUG 2 6 2024

SANTA ROSA MAIN
MEDICAL DEPT

FDC 000224

**119-SANTA ROSA C.I.**
5850 East Milton Rd.
Milton, FL 32583
Main: 8509835800 Fax: 8509835864

2/18/2025

Chron Rec Health Care•
Date of Service: 8/23/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 119-SANTA ROSA C.I.

Assign MH Provider(s)**Psychiatric Provider** Ligtenberg; PMHNP; Psychiatric Clinician; Centurion, Diana
**Case Manager** Chavis; RCSWI; MHP; Centurion, Reba
**MH Nurse** Dixon; RN; Registered Nurse; Centurion, Kimberly


DC4-701 Chronological Record of Health Care (Revised 8/1/17)
This form is not to be amended, revised, or altered without        approval of the Office of Health Services Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**


Signed By: Grabowski, Administrative Assistant, Centurion, Garett at 8/23/2024 12:53:17 PM

1 of 1

**119-SANTA ROSA C.I.**
5850 East Milton Rd.
Milton, FL 32583
Main: 8509835800 Fax: 8509835864

2/18/2025

ER Record•
Date of Service: 8/21/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 119-SANTA ROSA C.I.

1 of 4

**119-SANTA ROSA C.I.**                                    2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                        ER Record•
Main: 8509835800 Fax: 8509835864            Date of Service: 8/21/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ████████
Facility: 119-SANTA ROSA C.I.
FLORIDA DEPARTMENT OF CORRECTIONS    OFFICE OF HEALTH SERVICES
**EMERGENCY ROOM RECORD**

**Check all that apply: <u>Inmate, Physical Altercation</u>**
( )Inmate    ( )Employee    ( )Visitor    ( )Post-Use-of-Force Exam    ( )Injury    ( )Physical Altercation

All inmates must be examined by medical personnel following a use of force.    This includes a visual
inspection of the entire body to identify any sign of injury.    This exam shall be performed in the medical
unit except under unusual circumstance.    Injuries shall be documented on the DC4-708, Diagram of
Injury.    If a physician/CA is not present at the time of the exam, a physician/CA must review this form and
sign it on the next working day.

**Time of occurrence: <u>1415</u>**
**Time of exam: <u>1430</u>**
**Description of occurrence:    <u>post physical altercation exam.</u>**

**Post Use of Chemical Agent Instructions:**
**Shower without soap? <u>N/A</u>**
( )N/A    ( )Yes    ( )Refused
**<u>N/A</u>**
()Report any difficulty breathing ()Remain in upright position ()Do Not apply lotion to skin ()Splash cool
water to eyes 5-10 minutes    ( )N/A

**Temp:    <u>0</u>**F
**Pulse:      <u>0</u>**
**Resp:      <u>0</u>**
**BP:    <u>0</u>/ <u>0</u>**
**O2 sat:    <u>0</u>**%

**Arrived via: <u>Ambulatory</u>**
( )Ambulatory    ( )Stretcher    ( )Wheelchair    ( )Other
**Other: <u>N/A</u>**

**Condition on arrival (check all that apply): <u>Alert, Oriented x 4 (person-place- time-situation)</u>**
( )Alert    ( )Oriented x 4 (person-place- time-situation)    ( )Responding to questions verbally    ( )Other
(requires description in examination summary)    ( )C/O pain?
**If C/O pain checked, please indicate where: <u>N/A</u>**

**Examination summary: <u>Pt A&O x4. RR even and unlabored. No abnormal gait. No injuries noted or
verbalized at this time. NAD noted at this time.</u>**

**Physician notified? <u>No</u>**
( )No    ( )Yes
**Name: <u>N/A</u>**
**Time: <u>N/A</u>**

**Treatment provided? <u>No</u>**
( )No    ( )Yes

2 of 4

**119-SANTA ROSA C.I.**
5850 East Milton Rd.
Milton, FL 32583
Main: 8509835800 Fax: 8509835864

2/18/2025

ER Record•
Date of Service: 8/21/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: █████████
Facility: 119-SANTA ROSA C.I.
**If Yes, please describe:** N/A
**Response to Treatment N/A**

**Disposition: Population(dorm)**
( )Population(dorm)    ( )Confinement    ( )Infirmary    ( )Hospital ER    ( )IMR    ( )Other
**if Other, please explain: N/A**

**Discharge Instructions and Education: Follow up with CSC prn if condition arise or worsen. Pt verbalized understanding.    Pt released to security to return to cell.**

THIS DOCUMENT WILL BE ELECTRONICALLY SIGNED BY THE HEALTHCARE PROVIDER AND REVIEWING PHYSICIAN.

DC4-701C ER Record (Effective 12/12)        Incorporated by Reference in Rule 33-602.210, F.A.C.

This form is not to be amended, revised, or altered without approval of the Office of Health Services Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

FDC 000228

**119-SANTA ROSA C.I.**                                      2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                          ER Record•
Main: 8509835800 Fax: 8509835864          Date of Service: 8/21/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ▉▉▉▉▉▉
Facility: 119-SANTA ROSA C.I.


**Nurse Visit**

**Copay?** No
**Reason for encounter:** EMID(Check if paper form done and scanned in)
**Patient DC Number**
T15204



Signed By: Gary, LPN, Licensed Practical Nurse, Centurion, Tiffany at 8/21/2024
4:27:34 PM
Signed By: Coulter (Allen), APRN, Medical Providers, Centurion, Brandee at 8/23/2024
8:20:12 AM

FDC 000229

**119-SANTA ROSA C.I.**
5850 East Milton Rd.
Milton, FL 32583
Main: 8509835800 Fax: 8509835864

2/18/2025

Chron Rec Health Care•
Date of Service: 8/15/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ▮▮▮▮▮▮▮
Facility: 119-SANTA ROSA C.I.

Assign MH Provider(s)**Psychiatric Provider** Ligtenberg; PMHNP; Psychiatric Clinician; Centurion, Diana
**Case Manager** Gross; MHP; Centurion, Conchetta
**MH Nurse** Dixon; RN; Registered Nurse; Centurion, Kimberly

DC4-701 Chronological Record of Health Care (Revised 8/1/17)
This form is not to be amended, revised, or altered without        approval of the Office of Health Services
Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

Signed By: Grabowski, Administrative Assistant, Centurion, Garett at 8/15/2024
11:29:31 AM

1 of 1

**119-SANTA ROSA C.I.**                                          2/18/2025
5850 East Milton Rd.
Milton, FL 32583                              CERVICAL SPINE 2 OR 3 VIEWS
Main: 8509835800 Fax: 8509835864                Date of Service: 6/19/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ████████
Facility: 119-SANTA ROSA C.I.
Patient: ROBERT S LEE
ID: MobileX T15204
Note: All result statuses are Final unless otherwise noted.
Tests: (1) CERVICAL SPINE 2 OR 3 VIEWS (72040-51)
  CERVICAL SPINE 2 OR 3 VIEWS FINDINGS: No acute fracture,
dislocation or destructive bony process. No soft tissue abnormality.
Consider MRI as clinically warranted CONCLUSION: No acute osseous
abnormality. ELECTRONICALLY SIGNED BY YASSER MIR, M.D. 6/19/2024
8:06:43 PM EDT.
  Results: No acute fracture, dislocation or destructive bony
process. No soft tissue
  abnormality. Consider MRI as clinically warranted
  Conclusion: No acute osseous abnormality.
  Electronically signed by YASSER MIR, M.D. 6/19/2024 8:06:43 PM EDT.
Note: An exclamation mark (!) indicates a result that was not
dispersed into the flowsheet.
Document Creation Date: 06/19/2024 8:16 PM
_____
___
(1) Order result status: Final
Collection or observation date-time: 06/19/2024 10:25:00
Requested date-time:
Receipt date-time:
Reported date-time: 06/19/2024 20:06:43
Referring Physician:
Ordering Physician: TROY WILCOXSON (twilcoxson)
Specimen Source:
Source: MobileX
Filler Order Number: 42987208
Lab site:
-----------------
The following tests had no related values for dispersal to the
flowsheet:
  CERVICAL SPINE 2 OR 3 VIEWS, [No Value Reported], (F)


Signed By: Wilcoxson, APRN, Medical Provider, Centurion, Troy at 6/20/2024 6:41:58 AM

FDC 000231

**119-SANTA ROSA C.I.**                                          2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                  Chr Rec Hlth Care: X-Ray•
Main: 8509835800 Fax: 8509835864                  Date of Service: 6/19/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████████
Facility: 119-SANTA ROSA C.I.
FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES
**Chronological Record of Health Care**


Other
**Copay?** No
**Reason for visit:**   X-Ray
**Select Note Style:** Incidental
**Incidental Note** X-Ray of cervical spine completed at this time.


**DC4-701 Chronological Record of Health Care (Revised 8/1/17)**
**This form is not to be amended, revised, or altered without   approval of the Office of Health Services Administration.**
**Disclaimer: All EMR timestamps are Eastern Time Zone**


Signed By: Hamrick, RN, Registered Nurse, Centurion, Sarah at 6/19/2024 2:11:14 PM

**119-SANTA ROSA C.I.**                                              2/18/2025
5850 East Milton Rd.
Milton, FL 32583                          DC4-698A Sick Call Request
Main: 8509835800 Fax: 8509835864          Date of Service: 6/11/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ██████████
Facility: 119-SANTA ROSA C.I.
**DC4-698A Sick Call Request**


*Imported By: Alicia Rice, Administrative Assistant, Centurion 6/12/2024 12:49:21 PM*

---

External Attachment:

  Type:     Image
 Comment:   DC4-698A,T15204,6.11.2024


Signed By: Lloyd, RN, Registered Nurse, Centurion, Tammy at
6/12/2024 12:49:44 PM

1 of 1

**FLORIDA DEPARTMENT OF CORRECTIONS**
**OFFICE OF HEALTH SERVICES**
# INMATE SICK-CALL REQUEST

Date: JUNe - 12, 2024          Time: 7:00 AM

Inmate Name: ROBERT S. Lee          DC#: T15204

Housing assignment: E-2.102  UP          Job assignment: _____

Do you need an interpreter for your Sick Call visit? (Sign language, Spanish, etc.) ☐Yes ☑No
If so, what type: _____

Did you require assistance completing this form? (Blind, Quadriplegic, etc.) ☐Yes ☑No
If so, why: _____

Problem:

☐   Pass/pass renewal

☐   Medication renewal

☐   Need information (explain): _____

☐   Problem with ADA/Disability equipment or supplies (explain the problem): _____
_____

☐   Mental Health

☐   Dental

☑   Medical (explain): MY NECK HURTS SO BAD - I'VE BEEN
TAKING MED'S K.O.P. 6 times a day. I got the shot
, it help for 3 days but Now - NeCK hurts worst
DIZZY, WEAK & EXTREMELY PAINFUL

When did problem/symptoms start? 5-17-2024

Tammy F. Lloyd, RN
SARCI - Centurion

| TO BE COMPLETED BY TRIAGE NURSE: |
| Date/Time received: 6/11/24  1900 |
| Triaged by: (Print name and licensure) _____ on (Date/Time) 06/11/24   2139 |
| Assigned Triage Level: ☐ Routine  ☑ Urgent  ☐ Emergent |
| Date patient assessed by nurse: _____ Signature/Stamp of Nurse Completing Sick Call: _____ |

Inmate Name ROBERT S. Lee          Distribution:   Original – File on R side of outpatient record in date order
DC# T15204          Race/Sex B/M          Pink – Inmate **(special housing only – otherwise destroy)**
Date of Birth _____
Institution SANTA ROSA MAIN UNIT          This form is not to be amended, revised, or altered without approval of the
Chief of Health Services Administration.

FDC 000234
DC4-698A (Effective 05/21)          (Revised 6/21)          Incorporated by Reference in Rule 33-402.101, F.A.C.

**119-SANTA ROSA C.I.**                                      2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                             Sick Call•
Main: 8509835800 Fax: 8509835864              Date of Service: 6/12/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ▮▮▮▮▮▮▮▮▮
Facility: 119-SANTA ROSA C.I.

