## FLORIDA DEPARTMENT OF CORRECTIONS
## REFUSAL OF HEALTH CARE SERVICES

This is to certify that I am refusing the following:

☐ Medical Services _____

☐ Mental Health Services _____

☐ Dental Services _____

☒ Medication *Fluoxetine 20mg Fluoxetine 10mg, Melatonia 3mg - Refused*

☐ Lab/Diagnostic testing *Prozac 20mg + Prozac 10mgs 9 times this month Melatonia Refused 8 times this months*

☐ Other _____

I understand this refusal is against the advice of my health care providers. I acknowledge that I have been informed of the diagnosis, if known, the nature and purposes of the proposed procedure/treatment/medication, risks and benefits of the proposed procedure/treatment/medication, alternative treatments and their risks and benefits and the consequences and danger to my health and possibly to my life that may result from my refusal of this procedure/treatment/medication.

I have been given sufficient time to ask questions about my condition and about my decision to refuse the proposed procedure/treatment/medication that my health care provider has explained to me is medically indicated and necessary.

I voluntarily assume the risks and accept the consequences of my refusal of the procedure/treatment/medication. I am releasing the Department of Corrections, all health care providers, the facility, and facility staff from any and all liability for ill effects that may result from my refusal of treatment.

_R Lee_                                 _4/25/24_        _1600_

**Signature of Patient\***                    **Date/Time**

**Two Witnesses:** I, _K Chapman_ _LN_ am a health care staff member and I have witnessed the
patient voluntarily sign this form/refuse to sign the form.

_K Chapman_                              _LN_
Signature of Witness                      Title of Witness

I, _J. Miller_ am a staff member who is not the patient's health care
provider for this procedure and I have witnessed the patient voluntarily sign this form/refuse to sign the form.

_J. Miller_                              _CO_
Signature of Witness                      Title of Witness

I am aware that this patient refused the proposed procedure/ treatment/medication and has signed this form/ refused to sign the form.

_____                      _____
Signature of Clinician                    Date/Stamp

Interpreter/translator: To the best of my knowledge, the patient understood what was interpreted/translated and voluntarily signed this form/refused to sign the form.

_____                      _____
Signature of Interpreter/Translator       Title of Witness

\*If the patient refuses to sign this document, but has verbally refused the above procedure, write REFUSES TO SIGN above Signature of Patient.

Inmate Name _Lee, Robert_
DC# _T13204_     Race/Sex _B/M_
Date of Birth _____
Institution _Santa Rosa_

DC4-711A (Effective 8/13) (Page 1 of 2)

**ESTADO DE LA FLORIDA DEPARTAMENTO DE CORRECCIONES**
**DECLARACION JURADA DE RECHAZO A TRATAMIENTO MEDICO**

Yo certifico que rechazo lo siguiente:

☐ Servicios medicos _____

☐ Servicios de salud mental _____

☐ Servicios dentales _____

☐ Medicamentos _____

☐ Examenes de laboratorio/pruebas
   diagnósticas _____

☐ Otros _____

Yo comprendo que este rechazo es en contra de la opinion medica. Yo reconosco que he sido informado del diagnostico, si es confirmado, la condición y propósito del propuesto procedimiento/tratamiento/medicamento, los riesgos y beneficios del propuesto procedimiento/tratamiento/medicamento. También he sido informado de tratamiento alternativo y sus riesgos y beneficios y de las consecuencias y los peligros para mi salud y el posible riesgo de muerte que puede resultar de no consentir al procedimiento/tratamiento/medicamento.

Me han dado suficiente tiempo para hacer preguntas sobre mi condición y sobre mi decisión de no consentir al propuesto procedimiento/tratamiento/medicamento que el proveedor de servicios médicos me ha explicado es indicado y necesario.

Yo voluntariamente asumo los riesgos y acepto las consecuencias de no consentir al procedimiento/tratamiento/medicamento. Yo declaro que el Departamento de Correcciones, los proveedores de servicios médicos, la facilidad, y los miembros del equipo médico no son responsables por cualquier incapacidad o complicaciones que puedan ocurrir como consecuencia de haberme negado a recibir tratamiento médico.

| | |
|---|---|
| **Firma del Paciente*** | **Fecha/Hora** |

**Dos Testigos:    Yo,** _____ soy un miembro del equipo médico y he sido testigo que el paciente ha firmado voluntariamente este documento/rehúsa firmar.

Firma del testigo                                Titulo del testigo

        Yo, _____ soy miembro del personal que no es el proveedor del cuidado de salud del paciente para éste procedimiento y he sido testigo que el paciente voluntariamente firmo este documento / rehúsa firmar el documento.

Firma del testigo                                Titulo del testigo

Yo me enterado que este paciente rehusa el proposito del tratamiento o intervencion/medicamento y a firmado este documento/rehúsa firmar.

Firma del Médico                                Fecha/Sello

*Si el paciente rehusa firmar este documento, pero verbalmente rechaza el procedimiento arriba descrito, escriba REHUSA FIRMAR ARRIBA Firma del Paciente.

Inmate Name _Lee, Robert_
DC# _T15204_                Race/Sex _B/M_
Date of Birth _____
Institution _Santa Rosa_

DC4-711A (Effective 8/13) (Page 2 of 2)

**119-SANTA ROSA C.I.**                                                  2/18/2025
5850 East Milton Rd.
Milton, FL 32583                          Refused Nurse Visit;Chr Rec Hlth Care: med refusal;Medi
Main: 8509835800 Fax: 8509835864                    Date of Service: 4/25/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 135-SANTA ROSA ANNEX
FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES
**Chronological Record of Health Care**


Other
**Copay?** No
**Reason for visit:** med refusal
**Select Note Style:** SOAPE
**Subjective:** went to cell to give pt medication
**Objective:** pt states that he does not want the medication and he told the other nurse that he was permenently refusing the meds
**Assessment:** pt is alert and oriented x 3. He understands what you tell him and he is able to make his needs known. His speech is clear and appropriate
**Plan:** to educate pt and route to mental health
**Education:** educated importance of taking medication because his anger and explosive disorder could come back and he might do something that he does not want to do and get in trouble


**DC4-701 Chronological Record of Health Care (Revised 8/1/17)**
**This form is not to be amended, revised, or altered without   approval of the Office of Health Services Administration.**
**\*\*Disclaimer: All EMR timestamps are Eastern Time Zone\*\***

FLORIDA DEPARTMENT OF CORRECTIONS    OFFICE OF HEALTH SERVICES
**REFUSAL OF HEALTH CARE SERVICES**


**This is to certify that I am refusing the following:**


**<u>Medication</u>**
FLUOXETINE HCL 10 MG ORAL CAPS  •  1 QPM (DOT) Take with Fluoxetine 20mg, FLUOXETINE HCL 20 MG ORAL CAPS  •   Take 1 QPM (DOT)   Take with 10 mg Fluoxetine, MELATONIN 3 MG TABS  •  1 QPM (DOT)
DOT
**If Medication, then please describe:** refused prozac 20mgs and 10mgs 9 times this month and melatonin 8 times his month


I understand this refusal is against the advice of my health care providers.    I acknowledge that I have been informed of the diagnosis, if known, the nature and purposes of the proposed procedure/treatment/medication, risks and benefits of the proposed procedure/treatment/medication, alternative treatments and their risks and benefits and the consequences and danger to my health and possibly to my life that may result from my refusal of this procedure/treatment/medication.

FDC 000299

**119-SANTA ROSA C.I.**                                                     2/18/2025
5850 East Milton Rd.
Milton, FL 32583                          Refused Nurse Visit;Chr Rec Hlth Care: med refusal;Medi
Main: 8509835800 Fax: 8509835864                    Date of Service: 4/25/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 135-SANTA ROSA ANNEX
I have been given time to ask questions about my condition and about my decision to refuse the
proposed procedure/treatment/medication that my health care provider has explained to me is medically
indicated and necessary.

I voluntarily assume the risks and accept the consequences of my refusal of the
procedure/treatment/medication and I am releasing the Department of Corrections, all health care
providers, the facility, and facility staff from any and all liability for ill effects that may result from my refusal
of treatment.
DC4-711A    Refusal of Healthcare Services (Revised 08/01/13)
This form is not to be amended, revised, or altered without approval of the Office of Health Services
Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

Signed By: Chapman, RN, Registered Nurse, Centurion, Kathleen at 4/25/2024 7:01:35
PM
Signed By: Posey, RN, Registered Nurse, Centurion, Nichole at 4/26/2024 7:21:35 AM
Signed By: Banchs, PMHNP, Psychiatric Clinician, Centurion, Patricia at 4/26/2024
12:26:06 PM

2 of 2

**119-SANTA ROSA C.I.**                                    2/18/2025
5850 East Milton Rd.
Milton, FL 32583                          DC4-711A Medical Refusals
Main: 8509835800 Fax: 8509835864          Date of Service: 4/24/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 135-SANTA ROSA ANNEX
**DC4-711A Medical Refusals**


*Imported By: Lenzie Dunn, Administrative Assistant, Centurion 4/25/2024 5:08:54 PM*

_____

External Attachment:

  Type:     Image
  Comment:   dc4-711a, 04242024, t15204


Signed By: Ollis, LPN, Licensed Practical Nurse, Centurion,
Laura at 4/25/2024 5:09:01 PM
Signed By: Banchs, PMHNP, Psychiatric Clinician, Centurion,
Patricia at 4/26/2024 12:25:55 PM

1 of 1

**FLORIDA DEPARTMENT OF CORRECTIONS**
**REFUSAL OF HEALTH CARE SERVICES**

This is to certify that I am refusing the following:

- ☐ Medical Services _____
- ☐ Mental Health Services _____
- ☐ Dental Services _____
- ☒ Medication PROZAC 30MG QPM + MELATONIN 3MG QPM — PERMANENT REFUSAL
- ☐ Lab/Diagnostic testing _____
- ☐ Other _____

I understand this refusal is against the advice of my health care providers. I acknowledge that I have been informed of the diagnosis, if known, the nature and purposes of the proposed procedure/treatment/medication, risks and benefits of the proposed procedure/treatment/medication, alternative treatments and their risks and benefits and the consequences and danger to my health and possibly to my life that may result from my refusal of this procedure/treatment/medication.

I have been given sufficient time to ask questions about my condition and about my decision to refuse the proposed procedure/treatment/medication that my health care provider has explained to me is medically indicated and necessary.

I voluntarily assume the risks and accept the consequences of my refusal of the procedure/treatment/medication. I am releasing the Department of Corrections, all health care providers, the facility, and facility staff from any and all liability for ill effects that may result from my refusal of treatment.

_____          4/24/24 @ 2234
**Signature of Patient***                    **Date/Time**

**Two Witnesses:**  I, _____ L. Ollie, LPN _____ SARAX - Centurion _____ am a health care staff member and I have witnessed the patient voluntarily sign this form/refuse to sign the form.

_____          LPN
Signature of Witness                         Title of Witness

I, _____ B Rapoza _____ am a staff member who is not the patient's health care provider for this procedure and I have witnessed the patient voluntarily sign this form/refuse to sign the form.

_____          OFC
Signature of Witness                         Title of Witness

I am aware that this patient refused the proposed procedure/ treatment/medication and has signed this form/ refused to sign the form.

_____          _____
Signature of Clinician                       Date/Stamp

Interpreter/translator:  To the best of my knowledge, the patient understood what was interpreted/translated and voluntarily signed this form/refused to sign the form.

_____          _____
Signature of Interpreter/Translator          Title of Witness

*If the patient refuses to sign this document, but has verbally refused the above procedure, write REFUSES TO SIGN above Signature of Patient.

Inmate Name LEE ROBERT
DC# T15204                Race/Sex B/M
Date of Birth ████████████
Institution SARAX I 135

DC4-711A (Effective 8/13) (Page 1 of 2)

**ESTADO DE LA FLORIDA DEPARTAMENTO DE CORRECCIONES**
**DECLARACION JURADA DE RECHAZO A TRATAMIENTO MEDICO**

Yo certifico que rechazo lo siguiente:

☐ Servicios medicos _____

☐ Servicios de salud mental _____

☐ Servicios dentales _____

☐ Medicamentos

☐ Examenes de laboratorio/pruebas diagnósticas _____

☐ Otros _____

Yo comprendo que este rechazo es en contra de la opinion medica. Yo reconosco que he sido informado del diagnostico, si es confirmado, la condición y propósito del propuesto procedimiento/tratamiento/medicamento, los riesgos y beneficios del propuesto procedimiento/tratamiento/medicamento. También he sido informado de tratamiento alternativo y sus riesgos y beneficios y de las consecuencias y los peligros para mi salud y el posible riesgo de muerte que puede resultar de no consentir al procedimiento/tratamiento/medicamento.

Me han dado suficiente tiempo para hacer preguntas sobre mi condición y sobre mi decisión de no consentir al propuesto procedimiento/tratamiento/medicamento que el proveedor de servicios médicos me ha explicado es indicado y necesario.

Yo voluntariamente asumo los riesgos y acepto las consecuencias de no consentir al procedimiento/tratamiento/medicamento. Yo declaro que el Departamento de Correcciones, los proveedores de servicios médicos, la facilidad, y los miembros del equipo médico no son responsables por cualquier incapacidad o complicaciones que puedan ocurrir como consecuencia de haberme negado a recibir tratamiento médico.

---

**Firma del Paciente\*** _____    **Fecha/Hora\*** _____

| |
|---|
| **Dos Testigos:**    **Yo,** _____ soy un miembro del equipo médico y he sido testigo que el paciente ha firmado voluntariamente este documento/rehúsa firmar. |

Firma del testigo _____    Titulo del testigo _____

**Yo,** _____ soy miembro del personal que no es el proveedor del cuidado de salud del paciente para este procedimiento y he sido testigo que el paciente voluntariamente firmo este documento / rehúsafirmar el documento.

Firma del testigo _____    Titulo del testigo _____

Yo he enterado que este paciente rehusa el proposito del tratamiento o intervencion/medicamento y a firmado este documento/rehúsa firmar.

Firma del Médico _____    Fecha/Sello _____

\*Si el paciente rehusa firmar este documento, pero verbalmente rechaza el procedimiento arriba descrito, escriba REHUSA FIRMAR ARRIBA Firma del Paciente.

Inmate Name __LEE, ROBERT__
DC# __T15204__    Race/Sex __B/M__
Date of Birth __[redacted]__
Institution __SARAX - 135__

DC4-711A (Effective 8/13) (Page 2 of 2)

**119-SANTA ROSA C.I.**                                                      2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                                            Vital Signs
Main: 8509835800 Fax: 8509835864                              Date of Service: 4/25/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ████████
Facility: 135-SANTA ROSA ANNEX

**Vital Signs:**

**, BP:** 118/76**, Height:** 71 (inches)

**Disclaimer: All EMR timestamps are Eastern Time Zone**

Signed By: Chapman, RN, Registered Nurse, Centurion, Kathleen at 4/25/2024
10:12:51 AM

FDC 000304

**119-SANTA ROSA C.I.**                                                        2/18/2025
5850 East Milton Rd.
Milton, FL 32583                          Refused Nurse Visit;Chr Rec Hlth Care: Permanent medic
Main: 8509835800 Fax: 8509835864                          Date of Service: 4/24/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 135-SANTA ROSA ANNEX

FLORIDA DEPARTMENT OF CORRECTIONS    OFFICE OF HEALTH SERVICES
**REFUSAL OF HEALTH CARE SERVICES**

**This is to certify that I am refusing the following:**

## Medication
FLUOXETINE HCL 10 MG ORAL CAPS  •  1 QPM (DOT) Take with Fluoxetine 20mg, FLUOXETINE
HCL 20 MG ORAL CAPS  •  Take 1 QPM (DOT)   Take with 10 mg Fluoxetine, MELATONIN 3 MG
TABS  •  1 QPM (DOT)
KOP
**If Medication, then please describe:** Permanent

I understand this refusal is against the advice of my health care providers.   I acknowledge that I have
been informed of the diagnosis, if known, the nature and purposes of the proposed
procedure/treatment/medication, risks and benefits of the proposed procedure/treatment/medication,
alternative treatments and their risks and benefits and the consequences and danger to my health and
possibly to my life that may result from my refusal of this procedure/treatment/medication.

I have been given time to ask questions about my condition and about my decision to refuse the
proposed procedure/treatment/medication that my health care provider has explained to me is medically
indicated and necessary.

I voluntarily assume the risks and accept the consequences of my refusal of the
procedure/treatment/medication and I am releasing the Department of Corrections, all health care
providers, the facility, and facility staff from any and all liability for ill effects that may result from my refusal
of treatment.
DC4-711A   Refusal of Healthcare Services (Revised 08/01/13)
This form is not to be amended, revised, or altered without approval of the Office of Health Services
Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES
**Chronological Record of Health Care**

Other
**Copay?** No
**Reason for visit:**   Permanent medication refusal
**Select Note Style:** Incidental
**Incidental Note** Patient signed refusal(DC4-711A) for permanent refusal of proposed medications Patient
educated to the diagnosis, the nature and purpose of the proposed medications, risks and benefits of the

FDC 000305

**119-SANTA ROSA C.I.**                                              2/18/2025
5850 East Milton Rd.
Milton, FL 32583                    Refused Nurse Visit;Chr Rec Hlth Care: Permanent medic
Main: 8509835800 Fax: 8509835864              Date of Service: 4/24/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████████
Facility: 135-SANTA ROSA ANNEX
proposed medications, and the consequences to comfort, health, and possibly life that may result from
the refusal of these medications.


**DC4-701 Chronological Record of Health Care (Revised 8/1/17)**
**This form is not to be amended, revised, or altered without   approval of the Office of Health**
**Services Administration.**
**Disclaimer: All EMR timestamps are Eastern Time Zone**



Signed By: Ollis, LPN, Licensed Practical Nurse, Centurion, Laura at 4/24/2024
11:41:08 PM

FDC 000306

**119-SANTA ROSA C.I.**                                                    2/18/2025
5850 East Milton Rd.
Milton, FL 32583                          Refused Nurse Visit;Chr Rec Hlth Care: Medication Refus
Main: 8509835800 Fax: 8509835864                   Date of Service: 4/23/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 135-SANTA ROSA ANNEX
FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES
**Chronological Record of Health Care**


Other
**Copay?** No
**Reason for visit:**   Medication Refusal
**Select Note Style:** Incidental
**Incidental Note** pt continues to refuse all mental health medication as he feels he is being poisoned. pt
wishes to refuses all future doses.



**DC4-701 Chronological Record of Health Care (Revised 8/1/17)**
**This form is not to be amended, revised, or altered without   approval of the Office of Health
Services Administration.**
**Disclaimer: All EMR timestamps are Eastern Time Zone**

FLORIDA DEPARTMENT OF CORRECTIONS    OFFICE OF HEALTH SERVICES
**REFUSAL OF HEALTH CARE SERVICES**



**This is to certify that I am refusing the following:**

**<u>Medication</u>**
FLUOXETINE HCL 10 MG ORAL CAPS   •   1 QPM (DOT) Take with Fluoxetine 20mg, FLUOXETINE
HCL 20 MG ORAL CAPS   •   Take 1 QPM (DOT)   Take with 10 mg Fluoxetine, MELATONIN 3 MG
TABS   •   1 QPM (DOT)
DOT
**If Medication, then please describe:** Permanent


I understand this refusal is against the advice of my health care providers.    I acknowledge that I have
been informed of the diagnosis, if known, the nature and purposes of the proposed
procedure/treatment/medication, risks and benefits of the proposed procedure/treatment/medication,
alternative treatments and their risks and benefits and the consequences and danger to my health and
possibly to my life that may result from my refusal of this procedure/treatment/medication.

I have been given time to ask questions about my condition and about my decision to refuse the
proposed procedure/treatment/medication that my health care provider has explained to me is medically
indicated and necessary.

I voluntarily assume the risks and accept the consequences of my refusal of the
procedure/treatment/medication and I am releasing the Department of Corrections, all health care
providers, the facility, and facility staff from any and all liability for ill effects that may result from my refusal

FDC 000307

**119-SANTA ROSA C.I.**                                                2/18/2025
5850 East Milton Rd.
Milton, FL 32583                          Refused Nurse Visit;Chr Rec Hlth Care: Medication Refus
Main: 8509835800 Fax: 8509835864                     Date of Service: 4/23/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 135-SANTA ROSA ANNEX
of treatment.
DC4-711A    Refusal of Healthcare Services (Revised 08/01/13)
This form is not to be amended, revised, or altered without approval of the Office of Health Services
Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

Signed By: Wilson, RN, Registered Nurse, Centurion, Melissa at 4/23/2024 5:55:02 PM
Signed By: Banchs, PMHNP, Psychiatric Clinician, Centurion, Patricia at 4/26/2024
12:25:10 PM

2 of 2

**119-SANTA ROSA C.I.**                                                    2/18/2025
5850 East Milton Rd.
Milton, FL 32583                          DC4-711A Medical Refusals
Main: 8509835800 Fax: 8509835864          Date of Service: 4/22/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ██████████
Facility: 135-SANTA ROSA ANNEX
**DC4-711A Medical Refusals**


*Imported By: Jordan Nguyen, Medical Records Clerk, Centurion 4/23/2024 5:17:04 PM*

_____

External Attachment:

  Type:      Image
 Comment:    DC4-711A,T15204,04222024


Signed By: Johnson, LPN, Licensed Practical Nurse, Centurion,
Lauren at 4/23/2024 5:17:31 PM

1 of 1

# FLORIDA DEPARTMENT OF CORRECTIONS
## REFUSAL OF HEALTH CARE SERVICES

This is to certify that I am refusing the following:

- ☐ Medical Services _____
- ☐ Mental Health Services _____
- ☐ Dental Services _____
- ☒ Medication  Fluoxetine HCl 10mg | Fluoxetine HCl 20mg | Melatonin 3mg
- ☐ Lab/Diagnostic testing _____
- ☐ Other _____

I understand this refusal is against the advice of my health care providers. I acknowledge that I have been informed of the diagnosis, if known, the nature and purposes of the proposed procedure/treatment/medication, risks and benefits of the proposed procedure/treatment/medication, alternative treatments and their risks and benefits and the consequences and danger to my health and possibly to my life that may result from my refusal of this procedure/treatment/medication.

