RECEIVED

APR 1 1 2024

SANTA ROSA CI

**119-SANTA ROSA C.I.**                                     2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                    Point of Care: Vitals
Main: 8509835800 Fax: 8509835864               Date of Service: 4/11/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ██████████
Facility: 135-SANTA ROSA ANNEX
Vital Signs

**Temp:** 98.1 'F **Pulse:** 60  **Resp:** 16  **BP:** 114  **/** 70
**O2 sat:** 98 %  **BMI:** 22.40
**Weight (lbs):** 160

**Disclaimer: All EMR timestamps are Eastern Time Zone**

Signed By: Blue-Bartlett, LPN, Licensed Practical Nurse, Centurion, Kimberly at
4/11/2024 11:32:06 AM

**119-SANTA ROSA C.I.**                                    2/18/2025
5850 East Milton Rd.
Milton, FL 32583                          DC4-711A Medical Refusals
Main: 8509835800 Fax: 8509835864          Date of Service: 4/10/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████████
Facility: 135-SANTA ROSA ANNEX
**DC4-711A Medical Refusals**


*Imported By: Ashley Adams, Administrative Assistant, Centurion 4/11/2024 10:50:56 AM*

_____

External Attachment:

  Type:     Image
 Comment:   dc4-711a, t15204, 4.10.24



Signed By: Blue-Bartlett, LPN, Licensed Practical Nurse,
Centurion, Kimberly at 4/11/2024 10:51:04 AM
Signed By: Brandabur-Holtman, MD, Psychiatrist, Centurion, Helen
at 4/12/2024 8:07:24 AM

1 of 1

**FLORIDA DEPARTMENT OF CORRECTIONS**
**REFUSAL OF HEALTH CARE SERVICES**

This is to certify that I am refusing the following:

- ☐ Medical Services _____
- ☐ Mental Health Services _____
- ☐ Dental Services _____
- ☒ Medication PROZAC 30mg; melatonin 3mg
- ☐ Lab/Diagnostic testing _____
- ☐ Other _____

I understand this refusal is against the advice of my health care providers. I acknowledge that I have been informed of the diagnosis, if known, the nature and purposes of the proposed procedure/treatment/medication, risks and benefits of the proposed procedure/treatment/medication, alternative treatments and their risks and benefits and the consequences and danger to my health and possibly to my life that may result from my refusal of this procedure/treatment/medication.

I have been given sufficient time to ask questions about my condition and about my decision to refuse the proposed procedure/treatment/medication that my health care provider has explained to me is medically indicated and necessary.

I voluntarily assume the risks and accept the consequences of my refusal of the procedure/treatment/medication. I am releasing the Department of Corrections, all health care providers, the facility, and facility staff from any and all liability for ill effects that may result from my refusal of treatment.

refused to sign                           1045          4 / 10 / 2024
**Signature of Patient***                 **Date/Time**

**Two Witnesses:** I, ___K. BARTLETT, LPN___ am a health care staff member and I have witnessed the
patient voluntarily sign this form/refuse to sign the form. ~~SANTA ROSA CI / AN~~

_Kbartett LPN_                            K. BARTLETT, LPN
                                          SANTA ROSA CI / AN
Signature of Witness                      Title of Witness

I, _Douglas_ _____ am a staff member who is not the patient's health care
provider for this procedure and I have witnessed the patient voluntarily sign this form/refuse to sign the form.

                                          LPN
Signature of Witness                      Title of Witness

I am aware that this patient refused the proposed procedure/ treatment/medication and has signed this form/ refused to sign the form.

Signature of Clinician                    Date/Stamp

Interpreter/translator: To the best of my knowledge, the patient understood what was interpreted/translated and voluntarily signed this form/refused to sign the form.

Signature of Interpreter/Translator       Title of Witness

*If the patient refuses to sign this document, but has verbally refused the above procedure, write REFUSES TO SIGN above Signature of Patient.

Inmate Name Lee, Robert                   RECEIVED
DC# T15204  Race/Sex B / M
Date of Birth _____                    APR 11 2024
Institution SARCI ANNEX
                                          SANTA HUSA C.I
DC4-711A (Effective 8/13) (Page 1 of 2)   MEDICAL

incorporated by Reference in Rule 33-401.103, F.A.C.

## ESTADO DE LA FLORIDA DEPARTAMENTO DE CORRECCIONES
## DECLARACION JURADA DE RECHAZO A TRATAMIENTO MEDICO

Yo certifico que rechazo lo siguiente:

- ☐ Servicios medicos _____
- ☐ Servicios de salud mental _____
- ☐ Servicios dentales _____
- ☐ Medicamentos _____
- ☐ Examenes de laboratorio/pruebas diagnósticas _____
- ☐ Otros _____

Yo comprendo que este rechazo es en contra de la opinion medica. Yo reconosco que he sido informado del diagnostico, si es confirmado, la condición y propósito del propuesto procedimiento/tratamiento/medicamento, los riesgos y beneficios del propuesto procedimiento/tratamiento/medicamento. También he sido informado de tratamiento alternativo y sus riesgos y beneficios y de las consecuencias y los peligros para mi salud y el posible riesgo de muerte que puede resultar de no consentir al procedimiento/tratamiento/medicamento.

Me han dado suficiente tiempo para hacer preguntas sobre mi condición y sobre mi decisión de no consentir al propuesto procedimiento/tratamiento/medicamento que el proveedor de servicios médicos me ha explicado es indicado y necesario.

Yo voluntariamente asumo los riesgos y acepto las consecuencias de no consentir al procedimiento/tratamiento/medicamento. Yo declaro que el Departamento de Correcciones, los proveedores de servicios médicos, la facilidad, y los miembros del equipo médico no son responsables por cualquier incapacidad o complicaciones que puedan ocurrir como consecuencia de haberme negado a recibir tratamiento médico.

_____    _____
**Firma del Paciente***              **Fecha/Hora**

---

**Dos Testigos:**    Yo,_____ soy un miembro del equipo médico y he sido testigo que el paciente ha firmado voluntariamente este documento/rehúsa firmar.

_____    _____
Firma del testigo                    Titulo del testigo

Yo, _____ soy miembro del personal que no es el proveedor del cuidado de salud del paciente para este procedimiento y he sido testigo que el paciente voluntariamente firmo este documento / rehúsa firmar el documento.

_____    _____
Firma del testigo                    Titulo del testigo

Yo me enterado que este paciente rehusa el proposito del tratamiento o intervencion/medicamento y a firmado este documento/rehúsa firmar.

_____    _____
Firma del Médico                     Fecha/Sello

*Si el paciente rehusa firmar este documento, pero verbalmente rechaza el procedimiento arriba descrito, escriba REHUSA FIRMAR ARRIBA Firma del Paciente.

Inmate Name **Lee, Robert**
DC# **T15204**    Race/Sex **B/M**
Date of Birth
Institution **SARCI ANNEX**

DC4-711A (Effective 8/13)  (Page 2 of 2)

**119-SANTA ROSA C.I.**                                          2/18/2025
5850 East Milton Rd.
Milton, FL 32583                          DC4-711A Medical Refusals
Main: 8509835800 Fax: 8509835864          Date of Service: 4/10/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████████
Facility: 135-SANTA ROSA ANNEX
**DC4-711A Medical Refusals**


*Imported By: Ashley Adams, Administrative Assistant, Centurion 4/11/2024 10:48:36 AM*

_____

External Attachment:

  Type:      Image
 Comment:    dc4-711a, t15204, 4.10.24



Signed By: Blue-Bartlett, LPN, Licensed Practical Nurse,
Centurion, Kimberly at 4/11/2024 10:49:00 AM
Signed By: Perry, MD, Physician, Centurion, Debra at 4/12/2024
1:00:57 PM

1 of 1

**FLORIDA DEPARTMENT OF CORRECTIONS**

**REFUSAL OF HEALTH CARE SERVICES**

This is to certify that I am refusing the following:

- ☐ Medical Services _____
- ☐ Mental Health Services _____
- ☐ Dental Services _____
- ☒ Medication  Fiber 425mg _____
- ☐ Lab/Diagnostic testing _____
- ☐ Other _____

I understand this refusal is against the advice of my health care providers. I acknowledge that I have been informed of the diagnosis, if known, the nature and purposes of the proposed procedure/treatment/medication, risks and benefits of the proposed procedure/treatment/medication, alternative treatments and their risks and benefits and the consequences and danger to my health and possibly to my life that may result from my refusal of this procedure/treatment/medication.

I have been given sufficient time to ask questions about my condition and about my decision to refuse the proposed procedure/treatment/medication that my health care provider has explained to me is medically indicated and necessary.

I voluntarily assume the risks and accept the consequences of my refusal of the procedure/treatment/medication. I am releasing the Department of Corrections, all health care providers, the facility, and facility staff from any and all liability for ill effects that may result from my refusal of treatment.

refused to sign                          1045      4 / 10 / 2024
**Signature of Patient\***                  **Date/Time**

| | |
|---|---|
| **Two Witnesses:**   I,  K. BARTLETT, LPN ~~SANTA ROSA CI / AN~~   am a health care staff member and I have witnessed the patient voluntarily sign this form/refuse to sign the form. | |
| k bartlett LPN | K. BARTLETT, LPN  SANTA ROSA CI / AN |
| Signature of Witness | Title of Witness |
| I, LDouglas   am a staff member who is not the patient's health care provider for this procedure and I have witnessed the patient voluntarily sign this form/refuse to sign the form. | |
| | LPN |
| Signature of Witness | Title of Witness |
| I am aware that this patient refused the proposed procedure/ treatment/medication and has signed this form/ refused to sign the form. | |
| Signature of Clinician | Date/Stamp |
| Interpreter/translator:  To the best of my knowledge, the patient understood what was interpreted/translated and voluntarily signed this form/refused to sign the form. | |
| Signature of Interpreter/Translator | Title of Witness |

\*If the patient refuses to sign this document, but has verbally refused the above procedure, write REFUSES TO SIGN above Signature of Patient.

Inmate Name  Lee, Robert

DC#  T15204                    Race/Sex  B  / M

Date of Birth ▓▓▓▓▓▓▓▓

Institution  SRCI ANNEX

DC4-711A (Effective 8/13)  (Page 1 of 2)

**RECEIVED**

APR 1 1 2024

SANTA ROSA C.I
MEDICAL

Incorporated by Reference in Rule 33-401.103, F.A.C.

**ESTADO DE LA FLORIDA DEPARTAMENTO DE CORRECCIONES**
**DECLARACION JURADA DE RECHAZO A TRATAMIENTO MEDICO**

Yo certifico que rechazo lo siguiente:

☐ Servicios medicos _____

☐ Servicios de salud mental _____

☐ Servicios dentales _____

☐ Medicamentos _____

☐ Examenes de laboratorio/pruebas
diagnósticas _____

☐ Otros _____

Yo comprendo que este rechazo es en contra de la opinion medica. Yo reconosco que he sido informado del diagnostico, si es confirmado, la condición y propósito del propuesto procedimiento/tratamiento/medicamento, los riesgos y beneficios del propuesto procedimiento/tratamiento/medicamento. También he sido informado de tratamiento alternativo y sus riesgos y beneficios y de las consecuencias y los peligros para mi salud y el posible riesgo de muerte que puede resultar de no consentir al procedimiento/tratamiento/medicamento.

Me han dado suficiente tiempo para hacer preguntas sobre mi condición y sobre mi decisión de no consentir al propuesto procedimiento/tratamiento/medicamento que el proveedor de servicios médicos me ha explicado es indicado y necesario.

Yo voluntariamente asumo los riesgos y acepto las consecuencias de no consentir al procedimiento/tratamiento/medicamento. Yo declaro que el Departamento de Correcciones, los proveedores de servicios médicos, la facilidad, y los miembros del equipo médico no son responsables por cualquier incapacidad o complicaciones que puedan ocurrir como consecuencia de haberme negado a recibir tratamiento médico.

_____     _____

**Firma del Paciente\***                          **Fecha/Hora**

**Dos Testigos:**    Yo,_____ soy un miembro del equipo médico y he sido testigo que el paciente ha firmado voluntariamente este documento/rehúsa firmar.

_____     _____

Firma del testigo                          Titulo del testigo

Yo, _____ soy miembro del personal que no es el proveedor del cuidado de salud del paciente para este procedimiento y he sido testigo que el paciente voluntariamente firmo este documento / rehúsafirmar el documento.

_____     _____

Firma del testigo                          Titulo del testigo

Yo me enterado que este paciente rehusa el proposito del tratamiento o intervencion/medicamento y a firmado este documento/rehúsa firmar.

_____     _____

Firma del Médico                          Fecha/Sello

\*Si el paciente rehusa firmar este documento, pero verbalmente rechaza el procedimiento arriba descrito, escriba REHUSA FIRMAR ARRIBA Firma del Paciente.

Inmate Name __Lee Robert__
DC# __T15204__          Race/Sex __D /M__
Date of Birth _____
Institution __SARCI ANNEX__

DC4-711A (Effective 8/13)  (Page 2 of 2)

**119-SANTA ROSA C.I.**                                    2/18/2025
5850 East Milton Rd.
Milton, FL 32583                      DC4-711A Medical Refusals
Main: 8509835800 Fax: 8509835864     Date of Service: 4/11/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ████████████
Facility: 135-SANTA ROSA ANNEX
**DC4-711A Medical Refusals**


*Imported By: Ashley Adams, Administrative Assistant, Centurion 4/11/2024 10:05:18 AM*

_____

External Attachment:

  Type:     Image
  Comment:  dc4-711a, t15204, 4.11.24



Signed By: Roney, LPN, Licensed Practical Nurse, Centurion,
Christina at 4/11/2024 10:05:32 AM
Signed By: Perry, MD, Physician, Centurion, Debra at 4/12/2024
1:04:03 PM

1 of 1



# FLORIDA DEPARTMENT OF CORRECTIONS
## REFUSAL OF HEALTH CARE SERVICES

This is to certify that I am refusing the following:

☐ Medical Services _____

☐ Mental Health Services _____

☐ Dental Services _____

☒ Medication FIBER 6759mg _____

☐ Lab/Diagnostic testing _____

☐ Other _____

I understand this refusal is against the advice of my health care providers. I acknowledge that I have been informed of the diagnosis, if known, the nature and purposes of the proposed procedure/treatment/medication, risks and benefits of the proposed procedure/treatment/medication, alternative treatments and their risks and benefits and the consequences and danger to my health and possibly to my life that may result from my refusal of this procedure/treatment/medication.

I have been given sufficient time to ask questions about my condition and about my decision to refuse the proposed procedure/treatment/medication that my health care provider has explained to me is medically indicated and necessary.

I voluntarily assume the risks and accept the consequences of my refusal of the procedure/treatment/medication. I am releasing the Department of Corrections, all health care providers, the facility, and facility staff from any and all liability for ill effects that may result from my refusal of treatment.

REFUSED TO SIGN                          4/11/24 @ 0428
**Signature of Patient***                 **Date/Time**

| | |
|---|---|
| **Two Witnesses:** I, C. RONEY LPN am a health care staff member and I have witnessed the patient voluntarily sign this form/refuse to sign the form. | |
| Signature of Witness | LPN  Title of Witness |
| I, Ifralier, LPN am a staff member who is not the patient's health care provider for this procedure and I have witnessed the patient voluntarily sign this form/refuse to sign the form. | |
| Signature of Witness | Title of Witness |

I am aware that this patient refused the proposed procedure/ treatment/medication and has signed this form/ refused to sign the form.

Signature of Clinician                    Date/Stamp

Interpreter/translator: To the best of my knowledge, the patient understood what was interpreted/translated and voluntarily signed this form/refused to sign the form.

Signature of Interpreter/Translator       Title of Witness

*If the patient refuses to sign this document, but has verbally refused the above procedure, write REFUSES TO SIGN above Signature of Patient.

Inmate Name LEE, ROBERT
DC# T15204 _____ Race/Sex B/M
Date of Birth _____
Institution SAFCI ANNEX

DC4-711A (Effective 8/13) (Page 1 of 2)

Incorporated by Reference in Rule 33-401.103, F.A.C.

FDC 000406

RECEIVED

APR 1 1 2024

SANTA ROSA C.I
MEDICAL

## ESTADO DE LA FLORIDA DEPARTAMENTO DE CORRECCIONES
## DECLARACION JURADA DE RECHAZO A TRATAMIENTO MEDICO

Yo certifico que rechazo lo siguiente:

☐ Servicios medicos _____

☐ Servicios de salud mental _____

☐ Servicios dentales _____

☐ Medicamentos _____

☐ Examenes de laboratorio/pruebas
  diagnósticas _____

☐ Otros _____

Yo comprendo que este rechazo es en contra de la opinion medica. Yo reconosco que he sido informado del diagnostico, si es confirmado, la condición y propósito del propuesto procedimiento/tratamiento/medicamento, los riesgos y beneficios del propuesto procedimiento/tratamiento/medicamento. También he sido informado de tratamiento alternativo y sus riesgos y beneficios y de las consecuencias y los peligros para mi salud y el posible riesgo de muerte que puede resultar de no consentir al procedimiento/tratamiento/medicamento.

Me han dado suficiente tiempo para hacer preguntas sobre mi condición y sobre mi decisión de no consentir al propuesto procedimiento/tratamiento/medicamento que el proveedor de servicios médicos me ha explicado es indicado y necesario.