**Nurse Visit**

**Copay?** Yes
**Reason for encounter:** Sick Call**Patient DC Number**
T15204

**Orders added during this encounter:**

XRAY CERVICAL SPINE 2 OR 3 VIEWS; Start Date: 06/19/2024; Order Num: 5931179-1

**Initial Triage Information:**
**Location of patient:** 119-SANTA ROSA C.I.

**Sick call order(s) being seen for:**
Sick Call;   Order Date: 06/12/2024;   Comments: my neck hurts so bad. i been taking meds kop 6 times a day. i got the shot it helped for 3 days but now neck hurts worse. dizzy, weak and extremellyl painful.; Number: 5925802-1

**Nurse Sick Call: Date Seen** 06/12/2024
**Time Seen** 12:12 PM

**Copay?**   Yes
**Inmate referred to Provider?** N/A

**Disclaimer: All EMR timestamps are Eastern Time Zone**

FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES
**Chronological Record of Health Care**
**Reason for visit** Other
**Remarks:** SICKCALL (Subjective): Patient Initiated Healthcare: patient reports neck still hurts and wants pain meds above the prescribed limits. When queried about this patient still has current RX for these meds that is good for 2 more months. Patient recieved steroid 1 week ago.
EXAM (Objective,Assessment): Patient educated on prescribing limits. Exam is unchanged from previous. posterior neck pain. Full ROM present without pain elicited on exam. No bruising, deformity or swelling noted. Patient is being treated for torticullis but I will do a c-spine xray as well.
PLAN (Plan,Education) Education provided on primary complaints and medications. Patient verbalized understanding. xray

1 of 2

**119-SANTA ROSA C.I.**                                           2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                                  Sick Call•
Main: 8509835800 Fax: 8509835864                    Date of Service: 6/12/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 119-SANTA ROSA C.I.

DC4-701 Chronological Record of Health Care (Revised 8/1/17)
This form is not to be amended, revised, or altered without        approval of the Office of Health Services
Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

**Vital Signs:**

**Temp:** 97.9 F, **Pulse:** 66, **Resp:** 18, **BP:** 134/82, **O2 sat:** 99%
**Weight (lbs):** 158, **Height:** 70 (inches), **BMI:** 22.67

**Disclaimer: All EMR timestamps are Eastern Time Zone**

Signed By: Wilcoxson, APRN, Medical Provider, Centurion, Troy at 6/12/2024 12:12:44 PM

FDC 000236

**119-SANTA ROSA C.I.**                                              2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                        Inmate Request
Main: 8509835800 Fax: 8509835864          Date of Service: 6/11/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ████████
Facility: 119-SANTA ROSA C.I.
**Inmate Request**


*Imported By: Misti Spahr, Administrative Assistant, Centurion 6/12/2024 11:20:12 AM*

_____

External Attachment:

  Type:     Image
  Comment:   dc6-236, t15204, 06.11.24


Signed By: Harris, PCSW, MHP, Centurion, Wendy at 6/12/2024
11:20:31 AM

1 of 1

S3 E21021

**FLORIDA DEPARTMENT OF CORRECTIONS**
**OFFICE OF HEALTH SERVICES**
# INMATE SICK-CALL REQUEST

Date: June 5 - 2024                    Time: 7:00 AM

Inmate Name: ROBERT S. Lee            DC#: T15204

Housing assignment: _____    Job assignment: _____

Do you need an interpreter for your Sick Call visit? (Sign language, Spanish, etc.) ☐Yes ☑No
If so, what type: _____

Did you require assistance completing this form? (Blind, Quadriplegic, etc.) ☐Yes ☑No
If so, why: _____

Problem:

RECEIVED

☐ Pass/pass renewal

JUN 06 2024

☐ Medication renewal

SANTA ROSA C.I.
MENTAL HEALTH

☐ Need information (explain): _____

☐ Problem with ADA/Disability equipment or supplies (explain the problem): _____

☑ Mental Health

☐ Dental

☐ Medical (explain): I'm SUFFERING FROM ONGUING POST TRAMATIC STRESS DISORDER & DUE TO GUARDS ARE CONSTANTLY HURTING ME MENTAL, EMOTIONAL & PHYSICALLY. Anxiety & DEPRESSION DAILY

When did problem/symptoms start? Well 9-4-19 1st Time - Now just on 5-17-2024 It happened Again  Need meds

| TO BE COMPLETED BY TRIAGE NURSE: | |
|---|---|
| Date/Time received: 6 5 24  1700 | Request Received. Appointment scheduled. Discuss with on (Date/Time) provider at next upcoming appointment. |
| Triaged by: (Print name and licensure) _____ | |
| Assigned Triage Level: ☐ Routine  ☐ Urgent  ☐ Emergent | |
| Date patient assessed by nurse: _____ | Signature/Stamp of Nurse Completing Sick Call: W. Hands MHP, PCSW |

W. H___ 6/11/2024

Inmate Name ROBERT S. Lee

DC# T15204    Race/Sex B/M

Date of Birth █████████

Institution SANTA ROSA C.I.  M/U

Distribution:  Original – File on R side of outpatient record in date order

Pink – Inmate (**special housing only – otherwise destroy**)

This form is not to be amended, revised, or altered without approval of the Chief of Health Services Administration.

**119-SANTA ROSA C.I.**                                                    2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                              MH :Inmate Request
Main: 8509835800 Fax: 8509835864                      Date of Service: 6/11/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 119-SANTA ROSA C.I.

FLORIDA DEPARTMENT OF CORRECTIONS    OFFICE OF HEALTH SERVICES
**INMATE REQUEST**

**To:** Mental Health
**Category:** MH Outpatient

Says he's suffering from ongoing Post Traumatic Stress Disorder due to the guards constantly hurting him..
All requests will be handled in one of the following ways:1)   Written Information or   2) Personal Interview. All informal grievances will be responded to in writing
**Date received:**   06/06/2024
Request received. Appointment scheduled. Discuss with provider at next upcoming appointment.

**Date Returned to Inmate:** 06/12/2024 **Answered By:** Harris; PCSW; MHP; Centurion, Wendy

DC6-236 (Effective 12/14)
This form is not to be amended, revised, or altered without approval of the Office of Health Services Administration.

Incorporated by Reference in Rule 33-103.005, F.A.C.

Signed By: Spahr, Administrative Assistant, Centurion, Misti at 6/12/2024 11:12:11 AM
Signed By: Harris, PCSW, MHP, Centurion, Wendy at 6/12/2024 12:11:43 PM

**119-SANTA ROSA C.I.**                                          2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                                     Triage•
Main: 8509835800 Fax: 8509835864              Date of Service: 6/11/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ████████
Facility: 119-SANTA ROSA C.I.

**Nurse Visit**

**Copay?** No
**Reason for encounter:** Triage**Patient DC Number**
T15204

## Orders added during this encounter:

Sick Call; Start Date: 06/12/2024; Order Num: 5925802-1

## Initial Triage Information:

06/11/2024 9:39 PM
**Chief Complaint:** my neck hurts so bad. i been taking meds kop 6 times a day. i got the shot it helped for 3 days but now neck hurts worse. dizzy, weak and extremellyl painful.
**Triage Level:** 2

**Disclaimer: All EMR timestamps are Eastern Time Zone**

Signed By: Lloyd, RN, Registered Nurse, Centurion, Tammy at 6/11/2024 10:41:51 PM

1 of 1

**119-SANTA ROSA C.I.**                                                              2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                                                    Sick Call•
Main: 8509835800 Fax: 8509835864                          Date of Service: 6/6/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████████
Facility: 119-SANTA ROSA C.I.

**Nurse Visit**

**Copay?** Yes
**Reason for encounter:** Sick Call**Patient DC Number**
T15204

**Medications added during this encounter:**
SOLUMEDROL 125 MG INJ SOLR    •    125mg IM NOW (DOT)

**Initial Triage Information:**
**Location of patient:** 119-SANTA ROSA C.I.

**Sick call order(s) being seen for:**
Sick Call;    Order Date: 06/09/2024;    Comments: my neck is still sore.; Number: 5876739-1

**Nurse Sick Call: Date Seen** 06/06/2024
**Time Seen** 11:54 AM

**Copay?**    Yes
**Inmate referred to Provider?** N/A

**Disclaimer: All EMR timestamps are Eastern Time Zone**

FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES
**Chronological Record of Health Care**
**Reason for visit** Other
**Remarks:** SICKCALL (Subjective): Patient Initiated Healthcare: neck pain. Patient has current RX for
NSAID and muscle rub.
EXAM (Objective,Assessment): Reported posterior neck pain. Full ROM present without pain elicited on
exam. No bruising, deformity or swelling noted. Symptoms consistent with possible torticullis.
PLAN (Plan,Education) Education provided on primary complaints and medications. Patient verbalized
understanding. Solumedrol 125mg IM NOW

DC4-701 Chronological Record of Health Care (Revised 8/1/17)
This form is not to be amended, revised, or altered without          approval of the Office of Health Services
Administration.

FDC 000242

**119-SANTA ROSA C.I.**                                                                    2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                                                    Sick Call•
Main: 8509835800 Fax: 8509835864                              Date of Service: 6/6/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 119-SANTA ROSA C.I.

\*\*Disclaimer: All EMR timestamps are Eastern Time Zone\*\*


**Vital Signs:**

**Temp:** 97.9 F, **Pulse:** 56, **Resp:** 17, **BP:** 130/82, **O2 sat:** 99%
**Weight (lbs):** 159, **Height:** 71 (inches), **BMI:** 22.17


\*\*Disclaimer: All EMR timestamps are Eastern Time Zone\*\*


Signed By: Wilcoxson, APRN, Medical Provider, Centurion, Troy at 6/6/2024 11:54:55 AM

2 of 2

**119-SANTA ROSA C.I.**                                            2/18/2025
5850 East Milton Rd.
Milton, FL 32583                          DC4-698A Sick Call Request
Main: 8509835800 Fax: 8509835864          Date of Service: 6/4/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████████
Facility: 119-SANTA ROSA C.I.
**DC4-698A Sick Call Request**


*Imported By: Brooke Dykes, Medical Records Supervisor, Centurion 6/5/2024 1:05:36 PM*

_____

External Attachment:

  Type:     Image
 Comment:    DC4-698A, T15204, 6.5.24


Signed By: Lloyd, RN, Registered Nurse, Centurion, Tammy at
6/5/2024 1:06:12 PM

1 of 1

**FLORIDA DEPARTMENT OF CORRECTIONS**
**OFFICE OF HEALTH SERVICES**
# INMATE SICK-CALL REQUEST

Date: 6-3-2024                    Time: 4:00 pm

Inmate Name: ROBERT S. Lee          DC#: T15204

Housing assignment: E 2102          Job assignment: CM2

Do you need an interpreter for your Sick Call visit? (Sign language, Spanish, etc.) ☐ Yes ☑ No
If so, what type:_____

Did you require assistance completing this form? (Blind, Quadriplegic, etc.) ☐ Yes ☑ No
If so, why:_____

Problem:

☐  Pass/pass renewal

☐  Medication renewal

☐  Need information (explain):_____

☐  Problem with ADA/Disability equipment or supplies (explain the problem):_____

☐  Mental Health

☐  Dental

☑  Medical (explain): MY NECK IS STILL SORE B/C A OFFICER PUT HIS KNEE ON MY NECK with All his Weight on it while I WAS HANDCUFFED & SHACKLED

When did problem/symptoms start? 5-17-2024

---

TO BE COMPLETED BY TRIAGE NURSE:
Tommy F. Lloyd, RN
SARC1 - Centurion
Date/Time received: 6/4/24 1000
Triaged by: (Print name and licensure) _____ on (Date/Time) 06-04-24 2044
Assigned Triage Level: ☑ Routine    ☐ Urgent    ☐ Emergent
Date patient assessed by nurse:_____ Signature/Stamp of Nurse Completing Sick Call:_____

---

Inmate Name: Robert S. Lee
DC#: T15204          Race/Sex: B/M
Date of Birth: ▮▮▮▮▮▮
Institution: SANTA ROSA C.I. M/U

Distribution:    Original – File on R side of outpatient record in date order
Pink – Inmate (**special housing only – otherwise destroy**)

This form is not to be amended, revised, or altered without approval of the Chief of Health Services Administration.

DC4-698A (Effective 05/21)    (Revised 6/21)    FDC 00024 Incorporated by Reference in Rule 33-402.101, F.A.C.

**119-SANTA ROSA C.I.**                                             2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                                      Triage•
Main: 8509835800 Fax: 8509835864                       Date of Service: 6/4/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 119-SANTA ROSA C.I.