I have been given sufficient time to ask questions about my condition and about my decision to refuse the proposed procedure/treatment/medication that my health care provider has explained to me is medically indicated and necessary.

I voluntarily assume the risks and accept the consequences of my refusal of the procedure/treatment/medication. I am releasing the Department of Corrections, all health care providers, the facility, and facility staff from any and all liability for ill effects that may result from my refusal of treatment.

_Refused to Sign_ _____

**Signature of Patient\***

04/22/24 @ 5:00pm

**Date/Time**

**Two Witnesses:** I, _L. Johnsm LPL_ ___ am a health care staff member and I have witnessed the patient voluntarily sign this form/refuse to sign the form.

_[signature]_ _____

Signature of Witness

LPN

Title of Witness

I, _Tomber_ ___ am a staff member who is not the patient's health care provider for this procedure and I have witnessed the patient voluntarily sign this form/refuse to sign the form.

_F. Bond_ _____

Signature of Witness

_SW_

Title of Witness

I am aware that this patient <u>refused the proposed procedure/ treatment/medication and</u> has signed this form/ refused to sign the form.

_____

Signature of Clinician

Date/Stamp

Interpreter/translator: To the best of my knowledge, the patient understood what was interpreted/translated and voluntarily signed this form/refused to sign the form.

_____

Signature of Interpreter/Translator

Title of Witness

*If the patient refuses to sign this document, but has verbally refused the above procedure, write REFUSES TO SIGN above Signature of Patient.

Inmate Name _Lee, Robert_

DC# _115704_   Race/Sex _B/M_

Date of Birth ▓▓▓▓▓▓▓

Institution ▓▓ SANTA ROSA – J DORM

DC4-711A (Effective 8/13) (Page 1 of 2)

Incorporated by Reference in Rule 33-401.103, F.A.C.

APR 2 3 REC'D

SANTA ROSA ANNEX
MENTAL HEALTH

## ESTADO DE LA FLORIDA DEPARTAMENTO DE CORRECCIONES
## DECLARACION JURADA DE RECHAZO A TRATAMIENTO MEDICO

Yo certifico que rechazo lo siguiente:

☐ Servicios medicos _____

☐ Servicios de salud mental _____

☐ Servicios dentales _____

☐ Medicamentos _____

☐ Examenes de laboratorio/pruebas diagnósticas _____

☐ Otros _____

Yo comprendo que este rechazo es en contra de la opinion medica. Yo reconosco que he sido informado del diagnostico, si es confirmado, la condición y propósito del propuesto procedimiento/tratamiento/medicamento, los riesgos y beneficios del propuesto procedimiento/tratamiento/medicamento. También he sido informado de tratamiento alternativo y sus riesgos y beneficios y de las consecuencias y los peligros para mi salud y el posible riesgo de muerte que puede resultar de no consentir al procedimiento/tratamiento/medicamento.

Me han dado suficiente tiempo para hacer preguntas sobre mi condición y sobre mi decisión de no consentir al propuesto procedimiento/tratamiento/medicamento que el proveedor de servicios médicos me ha explicado es indicado y necesario.

Yo voluntariamente asumo los riesgos y acepto las consecuencias de no consentir al procedimiento/tratamiento/medicamento. Yo declaro que el Departamento de Correcciones, los proveedores de servicios médicos, la facilidad, y los miembros del equipo médico no son responsables por cualquier incapacidad o complicaciones que puedan ocurrir como consecuencia de haberme negado a recibir tratamiento médico.

**Firma del Paciente\*** _____     **Fecha/Hora** _____

**Dos Testigos:**   Yo, _____ soy un miembro del equipo médico y he sido testigo que el paciente ha firmado voluntariamente este documento/rehúsa firmar.

Firma del testigo _____     Titulo del testigo _____

Yo, _____ soy miembro del personal que no es el proveedor del cuidado de salud del paciente para este procedimiento y he sido testigo que el paciente voluntariamente firmo este documento / rehúsafirmar el documento.

Firma del testigo _____     Titulo del testigo _____

Yo me enterado que este paciente rehusa el proposito del tratamiento o intervencion/medicamento y a firmado este documento/rehúsa firmar.

Firma del Médico _____     Fecha/Sello _____

\*Si el paciente rehusa firmar este documento, pero verbalmente rechaza el procedimiento arriba descrito, escriba REHUSA FIRMAR ARRIBA Firma del Paciente.

Inmate Name _Lee, Robert_
DC# _15?0A_     Race/Sex _B/M_
Date of Birth _____
Institution   **SANTA ROSA AX - J DORM**

DC4-711A (Effective 8/13)  (Page 2 of 2)

Incorporated by Reference in Rule 33-401.105, F.A.C.

**119-SANTA ROSA C.I.**                                              2/18/2025
5850 East Milton Rd.
Milton, FL 32583                          DC4-711A Medical Refusals
Main: 8509835800 Fax: 8509835864          Date of Service: 4/22/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████████
Facility: 135-SANTA ROSA ANNEX
**DC4-711A Medical Refusals**


*Imported By: Jordan Nguyen, Medical Records Clerk, Centurion 4/23/2024 5:13:38 PM*

---

External Attachment:

  Type:     Image
 Comment:    DC4-711A,T15204,04222024


Signed By: Lovelle, Nursing Assistant, Centurion, Vannessa at
4/23/2024 5:14:01 PM
Signed By: Perry, MD, Physician, Centurion, Debra at 4/24/2024
8:31:38 AM
Signed By: Lovelle, Nursing Assistant, Centurion, Vannessa at
4/26/2024 8:27:42 AM

1 of 1

**FLORIDA DEPARTMENT OF CORRECTIONS**
**REFUSAL OF HEALTH CARE SERVICES**

This is to certify that I am refusing the following:

☒ Medical Services ___Provider Care / Vitals : wt___

☒ Mental Health Services _____

☐ Dental Services _____

☐ Medication _____

☐ Lab/Diagnostic testing _____

☐ Other _____

I understand this refusal is against the advice of my health care providers. I acknowledge that I have been informed of the diagnosis, if known, the nature and purposes of the proposed procedure/treatment/medication, risks and benefits of the proposed procedure/treatment/medication, alternative treatments and their risks and benefits and the consequences and danger to my health and possibly to my life that may result from my refusal of this procedure/treatment/medication.

I have been given sufficient time to ask questions about my condition and about my decision to refuse the proposed procedure/treatment/medication that my health care provider has explained to me is medically indicated and necessary.

I voluntarily assume the risks and accept the consequences of my refusal of the procedure/treatment/medication. I am releasing the Department of Corrections, all health care providers, the facility, and facility staff from any and all liability for ill effects that may result from my refusal of treatment.

___Refuse to Sign___                    ___4/22/24___    ___10:30___
**Signature of Patient\***              **Date/Time**

---

**Two Witnesses:** I, ___V Lovette___ am a health care staff member and I have witnessed the patient voluntarily sign this form/refuse to sign the form.

___V Lovette___                         ___CNA___
Signature of Witness                    Title of Witness

I, ___V Boatwright___ am a staff member who is not the patient's health care provider for this procedure and I have witnessed the patient voluntarily sign this form/refuse to sign the form.

_____                     _____
Signature of Witness                    Title of Witness

I am aware that this patient _refused the proposed procedure/ treatment/medication and_ has signed this form/ refused to sign the form.

_____                     _____
Signature of Clinician                  Date/Stamp

Interpreter/translator: To the best of my knowledge, the patient understood what was interpreted/translated and voluntarily signed this form/refused to sign the form.

_____                     _____
Signature of Interpreter/Translator     Title of Witness

\*If the patient refuses to sign this document, but has verbally refused the above procedure, write REFUSES TO SIGN above Signature of Patient.

Inmate Name ___Lee, Robert___
DC# ___715204___       Race/Sex ___B/M___
Date of Birth _____
Institution ___Santa X J Dorm___

DC4-711A (Effective 8/13) (Page 1 of 2)

ESTADO DE LA FLORIDA DEPARTAMENTO DE CORRECCIONES
## DECLARACION JURADA DE RECHAZO A TRATAMIENTO MEDICO

Yo certifico que rechazo lo siguiente:

☐ Servicios medicos _____

☐ Servicios de salud mental _____

☐ Servicios dentales _____

☐ Medicamentos _____

☐ Examenes de laboratorio/pruebas
   diagnósticas _____

☐ Otros _____

Yo comprendo que este rechazo es en contra de la opinion medica. Yo reconosco que he sido informado del diagnostico, si es confirmado, la condición y propósito del propuesto procedimiento/tratamiento/medicamento, los riesgos y beneficios del propuesto procedimiento/tratamiento/medicamento. También he sido informado de tratamiento alternativo y sus riesgos y beneficios y de las consecuencias y los peligros para mi salud y el posible riesgo de muerte que puede resultar de no consentir al procedimiento/tratamiento/medicamento.

Me han dado suficiente tiempo para hacer preguntas sobre mi condición y sobre mi decisión de no consentir al propuesto procedimiento/tratamiento/medicamento que el proveedor de servicios médicos me ha explicado es indicado y necesario.

Yo voluntariamente asumo los riesgos y acepto las consecuencias de no consentir al procedimiento/tratamiento/medicamento. Yo declaro que el Departamento de Correcciones, los proveedores de servicios médicos, la facilidad, y los miembros del equipo médico no son responsables por cualquier incapacidad o complicaciones que puedan ocurrir como consecuencia de haberme negado a recibir tratamiento médico.

_____          _____
**Firma del Paciente***              **Fecha/Hora**

**Dos Testigos:**    **Yo,**_____ soy un miembro del equipo médico y he sido testigo que el paciente ha firmado voluntariamente este documento/rehúsa firmar.

_____          _____
Firma del testigo                    Titulo del testigo

**Yo,**_____ soy miembro del personal que no es el proveedor del cuidado de salud del paciente para este procedimiento y he sido testigo que el paciente voluntariamente firmo este documento / rehúsafirmar el documento.

_____          _____
Firma del testigo                    Titulo del testigo

Yo me enterado que este paciente rehusa el proposito del tratramiento o intervencion/medicamento y a firmado este documento/rehúsa firmar.

_____          _____
Firma del Médico                     Fecha/Sello

*Si el paciente rehusa firmar este documento, pero verbalmente rechaza el procedimiento arriba descrito, escriba REHUSA FIRMAR ARRIBA Firma del Paciente.

Inmate Name _Lee, Robert_
DC# _T15204_    Race/Sex _B/m_
Date of Birth _____
Institution _Sarax Storm_

DC4-711A (Effective 8/13)  (Page 2 of 2)

**119-SANTA ROSA C.I.**                                         2/18/2025
5850 East Milton Rd.
Milton, FL 32583                          DC4-711A Medical Refusals
Main: 8509835800 Fax: 8509835864        Date of Service: 4/22/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████████
Facility: 135-SANTA ROSA ANNEX
**DC4-711A Medical Refusals**


*Imported By: Jordan Nguyen, Medical Records Clerk, Centurion 4/23/2024 5:06:15 PM*

_____

External Attachment:

  Type:     Image
 Comment:   DC4-711A,T15204,04222024


Signed By: Roney, LPN, Licensed Practical Nurse, Centurion,
Christina at 4/23/2024 5:06:31 PM
Signed By: Perry, MD, Physician, Centurion, Debra at 4/24/2024
8:29:09 AM

1 of 1



**FLORIDA DEPARTMENT OF CORRECTIONS**
**REFUSAL OF HEALTH CARE SERVICES**

This is to certify that I am refusing the following:

☐ Medical Services _____

☐ Mental Health Services _____

☐ Dental Services _____

☒ Medication  FIBER 625 MG _____

☐ Lab/Diagnostic testing _____

☐ Other _____

I understand this refusal is against the advice of my health care providers. I acknowledge that I have been informed of the diagnosis, if known, the nature and purposes of the proposed procedure/treatment/medication, risks and benefits of the proposed procedure/treatment/medication, alternative treatments and their risks and benefits and the consequences and danger to my health and possibly to my life that may result from my refusal of this procedure/treatment/medication.

I have been given sufficient time to ask questions about my condition and about my decision to refuse the proposed procedure/treatment/medication that my health care provider has explained to me is medically indicated and necessary.

I voluntarily assume the risks and accept the consequences of my refusal of the procedure/treatment/medication. I am releasing the Department of Corrections, all health care providers, the facility, and facility staff from any and all liability for ill effects that may result from my refusal of treatment.

___REFUSED TO SIGN___          ___4/22/24 @ 0429___
**Signature of Patient***          **Date/Time**

| Two Witnesses:  I, C. KONEY LPN | am a health care staff member and I have witnessed the |
|---|---|

patient voluntarily sign this form/refuse to sign the form.

_____          ___LPN___
Signature of Witness          Title of Witness

I, _____ am a staff member who is not the patient's health care provider for this procedure and I have witnessed the patient voluntarily sign this form/refuse to sign the form.

_____          _____
Signature of Witness          Title of Witness

I am aware that this patient refused the proposed procedure/ treatment/medication and has signed this form/ refused to sign the form.

_____          _____
Signature of Clinician          Date/Stamp

Interpreter/translator: To the best of my knowledge, the patient understood what was interpreted/translated and voluntarily signed this form/refused to sign the form.

_____          _____
Signature of Interpreter/Translator          Title of Witness

*If the patient refuses to sign this document, but has verbally refused the above procedure, write REFUSES TO SIGN above Signature of Patient.

Inmate Name LEE, ROBERT
DC# T15204          Race/Sex B/M
Date of Birth ▓▓▓▓▓
Institution SANTA ANNEX

DC4-711A (Effective 8/13) (Page 1 of 2)

Incorporated by Reference in Rule 33-401.103, F.A.C.

APR 2 2 RECD
SANTA ROSA ANNEX
MENTAL HEALTH

ESTADO DE LA FLORIDA DEPARTAMENTO DE CORRECCIONES
## DECLARACION JURADA DE RECHAZO A TRATAMIENTO MEDICO

Yo certifico que rechazo lo siguiente:

- ☐ Servicios medicos _____
- ☐ Servicios de salud mental _____
- ☐ Servicios dentales _____
- ☐ Medicamentos _____
- ☐ Examenes de laboratorio/pruebas diagnósticas _____
- ☐ Otros _____

Yo comprendo que este rechazo es en contra de la opinion medica. Yo reconosco que he sido informado del diagnostico, si es confirmado, la condición y propósito del propuesto procedimiento/tratamiento/medicamento, los riesgos y beneficios del propuesto procedimiento/tratamiento/medicamento. También he sido informado de tratamiento alternativo y sus riesgos y beneficios y de las consecuencias y los peligros para mi salud y el posible riesgo de muerte que puede resultar de no consentir al procedimiento/tratamiento/medicamento.

Me han dado suficiente tiempo para hacer preguntas sobre mi condición y sobre mi decisión de no consentir al propuesto procedimiento/tratamiento/medicamento que el proveedor de servicios médicos me ha explicado es indicado y necesario.

Yo voluntariamente asumo los riesgos y acepto las consecuencias de no consentir al procedimiento/tratamiento/medicamento. Yo declaro que el Departamento de Correcciones, los proveedores de servicios médicos, la facilidad, y los miembros del equipo médico no son responsables por cualquier incapacidad o complicaciones que puedan ocurrir como consecuencia de haberme negado a recibir tratamiento médico.

_____          _____
**Firma del Paciente***                    **Fecha/Hora**

**Dos Testigos:**    Yo,_____ soy un miembro del equipo médico y he sido testigo que el paciente ha firmado voluntariamente este documento/rehúsa firmar.

_____          _____
Firma del testigo                          Titulo del testigo

Yo,_____ soy miembro del personal que no es el proveedor del cuidado de salud del paciente para este procedimiento y he sido testigo que el paciente voluntariamente firmo este documento / rehúsafirmar el documento.

_____          _____
Firma del testigo                          Titulo del testigo

Yo me enterado que este paciente rehusa el proposito del tratramiento o intervencion/medicamento y a firmado este documento/rehúsa firmar.

_____          _____
Firma del Médico                          Fecha/Sello

*Si el paciente rehusa firmar este documento, pero verbalmente rechaza el procedimiento arriba descrito, escriba REHUSA FIRMAR ARRIBA Firma del Paciente.

Inmate Name LEE, ROBERT
DC# T15204          Race/Sex B/M
Date of Birth [redacted]
Institution SAKCI ANNEX

DC4-711A (Effective 8/13) (Page 2 of 2)

Incorporated by Reference in Rule 33-401.105, F.A.C.

**119-SANTA ROSA C.I.**                                    2/18/2025
5850 East Milton Rd.
Milton, FL 32583                          DC4-711A Medical Refusals
Main: 8509835800 Fax: 8509835864          Date of Service: 4/21/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████████
Facility: 135-SANTA ROSA ANNEX
**DC4-711A Medical Refusals**


*Imported By: Jordan Nguyen, Medical Records Clerk, Centurion 4/23/2024 4:55:36 PM*

_____

External Attachment:

  Type:     Image
 Comment:   DC4-711A,T15204,04212024



Signed By: Roney, LPN, Licensed Practical Nurse, Centurion,
Christina at 4/23/2024 4:56:00 PM
Signed By: Perry, MD, Physician, Centurion, Debra at 4/24/2024
8:23:49 AM

                                                          1 of 1



## FLORIDA DEPARTMENT OF CORRECTIONS
### REFUSAL OF HEALTH CARE SERVICES

This is to certify that I am refusing the following:

- ☐ Medical Services _____
- ☐ Mental Health Services _____
- ☐ Dental Services _____
- ☒ Medication  FIBER 625 MG _____
- ☐ Lab/Diagnostic testing _____
- ☐ Other _____

I understand this refusal is against the advice of my health care providers. I acknowledge that I have been informed of the diagnosis, if known, the nature and purposes of the proposed procedure/treatment/medication, risks and benefits of the proposed procedure/treatment/medication, alternative treatments and their risks and benefits and the consequences and danger to my health and possibly to my life that may result from my refusal of this procedure/treatment/medication.

I have been given sufficient time to ask questions about my condition and about my decision to refuse the proposed procedure/treatment/medication that my health care provider has explained to me is medically indicated and necessary.

I voluntarily assume the risks and accept the consequences of my refusal of the procedure/treatment/medication. I am releasing the Department of Corrections, all health care providers, the facility, and facility staff from any and all liability for ill effects that may result from my refusal of treatment.

REFUSED TO SIGN _____     4/21/24 @ 0419 _____
**Signature of Patient***                          **Date/Time**

**Two Witnesses:**  I, C. RONEY LPN _____  am a health care staff member and I have witnessed the
patient voluntarily sign this form/refuse to sign the form.

_____                            LPN
Signature of Witness                               Title of Witness

I, _____  am a staff member who is not the patient's health care
provider for this procedure and I have witnessed the patient voluntarily sign this form/refuse to sign the form.

_____                            _____
Signature of Witness                               Title of Witness

I am aware that this patient refused the proposed procedure/ treatment/medication and has signed this form/ refused to sign the form.

_____                            _____
Signature of Clinician                             Date/Stamp

Interpreter/translator: To the best of my knowledge, the patient understood what was interpreted/translated and voluntarily signed this form/refused to sign the form.

_____                            _____
Signature of Interpreter/Translator                Title of Witness

*If the patient refuses to sign this document, but has verbally refused the above procedure, write REFUSES TO SIGN above Signature of Patient.

Inmate Name  LEE, ROBERT _____
DC# T15204          Race/Sex  B / M
Date of Birth  ▊▊▊▊▊
Institution  SANTA ROSA ANNEX

DC4-711A (Effective 8/13) (Page 1 of 2)

APR 22 REC'D
SANTA ROSA ANNEX
MENTAL HEALTH

## ESTADO DE LA FLORIDA DEPARTAMENTO DE CORRECCIONES
## DECLARACION JURADA DE RECHAZO A TRATAMIENTO MÉDICO

Yo certifico que rechazo lo siguiente:

☐ Servicios medicos _____

☐ Servicios de salud mental _____

☐ Servicios dentales _____

☐ Medicamentos _____

☐ Examenes de laboratorio/pruebas diagnósticas _____

☐ Otros _____

Yo comprendo que este rechazo es en contra de la opinion medica. Yo reconósco que he sido informado del diagnostico, si es confirmado, la condición y propósito del propuesto procedimiento/tratamiento/medicamento, los riesgos y beneficios del propuesto procedimiento/tratamiento/medicamento. También he sido informado de tratamiento alternativo y sus riesgos y beneficios y de las consecuencias y los peligros para mi salud y el posible riesgo de muerte que puede resultar de no consentir al procedimiento/tratamiento/medicamento.