Yo voluntariamente asumo los riesgos y acepto las consecuencias de no consentir al procedimiento/tratamiento/medicamento. Yo declaro que el Departamento de Correcciones, los proveedores de servicios médicos, la facilidad, y los miembros del equipo médico no son responsables por cualquier incapacidad o complicaciones que puedan ocurrir como consecuencia de haberme negado a recibir tratamiento médico.

**Firma del Paciente\*** _____    **Fecha/Hora** _____

**Dos Testigos:**    Yo, _____ soy un miembro del equipo médico y he sido testigo que el paciente ha firmado voluntariamente este documento/rehúsa firmar.

Firma del testigo _____    Titulo del testigo _____

Yo, _____ soy miembro del personal que no es el proveedor del cuidado de salud del paciente para este procedimiento y he sido testigo que el paciente voluntariamente firmo este documento / rehúsa firmar el documento.

Firma del testigo _____    Titulo del testigo _____

Yo me enterado que este paciente rehusa el proposito del tratamiento o intervencion/medicamento y a firmado este documento/rehúsa firmar.

Firma del Médico _____    Fecha/Sello _____

\*Si el paciente rehusa firmar este documento, pero verbalmente rechaza el procedimiento arriba descrito, escriba REHUSA FIRMAR ARRIBA Firma del Paciente.

Inmate Name LEE, ROBERT
DC# T15204        Race/Sex B/M
Date of Birth _____
Institution SANTA ROSA ANNEX

DC4-711A (Effective 8/13) (Page 2 of 2)

**119-SANTA ROSA C.I.**                                          2/18/2025
5850 East Milton Rd.
Milton, FL 32583                        Refused Nurse Visit;Chr Rec Hlth Care: Medication refusa
Main: 8509835800 Fax: 8509835864                        Date of Service: 4/11/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: █████████
Facility: 135-SANTA ROSA ANNEX
FLORIDA DEPARTMENT OF CORRECTIONS    OFFICE OF HEALTH SERVICES
**REFUSAL OF HEALTH CARE SERVICES**


**This is to certify that I am refusing the following:**

**<u>Medication</u>**
FIBER 625 MG ORAL TABS   •   Take one tablet by mouth twice daily (DOT)


I understand this refusal is against the advice of my health care providers.    I acknowledge that I have
been informed of the diagnosis, if known, the nature and purposes of the proposed
procedure/treatment/medication, risks and benefits of the proposed procedure/treatment/medication,
alternative treatments and their risks and benefits and the consequences and danger to my health and
possibly to my life that may result from my refusal of this procedure/treatment/medication.

I have been given time to ask questions about my condition and about my decision to refuse the
proposed procedure/treatment/medication that my health care provider has explained to me is medically
indicated and necessary.

I voluntarily assume the risks and accept the consequences of my refusal of the
procedure/treatment/medication and I am releasing the Department of Corrections, all health care
providers, the facility, and facility staff from any and all liability for ill effects that may result from my refusal
of treatment.
**<u>Inmate Refused to Sign</u>**


DC4-711A    Refusal of Healthcare Services (Revised 08/01/13)
This form is not to be amended, revised, or altered without approval of the Office of Health Services
Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES
**Chronological Record of Health Care**


Other
**Copay?** No
**Reason for visit:**   Medication refusal
**Select Note Style:** Incidental
**Incidental Note** Pt refused fiber 625mg. DC4-711A completed. Pt educated on risks and consequences.


1 of 2

**119-SANTA ROSA C.I.**
5850 East Milton Rd.
Milton, FL 32583                                    Refused Nurse Visit;Chr Rec Hlth Care: Medication refusa
Main: 8509835800 Fax: 8509835864                            Date of Service: 4/11/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 135-SANTA ROSA ANNEX
**DC4-701 Chronological Record of Health Care (Revised 8/1/17)**
**This form is not to be amended, revised, or altered without   approval of the Office of Health Services Administration.**
**Disclaimer: All EMR timestamps are Eastern Time Zone**


Signed By: Roney, LPN, Licensed Practical Nurse, Centurion, Christina at 4/11/2024 6:31:17 AM

FDC 000409

**119-SANTA ROSA C.I.**                                              2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                          Medication Refusal
Main: 8509835800 Fax: 8509835864                 Date of Service: 4/10/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 135-SANTA ROSA ANNEX
FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES
**Chronological Record of Health Care**

**Select Note Style:** Incidental
**Incidental Note** I/M refused Fiber 625mg - R&C discussed - DC4-711A completed

**DC4-701 Chronological Record of Health Care (Revised 8/1/17)**
**This form is not to be amended, revised, or altered without    approval of the Office of Health Services Administration.**
**Disclaimer: All EMR timestamps are Eastern Time Zone**

FLORIDA DEPARTMENT OF CORRECTIONS    OFFICE OF HEALTH SERVICES
**REFUSAL OF HEALTH CARE SERVICES**

**This is to certify that I am refusing the following:**

**<u>Medication</u>**
FIBER 625 MG ORAL TABS    •    Take one tablet by mouth twice daily (DOT)

I understand this refusal is against the advice of my health care providers.    I acknowledge that I have been informed of the diagnosis, if known, the nature and purposes of the proposed procedure/treatment/medication, risks and benefits of the proposed procedure/treatment/medication, alternative treatments and their risks and benefits and the consequences and danger to my health and possibly to my life that may result from my refusal of this procedure/treatment/medication.

I have been given time to ask questions about my condition and about my decision to refuse the proposed procedure/treatment/medication that my health care provider has explained to me is medically indicated and necessary.

I voluntarily assume the risks and accept the consequences of my refusal of the procedure/treatment/medication and I am releasing the Department of Corrections, all health care providers, the facility, and facility staff from any and all liability for ill effects that may result from my refusal of treatment.
**<u>Inmate Refused to Sign</u>**

DC4-711A    Refusal of Healthcare Services (Revised 08/01/13)
This form is not to be amended, revised, or altered without approval of the Office of Health Services Administration.

FDC 000410

**119-SANTA ROSA C.I.**
5850 East Milton Rd.
Milton, FL 32583
Main: 8509835800 Fax: 8509835864

2/18/2025

Medication Refusal
Date of Service: 4/10/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 135-SANTA ROSA ANNEX

**Disclaimer: All EMR timestamps are Eastern Time Zone**

Signed By: Blue-Bartlett, LPN, Licensed Practical Nurse, Centurion, Kimberly at
4/10/2024 7:20:22 PM

**119-SANTA ROSA C.I.**                                          2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                    Medication Refusa...
Main: 8509835800 Fax: 8509835864              Date of Service: 4/10/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ████████
Facility: 135-SANTA ROSA ANNEX
FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES
**Chronological Record of Health Care**

**Select Note Style:** Incidental
**Incidental Note** I/M refused Fiber 625mg - R&C discussed - DC4-711A completed

**DC4-701 Chronological Record of Health Care (Revised 8/1/17)**
**This form is not to be amended, revised, or altered without   approval of the Office of Health Services Administration.**
**Disclaimer: All EMR timestamps are Eastern Time Zone**

FLORIDA DEPARTMENT OF CORRECTIONS    OFFICE OF HEALTH SERVICES
**REFUSAL OF HEALTH CARE SERVICES**

**This is to certify that I am refusing the following:**

**<u>Medication</u>**
FIBER 625 MG ORAL TABS   •   Take one tablet by mouth twice daily (DOT)

I understand this refusal is against the advice of my health care providers.    I acknowledge that I have been informed of the diagnosis, if known, the nature and purposes of the proposed procedure/treatment/medication, risks and benefits of the proposed procedure/treatment/medication, alternative treatments and their risks and benefits and the consequences and danger to my health and possibly to my life that may result from my refusal of this procedure/treatment/medication.

I have been given time to ask questions about my condition and about my decision to refuse the proposed procedure/treatment/medication that my health care provider has explained to me is medically indicated and necessary.

I voluntarily assume the risks and accept the consequences of my refusal of the procedure/treatment/medication and I am releasing the Department of Corrections, all health care providers, the facility, and facility staff from any and all liability for ill effects that may result from my refusal of treatment.
**<u>Inmate Refused to Sign</u>**

DC4-711A    Refusal of Healthcare Services (Revised 08/01/13)
This form is not to be amended, revised, or altered without approval of the Office of Health Services Administration.

FDC 000412

**119-SANTA ROSA C.I.**
5850 East Milton Rd.
Milton, FL 32583
Main: 8509835800 Fax: 8509835864

2/18/2025

Medication Refusa...
Date of Service: 4/10/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████████
Facility: 135-SANTA ROSA ANNEX

\*\*Disclaimer: All EMR timestamps are Eastern Time Zone\*\*

Signed By: Blue-Bartlett, LPN, Licensed Practical Nurse, Centurion, Kimberly at
4/10/2024 7:07:57 PM

FDC 000413

**119-SANTA ROSA C.I.**                                    2/18/2025
5850 East Milton Rd.
Milton, FL 32583                    Staff Referral/Requests:Mental Health
Main: 8509835800 Fax: 8509835864              Date of Service: 4/10/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: █████████
Facility: 135-SANTA ROSA ANNEX
Staff Referral/Request

## Orders added during this encounter:
Staff Request/Referral; Start Date: 04/10/2024

FLORIDA DEPARTMENT OF CORRECTIONS    OFFICE OF HEALTH SERVICES
**STAFF REQUEST/REFERRAL**

Directions: Sender (referring/requesting staff) completes section I and signs.    Addressee (responding staff) completes section II and signs.

**SECTION I**
**Addressee's Area/Service:** Mental Health

135-SANTA ROSA ANNEX Correctional Institution.

**Mental Health Referral**
**Clinical Date and Time:** 04/10/2024 5:37 PM
**TO: Addressee's Name** mental health
**Senders Name:** Patricia Gunter, RN, Registered Nurse, Centurion **Sender's Area/Service** Medical
Inmate Housing:
Observation Cell
**Request/Referral Type:** Urgent or Emergent: respond immediately
**Reason for Request/Referral**
**Inmate History includes following factors/events of concern:** Yes
TCU patient with threats of self harm. SHOS
**Inmate currently displays following behaviors of concern:** N/A
**Other:** N/A

DC4-529 Staff Referral/Request (Effective 12/12)
This form is not to be amended, revised, or altered without approval of the Office of Health Services
Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

Signed By: Gunter, RN, Registered Nurse, Centurion, Patricia at 4/10/2024 6:39:44 PM
Signed By: Marien, Licensed Psychologist, Centurion, Chelsea at 4/11/2024 7:47:12 AM

**119-SANTA ROSA C.I.**                                    2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                    MH Emer•ER Record•
Main: 8509835800 Fax: 8509835864              Date of Service: 4/10/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ██████████
Facility: 135-SANTA ROSA ANNEX

**119-SANTA ROSA C.I.**                                    2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                  MH Emer•ER Record•
Main: 8509835800 Fax: 8509835864          Date of Service: 4/10/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████████
Facility: 135-SANTA ROSA ANNEX
FLORIDA DEPARTMENT OF CORRECTIONS    OFFICE OF HEALTH SERVICES
**EMERGENCY ROOM RECORD**

**Check all that apply: <u>Inmate, Injury</u>**
( )Inmate    ( )Employee    ( )Visitor    ( )Post-Use-of-Force Exam    ( )Injury    ( )Physical Altercation

All inmates must be examined by medical personnel following a use of force.    This includes a visual
inspection of the entire body to identify any sign of injury.    This exam shall be performed in the medical
unit except under unusual circumstance.    Injuries shall be documented on the DC4-708, Diagram of
Injury.    If a physician/CA is not present at the time of the exam, a physician/CA must review this form and
sign it on the next working day.

**Time of occurrence: <u>1700</u>**
**Time of exam: <u>507 PM</u>**
**Description of occurrence:    <u>Patient threatened self harm. mental health emergency see protocol</u>**

**Post Use of Chemical Agent Instructions:**
**Shower without soap? <u>N/A</u>**
( )N/A    ( )Yes    ( )Refused
**<u>N/A</u>**
( )Report any difficulty breathing ( )Remain in upright position ( )Do Not apply lotion to skin ( )Splash cool
water to eyes 5-10 minutes    ( )N/A

**Temp:    <u>98.6</u>**F
**Pulse:    <u>67</u>**
**Resp:    <u>18</u>**
**BP:    <u>119</u>/ <u>79</u>**
**O2 sat:    <u>100</u>**%

**Arrived via: <u>Ambulatory</u>**
( )Ambulatory    ( )Stretcher    ( )Wheelchair    ( )Other
**Other: <u>N/A</u>**

**Condition on arrival (check all that apply): <u>Alert, Oriented x 4 (person-place- time-situation),</u>**
**<u>Responding to questions verbally</u>**
( )Alert    ( )Oriented x 4 (person-place- time-situation)    ( )Responding to questions verbally    ( )Other
(requires description in examination summary)    ( )C/O pain?
**If C/O pain checked, please indicate where: <u>N/A</u>**

**Examination summary: <u>Patient states he wants to kill himself</u>**

**Physician notified? <u>Yes</u>**
( )No    ( )Yes
**Name: <u>NP Hicks</u>**
**Time: <u>515 PM</u>**

**Treatment provided? <u>No</u>**
( )No    ( )Yes

FDC 000416

**119-SANTA ROSA C.I.**                                         2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                    MH Emer•ER Record•
Main: 8509835800 Fax: 8509835864                   Date of Service: 4/10/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: █████████
Facility: 135-SANTA ROSA ANNEX
**If Yes, please describe:** N/A
**Response to Treatment <u>N/A</u>**

**Disposition: <u>Other</u>**
( )Population(dorm)    ( )Confinement    ( )Infirmary    ( )Hospital ER    ( )IMR    ( )Other
**if Other, please explain: <u>SHOS</u>**

**Discharge Instructions and Education: <u>use coping skills</u>**

THIS DOCUMENT WILL BE ELECTRONICALLY SIGNED BY THE HEALTHCARE PROVIDER AND
REVIEWING PHYSICIAN.

DC4-701C ER Record (Effective 12/12)       Incorporated by Reference in Rule 33-602.210, F.A.C.

This form is not to be amended, revised, or altered without approval of the Office of Health Services
Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

3 of 6

**119-SANTA ROSA C.I.**                                          2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                          MH Emer•ER Record•
Main: 8509835800 Fax: 8509835864                        Date of Service: 4/10/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ██████████
Facility: 135-SANTA ROSA ANNEX

## Nurse Visit

**Copay?** No
**Reason for encounter:** EMID(Check if paper form done and scanned in)
**Patient DC Number**
T15204

## Orders added during this encounter:

SHOS - Admit to SHOS; Start Date: 04/10/2024; Order Num: 5495323-10
SHOS - Allowable Items; Start Date: 04/10/2024; Order Num: 5495323-11
SHOS - Activity Level; Start Date: 04/10/2024; Order Num: 5495323-12
SHOS - Mental Health Diet; Start Date: 04/10/2024; Order Num: 5495323-13
SHOS - Vital Signs Q 24 Hours; Start Date: 04/10/2024; Order Num: 5495323-14
SHOS - Observation Checks; Start Date: 04/10/2024; Order Num: 5495323-15
SHOS Status; Start Date: 04/10/2024; Order Num: 5495323-16
Staff Request/Referral; Start Date: 04/10/2024; Order Num: 5495323-17
FLORIDA DEPARTMENT OF CORRECTIONS    OFFICE OF HEALTH SERVICES
**MENTAL HEALTH EMERGENCY PROTOCOL**

## SUBJECTIVE:
04/10/2024 5:07 PM **Patient Age:** 43 Years Old

**Allergies:**
* NKDA (Mild)

**Current Medications:**
MELATONIN 3 MG TABS (MELATONIN) 1 QPM (DOT) Route: ORAL
FIBER 625 MG ORAL TABS (CALCIUM POLYCARBOPHIL) Take one tablet by mouth twice daily (DOT)
Route: ORAL
FLUOXETINE HCL 20 MG ORAL CAPS (FLUOXETINE HCL) Take 1 QPM (DOT)    Take with 10 mg
Fluoxetine; Route: ORAL
FLUOXETINE HCL 10 MG ORAL CAPS (FLUOXETINE HCL) 1 QPM (DOT) Take with Fluoxetine 20mg
Route: ORAL

**Problems:**
Hepatitis B Immunization (ICD-V05.9) (ICD10-Z23)
Hepatitis A Immunization (ICD-V05.9) (ICD10-Z23)
Patient's other noncompliance with medication regimen for other reason (ICD10-Z91.148)
Hypertension (ICD-401.9) (ICD10-I10)
MH Problem: Self-Directed Recovery Skills (ICD-310) (ICD10-F99)
MH Problem: Discharge Planning and Readiness Skills (ICD-308) (ICD10-F99)
MH Problem: Anger Mangement Deficits (ICD-104) (ICD10-F99)

4 of 6

**119-SANTA ROSA C.I.**                                    2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                    MH Emer•ER Record•
Main: 8509835800 Fax: 8509835864              Date of Service: 4/10/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: Jan 14, 1981
Facility: 135-SANTA ROSA ANNEX
Antisocial personality disorder (ICD-301.7) (ICD10-F60.2)
Intermittent explosive disorder (ICD-312.34) (ICD10-F63.81)
Constipation, chronic (ICD-564.09) (ICD10-K59.09)
Screening for vision (ICD-V80.2) (ICD10-Z13.89)
Wart (ICD-078.10) (ICD10-B07.9)
MH Problem: Impulsiveness (ICD-126) (ICD10-F99)

**Reported Problem:** "I want to kill myself. I'm tired of it"
**History of Self-Injury?** No **History of Violence?** No