**Nurse Visit**

**Copay?** No
**Reason for encounter:** Triage**Patient DC Number**
T15204


**Orders added during this encounter:**


Sick Call; Start Date: 06/09/2024; Order Num: 5876739-1


**Initial Triage Information:**


06/04/2024 8:44 PM
**Chief Complaint:** my neck is still sore.
**Triage Level:** 3


**Disclaimer: All EMR timestamps are Eastern Time Zone**




Signed By: Lloyd, RN, Registered Nurse, Centurion, Tammy at 6/4/2024 9:44:56 PM

1 of 1

**119-SANTA ROSA C.I.**                                                  2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                                        Sick Call•
Main: 8509835800 Fax: 8509835864                   Date of Service: 5/23/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 119-SANTA ROSA C.I.

**Nurse Visit**

**Copay?** Yes
**Reason for encounter:** Sick Call**Patient DC Number**
T15204

**Medications added during this encounter:**
IBUPROFEN 600 MG ORAL TABS    •    Take one capsule by mouth daily PRN pain
MUSCLE RUB 1015 % EXT CREA    •    Apply 1g to skin daily PRN pain

**Initial Triage Information:**
**Location of patient:** 119-SANTA ROSA C.I.

**Sick call order(s) being seen for:**
Sick Call;    Order Date: 05/25/2024;    Comments: neck pain, arms and both wrist hurt. have knots and bruises on them; Number: 5777066-1

**Nurse Sick Call:** **Date Seen** 05/23/2024
**Time Seen** 10:58 AM

**Copay?**    Yes
**Inmate referred to Provider?** N/A

**Disclaimer: All EMR timestamps are Eastern Time Zone**

FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES
**Chronological Record of Health Care**
**Reason for visit** Other
**Remarks:** SICKCALL (Subjective): Patient Initiated Healthcare: pain arms, wrist, neck. UOF 5/17/24 no injuries noted at that time.
EXAM (Objective,Assessment): bilateral arms/wrist full ROM free of deformity, bruising or swelling. No pain on exam. Gait even regular with no distress. No pain elicited on back exam. No deformity, swelling or bruising noted. Posterior/left sided neck pain reported. Full ROM without swelling, bruising or deformity noted. No indication for xrays. No pain elicited on exam. Symptom reported suggest mild sternoclidomastoid muscular pain from muscle strain.
PLAN (Plan,Education) Education provided on primary complaints and medications. Patient verbalized understanding. NSAID 30/90 days, muscle rub 1/90 days

1 of 2

**119-SANTA ROSA C.I.**                                          2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                                 Sick Call•
Main: 8509835800 Fax: 8509835864                    Date of Service: 5/23/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 119-SANTA ROSA C.I.

DC4-701 Chronological Record of Health Care (Revised 8/1/17)
This form is not to be amended, revised, or altered without        approval of the Office of Health Services
Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

**Vital Signs:**

**Temp:** 97.9 F**, Pulse:** 61**, Resp:** 17**, BP:** 113/73**, O2 sat:** 98%
**Weight (lbs):** 163**, Height:** 71 (inches)**, BMI:** 22.73

**Disclaimer: All EMR timestamps are Eastern Time Zone**

Signed By: Wilcoxson, APRN, Medical Provider, Centurion, Troy at 5/23/2024 10:58:39
AM

FDC 000248

**119-SANTA ROSA C.I.**                                    2/18/2025
5850 East Milton Rd.
Milton, FL 32583                          DC4-698A Sick Call Request
Main: 8509835800 Fax: 8509835864          Date of Service: 5/20/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ██████████
Facility: 119-SANTA ROSA C.I.
**DC4-698A Sick Call Request**


*Imported By: Ashley Adams, Administrative Assistant, Centurion 5/21/2024 7:55:47 AM*

_____

External Attachment:

  Type:     Image
 Comment:   dc4-698, t15204, 5.20.24


Signed By: Lloyd, RN, Registered Nurse, Centurion, Tammy at
5/21/2024 7:56:00 AM

1 of 1

**FLORIDA DEPARTMENT OF CORRECTIONS**
**OFFICE OF HEALTH SERVICES**
# INMATE SICK-CALL REQUEST

Date: 5-10 20-2024                                  Time: 4:00 pm

Inmate Name: ROBERT S LEE                      DC#: T15204

Housing assignment: E 2102                     Job assignment: CM 2

Do you need an interpreter for your Sick Call visit? (Sign language, Spanish, etc.) ☐ Yes ☑ No
If so, what type: _____

Did you require assistance completing this form? (Blind, Quadriplegic, etc.) ☐ Yes ☑ No
If so, why: _____

Problem:

☐   Pass/pass renewal

☐   Medication renewal

☐   Need information (explain): _____

☐   Problem with ADA/Disability equipment or supplies (explain the problem): _____

☐   Mental Health

☐   Dental

☑   Medical (explain): MY NECK HURTS EXTREMELY BAD
MY ARMS & BOTH WRIST HURT & HAVE KNOTS &
BRUISES ON THEM.

When did problem/symptoms start? 5-17-2024    EXCESSIVE
FORCE WAS USED BY STAFF/GUARDS

| TO BE COMPLETED BY TRIAGE NURSE: | TLloydRN |
|---|---|
| Date/Time received: 5/20/24  1700 | |
| Triaged by: (Print name and licensure) J. Davis Rw | on (Date/Time) 05/20/24  1836 |
| Assigned Triage Level: ☑ Routine   ☐ Urgent   ☐ Emergent | |
| Date patient assessed by nurse: _____ Signature/Stamp of Nurse Completing Sick Call: _____ | |

Inmate Name ROBERT S. Lee
DC# T15204          Race/Sex B/M
Date of Birth ▮▮▮▮▮▮
Institution 119 MAIN UNIT

Distribution:   Original – File on R side of outpatient record in date order
Pink – Inmate (**special housing only – otherwise destroy**)

This form is not to be amended, revised, or altered without approval of the
Chief of Health Services Administration.

DC4-698A (Effective 05/21)        (Revised 6/21)

FDC 000250
Incorporated by Reference in Rule 33-402.101, F.A.C.

**119-SANTA ROSA C.I.**                                            2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                                    Triage•
Main: 8509835800 Fax: 8509835864                      Date of Service: 5/20/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 119-SANTA ROSA C.I.

**Nurse Visit**

**Copay?** No
**Reason for encounter:** Triage**Patient DC Number**
T15204


## Orders added during this encounter:

Sick Call; Start Date: 05/25/2024; Order Num: 5777066-1


## Initial Triage Information:

05/20/2024 6:36 PM
**Chief Complaint:** neck pain, arms and both wrist hurt. have knots and bruises on them
**Triage Level:** 3


**Disclaimer: All EMR timestamps are Eastern Time Zone**




Signed By: Lloyd, RN, Registered Nurse, Centurion, Tammy at 5/20/2024 7:38:04 PM

**119-SANTA ROSA C.I.**                                    2/18/2025
5850 East Milton Rd.
Milton, FL 32583                    Diagram of Injury/Rule of Nines
Main: 8509835800 Fax: 8509835864    Date of Service: 5/17/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████████
Facility: 119-SANTA ROSA C.I.
**Diagram of Injury/Rule of Nines**


*Imported By: Brooke Dykes, Medical Records Supervisor, Centurion 5/20/2024 2:19:18 PM*

---

External Attachment:

  Type:     Image
 Comment:   DC4-708, T15204, 5.20.24


Signed By: Ates,LPN, Licensed Practical Nurse, Centurion, Terri
at 5/20/2024 2:19:37 PM

1 of 1

B119-SANTA ROSA C.I.
5850 East Milton Rd.   Milton, FL 32583
8509835800  Fax: 8509835864

*May 17, 2024*
*Page 1*
*Diagram of Injury*

**ROBERT S LEE**
T15204
Race/Sex: Black or African American / Male
DOB: ▮▮▮▮▮▮
119-SANTA ROSA C.I.

## FLORIDA DEPARTMENT OF CORRECTIONS
## OFFICE OF HEALTH SERVICES
## DIAGRAM OF INJURY



Date of occurrence ___5/17/24___    Time of occurrence ___1:29 PM___
Date injury assessed by medical ___5/17/24___  Time injury assessed by medical 1:34 PM

☑ No injury identified

Description of injury: No injuries observed or reported at this time.

_____    Terri Ates, LPN
Staff Signature                SARAX - Centurion

**This form is not to be amended, revised, or altered without
approval by the Director of Health Services- Administration.**

Copies distribution:  White/Health Record   Canary/Inspector General   Pink/Warden or Asst. Warden
DC4-708 (Revised 10/07)

**119-SANTA ROSA C.I.**
5850 East Milton Rd.
Milton, FL 32583
Main: 8509835800 Fax: 8509835864

2/18/2025

Chron Rec Health Care•
Date of Service: 5/20/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ▮▮▮▮▮▮▮
Facility: 119-SANTA ROSA C.I.
**Note:** PT RECEIVED FROM ANNEX
**Type of Record Transfer** Transfer In
**Most Recent Paper Volume Number** 28
**Previous Paper Volume Numbers** 1-27
**Psychological Volume Numbers** 1
**Dental Volume Numbers** 1
**Number of CDs** 0
**Missing Chart Actions Taken** NA

DC4-701 Chronological Record of Health Care (Revised 8/1/17)
This form is not to be amended, revised, or altered without        approval of the Office of Health Services
Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

Signed By: Adams, Administrative Assistant, Centurion, Ashley at 5/20/2024 1:36:19 PM

1 of 1

**119-SANTA ROSA C.I.**                                        2/18/2025
5850 East Milton Rd.
Milton, FL 32583                              Chron Rec Health Care•
Main: 8509835800 Fax: 8509835864              Date of Service: 5/20/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ▮▮▮▮▮▮▮
Facility: 119-SANTA ROSA C.I.

## Orders added during this encounter:
Initial Confinement Interview; Start Date: 05/22/2024
Both Orientation and Initial Interview; Start Date: 05/22/2024
ISP MDST; Start Date: 05/29/2024
Behavioral Risk Assessment; Start Date: 05/29/2024

FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES
**Chronological Record of Health Care**
Outpatient

Assign Provider**Psychiatric Provider** Ligtenberg; PMHNP; Psychiatric Clinician; Centurion, Diana
**Case Manager** Harris; PCSW; MHP; Centurion, Wendy
**MH Nurse** Dixon; RN; Registered Nurse; Centurion, Kimberly

DC4-701 Chronological Record of Health Care (Revised 8/1/17)
This form is not to be amended, revised, or altered without          approval of the Office of Health Services
Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**
Staff Referral/Request

## Orders added during this encounter:
Initial Confinement Interview; Start Date: 05/22/2024
Both Orientation and Initial Interview; Start Date: 05/22/2024
ISP MDST; Start Date: 05/29/2024
Behavioral Risk Assessment; Start Date: 05/29/2024

FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES
**STAFF REQUEST/REFERRAL**

1 of 2

**119-SANTA ROSA C.I.**                                      2/18/2025
5850 East Milton Rd.
Milton, FL 32583                              Chron Rec Health Care•
Main: 8509835800 Fax: 8509835864              Date of Service: 5/20/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ▮▮▮▮▮▮▮
Facility: 119-SANTA ROSA C.I.

## SECTION II

**Select Addressed Referral Order:** Staff Request/Referral 05/17/2024 ID: 5763543-1
Call-out/appointment for the inmate will be scheduled regarding the above referral.