Me han dado suficiente tiempo para hacer preguntas sobre mi condición y sobre mi decisión de no consentir al propuesto procedimiento/tratamiento/medicamento que el proveedor de servicios médicos me ha explicado es indicado y necesario.

Yo voluntariamente asumo los riesgos y acepto las consecuencias de no consentir al procedimiento/tratamiento/medicamento. Yo declaro que el Departamento de Correcciones, los proveedores de servicios médicos, la facilidad, y los miembros del equipo médico no son responsables por cualquier incapacidad o complicaciones que puedan ocurrir como consecuencia de haberme negado a recibir tratamiento médico.

| Firma del Paciente* | Fecha/Hora |
|---|---|

**Dos Testigos:** Yo, _____ soy un miembro del equipo médico y he sido testigo que el paciente ha firmado voluntariamente este documento/rehúsa firmar.

| Firma del testigo | Titulo del testigo |
|---|---|

Yo, _____ soy miembro del personal que no es el proveedor del cuidado de salud del paciente para este procedimiento y he sido testigo que el paciente voluntariamente firmo este documento / rehúsafirmar el documento.

| Firma del testigo | Titulo del testigo |
|---|---|

Yo me enterado que este paciente rehusa el proposito del tratamiento o intervencion/medicamento y a firmado este documento/rehúsa firmar.

| Firma del Médico | Fecha/Sello |
|---|---|

*Si el paciente rehusa firmar este documento, pero verbalmente rechaza el procedimiento arriba descrito, escriba REHUSA FIRMAR ARRIBA Firma del Paciente.

Inmate Name LEE, ROBERT
DC# T15204          Race/Sex B/M
Date of Birth
Institution SARCI ANNEX

DC4-711A (Effective 8/13) (Page 2 of 2)

**119-SANTA ROSA C.I.**                                            2/18/2025
5850 East Milton Rd.
Milton, FL 32583                          DC4-711A Medical Refusals
Main: 8509835800 Fax: 8509835864          Date of Service: 4/21/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████████
Facility: 135-SANTA ROSA ANNEX
**DC4-711A Medical Refusals**


*Imported By: Jordan Nguyen, Medical Records Clerk, Centurion 4/23/2024 4:50:43 PM*

_____

    External Attachment:

     Type:     Image
     Comment:   DC4-711A,T15204,04212024



Signed By: Blue-Bartlett, LPN, Licensed Practical Nurse,
Centurion, Kimberly at 4/23/2024 4:51:02 PM

                                                              1 of 1

## REFUSAL OF HEALTH CARE SERVICES

This is to certify that I am refusing the following:

☐ Medical Services _____

☐ Mental Health Services _____

☐ Dental Services _____

☒ Medication PROZAC 30mg; melatonin 3mg

☐ Lab/Diagnostic testing _____

☐ Other _____

I understand this refusal is against the advice of my health care providers. I acknowledge that I have been informed of the diagnosis, if known, the nature and purposes of the proposed procedure/treatment/medication, risks and benefits of the proposed procedure/treatment/medication, alternative treatments and their risks and benefits and the consequences and danger to my health and possibly to my life that may result from my refusal of this procedure/treatment/medication.

I have been given sufficient time to ask questions about my condition and about my decision to refuse the proposed procedure/treatment/medication that my health care provider has explained to me is medically indicated and necessary.

I voluntarily assume the risks and accept the consequences of my refusal of the procedure/treatment/medication. I am releasing the Department of Corrections, all health care providers, the facility, and facility staff from any and all liability for ill effects that may result from my refusal of treatment.

refused to sign                                    4/21/24        17W

**Signature of Patient***                           **Date/Time**

| | |
|---|---|
| **Two Witnesses:** I, ~~K. BARTLETT, LPN~~ ~~SANTA ROSA CI / ANNEX~~ patient voluntarily sign this form/refuse to sign the form. | am a health care staff member and I have witnessed the |
| | K. BARTLETT, LPN SANTA ROSA CI / ANNEX |
| Rbartlett LPN | |
| Signature of Witness | Title of Witness |

I, D·Woldin am a staff member who is not the patient's health care provider for this procedure and I have witnessed the patient voluntarily sign this form/refuse to sign the form.

| | |
|---|---|
| | Ofc |
| Signature of Witness | Title of Witness |

I am aware that this patient refused the proposed procedure/ treatment/medication and has signed this form/ refused to sign the form.

| | |
|---|---|
| Signature of Clinician | Date/Stamp |

Interpreter/translator: To the best of my knowledge, the patient understood what was interpreted/translated and voluntarily signed this form/refused to sign the form.

| | |
|---|---|
| Signature of Interpreter/Translator | Title of Witness |

*If the patient refuses to sign this document, but has verbally refused the above procedure, write REFUSES TO SIGN above Signature of Patient.

Inmate Name Lee, Robert

DC# T15204          Race/Sex B / M

Date of Birth _____

Institution _____ SANTA ROSA J DORM

DC4-711A (Effective 8/13) (Page 1 of 2)

Incorporated by Reference in Rule 33-401.103, F.A.C.

APR 22 RECD SANTA ROSA ANNEX HEALTH

ESTADO DE LA FLORIDA DEPARTAMENTO DE CORRECCIONES
## DECLARACION JURADA DE RECHAZO A TRATAMIENTO MEDICO

Yo certifico que rechazo lo siguiente:

- ☐ Servicios medicos _____
- ☐ Servicios de salud mental _____
- ☐ Servicios dentales _____
- ☐ Medicamentos _____
- ☐ Examenes de laboratorio/pruebas diagnósticas _____
- ☐ Otros _____

Yo comprendo que este rechazo es en contra de la opinion medica. Yo reconosco que he sido informado del diagnostico, si es confirmado, la condición y propósito del propuesto procedimiento/tratamiento/medicamento, los riesgos y beneficios del propuesto procedimiento/tratamiento/medicamento. También he sido informado de tratamiento alternativo y sus riesgos y beneficios y de las consecuencias y los peligros para mi salud y el posible riesgo de muerte que puede resultar de no consentir al procedimiento/tratamiento/medicamento.

Me han dado suficiente tiempo para hacer preguntas sobre mi condición y sobre mi decisión de no consentir al propuesto procedimiento/tratamiento/medicamento que el proveedor de servicios médicos me ha explicado es indicado y necesario.

Yo voluntariamente asumo los riesgos y acepto las consecuencias de no consentir al procedimiento/tratamiento/medicamento. Yo declaro que el Departamento de Correcciones, los proveedores de servicios médicos, la facilidad, y los miembros del equipo médico no son responsables por cualquier incapacidad o complicaciones que puedan ocurrir como consecuencia de haberme negado a recibir tratamiento médico.

| Firma del Paciente* | Fecha/Hora |
|---|---|

**Dos Testigos:** Yo, _____ soy un miembro del equipo médico y he sido testigo que el paciente ha firmado voluntariamente este documento/rehúsa firmar.

| Firma del testigo | Titulo del testigo |
|---|---|

Yo, _____ soy miembro del personal que no es el proveedor del cuidado de salud del paciente para este procedimiento y he sido testigo que el paciente voluntariamente firmo este documento / rehúsa firmar el documento.

| Firma del testigo | Titulo del testigo |
|---|---|

Yo me enterado que este paciente rehusa el proposito del tratramiento o intervencion/medicamento y a firmado este documento/rehúsa firmar.

| Firma del Médico | Fecha/Sello |
|---|---|

*Si el paciente rehusa firmar este documento, pero verbalmente rechaza el procedimiento arriba descrito, escriba REHUSA FIRMAR ARRIBA **Firma del Paciente.**

Inmate Name Lee. Robert
DC# T15204     Race/Sex B/M
Date of Birth _____
Institution     SANTA ROSA AX - J DORM

DC4-711A (Effective 8/13) (Page 2 of 2)

Incorporated by Reference in Rule 33-401.105, F.A.C.

**119-SANTA ROSA C.I.**                                    2/18/2025
5850 East Milton Rd.
Milton, FL 32583                       DC4-711A Medical Refusals
Main: 8509835800 Fax: 8509835864    Date of Service: 4/21/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: █████████
Facility: 135-SANTA ROSA ANNEX
**DC4-711A Medical Refusals**


*Imported By: Jordan Nguyen, Medical Records Clerk, Centurion 4/23/2024 4:50:15 PM*

_____

External Attachment:

  Type:     Image
 Comment:   DC4-711A,T15204,04212024


Signed By: Blue-Bartlett, LPN, Licensed Practical Nurse,
Centurion, Kimberly at 4/23/2024 4:50:31 PM
Signed By: Perry, MD, Physician, Centurion, Debra at 4/24/2024
8:25:18 AM
Signed By: Marien, Licensed Psychologist, Centurion, Chelsea at
4/25/2024 9:19:19 AM

1 of 1

**REFUSAL OF HEALTH CARE SERVICES**

This is to certify that I am refusing the following:

☐ Medical Services _____

☐ Mental Health Services _____

☐ Dental Services _____

☒ Medication FIBER 1025mg

☐ Lab/Diagnostic testing _____

☐ Other _____

I understand this refusal is against the advice of my health care providers. I acknowledge that I have been informed of the diagnosis, if known, the nature and purposes of the proposed procedure/treatment/medication, risks and benefits of the proposed procedure/treatment/medication, alternative treatments and their risks and benefits and the consequences and danger to my health and possibly to my life that may result from my refusal of this procedure/treatment/medication.

I have been given sufficient time to ask questions about my condition and about my decision to refuse the proposed procedure/treatment/medication that my health care provider has explained to me is medically indicated and necessary.

I voluntarily assume the risks and accept the consequences of my refusal of the procedure/treatment/medication. I am releasing the Department of Corrections, all health care providers, the facility, and facility staff from any and all liability for ill effects that may result from my refusal of treatment.

refused to sign                          4/21/24    1700
**Signature of Patient***                **Date/Time**

| | |
|---|---|
| **Two Witnesses:** I, ~~K. BARTLETT, LPN~~ ~~SANTA ROSA CI / ANNEX~~ patient voluntarily sign this form/refuse to sign the form. | am a health care staff member and I have witnessed the |
| | K. BARTLETT, LPN SANTA ROSA CI / ANNEX |
| Signature of Witness | Title of Witness |

I, _____ am a staff member who is not the patient's health care provider for this procedure and I have witnessed the patient voluntarily sign this form/refuse to sign the form.

_____                 OH
**Signature of Witness**                 **Title of Witness**

I am aware that this patient refused the proposed procedure/ treatment/medication and has signed this form/ refused to sign the form.

_____                 _____
Signature of Clinician                   Date/Stamp

Interpreter/translator: To the best of my knowledge, the patient understood what was interpreted/translated and voluntarily signed this form/refused to sign the form.

_____                 _____
Signature of Interpreter/Translator      Title of Witness

*If the patient refuses to sign this document, but has verbally refused the above procedure, write REFUSES TO SIGN above Signature of Patient.

Inmate Name Lee Robert
DC# T15204        Race/Sex M
Date of Birth _____
Institution  SANTA ROSA AX - J DORM

DC4-711A (Effective 8/13) (Page 1 of 2)

incorporated by Reference in Rule 33-401.103, F.A.C.

APR 22 RECD
SANTA ROSA ANNEX
MENTAL HEALTH

ESTADO DE LA FLORIDA DEPARTAMENTO DE CORRECCIONES
## DECLARACION JURADA DE RECHAZO A TRATAMIENTO MEDICO

Yo certifico que rechazo lo siguiente:

☐ Servicios medicos _____

☐ Servicios de salud mental _____

☐ Servicios dentales _____

☐ Medicamentos _____

☐ Examenes de laboratorio/pruebas
diagnósticas _____

☐ Otros _____

Yo comprendo que este rechazo es en contra de la opinion medica. Yo reconosco que he sido informado del diagnostico, si es confirmado, la condición y propósito del propuesto procedimiento/tratamiento/medicamento, los riesgos y beneficios del propuesto procedimiento/tratamiento/medicamento. También he sido informado de tratamiento alternativo y sus riesgos y beneficios y de las consecuencias y los peligros para mi salud y el posible riesgo de muerte que puede resultar de no consentir al procedimiento/tratamiento/medicamento.

Me han dado suficiente tiempo para hacer preguntas sobre mi condición y sobre mi decisión de no consentir al propuesto procedimiento/tratamiento/medicamento que el proveedor de servicios médicos me ha explicado es indicado y necesario.

Yo voluntariamente asumo los riesgos y acepto las consecuencias de no consentir al procedimiento/tratamiento/medicamento. Yo declaro que el Departamento de Correcciones, los proveedores de servicios médicos, la facilidad, y los miembros del equipo médico no son responsables por cualquier incapacidad o complicaciones que puedan ocurrir como consecuencia de haberme negado a recibir tratamiento médico.

_____         _____
**Firma del Paciente***                                               **Fecha/Hora**

**Dos Testigos:**    Yo, _____ soy un miembro del equipo médico y he sido testigo que el
paciente ha firmado voluntariamente este documento/rehúsa firmar.

_____         _____
Firma del testigo                                                        Titulo del testigo

        Yo, _____ soy miembro del personal que no es el proveedor del cuidado
de salud del paciente para este procedimiento y he sido testigo que el paciente voluntariamente firmo este documento /
rehúsafirmar el documento.

_____         _____
Firma del testigo                                                        Titulo del testigo

Yo me enterado que este paciente rehusa el proposito del tratramiento o intervencion/medicamento y a firmado este
documento/rehúsa firmar.

_____         _____
Firma del Médico                                                       Fecha/Sello

*Si el paciente rehusa firmar este documento, pero verbalmente rechaza el procedimiento arriba descrito, escriba REHUSA FIRMAR ARRIBA Firma del Paciente.

Inmate Name **Lee. Robert**
DC# **T15204**        Race/Sex **b / m**
Date of Birth _____
Institution    **SANTA ROSA AX - J DORM**

DC4-711A (Effective 8/13) (Page 2 of 2)

**119-SANTA ROSA C.I.**                                      2/18/2025
5850 East Milton Rd.
Milton, FL 32583                          DC4-711A Medical Refusals
Main: 8509835800 Fax: 8509835864          Date of Service: 4/20/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ██████████
Facility: 135-SANTA ROSA ANNEX
**DC4-711A Medical Refusals**


*Imported By: Jordan Nguyen, Medical Records Clerk, Centurion 4/23/2024 4:13:06 PM*

_____

External Attachment:

  Type:     Image
  Comment:  DC4-711A,T15204,04202024



Signed By: North, LPN, Licensed Practical Nurse, Centurion,
Deborah at 4/23/2024 4:26:22 PM
Signed By: Perry, MD, Physician, Centurion, Debra at 4/24/2024
8:21:26 AM

1 of 1



## FLORIDA DEPARTMENT OF CORRECTIONS
## REFUSAL OF HEALTH CARE SERVICES

This is to certify that I am refusing the following:

- ☐ Medical Services _____
- ☐ Mental Health Services _____
- ☐ Dental Services _____
- ☑ Medication _Filler 625 mg #12 all future doses_
- ☐ Lab/Diagnostic testing _____
- ☐ Other _____

I understand this refusal is against the advice of my health care providers. I acknowledge that I have been informed of the diagnosis, if known, the nature and purposes of the proposed procedure/treatment/medication, risks and benefits of the proposed procedure/treatment/medication, alternative treatments and their risks and benefits and the consequences and danger to my health and possibly to my life that may result from my refusal of this procedure/treatment/medication.

I have been given sufficient time to ask questions about my condition and about my decision to refuse the proposed procedure/treatment/medication that my health care provider has explained to me is medically indicated and necessary.

I voluntarily assume the risks and accept the consequences of my refusal of the procedure/treatment/medication. I am releasing the Department of Corrections, all health care providers, the facility, and facility staff from any and all liability for ill effects that may result from my refusal of treatment.

| _Refused to Sign_ | _4-20-2024_ | _0437_ |
|---|---|---|
| **Signature of Patient\*** | **Date/Time** | |

| Two Witnesses: I, _D. North, LPN_ am a health care staff member and I have witnessed the patient voluntarily sign this form/refuse to sign the form. |
|---|

| _(signature)_ | _LPN_ |
|---|---|
| Signature of Witness | Title of Witness |

I, _T. Frazier, LPN_ am a staff member who is not the patient's health care provider for this procedure and I have witnessed the patient voluntarily sign this form/refuse to sign the form.

| _(signature)_ | _LPN_ |
|---|---|
| Signature of Witness | Title of Witness |

I am aware that this patient refused the proposed procedure/ treatment/medication and has signed this form/ refused to sign the form.

| | |
|---|---|
| Signature of Clinician | Date/Stamp |

Interpreter/translator: To the best of my knowledge, the patient understood what was interpreted/translated and voluntarily signed this form/refused to sign the form.

| | |
|---|---|
| Signature of Interpreter/Translator | Title of Witness |

\*If the patient refuses to sign this document, but has verbally refused the above procedure, write REFUSES TO SIGN above Signature of Patient.

Inmate Name _Lee, Robert_
DC# _T15204_     Race/Sex _B/M_
Date of Birth _SANTA ROSA AX - J DORM_
Institution _____

DC4-711A (Effective 8/13) (Page 1 of 2)

APR 22 REC'D
SANTA ROSA ANNEX
MENTAL HEALTH

Incorporated by Reference in Rule 33-401.103, F.A.C.

ESTADO DE LA FLORIDA DEPARTAMENTO DE CORRECCIONES
## DECLARACION JURADA DE RECHAZO A TRATAMIENTO MEDICO

Yo certifico que rechazo lo siguiente:

- ☐ Servicios medicos _____
- ☐ Servicios de salud mental _____
- ☐ Servicios dentales _____
- ☐ Medicamentos _____
- ☐ Examenes de laboratorio/pruebas diagnósticas _____
- ☐ Otros _____

Yo comprendo que este rechazo es en contra de la opinion medica. Yo reconozco que he sido informado del diagnostico, si es confirmado, la condición y propósito del propuesto procedimiento/tratamiento/medicamento, los riesgos y beneficios del propuesto procedimiento/tratamiento/medicamento. También he sido informado de tratamiento alternativo y sus riesgos y beneficios y de las consecuencias y los peligros para mi salud y el posible riesgo de muerte que puede resultar de no consentir al procedimiento/tratamiento/medicamento.

Me han dado suficiente tiempo para hacer preguntas sobre mi condición y sobre mi decisión de no consentir al propuesto procedimiento/tratamiento/medicamento que el proveedor de servicios médicos me ha explicado es indicado y necesario.

Yo voluntariamente asumo los riesgos y acepto las consecuencias de no consentir al procedimiento/tratamiento/medicamento. Yo declaro que el Departamento de Correcciones, los proveedores de servicios médicos, la facilidad, y los miembros del equipo médico no son responsables por cualquier incapacidad o complicaciones que puedan ocurrir como consecuencia de haberme negado a recibir tratamiento médico.

**Firma del Paciente\*** _____     **Fecha/Hora** _____

Dos Testigos:     Yo, _____ soy un miembro del equipo médico y he sido testigo que el paciente ha firmado voluntariamente este documento/rehúsa firmar.

Firma del testigo _____     Titulo del testigo _____

Yo _____ soy miembro del personal que no es el proveedor del cuidado de salud del paciente para este procedimiento y he sido testigo que el paciente voluntariamente firmo este documento / rehúsafirmar el documento.

Firma del testigo _____     Titulo del testigo _____

Yo me enterado que este paciente rehusa el proposito del tratamiento o intervencion/medicamento y a firmado este documento/rehúsa firmar.

Firma del Médico _____     Fecha/Sello _____

\*Si el paciente rehusa firmar este documento, pero verbalmente rechaza el procedimiento arriba descrito, escriba REHUSA FIRMAR ARRIBA Firma del Paciente.

Inmate Name ~~Lee Robert~~
DC# T15204    Race/Sex B/M
Date of Birth _____
Institution    SANTA ROSA AX - J DORM

DC4-711A (Effective 8/13)  (Page 2 of 2)

Incorporated by Reference in Rule 33-401.105, F.A.C.