## OBJECTIVE:
**Temp:** 98.6 F **Pulse:** 67 **Resp:** 18 **BP:** 119/ 79 **O2 sat:** 100% **Weight (lbs):** 156
**Last 3 Weights:**
158 04/08/2024 11:29:43 AM,
158 04/08/2024 8:18:00 AM,
156 04/07/2024 9:46:38 AM
**Appearance:** Other/Comments: arrived in boxers only

**NOTE: CHECK ALL THAT APPLY FOR THE FOLLOWING:**
**Current behavior:** Withdrawn, Quiet
**Oriented to:** Person, Place, Time
**Indicate any inappropriate response(s):** plan to use sheet and boxers
**Memory recent:** What is your housing location? SARAX J dorm
**Memory remote:** What was your previous institution? SARAX
**Mood as reported:** Tense, Angry **Affect as observed:** Tense, Angry **Thought process:** Well organized
**Perception: Inmate claims to hear voices or sounds, which others cannot hear?** No
**Inmate claims to see visions of things that others cannot see?** No
**Thought content: Is inmate experiencing delusions-reflects false personal beliefs?** No
**Self-injury: Ideas?** Yes
**Describe:** hang
**Plan?** Yes
**Describe:** sheet and boxers
**Vegetative Function: Appetite, recent changes:** No
**Difficulty sleeping?** No **Average hours of sleep at night:** 7
**Musculoskeletal Assessment:** Moves all extremities

Skin assessment: note areas on body diagram indicating: Intact, Ecchymosis, Abrasion, Laceration, Hematoma, Skin tear

**Medical History:** Cardiovascular Dx
**Additional comments:** na

## FINDINGS REQUIRING IMMEDIATE CLINICIAN NOTIFICATION:
Assessment has determined that there may be risk of injury to self or others

5 of 6

**119-SANTA ROSA C.I.**                                    2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                    MH Emer•ER Record•
Main: 8509835800 Fax: 8509835864          Date of Service: 4/10/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ▆▆▆▆▆▆
Facility: 135-SANTA ROSA ANNEX
**PLAN:**
**Clinician notified:**   Yes
**Clinician:**   NP Hicks
**Time notified:**   515 PM
Other**:** SHOS cell in J dorm
**Orders added during this protocol:**
Added new Test order of SHOS - Admit to SHOS (SHOS) - Signed
Added new Test order of SHOS - Allowable Items (SHOS-ITEMS) - Signed
Added new Test order of SHOS - Activity Level (SHOS-ACTIVITY) - Signed
Added new Test order of SHOS - Mental Health Diet (SP-PMSP) - Signed
Added new Test order of SHOS - Vital Signs Q 24 Hours (SHOS-Q24VS) - Signed
Added new Test order of SHOS - Observation Checks (SHOS-OBS) - Signed
Added new Test order of SHOS Status (SHOS) - Signed
Added new Test order of Staff Request/Referral (NURREQREF) - Signed


CAUTION regarding SHOS patients who have lacerations/wounds requiring dressings. Keep wrap dressings: gauze roll, Kling, Kerlix, Coban, etc. to the minimum length to hold skin dressing in place. This also includes tape length. The exception to this is an ACE compression/elastic wrap ordered by a clinician to decrease swelling and provide support to a joint.

**EDUCATION:**
Inmate instructed to return if symptoms continue, become worse, or if any new symptoms develop.
**DC4-683AA Additional Comments** use coping skills

DC4-683A Mental Health Emergency Protocol (Revised 10/10/2019)
This form is not to be amended, revised, or altered without          approval of the Office of Health Services Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**


Signed By: Gunter, RN, Registered Nurse, Centurion, Patricia at 4/10/2024 6:37:24 PM

6 of 6

**119-SANTA ROSA C.I.**                                        2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                                    pace
Main: 8509835800 Fax: 8509835864              Date of Service: 4/9/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 122-WAKULLA ANNEX

**<u>Diagnoses added during this encounter</u>**
Hepatitis A Immunization   •   04/09/2024   •   Verified by serology - 04/09/2024
Hepatitis B Immunization   •   04/09/2024   •   Verified by serology - 04/09/2024
**Hep A Ab Total**
Non-Reactive (04/09/2024 1:33:00 AM)
**Hep B Surf Ag**
Non-Reactive (04/09/2024 1:33:00 AM)
**Hep B Core Ab Total**
Non-Reactive (04/09/2024 1:33:00 AM)
**Hep B Surf Ab**
Reactive (04/09/2024 1:33:00 AM)


Signed By: Paulk, APRN, Medical Provider, Centurion, Kyara at 4/9/2024 9:41:03 AM

**119-SANTA ROSA C.I.**                                          2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                    Hepatitis ABC Profile
Main: 8509835800 Fax: 8509835864                    Date of Service: 4/9/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 135-SANTA ROSA ANNEX
Patient: ROBERT  LEE
ID: BIOR T15204
Note: All result statuses are Final unless otherwise noted.
Patient Note: PATIENT FASTING
Tests: (1) Hepatitis ABC Profile (2280-6)
  HEP. B SURF. Ab.    [A]  Reactive                     Non-Reactive
*1

                Hepatitis B Result Interpretation
                    (for reference use only)

| Marker | LI/EA* | Acute | Past | Chronic | HBV Vacc. |
|---|---|---|---|---|---|
| HBsAg | + | + | − | + | − |
| HBeAg | + | + | − | +/− | − |
| HEP.B.CORE AB,IgM | − | + | − | − | − |
| HEP.B.CORE AB. | − | + | + | + | − |
| HBeAb | − | − | +/− | +/− | − |
| HBsAb | − | − | +/− | − | + |

*Late Incubation/Early Acute
NOTE: In remote past infection, HBsAb level may be Negative or
Non-Reactive in some patients.
 HEP. B CORE Ab. TOTAL
                        Non-Reactive                    Non-Reactive
*2

                Hepatitis B Result Interpretation
                    (for reference use only)

| Marker | LI/EA* | Acute | Past | Chronic | HBV Vacc. |
|---|---|---|---|---|---|
| HBsAg | + | + | − | + | − |
| HBeAg | + | + | − | +/− | − |
| HEP.B.CORE AB,IgM | − | + | − | − | − |
| HEP.B.CORE AB. | − | + | + | + | − |
| HBeAb | − | − | +/− | +/− | − |
| HBsAb | − | − | +/− | − | + |

*Late Incubation/Early Acute
NOTE: In remote past infection, HBsAb level may be Negative or
Non-Reactive in some patients.
 HEP. B SURF. Ag        Non-Reactive                    Non-Reactive
*3
                Hepatitis B Result Interpretation
                    (for reference use only)

| Marker | LI/EA* | Acute | Past | Chronic | HBV Vacc. |
|---|---|---|---|---|---|
| HBsAg | + | + | − | + | − |
| HBeAg | + | + | − | +/− | − |
| HEP.B.CORE AB,IgM | − | + | − | − | − |

FDC 000422

**119-SANTA ROSA C.I.**                                          2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                    Hepatitis ABC Profile
Main: 8509835800 Fax: 8509835864              Date of Service: 4/9/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 135-SANTA ROSA ANNEX

```
HEP.B.CORE AB.        -       +       +       +       -
HBeAb                 -       -       +/-     +/-     -
HBsAb                 -       -       +/-     -       +
```
*Late Incubation/Early Acute
NOTE: In remote past infection, HBsAb level may be Negative or
Non-Reactive in some patients.
```
  HEP. A Ab., TOTAL        Non-Reactive              Non-Reactive
*4
  HEP. C Ab.               Non-Reactive              Non-Reactive
*5
```
A lavender cap specimen tube was received with no test ordered.
Test code
0053 CBC with differential was presumptively performed due to the
limited
stability of the specimen.  If you want to receive these results,
please
contact 1-800-229-5227 Option #1 to have the test added.
Note: An exclamation mark (!) indicates a result that was not
dispersed into the flowsheet.
Document Creation Date: 04/09/2024 4:31 AM