**Orders added:**
Added new Test order of Behavioral Risk Assessment (MHBRA) - Signed
Added new Test order of ISP MDST (TPMDT) - Signed
Added new Test order of Both Orientation and Initial Interview (MHIPB) - Signed
Added new Test order of Initial Confinement Interview (MHBSR) - Signed
DC4-529 Staff Referral/Request (Effective 12/12)
This form is not to be amended, revised, or altered without approval of the Office of Health Services
Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**
Inmate's history includes following factors/events of concern:
Inmate currently displays following behaviors of concern:
Other:



Signed By: Spahr, Administrative Assistant, Centurion, Misti at 5/20/2024 11:02:45 AM

**119-SANTA ROSA C.I.**                                          2/18/2025
5850 East Milton Rd.
Milton, FL 32583                        Chr Rec Hlth Care: 4 hour puof cell front;
Main: 8509835800 Fax: 8509835864                Date of Service: 5/17/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ▉▉▉▉▉▉▉▉
Facility: 119-SANTA ROSA C.I.
FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES
**Chronological Record of Health Care**

EMID
**Copay?** No
**Reason for visit:**   4 hour puof cell front
**Temp:** 0 F  **Pulse:** 0  **Resp:** 0  **BP:** 0/ 0  **O2 sat:**   0%**Current Weight (lbs):**  0
**FS** 0**Select Note Style:** Incidental
**Incidental Note** Pt seen cell front for 4 hour F/U to PUOF, Reactionary Physical. Per security, pt
continues as a security risk. Pt observed ambulating in cell, gait steady, resp even and unlabored, speech
clear. No new injuries are observed to visible areas of pt's body at this time. No s/s distress noted. Pt able
to make needs known. Patient now states that security stepped on his neck during uof earlier and that he
had fallen on his head. Patient did not state this during the original puof cell front encounter or at the 2 hr
encounter either. Pt to notify staff of any immediate change in condition. F/U SC PRN.
**Clinician notified:**   No

**DC4-701 Chronological Record of Health Care (Revised 8/1/17)**
**This form is not to be amended, revised, or altered without   approval of the Office of Health
Services Administration.**
**Disclaimer: All EMR timestamps are Eastern Time Zone**

Signed By: Ates,LPN, Licensed Practical Nurse, Centurion, Terri at 5/17/2024 9:33:00
PM

1 of 1

**119-SANTA ROSA C.I.**                                    2/18/2025
5850 East Milton Rd.
Milton, FL 32583                    Chr Rec Hlth Care: 2 hour puof cellfront;
Main: 8509835800 Fax: 8509835864              Date of Service: 5/17/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ▮▮▮▮▮▮▮
Facility: 119-SANTA ROSA C.I.
FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES
**Chronological Record of Health Care**


EMID
**Copay?** No
**Reason for visit:**   2 hour puof cellfront
**Temp:**  0 F  **Pulse:**  0  **Resp:**  0  **BP:**  0/ 0  **O2 sat:**    0%**Current Weight (lbs):**   0
**FS** 0**Select Note Style:** Incidental
**Incidental Note** Pt seen cell front for 2 hour F/U to PUOF, Reactionary Physical. Per security, pt continues as a security risk. Pt observed ambulating in cell, gait stead, resp even and unlabored, speech clear. No new injuries are observed to visible areas of pt's body at this time. No s/s distress noted. Pt able to make needs known. Nursing to recheck in 2 hours. Pt to notify staff of any immediate change in condition. F/U SC PRN.


**DC4-701 Chronological Record of Health Care (Revised 8/1/17)**
**This form is not to be amended, revised, or altered without   approval of the Office of Health Services Administration.**
**Disclaimer: All EMR timestamps are Eastern Time Zone**


Signed By: Ates,LPN, Licensed Practical Nurse, Centurion, Terri at 5/17/2024 9:22:42 PM
Signed By: Harris, PCSW, MHP, Centurion, Wendy at 5/20/2024 2:26:51 PM

**119-SANTA ROSA C.I.**                                                      2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                    Staff Referral/Requests:Mental Health
Main: 8509835800 Fax: 8509835864                        Date of Service: 5/17/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ▮▮▮▮▮▮▮▮
Facility: 119-SANTA ROSA C.I.
Staff Referral/Request

## Orders added during this encounter:

Staff Request/Referral; Start Date: 05/17/2024

FLORIDA DEPARTMENT OF CORRECTIONS    OFFICE OF HEALTH SERVICES
**STAFF REQUEST/REFERRAL**

Directions: Sender (referring/requesting staff) completes section I and signs.    Addressee (responding staff) completes section II and signs.

**SECTION I**
**Addressee's Area/Service:** Mental Health

119-SANTA ROSA C.I. Correctional Institution.

**Mental Health Referral**
**Clinical Date and Time:** 05/17/2024 2:40 PM
**TO: Addressee's Name** Reba Chavis, MHP
**Senders Name:** Terri Ates,LPN, Licensed Practical Nurse, Centurion **Sender's Area/Service** Mental Health
Inmate Housing:
CM
**Request/Referral Type:** Urgent or Emergent: respond immediately
**Reason for Request/Referral**
**Inmate History includes following factors/events of concern:** N/A
**Inmate currently displays following behaviors of concern:** N/A
**Other:** Yes
cell front puo, repeatedly stating "I need to see mental health"

DC4-529 Staff Referral/Request (Effective 12/12)
This form is not to be amended, revised, or altered without approval of the Office of Health Services Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

Signed By: Ates,LPN, Licensed Practical Nurse, Centurion, Terri at 5/17/2024 3:46:01 PM

1 of 2

**119-SANTA ROSA C.I.**                                            2/18/2025
5850 East Milton Rd.
Milton, FL 32583                          Staff Referral/Requests:Mental Health
Main: 8509835800 Fax: 8509835864                    Date of Service: 5/17/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: █████████
Facility: 119-SANTA ROSA C.I.
Signed By: Chavis, RCSWI, MHP, Centurion, Reba at 5/17/2024 5:26:27 PM

FDC 000260

**119-SANTA ROSA C.I.**
5850 East Milton Rd.
Milton, FL 32583
Main: 8509835800 Fax: 8509835864

2/18/2025

ER Record• puof cellfront
Date of Service: 5/17/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: █████████
Facility: 119-SANTA ROSA C.I.

**119-SANTA ROSA C.I.**                                    2/18/2025
5850 East Milton Rd.
Milton, FL 32583                          ER Record• puof cellfront
Main: 8509835800 Fax: 8509835864          Date of Service: 5/17/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 119-SANTA ROSA C.I.
FLORIDA DEPARTMENT OF CORRECTIONS   OFFICE OF HEALTH SERVICES
**EMERGENCY ROOM RECORD**

Check all that apply: **Inmate, Post-Use-of-Force Exam**
( )Inmate    ( )Employee    ( )Visitor    ( )Post-Use-of-Force Exam    ( )Injury    ( )Physical Altercation

All inmates must be examined by medical personnel following a use of force.    This includes a visual inspection of the entire body to identify any sign of injury.    This exam shall be performed in the medical unit except under unusual circumstance.    Injuries shall be documented on the DC4-708, Diagram of Injury.    If a physician/CA is not present at the time of the exam, a physician/CA must review this form and sign it on the next working day.

Time of occurrence: **1:29 pm**
Time of exam: **1:34 pm**
Description of occurrence:    **physical uof cellfront**

**Post Use of Chemical Agent Instructions:**
**Shower without soap? N/A**
( )N/A    ( )Yes    ( )Refused
**N/A**
( )Report any difficulty breathing ( )Remain in upright position ( )Do Not apply lotion to skin ( )Splash cool water to eyes 5-10 minutes    ( )N/A

**Temp:**    **0**F
**Pulse:**    **0**
**Resp:**    **0**
**BP:**    **0/ 0**
**O2 sat:**    **0**%

**Arrived via: Ambulatory**
( )Ambulatory    ( )Stretcher    ( )Wheelchair    ( )Other
**Other: N/A**

**Condition on arrival (check all that apply): Alert, Oriented x 4 (person-place- time-situation),**
**Responding to questions verbally**
( )Alert    ( )Oriented x 4 (person-place- time-situation)    ( )Responding to questions verbally    ( )Other (requires description in examination summary)    ( )C/O pain?
**If C/O pain checked, please indicate where: N/A**

**Examination summary: Pt seen cell front due to security risk. Pt observed ambulating in cell with steady, unaltered gait. Pt did c/o pain in L wrist, but nurse observed no swelling or reddness at site and pt is able to MAEs. Patient reminded of the abilty to utilize sick call to follow up with provider if pain continues. Resp are even/unlabored, speech clear, answers questions appropriatley No injuries observed at this time. Patient began repeatedly saying "I need to see mental health". This nurse alerted Reba Chavis, MHP.    Pt released to security. Nursing to recheck in 2 hrs.**

**Physician notified? Yes**

FDC 000262

**119-SANTA ROSA C.I.**                                              2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                        ER Record• puof cellfront
Main: 8509835800 Fax: 8509835864                   Date of Service: 5/17/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 119-SANTA ROSA C.I.
( )No   ( )Yes
**Name: Dennelle Parker, APRN**
**Time: 2:16 PM**

**Treatment provided? No**
( )No   ( )Yes
**If Yes, please describe:** N/A
**Response to Treatment N/A**

**Disposition: Population(dorm)**
( )Population(dorm)   ( )Confinement   ( )Infirmary   ( )Hospital ER   ( )IMR   ( )Other
**if Other, please explain: N/A**

**Discharge Instructions and Education: Notify staff of any changes, follow up with provider via sick call prn.**

THIS DOCUMENT WILL BE ELECTRONICALLY SIGNED BY THE HEALTHCARE PROVIDER AND REVIEWING PHYSICIAN.

DC4-701C ER Record (Effective 12/12)       Incorporated by Reference in Rule 33-602.210, F.A.C.

This form is not to be amended, revised, or altered without approval of the Office of Health Services Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

FDC 000263

**119-SANTA ROSA C.I.**                                          2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                    ER Record• puof cellfront
Main: 8509835800 Fax: 8509835864          Date of Service: 5/17/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ▇▇▇▇▇▇
Facility: 119-SANTA ROSA C.I.

**Nurse Visit**

**Copay?** No
**Reason for encounter:** EMID(Check if paper form done and scanned in)
**Patient DC Number**
T15204

Signed By: Ates,LPN, Licensed Practical Nurse, Centurion, Terri at 5/17/2024 3:40:36
PM
Signed By: Parker, APRN, Medical Provider, Centurion, Dennelle at 5/20/2024 10:04:59
AM
Signed By: Ates,LPN, Licensed Practical Nurse, Centurion, Terri at 7/12/2024 6:37:19
PM

4 of 4

**119-SANTA ROSA C.I.**                                      2/18/2025
5850 East Milton Rd.
Milton, FL 32583                    DC4-711O Informed Consent for Telehealth Se
Main: 8509835800 Fax: 8509835864        Date of Service: 5/3/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████████
Facility: 135-SANTA ROSA ANNEX
**DC4-711O Informed Consent for Telehealth Services**


*Imported By: Kady Johnson, HSA, Centurion 5/9/2024 9:33:22 AM*

_____

External Attachment:

  Type:      Image
 Comment:    DC4-711O,T15204,05.03.24


Signed By: Banchs, PMHNP, Psychiatric Clinician, Centurion,
Patricia at 5/9/2024 9:33:44 AM
Signed By: Banchs, PMHNP, Psychiatric Clinician, Centurion,
Patricia at 5/17/2024 9:10:03 AM

                                                        1 of 1

# FLORIDA DEPARTMENT OF CORRECTIONS
## INFORMED CONSENT FOR TELEHEALTH SERVICES

Telehealth is the use of medical information exchanged from one location to another via synchronous two-way communications for the purpose of diagnosis, consultation, or treatment. Telehealth Technologies and devices are HIPAA-compliant electronic communications that allow information exchange between a healthcare provider at one location and a patient at another location with or without an additional provider. A telehealth provider includes, but is not limited to, a physician, nurse practitioner, or psychologist licensed in the state of Florida, and who has been trained and credentialed, to provide services via telehealth. Telehealth service will comply with the HIPAA privacy rule per the Code of Federal Regulations (CFR) Title 45, Parts 160, 162, & 164; Section 945.10, Florida Statutes; Rule 33-401.701, Florida Administrative Code; and Florida Department of Corrections Policy.

All telehealth encounters will be conducted in a similar manner to non-telehealth settings. If the telehealth provider is unable to complete a satisfactory encounter with the patient as a result of the telehealth format, or if the patient declines the telehealth format, the patient will be scheduled for an in-person encounter. Telehealth services may be supported with other technologies that include telephone conversation, digital photos, electronic mail message, or facsimile transmission between a health care provider and a service recipient.

Telehealth encounters provide access to medical care and may be more efficient for medical evaluation and management. Failures or deficiencies in equipment can cause delays in medical evaluations and treatment. Medical information could be disrupted or distorted by technical failures causing a telehealth provider to not have sufficient information for appropriate medical decision making. In such a case, the patient will be scheduled for an in-person encounter. In the event of a technological security protocol failure where a breach in privacy could occur, the patient acknowledges that the encounter will be terminated and rescheduled. Current procedures will be followed in obtaining patient consent for both medication consents and other documents.