**119-SANTA ROSA C.I.**                                    2/18/2025
5850 East Milton Rd.
Milton, FL 32583                        DC4-711A Medical Refusals
Main: 8509835800 Fax: 8509835864        Date of Service: 4/20/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████████
Facility: 135-SANTA ROSA ANNEX
**DC4-711A Medical Refusals**

*Imported By: Jordan Nguyen, Medical Records Clerk, Centurion 4/23/2024 4:11:28 PM*

_____

External Attachment:

  Type:    Image
 Comment:    DC4-711A,T15204,04202024


Signed By: Blue-Bartlett, LPN, Licensed Practical Nurse,
Centurion, Kimberly at 4/23/2024 4:25:43 PM
Signed By: Perry, MD, Physician, Centurion, Debra at 4/24/2024
8:22:19 AM

1 of 1

**FLORIDA DEPARTMENT OF CORRECTIONS**
**REFUSAL OF HEALTH CARE SERVICES**

This is to certify that I am refusing the following:

- ☐ Medical Services _____
- ☐ Mental Health Services _____
- ☐ Dental Services _____
- ☒ Medication  FIBER 1025mg _____
- ☐ Lab/Diagnostic testing _____
- ☐ Other _____

I understand this refusal is against the advice of my health care providers. I acknowledge that I have been informed of the diagnosis, if known, the nature and purposes of the proposed procedure/treatment/medication, risks and benefits of the proposed procedure/treatment/medication, alternative treatments and their risks and benefits and the consequences and danger to my health and possibly to my life that may result from my refusal of this procedure/treatment/medication.

I have been given sufficient time to ask questions about my condition and about my decision to refuse the proposed procedure/treatment/medication that my health care provider has explained to me is medically indicated and necessary.

I voluntarily assume the risks and accept the consequences of my refusal of the procedure/treatment/medication. I am releasing the Department of Corrections, all health care providers, the facility, and facility staff from any and all liability for ill effects that may result from my refusal of treatment.

_refused to sign_
**Signature of Patient***

4/20/24        NW
**Date/Time**

**Two Witnesses:** I, _____K. BARTLETT, LPN_____ am a health care staff member and I have witnessed the patient voluntarily sign this form/refuse to sign the form. SANTA ROSA CI / ANNEX

_Bartlett LPN_
**Signature of Witness**

K. BARTLETT, LPN
SANTA ROSA CI / ANNEX
**Title of Witness**

I, ___D. Wallon___ am a staff member who is not the patient's health care provider for this procedure and I have witnessed the patient voluntarily sign this form/refuse to sign the form.

_L_

OFC
**Title of Witness**

**Signature of Witness**

I am aware that this patient refused the proposed procedure/ treatment/medication and has signed this form/ refused to sign the form.

_____
**Signature of Clinician**

_____
Date/Stamp

Interpreter/translator: To the best of my knowledge, the patient understood what was interpreted/translated and voluntarily signed this form/refused to sign the form.

_____
**Signature of Interpreter/Translator**

_____
**Title of Witness**

*If the patient refuses to sign this document, but has verbally refused the above procedure, write REFUSES TO SIGN above Signature of Patient.

Inmate Name  Lee . Robert
DC#  T15204    Race/Sex  B / M
Date of Birth _____  SANTA ROSA AX - J DORM
Institution _____

DC4-711A (Effective 8/13) (Page 1 of 2)

APR 2 2 REC'D
SANTA ROSA ANNEX
MENTAL HEALTH

incorporated by Reference in Rule 33-401.103, F.A.C.

## ESTADO DE LA FLORIDA DEPARTAMENTO DE CORRECCIONES
## DECLARACION JURADA DE RECHAZO A TRATAMIENTO MEDICO

Yo certifico que rechazo lo siguiente:

☐ Servicios medicos _____

☐ Servicios de salud mental _____

☐ Servicios dentales _____

☐ Medicamentos _____

☐ Examenes de laboratorio/pruebas diagnósticas _____

☐ Otros _____

Yo comprendo que este rechazo es en contra de la opinion medica. Yo reconosco que he sido informado del diagnostico, si es confirmado, la condición y propósito del propuesto procedimiento/tratamiento/medicamento, los riesgos y beneficios del propuesto procedimiento/tratamiento/medicamento. También he sido informado de tratamiento alternativo y sus riesgos y beneficios y de las consecuencias y los peligros para mi salud y el posible riesgo de muerte que puede resultar de no consentir al procedimiento/tratamiento/medicamento.

Me han dado suficiente tiempo para hacer preguntas sobre mi condición y sobre mi decisión de no consentir al propuesto procedimiento/tratamiento/medicamento que el proveedor de servicios médicos me ha explicado es indicado y necesario.

Yo voluntariamente asumo los riesgos y acepto las consecuencias de no consentir al procedimiento/tratamiento/medicamento. Yo declaro que el Departamento de Correcciones, los proveedores de servicios médicos, la facilidad, y los miembros del equipo médico no son responsables por cualquier incapacidad o complicaciones que puedan ocurrir como consecuencia de haberme negado a recibir tratamiento médico.

_____          _____
**Firma del Paciente***                              **Fecha/Hora**

**Dos Testigos:** Yo, _____ soy un miembro del equipo médico y he sido testigo que el paciente ha firmado voluntariamente este documento/rehúsa firmar.

_____          _____
Firma del testigo                                    Titulo del testigo

Yo, _____ soy miembro del personal que no es el proveedor del cuidado de salud del paciente para este procedimiento y he sido testigo que el paciente voluntariamente firmo este documento / rehúsa firmar el documento.

_____          _____
Firma del testigo                                    Titulo del testigo

Yo me enterado que este paciente rehusa el proposito del tratramiento o intervencion/medicamento y a firmado este documento/rehúsa firmar.

_____          _____
Firma del Médico                                     Fecha/Sello

*Si el paciente rehusa firmar este documento, pero verbalmente rechaza el procedimiento arriba descrito, escriba REHUSA FIRMAR ARRIBA Firma del Paciente.

Inmate Name Lee, Robert
DC# T15204          Race/Sex B / M
Date of Birth _____
Institution SANTA ROSA AX - J DORM

DC4-711A (Effective 8/13) (Page 2 of 2)

**119-SANTA ROSA C.I.**
5850 East Milton Rd.
Milton, FL 32583
Main: 8509835800 Fax: 8509835864

2/18/2025

DC4-711A Medical Refusals
Date of Service: 4/20/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████████
Facility: 135-SANTA ROSA ANNEX
**DC4-711A Medical Refusals**


*Imported By: Jordan Nguyen, Medical Records Clerk, Centurion 4/23/2024 4:09:18 PM*

---

```
External Attachment:

  Type:     Image
 Comment:   DC4-711A,T15204,04202024
```


```
Signed By: Blue-Bartlett, LPN, Licensed Practical Nurse,
Centurion, Kimberly at 4/23/2024 4:25:33 PM
```

1 of 1

**FLORIDA DEPARTMENT OF CORRECTIONS**
**REFUSAL OF HEALTH CARE SERVICES**

This is to certify that I am refusing the following:

- ☐ Medical Services _____
- ☐ Mental Health Services _____
- ☐ Dental Services _____
- ☒ Medication Prozac 30mg; melatonin 3mg _____
- ☐ Lab/Diagnostic testing _____
- ☐ Other _____

I understand this refusal is against the advice of my health care providers. I acknowledge that I have been informed of the diagnosis, if known, the nature and purposes of the proposed procedure/treatment/medication, risks and benefits of the proposed procedure/treatment/medication, alternative treatments and their risks and benefits and the consequences and danger to my health and possibly to my life that may result from my refusal of this procedure/treatment/medication.

I have been given sufficient time to ask questions about my condition and about my decision to refuse the proposed procedure/treatment/medication that my health care provider has explained to me is medically indicated and necessary.

I voluntarily assume the risks and accept the consequences of my refusal of the procedure/treatment/medication. I am releasing the Department of Corrections, all health care providers, the facility, and facility staff from any and all liability for ill effects that may result from my refusal of treatment.

refused to sign
**Signature of Patient***

4/20/24    1700
**Date/Time**

**Two Witnesses:** I, _K. BARTLETT, LPN_ am a health care staff member and I have witnessed the patient voluntarily sign this form/refuse to sign the form.

_Barlett LPN_
Signature of Witness

K. BARTLETT, LPN
SANTA ROSA CI / ANNEX
Title of Witness

I, _O. Wadm_ am a staff member who is not the patient's health care provider for this procedure and I have witnessed the patient voluntarily sign this form/refuse to sign the form.

_____
Signature of Witness

OFC
Title of Witness

I am aware that this patient refused the proposed procedure/ treatment/medication and has signed this form/ refused to sign the form.

_____
Signature of Clinician

_____
Date/Stamp

Interpreter/translator: To the best of my knowledge, the patient understood what was interpreted/translated and voluntarily signed this form/refused to sign the form.

_____
Signature of Interpreter/Translator

_____
Title of Witness

*If the patient refuses to sign this document, but has verbally refused the above procedure, write REFUSES TO SIGN above Signature of Patient.

Inmate Name _Lee. Robert_
DC# _T15204_        Race/Sex _B / M_
Date of Birth _____
Institution _SANTA ROSA AX - J DORM_

APR 22 REC'D

SANTA ROSA ANNEX
MENTAL HEALTH.

DC4-711A (Effective 8/13) (Page 1 of 2)

incorporated by Reference in Rule 33-401.103, F.A.C.

ESTADO DE LA FLORIDA DEPARTAMENTO DE CORRECCIONES
## DECLARACION JURADA DE RECHAZO A TRATAMIENTO MEDICO

Yo certifico que rechazo lo siguiente:

☐ Servicios medicos _____
☐ Servicios de salud mental _____
☐ Servicios dentales _____
☐ Medicamentos _____
☐ Examenes de laboratorio/pruebas diagnósticas _____
☐ Otros _____

Yo comprendo que este rechazo es en contra de la opinion medica. Yo reconosco que he sido informado del diagnostico, si es confirmado, la condición y propósito del propuesto procedimiento/tratamiento/medicamento, los riesgos y beneficios del propuesto procedimiento/tratamiento/medicamento. También he sido informado de tratamiento alternativo y sus riesgos y beneficios y de las consecuencias y los peligros para mi salud y el posible riesgo de muerte que puede resultar de no consentir al procedimiento/tratamiento/medicamento.

Me han dado suficiente tiempo para hacer preguntas sobre mi condición y sobre mi decisión de no consentir al propuesto procedimiento/tratamiento/medicamento que el proveedor de servicios médicos me ha explicado es indicado y necesario.

Yo voluntariamente asumo los riesgos y acepto las consecuencias de no consentir al procedimiento/tratamiento/medicamento. Yo declaro que el Departamento de Correcciones, los proveedores de servicios médicos, la facilidad, y los miembros del equipo médico no son responsables por cualquier incapacidad o complicaciones que puedan ocurrir como consecuencia de haberme negado a recibir tratamiento médico.

**Firma del Paciente\***                          **Fecha/Hora**

---

**Dos Testigos:**    Yo,_____ soy un miembro del equipo médico y he sido testigo que el paciente ha firmado voluntariamente este documento/rehúsa firmar.

Firma del testigo _____    Titulo del testigo _____

Yo, _____ soy miembro del personal que no es el proveedor del cuidado de salud del paciente para este procedimiento y he sido testigo que el paciente voluntariamente firmo este documento / rehúsafirmar el documento.

Firma del testigo _____    Titulo del testigo _____

Yo me enterado que este paciente rehusa el proposito del tratamiento o intervencion/medicamento y a firmado este documento/rehúsa firmar.

Firma del Médico _____    Fecha/Sello _____

\*Si el paciente rehusa firmar este documento, pero verbalmente rechaza el procedimiento arriba descrito, escriba REHUSA FIRMAR ARRIBA Firma del Paciente.

Inmate Name **Lee. Robert**
DC# **T15204**          Race/Sex **b /M**
Date of Birth _____
Institution **SANTA ROSA AX - J DORM**

Incorporated by Reference in Rule 33-401.105, F.A.C.

FDC 000335

**119-SANTA ROSA C.I.**                                           2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                          Admin Forms
Main: 8509835800 Fax: 8509835864                    Date of Service: 4/23/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ████████
Facility: 135-SANTA ROSA ANNEX


**Orders added during this encounter:**
Initial Interview/New Gain; Start Date: 04/26/2024
Initial Confinement Interview; Start Date: 04/26/2024
Orientation to MH; Start Date: 04/26/2024




Signed By: Lentini, AA, Administrative Assistant, Centurion, Todd at 4/23/2024 10:57:53
AM

**119-SANTA ROSA C.I.**                                      2/18/2025
5850 East Milton Rd.
Milton, FL 32583                         DC4-711A Medical Refusals
Main: 8509835800 Fax: 8509835864    Date of Service: 4/19/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████████
Facility: 135-SANTA ROSA ANNEX
**DC4-711A Medical Refusals**


*Imported By: Alicia Evans, Clerk, Centurion 4/22/2024 4:20:14 PM*

---

External Attachment:

  Type:      Image
 Comment:    DC4-711A, T15204 , 04.19.2024


Signed By: Blue-Bartlett, LPN, Licensed Practical Nurse,
Centurion, Kimberly at 4/22/2024 4:20:30 PM
Signed By: Perry, MD, Physician, Centurion, Debra at 4/23/2024
8:30:43 AM

1 of 1

# FLORIDA DEPARTMENT OF CORRECTIONS
## REFUSAL OF HEALTH CARE SERVICES

This is to certify that I am refusing the following:

- [ ] Medical Services _____
- [ ] Mental Health Services _____
- [ ] Dental Services _____
- [x] Medication ꜰɪᴅᴇʀ ᴡᴀ5ᴍɢ _____
- [ ] Lab/Diagnostic testing _____
- [ ] Other _____

I understand this refusal is against the advice of my health care providers. I acknowledge that I have been informed of the diagnosis, if known, the nature and purposes of the proposed procedure/treatment/medication, risks and benefits of the proposed procedure/treatment/medication, alternative treatments and their risks and benefits and the consequences and danger to my health and possibly to my life that may result from my refusal of this procedure/treatment/medication.

I have been given sufficient time to ask questions about my condition and about my decision to refuse the proposed procedure/treatment/medication that my health care provider has explained to me is medically indicated and necessary.

I voluntarily assume the risks and accept the consequences of my refusal of the procedure/treatment/medication. I am releasing the Department of Corrections, all health care providers, the facility, and facility staff from any and all liability for ill effects that may result from my refusal of treatment.

refused to sign                          4\19\24      17ω

**Signature of Patient\***                 **Date/Time**

**Two Witnesses:** I, ___K. BARTLETT, LPN___ am a health care staff member and I have witnessed the patient voluntarily sign this form/refuse to sign this form. SANTA ROSA CI / ANNEX

_____                    K. BARTLETT, LPN
Signature of Witness                     SANTA ROSA CI / ANNEX

_____                    _____
Signature of Witness                     Title of Witness

I, _oFc R Guylor_ am a staff member who is not the patient's health care provider for this procedure and I have witnessed the patient voluntarily sign this form/refuse to sign the form.

_____                    co
Signature of Witness                     Title of Witness

I am aware that this patient refused the proposed procedure/ treatment/medication and has signed this form/ refused to sign the form.

_____                    _____
Signature of Clinician                   Date/Stamp

Interpreter/translator: To the best of my knowledge, the patient understood what was interpreted/translated and voluntarily signed this form/refused to sign the form.

_____                    _____
Signature of Interpreter/Translator      Title of Witness

*If the patient refuses to sign this document, but has verbally refused the above procedure, write REFUSES TO SIGN above Signature of Patient.

Inmate Name Lee, Robert
DC# ꞀI5 2O4        Race/Sex B /M
Date of Birth _____
Institution  SANTA ROSA AX - J DORM

DC4-711A (Effective 8/13) (Page 1 of 2)

APR 2 2 REC'D
SANTA ROSA ANNEX
MENTAL HEALTH

**ESTADO DE LA FLORIDA DEPARTAMENTO DE CORRECCIONES**
**DECLARACION JURADA DE RECHAZO A TRATAMIENTO MEDICO**

Yo certifico que rechazo lo siguiente:

☐ Servicios medicos _____

☐ Servicios de salud mental _____

☐ Servicios dentales _____

☐ Medicamentos _____

☐ Examenes de laboratorio/pruebas
   diagnósticas _____

☐ Otros _____

Yo comprendo que este rechazo es en contra de la opinion medica. Yo reconosco que he sido informado del diagnostico, si es confirmado, la condición y propósito del propuesto procedimiento/tratamiento/medicamento, los riesgos y beneficios del propuesto procedimiento/tratamiento/medicamento. También he sido informado de tratamiento alternativo y sus riesgos y beneficios y de las consecuencias y los peligros para mi salud y el posible riesgo de muerte que puede resultar de no consentir al procedimiento/tratamiento/medicamento.

Me han dado suficiente tiempo para hacer preguntas sobre mi condición y sobre mi decisión de no consentir al propuesto procedimiento/tratamiento/medicamento que el proveedor de servicios médicos me ha explicado es indicado y necesario.

Yo voluntariamente asumo los riesgos y acepto las consecuencias de no consentir al procedimiento/tratamiento/medicamento. Yo declaro que el Departamento de Correcciones, los proveedores de servicios médicos, la facilidad, y los miembros del equipo médico no son responsables por cualquier incapacidad o complicaciones que puedan ocurrir como consecuencia de haberme negado a recibir tratamiento médico.

_____        _____
**Firma del Paciente\***                                      **Fecha/Hora**

**Dos Testigos:** Yo, _____ soy un miembro del equipo médico y he sido testigo que el paciente ha firmado voluntariamente este documento/rehúsa firmar.

_____        _____
Firma del testigo                                        Titulo del testigo

Yo, _____ soy miembro del personal que no es el proveedor del cuidado de salud del paciente para este procedimiento y he sido testigo que el paciente voluntariamente firmo este documento / rehúsafirmar el documento.

_____        _____
Firma del testigo                                        Titulo del testigo

Yo me enterado que este paciente rehusa el proposito del tratamiento o intervencion/medicamento y a firmado este documento/rehúsa firmar.

_____        _____
Firma del Médico                                         Fecha/Sello

\*Si el paciente rehusa firmar este documento, pero verbalmente rechaza el procedimiento arriba descrito, escriba REHUSA FIRMAR ARRIBA Firma del Paciente.

Inmate Name Lee, Robert
DC# T15204                    Race/Sex B /M
Date of Birth _____
Institution    SANTA ROSA AX - J DORM

DC4-711A (Effective 8/13) (Page 2 of 2)

**119-SANTA ROSA C.I.**                                            2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                 DC4-711A Medical Refusals
Main: 8509835800 Fax: 8509835864        Date of Service: 4/19/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: █████████
Facility: 135-SANTA ROSA ANNEX
**DC4-711A Medical Refusals**


*Imported By: Alicia Evans, Clerk, Centurion 4/22/2024 4:19:18 PM*

_____

```
External Attachment:

 Type:     Image
 Comment:  DC4-711A, T15204 , 04.19.2024
```


Signed By: Blue-Bartlett, LPN, Licensed Practical Nurse,
Centurion, Kimberly at 4/22/2024 4:19:38 PM
Signed By: Brandabur-Holtman, MD, Psychiatrist, Centurion, Helen
at 4/23/2024 7:15:25 AM

1 of 1

## FLORIDA DEPARTMENT OF CORRECTIONS
## REFUSAL OF HEALTH CARE SERVICES

This is to certify that I am refusing the following:

- [ ] Medical Services _____
- [ ] Mental Health Services _____
- [ ] Dental Services _____
- [x] Medication PROZac 30mg; melatonin 3mg
- [ ] Lab/Diagnostic testing _____
- [ ] Other _____

I understand this refusal is against the advice of my health care providers. I acknowledge that I have been informed of the diagnosis, if known, the nature and purposes of the proposed procedure/treatment/medication, risks and benefits of the proposed procedure/treatment/medication, alternative treatments and their risks and benefits and the consequences and danger to my health and possibly to my life that may result from my refusal of this procedure/treatment/medication.

I have been given sufficient time to ask questions about my condition and about my decision to refuse the proposed procedure/treatment/medication that my health care provider has explained to me is medically indicated and necessary.

I voluntarily assume the risks and accept the consequences of my refusal of the procedure/treatment/medication. I am releasing the Department of Corrections, all health care providers, the facility, and facility staff from any and all liability for ill effects that may result from my refusal of treatment.

refused to sign                    4/19/24    17w
**Signature of Patient\***        **Date/Time**

| | |
|---|---|
| **Two Witnesses:** I, _K. BARTLETT, LPN_ patient voluntarily sign this form/refuse to sign form. | am a health care staff member and I have witnessed the |
| | K. BARTLETT, LPN SANTA ROSA CI / ANNEX |
| _kbartlett LPN_ | |
| Signature of Witness | Title of Witness |
| I, _ofc R Guytor_ provider for this procedure and I have witnessed the patient voluntarily sign this form/refuse to sign the form. | am a staff member who is not the patient's health care |
| | _Cu_ |
| Signature of Witness | Title of Witness |

I am aware that this patient refused the proposed procedure/ treatment/medication and has signed this form/ refused to sign the form.

_____                    _____
Signature of Clinician             Date/Stamp

Interpreter/translator: To the best of my knowledge, the patient understood what was interpreted/translated and voluntarily signed this form/refused to sign the form.

_____                    Title of Witness
Signature of Interpreter/Translator

\*If the patient refuses to sign this document, but has verbally refused the above procedure, write REFUSES TO SIGN above Signature of Patient.