_____
___
(1) Order result status: Final
Collection or observation date-time: 04/09/2024 01:36
Requested date-time: 04/08/2024 03:00
Receipt date-time: 04/08/2024 23:54
Reported date-time: 04/09/2024 01:33
Referring Physician:
Ordering Physician: KYARA PAULK (kpaulk)
Specimen Source:
Source: BIOR
Filler Order Number: 942612404
Lab site: Florida Clinical Laboratory
Producer ID *1:FL1
Producer ID *2:FL1
Producer ID *3:FL1
Producer ID *4:FL1
Producer ID *5:FL1
```

Signed By: Paulk, APRN, Medical Provider, Centurion, Kyara at 4/9/2024 9:40:20 AM

**119-SANTA ROSA C.I.**                                    2/18/2025
5850 East Milton Rd.
Milton, FL 32583                         DC4-711A Medical Refusals
Main: 8509835800 Fax: 8509835864         Date of Service: 4/7/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ██████████
Facility: 135-SANTA ROSA ANNEX
**DC4-711A Medical Refusals**


*Imported By: Alicia Evans, Clerk, Centurion 4/8/2024 3:55:33 PM*

---

External Attachment:

  Type:     Image
 Comment:   DC4-711A, T15204 ,04.07.2024


Signed By: Ahmed, Administrative Assistant, Centurion, Beverly
at 4/8/2024 3:56:01 PM
Signed By: Kelly, PMHNP, Psychiatric Clinician, Centurion,
Joseph at 4/12/2024 1:16:01 PM

1 of 1

FLORIDA DEPARTMENT OF CORRECTIONS
## REFUSAL OF HEALTH CARE SERVICES

This is to certify that I am refusing the following:

- ☐ Medical Services _____
- ☒ Mental Health Services  *Vitals & weight* _____
- ☐ Dental Services _____
- ☐ Medication _____
- ☐ Lab/Diagnostic testing _____
- ☐ Other _____

I understand this refusal is against the advice of my health care providers. I acknowledge that I have been informed of the diagnosis, if known, the nature and purposes of the proposed procedure/treatment/medication, risks and benefits of the proposed procedure/treatment/medication, alternative treatments and their risks and benefits and the consequences and danger to my health and possibly to my life that may result from my refusal of this procedure/treatment/medication.

I have been given sufficient time to ask questions about my condition and about my decision to refuse the proposed procedure/treatment/medication that my health care provider has explained to me is medically indicated and necessary.

I voluntarily assume the risks and accept the consequences of my refusal of the procedure/treatment/medication. I am releasing the Department of Corrections, all health care providers, the facility, and facility staff from any and all liability for ill effects that may result from my refusal of treatment.

Signature of Patient* _____

Date/Time _04-07-24 @ 815am_

Two Witnesses: I, _B. Ahmed_ am a health care staff member and I have witnessed the patient voluntarily sign this form/refuse to sign the form.

Signature of Witness _____   Title of Witness _CNA_

I, _T. Pesnell_ am a staff member who is not the patient's health care provider for this procedure and I have witnessed the patient voluntarily sign this form/refuse to sign the form.

Signature of Witness _Pesnell_   Title of Witness _ofe_

I am aware that this patient refused the proposed procedure/ treatment/medication and has signed this form/ refused to sign the form.

Signature of Clinician _____   Date/Stamp _____

Interpreter/translator: To the best of my knowledge, the patient understood what was interpreted/translated and voluntarily signed this form/refused to sign the form.

Signature of Interpreter/Translator _____   Title of Witness _____

*If the patient refuses to sign this document, but has verbally refused the above procedure, write REFUSES TO SIGN above Signature of Patient.

Inmate Name _Lee, Robert_
DC# _715209_   Race/Sex _B/M_
Date of Birth _▮▮▮▮▮▮▮_
Institution _SRCI ANNEX - 135_

APR 0 8 REC'D
SANTA ROSA ANNEX
MENTAL HEALTH

DC4-711A (Effective 8/13) (Page 1 of 2)

Incorporated by Reference in FDC-000425 Rule 33-401.103, F.A.C.

## ESTADO DE LA FLORIDA DEPARTAMENTO DE CORRECCIONES
## DECLARACION JURADA DE RECHAZO A TRATAMIENTO MEDICO

Yo certifico que rechazo lo siguiente:

☐ Servicios medicos _____

☐ Servicios de salud mental _____

☐ Servicios dentales _____

☐ Medicamentos _____

☐ Examenes de laboratorio/pruebas diagnósticas _____

☐ Otros _____

Yo comprendo que este rechazo es en contra de la opinion medica. Yo reconosco que he sido informado del diagnostico, si es confirmado, la condición y propósito del propuesto procedimiento/tratamiento/medicamento, los riesgos y beneficios del propuesto procedimiento/tratamiento/medicamento. También he sido informado de tratamiento alternativo y sus riesgos y beneficios y de las consecuencias y los peligros para mi salud y el posible riesgo de muerte que puede resultar de no consentir al procedimiento/tratamiento/medicamento.

Me han dado suficiente tiempo para hacer preguntas sobre mi condición y sobre mi decisión de no consentir al propuesto procedimiento/tratamiento/medicamento que el proveedor de servicios médicos me ha explicado es indicado y necesario.

Yo voluntariamente asumo los riesgos y acepto las consecuencias de no consentir al procedimiento/tratamiento/medicamento. Yo declaro que el Departamento de Correcciones, los proveedores de servicios médicos, la facilidad, y los miembros del equipo médico no son responsables por cualquier incapacidad o complicaciones que puedan ocurrir como consecuencia de haberme negado a recibir tratamiento médico.

_____     _____
Firma del Paciente*        Fecha/Hora

Dos Testigos:   Yo,_____ soy un miembro del equipo médico y he sido testigo que el paciente ha firmado voluntariamente este documento/rehúsa firmar.

_____     _____
Firma del testigo        Titulo del testigo

    Yo,_____ soy miembro del personal que no es el proveedor del cuidado de salud del paciente para este procedimiento y he sido testigo que el paciente voluntariamente firmo este documento / rehúsa firmar el documento.

_____     _____
Firma del testigo        Titulo del testigo

Yo me enterado que este paciente rehusa el proposito del tratamiento o intervencion/medicamento y a firmado este documento/rehúsa firmar.

_____     _____
Firma del Médico        Fecha/Sello

*Si el paciente rehusa firmar este documento, pero verbalmente rechaza el procedimiento arriba descrito, escriba REHUSA FIRMAR ARRIBA Firma del Paciente.

Inmate Name _Lee, Robert_
DC# _715204_    Race/Sex _B/M_
Date of Birth _____
Institution _SARCI ANNEX - 135_

DC4-711A (Effective 8/13) (Page 2 of 2)

**119-SANTA ROSA C.I.**                                          2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                                 Vital Signs
Main: 8509835800 Fax: 8509835864                    Date of Service: 4/8/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████████
Facility: 135-SANTA ROSA ANNEX

**Vital Signs:**

**Temp:** 98.0 F**, Pulse:** 58**, Resp:** 16**, BP:** 110/76**, O2 sat:** 100%
**Weight (lbs):** 158**, Height:** 71 (inches)**, BMI:** 22.03

**Additional Nursing Comments:** was seen by the    provider pulse 58

**Disclaimer: All EMR timestamps are Eastern Time Zone**

Signed By: Lovelle, Nursing Assistant, Centurion, Vannessa at 4/8/2024 11:32:12 AM

1 of 1

**119-SANTA ROSA C.I.**
5850 East Milton Rd.
Milton, FL 32583
Main: 8509835800 Fax: 8509835864

2/18/2025

Xfr Sum - Provider•
Date of Service: 4/8/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ██████████
Facility: 135-SANTA ROSA ANNEX
Transfers:

FLORIDA DEPARTMENT OF CORRECTIONS    OFFICE OF HEALTH SERVICES
**HEALTH INFORMATION TRANSFER AND ARRIVAL SUMMARY**

Provider Summary:
**Clinical Date and Time:**
04/08/2024 10:45 AM
**Previous Receiving Screen Reviewed?** Yes

**Permanent Clinician Record Review:** reviewed

**Medications needed:** No
**M Grade:** 3
**W Grade:** 1
**S Grade:** 4
**Current Work Status**
**Is Inmate in Chronic Clinic?** Yes
**Consult needed?** No

**Passes written:**

DC4-760A Health Information Transfer/Arrival Summary (Revised 11/20/23
This form is not to be amended, revised, or altered without        approval of the Deputy Director of
Health Services Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

Inmate Name: <u>ROBERT S LEE</u>
DC#: <u>T15204</u>    Race/Sex: <u>Black or African American / Male</u>
Date of Birth: <u>01/14/1981</u>
Institution: <u>135-SANTA ROSA ANNEX</u>

Signed By: Perry, MD, Physician, Centurion, Debra at 4/8/2024 10:46:46 AM

1 of 1

**119-SANTA ROSA C.I.**
5850 East Milton Rd.
Milton, FL 32583
Main: 8509835800 Fax: 8509835864

2/18/2025

Chron Rec Health Care•
Date of Service: 4/8/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 135-SANTA ROSA ANNEX
**Note:** INTAKE RECEIVED FROM 122- WAKULLA ANNEX

**Type of Record Transfer** Transfer In
**Most Recent Paper Volume Number** 28
**Previous Paper Volume Numbers** 1-27
**Psychological Volume Numbers** 1
**Dental Volume Numbers** 1

DC4-701 Chronological Record of Health Care (Revised 8/1/17)
This form is not to be amended, revised, or altered without        approval of the Office of Health Services
Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

Signed By: Evans, Clerk, Centurion, Alicia at 4/8/2024 10:33:53 AM

FDC 000429

**119-SANTA ROSA C.I.**                                    2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                    MH Physical Exam•
Main: 8509835800 Fax: 8509835864              Date of Service: 4/8/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████████
Facility: 135-SANTA ROSA ANNEX

## Orders added during this encounter

Record Review; Order Number: 5467513-8; Start Date: 04/26/2024
B/P; Order Number: 5467513-7; Start Date: 04/25/2024
B/P; Order Number: 5467513-6; Start Date: 04/22/2024
B/P; Order Number: 5467513-5; Start Date: 04/18/2024
B/P; Order Number: 5467513-4; Start Date: 04/15/2024
B/P; Order Number: 5467513-3; Start Date: 04/11/2024
180 (174) day PETCU; Order Number: 5467513-2; Start Date: 10/05/2024

## Medications added during this encounter:

FIBER 625 MG ORAL TABS    •    Take one tablet by mouth twice daily (DOT)

## Medications removed during this encounter:

STOOL SOFTENER 100 MG ORAL TABS (DOCUSATE SODIUM) Take one tablet by mouth twice daily
(DOT); Route: ORAL

FLORIDA DEPARTMENT OF CORRECTIONS    OFFICE OF HEALTH SERVICES
## MENTAL HEALTH PHYSICAL EXAM

This form is to be completed by attending medical clinician on inpatient mental health patients at intervals
of every 90 days for CMHTF and CSU; 180 days for TCU as outlined in Medical and Dental Care for
Mentally Disordered Inmates, HSB 15.05.20.
**Current S Grade:**
4

**Allergies:**
* NKDA (Mild)

**Current Medications:**
FIBER 625 MG ORAL TABS (CALCIUM POLYCARBOPHIL) Take one tablet by mouth twice daily (DOT)
Route: ORAL
FLUOXETINE HCL 20 MG ORAL CAPS (FLUOXETINE HCL) Take 1 QPM (DOT)    Take with 10 mg
Fluoxetine; Route: ORAL
FLUOXETINE HCL 10 MG ORAL CAPS (FLUOXETINE HCL) 1 QPM (DOT) Take with Fluoxetine 20mg
Route: ORAL

1 of 3

**119-SANTA ROSA C.I.**
5850 East Milton Rd.
Milton, FL 32583
Main: 8509835800 Fax: 8509835864

2/18/2025

MH Physical Exam•
Date of Service: 4/8/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 135-SANTA ROSA ANNEX
**Current Medical Diagnoses:**
Patient's other noncompliance with medication regimen for other reason (ICD10-Z91.148)
Hypertension (ICD-401.9) (ICD10-I10)
MH Problem: Self-Directed Recovery Skills (ICD-310) (ICD10-F99)
MH Problem: Discharge Planning and Readiness Skills (ICD-308) (ICD10-F99)
Psychoactive substance use disorder (ICD-292.9) (ICD10-F19.99)
Depression, major, moderate (ICD-296.22) (ICD10-F32.1)
MH Problem: Anger Mangement Deficits (ICD-104) (ICD10-F99)
Antisocial personality disorder (ICD-301.7) (ICD10-F60.2)
Intermittent explosive disorder (ICD-312.34) (ICD10-F63.81)
Constipation, chronic (ICD-564.09) (ICD10-K59.09)
Screening for vision (ICD-V80.2) (ICD10-Z13.89)
Wart (ICD-078.10) (ICD10-B07.9)
MH Problem: Impulsiveness (ICD-126) (ICD10-F99)

**Subjective Complaints:** Patient complains of some constipation, no relief with the stool softener.    He denies any pain.

## PHYSICAL EXAMINATION
**Temp:**  98.0 F  **Pulse:**  58  **Resp:**  16  **BP:**  110 / 76  **O2 sat:**    100%    **Weight (lbs):**  158

**HEAD, FACE, NECK, AND SCALP** Normal
**NOSE** Not Examined
**THYROID** Normal
**MOUTH AND THROAT** Normal
**EARS** Normal
**EYES - GENERAL** Normal
**FUNDI** Not Examined
**PUPILS (EQUAL AND REACTIVE)** Normal
**EXTRA OCULAR MOVEMENT** Normal
**HEART (SIZE, RHYTHM, SOUNDS)**    Normal
**LUNGS AND CHEST - INCLUDE BREASTS** Normal
**ABDOMEN - INCLUDE HERNIA** Normal
**ANUS AND RECTUM-HEMORRHOIDS** Not Examined
**LYMPHATICS** Not Examined
**UPPER EXTREMITIES - STRENGTH, ROM** Normal
**LOWER EXTREMITIES - STRENGTH, ROM** Normal
**G.U. SYSTEM** Not Examined
**SPINE, OTHER MUSCULOSKELETAL** Normal
**SKIN** Normal
**NEUROLOGIC EXAM**    Normal

**Allergies reviewed:** Yes

**Laboratory findings reviewed:** Yes

**Chronic Illness Clinic up to date:** Yes

2 of 3

**119-SANTA ROSA C.I.**                                    2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                    MH Physical Exam•
Main: 8509835800 Fax: 8509835864                Date of Service: 4/8/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 135-SANTA ROSA ANNEX

**Recommendations, Follow-up, Medications:** Routine PETCU.
Patient was recently enrolled in Card Clinic, but has been off the Lisinopril with normal BP's.    Will do BP checks, complete clinic if they continue to be normal.
Will stop stool softener and try fiber for constipation.    Patient was encouraged to drink more water and walk.
Problem list cleaned up.

DC4-707A Mental Health Physical Exam (Revised 8/1/19)
This form is not to be amended, revised, or altered without        approval of the Office of Health Services Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

Signed By: Perry, MD, Physician, Centurion, Debra at 4/8/2024 10:44:25 AM

3 of 3

**119-SANTA ROSA C.I.**                                    2/18/2025
5850 East Milton Rd.
Milton, FL 32583                          Chr Rec Hlth Care: Lab Draw;
Main: 8509835800 Fax: 8509835864          Date of Service: 4/8/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 135-SANTA ROSA ANNEX
FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES
**Chronological Record of Health Care**


Other
**Reason for visit:**   Lab Draw
**Select Note Style:** SOAPE
**Subjective:** Lab Draw
**Objective:** Lab Draw
**Assessment:** Hep ABC Profile obtained from R AC, and L AC using an Eclipse Needle requiring 2 sticks due to patients vein blowing. 0 adverse reaction or abnormal bleeding noted at this time. SST, and Lavender Top Tube used. Specimen sent to Bioreference via courier.
**Plan:** N/A
**Education:** N/A


**DC4-701 Chronological Record of Health Care (Revised 8/1/17)**
**This form is not to be amended, revised, or altered without   approval of the Office of Health Services Administration.**
**Disclaimer: All EMR timestamps are Eastern Time Zone**


Signed By: Frazier, LPN, Licensed Practical Nurse. Centurion, Tamie at 4/8/2024 6:05:42 AM

**119-SANTA ROSA C.I.**                                           2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                                  Vital Signs
Main: 8509835800 Fax: 8509835864                        Date of Service: 4/7/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████████
Facility: 135-SANTA ROSA ANNEX

**Vital Signs:**

**Temp:** 98.2 F**, Pulse:** 74**, Resp:** 17**, BP:** 113/74**, O2 sat:** 99%
**Weight (lbs):** 156**, Height:** 71 (inches)**, BMI:** 21.76

**Disclaimer: All EMR timestamps are Eastern Time Zone**

Signed By: Ahmed, Administrative Assistant, Centurion, Beverly at 4/7/2024 1:33:48 PM

1 of 1

**119-SANTA ROSA C.I.**
5850 East Milton Rd.
Milton, FL 32583
Main: 8509835800 Fax: 8509835864

2/18/2025

Vital Signs
Date of Service: 4/7/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ██████████
Facility: 135-SANTA ROSA ANNEX
FLORIDA DEPARTMENT OF CORRECTIONS    OFFICE OF HEALTH SERVICES
**REFUSAL OF HEALTH CARE SERVICES**


**This is to certify that I am refusing the following:**

## Mental Health Services
**If Mental Health Services, then please describe:** PT REFUSED VITALS AND WEIGHT


I understand this refusal is against the advice of my health care providers.    I acknowledge that I have been informed of the diagnosis, if known, the nature and purposes of the proposed procedure/treatment/medication, risks and benefits of the proposed procedure/treatment/medication, alternative treatments and their risks and benefits and the consequences and danger to my health and possibly to my life that may result from my refusal of this procedure/treatment/medication.

I have been given time to ask questions about my condition and about my decision to refuse the proposed procedure/treatment/medication that my health care provider has explained to me is medically indicated and necessary.

I voluntarily assume the risks and accept the consequences of my refusal of the procedure/treatment/medication and I am releasing the Department of Corrections, all health care providers, the facility, and facility staff from any and all liability for ill effects that may result from my refusal of treatment.

## Inmate Refused to Sign


DC4-711A    Refusal of Healthcare Services (Revised 08/01/13)
This form is not to be amended, revised, or altered without approval of the Office of Health Services Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**


## Vital Signs:

**, Height:** 71 (inches)


**Disclaimer: All EMR timestamps are Eastern Time Zone**

FDC 000435

**119-SANTA ROSA C.I.**                                              2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                                    Vital Signs
Main: 8509835800 Fax: 8509835864                    Date of Service: 4/7/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████████
Facility: 135-SANTA ROSA ANNEX

Signed By: Ahmed, Administrative Assistant, Centurion, Beverly at 4/7/2024 1:32:34 PM

FDC 000436

**119-SANTA ROSA C.I.**
5850 East Milton Rd.
Milton, FL 32583
Main: 8509835800 Fax: 8509835864

2/18/2025

Vital Signs
Date of Service: 4/6/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 135-SANTA ROSA ANNEX

**Vital Signs:**

**Temp:** 97.9 F **, Pulse:** 62 **, Resp:** 18 **, BP:** 128/83 **, O2 sat:** 100%
**Weight (lbs):** 158 **, Height:** 71 (inches) **, BMI:** 22.03

**Disclaimer: All EMR timestamps are Eastern Time Zone**

Signed By: Ahmed, Administrative Assistant, Centurion, Beverly at 4/6/2024 12:08:51 PM

1 of 1

**119-SANTA ROSA C.I.**
5850 East Milton Rd.
Milton, FL 32583
Main: 8509835800 Fax: 8509835864

2/18/2025

Admin Forms
Date of Service: 4/5/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 135-SANTA ROSA ANNEX

**Orders added during this encounter:**
Hemoccult Screening (PE); Start Date: 01/28/2026

Signed By: Nguyen, Medical Records Clerk, Centurion, Jordan at 4/5/2024 4:20:32 PM

1 of 1

**119-SANTA ROSA C.I.**                                              2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                                    Vital Signs
Main: 8509835800 Fax: 8509835864                        Date of Service: 4/5/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████████
Facility: 135-SANTA ROSA ANNEX

**Vital Signs:**

**Temp:** 98.4 F**, Pulse:** 58**, Resp:** 17**, BP:** 119/74**, O2 sat:** 99%
**Weight (lbs):** 160**, Height:** 71 (inches)**, BMI:** 22.31

**Disclaimer: All EMR timestamps are Eastern Time Zone**

Signed By: Ahmed, Administrative Assistant, Centurion, Beverly at 4/5/2024 1:03:26 PM

FDC 000439

**119-SANTA ROSA C.I.**                                                    2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                        Xfr Sum - Receiving•Hlth Ed•
Main: 8509835800 Fax: 8509835864                       Date of Service: 4/5/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ▮▮▮▮▮▮▮▮
Facility: 135-SANTA ROSA ANNEX
Transfers:

## Orders added during this encounter:

Health Review- Transfer (Provider); Start Date: 04/07/2024

FLORIDA DEPARTMENT OF CORRECTIONS    OFFICE OF HEALTH SERVICES
**HEALTH INFORMATION TRANSFER AND ARRIVAL SUMMARY**

**Receiving facility MUST complete all starred items.**    Completion of the below
information is not applicable for inmates transferring to a community facility: e.g work release center

Document Name of Transit or Permanent Facility:
Permanent Facility    **Facility Name:** 135-SANTA ROSA ANNEX
04/05/2024 11:59 PM
Vital Signs: Any Vital Signs out of normal range requires referral:

**Temp:** 98.4
**Pulse:** 58  **Resp:** 17  **BP:** 119 **/** 74  **O2 sat:**    99
**Current Weight (lbs):**    160
**Oriented to:** Person, Place, Time
**Current behavior: * requires referral:** Cooperative

 **1. Health Services Inmate Orientation Handbook received?    Permanent Facility Only:** Yes
**\*2. Oriented to access of care: Sick call-Emergency-Pill line-Mental Health- Dental and Medications
pick up?** Yes
**\*3. Is Inmate currently receiving medications?**    Yes
**\*4. Does the inmate have medications with them? If NO, referral required:** Yes
**\*5. Is the Inmate currenlty receiving healthcare?** Yes
Medical
Mental Health
**\*6. Is the Inmate presently thinking of committing suicide?** No
**\*7. Does Inmate have a history of substance abuse treatment? Permanent Facility Only:** No
**\*8. Does Inmate have a history of self-injurious behavior?** Yes
**\*9. Does inmate have a history of inpatient and/or outpatient psychiatric tx?** Yes
 **10. Does the inmate feel that s/he is susceptible to being victimized by an act of sexual abuse or
assault?**    No
 **11. Does the inmate acknowledge or exhibit any tendencies to act out sexually aggressive
behavior?** No
**\*12. Does the inmate have a current medical, dental, or MH complaint** No
**\*13. Deformities-evidence of abuse-trauma-disabilities or other physical limitations?** No
**\*14. Signs or symptoms of skin infection?** No
**\*15. Referrals needed for:** Mental Hlth
**\*16. Any change in medication list?** No
**\*18. Single dose MAR?** Yes

**119-SANTA ROSA C.I.**                                              2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                    Xfr Sum - Receiving•Hlth Ed•
Main: 8509835800 Fax: 8509835864                    Date of Service: 4/5/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ████████
Facility: 135-SANTA ROSA ANNEX
**\*19. Current Medical-Dental or Mental Health complaint?** No
**\*20. Are there any job or housing restrictions?** No
**\*21. Does Inmate require any Passes?** No
**\*22. Does Inmate have Consults pending?** No
**\*23. Does Inmate have any overdue appointments?** No
**\*24. Does Inmate need impaired Inmate Assistant?** No
**\*25. Disposition:** MH


**Orders Added:**
Added new Test order of Health Review- Transfer (Provider) (HR) - Signed

Transfer sending info reviewedTransfer receiving summary reviewed
DC4-760A Health Information Transfer/Arrival Summary (Revised 11/20/23)
This form is not to be amended, revised, or altered without        approval of the Deputy Director of
Health Services Administration.

\*\*Disclaimer: All EMR timestamps are Eastern Time Zone\*\*

Inmate Name: <u>ROBERT S LEE</u>
DC#: <u>T15204</u>    Race/Sex: <u>Black or African American / Male</u>
Date of Birth: <u>01/14/1981</u>
Institution: <u>135-SANTA ROSA ANNEX</u>
FLORIDA DEPARTMENT OF CORRECTIONS    OFFICE OF HEALTH SERVICES
**INMATE HEALTH EDUCATION**

**Institution:**
135-SANTA ROSA ANNEX**Date:** 04/05/2024

**Hygiene**

**Medication compliance**
STOOL SOFTENER 100 MG ORAL TABS  •  Take one tablet by mouth twice daily (DOT),
FLUOXETINE HCL 20 MG ORAL CAPS  •  Take one tablet Q PM (DOT), FLUOXETINE HCL 10 MG
ORAL CAPS  •  Take one tablet Q PM (DOT)

**Treatment compliance**

**CIC education in accordance with HSB 15.03.05 and associated documents**
**Clinics** Cardiac


DC4-773 Inmate Health Education (Revised 7/31/23)
This form is not to be amended, revised, or altered without approval of the Deputy Director of Health
Services Administration.

\*\*Disclaimer: All EMR timestamps are Eastern Time Zone\*\*

2 of 3

**119-SANTA ROSA C.I.**                                      2/18/2025
5850 East Milton Rd.
Milton, FL 32583                              Xfr Sum - Receiving•Hlth Ed•
Main: 8509835800 Fax: 8509835864                Date of Service: 4/5/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████████
Facility: 135-SANTA ROSA ANNEX

Signed By: Douglas, LPN, Licensed Practical Nurse, Centurion, Lakisha at 4/5/2024
1:04:11 PM
Signed By: Perry, MD, Physician, Centurion, Debra at 4/8/2024 10:45:15 AM

FDC 000442

Santa Rosa Annex
5850 East Milton Rd
Milton, FL  32583
Phone: 850.981.7602
Fax: 850.981.7655

Signed on 4/9/2024 1:39:43 PM

Patient: ROBERT LEE
DC#: T15204
DOB ▮▮▮▮▮▮
Sex: Male
Patient Location: 135-SANTA ROSA ANNEX

# Xfr Sum - Receiving•Hlth Ed•

Transfers:

**Orders added during this encounter:**

Health Review- Transfer (Provider); Start Date: 04/07/2024

FLORIDA DEPARTMENT OF CORRECTIONS OFFICE OF HEALTH SERVICES

**HEALTH INFORMATION TRANSFER AND ARRIVAL SUMMARY**

**Receiving facility MUST complete all starred items.** Completion of the below information is not applicable for inmates transferring to a community facility: e.g work release center

Document Name of Transit or Permanent Facility:

Permanent Facility **Facility Name:** 135-SANTA ROSA ANNEX

04/05/2024 11:59 PM

Vital Signs: Any Vital Signs out of normal range requires referral:

**Temp:** 98.4

**Pulse:** 58 **Resp:** 17 **BP:** 119 / 74 **O2 sat:** 99

**Current Weight (lbs):** 160

**Oriented to:** Person, Place, Time

**Current behavior: * requires referral:** Cooperative

**1. Health Services Inmate Orientation Handbook received? Permanent Facility Only:** Yes

**\*2. Oriented to access of care: Sick call-Emergency-Pill line-Mental Health- Dental and Medications pick up?** Yes

**\*3. Is Inmate currently receiving medications?** Yes

**\*4. Does the inmate have medications with them? If NO, referral required:** Yes

**\*5. Is the Inmate currenlty receiving healthcare?** Yes

Medical

Mental Health