**I understand and give my consent to utilize telehealth services. Departmental staff have given to me, and explained, education about telehealth. Departmental staff have provided an opportunity for me to ask questions about telehealth and have answered all my questions. I understand that I may discuss any other questions I might have about my treatment with the telehealth provider. I understand that I may have appropriately trained healthcare staff immediately available while receiving telehealth service, to attend to emergencies or other needs. I understand that I may withdraw my permission to participate in a telehealth consultation at any time. Although I may choose not to answer any questions that I consider to be inappropriate or am unwilling to have heard by other persons, doing so may impair the telehealth provider's ability to understand and address fully my health care issue(s).**

Patient Signature

Witness Signature    N. Posey, RN
Santa Rosa CI / Annex

Date/Time    5.3.24  1257

Date/Time    5.3.24  1257

**I decline to consent to telehealth services at this time and will wait to be seen face-to-face, in person. Departmental staff have given me, and explained, education about telehealth. Departmental staff have provided an opportunity to ask questions about telehealth and have answered all my questions. I have been educated on and understand that there may be a delay in diagnostic, consultation, or treatment services by choosing to decline a telehealth service today.**

Patient Signature                                      Date/Time

Witness Signature                                      Date/Time

Inmate Name    Lee, Robert

DC#  715204    Race/Sex  B/M

Date of Birth

Institution  135

Check if Interpreter Used ☐

Signature of Interpreter

DC4-711O (Revised 4/24/24)
This form is not to be amended, revised, or altered without approval of the Deputy Director of Health Services.

## DEPARTMENTO CORRECCIONAL DE FLORIDA
## CONSENTIMIENTO INFORMADO PARA SERVICIOS DE TELESALUD

La telesalud es el uso de información médica intercambiada de un lugar a otro a través de comunicaciones bidireccionales sincrónicas con fines de diagnóstico, consulta o tratamiento. Las tecnologías y los dispositivos de telesalud son comunicaciones electrónicas que cumplen con HIPAA y permiten el intercambio de información entre un proveedor de atención médica en un lugar y un paciente en otro lugar con o sin un proveedor de atención adicional. Un proveedor de telesalud incluye, entre otros, un médico, enfermero practicante o psicólogo con licencia en el estado de Florida, y que ha sido capacitado y acreditado para brindar servicios a través de telesalud. El servicio de telesalud cumplirá con la regla de privacidad de HIPAA según el Código de Regulaciones Federales (CFR) Título 45, Partes 160, 162 y 164; Sección 945.10 de los Estatutos de la Florida; Regla 33-401.701, Código Administrativo de la Florida; y la Política del Departamento Correccional de Florida.

Todos los encuentros de telesalud se llevarán a cabo de manera similar a los encuentros que no son de telesalud. Si el proveedor de telesalud no puede completar un encuentro satisfactorio con el paciente como resultado del formato de telesalud, o si el paciente rechaza el formato de telesalud, se programará un encuentro en persona para el paciente. Los servicios de telesalud pueden ser compatibles con otras tecnologías que incluyen conversaciones telefónicas, fotos digitales, mensajes de correo electrónico o transmisión de fax entre un proveedor de atención médica y un destinatario del servicio.

Los encuentros de telesalud brindan acceso a la atención médica y pueden ser más eficientes para la evaluación y el manejo médico. Las fallas o deficiencias en los equipos pueden causar retrasos en las evaluaciones y tratamientos médicos. La información médica podría verse interrumpida o distorsionada por fallas técnicas que hacen que un proveedor de telesalud no tenga suficiente información para tomar decisiones médicas adecuadas. En tal caso, se programará un encuentro en persona con el paciente. En caso de falla del protocolo de seguridad tecnológica donde podría ocurrir una violación de la privacidad, el paciente reconoce que el encuentro será terminado y reprogramado. Se seguirán los procedimientos actuales para obtener el consentimiento del paciente tanto para los consentimientos de medicación como para otros documentos.

**Entiendo y doy mi consentimiento para utilizar los servicios de telesalud. El personal del departamento me ha brindado y explicado educación sobre la telesalud. El personal del departamento me ha brindado la oportunidad de hacer preguntas sobre la telesalud y ha respondido a todas mis preguntas. Entiendo que puedo discutir cualquier otra pregunta que pueda tener sobre mi tratamiento con el proveedor de telesalud. Entiendo que es posible que tenga personal de atención médica debidamente capacitado disponible de inmediato mientras recibo el servicio de telesalud, para atender emergencias u otras necesidades. Entiendo que puedo retirar mi permiso para participar en una consulta de telesalud en cualquier momento. Aunque puedo optar por no responder ninguna pregunta que considere inapropiada o que no esté dispuesto a que otras personas escuchen, hacerlo puede afectar la capacidad del proveedor de telesalud para comprender y abordar completamente mi(s) problema(s) de atención médica.**

Firma del Paciente (Patient Signature)        Fecha (Date)/ Hora (Time)

Firma del Testigo (Witness Signature)        Fecha (Date)/Hora (Time)

**Me niego a dar mi consentimiento a los servicios de telesalud en este momento y esperaré a que me vean cara a cara, en persona. El personal del departamento me ha dado y explicado educación sobre la telesalud. El personal del departamento me ha brindado la oportunidad de hacer preguntas sobre la telesalud y ha respondido a todas mis preguntas. He sido educado y entiendo que puede haber un retraso en los servicios de diagnóstico, consulta o tratamiento al elegir rechazar un servicio de telesalud hoy.**

Firma del Paciente (Patient Signature)        Fecha (Date)/ Hora (Time)

Firma del Testigo (Witness Signature)        Fecha (Date)/ Hora (Time)

Inmate Name _Lee, Robert_
DC# _715204_    Race/Sex _B/M_
Date of Birth _____
Institution _135_

Check if Interpreter Used ☐

Firma del Intérprete (Signature of Interpreter)

DC4-711O (Revised 4/24/24)

This form is not to be amended, revised, or altered without approval of the Deputy Director of Health Services.

**119-SANTA ROSA C.I.**                                                    2/18/2025
5850 East Milton Rd.
Milton, FL 32583                        DC4-542C Protected Health Information Copy
Main: 8509835800 Fax: 8509835864        Date of Service: 5/7/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████████
Facility: 135-SANTA ROSA ANNEX
**DC4-542C Protected Health Information Copying Services Agreement for IM Account Withdrawl**


*Imported By: Lenzie Dunn, Administrative Assistant, Centurion 5/7/2024 5:28:23 PM*

_____

External Attachment:

   Type:      Image
  Comment:    dc4-542c, 05072024, t15204



Signed By: Dunn, Administrative Assistant, Centurion, Lenzie at
5/7/2024 5:28:31 PM

1 of 1

# FLORIDA DEPARTMENT OF CORRECTION
## OFFICE OF HEALTH SERVICES

### PROTECTED HEALTH INFORMATION COPYING SERVICES AGREEMENT FOR
### INMATE ACCOUNT WITHDRAWAL OR LIEN
### (Pursuant to Rule 33-601.901(2), F.A.C.)

Date: **5/2/2024**

You have requested a copy of your **MEDICAL RECORDS**. The copy will be provided to you at a cost of **$00.15** per page plus any special service charges pursuant to Rule 33-601.901(2), F.A.C., for a total dollar amount of **$00.75** Your inmate bank account will be billed for these charges. If you do not have sufficient funds in your inmate bank account to pay for these charges, a lien may be placed on your inmate bank account and stay in place until paid.

## TOTAL BREAKDOWN:

| | | |
|---|---|---|
| SINGLE SIDED COPIES @ **$00.15** EACH | 5 | $0.75 |
| ADMINISTRATION FEE @ **$05.00** PER **15 MIN** | 0 | $0.00 |
| **TOTAL AMOUNT DUE:** | = | $0.75 |

**REQUESTED:**
UOF PAPER WORK FROM 3/5/24 AND MOST RECENT XRAY RESULTS

## Inmate received copies of requested records  ☑

I have read and understand that my inmate bank account will be billed for these charges. I also understand that if I do not have sufficient funds in my account to cover this expense, a lien maybe placed on my inmate bank account and stay in place until paid. I acknowledge that I have received all of the requested records

*Robert S. Lee*
Inmate Signature upon reviewing invoice

*Robert S. Lee*                    5/7/24 @ 12:27pm
Inmate Signature upon receiving copies

Inmate Name _Robert Lee_
DC# _T15204_  **Race/Sex** _B/M_
Date of Birth _____
Institution _Santa Rosa Annex_

**DC4-542C (ISSUED 11/15/2018)**

Original:  Medical Records
Canary:  Inmate

This form is not to be amended, revised, or altered without approval of the Chief of Health Services Administration

**119-SANTA ROSA C.I.**                                    2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                      Inmate Request
Main: 8509835800 Fax: 8509835864        Date of Service: 5/2/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ██████████
Facility: 135-SANTA ROSA ANNEX
**Inmate Request**


*Imported By: Lenzie Dunn, Administrative Assistant, Centurion 5/2/2024 2:27:18 PM*

_____

External Attachment:

  Type:      Image
 Comment:    dc6-236, 05012024, t15204



Signed By: Dunn, Administrative Assistant, Centurion, Lenzie at
5/2/2024 2:27:31 PM

FDC 000270

1:31pm

# INMATE REQUEST

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

Records

Mail Number: _____
Team Number: _____
Institution: 119 Annex

| TO: (Check One) | ☐ Warden | ☐ Classification | ☑ Medical | ☐ Dental |
|---|---|---|---|---|
| | ☐ Asst. Warden | ☐ Security | ☐ Mental Health | ☐ Other _____ |

| FROM: | Inmate Name | DC Number | Quarters | Job Assignment | Date |
|---|---|---|---|---|---|
| | Robert S. Lee | T15204 | K1209 | _____ | 5-1-24 |

## REQUEST

Check here if this is an informal grievance ☐

CAN I PLEASE REVIEW MEDICAL RECORDS UOF
MARCH 5th 2024 —
ORDER FOR X-RAY, TOO.

All requests will be handled in one of the following ways: 1) Written Information or  2) Personal Interview.  All informal grievances will be responded to in writing.

Inmate (Signature): R. Lee          DC#: T15204

RECEIVED
Santa Rosa Annex

---

**DO NOT WRITE BELOW THIS LINE**

## RESPONSE

DATE RECEIVED:  MAY 02 2024

Medical

You will be pulled to REVIEW RECORDS.

[The following pertains to informal grievances only:]
Based on the above information, your grievance is _____. (Returned, Denied, or Approved).  If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

| Official (Print Name): C. DONN/RU | Official (Signature) _____ | Date: 5/2/24 |
|---|---|---|

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 15 days, following receipt by staff.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F.A.C, attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to.  If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective 11/18)

FDC 000271

Incorporated by Reference in Rule 33-103.005, F.A.C.

**119-SANTA ROSA C.I.**                                              2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                    Medical: :Inmate Request
Main: 8509835800 Fax: 8509835864                    Date of Service: 5/2/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ██████████
Facility: 135-SANTA ROSA ANNEX

FLORIDA DEPARTMENT OF CORRECTIONS    OFFICE OF HEALTH SERVICES
**INMATE REQUEST**

**To:** Medical
**Category:** Medical Records

CAN I PLEASE REVIEW MEDICA LRECORDS UOF MARCH 5 2024 - ORDER FOR XRAY TOO
All requests will be handled in one of the following ways:1)    Written Information or    2) Personal
Interview. All informal grievances will be responded to in writing
**Date received:**    05/01/2024
YOU WILL BE PULLED TO REVIEW RECORDS

**Date Returned to Inmate:** 05/02/2024 **Answered By:** Dunn; Administrative Assistant; Centurion, Lenzie

DC6-236 (Effective 12/14)
This form is not to be amended, revised, or altered without approval of the Office of Health Services
Administration.

Incorporated by Reference in Rule 33-103.005, F.A.C.

Signed By: Dunn, Administrative Assistant, Centurion, Lenzie at 5/2/2024 1:32:28 PM

FDC 000272

**119-SANTA ROSA C.I.**                                      2/18/2025
5850 East Milton Rd.
Milton, FL 32583                        DC4-711A Medical Refusals
Main: 8509835800 Fax: 8509835864        Date of Service: 4/23/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████████
Facility: 135-SANTA ROSA ANNEX
**DC4-711A Medical Refusals**


*Imported By: Lenzie Dunn, Administrative Assistant, Centurion 5/1/2024 4:48:07 PM*

_____

External Attachment:

  Type:     Image
 Comment:   dc4-711a, 04232024, t15204



Signed By: Wilson, RN, Registered Nurse, Centurion, Melissa at
5/1/2024 4:48:31 PM
Signed By: Knoth, APRN, Medical Provider, Centurion, Kristin at
5/2/2024 3:52:46 PM

1 of 1

**FLORIDA DEPARTMENT OF CORRECTIONS**
**REFUSAL OF HEALTH CARE SERVICES**

This is to certify that I am refusing the following:

☐ Medical Services _____

☐ Mental Health Services _____

☐ Dental Services _____

☑ Medication  *Fluoxetine & Melatonin* _____

☐ Lab/Diagnostic testing _____

☐ Other _____

I understand this refusal is against the advice of my health care providers. I acknowledge that I have been informed of the diagnosis, if known, the nature and purposes of the proposed procedure/treatment/medication, risks and benefits of the proposed procedure/treatment/medication, alternative treatments and their risks and benefits and the consequences and danger to my health and possibly to my life that may result from my refusal of this procedure/treatment/medication.