Inmate Name Lee, Robert
DC# T15204          Race/Sex B/M
Date of Birth _____
Institution SANTA ROSA AX - J DORM

DC4-711A (Effective 8/13) (Page 1 of 2)

APR 22 REC'D
SANTA ROSA ANNEX
MENTAL HEALTH

### ESTADO DE LA FLORIDA DEPARTAMENTO DE CORRECCIONES
### DECLARACION JURADA DE RECHAZO A TRATAMIENTO MEDICO

Yo certifico que rechazo lo siguiente:

- ☐ Servicios medicos _____
- ☐ Servicios de salud mental _____
- ☐ Servicios dentales _____
- ☐ Medicamentos _____
- ☐ Examenes de laboratorio/pruebas diagnósticas _____
- ☐ Otros _____

Yo comprendo que este rechazo es en contra de la opinion medica. Yo reconosco que he sido informado del diagnostico, si es confirmado, la condición y propósito del propuesto procedimiento/tratamiento/medicamento, los riesgos y beneficios del propuesto procedimiento/tratamiento/medicamento. También he sido informado de tratamiento alternativo y sus riesgos y beneficios y de las consecuencias y los peligros para mi salud y el posible riesgo de muerte que puede resultar de no consentir al procedimiento/tratamiento/medicamento.

Me han dado suficiente tiempo para hacer preguntas sobre mi condición y sobre mi decisión de no consentir al propuesto procedimiento/tratamiento/medicamento que el proveedor de servicios médicos me ha explicado es indicado y necesario.

Yo voluntariamente asumo los riesgos y acepto las consecuencias de no consentir al procedimiento/tratamiento/medicamento. Yo declaro que el Departamento de Correcciones, los proveedores de servicios médicos, la facilidad, y los miembros del equipo médico no son responsables por cualquier incapacidad o complicaciones que puedan ocurrir como consecuencia de haberme negado a recibir tratamiento médico.

_____            _____
**Firma del Paciente***                                    **Fecha/Hora**

**Dos Testigos:** Yo,_____ soy un miembro del equipo médico y he sido testigo que el paciente ha firmado voluntariamente este documento/rehúsa firmar.

_____            _____
Firma del testigo                                          Titulo del testigo

Yo, _____ soy miembro del personal que no es el proveedor del cuidado de salud del paciente para este procedimiento y he sido testigo que el paciente voluntariamente firmo este documento / rehúsafirmar el documento.

_____            _____
Firma del testigo                                          Titulo del testigo

Yo me enterado que este paciente rehusa el proposito del tratramiento o intervencion/medicamento y a firmado este documento/rehúsa firmar.

_____            _____
Firma del Médico                                          Fecha/Sello

*Si el paciente rehusa firmar este documento, pero verbalmente rechaza el procedimiento arriba descrito, escriba REHUSA FIRMAR ARRIBA Firma del Paciente.

Inmate Name Lee. Robert
DC# T15 204 _____ Race/Sex B /M
Date of Birth_____
Institution_____ SANTA ROSA AX - J DORM

DC4-711A (Effective 8/13) (Page 2 of 2)

**119-SANTA ROSA C.I.**
5850 East Milton Rd.
Milton, FL 32583
Main: 8509835800 Fax: 8509835864

2/18/2025

Vital Signs
Date of Service: 4/22/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████████
Facility: 135-SANTA ROSA ANNEX

**Vital Signs:**

**Temp:** 98.3 F, **Pulse:** 62, **Resp:** 20, **BP:** 100/70, **O2 sat:** 97%
**Weight (lbs):** 159, **Height:** 71 (inches), **BMI:** 22.17

**Disclaimer: All EMR timestamps are Eastern Time Zone**

Signed By: Lovelle, Nursing Assistant, Centurion, Vannessa at 4/22/2024 4:14:52 PM

1 of 1

**119-SANTA ROSA C.I.**                                           2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                            Provider Visit
Main: 8509835800 Fax: 8509835864                Date of Service: 4/22/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ████████
Facility: 135-SANTA ROSA ANNEX

**Medications removed during this encounter:**
FIBER 625 MG ORAL TABS (CALCIUM POLYCARBOPHIL) Take one tablet by mouth twice daily (DOT)
Route: ORAL

FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES
**Chronological Record of Health Care**
**Reason for visit** Other
**Remarks:** Patient continues to refuse fiber, will d/c per DOC policy.

DC4-701 Chronological Record of Health Care (Revised 8/1/17)
This form is not to be amended, revised, or altered without          approval of the Office of Health Services
Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

Signed By: Perry, MD, Physician, Centurion, Debra at 4/22/2024 11:42:12 AM

**119-SANTA ROSA C.I.**                                    2/18/2025
5850 East Milton Rd.
Milton, FL 32583                    Pre Spec Housing and Risk Assess for Chem Rest;::Ment
Main: 8509835800 Fax: 8509835864              Date of Service: 4/22/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 135-SANTA ROSA ANNEX
FLORIDA DEPARTMENT OF CORRECTIONS    OFFICE OF HEALTH SERVICES
**RISK ASSESSMENT FOR THE USE OF CHEMICAL RESTRAINT AGENTS AND ELECTRONIC IMMOBILIZATION DEVICES**

**DC4-650B Risk Assessment for the Use of Chemical Restraint Agents and Electronic Immobilization Devices must be completed    when a pre-confinement health assessment is conducted.**

DC4-650B will be reviewed at the time of all practitioner health care encounters. If any changes in an inmate's medical condition are identified (e.g, new diagnosis) that would affect the use of chemical restraint agents or electronic immobilization devices, a new DC4-650B must be completed and provided to security staff, replacing the previous DC4-650B.

_____

## Chemical Restraint Agents Assessment:

**No Known Medical Risk Factor(s)\***: has been identified at the time of this pre-confinement health assessment, based on a review of the    medical record and current health status that may be exacerbated by the use of chemical restraint agents.

**\*Medical Risk Factor(s)**    are conditions that may be exacerbated by the use of chemical restraint agents include, but are not limited to, the    following: asthma, chronic obstructive pulmonary disease, emphysema, congestive heart failure, angina, pregnancy, and unstable hypertension. (Inmate is considered stable if B/P has been <140/90 at last cardiovascular clinic visit.)

_____

**Electronic Immobilization Device (EID) Assessment:**

**No Known Medical Risk Factor(s)\*** has been identified at the time of this pre-confinement health assessment, based on a review of the medical record that may be exacerbated by the use of electronic immobilization devices.

**\*Medical Risk Factor(s)\***  are conditions that may be exacerbated by the use of electronic immobilization devices include, but are not limited to,    the following: seizure disorder, multiple sclerosis, muscular dystrophy, pacemaker, and pregnancy.

_____

DC4-650B- Risk Assessment for the Use of Chemical Restraint Agents and Electronic Immobilization Devices (Revised 10/20)
This form is not to be amended, revised, or altered without approval of the Office of Health Services Administration.

Incorporated by Reference in Rule 33-602.210, F.A.C.
**Disclaimer: All EMR timestamps are Eastern Time Zone**

**119-SANTA ROSA C.I.**                                                                    2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                  Pre Spec Housing and Risk Assess for Chem Rest;::Ment
Main: 8509835800 Fax: 8509835864                              Date of Service: 4/22/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ▮▮▮▮▮▮▮▮▮
Facility: 135-SANTA ROSA ANNEX


## Orders added during this encounter:

Staff Request/Referral; Start Date: 04/22/2024

FLORIDA DEPARTMENT OF CORRECTIONS    OFFICE OF HEALTH SERVICES
**PRE-SPECIAL HOUSING HEALTH EVALUATION**

**Post Use of Force?** No
**if yes, was DC4-701C completed?** Yes

**M:**3   **S:**3   **W:**1   **T:**1   **I:**_

**Is inmate demonstrating strange/bizarre behavior or thinking about/threatening/engaging in
self-harmful behavior?** No
**Current Medical Complaint?** No


**Allergies:**
* NKDA (Mild)



**Problems:**
Hepatitis B Immunization (ICD-V05.9) (ICD10-Z23)
Hepatitis A Immunization (ICD-V05.9) (ICD10-Z23)
Patient's other noncompliance with medication regimen for other reason (ICD10-Z91.148)
Hypertension (ICD-401.9) (ICD10-I10)
MH Problem: Self-Directed Recovery Skills (ICD-310) (ICD10-F99)
MH Problem: Discharge Planning and Readiness Skills (ICD-308) (ICD10-F99)
MH Problem: Anger Mangement Deficits (ICD-104) (ICD10-F99)
Antisocial personality disorder (ICD-301.7) (ICD10-F60.2)
Intermittent explosive disorder (ICD-312.34) (ICD10-F63.81)
Constipation, chronic (ICD-564.09) (ICD10-K59.09)
Screening for vision (ICD-V80.2) (ICD10-Z13.89)
Wart (ICD-078.10) (ICD10-B07.9)
MH Problem: Impulsiveness (ICD-126) (ICD10-F99)


**Temp:**  98.3 F
**Pulse:**  62   **Resp:**  20   **BP:**  100 /  70 **O2 sat:** 99 **Weight (lbs):**   159

**Infirmities or impairment?** No    **Does inmate have assistive devices that will remain with her/him?**
No

FDC 000346

**119-SANTA ROSA C.I.**                                                    2/18/2025
5850 East Milton Rd.
Milton, FL 32583                          Pre Spec Housing and Risk Assess for Chem Rest;::Ment
Main: 8509835800 Fax: 8509835864                          Date of Service: 4/22/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ■■■■■■■■
Facility: 135-SANTA ROSA ANNEX
**Renewal/ Refill Needed?** No
*Chart referred for renewal or refill ordered.

**Pending Appointments**
Psychiatric F/U @ 14 days     •     05/03/2024
Psychiatric F/U @ 14 days     •     05/03/2024
Nursing inpatient physical eval     •     05/03/2024
Provider Record Review     •     04/26/2024
B/P     •     04/25/2024
B/P     •     04/22/2024
180 (174) day PETCU     •     10/05/2024
Hemoccult Screening (PE)     •     01/28/2026
CIC F/U Cardio     •     06/28/2024
Comprehensive Metabolic Panel (CIC)     •     09/02/2024
UA- Dip (CIC)     •     09/02/2024
CIC F/U Cardio     •     09/10/2024
ATBQ     •     03/04/2025
CBC w/o Diff (Hemogram)/Plat. CT (PE)     •     01/08/2028
Fasting Glucose (PE)     •     01/08/2028
Urinalysis (PE)     •     01/08/2028
Hemoccult Screening (PE)     •     01/08/2028
Periodic Screening     •     01/22/2028
Treatment Plan Wait List     •     02/12/2024
Treatment Plan Wait List     •     02/12/2024
Dental Periodic Wait List     •     02/07/2025
Dental Periodic Wait List     •     02/07/2025
**Arrangements for Medication Administration:** Nursing Staff

**Inmate medication delivered to health care staff?** Yes    **Disposition:** DC'd from TCU to security,
medications delivered to Annex nurse by J-Dorm CNA

**Are there any apparent acute medical/mental health reasons, including any thoughts, threats or
gestures of self-injurious behavior, that preclude placement in special housing?( If yes, refer
inmate to clinic)** No

**Health Record Reviewed?** Yes
**Inmate educated on how to access medical, dental and mental health care?** Yes

**Completed DC4-529 Mental Health Referral for S2/S3?** Yes
**Completed DC4-650B Risk Assessment?** Yes DC4-769 Pre-Special Housing Health Evaluation
(Revised 02/23/18)
This form is not to be amended, revised, or altered without          approval of the Office of Health Services
Administration.

3 of 4

**119-SANTA ROSA C.I.**                                              2/18/2025
5850 East Milton Rd.
Milton, FL 32583                    Pre Spec Housing and Risk Assess for Chem Rest;::Ment
Main: 8509835800 Fax: 8509835864                    Date of Service: 4/22/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ████████
Facility: 135-SANTA ROSA ANNEX
**Disclaimer: All EMR timestamps are Eastern Time Zone**

FLORIDA DEPARTMENT OF CORRECTIONS    OFFICE OF HEALTH SERVICES
**STAFF REQUEST/REFERRAL**

Directions: Sender (referring/requesting staff) completes section I and signs.    Addressee (responding staff) completes section II and signs.


**SECTION I**
**Addressee's Area/Service:** Mental Health

135-SANTA ROSA ANNEX Correctional Institution.


**Mental Health Referral**
**Clinical Date and Time:** 04/22/2024 11:40 AM
**TO: Addressee's Name** MH
**Senders Name:** Precious Hill, RN, Registered Nurse, Centurion **Sender's Area/Service** Mental Health
Inmate Housing:
AC
**Request/Referral Type:** Routine: respond within seven 7 days
**Reason for Request/Referral**
**Inmate History includes following factors/events of concern:** Yes
DC'd from TCU, need F/U
**Inmate currently displays following behaviors of concern:** N/A
**Other:** N/A

DC4-529 Staff Referral/Request (Effective 12/12)
This form is not to be amended, revised, or altered without approval of the Office of Health Services Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**




Signed By: Hill, RN, Registered Nurse, Centurion, Precious at 4/22/2024 12:09:55 PM
Signed By: Hill, RN, Registered Nurse, Centurion, Precious at 4/30/2024 8:08:43 AM

4 of 4

**119-SANTA ROSA C.I.**                                    2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                          Vital Signs
Main: 8509835800 Fax: 8509835864              Date of Service: 4/22/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ████████
Facility: 135-SANTA ROSA ANNEX
FLORIDA DEPARTMENT OF CORRECTIONS   OFFICE OF HEALTH SERVICES
**REFUSAL OF HEALTH CARE SERVICES**


**This is to certify that I am refusing the following:**

<u>**Medical Services**</u>
**If Medical Services, then please describe:** patient refuse provider care / vitals and weight


I understand this refusal is against the advice of my health care providers.    I acknowledge that I have
been informed of the diagnosis, if known, the nature and purposes of the proposed
procedure/treatment/medication, risks and benefits of the proposed procedure/treatment/medication,
alternative treatments and their risks and benefits and the consequences and danger to my health and
possibly to my life that may result from my refusal of this procedure/treatment/medication.

I have been given time to ask questions about my condition and about my decision to refuse the
proposed procedure/treatment/medication that my health care provider has explained to me is medically
indicated and necessary.

I voluntarily assume the risks and accept the consequences of my refusal of the
procedure/treatment/medication and I am releasing the Department of Corrections, all health care
providers, the facility, and facility staff from any and all liability for ill effects that may result from my refusal
of treatment.
DC4-711A    Refusal of Healthcare Services (Revised 08/01/13)
This form is not to be amended, revised, or altered without approval of the Office of Health Services
Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**


**Vital Signs:**

**, Height:** 71 (inches)


**Disclaimer: All EMR timestamps are Eastern Time Zone**


Signed By: Lovelle, Nursing Assistant, Centurion, Vannessa at 4/22/2024 11:33:32 AM

**119-SANTA ROSA C.I.**
5850 East Milton Rd.
Milton, FL 32583
Main: 8509835800 Fax: 8509835864

2/18/2025

Vital Signs
Date of Service: 4/22/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ████████
Facility: 135-SANTA ROSA ANNEX

2 of 2

**119-SANTA ROSA C.I.**                                    2/18/2025
5850 East Milton Rd.
Milton, FL 32583                    Refused Nurse Visit;Chr Rec Hlth Care: Medication Refus
Main: 8509835800 Fax: 8509835864              Date of Service: 4/22/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ████████
Facility: 135-SANTA ROSA ANNEX
FLORIDA DEPARTMENT OF CORRECTIONS    OFFICE OF HEALTH SERVICES
**REFUSAL OF HEALTH CARE SERVICES**


**This is to certify that I am refusing the following:**

**<u>Medication</u>**
FIBER 625 MG ORAL TABS   •   Take one tablet by mouth twice daily (DOT)


I understand this refusal is against the advice of my health care providers.    I acknowledge that I have been informed of the diagnosis, if known, the nature and purposes of the proposed procedure/treatment/medication, risks and benefits of the proposed procedure/treatment/medication, alternative treatments and their risks and benefits and the consequences and danger to my health and possibly to my life that may result from my refusal of this procedure/treatment/medication.

I have been given time to ask questions about my condition and about my decision to refuse the proposed procedure/treatment/medication that my health care provider has explained to me is medically indicated and necessary.

I voluntarily assume the risks and accept the consequences of my refusal of the procedure/treatment/medication and I am releasing the Department of Corrections, all health care providers, the facility, and facility staff from any and all liability for ill effects that may result from my refusal of treatment.
**<u>Inmate Refused to Sign</u>**


DC4-711A    Refusal of Healthcare Services (Revised 08/01/13)
This form is not to be amended, revised, or altered without approval of the Office of Health Services Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES
**Chronological Record of Health Care**


Other
**Copay?** No
**Reason for visit:**   Medication Refusal
**Select Note Style:** Incidental
**Incidental Note** Pt refused fiber 625mg. DC4-711A completed. Pt educated on risks and consequences.

FDC 000351

**119-SANTA ROSA C.I.**                                             2/18/2025
5850 East Milton Rd.
Milton, FL 32583                    Refused Nurse Visit;Chr Rec Hlth Care: Medication Refus
Main: 8509835800 Fax: 8509835864               Date of Service: 4/22/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████████
Facility: 135-SANTA ROSA ANNEX
**DC4-701 Chronological Record of Health Care (Revised 8/1/17)**
**This form is not to be amended, revised, or altered without   approval of the Office of Health Services Administration.**
**Disclaimer: All EMR timestamps are Eastern Time Zone**

Signed By: Roney, LPN, Licensed Practical Nurse, Centurion, Christina at 4/22/2024 6:31:08 AM
Signed By: Perry, MD, Physician, Centurion, Debra at 4/22/2024 11:42:24 AM

2 of 2

**119-SANTA ROSA C.I.**                                          2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                      Medication Refusal
Main: 8509835800 Fax: 8509835864           Date of Service: 4/21/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: █████████
Facility: 135-SANTA ROSA ANNEX
FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES
**Chronological Record of Health Care**


**Select Note Style:** Incidental
**Incidental Note** I/M refused Fiber 625mg - R&C discussed - DC4-711A completed


**DC4-701 Chronological Record of Health Care (Revised 8/1/17)**
**This form is not to be amended, revised, or altered without   approval of the Office of Health Services Administration.**
\*\*Disclaimer: All EMR timestamps are Eastern Time Zone\*\*

FLORIDA DEPARTMENT OF CORRECTIONS    OFFICE OF HEALTH SERVICES
**REFUSAL OF HEALTH CARE SERVICES**


**This is to certify that I am refusing the following:**

## Medication
FIBER 625 MG ORAL TABS   •   Take one tablet by mouth twice daily (DOT)


I understand this refusal is against the advice of my health care providers.    I acknowledge that I have been informed of the diagnosis, if known, the nature and purposes of the proposed procedure/treatment/medication, risks and benefits of the proposed procedure/treatment/medication, alternative treatments and their risks and benefits and the consequences and danger to my health and possibly to my life that may result from my refusal of this procedure/treatment/medication.

I have been given time to ask questions about my condition and about my decision to refuse the proposed procedure/treatment/medication that my health care provider has explained to me is medically indicated and necessary.

I voluntarily assume the risks and accept the consequences of my refusal of the procedure/treatment/medication and I am releasing the Department of Corrections, all health care providers, the facility, and facility staff from any and all liability for ill effects that may result from my refusal of treatment.

## Inmate Refused to Sign


DC4-711A    Refusal of Healthcare Services (Revised 08/01/13)
This form is not to be amended, revised, or altered without approval of the Office of Health Services Administration.

FDC 000353

**119-SANTA ROSA C.I.**                                            2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                        Medication Refusal
Main: 8509835800 Fax: 8509835864              Date of Service: 4/21/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████████
Facility: 135-SANTA ROSA ANNEX

**Disclaimer: All EMR timestamps are Eastern Time Zone**

Signed By: Blue-Bartlett, LPN, Licensed Practical Nurse, Centurion, Kimberly at
4/21/2024 7:10:29 PM

FDC 000354

**119-SANTA ROSA C.I.**                                         2/18/2025
5850 East Milton Rd.
Milton, FL 32583                    Refused Nurse Visit;Chr Rec Hlth Care: Medication Refus
Main: 8509835800 Fax: 8509835864              Date of Service: 4/21/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: █████████
Facility: 135-SANTA ROSA ANNEX
FLORIDA DEPARTMENT OF CORRECTIONS    OFFICE OF HEALTH SERVICES
**REFUSAL OF HEALTH CARE SERVICES**


**This is to certify that I am refusing the following:**

### Medication

FIBER 625 MG ORAL TABS   •   Take one tablet by mouth twice daily (DOT)


I understand this refusal is against the advice of my health care providers.    I acknowledge that I have been informed of the diagnosis, if known, the nature and purposes of the proposed procedure/treatment/medication, risks and benefits of the proposed procedure/treatment/medication, alternative treatments and their risks and benefits and the consequences and danger to my health and possibly to my life that may result from my refusal of this procedure/treatment/medication.

I have been given time to ask questions about my condition and about my decision to refuse the proposed procedure/treatment/medication that my health care provider has explained to me is medically indicated and necessary.

I voluntarily assume the risks and accept the consequences of my refusal of the procedure/treatment/medication and I am releasing the Department of Corrections, all health care providers, the facility, and facility staff from any and all liability for ill effects that may result from my refusal of treatment.