**\*6. Is the Inmate presently thinking of committing suicide?** No

**\*7. Does Inmate have a history of substance abuse treatment? Permanent Facility Only:** No

**\*8. Does Inmate have a history of self-injurious behavior?** Yes

**\*9. Does inmate have a history of inpatient and/or outpatient psychiatric tx?** Yes

**10. Does the inmate feel that s/he is susceptible to being victimized by an act of sexual abuse or assault?** No

**11. Does the inmate acknowledge or exhibit any tendencies to act out sexually aggressive behavior?** No

**\*12. Does the inmate have a current medical, dental, or MH complaint** No

**\*13. Deformities-evidence of abuse-trauma-disabilities or other physical limitations?** No

**\*14. Signs or symptoms of skin infection?** No

**\*15. Referrals needed for:** Mental Hlth

**\*16. Any change in medication list?** No

**\*18. Single dose MAR?** Yes

**\*19. Current Medical-Dental or Mental Health complaint?** No

**\*20. Are there any job or housing restrictions?** No

**\*21. Does Inmate require any Passes?** No

**\*22. Does Inmate have Consults pending?** No

**\*23. Does Inmate have any overdue appointments?** No

**\*24. Does Inmate need impaired Inmate Assistant?** No

**\*25. Disposition:** MH

**Orders Added:**

Added new Test order of Health Review- Transfer (Provider) (HR) - Signed

Transfer sending info reviewedTransfer receiving summary reviewed

DC4-760A Health Information Transfer/Arrival Summary (Revised 11/20/23)

This form is not to be amended, revised, or altered without approval of the Deputy Director of Health Services Administration.

**\*\*Disclaimer: All EMR timestamps are Eastern Time Zone\*\***

Inmate Name: ROBERT S LEE

DC#: T15204 Race/Sex: Black or African American / Male

Date of Birth: 01/14/1981

Douglas, LPN, Licensed Practical Nurse, Centurion, Lakisha

FDC 000443

Santa Rosa Annex
5850 East Milton Rd
Milton, FL  32583
Phone: 850.981.7602
Fax: 850.981.7655

Patient: ROBERT LEE
DC#: T15204
DOB ▮▮▮▮▮▮
Sex: Male
Patient Location: 135-SANTA ROSA ANNEX

---

Institution: <u>135-SANTA ROSA ANNEX</u>

FLORIDA DEPARTMENT OF CORRECTIONS OFFICE OF HEALTH SERVICES

**INMATE HEALTH EDUCATION**

**Institution:**

135-SANTA ROSA ANNEX **Date:** 04/05/2024

**Hygiene**

**Medication compliance**

STOOL SOFTENER 100 MG ORAL TABS • Take one tablet by mouth twice daily (DOT), FLUOXETINE HCL 20 MG ORAL CAPS • Take one tablet Q PM (DOT), FLUOXETINE HCL 10 MG ORAL CAPS • Take one tablet Q PM (DOT)

**Treatment compliance**

**CIC education in accordance with HSB 15.03.05 and associated documents**

**Clinics** Cardiac

DC4-773 Inmate Health Education (Revised 7/31/23)

This form is not to be amended, revised, or altered without approval of the Deputy Director of Health Services Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

This form is not to be amended, revised, or altered without approval of the Deputy Director of Health Services Administration.

ROBERT LEE                                        4/5/2024

**119-SANTA ROSA C.I.**                                              2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                             Xfr sum - Sending•
Main: 8509835800 Fax: 8509835864                        Date of Service: 4/5/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ██████████
Facility: 118-WAKULLA C.I.
Transfers:

## Orders added during this encounter:
New Inmate HLT Review (Nurse); Start Date: 04/05/2024

FLORIDA DEPARTMENT OF CORRECTIONS    OFFICE OF HEALTH SERVICES
**HEALTH INFORMATION TRANSFER AND ARRIVAL SUMMARY**

**Clinical Date and Time:** 04/05/2024 7:37 AM
**Transferring FROM:** 122-WAKULLA ANNEX **Transferring TO:** Santa Rosa
**Special transportation needs:** No

**Allergies:**
* NKDA (Mild)

**Current Problems:**
Patient's other noncompliance with medication regimen for other reason (ICD10-Z91.148)
Hypertension (ICD-401.9) (ICD10-I10)
Strain of other muscles, fascia and tendons at shoulder and upper arm level, unspecified arm, initial encounter (ICD-840.8) (ICD10-S46.819A)
Shoulder pain, left (ICD-719.41) (ICD10-M25.512)
Lumbago (ICD-724.2) (ICD10-M54.50)
Neck pain (ICD-723.1) (ICD10-M54.2)
MH Problem: Self-Directed Recovery Skills (ICD-310) (ICD10-F99)
MH Problem: Discharge Planning and Readiness Skills (ICD-308) (ICD10-F99)
Psychoactive substance use disorder (ICD-292.9) (ICD10-F19.99)
Depression, major, moderate (ICD-296.22) (ICD10-F32.1)
Pain in left shoulder (ICD-719.41) (ICD10-M25.512)
MH Problem: Anger Mangement Deficits (ICD-104) (ICD10-F99)
Antisocial personality disorder (ICD-301.7) (ICD10-F60.2)
Intermittent explosive disorder (ICD-312.34) (ICD10-F63.81)
Constipation, chronic (ICD-564.09) (ICD10-K59.09)
Urinary tract infection (UTI) (ICD-599.0) (ICD10-N39.0)
Blood in urine (ICD-599.70) (ICD10-R31.9)
General health examination (ICD-V70.9) (ICD10-Z00.00)
Abnormal labs (ICD-790.99) (ICD10-R89.9)
Knee pain (ICD-719.46) (ICD10-M25.569)
Back pain (ICD-724.5) (ICD10-M54.9)
Other abnormal findings in urine (ICD10-R82.998)
Screening for vision (ICD-V80.2) (ICD10-Z13.89)
Wart (ICD-078.10) (ICD10-B07.9)
Headache, unspecified (ICD10-R51.9)
MH Problem: Impulsiveness (ICD-126) (ICD10-F99)

1 of 2

**119-SANTA ROSA C.I.**                                                          2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                                    Xfr sum - Sending•
Main: 8509835800 Fax: 8509835864                          Date of Service: 4/5/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ████████
Facility: 118-WAKULLA C.I.

**Current Medications, Dose and Frequency:**
FLUOXETINE HCL 10 MG ORAL CAPS (FLUOXETINE HCL) Take one tablet Q PM (DOT} Route: ORAL
FLUOXETINE HCL 20 MG ORAL CAPS (FLUOXETINE HCL) Take one tablet Q PM (DOT} Route: ORAL
STOOL SOFTENER 100 MG ORAL TABS (DOCUSATE SODIUM) Take one tablet by mouth twice daily
(DOT); Route: ORAL

**Currently on Self-Harm Observation Status:** No
**Currently being treated for medical problems:** Yes
**Dx:** See Above
**Currently being treated for Dental problems:** No
**Currently being treated for Mental Health problems:** Yes
**Dx:** See Above

Impairment: **Developmental:** _
**Assigned a healthcare surrogate:** No
**Has a living will:** No

**Is inmate on any DOT medications; by any route?** Yes
**Medication accompanying inmate:** Yes
**List any KOP medications, dose and frequency:** N/A

DC4-760A Health Information Transfer/Arrival Summary (Revised 1/19/24)
This form is not to be amended, revised, or altered without          approval of the Deputy Director of
Health Services Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

Inmate Name: ROBERT S LEE
DC#: T15204    Race/Sex: Black or African American / Male
Date of Birth: ████████
Institution: 122-WAKULLA ANNEX

Signed By: Medina, Registered Nurse, Centurion, Yulady at 4/5/2024 7:40:33 AM

FDC 000446

**119-SANTA ROSA C.I.**                                      2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                            Vital Signs
Main: 8509835800 Fax: 8509835864              Date of Service: 4/4/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████████
Facility: 122-WAKULLA ANNEX
FLORIDA DEPARTMENT OF CORRECTIONS    OFFICE OF HEALTH SERVICES
**REFUSAL OF HEALTH CARE SERVICES**


**This is to certify that I am refusing the following:**

## Medical Services
**If Medical Services, then please describe:** Refused CSU vitals


I understand this refusal is against the advice of my health care providers.    I acknowledge that I have been informed of the diagnosis, if known, the nature and purposes of the proposed procedure/treatment/medication, risks and benefits of the proposed procedure/treatment/medication, alternative treatments and their risks and benefits and the consequences and danger to my health and possibly to my life that may result from my refusal of this procedure/treatment/medication.

I have been given time to ask questions about my condition and about my decision to refuse the proposed procedure/treatment/medication that my health care provider has explained to me is medically indicated and necessary.

I voluntarily assume the risks and accept the consequences of my refusal of the procedure/treatment/medication and I am releasing the Department of Corrections, all health care providers, the facility, and facility staff from any and all liability for ill effects that may result from my refusal of treatment.

## Inmate Refused to Sign


DC4-711A    Refusal of Healthcare Services (Revised 08/01/13)
This form is not to be amended, revised, or altered without approval of the Office of Health Services Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**


## Vital Signs:

**, Height:** 71 (inches)


**Disclaimer: All EMR timestamps are Eastern Time Zone**

FDC 000447

**119-SANTA ROSA C.I.**                                    2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                          Vital Signs
Main: 8509835800 Fax: 8509835864              Date of Service: 4/4/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 122-WAKULLA ANNEX

Signed By: Brown, Nursing Assistant, Centurion, Reshawna at 4/4/2024 10:34:58 AM
Signed By: Paulk, APRN, Medical Provider, Centurion, Kyara at 4/4/2024 11:04:23 AM
Signed By: ShawWilliams, Nursing Assistant, Centurion, Sonja at 4/4/2024 12:38:06 PM

FDC 000448

**119-SANTA ROSA C.I.**
5850 East Milton Rd.
Milton, FL 32583
Main: 8509835800 Fax: 8509835864

2/18/2025

DC4-711A Medical Refusals
Date of Service: 4/1/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ██████████
Facility: 122-WAKULLA ANNEX
**DC4-711A Medical Refusals**

*Imported By: Reshawna Brown, Nursing Assistant, Centurion 4/2/2024 1:39:50 PM*

---

External Attachment:

  Type:     Image
  Comment:  External Document

Signed By: Paulk, APRN, Medical Provider, Centurion, Kyara at
4/2/2024 1:40:09 PM

1 of 1

## FLORIDA DEPARTMENT OF CORRECTIONS
## REFUSAL OF HEALTH CARE SERVICES

This is to certify that I am refusing the following:

☐ Medical Services _____

☐ Mental Health Services _____

☐ Dental Services _____

☒ Medication  All future doses of Lisinpril _____

☐ Lab/Diagnostic testing _____

☐ Other _____

I understand this refusal is against the advice of my health care providers. I acknowledge that I have been informed of the diagnosis, if known, the nature and purposes of the proposed procedure/treatment/medication, risks and benefits of the proposed procedure/treatment/medication, alternative treatments and their risks and benefits and the consequences and danger to my health and possibly to my life that may result from my refusal of this procedure/treatment/medication.

I have been given time to ask questions about my condition and about my decision to refuse the proposed procedure/treatment/medication that my health care provider has explained to me is medically indicated and necessary.

I voluntarily assume the risks and accept the consequences of my refusal of the procedure/treatment/medication and I am releasing the Department of Corrections, all health care providers, the facility, and facility staff from any and all liability for ill effects that may result from my refusal of treatment.

X  Robert S. Lee                                    4-1-24        9:00 am
**Signature of Patient***                            **Date/Time**

Two Witnesses:  I, P. Thompson                       am a health care staff member and I have witnessed the
patient voluntarily sign this form/refuse to sign the form.

P. Thompson                                          RN
**Signature of Witness**                             **Title of Witness**

I, Samantha Whan                                     am a staff member who is not the patient's health care
provider for this procedure and I have witnessed the patient voluntarily sign this form/refuse to sign the form.

_____                            RN
**Signature of Witness**                             **Title of Witness**

I am aware that this patient refused the proposed procedure/treatment/medication and has signed this form/ refused to
sign the form.

Kyara Paulk, APRN                                    4/2/24
WAKULLA CI-CENTURION
**Signature of Clinician**                           **Date/Stamp**

Interpreter/translator:  To the best of my knowledge, the patient understood what was interpreted/translated and
voluntarily signed this form/refused to sign the form.

_____                            _____
**Signature of Interpreter/Translator**              **Title of Witness**

*If the patient refuses to sign this document, but has verbally refused the above procedure, write REFUSES TO SIGN above Signature of Patient.

Inmate Name  Lee, Robert
DC#  T15204                  Race/Sex  B/M
Date of Birth _____
Institution  WCI - RCC                               FDC 000450

DC4-711A (Effective 8/13)  (Page 1 of 2)

Incorporated by Reference in Rule 33-401.103, F.A.C.

ESTADO DE LA FLORIDA DEPARTAMENTO DE CORRECCIONES
## DECLARACION JURADA DE RECHAZO A TRATAMIENTO MEDICO

Yo certifico que rechazo lo siguiente:

☐ Servicios medicos _____

☐ Servicios de salud mental _____

☐ Servicios dentales _____

☐ Medicamentos _____

☐ Examenes de laboratorio/dignostico _____

☐ Otros _____

Yo comprendo que este rechazo es en contra de la opinion medica. Yo reconosco que he sido informado del diagnostico, si es confirmado, la condicion y proposito del tratamiento o intervencion/ medicamento, consecuencias, los beneficios del tratamiento  intervencion recomendada/ medicamento, tratamiento alterno, consecuencias y peligros para mi salud y posible riesgos de muerte que puede resultar por no consentir a estos servicos de atencion medica.

Se me ha dado suficiente tiempo para hacer preguntas, consecuencias, los beneficios del tratamiento/ intervencion recomendada, se me ha explicado la naturaleza de mi affeccion y he sido informado del riesgo para mi salud. Se me ha explicado y entiendo la necesidad de atencion medica, que es indicada y necesaria.

Yo voluntariamente asumo los riesgos y acepto las consecuencias de mi rechazo a tratamiento medico/ medicamento. Yo declaro, que el medico que me atendio, la institucion, el personal administrativo y el Departamento de Correcciones no son responsables por cualquier incapacidad, complicaciones que puedan ocurrir como consecuencia de haberme negado a recibir tratamiento medico.

_____     |     _____
Firma del Paciente*                                 Fecha/Hora

---

Dos Testigos:     Yo,_____ soy un miembro del equipo medico y he sido testigo que el paciente ha firmado voluntariament este documento/rehusa firmar.

_____     |     _____
Firma del testigo                                   Titulo del testigo

Yo, _____ soy miembro del equipo medico que no es el proveedor del cuidado de salud del paciente para este procedimiento y he sido testigo que el paciente voluntariamente firmo este documento / rehuso firmar el documento.

_____     |     _____
Firma del testigo                                   Titulo del testigo

Yo me enterado que este paciente rehusa el proposito del tratamiento o intervencion/medicamento y a firmado este documento/rehusa firmar.

_____     |     _____
Firma del Medico                                    Fecha/Sello

---

*Si el paciente rehusa firmar este documento, pero verbalmente rechaza el procedimiento arriba descrito, escriba REHUSA FIRMAR ARRIBA Firma del Paciente.

Inmate Name_____
DC#_____Race/Sex_____
Date of Birth_____
Institution_____

DC4-711A (Effective 8/13)  (Page 2 of 2)

**119-SANTA ROSA C.I.**                                              2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                          medication d/c
Main: 8509835800 Fax: 8509835864                  Date of Service: 4/2/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████████
Facility: 122-WAKULLA ANNEX

**Orders added during this encounter**
CIC F/U Cardio; Order Number: 5429823-1; Start Date: 06/28/2024

**Medications removed during this encounter:**
LISINOPRIL 20 MG ORAL TABS (LISINOPRIL) 1 tab po qday (dot); Route: ORAL

FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES
**Chronological Record of Health Care**
**Reason for visit** Record Review
**Remarks:** Patient signed refusal for all future doses of Lisinopril
will d/c med
change to m 3

DC4-701 Chronological Record of Health Care (Revised 8/1/17)
This form is not to be amended, revised, or altered without        approval of the Office of Health Services
Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

FLORIDA DEPARTMENT OF CORRECTIONS
HEALTH SERVICES PROFILE

**UPDATED INFORMATION**
**SECTION 1: ASSIGN**
This is a change in grade

**M-Medical Grade:** 3

DC4-706 Health Services Profile (Revised 12/27/23)
This form is not to be amended, revised, or altered without        approval of the Deputy Director of
Health Services Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

1 of 2

**119-SANTA ROSA C.I.**                                                    2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                              medication d/c
Main: 8509835800 Fax: 8509835864                    Date of Service: 4/2/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ████████
Facility: 122-WAKULLA ANNEX


Signed By: Paulk, APRN, Medical Provider, Centurion, Kyara at 4/2/2024 1:01:46 PM

FDC 000453

**119-SANTA ROSA C.I.**                                              2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                                      Vital Signs
Main: 8509835800 Fax: 8509835864                          Date of Service: 4/2/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████████
Facility: 122-WAKULLA ANNEX

**Vital Signs:**

**Temp:** 97.5 F, **Pulse:** 60, **Resp:** 18, **BP:** 95/66, **O2 sat:** 98%, **Height:** 71 (inches)

**Disclaimer: All EMR timestamps are Eastern Time Zone**

Signed By: ShawWilliams, Nursing Assistant, Centurion, Sonja at 4/2/2024 10:56:51 AM

1 of 1

**119-SANTA ROSA C.I.**                                              2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                                          EKG
Main: 8509835800 Fax: 8509835864        Date of Service: 3/30/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████████
Facility: 122-WAKULLA ANNEX
**EKG**


*Imported By: Reshawna Brown, Nursing Assistant, Centurion 4/1/2024 12:45:07 PM*

---

External Attachment:

  Type:      Image
 Comment:    External Document



Signed By: Paulk, APRN, Medical Provider, Centurion, Kyara at
4/1/2024 12:45:30 PM

1 of 1



Lee, Robert
ID: rt5204

01/14/1981  72 in  Male
43 Years  164.0 lb

03/30/2024  11:59:12

58 bpm
– / – mmHg

Sinus bradycardia
Otherwise normal ECG

QRS : 82 ms
QT / QTcBaz : 474 / 465 ms
PR : 150 ms
P : 102 ms
RR / PP : 1032 / 1034 ms
P / QRS / T : 81 / 70 / 76 degrees

Technician:
Ordering Ph:
Referring Ph:
Attending Ph:

Location:
Room:
Order Number:
Indication:
Medication 1:
Medication 2:
Medication 3:

GE  MAC2000   1.1   12SL™ 241   ADS   0.56-150 Hz   50 Hz   25 mm/s   10 mm/mV   4x2.5x3_25_R1   Unconfirmed

1/1


FDC 000457

**119-SANTA ROSA C.I.**

2/18/2025

5850 East Milton Rd.
Milton, FL 32583

Vital Signs

Main: 8509835800 Fax: 8509835864

Date of Service: 4/1/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ████████
Facility: 122-WAKULLA ANNEX
FLORIDA DEPARTMENT OF CORRECTIONS    OFFICE OF HEALTH SERVICES
**REFUSAL OF HEALTH CARE SERVICES**

**This is to certify that I am refusing the following:**

## Medical Services

**If Medical Services, then please describe:**  WEIGHT

I understand this refusal is against the advice of my health care providers.    I acknowledge that I have been informed of the diagnosis, if known, the nature and purposes of the proposed procedure/treatment/medication, risks and benefits of the proposed procedure/treatment/medication, alternative treatments and their risks and benefits and the consequences and danger to my health and possibly to my life that may result from my refusal of this procedure/treatment/medication.

I have been given time to ask questions about my condition and about my decision to refuse the proposed procedure/treatment/medication that my health care provider has explained to me is medically indicated and necessary.

I voluntarily assume the risks and accept the consequences of my refusal of the procedure/treatment/medication and I am releasing the Department of Corrections, all health care providers, the facility, and facility staff from any and all liability for ill effects that may result from my refusal of treatment.

## Inmate Refused to Sign

DC4-711A    Refusal of Healthcare Services (Revised 08/01/13)
This form is not to be amended, revised, or altered without approval of the Office of Health Services Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

## Vital Signs:

**, Height:** 71 (inches)

**Disclaimer: All EMR timestamps are Eastern Time Zone**

FDC 000458

**119-SANTA ROSA C.I.**                                          2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                                  Vital Signs
Main: 8509835800 Fax: 8509835864                    Date of Service: 4/1/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ████████
Facility: 122-WAKULLA ANNEX

Signed By: ShawWilliams, Nursing Assistant, Centurion, Sonja at 4/1/2024 10:15:22 AM
Signed By: Paulk, APRN, Medical Provider, Centurion, Kyara at 4/1/2024 10:16:53 AM
Signed By: Brown, Nursing Assistant, Centurion, Reshawna at 4/1/2024 10:41:10 AM

FDC 000459

**119-SANTA ROSA C.I.**                                    2/18/2025
5850 East Milton Rd.
Milton, FL 32583                          Chr Rec Hlth Care: EKG Completed•
Main: 8509835800 Fax: 8509835864          Date of Service: 3/30/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: Jan 14, 1981
Facility: 118-WAKULLA C.I.
FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES
**Chronological Record of Health Care**


Other
**Copay?** No
**Reason for visit:**   EKG Completed
**Temp:** 98.0 F  **Pulse:** 70  **Resp:** 18  **BP:** 128/ 76  **O2 sat:** 100% **Current Weight (lbs):** 160
**Select Note Style:** Incidental
**Incidental Note** EKG completed per order.


**DC4-701 Chronological Record of Health Care (Revised 8/1/17)**
**This form is not to be amended, revised, or altered without   approval of the Office of Health Services Administration.**
**Disclaimer: All EMR timestamps are Eastern Time Zone**


Signed By: Medina, Registered Nurse, Centurion, Yulady at 3/30/2024 3:20:13 PM

1 of 1

**119-SANTA ROSA C.I.**
5850 East Milton Rd.
Milton, FL 32583
Main: 8509835800 Fax: 8509835864

2/18/2025

Point of Care:    Urinalysis Dip
Date of Service: 3/29/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ██████████
Facility: 118-WAKULLA C.I.
**SP Gravity:**   1.010
**pH:**   6.0
**Leukocytes:**   Negative
**Nitrite:**   Negative
**Protein:**   Negative
**Glucose:**   Negative
**Ketones:**   Negative
**Urobilinogen:**    Normal (0.2)
**Bilirubin:**   Negative
**Blood:**   Negative


**Disclaimer: All EMR timestamps are Eastern Time Zone**


Signed By: Anselmo, RN, Registered Nurse, Centurion, Kelvin at 3/29/2024 6:17:55 PM

1 of 1

**119-SANTA ROSA C.I.**                                    2/18/2025
5850 East Milton Rd.
Milton, FL 32583                    DC4-698A Sick Call Request
Main: 8509835800 Fax: 8509835864   Date of Service: 3/29/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ██████████
Facility: 122-WAKULLA ANNEX
**DC4-698A Sick Call Request**


*Imported By: Reshawna Brown, Nursing Assistant, Centurion 3/29/2024 10:31:11 AM*

_____

External Attachment:

  Type:      Image
 Comment:    External Document


Signed By: Medina, Registered Nurse, Centurion, Yulady at
3/29/2024 10:31:50 AM

1 of 1

FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES

# INMATE SICK-CALL REQUEST

Date: 3-29-2024          Time: 5:00 AM

Inmate Name: Robert Lee          DC#: T15204

Housing assignment: Q2215 L          Job assignment:

Do you need an interpreter for your Sick Call visit? (Sign language, Spanish, etc.) ☐ Yes ☐ No
If so, what type:

Did you require assistance completing this form? (Blind, Quadriplegic, etc.) ☐ Yes ☐ No
If so, why:

Problem:

☐ Pass/pass renewal

☐ Medication renewal

☐ Need information (explain):

☐ Problem with ADA/Disability equipment or supplies (explain the problem):

☐ Mental Health

☐ Dental

☑ Medical (explain): TAKE ME OFF THE BLOOD PRESSURE PILLS IF I DIE I DIE I DON'T WANT TO TAKE IT.

When did problem/symptoms start? 3 DAYS AGO

---

**TO BE COMPLETED BY TRIAGE NURSE:**
Date/Time received: 3-29-24 @ 0710
Triaged by: (Print name and licensure) Y. Medina PN          on (Date/Time) 3-29-24 @ 0715
Assigned Triage Level: ☐ Routine   ☐ Urgent   ☐ Emergent
Date patient assessed by nurse:_____ Signature/Stamp of Nurse Completing Sick Call: _____

Inmate Name: Robert S. Lee
DC#: J15204          Race/Sex: B/M
Date of Birth ▮▮▮▮▮▮
Institution: W.C.I. ANMX

Distribution:   Original – File on R side of outpatient record in date order
Pink – Inmate (special housing only – otherwise destroy)

This form is not to be amended, revised, or altered without approval of the
Chief of Health Services Administration.

DC4-698A (Effective 05/21)     (Revised 6/21)          FDC 000463
Incorporated by Reference in Rule 33-402.101, F.A.C.

**119-SANTA ROSA C.I.**
5850 East Milton Rd.
Milton, FL 32583
Main: 8509835800 Fax: 8509835864

2/18/2025

Triage• "Take me off the blood pressure"
Date of Service: 3/29/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ██████████
Facility: 118-WAKULLA C.I.

**Nurse Visit**

**Copay?** No
**Reason for encounter:** Triage**Patient DC Number**
T15204

**Orders added during this encounter:**

Sick Call; Start Date: 03/29/2024; Order Num: 5405152-1

**Initial Triage Information:**

03/29/2024 7:13 AM
**Chief Complaint:** "Take me off the blood pressure pills if I die, I die - I don't want to take it."
**Triage Level:** 3

**Disclaimer: All EMR timestamps are Eastern Time Zone**

Signed By: Medina, Registered Nurse, Centurion, Yulady at 3/29/2024 7:16:45 AM

1 of 1

**119-SANTA ROSA C.I.**                                          2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                          Comprehensive
Reflex To Free T4
Main: 8509835800 Fax: 8509835864                 Date of Service: 3/29/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: █████████
Facility: 122-WAKULLA ANNEX
Patient: ROBERT  LEE
ID: BIOR T15204
Note: All result statuses are Final unless otherwise noted.
Tests: (1) Comprehensive Metabolic Panel (AMA) (3427-2)