I have been given sufficient time to ask questions about my condition and about my decision to refuse the proposed procedure/treatment/medication that my health care provider has explained to me is medically indicated and necessary.

I voluntarily assume the risks and accept the consequences of my refusal of the procedure/treatment/medication. I am releasing the Department of Corrections, all health care providers, the facility, and facility staff from any and all liability for ill effects that may result from my refusal of treatment.

_R Lee_____        _04/23/24 @ 1645_____

**Signature of Patient***                                  **Date/Time**

---

**Two Witnesses:** I, _M. Wilson_____ am a health care staff member and I have witnessed the patient voluntarily sign this form/refuse to sign the form.

_M. Wilson_____              Melissa Wilson, RN
                                            SARAX - Centurion
_____              _RN_____
Signature of Witness                       Title of Witness

I, _J. Crisco_____ am a staff member who is not the patient's health care provider for this procedure and I have witnessed the patient voluntarily sign this form/refuse to sign the form.

_J. Crisco_____              _CNA_____
Signature of Witness                       Title of Witness

I am aware that this patient <u>refused the proposed procedure/ treatment/medication and</u> has signed this form/ refused to sign the form.



_____              _____
Signature of Clinician                     Date/Stamp

Interpreter/translator: To the best of my knowledge, the patient understood what was interpreted/translated and voluntarily signed this form/refused to sign the form.



_____              _____
Signature of Interpreter/Translator        Title of Witness

*If the patient refuses to sign this document, but has verbally refused the above procedure, write REFUSES TO SIGN above Signature of Patient.

Inmate Name _Robert Lee_____
DC# _115204_____ Race/Sex _B/M_____
Date of Birth _████████_____
Institution _SARCI_____
DC4-711A (Effective 8/13) (Page 1 of 2)

ESTADO DE LA FLORIDA DEPARTAMENTO DE CORRECCIONES
## DECLARACION JURADA DE RECHAZO A TRATAMIENTO MEDICO

Yo certifico que rechazo lo siguiente:

☐ Servicios medicos _____

☐ Servicios de salud mental _____

☐ Servicios dentales _____

☐ Medicamentos _____

☐ Examenes de laboratorio/pruebas
   diagnósticas _____

☐ Otros _____

Yo comprendo que este rechazo es en contra de la opinion medica. Yo reconosco que he sido informado del diagnostico, si es confirmado, la condición y propósito del propuesto procedimiento/tratamiento/medicamento, los riesgos y beneficios del propuesto procedimiento/tratamiento/medicamento. También he sido informado de tratamiento alternativo y sus riesgos y beneficios y de las consecuencias y los peligros para mi salud y el posible riesgo de muerte que puede resultar de no consentir al procedimiento/tratamiento/medicamento.

Me han dado suficiente tiempo para hacer preguntas sobre mi condición y sobre mi decisión de no consentir al propuesto procedimiento/tratamiento/medicamento que el proveedor de servicios médicos me ha explicado es indicado y necesario.

Yo voluntariamente asumo los riesgos y acepto las consecuencias de no consentir al procedimiento/tratamiento/medicamento. Yo declaro que el Departamento de Correcciones, los proveedores de servicios médicos, la facilidad, y los miembros del equipo médico no son responsables por cualquier incapacidad o complicaciones que puedan ocurrir como consecuencia de haberme negado a recibir tratamiento médico.

**Firma del Paciente\***

**Fecha/Hora**

**Dos Testigos:**    Yo,_____ soy un miembro del equipo médico y he sido testigo que el paciente ha firmado voluntariamente este documento/rehúsa firmar.

Firma del testigo

Titulo del testigo

Yo,_____ soy miembro del personal que no es el proveedor del cuidado de salud del paciente para este procedimiento y he sido testigo que el paciente voluntariamente firmo este documento / rehúsa firmar el documento.

Firma del testigo

Titulo del testigo

Yo me enterado que este paciente rehusa el proposito del tratamiento o intervencion/medicamento y a firmado este documento/rehúsa firmar.

Firma del Médico

Fecha/Sello

\*Si el paciente rehúsa firmar este documento, pero verbalmente rechaza el procedimiento arriba descrito, escriba REHÚSA FIRMAR ARRIBA Firma del Paciente.

Inmate Name _Lee  Robert_

DC# _T16804_                    Race/Sex _B/M_

Date of Birth ███████████

Institution _SANTI_

DC4-711A (Effective 8/13)  (Page 2 of 2)

Incorporated by Reference in Rule 33-401.105, F.A.C.

**119-SANTA ROSA C.I.**                                    2/18/2025
5850 East Milton Rd.
Milton, FL 32583                        DC4-711A Medical Refusals
Main: 8509835800 Fax: 8509835864        Date of Service: 4/30/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████████
Facility: 135-SANTA ROSA ANNEX
**DC4-711A Medical Refusals**


*Imported By: Lenzie Dunn, Administrative Assistant, Centurion 5/1/2024 4:47:25 PM*

_____

External Attachment:

  Type:     Image
 Comment:   dc4-711a, 04302024, t15204


Signed By: Wilson, RN, Registered Nurse, Centurion, Melissa at
5/1/2024 4:47:32 PM
Signed By: Knoth, APRN, Medical Provider, Centurion, Kristin at
5/2/2024 3:53:10 PM

1 of 1

**FLORIDA DEPARTMENT OF CORRECTIONS**
**REFUSAL OF HEALTH CARE SERVICES**

This is to certify that I am refusing the following:

☐ Medical Services _____

☐ Mental Health Services _____

☐ Dental Services _____

☑ Medication _Fluoxetine & Melatonin_____

☐ Lab/Diagnostic testing _____

☐ Other _____

I understand this refusal is against the advice of my health care providers. I acknowledge that I have been informed of the diagnosis, if known, the nature and purposes of the proposed procedure/treatment/medication, risks and benefits of the proposed procedure/treatment/medication, alternative treatments and their risks and benefits and the consequences and danger to my health and possibly to my life that may result from my refusal of this procedure/treatment/medication.

I have been given sufficient time to ask questions about my condition and about my decision to refuse the proposed procedure/treatment/medication that my health care provider has explained to me is medically indicated and necessary.

I voluntarily assume the risks and accept the consequences of my refusal of the procedure/treatment/medication. I am releasing the Department of Corrections, all health care providers, the facility, and facility staff from any and all liability for ill effects that may result from my refusal of treatment.

_Robert S. Lee_                          _4-30-2024 @ 1630_
**Signature of Patient***                 **Date/Time**

**Two Witnesses:** I, __M. Wilson_____ am a health care staff member and I have witnessed the
patient voluntarily sign this form/refuse to sign the form.

_M. Wilson_                              _RN_
Signature of Witness                     Title of Witness

I, _S. MISAK_____ am a staff member who is not the patient's health care
provider for this procedure and I have witnessed the patient voluntarily sign this form/refuse to sign the form.

_S. Mesak_                               _OFC MISAK_
Signature of Witness                     Title of Witness

I am aware that this patient refused the proposed procedure/ treatment/medication and has signed this form/ refused to sign the form.

_____         _____
Signature of Clinician                   Date/Stamp

Interpreter/translator: To the best of my knowledge, the patient understood what was interpreted/translated and voluntarily signed this form/refused to sign the form.

_____         _____
Signature of Interpreter/Translator      Title of Witness

*If the patient refuses to sign this document, but has verbally refused the above procedure, write REFUSES TO SIGN above Signature of Patient.

Inmate Name _Lee, Robert_
DC# _T152047_       Race/Sex _B/M_
Date of Birth _____
Institution _SARCI_

DC4-711A (Effective 8/13) (Page 1 of 2)

Incorporated by Reference in Rule 33-401.103, F.A.C.

ESTADO DE LA FLORIDA DEPARTAMENTO DE CORRECCIONES

## DECLARACION JURADA DE RECHAZO A TRATAMIENTO MEDICO

Yo certifico que rechazo lo siguiente:

☐ Servicios medicos _____

☐ Servicios de salud mental _____

☐ Servicios dentales _____

☐ Medicamentos _____

☐ Examenes de laboratorio/pruebas
diagnósticas _____

☐ Otros _____

Yo comprendo que este rechazo es en contra de la opinion medica. Yo reconosco que he sido informado del diagnostico, si es confirmado, la condición y propósito del propuesto procedimiento/tratamiento/medicamento, los riesgos y beneficios del propuesto procedimiento/tratamiento/medicamento. También he sido informado de tratamiento alternativo y sus riesgos y beneficios y de las consecuencias y los peligros para mi salud y el posible riesgo de muerte que puede resultar de no consentir al procedimiento/tratamiento/medicamento.

Me han dado suficiente tiempo para hacer preguntas sobre mi condición y sobre mi decisión de no consentir al propuesto procedimiento/tratamiento/medicamento que el proveedor de servicios médicos me ha explicado es indicado y necesario.

Yo voluntariamente asumo los riesgos y acepto las consecuencias de no consentir al procedimiento/tratamiento/medicamento. Yo declaro que el Departamento de Correcciones, los proveedores de servicios médicos, la facilidad, y los miembros del equipo médico no son responsables por cualquier incapacidad o complicaciones que puedan ocurrir como consecuencia de haberme negado a recibir tratamiento médico.

**Firma del Paciente\***           **Fecha/Hora**

**Dos Testigos:** Yo,_____ soy un miembro del equipo médico y he sido testigo que el paciente ha firmado voluntariamente este documento/rehúsa firmar.

_____      Titulo del testigo

Firma del testigo

Yo, _____ soy miembro del personal que no es el proveedor del cuidado de salud del paciente para este procedimiento y he sido testigo que el paciente voluntariamente firmo este documento / rehúsa firmar el documento.

_____      Titulo del testigo

Firma del testigo

Yo me enterado que este paciente rehusa el proposito del tratamiento o intervencion/medicamento y a firmado este documento/rehúsa firmar.

_____      Fecha/Sello

Firma del Médico

\*Si el paciente rehusa firmar este documento, pero verbalmente rechaza el procedimiento arriba descrito, escriba REHUSA FIRMAR ARRIBA Firma del Paciente.

Inmate Name _Lee      Robert_

DC# _1152 04_    Race/Sex _B/M_

Date of Birth ▬▬▬▬▬▬

Institution _SA R C I_

DC4-711A (Effective 8/13) (Page 2 of 2)

**119-SANTA ROSA C.I.**
5850 East Milton Rd.
Milton, FL 32583
Main: 8509835800 Fax: 8509835864

2/18/2025

Chron Rec Health Care•
Date of Service: 5/1/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 135-SANTA ROSA ANNEX
FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES
**Chronological Record of Health Care**
Outpatient

Assign Provider**Psychiatric Provider** PsychProvider, FLEMR
**Case Manager** Sanders; MHP; Centurion, Almatine
**MH Nurse** Posey; RN; Registered Nurse; Centurion, Nichole

DC4-701 Chronological Record of Health Care (Revised 8/1/17)
This form is not to be amended, revised, or altered without          approval of the Office of Health Services
Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

Signed By: Lentini, AA, Administrative Assistant, Centurion, Todd at 5/1/2024 4:16:17
PM

1 of 1

**119-SANTA ROSA C.I.**                                         2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                        Chron Rec Care•
Main: 8509835800 Fax: 8509835864              Date of Service: 5/1/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ████████
Facility: 135-SANTA ROSA ANNEX
FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES
**Chronological Record of Health Care**
**Reason for visit** Record Review
**Remarks:** RR for BP. BP is WNL. Patient not currently on hypertensive medication. Will DC from cardiac clinic


DC4-701 Chronological Record of Health Care (Revised 8/1/17)
This form is not to be amended, revised, or altered without          approval of the Office of Health Services
Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**



Signed By: Knoth, APRN, Medical Provider, Centurion, Kristin at 5/1/2024 1:23:36 PM

**119-SANTA ROSA C.I.**                                              2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                        Dental: :Inmate Request
Main: 8509835800 Fax: 8509835864                    Date of Service: 5/1/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 135-SANTA ROSA ANNEX

FLORIDA DEPARTMENT OF CORRECTIONS    OFFICE OF HEALTH SERVICES
**INMATE REQUEST**

**To:** Dental
**Category:** Dental

INMATE WANTS TO KNOW IF HE IS ON THE LIST FOR A CLEANING.
All requests will be handled in one of the following ways:1)    Written Information or    2) Personal
Interview. All informal grievances will be responded to in writing
**Date received:**    05/01/2024
INMATE IS ON THE LIST TO START THE DENTAL PLAN. HE HAS BEEN INFORMED THAT HE HAS
TO START THE PLAN BEFORE HAVING HIS TEETH CLEANED.