### Inmate Refused to Sign


DC4-711A    Refusal of Healthcare Services (Revised 08/01/13)
This form is not to be amended, revised, or altered without approval of the Office of Health Services Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES
**Chronological Record of Health Care**


Other
**Copay?** No
**Reason for visit:**   Medication Refusal
**Select Note Style:** Incidental
**Incidental Note** Pt refused fiber 625mg. DC4-711A completed. Pt educated on risks and consequences.

1 of 2

**119-SANTA ROSA C.I.**                                                    2/18/2025
5850 East Milton Rd.
Milton, FL 32583                          Refused Nurse Visit;Chr Rec Hlth Care: Medication Refus
Main: 8509835800 Fax: 8509835864                    Date of Service: 4/21/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 135-SANTA ROSA ANNEX
**DC4-701 Chronological Record of Health Care (Revised 8/1/17)**
**This form is not to be amended, revised, or altered without   approval of the Office of Health**
**Services Administration.**
**Disclaimer: All EMR timestamps are Eastern Time Zone**

Signed By: Roney, LPN, Licensed Practical Nurse, Centurion, Christina at 4/21/2024
6:21:42 AM

2 of 2

**119-SANTA ROSA C.I.**                                          2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                      Medication Refusal
Main: 8509835800 Fax: 8509835864              Date of Service: 4/20/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 135-SANTA ROSA ANNEX
FLORIDA DEPARTMENT OF CORRECTIONS    OFFICE OF HEALTH SERVICES
**REFUSAL OF HEALTH CARE SERVICES**

**This is to certify that I am refusing the following:**

## Medication

FIBER 625 MG ORAL TABS  •  Take one tablet by mouth twice daily (DOT)

I understand this refusal is against the advice of my health care providers.    I acknowledge that I have been informed of the diagnosis, if known, the nature and purposes of the proposed procedure/treatment/medication, risks and benefits of the proposed procedure/treatment/medication, alternative treatments and their risks and benefits and the consequences and danger to my health and possibly to my life that may result from my refusal of this procedure/treatment/medication.

I have been given time to ask questions about my condition and about my decision to refuse the proposed procedure/treatment/medication that my health care provider has explained to me is medically indicated and necessary.

I voluntarily assume the risks and accept the consequences of my refusal of the procedure/treatment/medication and I am releasing the Department of Corrections, all health care providers, the facility, and facility staff from any and all liability for ill effects that may result from my refusal of treatment.

## Inmate Refused to Sign

DC4-711A    Refusal of Healthcare Services (Revised 08/01/13)
This form is not to be amended, revised, or altered without approval of the Office of Health Services Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES
**Chronological Record of Health Care**

**Select Note Style:** Incidental
**Incidental Note** I/M refused Fiber 625mg - R&C discussed - DC4-711A completed

**DC4-701 Chronological Record of Health Care (Revised 8/1/17)**
**This form is not to be amended, revised, or altered without   approval of the Office of Health**

1 of 2

**119-SANTA ROSA C.I.**                                                    2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                              Medication Refusal
Main: 8509835800 Fax: 8509835864                    Date of Service: 4/20/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 135-SANTA ROSA ANNEX
**Services Administration.**
**Disclaimer: All EMR timestamps are Eastern Time Zone**

Signed By: Blue-Bartlett, LPN, Licensed Practical Nurse, Centurion, Kimberly at
4/20/2024 7:10:35 PM

**119-SANTA ROSA C.I.**

2/18/2025

5850 East Milton Rd.
Milton, FL 32583

Vital Signs

Main: 8509835800 Fax: 8509835864

Date of Service: 4/20/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: █████████
Facility: 135-SANTA ROSA ANNEX

**Vital Signs:**

**Temp:** 98.3 F **, Pulse:** 61 **, Resp:** 18 **, BP:** 100/68 **, O2 sat:** 99%
**Weight (lbs):** 159 **, Height:** 71 (inches) **, BMI:** 22.17

**Disclaimer: All EMR timestamps are Eastern Time Zone**

Signed By: Ahmed, Administrative Assistant, Centurion, Beverly at 4/20/2024 4:07:45 PM

**119-SANTA ROSA C.I.**                                          2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                     Medication Refusal
Main: 8509835800 Fax: 8509835864            Date of Service: 4/19/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 135-SANTA ROSA ANNEX
FLORIDA DEPARTMENT OF CORRECTIONS    OFFICE OF HEALTH SERVICES
**REFUSAL OF HEALTH CARE SERVICES**

**This is to certify that I am refusing the following:**

## Medication
FIBER 625 MG ORAL TABS   •   Take one tablet by mouth twice daily (DOT)

I understand this refusal is against the advice of my health care providers.    I acknowledge that I have been informed of the diagnosis, if known, the nature and purposes of the proposed procedure/treatment/medication, risks and benefits of the proposed procedure/treatment/medication, alternative treatments and their risks and benefits and the consequences and danger to my health and possibly to my life that may result from my refusal of this procedure/treatment/medication.

I have been given time to ask questions about my condition and about my decision to refuse the proposed procedure/treatment/medication that my health care provider has explained to me is medically indicated and necessary.

I voluntarily assume the risks and accept the consequences of my refusal of the procedure/treatment/medication and I am releasing the Department of Corrections, all health care providers, the facility, and facility staff from any and all liability for ill effects that may result from my refusal of treatment.
## Inmate Refused to Sign

DC4-711A    Refusal of Healthcare Services (Revised 08/01/13)
This form is not to be amended, revised, or altered without approval of the Office of Health Services Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES
**Chronological Record of Health Care**

**Select Note Style:** Incidental
**Incidental Note** I/M refused Fiber 625mg - R&C discussed - DC4-711A completed

**DC4-701 Chronological Record of Health Care (Revised 8/1/17)**
**This form is not to be amended, revised, or altered without   approval of the Office of Health**

1 of 2

**119-SANTA ROSA C.I.**                                              2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                              Medication Refusal
Main: 8509835800 Fax: 8509835864                    Date of Service: 4/19/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 135-SANTA ROSA ANNEX
**Services Administration.**
**Disclaimer: All EMR timestamps are Eastern Time Zone**

Signed By: Blue-Bartlett, LPN, Licensed Practical Nurse, Centurion, Kimberly at
4/19/2024 6:57:39 PM

FDC 000361

**119-SANTA ROSA C.I.**                                        2/18/2025
5850 East Milton Rd.
Milton, FL 32583                          DC4-711A Medical Refusals
Main: 8509835800 Fax: 8509835864          Date of Service: 4/19/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ██████████
Facility: 135-SANTA ROSA ANNEX
**DC4-711A Medical Refusals**


*Imported By: Alicia Evans, Clerk, Centurion 4/19/2024 1:09:45 PM*

_____

External Attachment:

  Type:     Image
 Comment:   DC4-711A, T15204 , 04.19.2024


Signed By: North, LPN, Licensed Practical Nurse, Centurion,
Deborah at 4/19/2024 1:10:01 PM
Signed By: Perry, MD, Physician, Centurion, Debra at 4/22/2024
11:43:00 AM

1 of 1

## FLORIDA DEPARTMENT OF CORRECTIONS
## REFUSAL OF HEALTH CARE SERVICES

This is to certify that I am refusing the following:

- ☐ Medical Services _____
- ☐ Mental Health Services _____
- ☐ Dental Services _____
- ☑ Medication _Fiber 625mg_____ _HD this month_____
- ☐ Lab/Diagnostic testing _____
- ☐ Other _____

I understand this refusal is against the advice of my health care providers. I acknowledge that I have been informed of the diagnosis, if known, the nature and purposes of the proposed procedure/treatment/medication, risks and benefits of the proposed procedure/treatment/medication, alternative treatments and their risks and benefits and the consequences and danger to my health and possibly to my life that may result from my refusal of this procedure/treatment/medication.

I have been given sufficient time to ask questions about my condition and about my decision to refuse the proposed procedure/treatment/medication that my health care provider has explained to me is medically indicated and necessary.

I voluntarily assume the risks and accept the consequences of my refusal of the procedure/treatment/medication. I am releasing the Department of Corrections, all health care providers, the facility, and facility staff from any and all liability for ill effects that may result from my refusal of treatment.

_Refused to sign_____ **Signature of Patient\***

_4-19-2024_____ _0407_ **Date/Time**

| | |
|---|---|
| **Two Witnesses:** I, ~~D. North, LPN~~ ~~Santa Rosa CI / Annex~~ am a health care staff member and I have witnessed the patient voluntarily sign this form/refuse to sign the form. | |
| _Noreta_ Signature of Witness | _LPN_ Title of Witness |
| I, _K Bronson_ am a staff member who is not the patient's health care provider for this procedure and I have witnessed the patient voluntarily sign this form/refuse to sign the form. | |
| _K.B_ Signature of Witness | _CO_ Title of Witness |

I am aware that this patient <u>refused the proposed procedure/ treatment/medication and</u> has signed this form/ refused to sign the form.

Signature of Clinician _____ Date/Stamp _____

Interpreter/translator: To the best of my knowledge, the patient understood what was interpreted/translated and voluntarily signed this form/refused to sign the form.

Signature of Interpreter/Translator _____ Title of Witness _____

*If the patient refuses to sign this document, but has verbally refused the above procedure, write REFUSES TO SIGN above Signature of Patient.

Inmate Name _Lee, Robert_
DC# _T10204_ Race/Sex _B/M_
Date of Birth _____
Institution _SANTA ROSA AX - J DORM_

DC4-711A (Effective 8/13) (Page 1 of 2)

APR 1 9 REC'D

SANTA ROSA ANNEX
MENTAL HEALTH

Incorporated by Reference in Rule 33-401.103, F.A.C.

FDC 000363

ESTADO DE LA FLORIDA DEPARTAMENTO DE CORRECCIONES
## DECLARACION JURADA DE RECHAZO A TRATAMIENTO MEDICO

Yo certifico que rechazo lo siguiente:

- [ ] Servicios medicos _____
- [ ] Servicios de salud mental _____
- [ ] Servicios dentales _____
- [ ] Medicamentos _____
- [ ] Examenes de laboratorio/pruebas diagnósticas _____
- [ ] Otros _____

Yo comprendo que este rechazo es en contra de la opinion medica. Yo reconosco que he sido informado del diagnostico, si es confirmado, la condición y propósito del propuesto procedimiento/tratamiento/medicamento, los riesgos y beneficios del propuesto procedimiento/tratamiento/medicamento. También he sido informado de tratamiento alternativo y sus riesgos y beneficios y de las consecuencias y los peligros para mi salud y el posible riesgo de muerte que puede resultar de no consentir al procedimiento/tratamiento/medicamento.

Me han dado suficiente tiempo para hacer preguntas sobre mi condición y sobre mi decisión de no consentir al propuesto procedimiento/tratamiento/medicamento que el proveedor de servicios médicos me ha explicado es indicado y necesario.

Yo voluntariamente asumo los riesgos y acepto las consecuencias de no consentir al procedimiento/tratamiento/medicamento. Yo declaro que el Departamento de Correcciones, los proveedores de servicios médicos, la facilidad, y los miembros del equipo médico no son responsables por cualquier incapacidad o complicaciones que puedan ocurrir como consecuencia de haberme negado a recibir tratamiento médico.

_____        _____
**Firma del Paciente***                                **Fecha/Hora**

**Dos Testigos:**    Yo,_____ soy un miembro del equipo médico y he sido testigo que el paciente ha firmado voluntariamente este documento/rehúsa firmar.

_____        _____
Firma del testigo                                        Titulo del testigo

                Yo,_____ soy miembro del personal que no es el proveedor del cuidado de salud del paciente para este procedimiento y he sido testigo que el paciente voluntariamente firmo este documento / rehúsafirmar el documento.

_____        _____
Firma del testigo                                        Titulo del testigo

Yo me enterado que este paciente rehusa el proposito del tratamiento o intervencion/medicamento y a firmado este documento/rehúsa firmar.

_____        _____
Firma del Médico                                        Fecha/Sello

*Si el paciente rehusa firmar este documento, pero verbalmente rechaza el procedimiento arriba descrito, escriba REHUSA FIRMAR ARRIBA Firma del Paciente.

Inmate Name _Lee, Robert_
DC#_T15204_    Race/Sex _B/M_
Date of Birth _____
Institution_ SANTA ROSA AX - J DORM_

DC4-711A (Effective 8/13)  (Page 2 of 2)

Incorporated by Reference in Rule 33-401.105, F.A.C.

**119-SANTA ROSA C.I.**                                        2/18/2025
5850 East Milton Rd.
Milton, FL 32583                          DC4-711A Medical Refusals
Main: 8509835800 Fax: 8509835864          Date of Service: 4/18/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ████████
Facility: 135-SANTA ROSA ANNEX
**DC4-711A Medical Refusals**


*Imported By: Alicia Evans, Clerk, Centurion 4/19/2024 12:49:09 PM*

_____

External Attachment:

  Type:    Image
 Comment:    DC4-711A, T15204 , 04.18.2024


Signed By: Hill, RN, Registered Nurse, Centurion, Precious at
4/19/2024 12:49:34 PM
Signed By: Brandabur-Holtman, MD, Psychiatrist, Centurion, Helen
at 4/19/2024 2:20:38 PM

1 of 1

**FLORIDA DEPARTMENT OF CORRECTIONS**
**REFUSAL OF HEALTH CARE SERVICES**

This is to certify that I am refusing the following:

☐ Medical Services _____

☐ Mental Health Services _____

☐ Dental Services _____

☑ Medication _Prozuc 30mg; Mel2tonin 3mg_____

☐ Lab/Diagnostic testing _____

☐ Other _____

I understand this refusal is against the advice of my health care providers. I acknowledge that I have been informed of the diagnosis, if known, the nature and purposes of the proposed procedure/treatment/medication, risks and benefits of the proposed procedure/treatment/medication, alternative treatments and their risks and benefits and the consequences and danger to my health and possibly to my life that may result from my refusal of this procedure/treatment/medication.

I have been given sufficient time to ask questions about my condition and about my decision to refuse the proposed procedure/treatment/medication that my health care provider has explained to me is medically indicated and necessary.

I voluntarily assume the risks and accept the consequences of my refusal of the procedure/treatment/medication. I am releasing the Department of Corrections, all health care providers, the facility, and facility staff from any and all liability for ill effects that may result from my refusal of treatment.

_Refused to sign consent_              _4/18/24 Ⓓ/620_

**Signature of Patient\***              **Date/Time**

**Two Witnesses:** I, _PHCN_ _____ am a health care staff member and I have witnessed the
patient voluntarily sign this form/refuse to sign the form.

_____              _R L_____
Signature of Witness                         Title of Witness

I, _Wopler._ _____ am a staff member who is not the patient's health care
provider for this procedure and I have witnessed the patient voluntarily sign this form/refuse to sign the form.

_____              _____
Signature of Witness                         Title of Witness

I am aware that this patient refused the proposed procedure/ treatment/medication and has signed this form/ refused to sign the form.

_____              _____
Signature of Clinician                       Date/Stamp

Interpreter/translator: To the best of my knowledge, the patient understood what was interpreted/translated and voluntarily signed this form/refused to sign the form.

_____              _____
Signature of Interpreter/Translator          Title of Witness

\*If the patient refuses to sign this document, but has verbally refused the above procedure, write REFUSES TO SIGN above Signature of Patient.

Inmate Name _Le Zobcept_
DC# _T15209_ Race/Sex _b/M_
Date of Birth _▉▉▉▉_
Institution _SRZ'AM_

DC4-711A (Effective 8/13) (Page 1 of 2)

APR 1 9 REC'D
SANTA ROSA ANNEX
MENTAL HEALTH

**ESTADO DE LA FLORIDA DEPARTAMENTO DE CORRECCIONES**
**DECLARACION JURADA DE RECHAZO A TRATAMIENTO MEDICO**

Yo certifico que rechazo lo siguiente:

- [ ] Servicios medicos _____
- [ ] Servicios de salud mental _____
- [ ] Servicios dentales _____
- [ ] Medicamentos _____
- [ ] Examenes de laboratorio/pruebas
- [ ] diagnósticas
- [ ] Otros _____

Yo comprendo que este rechazo es en contra de la opinion medica. Yo reconosco que he sido informado del diagnostico, si es confirmado, la condición y propósito del propuesto procedimiento/tratamiento/medicamento, los riesgos y beneficios del propuesto procedimiento/tratamiento/medicamento. También he sido informado de tratamiento alternativo y sus riesgos y beneficios y de las consecuencias y los peligros para mi salud y el posible riesgo de muerte que puede resultar de no consentir al procedimiento/tratamiento/medicamento.

Me han dado suficiente tiempo para hacer preguntas sobre mi condición y sobre mi decisión de no consentir al propuesto procedimiento/tratamiento/medicamento que el proveedor de servicios médicos me ha explicado es indicado y necesario.

Yo voluntariamente asumo los riesgos y acepto las consecuencias de no consentir al procedimiento/tratamiento/medicamento. Yo declaro que el Departamento de Correcciones, los proveedores de servicios médicos, la facilidad, y los miembros del equipo médico no son responsables por cualquier incapacidad o complicaciones que puedan ocurrir como consecuencia de haberme negado a recibir tratamiento médico.

_____

**Firma del Paciente\***          **Fecha/Hora**

**Dos Testigos:**    Yo,_____    soy un miembro del equipo médico y he sido testigo que el
paciente ha firmado voluntariamente este documento/rehúsa firmar.

_____

Firma del testigo                    Titulo del testigo

Yo, _____    soy miembro del personal que no es el proveedor del cuidado
de salud del paciente para este procedimiento y he sido testigo que el paciente voluntariamente firmo este documento / rehúsafirmar el documento.

_____

Firma del testigo                    Titulo del testigo

Yo me enterado que este paciente rehusa el proposito del tratramiento o intervencion/medicamento y a firmado este documento/rehúsa firmar.

_____

Firma del Médico                    Fecha/Sello

\*Si el paciente rehusa firmar este documento, pero verbalmente rechaza el procedimiento arriba descrito, escriba REHUSA FIRMAR ARRIBA Firma del Paciente.

Inmate Name _Lee, Robert_
DC# _T15204_      Race/Sex _B/M_
Date of Birth _____
Institution _SAR ASY_

**119-SANTA ROSA C.I.**                                    2/18/2025
5850 East Milton Rd.
Milton, FL 32583                     DC4-711A Medical Refusals
Main: 8509835800 Fax: 8509835864     Date of Service: 4/18/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████████
Facility: 135-SANTA ROSA ANNEX
**DC4-711A Medical Refusals**


*Imported By: Alicia Evans, Clerk, Centurion 4/19/2024 12:31:15 PM*

_____

External Attachment:

  Type:     Image
 Comment:   DC4-711A, T15204 , 04.18.2024


Signed By: Hill, RN, Registered Nurse, Centurion, Precious at
4/19/2024 12:31:31 PM
Signed By: Perry, MD, Physician, Centurion, Debra at 4/22/2024
11:46:43 AM

1 of 1

## FLORIDA DEPARTMENT OF CORRECTIONS
## REFUSAL OF HEALTH CARE SERVICES

This is to certify that I am refusing the following:

☐  Medical Services _____

☐  Mental Health Services _____

☐  Dental Services _____

☑  Medication  *Fiber  625ms* _____

☐  Lab/Diagnostic testing _____

☐  Other _____

I understand this refusal is against the advice of my health care providers. I acknowledge that I have been informed of the diagnosis, if known, the nature and purposes of the proposed procedure/treatment/medication, risks and benefits of the proposed procedure/treatment/medication, alternative treatments and their risks and benefits and the consequences and danger to my health and possibly to my life that may result from my refusal of this procedure/treatment/medication.

I have been given sufficient time to ask questions about my condition and about my decision to refuse the proposed procedure/treatment/medication that my health care provider has explained to me is medically indicated and necessary.

I voluntarily assume the risks and accept the consequences of my refusal of the procedure/treatment/medication. I am releasing the Department of Corrections, all health care providers, the facility, and facility staff from any and all liability for ill effects that may result from my refusal of treatment.

**Signature of Patient\***   *refund to sign consent*    **Date/Time**  *4/18/34 @/620*

| **Two Witnesses:** I, _____ | am a health care staff member and I have witnessed the |
| patient voluntarily sign this form/refuse to sign the form. | |
| | |
| Signature of Witness | Title of Witness |

I, *Wapierus* _____ am a staff member who is not the patient's health care provider for this procedure and I have witnessed the patient voluntarily sign this form/refuse to sign the form.

| | |
| Signature of Witness | Title of Witness |

I am aware that this patient refused the proposed procedure/ treatment/medication and has signed this form/ refused to sign the form.

| | |
| Signature of Clinician | Date/Stamp |

Interpreter/translator: To the best of my knowledge, the patient understood what was interpreted/translated and voluntarily signed this form/refused to sign the form.

| | |
| Signature of Interpreter/Translator | Title of Witness |

\*If the patient refuses to sign this document, but has verbally refused the above procedure, write REFUSES TO SIGN above Signature of Patient.