```
  Total Protein              6.5 g/dL                    5.9-8.4
*1
  Albumin                    4.0 g/dL                    3.5-5.2
*2
  Globulin                   2.5 g/dL                    1.7-3.7
*3
  A/G Ratio                  1.6 Ratio                   1.1-2.9
*4
  Sodium                     140 mmol/L                  136-145
*5
  Potassium                  3.7 mmol/L                  3.6-5.6
*6
  Chloride                   103 mmol/L                  96-108
*7
  CO2                        25 mmol/L                   22-29
*8
  BUN                        16 mg/dL                    6-20
*9
  Creatinine                 0.75 mg/dL                  0.67-1.31
*10
  e-GFR                      115 mL/min                  >or=60
*11
```

GFR categories in CKD

| Category | GFR ml/min/1.73 m2 | Terms |
|----------|--------------------|-------|
| G1 | >or=90 | Normal or high |
| G2 | 60-89 | Mildly decreased* |
| G3a | 45-59 | Mildly to moderately decreased |
| G3b | 30-44 | Moderately to severely decreased |
| G4 | 15-29 | Severely decreased |
| G5 | <15 | Kidney failure |

Abbreviations: CKD, chronic kidney disease; GFR, glomerular
filtration rate.
*Relative to young adult level.
In the absence of evidence of kidney damage, neither GFR
category G1 nor G2 fulfill the criteria for CKD.

NOTE: The National Kidney Foundation recommends using the
      CKD-EPI Creatinine Equation (2021) to estimate GFR

FDC 000466

**119-SANTA ROSA C.I.**                                    2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                    Comprehensive
Reflex To Free T4
Main: 8509835800 Fax: 8509835864              Date of Service: 3/29/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████████
Facility: 122-WAKULLA ANNEX