**Date Returned to Inmate:** 05/01/2024 **Answered By:** White; Dental Assistant; Centurion, Tonia

DC6-236 (Effective 12/14)
This form is not to be amended, revised, or altered without approval of the Office of Health Services
Administration.

Incorporated by Reference in Rule 33-103.005, F.A.C.

Signed By: White, Dental Assistant, Centurion, Tonia at 5/1/2024 12:54:23 PM

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

## INMATE REQUEST

Mail Number: _____
Team Number: __18__
Institution: __119 Annex__

| TO:<br>(Check One) | ☐ Warden<br>☐ Asst. Warden | ☐ Classification<br>☐ Security | ☐ Medical<br>☐ Mental Health | ☑ Dental<br>☐ Other _____ |
|---|---|---|---|---|

| FROM: | Inmate Name<br>ROBERT S. Lee | DC Number<br>T15204 | Quarters<br>K4201L | Job Assignment | Date<br>4-30-24 |
|---|---|---|---|---|---|

**REQUEST**                          Check here if this is an informal grievance ☐

AM I ON THE LIST FOR TEETH CLEANING?

All requests will be handled in one of the following ways:  1) Written Information or   2) Personal Interview.  All informal grievances will be responded to in writing.

| Inmate (Signature)  RobertS Lee | DC#:  T15204 |
|---|---|

---

**DO NOT WRITE BELOW THIS LINE**

## RESPONSE

DATE RECEIVED: **RECEIVED**

APR 3 0 2024

SANTA ROSA ANNEX
DENTAL DEPT

Your name has already been
added to ou waiting list. When
your name reaches the top of the
list you will receive a call-out.

~~DENTAL SICK CALL IS~~
~~12-2.~~
~~TUESDAY - FRIDAY~~
NO APPOINTMENT NEEDED
FOR OPEN POPULATION ONLY

You will be starting the
Dental plan before having
your teeth cleaned.

[The following pertains to informal grievances only:]

Based on the above information, your grievance is _____. (Returned, Denied, or Approved).  If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

| Official (Print Name):  T. White<br>Dental Assistant<br>Santa Rosa CI / Annex | Official (Signature):  TWhite | Date: 4-30-24 |
|---|---|---|

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 15 days, following receipt by staff.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to.  If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective 11/18)

DC 000282

Incorporated by Reference in Rule 33-103.005, F.A.C.

**119-SANTA ROSA C.I.**                                            2/18/2025
5850 East Milton Rd.
Milton, FL 32583                    Refused Nurse Visit;Chr Rec Hlth Care: Medication Refus
Main: 8509835800 Fax: 8509835864              Date of Service: 4/30/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ██████████
Facility: 135-SANTA ROSA ANNEX
FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES
**Chronological Record of Health Care**


Other
**Copay?** No
**Reason for visit:**    Medication Refusal
**Select Note Style:** Incidental
**Incidental Note** pt has repeatedly requested to stop all future psych medications. pt continues to sign paper refusal.    Informed pt that mental health provider would be notified and when they review the chart and they will speak to him in person then the medications can be permanently stopped. pt verbalizes understanding.


**DC4-701 Chronological Record of Health Care (Revised 8/1/17)**
**This form is not to be amended, revised, or altered without    approval of the Office of Health Services Administration.**
**\*\*Disclaimer: All EMR timestamps are Eastern Time Zone\*\***

FLORIDA DEPARTMENT OF CORRECTIONS    OFFICE OF HEALTH SERVICES
**REFUSAL OF HEALTH CARE SERVICES**


**This is to certify that I am refusing the following:**


<u>**Medication**</u>
FLUOXETINE HCL 10 MG ORAL CAPS   •   1 QPM (DOT) Take with Fluoxetine 20mg, FLUOXETINE HCL 20 MG ORAL CAPS   •   Take 1 QPM (DOT)   Take with 10 mg Fluoxetine, MELATONIN 3 MG TABS   •   1 QPM (DOT)
DOT
**If Medication, then please describe:** Permanent


I understand this refusal is against the advice of my health care providers.    I acknowledge that I have been informed of the diagnosis, if known, the nature and purposes of the proposed procedure/treatment/medication, risks and benefits of the proposed procedure/treatment/medication, alternative treatments and their risks and benefits and the consequences and danger to my health and possibly to my life that may result from my refusal of this procedure/treatment/medication.

I have been given time to ask questions about my condition and about my decision to refuse the proposed procedure/treatment/medication that my health care provider has explained to me is medically indicated and necessary.

I voluntarily assume the risks and accept the consequences of my refusal of the

1 of 2

**119-SANTA ROSA C.I.**                                    2/18/2025
5850 East Milton Rd.
Milton, FL 32583                    Refused Nurse Visit;Chr Rec Hlth Care: Medication Refus
Main: 8509835800 Fax: 8509835864              Date of Service: 4/30/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 135-SANTA ROSA ANNEX
procedure/treatment/medication and I am releasing the Department of Corrections, all health care
providers, the facility, and facility staff from any and all liability for ill effects that may result from my refusal
of treatment.
DC4-711A    Refusal of Healthcare Services (Revised 08/01/13)
This form is not to be amended, revised, or altered without approval of the Office of Health Services
Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

Signed By: Wilson, RN, Registered Nurse, Centurion, Melissa at 5/1/2024 1:00:39 PM
Signed By: Banchs, PMHNP, Psychiatric Clinician, Centurion, Patricia at 5/1/2024
1:26:11 PM
Signed By: Posey, RN, Registered Nurse, Centurion, Nichole at 5/1/2024 1:29:34 PM

2 of 2

**119-SANTA ROSA C.I.**                                    2/18/2025
5850 East Milton Rd.
Milton, FL 32583                        DC4-711A Medical Refusals
Main: 8509835800 Fax: 8509835864    Date of Service: 4/27/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ██████████
Facility: 135-SANTA ROSA ANNEX
**DC4-711A Medical Refusals**


*Imported By: Lenzie Dunn, Administrative Assistant, Centurion 4/29/2024 5:21:55 PM*

_____

External Attachment:

  Type:      Image
 Comment:    dc4-711a, 04272024, t15204


Signed By: Davis, LPN, Licensed Practical Nurse, Centurion, Rona
at 4/29/2024 5:22:00 PM
Signed By: Banchs, PMHNP, Psychiatric Clinician, Centurion,
Patricia at 5/1/2024 1:25:51 PM

1 of 1

**FLORIDA DEPARTMENT OF CORRECTIONS**
**REFUSAL OF HEALTH CARE SERVICES**

This is to certify that I am refusing the following:

- ☐ Medical Services _____
- ☐ Mental Health Services _____
- ☐ Dental Services _____
- ☑ Medication _MELATONIN 3MG, PROZAC 30MG PO Q PM &_
  _ALL FUTURE DOSES_
- ☐ Lab/Diagnostic testing _____
- ☐ Other _____

I understand this refusal is against the advice of my health care providers. I acknowledge that I have been informed of the diagnosis, if known, the nature and purposes of the proposed procedure/treatment/medication, risks and benefits of the proposed procedure/treatment/medication, alternative treatments and their risks and benefits and the consequences and danger to my health and possibly to my life that may result from my refusal of this procedure/treatment/medication.

I have been given sufficient time to ask questions about my condition and about my decision to refuse the proposed procedure/treatment/medication that my health care provider has explained to me is medically indicated and necessary.

I voluntarily assume the risks and accept the consequences of my refusal of the procedure/treatment/medication. I am releasing the Department of Corrections, all health care providers, the facility, and facility staff from any and all liability for ill effects that may result from my refusal of treatment.

___RTS_____     ___4/27/24_____1600_____
**Signature of Patient***          **Date/Time**

---

**Two Witnesses:** I, ___R. Davis, LPN / Santa Rosa CI / Annex___ am a health care staff member and I have witnessed the patient voluntarily sign this form/refuse to sign the form.

_____          R. Davis, LPN
_Signature of Witness_                Santa Rosa CI / Annex
                                     _____
Signature of Witness                 Title of Witness

I, ___Goodman RN_____ am a staff member who is not the patient's health care provider for this procedure and I have witnessed the patient voluntarily sign this form/refuse to sign the form.

___O Goodman_____          ___RN_____
Signature of Witness                 Title of Witness

I am aware that this patient refused the proposed procedure/ treatment/medication and has signed this form/ refused to sign the form.

_____          _____
Signature of Clinician               Date/Stamp

Interpreter/translator: To the best of my knowledge, the patient understood what was interpreted/translated and voluntarily signed this form/refused to sign the form.

_____          _____
Signature of Interpreter/Translator  Title of Witness

*If the patient refuses to sign this document, but has verbally refused the above procedure, write REFUSES TO SIGN above Signature of Patient.

Inmate Name _LEE, ROBERT_____
DC# _T15204_____ Race/Sex _BM_
Date of Birth _____████████
Institution _SARAX____

DC4-711A (Effective 8/13) (Page 1 of 2)

# ESTADO DE LA FLORIDA DEPARTAMENTO DE CORRECCIONES
## DECLARACION JURADA DE RECHAZO A TRATAMIENTO MEDICO

Yo certifico que rechazo lo siguiente:

☐ Servicios medicos _____

☐ Servicios de salud mental _____

☐ Servicios dentales _____

☐ Medicamentos _____

☐ Examenes de laboratorio/pruebas diagnósticas _____

☐ Otros _____

Yo comprendo que este rechazo es en contra de la opinion medica. Yo reconosco que he sido informado del diagnostico, si es confirmado, la condición y propósito del propuesto procedimiento/tratamiento/medicamento, los riesgos y beneficios del propuesto procedimiento/tratamiento/medicamento. También he sido informado de tratamiento alternativo y sus riesgos y beneficios y de las consecuencias y los peligros para mi salud y el posible riesgo de muerte que puede resultar de no consentir al procedimiento/tratamiento/medicamento.

Me han dado suficiente tiempo para hacer preguntas sobre mi condición y sobre mi decisión de no consentir al propuesto procedimiento/tratamiento/medicamento que el proveedor de servicios médicos me ha explicado es indicado y necesario.

Yo voluntariamente asumo los riesgos y acepto las consecuencias de no consentir al procedimiento/tratamiento/medicamento. Yo declaro que el Departamento de Correcciones, los proveedores de servicios médicos, la facilidad, y los miembros del equipo médico no son responsables por cualquier incapacidad o complicaciones que puedan ocurrir como consecuencia de haberme negado a recibir tratamiento médico.

**Firma del Paciente\*** _____  **Fecha/Hora** _____

**Dos Testigos:  Yo,** _____ soy un miembro del equipo médico y he sido testigo que el paciente ha firmado voluntariamente este documento/rehúsa firmar.

Firma del testigo _____  Titulo del testigo _____

Yo, _____ soy miembro del personal que no es el proveedor del cuidado de salud del paciente para este procedimiento y he sido testigo que el paciente voluntariamente firmo este documento / rehúsafirmar el documento.

Firma del testigo _____  Titulo del testigo _____

Yo me enterado que este paciente rehusa el proposito del tratamiento o intervencion/medicamento y a firmado este documento/rehúsa firmar.

Firma del Médico _____  Fecha/Sello _____

\*Si el paciente rehusa firmar este documento, pero verbalmente rechaza el procedimiento arriba descrito, escriba REHUSA FIRMAR ARRIBA Firma del Paciente.

Inmate Name __LEE, ROBERT__
DC# __715204__   Race/Sex __BM__
Date of Birth _____
Institution __J'RAX__

FDC 000288
Incorporated by Reference in Rule 33-401.105, F.A.C.