Inmate Name _____
DC# T/5 204    Race/Sex D/M
Date of Birth ▮▮▮▮▮▮
Institution  4/2/▮▮

DC4-711A (Effective 8/13)  (Page 1 of 2)

APR 1 9 REC'D

**SANTA ROSA ANNEX**
**MENTAL HEALTH**

**ESTADO DE LA FLORIDA DEPARTAMENTO DE CORRECCIONES**
**DECLARACION JURADA DE RECHAZO A TRATAMIENTO MEDICO**

Yo certifico que rechazo lo siguiente:

- ☐ Servicios medicos _____
- ☐ Servicios de salud mental _____
- ☐ Servicios dentales _____
- ☐ Medicamentos _____
- ☐ Examenes de laboratorio/pruebas diagnósticas _____
- ☐ Otros _____

Yo comprendo que este rechazo es en contra de la opinion medica. Yo reconosco que he sido informado del diagnostico, si es confirmado, la condición y propósito del propuesto procedimiento/tratamiento/medicamento, los riesgos y beneficios del propuesto procedimiento/tratamiento/medicamento. También he sido informado de tratamiento alternativo y sus riesgos y beneficios y de las consecuencias y los peligros para mi salud y el posible riesgo de muerte que puede resultar de no consentir al procedimiento/tratamiento/medicamento.

Me han dado suficiente tiempo para hacer preguntas sobre mi condición y sobre mi decisión de no consentir al propuesto procedimiento/tratamiento/medicamento que el proveedor de servicios médicos me ha explicado es indicado y necesario.

Yo voluntariamente asumo los riesgos y acepto las consecuencias de no consentir al procedimiento/tratamiento/medicamento. Yo declaro que el Departamento de Correcciones, los proveedores de servicios médicos, la facilidad, y los miembros del equipo médico no son responsables por cualquier incapacidad o complicaciones que puedan ocurrir como consecuencia de haberme negado a recibir tratamiento médico.

**Firma del Paciente\***            **Fecha/Hora**

**Dos Testigos:** Yo,_____ soy un miembro del equipo médico y he sido testigo que el paciente ha firmado voluntariamente este documento/rehúsa firmar.

Firma del testigo            Titulo del testigo

Yo,_____ soy miembro del personal que no es el proveedor del cuidado de salud del paciente para este procedimiento y he sido testigo que el paciente voluntariamente firmo este documento / rehúsafirmar el documento.

Firma del testigo            Titulo del testigo

Yo me enterado que este paciente rehusa el proposito del tratramiento o intervencion/medicamento y a firmado este documento/rehúsa firmar.

Firma del Médico            Fecha/Sello

\*Si el paciente rehusa firmar este documento, pero verbalmente rechaza el procedimiento arriba descrito, escriba REHUSA FIRMAR ARRIBA Firma del Paciente.

Inmate Name Cee, Robert
DC# 71 5264   Race/Sex_____
Date of Birth _____
Institution STRAN

DC4-711A (Effective 8/13) (Page 2 of 2)

**119-SANTA ROSA C.I.**                                      2/18/2025
5850 East Milton Rd.
Milton, FL 32583                        DC4-711A Medical Refusals
Main: 8509835800 Fax: 8509835864     Date of Service: 4/18/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ████████
Facility: 135-SANTA ROSA ANNEX
**DC4-711A Medical Refusals**


*Imported By: Alicia Evans, Clerk, Centurion 4/19/2024 12:15:59 PM*

_____

External Attachment:

  Type:     Image
 Comment:   DC4-711A, t15204 ,04.18.2024


Signed By: North, LPN, Licensed Practical Nurse, Centurion,
Deborah at 4/19/2024 12:16:30 PM
Signed By: Perry, MD, Physician, Centurion, Debra at 4/22/2024
11:40:36 AM

1 of 1



# FLORIDA DEPARTMENT OF CORRECTIONS
## REFUSAL OF HEALTH CARE SERVICES

This is to certify that I am refusing the following:

- ☐ Medical Services _____
- ☐ Mental Health Services _____
- ☐ Dental Services _____
- ☑ Medication _Filler 625mg_____ #8 this month_____
- ☐ Lab/Diagnostic testing _____
- ☐ Other _____

I understand this refusal is against the advice of my health care providers. I acknowledge that I have been informed of the diagnosis, if known, the nature and purposes of the proposed procedure/treatment/medication, risks and benefits of the proposed procedure/treatment/medication, alternative treatments and their risks and benefits and the consequences and danger to my health and possibly to my life that may result from my refusal of this procedure/treatment/medication.

I have been given sufficient time to ask questions about my condition and about my decision to refuse the proposed procedure/treatment/medication that my health care provider has explained to me is medically indicated and necessary.

I voluntarily assume the risks and accept the consequences of my refusal of the procedure/treatment/medication. I am releasing the Department of Corrections, all health care providers, the facility, and facility staff from any and all liability for ill effects that may result from my refusal of treatment.

_____Refused_____     ___4-18-2024_____     __0405__

**Signature of Patient***                              **Date/Time**

| | |
|---|---|
| **Two Witnesses:** I, _D. NORTH, LPN, Santa Rosa CI / Annex_ | am a health care staff member and I have witnessed the patient voluntarily sign this form/refuse to sign the form. |
| _[signature]_ | _LPN_ |
| Signature of Witness | Title of Witness |

I, _V. Bunson_____ am a staff member who is not the patient's health care provider for this procedure and I have witnessed the patient voluntarily sign this form/refuse to sign the form.

_[signature]_                                        _C.O_

Signature of Witness                              Title of Witness

I am aware that this patient <u>refused the proposed procedure/ treatment/medication and</u> has signed this form/ refused to sign the form.

_____                _____

Signature of Clinician                              Date/Stamp

Interpreter/translator: To the best of my knowledge, the patient understood what was interpreted/translated and voluntarily signed this form/refused to sign the form.

_____                _____

Signature of Interpreter/Translator                Title of Witness

*If the patient refuses to sign this document, but has verbally refused the above procedure, write REFUSES TO SIGN above Signature of Patient.

Inmate Name _Lee, Robert_____
DC# _T15204_____ Race/Sex _B / M_
Date of Birth _____SANTA ROSA AX - J DORM_____
Institution _____

DC4-711A (Effective 8/13) (Page 1 of 2)

APR 1 8 REC'D
SANTA ROSA ANNEX
MENTAL HEALTH

Incorporated by Reference in Rule 33-401.103, F.A.C.

ESTADO DE LA FLORIDA DEPARTAMENTO DE CORRECCIONES
## DECLARACION JURADA DE RECHAZO A TRATAMIENTO MEDICO

Yo certifico que rechazo lo siguiente:

☐ Servicios medicos _____

☐ Servicios de salud mental _____

☐ Servicios dentales _____

☐ Medicamentos _____

☐ Examenes de laboratorio/pruebas
diagnósticas _____

☐ Otros _____

Yo comprendo que este rechazo es en contra de la opinion medica. Yo reconosco que he sido informado del diagnostico, si es confirmado, la condición y propósito del propuesto procedimiento/tratamiento/medicamento, los riesgos y beneficios del propuesto procedimiento/tratamiento/medicamento. También he sido informado de tratamiento alternativo y sus riesgos y beneficios y de las consecuencias y los peligros para mi salud y el posible riesgo de muerte que puede resultar de no consentir al procedimiento/tratamiento/medicamento.

Me han dado suficiente tiempo para hacer preguntas sobre mi condición y sobre mi decisión de no consentir al propuesto procedimiento/tratamiento/medicamento que el proveedor de servicios médicos me ha explicado es indicado y necesario.

Yo voluntariamente asumo los riesgos y acepto las consecuencias de no consentir al procedimiento/tratamiento/medicamento. Yo declaro que el Departamento de Correcciones, los proveedores de servicios médicos, la facilidad, y los miembros del equipo médico no son responsables por cualquier incapacidad o complicaciones que puedan ocurrir como consecuencia de haberme negado a recibir tratamiento médico.

**Firma del Paciente\***                                    **Fecha/Hora**

**Dos Testigos:** Yo,_____ soy un miembro del equipo médico y he sido testigo que el paciente ha firmado voluntariamente este documento/rehúsa firmar.

Firma del testigo                                           Titulo del testigo

Yo,_____ soy miembro del personal que no es el proveedor del cuidado de salud del paciente para este procedimiento y he sido testigo que el paciente voluntariamente firmo este documento / rehúsa firmar el documento.

Firma del testigo                                           Titulo del testigo

Yo me enterado que este paciente rehusa el proposito del tratamiento o intervencion/medicamento y a firmado este documento/rehusa firmar.

Firma del Médico                                            Fecha/Sello

\*Si el paciente rehusa firmar este documento, pero verbalmente rechaza el procedimiento arriba descrito, escriba REHUSA FIRMAR ARRIBA Firma del Paciente.

Inmate Name _Lee, Robert_
DC# _T15204_     Race/Sex _B/m_
Date of Birth_____
Institution____SANTA ROSA AX - J DORM

DC4-711A (Effective 8/13) (Page 2 of 2)

**119-SANTA ROSA C.I.**                                        2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                              Vital Signs
Main: 8509835800 Fax: 8509835864              Date of Service: 4/18/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ▮▮▮▮▮▮▮
Facility: 135-SANTA ROSA ANNEX

**Vital Signs:**

**Temp:** 97.9 F **, Pulse:** 64 **, Resp:** 18 **, BP:** 105/61 **, O2 sat:** 99%
**Weight (lbs):** 158 **, Height:** 71 (inches) **, BMI:** 22.03

**Disclaimer: All EMR timestamps are Eastern Time Zone**

Signed By: Lovelle, Nursing Assistant, Centurion, Vannessa at 4/18/2024 12:40:57 PM

1 of 1

**119-SANTA ROSA C.I.**                                    2/18/2025
5850 East Milton Rd.
Milton, FL 32583                        DC4-711A Medical Refusals
Main: 8509835800 Fax: 8509835864        Date of Service: 4/12/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ██████████
Facility: 135-SANTA ROSA ANNEX
**DC4-711A Medical Refusals**


*Imported By: Alicia Evans, Clerk, Centurion 4/15/2024 1:24:51 PM*

_____

External Attachment:

  Type:      Image
  Comment:   DC4-711A, T15204 , 04.12.2024


Signed By: Johnson, LPN, Licensed Practical Nurse, Centurion,
Lauren at 4/15/2024 1:25:02 PM
Signed By: Perry, MD, Physician, Centurion, Debra at 4/16/2024
8:49:18 AM

1 of 1

**FLORIDA DEPARTMENT OF CORRECTIONS**
**REFUSAL OF HEALTH CARE SERVICES**

This is to certify that I am refusing the following:

☐ Medical Services _____

☐ Mental Health Services _____

☐ Dental Services _____

☒ Medication _Fiber 625mg_____

☐ Lab/Diagnostic testing _____

☐ Other _____

I understand this refusal is against the advice of my health care providers. I acknowledge that I have been informed of the diagnosis, if known, the nature and purposes of the proposed procedure/treatment/medication, risks and benefits of the proposed procedure/treatment/medication, alternative treatments and their risks and benefits and the consequences and danger to my health and possibly to my life that may result from my refusal of this procedure/treatment/medication.

I have been given sufficient time to ask questions about my condition and about my decision to refuse the proposed procedure/treatment/medication that my health care provider has explained to me is medically indicated and necessary.

I voluntarily assume the risks and accept the consequences of my refusal of the procedure/treatment/medication. I am releasing the Department of Corrections, all health care providers, the facility, and facility staff from any and all liability for ill effects that may result from my refusal of treatment.

_Refused to Sign_

**Signature of Patient\***

_04|12|24 @ 5:00pm_

**Date/Time**

**Two Witnesses:** I, _____ am a health care staff member and I have witnessed the patient voluntarily sign this form/refuse to sign the form.

_____                     _RN_
Signature of Witness                         Title of Witness

I, ___Tliner___ am a staff member who is not the patient's health care provider for this procedure and I have witnessed the patient voluntarily sign this form/refuse to sign the form.

_Tliner_                                      _CO_
Signature of Witness                         Title of Witness

I am aware that this patient refused the proposed procedure/ treatment/medication and has signed this form/ refused to sign the form.

_____                     _____
Signature of Clinician                       Date/Stamp

Interpreter/translator: To the best of my knowledge, the patient understood what was interpreted/translated and voluntarily signed this form/refused to sign the form.

_____                     _____
Signature of Interpreter/Translator          Title of Witness

*If the patient refuses to sign this document, but has verbally refused the above procedure, write REFUSES TO SIGN above Signature of Patient.

Inmate Name_Lee, Robert_
DC#_T15204_   Race/Sex_B/M_
Date of Birth_▮▮▮▮▮_
Institution_SARHY ULDIM_

DC4-711A (Effective 8/13) (Page 1 of 2)

## ESTADO DE LA FLORIDA DEPARTAMENTO DE CORRECCIONES
## DECLARACION JURADA DE RECHAZO A TRATAMIENTO MEDICO

Yo certifico que rechazo lo siguiente:

- [ ] Servicios medicos _____
- [ ] Servicios de salud mental _____
- [ ] Servicios dentales _____
- [ ] Medicamentos _____
- [ ] Examenes de laboratorio/pruebas diagnósticas _____
- [ ] Otros _____

Yo comprendo que este rechazo es en contra de la opinion medica. Yo reconosco que he sido informado del diagnostico, si es confirmado, la condición y propósito del propuesto procedimiento/tratamiento/medicamento, los riesgos y beneficios del propuesto procedimiento/tratamiento/medicamento. También he sido informado de tratamiento alternativo y sus riesgos y beneficios y de las consecuencias y los peligros para mi salud y el posible riesgo de muerte que puede resultar de no consentir al procedimiento/tratamiento/medicamento.

Me han dado suficiente tiempo para hacer preguntas sobre mi condición y sobre mi decisión de no consentir al propuesto procedimiento/tratamiento/medicamento que el proveedor de servicios médicos me ha explicado es indicado y necesario.

Yo voluntariamente asumo los riesgos y acepto las consecuencias de no consentir al procedimiento/tratamiento/medicamento. Yo declaro que el Departamento de Correcciones, los proveedores de servicios médicos, la facilidad, y los miembros del equipo médico no son responsables por cualquier incapacidad o complicaciones que puedan ocurrir como consecuencia de haberme negado a recibir tratamiento médico.

**Firma del Paciente\*** _____ **Fecha/Hora** _____

**Dos Testigos:** Yo,_____ soy un miembro del equipo médico y he sido testigo que el paciente ha firmado voluntariamente este documento/rehúsa firmar.

Firma del testigo _____ Titulo del testigo _____

Yo, _____ soy miembro del personal que no es el proveedor del cuidado de salud del paciente para este procedimiento y he sido testigo que el paciente voluntariamente firmo este documento / rehúsafirmar el documento.

Firma del testigo _____ Titulo del testigo _____

Yo me enterado que este paciente rehusa el proposito del tratamiento o intervencion/medicamento y a firmado este documento/rehúsa firmar.

Firma del Médico _____ Fecha/Sello _____

\*Si el paciente rehusa firmar este documento, pero verbalmente rechaza el procedimiento arriba descrito, escriba REHUSA FIRMAR ARRIBA Firma del Paciente.

Inmate Name Lee, Robert
DC# 115204      Race/Sex B/M
Date of Birth _____
Institution SRMV DNM

DC4-711A (Effective 8/13)  (Page 2 of 2)

Incorporated by Reference in Rule 33-401.105, F.A.C.

**119-SANTA ROSA C.I.**                                         2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                               Vital Signs
Main: 8509835800 Fax: 8509835864              Date of Service: 4/15/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ████████
Facility: 135-SANTA ROSA ANNEX

**Vital Signs:**

**Temp:** 98.5 F**, Pulse:** 61**, Resp:** 18**, BP:** 111/79**, O2 sat:** 98%
**Weight (lbs):** 158**, Height:** 71 (inches)**, BMI:** 22.03

**Disclaimer: All EMR timestamps are Eastern Time Zone**

Signed By: Ahmed, Administrative Assistant, Centurion, Beverly at 4/15/2024 1:23:59
PM

1 of 1

**119-SANTA ROSA C.I.**                                                2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                                    BP CHECK
Main: 8509835800 Fax: 8509835864                        Date of Service: 4/15/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ████████
Facility: 135-SANTA ROSA ANNEX
FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES
**Chronological Record of Health Care**


   **BP:**    111/ 79**Select Note Style:** Incidental
**Incidental Note** BP CHECK


**DC4-701 Chronological Record of Health Care (Revised 8/1/17)**
**This form is not to be amended, revised, or altered without   approval of the Office of Health Services Administration.**
**Disclaimer: All EMR timestamps are Eastern Time Zone**


Signed By: Blue-Bartlett, LPN, Licensed Practical Nurse, Centurion, Kimberly at
4/15/2024 10:48:36 AM

**119-SANTA ROSA C.I.**

2/18/2025

5850 East Milton Rd.
Milton, FL 32583

Vital Signs

Main: 8509835800 Fax: 8509835864

Date of Service: 4/14/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ████████████
Facility: 135-SANTA ROSA ANNEX

**Vital Signs:**

**Weight (lbs):** 158**, Height:** 71 (inches)**, BMI:** 22.03

**Disclaimer: All EMR timestamps are Eastern Time Zone**

Signed By: Lovelle, Nursing Assistant, Centurion, Vannessa at 4/14/2024 10:46:55 AM

1 of 1

**119-SANTA ROSA C.I.**
5850 East Milton Rd.
Milton, FL 32583
Main: 8509835800 Fax: 8509835864

2/18/2025

Chron Rec Health Care•
Date of Service: 4/12/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ██████████
Facility: 135-SANTA ROSA ANNEX

**Orders added during this encounter:**
Provider Record Review; Start Date: 04/26/2024

**Note:** RECORD REVIEW ORDER UPDATE

DC4-701 Chronological Record of Health Care (Revised 8/1/17)
This form is not to be amended, revised, or altered without          approval of the Office of Health Services
Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

Signed By: Evans, Clerk, Centurion, Alicia at 4/12/2024 1:35:02 PM

**119-SANTA ROSA C.I.**
5850 East Milton Rd.                              2/18/2025
Milton, FL 32583                    DC4-711A Medical Refusals
Main: 8509835800 Fax: 8509835864    Date of Service: 4/11/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ████████
Facility: 135-SANTA ROSA ANNEX
**DC4-711A Medical Refusals**


*Imported By: Ashley Adams, Administrative Assistant, Centurion 4/12/2024 1:25:09 PM*

---

External Attachment:

  Type:     Image
 Comment:   dc4-711a, T15204, 4.11.24



Signed By: Blue-Bartlett, LPN, Licensed Practical Nurse,
Centurion, Kimberly at 4/12/2024 1:25:30 PM
Signed By: Perry, MD, Physician, Centurion, Debra at 4/12/2024
3:53:40 PM

1 of 1

Med

**FLORIDA DEPARTMENT OF CORRECTIONS**
**REFUSAL OF HEALTH CARE SERVICES**

This is to certify that I am refusing the following:

☐ Medical Services _____

☐ Mental Health Services _____

☐ Dental Services _____

☒ Medication  FIBER 625 mg _____

☐ Lab/Diagnostic testing _____

☐ Other _____

I understand this refusal is against the advice of my health care providers. I acknowledge that I have been informed of the diagnosis, if known, the nature and purposes of the proposed procedure/treatment/medication, risks and benefits of the proposed procedure/treatment/medication, alternative treatments and their risks and benefits and the consequences and danger to my health and possibly to my life that may result from my refusal of this procedure/treatment/medication.

I have been given sufficient time to ask questions about my condition and about my decision to refuse the proposed procedure/treatment/medication that my health care provider has explained to me is medically indicated and necessary.

I voluntarily assume the risks and accept the consequences of my refusal of the procedure/treatment/medication.  I am releasing the Department of Corrections, all health care providers, the facility, and facility staff from any and all liability for ill effects that may result from my refusal of treatment.

refused unable d/t status                    4/11/24    1700
**Signature of Patient***                       **Date/Time**

**Two Witnesses:**  I, Krout Utt _____ am a health care staff member and I have witnessed the
patient voluntarily sign this form/refuse to sign the form.

Rhonetts LPN                                 LPN
Signature of Witness                         Title of Witness

I, Douglas _____ am a staff member who is not the patient's health care
provider for this procedure and I have witnessed the patient voluntarily sign this form/refuse to sign the form.

                                             LPN
Signature of Witness                         Title of Witness

I am aware that this patient refused the proposed procedure/ treatment/medication and has signed this form/ refused to sign
the form.

_____                      _____
Signature of Clinician                       Date/Stamp

Interpreter/translator:  To the best of my knowledge, the patient understood what was interpreted/translated and
voluntarily signed this form/refused to sign the form.

_____                      _____
Signature of Interpreter/Translator          Title of Witness

*If the patient refuses to sign this document, but has verbally refused the above procedure, write REFUSES TO SIGN above Signature of Patient.