```
      in adults. The new CKD-EPI equation is in use 3/6/2023.
  BUN/Creat Ratio        21.3 Ratio               10.0-28.0
*12
  Calcium                9.5 mg/dL                8.6-10.4
*13
  Bilirubin, Total       0.7 mg/dL                <1.2
*14
  Alk Phos               69 U/L                   40-156
*15
  AST                    15 U/L                   <40
*16
  ALT                    15 U/L                   <41
*17
  Glucose                87 mg/dL                 70-99
*18
Tests: (2) TSH W/ Reflex To Free T4 (A518-3)
  TSH W/RFX TO FREE T4   1.530 uIU/mL             0.282-4.000
*19
Note: An exclamation mark (!) indicates a result that was not
dispersed into the flowsheet.
Document Creation Date: 03/29/2024 4:27 AM
```
_____
___
```
(1) Order result status: Final
Collection or observation date-time: 03/29/2024 03:57
Requested date-time: 03/28/2024 05:43
Receipt date-time: 03/29/2024 01:28
Reported date-time: 03/29/2024 03:55
Referring Physician:
Ordering Physician: KYARA PAULK (kpaulk)
Specimen Source:
Source: BIOR
Filler Order Number: 942585297
Lab site: Florida Clinical Laboratory
Producer ID *1:FL1
Producer ID *2:FL1
Producer ID *3:FL1
Producer ID *4:FL1
Producer ID *5:FL1
Producer ID *6:FL1
Producer ID *7:FL1
Producer ID *8:FL1
Producer ID *9:FL1
Producer ID *10:FL1
```

2 of 3

**119-SANTA ROSA C.I.**                                                    2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                                          Comprehensive
Reflex To Free T4
Main: 8509835800 Fax: 8509835864                          Date of Service: 3/29/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 122-WAKULLA ANNEX
Producer ID *11:FL1
Producer ID *12:FL1
Producer ID *13:FL1
Producer ID *14:FL1
Producer ID *15:FL1
Producer ID *16:FL1
Producer ID *17:FL1
Producer ID *18:FL1
(2) Order result status: Final
Collection or observation date-time: 03/29/2024 03:57
Requested date-time: 03/28/2024 05:43
Receipt date-time: 03/29/2024 01:28
Reported date-time: 03/29/2024 03:55
Referring Physician:
Ordering Physician: KYARA PAULK (kpaulk)
Specimen Source:
Source: BIOR
Filler Order Number: 942585297
Lab site: Florida Clinical Laboratory
Producer ID *19:FL1


Signed By: Paulk, APRN, Medical Provider, Centurion, Kyara at 3/29/2024 8:48:43 AM

FDC 000468

**119-SANTA ROSA C.I.**                                                         2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                                     Initial    Cardio
Main: 8509835800 Fax: 8509835864                        Date of Service: 3/28/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ▮▮▮▮▮▮▮
Facility: 122-WAKULLA ANNEX


**FLORIDA DEPARTMENT OF CORRECTIONS**
**HEALTH SLIP/PASS**


Health Slip/Pass
DC4-701D (Revised 6/29/16)
This form is not to be amended, revised, or altered without approval of the Chief of Health Services
Administration

1 of 7

**119-SANTA ROSA C.I.**                                            2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                              Initial    Cardio
Main: 8509835800 Fax: 8509835864                    Date of Service: 3/28/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 122-WAKULLA ANNEX

**Orders added during this encounter:**
Hepatitis ABC Profile; Start Date: 03/28/2024
UA- Dip (CIC); Start Date: 09/02/2024
Comprehensive Metabolic Panel (CIC); Start Date: 09/02/2024
CIC F/U Cardio; Start Date: 09/10/2024

FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES
**CHRONIC ILLNESS CLINIC**

**Select CIC Type:** Initial

**Temp:** 97.8
**Pulse:** 75
**Resp:** 18
**O2 sat:** 99
**BP:** 136/74
**Blood Glucose:** 98
**Height:** 71 (Inches)
**Weight:** 160 lbs.
**BMI:** 22.31

**Nursing Comments:**
.

**Allergies:**
* NKDA (Mild)

**Current Medications:**
LISINOPRIL 20 MG ORAL TABS (LISINOPRIL) 1 tab po qday (dot); Route: ORAL
FLUOXETINE HCL 20 MG ORAL CAPS (FLUOXETINE HCL) Take one tablet Q PM (DOT}; Route: ORAL
STOOL SOFTENER 100 MG ORAL TABS (DOCUSATE SODIUM) Take one tablet by mouth twice daily
(DOT); Route: ORAL

**Current Problem List: :**
Hypertension (ICD-401.9) (ICD10-I10)
Strain of other muscles, fascia and tendons at shoulder and upper arm level, unspecified arm, initial
encounter (ICD-840.8) (ICD10-S46.819A)
Shoulder pain, left (ICD-719.41) (ICD10-M25.512)
Lumbago (ICD-724.2) (ICD10-M54.50)

2 of 7

**119-SANTA ROSA C.I.**                                    2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                    Initial   Cardio
Main: 8509835800 Fax: 8509835864        Date of Service: 3/28/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 122-WAKULLA ANNEX
Neck pain (ICD-723.1) (ICD10-M54.2)
MH Problem: Self-Directed Recovery Skills (ICD-310) (ICD10-F99)
MH Problem: Discharge Planning and Readiness Skills (ICD-308) (ICD10-F99)
Psychoactive substance use disorder (ICD-292.9) (ICD10-F19.99)
Depression, major, moderate (ICD-296.22) (ICD10-F32.1)
Pain in left shoulder (ICD-719.41) (ICD10-M25.512)
MH Problem: Homicidal Behaviors (ICD-121) (ICD10-F99)
MH Problem: Anger Mangement Deficits (ICD-104) (ICD10-F99)
Antisocial personality disorder (ICD-301.7) (ICD10-F60.2)
Intermittent explosive disorder (ICD-312.34) (ICD10-F63.81)
Constipation, chronic (ICD-564.09) (ICD10-K59.09)
Urinary tract infection (UTI) (ICD-599.0) (ICD10-N39.0)
Blood in urine (ICD-599.70) (ICD10-R31.9)
General health examination (ICD-V70.9) (ICD10-Z00.00)
Abnormal labs (ICD-790.99) (ICD10-R89.9)
Knee pain (ICD-719.46) (ICD10-M25.569)
Back pain (ICD-724.5) (ICD10-M54.9)
Other abnormal findings in urine (ICD10-R82.998)
Screening for vision (ICD-V80.2) (ICD10-Z13.89)
Wart (ICD-078.10) (ICD10-B07.9)
Headache, unspecified (ICD10-R51.9)
MH Problem: Impulsiveness (ICD-126) (ICD10-F99)


**SUBJECTIVE: Current complaint related to CIC:** Patient is present here today for initial CIC
Newly dx of HTN-started on Lisinopril -denies dry cough
denies chest pain,blurred vision, dyspnea, heart palpitations

## OBJECTIVE:

**Record Review including Labs since last CIC visit:** Yes

## PHYSICAL EXAMINATION


*General*
The patient is well nourished, well developed, alert and oriented and in no acute distress.
       **General Appearance:**   Alert/Oriented
- x3 NAD
Pupils equally reactive to light and accommodation, extraocular muscles intact bilaterally

*Pupils*

*Ophthalmoscopic:*
Opthalmic exam wnl

3 of 7

**119-SANTA ROSA C.I.**                                    2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                  Initial    Cardio
Main: 8509835800 Fax: 8509835864          Date of Service: 3/28/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ██████████
Facility: 122-WAKULLA ANNEX
*Respiratory*
Unlabored by view. Breath sounds clear to auscultation and percussion; no rales, rhonchi or wheezes.

*Cardiovascular*

    **Rate:**   Normal Range
    **Rhythm:**   Regular
    **Sounds:**   +S1, +S2
*Femoral Arteries*

*Pedal Pulses*
**WNL:**   Both

*Peripheral Circulation*
**WNL:**   Yes

*Gastrointestinal*
Soft, non-tender. Bowel sounds present. No pulsatile mass or masses. No hepatosplenomegaly.

*Musculoskeletal*
Full range of motion of all four extremities without obvious weakness.

*Neurological*
Grossly intact and non-focal; no tremors, no gait abnormalities, speech fluent.

**ASSESSMENT:** A:HTN-stable-good
P:continue current POC
Flu: UTD/Ordered/Refused
Pneumovax:N/A
Hep B:or Hep A
E:.   Patient advised to report chest pain, shortness of breath, palpitations, headache and/or visual disturbances to medical via medical emergency.    Patient advised that untreated elevated blood pressure is a known risk factor for cardiovascular disease thus maintaining follow-up and any ordered treatments importance.
medications and previous labs reviewed with patient-patient states labs were drawn today
Patient educated on POC, disease process, medications, and side effects. Patient educated on diet-decrease sodium intake, and   increase water intake. Patient educated to increase cardio activities are recommended by AHA 150 minutes weekly of moderate exercise.    Patient verbalized understanding.

**Current M Grade:** 2
**Next CIC follow up:** 180 days

FDC 000472

**119-SANTA ROSA C.I.**                                                  2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                                  Initial   Cardio
Main: 8509835800 Fax: 8509835864                          Date of Service: 3/28/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ██████
Facility: 122-WAKULLA ANNEX
Cardio
Passes reviewed.


DC4-701F Chronic Illness Clinic (Revised 11/21/14)


This form is not to be amended, revised, or altered without         approval of the Office of Health Services Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**
FLORIDA DEPARTMENT OF CORRECTIONS   OFFICE OF HEALTH SERVICES
**CARDIOVASCULAR BASELINE HISTORY AND PROCEDURES**

## Baseline History:

**Type of Cardiovascular Disorder** Hypertension (I10)

**Current Medications:**
LISINOPRIL 20 MG ORAL TABS (LISINOPRIL) 1 tab po qday (dot); Route: ORAL
FLUOXETINE HCL 20 MG ORAL CAPS (FLUOXETINE HCL) Take one tablet Q PM (DOT); Route: ORAL
STOOL SOFTENER 100 MG ORAL TABS (DOCUSATE SODIUM) Take one tablet by mouth twice daily (DOT); Route: ORAL

**Current Allergies**
* NKDA (Mild)

**Personal History-HTN, DM, CKD, PVD, or other CHD Equivalent:** HTN
**Family History of Above?** Mother and Sister
**Smoke:** No
**Current Diet:** regular

Complete forms Cardiovascular Clinic CC Flow Sheet, DC4-770D and Chronic Illness Clinic, DC4-701F and document at a minimum the following:

## Fundi if clinically indicated; heart murmurs; lungs; extremities for edema; peripheral pulses/bruits.

## Baseline Procedures:
Fundoscopic Exam
EKG
CMP
12/2023
**Results:**   Normal
TSH
Urine Dipstick

FDC 000473

**119-SANTA ROSA C.I.**    2/18/2025
5850 East Milton Rd.
Milton, FL 32583    Initial   Cardio
Main: 8509835800 Fax: 8509835864    Date of Service: 3/28/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 122-WAKULLA ANNEX
**If Clinically Indicated**
CXR (if clinically indicated)
Lipid Profile in patients with CVD or high risk
12/2023
**Results:**   Normal
PT/PTT
INR
CBC with Platelets
12/2023
**Results:**   Normal
DC4-770DD Cardiovascular Baseline History and Procedures (Revised 12/19/14)
This form is not to be amended, revised, or altered without        approval of the Office of Health Services
Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**
FLORIDA DEPARTMENT OF CORRECTIONS    OFFICE OF HEALTH SERVICES
**CARDIOVASCULAR FLOW SHEET**
Complete Chronic Illness Clinic DC4-701F and document at a minimum the following:

Fundi if clinically indicated, heart (murmurs), lungs, peripheral pulses/bruits, edema
**Diagnosis:** Hypertension (I10)
**Last Weights**
162 lb, 03/25/2024
159 lb, 03/19/2024
158 lb, 03/17/2024

**Last Systolic BPs**
152, 03/08/2024
118, 01/19/2023
124, 12/09/2021

**Last Diastolic BPs**
88, 03/08/2024
76, 01/19/2023
86, 12/09/2021

**Cardiovascular Clinic Flowsheet:**
**Takes medication as prescribed:** Yes
**Compliant with treatment plan:** Yes
**Cardio Clinic Control:** Good
**Cardio Clinic Status:** Improved
**YEARLY DATA**
Review Immunization Record, DC4-710A for Influenza, Pneumococcal, and Hepatitis B. Order if
necessary.
Immunizations:

6 of 7

**119-SANTA ROSA C.I.**                                               2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                          Initial    Cardio
Main: 8509835800 Fax: 8509835864              Date of Service: 3/28/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ▮▮▮▮▮▮▮
Facility: 122-WAKULLA ANNEX
**Labs and Diagnostics:**

**HDL/LDL:** 54/66 (12/23/2023 4:35:00 AM)
**Triglycerides:** 64 (12/23/2023 4:35:00 AM)
**AST/ALT:** 18/15 (12/23/2023 4:35:00 AM)
**BUN/Creatinine:** 13/1.03 (12/23/2023 4:35:00 AM)
**eGFR/eGFR Afr Amer:** 93/119 (12/23/2023 4:35:00 AM)
**Glucose:** 86 (12/23/2023 4:35:00 AM)
**K+/Na+:** 4.3/141 (12/23/2023 4:35:00 AM)
**Urine; Protein/RBC/Blood/Glucose:** NEGATIVE/0-2/NEGATIVE/NEGATIVE (12/23/2023 6:08:00 AM)


DC4-770D Cardiovascular Clinic (CC) Flow Sheet (Revised 4/8/15)
This form is not to be amended, revised, or altered without        approval of the Office of Health Services
Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**


**Vital Signs:**

**Temp:** 97.8 F, **Pulse:** 75, **Resp:** 18, **BP:** 136/74, **O2 sat:** 99%
**Weight (lbs):** 160, **Height:** 71 (inches), **BMI:** 22.31


**Disclaimer: All EMR timestamps are Eastern Time Zone**


Signed By: Paulk, APRN, Medical Provider, Centurion, Kyara at 3/28/2024 3:50:40 PM

FDC 000475

**119-SANTA ROSA C.I.**                                                          2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                                                 Vital Signs
Main: 8509835800 Fax: 8509835864                              Date of Service: 3/28/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 122-WAKULLA ANNEX
FLORIDA DEPARTMENT OF CORRECTIONS    OFFICE OF HEALTH SERVICES
**REFUSAL OF HEALTH CARE SERVICES**

**This is to certify that I am refusing the following:**

**<u>Other</u>**
**If other, then please describe:**   NAIL CARE

I understand this refusal is against the advice of my health care providers.    I acknowledge that I have
been informed of the diagnosis, if known, the nature and purposes of the proposed
procedure/treatment/medication, risks and benefits of the proposed procedure/treatment/medication,
alternative treatments and their risks and benefits and the consequences and danger to my health and
possibly to my life that may result from my refusal of this procedure/treatment/medication.

I have been given time to ask questions about my condition and about my decision to refuse the
proposed procedure/treatment/medication that my health care provider has explained to me is medically
indicated and necessary.

I voluntarily assume the risks and accept the consequences of my refusal of the
procedure/treatment/medication and I am releasing the Department of Corrections, all health care
providers, the facility, and facility staff from any and all liability for ill effects that may result from my refusal
of treatment.
**<u>Inmate Refused to Sign</u>**

DC4-711A    Refusal of Healthcare Services (Revised 08/01/13)
This form is not to be amended, revised, or altered without approval of the Office of Health Services
Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

**Vital Signs:**

**, Height:** 71 (inches)

**Disclaimer: All EMR timestamps are Eastern Time Zone**

**119-SANTA ROSA C.I.**                                                      2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                                          Vital Signs
Main: 8509835800 Fax: 8509835864                        Date of Service: 3/28/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ▮▮▮▮▮▮▮
Facility: 122-WAKULLA ANNEX


Signed By: ShawWilliams, Nursing Assistant, Centurion, Sonja at 3/28/2024 11:32:39
AM
Signed By: Paulk, APRN, Medical Provider, Centurion, Kyara at 3/28/2024 11:41:15 AM
Signed By: Brown, Nursing Assistant, Centurion, Reshawna at 4/1/2024 10:41:13 AM

2 of 2

**119-SANTA ROSA C.I.**                                                    2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                                    Vital Signs
Main: 8509835800 Fax: 8509835864                      Date of Service: 3/28/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ██████████
Facility: 122-WAKULLA ANNEX

**Vital Signs:**

**Temp:** 97.3 F**, Pulse:** 60**, Resp:** 18**, BP:** 113/75**, O2 sat:** 97%**, Height:** 71 (inches)

**Disclaimer: All EMR timestamps are Eastern Time Zone**

Signed By: Brown, Nursing Assistant, Centurion, Reshawna at 3/28/2024 10:28:26 AM

**119-SANTA ROSA C.I.**
5850 East Milton Rd.
Milton, FL 32583
Main: 8509835800 Fax: 8509835864

2/18/2025

Chr Rcrd of HC;
Date of Service: 3/28/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: █████████
Facility: 122-WAKULLA ANNEX
FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES
**Chronological Record of Health Care**


Other
**Reason for visit:**   LABS
**Select Note Style:** Incidental
**Incidental Note** Pt labs Collected


**DC4-701 Chronological Record of Health Care (Revised 8/1/17)**
**This form is not to be amended, revised, or altered without   approval of the Office of Health Services Administration.**
**Disclaimer: All EMR timestamps are Eastern Time Zone**


Signed By: Dixon, Nursing Assistant, Centurion, Ra'Eishia at 3/28/2024 5:43:01 AM

**119-SANTA ROSA C.I.**                                                2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                                      Vital Signs
Main: 8509835800 Fax: 8509835864                        Date of Service: 3/26/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ■■■■■■■■
Facility: 122-WAKULLA ANNEX

**Vital Signs:**

**Temp:** 97.3 F**, Pulse:** 62**, Resp:** 18**, BP:** 105**/**75**, O2 sat:** 96%**, Height:** 71 (inches)

**Disclaimer: All EMR timestamps are Eastern Time Zone**

Signed By: Brown, Nursing Assistant, Centurion, Reshawna at 3/26/2024 10:38:10 AM

1 of 1

**119-SANTA ROSA C.I.**                                    2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                          bp review
Main: 8509835800 Fax: 8509835864            Date of Service: 3/26/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ▮▮▮▮▮▮▮▮
Facility: 122-WAKULLA ANNEX

**Appointments completed during encounter** Provider Record Review (Self - Referral)  •  03/26/2024
•   ** DO NOT RESCHEDULE **
bp review

## Orders added during this encounter
CIC Initial Cardio; Order Number: 5376942-6; Start Date: 03/26/2024
ENROLL CIC Cardio; Order Number: 5376942-5; Start Date: 03/26/2024
UA- Dip (CIC); Order Number: 5376942-4; Start Date: 03/26/2024
ECG (Electrocardiogram) (CIC); Order Number: 5376942-3; Start Date: 03/26/2024
Comprehensive Metabolic Panel (CIC); Order Number: 5376942-2; Start Date: 03/26/2024
TSH W/ Reflex To Free T4 (CIC); Order Number: 5376942-1; Start Date: 03/26/2024

## Medications added during this encounter:
LISINOPRIL 20 MG ORAL TABS  •  1 tab po qday (dot)

FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES
**Chronological Record of Health Care**
**Reason for visit** Provider Follow-Up
**Remarks:** S:BP review
O: BP are > 130/80
A: HTN
P: start lisinopril 20mg
change m grade 2
enroll in cardiac clinic

DC4-701 Chronological Record of Health Care (Revised 8/1/17)
This form is not to be amended, revised, or altered without        approval of the Office of Health Services
Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

FLORIDA DEPARTMENT OF CORRECTIONS

1 of 2

**119-SANTA ROSA C.I.**
5850 East Milton Rd.
Milton, FL 32583                                                    2/18/2025
Main: 8509835800 Fax: 8509835864

bp review
Date of Service: 3/26/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 122-WAKULLA ANNEX
HEALTH SERVICES PROFILE

**UPDATED INFORMATION**
**SECTION 1: ASSIGN**
This is a change in grade

**M-Medical Grade:** 2

DC4-706 Health Services Profile (Revised 12/27/23)
This form is not to be amended, revised, or altered without          approval of the Deputy Director of
Health Services Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

Signed By: Paulk, APRN, Medical Provider, Centurion, Kyara at 3/26/2024 9:31:00 AM

2 of 2

**119-SANTA ROSA C.I.**
5850 East Milton Rd.
Milton, FL 32583                                                         2/18/2025
Main: 8509835800 Fax: 8509835864

Vital Signs
Date of Service: 3/25/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 122-WAKULLA ANNEX
FLORIDA DEPARTMENT OF CORRECTIONS    OFFICE OF HEALTH SERVICES
**REFUSAL OF HEALTH CARE SERVICES**


**This is to certify that I am refusing the following:**

## Medical Services
**If Medical Services, then please describe:** CALL OUT VITALS


I understand this refusal is against the advice of my health care providers.    I acknowledge that I have been informed of the diagnosis, if known, the nature and purposes of the proposed procedure/treatment/medication, risks and benefits of the proposed procedure/treatment/medication, alternative treatments and their risks and benefits and the consequences and danger to my health and possibly to my life that may result from my refusal of this procedure/treatment/medication.

I have been given time to ask questions about my condition and about my decision to refuse the proposed procedure/treatment/medication that my health care provider has explained to me is medically indicated and necessary.

I voluntarily assume the risks and accept the consequences of my refusal of the procedure/treatment/medication and I am releasing the Department of Corrections, all health care providers, the facility, and facility staff from any and all liability for ill effects that may result from my refusal of treatment.

## Inmate Refused to Sign


DC4-711A    Refusal of Healthcare Services (Revised 08/01/13)
This form is not to be amended, revised, or altered without approval of the Office of Health Services Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**


## Vital Signs:

**, Height:** 71 (inches)


**Disclaimer: All EMR timestamps are Eastern Time Zone**

FDC 000483

**119-SANTA ROSA C.I.**
2/18/2025
5850 East Milton Rd.
Milton, FL 32583
Vital Signs
Main: 8509835800 Fax: 8509835864
Date of Service: 3/25/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ▮▮▮▮▮▮
Facility: 122-WAKULLA ANNEX

Signed By: ShawWilliams, Nursing Assistant, Centurion, Sonja at 3/25/2024 11:41:03 AM
Signed By: Paulk, APRN, Medical Provider, Centurion, Kyara at 3/25/2024 11:43:24 AM
Signed By: Brown, Nursing Assistant, Centurion, Reshawna at 3/25/2024 3:39:37 PM

**119-SANTA ROSA C.I.**                                                    2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                                    Vital Signs
Main: 8509835800 Fax: 8509835864                    Date of Service: 3/25/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████████
Facility: 122-WAKULLA ANNEX

**Vital Signs:**

**Weight (lbs):** 162**, Height:** 71 (inches)**, BMI:** 22.59

**Disclaimer: All EMR timestamps are Eastern Time Zone**

Signed By: ShawWilliams, Nursing Assistant, Centurion, Sonja at 3/25/2024 11:03:50 AM

1 of 1

**119-SANTA ROSA C.I.**
5850 East Milton Rd.
Milton, FL 32583                                             Weekend Infirmary Rounds,
Main: 8509835800 Fax: 8509835864                      Date of Service: 3/24/2024

2/18/2025

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ▮▮▮▮▮▮▮
Facility: 118-WAKULLA C.I.
DC4 714A
FLORIDA DEPARTMENT OF CORRECTIONS    OFFICE OF HEALTH SERVICES
**INFIRMARY PROGRESS RECORD**

**Institution:**    122-WAKULLA ANNEX

**Date:** 03/24/2024    **Time:** 0720    **Discipline:** N=Nursing

**Comments:**    Wester, APRN contacted regarding patient CSU status; no new orders recvd.

DC4-714A Infirmary Progress Record    (Revised 07/19/17)
This form is not to be amended, revised, or altered without        approval of the Office of Health Services
Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

Signed By: Thompson, RN, Registered Nurse MH, Centurion, Lezli at 3/24/2024
10:46:08 AM

FDC 000486

**119-SANTA ROSA C.I.**                                          2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                                  Vital Signs
Main: 8509835800 Fax: 8509835864              Date of Service: 3/22/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████████
Facility: 122-WAKULLA ANNEX

**Vital Signs:**

**, Pulse:** 54**, BP:** 141**/**90**, Height:** 71 (inches)

**Disclaimer: All EMR timestamps are Eastern Time Zone**

Signed By: ShawWilliams, Nursing Assistant, Centurion, Sonja at 3/22/2024 9:55:59 AM

**119-SANTA ROSA C.I.**                                      2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                Dental: :Inmate Request
Main: 8509835800 Fax: 8509835864                Date of Service: 3/21/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████████
Facility: 122-WAKULLA ANNEX

FLORIDA DEPARTMENT OF CORRECTIONS    OFFICE OF HEALTH SERVICES
**INMATE REQUEST**

**To:** Dental
**Category:** Dental

WANT TEETH CLEANED
All requests will be handled in one of the following ways:1)    Written Information or    2) Personal
Interview. All informal grievances will be responded to in writing
**Date received:**    03/21/2024
ALREADY ON DENTAL PLAN INITIAL WAIT LIST(DIWT)

**Date Returned to Inmate:** 03/21/2024 **Answered By:** Manning; Dental Assistant; Centurion, Shomari

DC6-236 (Effective 12/14)
This form is not to be amended, revised, or altered without approval of the Office of Health Services
Administration.

Incorporated by Reference in Rule 33-103.005, F.A.C.

Signed By: Manning, Dental Assistant, Centurion, Shomari at 3/21/2024 5:14:44 PM

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

**INMATE REQUEST**

Mail Number: _____
Team Number: _____
Institution: W. C. I. ANNEX

| TO: (Check One) | ☐ Warden ☐ Asst. Warden | ☐ Classification ☐ Security | ☐ Medical ☐ Mental Health | ☑ Dental ☐ Other _____ |
|---|---|---|---|---|

| FROM: | Inmate Name ROBERT S. Lee | DC Number T15204 | Quarters Q2202 | Job Assignment CSU | Date 3-12-24 |
|---|---|---|---|---|---|

**REQUEST**                                         Check here if this is an informal grievance ☐

I would like to have my teeth cleaned. They are stained really bad could you please put me on the list.

GOD BLESS YOU,

Robert LEE #T15204

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

Inmate (Signature): Robert Lee                DC#: T15204

**DO NOT WRITE BELOW THIS LINE**

**RESPONSE**                    DATE RECEIVED: 3/21/24

You are on dental Plan initial wait list when your name reach the top of list, you will be on call- out.

RECEIVED
MAR 13 2024
HEALTH SERVICES
WAKULLA CI

S. Manning, DA
Wakulla CI

[The following pertains to informal grievances only:]

Based on the above information, your grievance is _____. (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.

| Official (Print Name): S. Manning | Official (Signature): | Date: 3/21/24 |
|---|---|---|

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

S. Manning, DA
Wakulla CI

Informal Grievances and Inmate Requests will be responded to within 15 days, following receipt by staff.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to. If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective 11/18)

Incorporated by Reference in Rule 33-103.005, F.A.C.

Medical

**119-SANTA ROSA C.I.**
5850 East Milton Rd.
Milton, FL 32583
Main: 8509835800 Fax: 8509835864

2/18/2025

Observation Checklist
Date of Service: 3/8/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████████
Facility: 211-CROSS CITY C.I.
**Observation Checklist**


*Imported By: Lorreen Driver, HSA, Centurion 3/21/2024 10:48:37 AM*

_____