**119-SANTA ROSA C.I.**                                    2/18/2025
5850 East Milton Rd.
Milton, FL 32583                          DC4-711A Medical Refusals
Main: 8509835800 Fax: 8509835864          Date of Service: 4/28/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████████
Facility: 135-SANTA ROSA ANNEX
**DC4-711A Medical Refusals**


*Imported By: Lenzie Dunn, Administrative Assistant, Centurion 4/29/2024 5:18:22 PM*

_____

External Attachment:

  Type:     Image
 Comment:   dc4-711a, 04282024, t15204



Signed By: Goodman, RN, Registered Nurse, Centurion, Tiffany at
4/29/2024 5:18:30 PM
Signed By: Banchs, PMHNP, Psychiatric Clinician, Centurion,
Patricia at 5/1/2024 1:25:57 PM

1 of 1

**FLORIDA DEPARTMENT OF CORRECTIONS**
**REFUSAL OF HEALTH CARE SERVICES**

This is to certify that I am refusing the following:

☐ Medical Services _____

☐ Mental Health Services _____

☐ Dental Services _____

☒ Medication _Melatonin & Fluoxetine_____

☐ Lab/Diagnostic testing _____

☐ Other _____

I understand this refusal is against the advice of my health care providers. I acknowledge that I have been informed of the diagnosis, if known, the nature and purposes of the proposed procedure/treatment/medication, risks and benefits of the proposed procedure/treatment/medication, alternative treatments and their risks and benefits and the consequences and danger to my health and possibly to my life that may result from my refusal of this procedure/treatment/medication.

I have been given sufficient time to ask questions about my condition and about my decision to refuse the proposed procedure/treatment/medication that my health care provider has explained to me is medically indicated and necessary.

I voluntarily assume the risks and accept the consequences of my refusal of the procedure/treatment/medication. I am releasing the Department of Corrections, all health care providers, the facility, and facility staff from any and all liability for ill effects that may result from my refusal of treatment.

_Refused to sign_ _____    _4/28/24  1555_____

**Signature of Patient\***                      **Date/Time**

**Two Witnesses:**  I, _TGoodman_ am a health care staff member and I have witnessed the patient voluntarily sign this form/refuse to sign the form.

_Goodman_ _____    _RN_____

Signature of Witness                      Title of Witness

I, R. Davis, LPN / Santa Rosa CI / Annex _____ am a staff member who is not the patient's health care provider and I have witnessed the patient voluntarily sign this form/refuse to sign the form.

_Davis_ _____    R. Davis, LPN / Santa Rosa CI / Annex

Signature of Witness                      Title of Witness

I am aware that this patient <u>refused the proposed procedure/ treatment/medication and</u> has signed this form/ refused to sign the form.

_____    _____

Signature of Clinician                      Date/Stamp

Interpreter/translator:  To the best of my knowledge, the patient understood what was interpreted/translated and voluntarily signed this form/refused to sign the form.

_____    _____

Signature of Interpreter/Translator                      Title of Witness

\*If the patient refuses to sign this document, but has verbally refused the above procedure, write REFUSES TO SIGN above Signature of Patient.

Inmate Name_ Lee, Robert S._____

DC#_ 775204_____  Race/Sex _B/m_____

Date of Birth_____

Institution_ SRCIX_____

DC4-711A (Effective 8/13)  (Page 1 of 2)

ESTADO DE LA FLORIDA DEPARTAMENTO DE CORRECCIONES
## DECLARACION JURADA DE RECHAZO A TRATAMIENTO MEDICO

Yo certifico que rechazo lo siguiente:

☒ Servicios medicos _____

☐ Servicios de salud mental _____

☐ Servicios dentales _____

☐ Medicamentos _____

☐ Examenes de laboratorio/pruebas
  diagnósticas _____

☐ Otros _____

Yo comprendo que este rechazo es en contra de la opinion medica. Yo reconosco que he sido informado del diagnostico, si es confirmado, la condición y propósito del propuesto procedimiento/tratamiento/medicamento, los riesgos y beneficios del propuesto procedimiento/tratamiento/medicamento. También he sido informado de tratamiento alternativo y sus riesgos y beneficios y de las consecuencias y los peligros para mi salud y el posible riesgo de muerte que puede resultar de no consentir al procedimiento/tratamiento/medicamento.

Me han dado suficiente tiempo para hacer preguntas sobre mi condición y sobre mi decisión de no consentir al propuesto procedimiento/tratamiento/medicamento que el proveedor de servicios médicos me ha explicado es indicado y necesario.

Yo voluntariamente asumo los riesgos y acepto las consecuencias de no consentir al procedimiento/tratamiento/medicamento. Yo declaro que el Departamento de Correcciones, los proveedores de servicios médicos, la facilidad, y los miembros del equipo médico no son responsables por cualquier incapacidad o complicaciones que puedan ocurrir como consecuencia de haberme negado a recibir tratamiento médico.

_____    _____
**Firma del Paciente***                 **Fecha/Hora**

---

**Dos Testigos:   Yo,**_____ soy un miembro del equipo médico y he sido testigo que el paciente ha firmado voluntariamente este documento/rehúsa firmar.

_____    _____
Firma del testigo                      Titulo del testigo

      Yo, _____ soy miembro del personal que no es el proveedor del cuidado de salud del paciente para este procedimiento y he sido testigo que el paciente voluntariamente firmo este documento / rehúsafirmar el documento.

_____    _____
Firma del testigo                      Titulo del testigo

Yo me enterado que este paciente rehusa el proposito del tratramiento o intervencion/medicamento y a firmado este documento/rehúsa firmar.

_____    _____
Firma del Médico                       Fecha/Sello

*Si el paciente rehusa firmar este documento, pero verbalmente rechaza el procedimiento arriba descrito, escriba REHUSA FIRMAR ARRIBA Firma del Paciente.

Inmate Name _Lee, Robert S._

DC# _775204_   Race/Sex _B/M_

Date of Birth ▓▓▓▓▓▓

Institution _SARAY_

DC4-711A (Effective 8/13) (Page 2 of 2)

**119-SANTA ROSA C.I.**                                                    2/18/2025
5850 East Milton Rd.
Milton, FL 32583                      Refused Nurse Visit;Chr Rec Hlth Care: ;Medication Refus
Main: 8509835800 Fax: 8509835864                      Date of Service: 4/28/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████████
Facility: 135-SANTA ROSA ANNEX
FLORIDA DEPARTMENT OF CORRECTIONS    OFFICE OF HEALTH SERVICES
**REFUSAL OF HEALTH CARE SERVICES**


**This is to certify that I am refusing the following:**


**<u>Medication</u>**
FLUOXETINE HCL 10 MG ORAL CAPS  •  1 QPM (DOT) Take with Fluoxetine 20mg, FLUOXETINE
HCL 20 MG ORAL CAPS  •  Take 1 QPM (DOT)  Take with 10 mg Fluoxetine, MELATONIN 3 MG
TABS  •  1 QPM (DOT)
**If Medication, then please describe:** 12th of the month-wants meds to be stopped


I understand this refusal is against the advice of my health care providers.    I acknowledge that I have
been informed of the diagnosis, if known, the nature and purposes of the proposed
procedure/treatment/medication, risks and benefits of the proposed procedure/treatment/medication,
alternative treatments and their risks and benefits and the consequences and danger to my health and
possibly to my life that may result from my refusal of this procedure/treatment/medication.

I have been given time to ask questions about my condition and about my decision to refuse the
proposed procedure/treatment/medication that my health care provider has explained to me is medically
indicated and necessary.

I voluntarily assume the risks and accept the consequences of my refusal of the
procedure/treatment/medication and I am releasing the Department of Corrections, all health care
providers, the facility, and facility staff from any and all liability for ill effects that may result from my refusal
of treatment.
DC4-711A    Refusal of Healthcare Services (Revised 08/01/13)
This form is not to be amended, revised, or altered without approval of the Office of Health Services
Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES
**Chronological Record of Health Care**


**Copay?** No
**Select Note Style:** Incidental
**Incidental Note** PT REFUSED EVENING MEDS (FLUOXETINE AND MELATONIN) FOR THE 12TH
TIME THIS MONTH. PT EDUCATED ON POTENTIAL RISKS. VERBALIZED UNDERSTANDING.
MENTAL HEALTH ALREADY NOTIFIED.

FDC 000292

**119-SANTA ROSA C.I.**                                                2/18/2025
5850 East Milton Rd.
Milton, FL 32583                      Refused Nurse Visit;Chr Rec Hlth Care: ;Medication Refus
Main: 8509835800 Fax: 8509835864                 Date of Service: 4/28/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: █████████
Facility: 135-SANTA ROSA ANNEX
**DC4-701 Chronological Record of Health Care (Revised 8/1/17)**
**This form is not to be amended, revised, or altered without   approval of the Office of Health Services Administration.**
**Disclaimer: All EMR timestamps are Eastern Time Zone**

Signed By: Goodman, RN, Registered Nurse, Centurion, Tiffany at 4/28/2024 6:20:33 PM
Signed By: Banchs, PMHNP, Psychiatric Clinician, Centurion, Patricia at 4/29/2024 2:38:07 PM

FDC 000293

**119-SANTA ROSA C.I.**                                    2/18/2025
5850 East Milton Rd.
Milton, FL 32583                    Refused Nurse Visit;Chr Rec Hlth Care: ;Medication Refus
Main: 8509835800 Fax: 8509835864                    Date of Service: 4/27/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ██████████
Facility: 135-SANTA ROSA ANNEX
FLORIDA DEPARTMENT OF CORRECTIONS    OFFICE OF HEALTH SERVICES
**REFUSAL OF HEALTH CARE SERVICES**


**This is to certify that I am refusing the following:**

**<u>Medication</u>**
FLUOXETINE HCL 10 MG ORAL CAPS  •  1 QPM (DOT) Take with Fluoxetine 20mg, FLUOXETINE
HCL 20 MG ORAL CAPS  •  Take 1 QPM (DOT)   Take with 10 mg Fluoxetine, MELATONIN 3 MG
TABS  •  1 QPM (DOT)
DOT
**If Medication, then please describe:** Permanent


I understand this refusal is against the advice of my health care providers.    I acknowledge that I have
been informed of the diagnosis, if known, the nature and purposes of the proposed
procedure/treatment/medication, risks and benefits of the proposed procedure/treatment/medication,
alternative treatments and their risks and benefits and the consequences and danger to my health and
possibly to my life that may result from my refusal of this procedure/treatment/medication.

I have been given time to ask questions about my condition and about my decision to refuse the
proposed procedure/treatment/medication that my health care provider has explained to me is medically
indicated and necessary.

I voluntarily assume the risks and accept the consequences of my refusal of the
procedure/treatment/medication and I am releasing the Department of Corrections, all health care
providers, the facility, and facility staff from any and all liability for ill effects that may result from my refusal
of treatment.
**<u>Inmate Refused to Sign</u>**


DC4-711A    Refusal of Healthcare Services (Revised 08/01/13)
This form is not to be amended, revised, or altered without approval of the Office of Health Services
Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES
**Chronological Record of Health Care**


**Select Note Style:** Incidental
**Incidental Note** REFUSED MELATONIN 3MG AND PROZAC 30MG PO Q PM AND ALL FUTURE
DOSES. RISKS AND BENEFITS ADVISED. DC4-711A COMPLETED

1 of 2

**119-SANTA ROSA C.I.**                                                    2/18/2025
5850 East Milton Rd.
Milton, FL 32583                          Refused Nurse Visit;Chr Rec Hlth Care: ;Medication Refus
Main: 8509835800 Fax: 8509835864                    Date of Service: 4/27/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ▓▓▓▓▓▓
Facility: 135-SANTA ROSA ANNEX


**DC4-701 Chronological Record of Health Care (Revised 8/1/17)**
**This form is not to be amended, revised, or altered without   approval of the Office of Health**
**Services Administration.**
**Disclaimer: All EMR timestamps are Eastern Time Zone**




Signed By: Davis, LPN, Licensed Practical Nurse, Centurion, Rona at 4/27/2024
5:49:22 PM
Signed By: Banchs, PMHNP, Psychiatric Clinician, Centurion, Patricia at 4/29/2024
9:24:39 AM

FDC 000295

**119-SANTA ROSA C.I.**                                              2/18/2025
5850 East Milton Rd.
Milton, FL 32583                              DC4-711A Medical Refusals
Main: 8509835800 Fax: 8509835864            Date of Service: 4/25/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████████
Facility: 135-SANTA ROSA ANNEX
**DC4-711A Medical Refusals**


*Imported By: Steven Worsley, Medical Records, Centurion 4/26/2024 11:49:07 AM*

_____

External Attachment:

  Type:      Image
  Comment:   DC4-711A,T15204,4.26.2024


Signed By: Chapman, RN, Registered Nurse, Centurion, Kathleen at
4/26/2024 11:49:30 AM
Signed By: Banchs, PMHNP, Psychiatric Clinician, Centurion,
Patricia at 4/26/2024 12:26:17 PM

1 of 1