Inmate Name Lee Robert
DC# T15204 _____ Race/Sex B/M
Date of Birth _____
Institution SARCI ANNEX

**RECEIVED**

DC4-711A (Effective 8/13) (Page 1 of 2)

**APR 1 2 2024**

Incorporated by Reference in Rule 33-401.103, F.A.C.
FDC 000383

SANTA RUSA C.I
MEDICAL

**ESTADO DE LA FLORIDA DEPARTAMENTO DE CORRECCIONES**
**DECLARACION JURADA DE RECHAZO A TRATAMIENTO MEDICO**

Yo certifico que rechazo lo siguiente:

☐ Servicios medicos _____

☐ Servicios de salud mental _____

☐ Servicios dentales _____

☐ Medicamentos _____

☐ Examenes de laboratorio/pruebas diagnósticas _____

☐ Otros _____

Yo comprendo que este rechazo es en contra de la opinion medica. Yo reconosco que he sido informado del diagnostico, si es confirmado, la condición y propósito del propuesto procedimiento/tratamiento/medicamento, los riesgos y beneficios del propuesto procedimiento/tratamiento/medicamento. También he sido informado de tratamiento alternativo y sus riesgos y beneficios y de las consecuencias y los peligros para mi salud y el posible riesgo de muerte que puede resultar de no consentir al procedimiento/tratamiento/medicamento.

Me han dado suficiente tiempo para hacer preguntas sobre mi condición y sobre mi decisión de no consentir al propuesto procedimiento/tratamiento/medicamento que el proveedor de servicios médicos me ha explicado es indicado y necesario.

Yo voluntariamente asumo los riesgos y acepto las consecuencias de no consentir al procedimiento/tratamiento/medicamento. Yo declaro que el Departamento de Correcciones, los proveedores de servicios médicos, la facilidad, y los miembros del equipo médico no son responsables por cualquier incapacidad o complicaciones que puedan ocurrir como consecuencia de haberme negado a recibir tratamiento médico.

_____           _____
**Firma del Paciente***                                **Fecha/Hora**

**Dos Testigos:    Yo,**_____ soy un miembro del equipo médico y he sido testigo que el paciente ha firmado voluntariamente este documento/rehúsa firmar.

_____           _____
Firma del testigo                                          Titulo del testigo

Yo, _____ soy miembro del personal que no es el proveedor del cuidado de salud del paciente para este procedimiento y he sido testigo que el paciente voluntariamente firmo este documento / rehúsafirmar el documento.

_____           _____
Firma del testigo                                          Titulo del testigo

Yo me enterado que este paciente rehusa el proposito del tratramiento o intervencion/medicamento y a firmado este documento/rehúsa firmar.

_____           _____
Firma del Médico                                          Fecha/Sello

*Si el paciente rehusa firmar este documento, pero verbalmente rechaza el procedimiento arriba descrito, escriba REHUSA FIRMAR ARRIBA Firma del Paciente.

Inmate Name Lee Robert
DC# T15204          Race/Sex BM
Date of Birth_____
Institution SAKU ANNex

DC4-711A (Effective 8/13) (Page 2 of 2)

Incorporated by Reference in Rule 33-401.105, F.A.C.
FDC 000384

**119-SANTA ROSA C.I.**
2/18/2025
5850 East Milton Rd.
Milton, FL 32583                        DC4-711A Medical Refusals
Main: 8509835800 Fax: 8509835864        Date of Service: 4/12/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ▮▮▮▮▮▮▮▮▮
Facility: 135-SANTA ROSA ANNEX
**DC4-711A Medical Refusals**


*Imported By: Ashley Adams, Administrative Assistant, Centurion 4/12/2024 11:31:59 AM*

_____

External Attachment:

  Type:     Image
 Comment:   dc4-711a,t15204, 4.11.24


Signed By: Roney, LPN, Licensed Practical Nurse, Centurion,
Christina at 4/12/2024 11:32:34 AM
Signed By: Perry, MD, Physician, Centurion, Debra at 4/12/2024
3:56:25 PM

1 of 1



**FLORIDA DEPARTMENT OF CORRECTIONS**
**REFUSAL OF HEALTH CARE SERVICES**

This is to certify that I am refusing the following:

☐ Medical Services _____

☐ Mental Health Services _____

☐ Dental Services _____

☒ Medication  FIBER 625 MG _____

☐ Lab/Diagnostic testing _____

☐ Other _____

I understand this refusal is against the advice of my health care providers. I acknowledge that I have been informed of the diagnosis, if known, the nature and purposes of the proposed procedure/treatment/medication, risks and benefits of the proposed procedure/treatment/medication, alternative treatments and their risks and benefits and the consequences and danger to my health and possibly to my life that may result from my refusal of this procedure/treatment/medication.

I have been given sufficient time to ask questions about my condition and about my decision to refuse the proposed procedure/treatment/medication that my health care provider has explained to me is medically indicated and necessary.

I voluntarily assume the risks and accept the consequences of my refusal of the procedure/treatment/medication. I am releasing the Department of Corrections, all health care providers, the facility, and facility staff from any and all liability for ill effects that may result from my refusal of treatment.

REFUSED TO SIGN _____    4/12/24 @ 0434
**Signature of Patient***    **Date/Time**

**Two Witnesses:** I, C. RONEY LPN _____ am a health care staff member and I have witnessed the
patient voluntarily sign this form/refuse to sign the form.

_____    LPN
Signature of Witness    Title of Witness

I, _____ am a staff member who is not the patient's health care
provider for this procedure and I have witnessed the patient voluntarily sign this form/refuse to sign the form.

_____    _____
Signature of Witness    Title of Witness

I am aware that this patient refused the proposed procedure/ treatment/medication and has signed this form/ refused to sign the form.

_____    _____
Signature of Clinician    Date/Stamp

Interpreter/translator: To the best of my knowledge, the patient understood what was interpreted/translated and voluntarily signed this form/refused to sign the form.

_____    _____
Signature of Interpreter/Translator    Title of Witness

*If the patient refuses to sign this document, but has verbally refused the above procedure, write REFUSES TO SIGN above Signature of Patient.

Inmate Name LEE, ROBERT
DC# T15204 , Race/Sex B/M
Date of Birth _____
Institution SRCI ANNEX

DC4-711A (Effective 8/13) (Page 1 of 2)

Incorporated by Reference in Rule 33-401.103, F.A.C.

RECEIVED

APR 12 2024

SANTA ROSA C.I.
MEDICAL

### ESTADO DE LA FLORIDA DEPARTAMENTO DE CORRECCIONES
### DECLARACION JURADA DE RECHAZO A TRATAMIENTO MEDICO

Yo certifico que rechazo lo siguiente:

☐ Servicios medicos _____

☐ Servicios de salud mental _____

☐ Servicios dentales _____

☐ Medicamentos _____

☐ Examenes de laboratorio/pruebas
   diagnósticas _____

☐ Otros _____

Yo comprendo que este rechazo es en contra de la opinion medica. Yo reconósco que he sido informado del diagnostico, si es confirmado, la condición y propósito del propuesto procedimiento/tratamiento/medicamento, los riesgos y beneficios del propuesto procedimiento/tratamiento/medicamento. También he sido informado de tratamiento alternativo y sus riesgos y beneficios y de las consecuencias y los peligros para mi salud y el posible riesgo de muerte que puede resultar de no consentir al procedimiento/tratamiento/medicamento.

Me han dado suficiente tiempo para hacer preguntas sobre mi condición y sobre mi decisión de no consentir al propuesto procedimiento/tratamiento/medicamento que el proveedor de servicios médicos me ha explicado es indicado y necesario.

Yo voluntariamente asumo los riesgos y acepto las consecuencias de no consentir al procedimiento/tratamiento/medicamento. Yo declaro que el Departamento de Correcciones, los proveedores de servicios médicos, la facilidad, y los miembros del equipo médico no son responsables por cualquier incapacidad o complicaciones que puedan ocurrir como consecuencia de haberme negado a recibir tratamiento médico.

_____          _____
**Firma del Paciente***            **Fecha/Hora**

**Dos Testigos:**    Yo, _____ soy un miembro del equipo médico y he sido testigo que el paciente ha firmado voluntariamente este documento/rehúsa firmar.

_____          _____
Firma del testigo                  Titulo del testigo

Yo, _____ soy miembro del personal que no es el proveedor del cuidado de salud del paciente para este procedimiento y he sido testigo que el paciente voluntariamente firmo este documento / rehúsafirmar el documento.

_____          _____
Firma del testigo                  Titulo del testigo

Yo me enterado que este paciente rehusa el proposito del tratramiento o intervencion/medicamento y a firmado este documento/rehúsa firmar.

_____          _____
Firma del Médico                   Fecha/Sello

*Si el paciente rehusa firmar este documento, pero verbalmente rechaza el procedimiento arriba descrito, escriba REHUSA FIRMAR ARRIBA Firma del Paciente.

Inmate Name LEE, ROBERT
DC# 715204    Race/Sex B/M
Date of Birth _____
Institution SARCI ANNEX

DC4-711A (Effective 8/13) (Page 2 of 2)

**119-SANTA ROSA C.I.**                                        2/18/2025
5850 East Milton Rd.
Milton, FL 32583                          DC4-711A Medical Refusals
Main: 8509835800 Fax: 8509835864          Date of Service: 4/11/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: █████████
Facility: 135-SANTA ROSA ANNEX
**DC4-711A Medical Refusals**

*Imported By: Alicia Evans, Clerk, Centurion 4/12/2024 11:26:58 AM*

---

External Attachment:

  Type:     Image
 Comment:   DC4-711A, T15204 , 04.11.2024


Signed By: Blue-Bartlett, LPN, Licensed Practical Nurse,
Centurion, Kimberly at 4/12/2024 11:27:02 AM
Signed By: Brandabur-Holtman, MD, Psychiatrist, Centurion, Helen
at 4/15/2024 7:23:01 AM

1 of 1

## FLORIDA DEPARTMENT OF CORRECTIONS
## REFUSAL OF HEALTH CARE SERVICES

This is to certify that I am refusing the following:

- ☐ Medical Services _____
- ☐ Mental Health Services _____
- ☐ Dental Services _____
- ☒ Medication PROZAC 30mg; Melatonin 3mg
- ☐ Lab/Diagnostic testing _____
- ☐ Other _____

I understand this refusal is against the advice of my health care providers. I acknowledge that I have been informed of the diagnosis, if known, the nature and purposes of the proposed procedure/treatment/medication, risks and benefits of the proposed procedure/treatment/medication, alternative treatments and their risks and benefits and the consequences and danger to my health and possibly to my life that may result from my refusal of this procedure/treatment/medication.

I have been given sufficient time to ask questions about my condition and about my decision to refuse the proposed procedure/treatment/medication that my health care provider has explained to me is medically indicated and necessary.

I voluntarily assume the risks and accept the consequences of my refusal of the procedure/treatment/medication. I am releasing the Department of Corrections, all health care providers, the facility, and facility staff from any and all liability for ill effects that may result from my refusal of treatment.

| unable a/t status | 4/11/24   17w |
|---|---|
| **Signature of Patient*** | **Date/Time** |

**Two Witnesses:** I, Kbourtlett _____ am a health care staff member and I have witnessed the patient voluntarily sign this form/refuse to sign the form.

| Kbontett LPN | LPN |
|---|---|
| Signature of Witness | Title of Witness |

I, Douglas _____ am a staff member who is not the patient's health care provider for this procedure and I have witnessed the patient voluntarily sign this form/refuse to sign the form.

| _____ | LPN |
|---|---|
| Signature of Witness | Title of Witness |

I am aware that this patient refused the proposed procedure/ treatment/medication and has signed this form/ refused to sign the form.

| _____ | _____ |
|---|---|
| Signature of Clinician | Date/Stamp |

Interpreter/translator: To the best of my knowledge, the patient understood what was interpreted/translated and voluntarily signed this form/refused to sign the form.

| _____ | _____ |
|---|---|
| Signature of Interpreter/Translator | Title of Witness |

*If the patient refuses to sign this document, but has verbally refused the above procedure, write REFUSES TO SIGN above Signature of Patient.

Inmate Name Lee Robert
DC# T15204    Race/Sex BM
Date of Birth _____
Institution SARU ANNex

DC4-711A (Effective 8/13) (Page 1 of 2)

APR 1 2 REC'D
SANTA ROSA ANNEX
MENTAL HEALTH

### ESTADO DE LA FLORIDA DEPARTAMENTO DE CORRECCIONES
### DECLARACION JURADA DE RECHAZO A TRATAMIENTO MEDICO

Yo certifico que rechazo lo siguiente:

- ☐ Servicios medicos _____
- ☐ Servicios de salud mental _____
- ☐ Servicios dentales _____
- ☐ Medicamentos _____
- ☐ Examenes de laboratorio/pruebas diagnósticas _____
- ☐ Otros _____

Yo comprendo que este rechazo es en contra de la opinion medica. Yo reconosco que he sido informado del diagnostico, si es confirmado, la condición y propósito del propuesto procedimiento/tratamiento/medicamento, los riesgos y beneficios del propuesto procedimiento/tratamiento/medicamento. También he sido informado de tratamiento alternativo y sus riesgos y beneficios y de las consecuencias y los peligros para mi salud y el posible riesgo de muerte que puede resultar de no consentir al procedimiento/tratamiento/medicamento.

Me han dado suficiente tiempo para hacer preguntas sobre mi condición y sobre mi decisión de no consentir al propuesto procedimiento/tratamiento/medicamento que el proveedor de servicios médicos me ha explicado es indicado y necesario.

Yo voluntariamente asumo los riesgos y acepto las consecuencias de no consentir al procedimiento/tratamiento/medicamento. Yo declaro que el Departamento de Correcciones, los proveedores de servicios médicos, la facilidad, y los miembros del equipo médico no son responsables por cualquier incapacidad o complicaciones que puedan ocurrir como consecuencia de haberme negado a recibir tratamiento médico.

**Firma del Paciente***  _____  **Fecha/Hora**

**Dos Testigos:** Yo,_____ soy un miembro del equipo médico y he sido testigo que el paciente ha firmado voluntariamente este documento/rehúsa firmar.

_____  _____
Firma del testigo  Titulo del testigo

Yo, _____ soy miembro del personal que no es el proveedor del cuidado de salud del paciente para este procedimiento y he sido testigo que el paciente voluntariamente firmo este documento / rehúsafirmar el documento.

_____  _____
Firma del testigo  Titulo del testigo

Yo me enterado que este paciente rehusa el proposito del tratramiento o intervencion/medicamento y a firmado este documento/rehúsa firmar.

_____  _____
Firma del Médico  Fecha/Sello

*Si el paciente rehusa firmar este documento, pero verbalmente rechaza el procedimiento arriba descrito, escriba REHUSA FIRMAR ARRIBA Firma del Paciente.

Inmate Name Lee Robert
DC# T15204  Race/Sex BM
Date of Birth_____
Institution SAKU ANNex

DC4-711A (Effective 8/13) (Page 2 of 2)

**119-SANTA ROSA C.I.**                                                 2/18/2025
5850 East Milton Rd.
Milton, FL 32583                          Refused Nurse Visit;Chr Rec Hlth Care: Medication Refus
Main: 8509835800 Fax: 8509835864                    Date of Service: 4/12/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 135-SANTA ROSA ANNEX
FLORIDA DEPARTMENT OF CORRECTIONS    OFFICE OF HEALTH SERVICES
**REFUSAL OF HEALTH CARE SERVICES**


**This is to certify that I am refusing the following:**

<u>**Medication**</u>
FIBER 625 MG ORAL TABS   •   Take one tablet by mouth twice daily (DOT)


I understand this refusal is against the advice of my health care providers.    I acknowledge that I have been informed of the diagnosis, if known, the nature and purposes of the proposed procedure/treatment/medication, risks and benefits of the proposed procedure/treatment/medication, alternative treatments and their risks and benefits and the consequences and danger to my health and possibly to my life that may result from my refusal of this procedure/treatment/medication.

I have been given time to ask questions about my condition and about my decision to refuse the proposed procedure/treatment/medication that my health care provider has explained to me is medically indicated and necessary.

I voluntarily assume the risks and accept the consequences of my refusal of the procedure/treatment/medication and I am releasing the Department of Corrections, all health care providers, the facility, and facility staff from any and all liability for ill effects that may result from my refusal of treatment.
**Inmate Refused to Sign**


DC4-711A    Refusal of Healthcare Services (Revised 08/01/13)
This form is not to be amended, revised, or altered without approval of the Office of Health Services Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES
**Chronological Record of Health Care**


Other
**Copay?** No
**Reason for visit:**   Medication Refusal
**Select Note Style:** Incidental
**Incidental Note** Pt refused fiber 625mg. DC4-711A completed. Pt educated on risks and consequences.

FDC 000391

**119-SANTA ROSA C.I.**                                                      2/18/2025
5850 East Milton Rd.
Milton, FL 32583                          Refused Nurse Visit;Chr Rec Hlth Care: Medication Refus
Main: 8509835800 Fax: 8509835864                        Date of Service: 4/12/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 135-SANTA ROSA ANNEX
**DC4-701 Chronological Record of Health Care (Revised 8/1/17)**
**This form is not to be amended, revised, or altered without   approval of the Office of Health Services Administration.**
**Disclaimer: All EMR timestamps are Eastern Time Zone**


Signed By: Roney, LPN, Licensed Practical Nurse, Centurion, Christina at 4/12/2024
6:36:14 AM

**119-SANTA ROSA C.I.**                                    2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                    Medication Refusal
Main: 8509835800 Fax: 8509835864          Date of Service: 4/11/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ██████████
Facility: 135-SANTA ROSA ANNEX
FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES
**Chronological Record of Health Care**

**Select Note Style:** Incidental
**Incidental Note** I/M refused Fiber 625mg - R&C discussed - DC4-711A completed

**DC4-701 Chronological Record of Health Care (Revised 8/1/17)**
**This form is not to be amended, revised, or altered without   approval of the Office of Health Services Administration.**
**\*\*Disclaimer: All EMR timestamps are Eastern Time Zone\*\***

FLORIDA DEPARTMENT OF CORRECTIONS    OFFICE OF HEALTH SERVICES
**REFUSAL OF HEALTH CARE SERVICES**

**This is to certify that I am refusing the following:**

## Medication
FIBER 625 MG ORAL TABS   •   Take one tablet by mouth twice daily (DOT)

I understand this refusal is against the advice of my health care providers.    I acknowledge that I have been informed of the diagnosis, if known, the nature and purposes of the proposed procedure/treatment/medication, risks and benefits of the proposed procedure/treatment/medication, alternative treatments and their risks and benefits and the consequences and danger to my health and possibly to my life that may result from my refusal of this procedure/treatment/medication.

I have been given time to ask questions about my condition and about my decision to refuse the proposed procedure/treatment/medication that my health care provider has explained to me is medically indicated and necessary.

I voluntarily assume the risks and accept the consequences of my refusal of the procedure/treatment/medication and I am releasing the Department of Corrections, all health care providers, the facility, and facility staff from any and all liability for ill effects that may result from my refusal of treatment.
DC4-711A    Refusal of Healthcare Services (Revised 08/01/13)
This form is not to be amended, revised, or altered without approval of the Office of Health Services Administration.

\*\*Disclaimer: All EMR timestamps are Eastern Time Zone\*\*

1 of 2

**119-SANTA ROSA C.I.**

5850 East Milton Rd.
Milton, FL 32583
Main: 8509835800 Fax: 8509835864

2/18/2025

Medication Refusal
Date of Service: 4/11/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████████
Facility: 135-SANTA ROSA ANNEX

Signed By: Blue-Bartlett, LPN, Licensed Practical Nurse, Centurion, Kimberly at
4/11/2024 7:17:00 PM

2 of 2

**119-SANTA ROSA C.I.**                                                    2/18/2025
5850 East Milton Rd.
Milton, FL 32583                           Diagram of Injury/Rule of Nines
Main: 8509835800 Fax: 8509835864          Date of Service: 4/10/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: █████████████
Facility: 135-SANTA ROSA ANNEX
**Diagram of Injury/Rule of Nines**


*Imported By: Ashley Adams, Administrative Assistant, Centurion 4/11/2024 1:12:36 PM*

_____

External Attachment:

  Type:     Image
 Comment:   dc4-711a, t15204, 4.10.24


Signed By: Gunter, RN, Registered Nurse, Centurion, Patricia at
4/11/2024 1:13:01 PM

1 of 1

TB135-SANTA ROSA ANNEX
5850 East Milton Rd.   Milton, FL 32583
8509817602  Fax: 8509817655

*April 10, 2024*
Page 1
Diagram of Injury

**ROBERT S LEE**
T15204
Race/Sex: Black or African American / Male
DOB:
135-SANTA ROSA ANNEX

### FLORIDA DEPARTMENT OF CORRECTIONS
### OFFICE OF HEALTH SERVICES
### DIAGRAM OF INJURY



Date of occurrence  4/10/24                                Time of occurrence  1500
Date injury assessed by medical  4/10/24            Time injury assessed by medical  1507

☑ No injury identified

Description of injury:

No  injury

P Gunter RN
Santa Rosa Cl Annex
Staff Signature

This form is not to be amended, revised, or altered without
approval by the Director of Health Services- Administration.

Copies distribution:  White/Health Record   Canary/Inspector General   Pink/Warden or Asst. Warden
DC4-708 (Revised 10/07)

RECEIVED

APR 1 1 2024

SANTA ROSA C.I
MEDICAL