```
External Attachment:

  Type:     Image
  Comment:   Lee Robert T15204
```


```
Signed By: Driver, HSA, Centurion, Lorreen at 3/21/2024 10:49:03
AM
```

1 of 1

FLORIDA DEPARTMENT OF CORRECTIONS

# OBSERVATION CHECKLIST
(For Inpatient or Outpatient)

**SECTION ONE (To be completed by Medical/Mental Health staff)**

Date: 3/8/24    Institution: CZCC I    ☐ IMR  ☐ OC  ☐ Other _____

Observation status: ☒ SHOS (Self Harm Observation Status)    ☐ Other _____
Time/date placed on observation/seclusion: 2/21/24  1408    by Anderson MHP
                                                                    Petersen APRN
Frequency of observation: ☐ Continuous  ☒ 15 minutes
On medications? ____ Yes ☒ No
Items Allowed/Issued (check yes or no for each item):

| Yes No | | Yes No | | Yes No | |
|---|---|---|---|---|---|
| X ___ | Tear-resistant mattress? | ___ X | Tear-resistant privacy garment? | ___ X | Wheelchair? |
| ___ X | Underpants? | ___ X | Legal mail? | ___ X | Prosthetics? |
| ___ X | Reading material? | ___ X | Tear resistant blanket? | | |

Time/date discontinued from observation/seclusion: 3/8/24 @1435 by Petersen

**SECTION TWO (To be completed by security or nursing staff)**

TIME, CODE(S), AND INITIALS ARE REQUIRED ON THE BELOW TIME LINES PER PRECAUTION LEVEL
Security staff shall immediately notify health care staff if behaviors in codes 1*, 2*, and/or 3* are observed.

CODE EXPLANATION

| # | Behavior | TIME | CODE(S)/INITIALS | TIME | CODE(S)/INITIALS | TIME | CODE(S)/INITIALS |
|---|---|---|---|---|---|---|---|
| 1. | Beating on door/wall* | 2400 | 14 15 / UG | 0800 | 9/11 / PS | 1600 | / |
| 2. | Yelling or screaming* | 0015 | 14 15 / UG | 0815 | 16 / | 1615 | / |
| 3. | Crying* | 0030 | | 0830 | 16 / | 1630 | / |
| 4. | Cursing | 0045 | 16 / | 0845 | 23 12 / DP | 1645 | / |
| 5. | Laughing | 0100 | 16 / | 0900 | 14 / DP | 1700 | / |
| 6. | Singing | 0115 | / | 0915 | 14 15 / DP | 1715 | / |
| 7. | Mumbling incoherently | 0130 | 16 / | 0930 | 14 15 / DP | 1730 | / |
| 8. | Mute | 0145 | 16 / | 0945 | 2 4 / PO | 1745 | / |
| 9. | Talking to staff | 0200 | 16 / | 1000 | 2 4 / DP PS | 1800 | / |
| 10. | Talking to peers | 0215 | 16 / | 1015 | 2 4 / DP | 1815 | / |
| 11. | Talking to self/wall | 0230 | 16 / | 1030 | 14 15 / DP | 1830 | / |
| 12. | Standing still | 0245 | 16 / | 1045 | 14 15 / DP | 1845 | / |
| 13. | Walking | 0300 | 16 / | 1100 | 14 / DP | 1900 | / |
| 14. | Lying or sitting | 0315 | 16 / | 1115 | 17A18A / DP | 1915 | / |
| 15. | Quiet | 0330 | 16 / | 1130 | 14 15 / DP | 1930 | / |
| 16. | Sleeping | 0345 | 16 / | 1145 | 14 15 / DP | 1945 | / |
| 17. | Meals a) Taken b) Refused | 0400 | 16 / | 1200 | 14 15 / DP PS | 2000 | / |
| 18. | Fluids a) Taken b) Refused | 0415 | 16 / | 1215 | 14 15 / DP | 2015 | / |
| 19. | Bath/shower: | 0430 | 16 / | 1230 | 14 15 / DC | 2030 | / |
| | a) Taken b) Refused | 0445 | 16 / | 1245 | 14 15 / DP | 2045 | / |
| 20. | Out of cell (indicate | 0500 | 16 / | 1300 | 25 / DC | 2100 | / |
| | inmate's location in | 0515 | 16 / | 1315 | Back in cell / DP | 2115 | / |
| | appropriate time slots) | 0530 | 16 / | 1330 | 14 15 / HOC | 2130 | / |
| 21. | Toothbrush: | 0545 | 16 / | 1345 | 14 15 / DP | 2145 | / |
| | a) Used b) Refused | 0600 | 16 / | 1400 | 14 15 / DP | 2200 | / |
| 22. | Cell/room searched | 0615 | 16 / | 1415 | 14 15 / PO | 2215 | / |
| 23. | Wrap/smock/gown/blanket/ | 0630 | 16 A / | 1430 | 14 15 / PO | 2230 | / |
| | mattress checked (required | 0645 | 17A / | 1445 | TRANSFER | 2245 | / |
| | each shift) | 0700 | 24 1 / | 1500 | / | 2300 | / |
| 24. meds | | 0715 | / | 1515 | / | 2315 | / |
| 25. Telepsych | | 0730 | 1 / | 1530 | / | 2330 | / |
| 26. | | 0745 | / | 1545 | / | 2345 | / |

Staff LEGIBLE initials, printed name, and signature:

| Day Shift Staff | | | Evening Shift Staff | | | Night Shift Staff | | |
|---|---|---|---|---|---|---|---|---|
| 7a-3p  or  7a-7p | | | 3p-11p  or  4p-12mn | | | 11p-7a  or  12mn-8a  or  7p-7a | | |
| Initials | PRINT NAME | SIGNATURE | Initials | PRINT NAME | SIGNATURE | Initials | PRINT NAME | SIGNATURE |
| PS | P. SMITH | P. Smith | S | Lithouts S | Kyle Thoms | P | | |
| DP | Greely | | | | | | | |

Note: Additional signatures, stamps, and corresponding initials are to be entered on back of form. Form to be placed in inmate's infirmary/medical record upon completion or upon discharge of inmate from observation status.

Inmate Name Lee, Robert
DC# T15204    Race/Sex B/M
Date of Birth _____    Institution: CRCC I

DC4-650 (Effective 01/21) (Revised 06/21)
Page 1 of 2

**119-SANTA ROSA C.I.**                                          2/18/2025
5850 East Milton Rd.
Milton, FL 32583                              Observation Checklist
Main: 8509835800 Fax: 8509835864      Date of Service: 3/7/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: █████████
Facility: 211-CROSS CITY C.I.
**Observation Checklist**


*Imported By: Lorreen Driver, HSA, Centurion 3/21/2024 10:47:45 AM*

_____

```
External Attachment:

  Type:     Image
  Comment:  Lee Robert T15204
```


Signed By: Driver, HSA, Centurion, Lorreen at 3/21/2024 10:48:02
AM

1 of 1

FLORIDA DEPARTMENT OF CORRECTIONS

# OBSERVATION CHECKLIST
### (For Inpatient or Outpatient)

| SECTION ONE (To be completed by Medical/Mental Health staff) |
|---|

Date: 3/8/24    Institution: CRCCI    ☐ IMR   ☐ OC   ☐ Other _____

Observation status: ☒ SHOS (Self Harm Observation Status)    ☐ Other _____
Time/date placed on observation/seclusion: 2/21/24   1408   by Anderson, MHP
Frequency of observation: ☐ Continuous   ☒ 15 minutes              Petersen APRN
On medications? ____ Yes  ☒ No
Items Allowed/Issued (check yes or no for each item):

| Yes No | | Yes No | | Yes No | |
|---|---|---|---|---|---|
| ☒ | Tear-resistant mattress? | ☒ | Tear-resistant privacy garment? | | Wheelchair? |
| ☒ | Underpants? | ☒ | Legal mail? | | Prosthetics? |
| ☒ | Reading material? | ☒ | Tear resistant blanket? | | |

Time/date discontinued from observation/seclusion: _____ by _____

| SECTION TWO (To be completed by security or nursing staff) |
|---|

**TIME, CODE(S), AND INITIALS ARE REQUIRED ON THE BELOW TIME LINES PER PRECAUTION LEVEL**
Security staff shall immediately notify health care staff if behaviors in codes 1*, 2*, and/or 3* are observed.

CODE EXPLANATION

| # | Code | TIME | CODE(S)/INITIALS | TIME | CODE(S)/INITIALS | TIME | CODE(S)/INITIALS |
|---|---|---|---|---|---|---|---|
| 1. | Beating on door/wall* | 2400 | 14,15/23,8 | 0800 | 14,9 / | 1600 | 14,15 / |
| 2. | Yelling or screaming* | 0015 | 14,15 / | 0815 | 14,9 / | 1615 | 14,15,23 / |
| 3. | Crying* | 0030 | 14,15 / | 0830 | 13,15 / | 1630 | 14,15 / |
| 4. | Cursing | 0045 | 14,15 / | 0845 | 14,15 / | 1645 | 14,15 / |
| 5. | Laughing | 0100 | 14,15 / | 0900 | 12,15 / | 1700 | 14,15 / |
| 6. | Singing | 0115 | 14,15 / | 0915 | 14,15 / | 1715 | 14,15 / |
| 7. | Mumbling incoherently | 0130 | 14,15 / | 0930 | 14,15 / | 1730 | 14,15 / |
| 8. | Mute | 0145 | 14,15 / | 0945 | 9 / | 1745 | 14,15 / |
| 9. | Talking to staff | 0200 | 9,10 / | 1000 | 14,15 / | 1800 | 14,15 / |
| 10. | Talking to peers | 0215 | 9,16 / | 1015 | 14,15 / | 1815 | 14,18,4 / |
| 11. | Talking to self/wall | 0230 | 9,10 / | 1030 | 14,15 / | 1830 | 14,15 / |
| 12. | Standing still | 0245 | 14,15 / | 1045 | 14,15 / | 1845 | 14,15 / |
| 13. | Walking | 0300 | 14,15 / | 1100 | 14,15 / | 1900 | 14,15 / |
| 14. | Lying or sitting | 0315 | 14,15 / | 1115 | 14,15 / | 1915 | 14,15 / |
| 15. | Quiet | 0330 | 14,15 / | 1130 | 14,15 / | 1930 | 14,15 / |
| 16. | Sleeping | 0345 | 14,15 / | 1145 | 14,15 / | 1945 | 14,15 / |
| 17. | Meals a) Taken b) Refused | 0400 | 14,15 / | 1200 | 14,17 / | 2000 | 14,15 / |
| 18. | Fluids a) Taken b) Refused | 0415 | 14,15 / | 1215 | 14,15 / | 2015 | 14,15 / |
| 19. | Bath/shower: | 0430 | 14,15 / | 1230 | 14,15 / | 2030 | 14,15 / |
| | a) Taken b) Refused | 0445 | 14,15 / | 1245 | 14,15 / | 2045 | 14,15 / |
| 20. | Out of cell (indicate | 0500 | 14,15 / | 1300 | 14,15 / | 2100 | 14,15 / |
| | inmate's location in | 0515 | 14,15 / | 1315 | 14,15 / | 2115 | 14,15 / |
| | appropriate time slots) | 0530 | 14,15 / | 1330 | 14,15 / | 2130 | 14,15 / |
| 21. | Toothbrush: | 0545 | 14,15 / | 1345 | 14,15 / | 2145 | 14,15 / |
| | a) Used b) Refused | 0600 | 14,15 / | 1400 | 14,15 / | 2200 | 14,15 / |
| 22. | Cell/room searched | 0615 | 14,15 / | 1415 | 14,15 / | 2215 | 14,15 / |
| 23. | Wrap/smock/gown/blanket/ | 0630 | 14,15 / | 1430 | 14,15 / | 2230 | 14,15 / |
| | mattress checked (required | 0645 | 14,15 / | 1445 | 14,15 / | 2245 | 14,15 / |
| | each shift) | 0700 | 14,15 / | 1500 | 14,15 / | 2300 | 14,15 / |
| 24. | _____ | 0715 | 14,15 / | 1515 | 14,15 / | 2315 | 14,15 / |
| 25. | _____ | 0730 | 14,15 / | 1530 | 14,15 / | 2330 | 14,15 / |
| 26. | _____ | 0745 | 12 / | 1545 | 14,15 / | 2345 | 14,15 / |

Staff LEGIBLE initials, printed name, and signature:

| Day Shift Staff | | | Evening Shift Staff | | | Night Shift Staff | | |
|---|---|---|---|---|---|---|---|---|
| 7a-3p or 7a-7p | | | 3p-11p or 4p-12mn | | | 11p-7a or 12mn-8a or 7p-7a | | |
| Initials | PRINT NAME | SIGNATURE | Initials | PRINT NAME | SIGNATURE | Initials | PRINT NAME | SIGNATURE |
| PS | P. Son MH | P. South | LR | LRhaast | R. Reson | JW | J. Wheran RN | |
| DH | H. leederory | | | | | M | Meddig | |

Note: Additional signatures, stamps, and corresponding initials are to be entered on back of form. Form to be placed in inmate's infirmary/medical record upon completion or upon discharge of inmate from observation status.

Inmate Name Lee, Robert    DC# T152041   Race/Sex B/M
Date of Birth _____   Institution: CRCCI

DC4-650 (Effective 01/21) (Revised 06/21)
Page 1 of 2

Incorporated by Reference in Rule 33-602.220, F.A.C.