**119-SANTA ROSA C.I.**
5850 East Milton Rd.
Milton, FL 32583
Main: 8509835800 Fax: 8509835864

2/18/2025

Observation Checklist
Date of Service: 3/6/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████████
Facility: 211-CROSS CITY C.I.
**Observation Checklist**


*Imported By: Lorreen Driver, HSA, Centurion 3/21/2024 10:46:58 AM*

_____

External Attachment:

  Type:     Image
  Comment:  Lee Robert T15204


Signed By: Driver, HSA, Centurion, Lorreen at 3/21/2024 10:47:03
AM

1 of 1

FLORIDA DEPARTMENT OF CORRECTIONS
# OBSERVATION CHECKLIST
(For Inpatient or Outpatient)

| SECTION ONE (To be completed by Medical/Mental Health staff) |
|---|

Date: 3-6-2024    Institution: CRCCI    ☐ IMR ☐ OC ☐ Other _____

Observation status: ☒ SHOS (Self Harm Observation Status)   ☐ Other _____
Time/date placed on observation/seclusion: 2-21-2024  1408 by Anderson, MHP
Petersen APRN
Frequency of observation: ☐ Continuous ☐ 15 minutes
On medications: ___ Yes ✓ No

Items Allowed/Issued (check yes or no for each item):

| Yes | No | | Yes | No | | Yes | No | |
|---|---|---|---|---|---|---|---|---|
| X | | Tear-resistant mattress? | | X | Tear-resistant privacy garment? | | X | Wheelchair? |
| | X | Underpants? | | X | Legal mail? | | X | Prosthetics? |
| | X | Reading material? | | X | Tear resistant blanket? | | | |

Time/date discontinued from observation/seclusion _____ by _____

| SECTION TWO (To be completed by security or nursing staff) |
|---|

**TIME, CODE(S), AND INITIALS ARE REQUIRED ON THE BELOW TIME LINES PER PRECAUTION LEVEL**
Security staff shall immediately notify health care staff if behaviors in codes 1*, 2*, and/or 3* are observed.

CODE EXPLANATION

| # | Behavior | TIME | CODE(S)/INITIALS | TIME | CODE(S)/INITIALS | TIME | CODE(S)/INITIALS |
|---|---|---|---|---|---|---|---|
| 1. | Beating on door/wall* | 2400 | 16 мэм SC | 0800 | 1 2 24 LC Ju | 1600 | 14 13/1/9 9L |
| 2. | Yelling or screaming* | 0015 | 16 / ∨ | 0815 | 14 15 23 LC | 1615 | 14 15 23 DP |
| 3. | Crying* | 0030 | 16 / LC | 0830 | 14 15 / DP | 1630 | 14 15 / |
| 4. | Cursing | 0045 | 14,15,23 LC | 0845 | 14 15 / | 1645 | 14 15 / 10 |
| 5. | Laughing | 0100 | 14,15 / LC | 0900 | 1 4 / DP | 1700 | 14 15 / |
| 6. | Singing | 0115 | 14,15 / LC | 0915 | 14 / DP | 1715 | 14 15 / |
| 7. | Mumbling incoherently | 0130 | 14,15 / LC | 0930 | 14 15 / DP | 1730 | 14 15 / |
| 8. | Mute | 0145 | 14,15 / LC | 0945 | 14 15 / DP | 1745 | 14 15 / |
| 9. | Talking to staff | 0200 | 14,15 24 LC SC | 1000 | 14 24 DP | 1800 | 14 15 24 LC |
| 10. | Talking to peers | 0215 | 14,15 / LC | 1015 | 14 15 / DP | 1815 | 14 15 / LC |
| 11. | Talking to self/wall | 0230 | 14,15 / LC | 1030 | 14 15 / DP | 1830 | 14 15 / LC |
| 12. | Standing still | 0245 | 14,15 / LC | 1045 | 14 15 / DP | 1845 | 14 15 / LC |
| 13. | Walking | 0300 | 14,15 / LC | 1100 | 14 15 / DP | 1900 | 14 15 / LC |
| 14. | Lying or sitting | 0315 | 14,15 / LC | 1115 | 14 15 / DP | 1915 | 14 15 / LC |
| 15. | Quiet | 0330 | 14,15 / LC | 1130 | 14 N / DP | 1930 | 14 15 / LC |
| 16. | Sleeping | 0345 | 14,15 / LC | 1145 | 14 18 / | 1945 | 14 15 / LC Ju |
| 17. | Meals a) Taken b) Refused | 0400 | 14,15 24 LC SC | 1200 | 14 15 24 / Ju | 2000 | 14 15 / LC |
| 18. | Fluids a) Taken b) Refused | 0415 | 14,15 / LC | 1215 | 14 15 / DP | 2015 | 14 15 / LC |
| 19. | Bath/shower: a) Taken b) Refused | 0430 | 14,15 / LC | 1230 | 14 15 / DP | 2030 | 14 15 / LC |
|  | a) Taken b) Refused | 0445 | 14 15 / LC | 1245 | 14 15 / DP | 2045 | 14 15 / LC |
| 20. | Out of cell (indicate inmate's location in appropriate time slots) | 0500 | 9 / LC | 1300 | 14 15 / DP | 2100 | 14 15 / LC |
|  |  | 0515 | 9 / LC | 1315 | 14 15 / DP | 2115 | 14 15 / LC |
|  |  | 0530 | 14,15 / LC | 1330 | 14 15 / DP | 2130 | 14 15 / LC |
| 21. | Toothbrush: a) Used b) Refused | 0545 | 14,15 / LC | 1345 | 14 15 / DP | 2145 | 14 15 / LC |
|  | a) Used b) Refused | 0600 | 14 1504 LC SC | 1400 | 14 15 24 / Ju | 2200 | 14 15 / LC Ju |
| 22. | Cell/room searched | 0615 | 14,15 / LC | 1415 | 15 / DP | 2215 | 14 15 / LC |
| 23. | Wrap/smock/gown/blanket/ mattress checked (required each shift) | 0630 | 12,15 / LC | 1430 | 15 / DP | 2230 | 14 15 / LC |
|  |  | 0645 | 2 / LC | 1445 | Back in cell DP | 2245 | 14 15 / LC |
|  |  | 0700 | 17a / LC | 1500 | 15 / DP | 2300 | 14 15 / LC |
| 24. | Nurse check | 0715 | 14,15 / LC | 1515 | 15 15 / DP | 2315 | 14 15 / LC |
| 25. | out of cell M.H. | 0730 | 12,2 / LC | 1530 | 15 15 / DP | 2330 | 14 15 / LC |
| 26. |  | 0745 | 14,15 / LC | 1545 | 15 15 / DP | 2345 | 14 15 / Ju |

Staff LEGIBLE initials, printed name, and signature:

| Day Shift Staff 7a-3p or 7a-7p | | | Evening Shift Staff 3p-11p or 4p-12mn | | | Night Shift Staff 11p-7a or 12mn-8a or 7p-7a | | |
|---|---|---|---|---|---|---|---|---|
| Initials | PRINT NAME | SIGNATURE | Initials | PRINT NAME | SIGNATURE | Initials | PRINT NAME | SIGNATURE |
| DP | Quesenberry | | LT | L. Thomas | Thomas | JM | J. Mila | James Mula |
| 9 | Campbell | Campbell R | DK | D. Kiwarula | | LC | L. Collins | Lollins |
| | | | | | | SC | S. Cooper RN | |

Note: Additional signatures, stamps, and corresponding initials are to be entered on back of form. Form to be placed in inmate's infirmary/medical record upon completion or upon discharge of inmate from observation status.

Inmate Name: Lee, Robert
DC#: T15204    Race/Sex: B/M
Date of Birth: _____    Institution: CRCCI

DC4-650 (Effective 01/21) (Revised 06/21)
Page 1 of 2

Incorporated by Reference in Rule 33-602.220, F.A.C.



FDC 000499

**119-SANTA ROSA C.I.**                                    2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                Observation Checklist
Main: 8509835800 Fax: 8509835864    Date of Service: 3/5/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████████
Facility: 211-CROSS CITY C.I.
**Observation Checklist**


*Imported By: Lorreen Driver, HSA, Centurion 3/21/2024 10:46:11 AM*

_____

External Attachment:

  Type:     Image
  Comment:   Lee Robert T15204


Signed By: Driver, HSA, Centurion, Lorreen at 3/21/2024 10:46:31
AM

FDC 000500

**FLORIDA DEPARTMENT OF CORRECTIONS**

# OBSERVATION CHECKLIST
(For Inpatient or Outpatient)

**SECTION ONE (To be completed by Medical/Mental Health staff)**

Date: 3/5/24   Institution: CRCC   ☐ IMR ☐ OC ☐ Other _____

Observation status: ☒ SHOS (Self Harm Observation Status)   ☐ Other _____
Time/date placed on observation/seclusion: 2/21/24 1408 by Anderson MHP Petersen APRN
Frequency of observation: ___ Continuous   ☑ 15 minutes
On medications? ___ Yes  ✓ No

Items Allowed/Issued (check yes or no for each item):

| Yes | No | | Yes | No | | Yes | No | |
|---|---|---|---|---|---|---|---|---|
| ✗ | | Tear-resistant mattress? | | ✓ | Tear-resistant privacy garment? | | ✗ | Wheelchair? |
| | ✓ | Underpants? | | ✗ | Legal mail? | | ✗ | Prosthetics? |
| | ✓ | Reading material? | | ✗ | Tear resistant blanket? | | | |

Time/date discontinued from observation/seclusion: _____ by _____

**SECTION TWO (To be completed by security or nursing staff)**

**TIME, CODE(S), AND INITIALS ARE REQUIRED ON THE BELOW TIME LINES PER PRECAUTION LEVEL**
Security staff shall immediately notify health care staff if behaviors in codes 1*, 2*, and/or 3* are observed.

CODE EXPLANATION

| # | Behavior | TIME | CODE(S)/INITIALS | TIME | CODE(S)/INITIALS | TIME | CODE(S)/INITIALS |
|---|---|---|---|---|---|---|---|
| 1. | Beating on door/wall* | 2400 | 16 24 80 / SC | 0800 | 14 11 3NJ / | 1600 | 18 15 31 DQ / |
| 2. | Yelling or screaming* | 0015 | 16 / W | 0815 | 14 15 / ᴅ | 1615 | 14 15 23 DQ / |
| 3. | Crying* | 0030 | 16 / W | 0830 | 14 15 / ᴅ | 1630 | 16 / ᴅ |
| 4. | Cursing | 0045 | 14 15 23 / ᴅ | 0845 | 23 15 / ᴅᴀ | 1645 | 16 / ᴅ |
| 5. | Laughing | 0100 | 14 15 / ᴅ | 0900 | 14 15 / ᴅᴏ | 1700 | 16 / ᴅ |
| 6. | Singing | 0115 | 14 15 / ᴅ | 0915 | 14 15 / ᴅᴇ | 1715 | / ᴅ |
| 7. | Mumbling incoherently | 0130 | 14 15 / ᴅ | 0930 | 9 / ᴅᴀ | 1730 | / ᴊᴀ |
| 8. | Mute | 0145 | 14 15 / ᴅ | 0945 | 14 15 / ᴅᴀ | 1745 | / ᴊᴀ |
| 9. | Talking to staff | 0200 | 14 15 24 / ᴅ SC | 1000 | 14 15 31 / ᴅᴇ 4ᴇ | 1800 | 11 / ᴊᴀ |
| 10. | Talking to peers | 0215 | 14 15 / ᴅ | 1015 | 14 15 / ᴅᴏ | 1815 | 11 / ᴊᴀ |
| 11. | Talking to self/wall | 0230 | 14 15 / ᴅ | 1030 | 14 15 / ᴅᴏ | 1830 | 11 / ᴊᴀ |
| 12. | Standing still | 0245 | 14 15 / ᴅ | 1045 | 14 15 / ᴅᴏ | 1845 | 11A 18A / ᴊᴀ |
| 13. | Walking | 0300 | 14 15 / ᴅ | 1100 | 14 15 / ᴅᴏ | 1900 | 9 24 ᴊᴀ / SC |
| 14. | Lying or sitting | 0315 | 14 15 / ᴅ | 1115 | 14 15ᴀ / ᴅᴏ | 1915 | / ᴊᴀ |
| 15. | Quiet | 0330 | 14 15 / ᴅ | 1130 | / ᴅ | 1930 | / ᴊᴀ |
| 16. | Sleeping | 0345 | 14 15 / ᴅ | 1145 | 14 15 / ᴅᴀ | 1945 | 12 / ᴊᴀ |
| 17. | Meals a) Taken b) Refused | 0400 | 14 15 24 / SC | 1200 | 14 15 31 / ᴅᴇ 4ᴇ | 2000 | 14 24 ᴊᴀ / SC |
| 18. | Fluids a) Taken b) Refused | 0415 | 14 15 / ᴅ | 1215 | 14 15 / ᴅᴀ | 2015 | 13 / ᴊᴀ |
| 19. | Bath/shower: a) Taken b) Refused | 0430 | 14 15 / ᴅ | 1230 | 14 15 / ᴅᴀ | 2030 | 14 / ᴊᴀ |
| | | 0445 | 14 15 / ᴅ | 1245 | 14 15 / ᴅᴀ | 2045 | 9 / ᴊᴀ |
| 20. | Out of cell (indicate inmate's location in appropriate time slots) | 0500 | 14 15 / ᴅ | 1300 | 14 15 / ᴅᴀ | 2100 | 9 / ᴊᴀ |
| | | 0515 | 14 15 / ᴅ | 1315 | 14 15 / ᴅ | 2115 | 11 / ᴊᴀ |
| | | 0530 | 14 15 / ᴅ | 1330 | 14 15 / ᴅᴀ | 2130 | 11 / ᴊᴀ |
| 21. | Toothbrush: a) Used b) Refused | 0545 | 14 15 / ᴅ | 1345 | 14 15 / ᴅ | 2145 | 11 / ᴊᴀ |
| | | 0600 | 14 15 24 / SC | 1400 | 14 15 31 / ᴅᴇ 4ᴇ | 2200 | 12 24 ᴊᴀ / SC |
| 22. | Cell/room searched | 0615 | 14 15 / ᴅ | 1415 | 14 15 / ᴅ | 2215 | 13 / ᴊᴀ |
| 23. | Wrap/smock/gown/blanket/ mattress checked (required each shift) | 0630 | 14 15 / ᴅ | 1430 | 14 15 / ᴅᴏ | 2230 | 14 / ᴊᴀ |
| | | 0645 | 17 18 / ᴅ | 1445 | 14 15 / ᴅᴏ | 2245 | 9 / ᴊᴀ |
| | | 0700 | 14 15 / ᴅ | 1500 | 2 4 / ᴅᴏ | 2300 | 14 / ᴊᴀ |
| 24. | Nurse check | 0715 | 14 15 / ᴅ | 1515 | 14 15 / ᴅᴀ | 2315 | 14 / ᴊᴀ |
| 25. | | 0730 | 14 15 / ᴅ | 1530 | 14 15 / ᴅᴀ | 2330 | 14 / ᴊᴀ |
| 26. | | 0745 | 14 15 / ᴅ | 1545 | 14 15 / ᴅᴇ | 2345 | 14 / ᴊᴀ |

Staff LEGIBLE initials, printed name, and signature:

| Day Shift Staff 7a-3p or 7a-7p | | | Evening Shift Staff 3p-11p or 4p-12mn | | | Night Shift Staff 11p-7a or 12mn-8a or 7p-7a | | |
|---|---|---|---|---|---|---|---|---|
| Initials | PRINT NAME | SIGNATURE | Initials | PRINT NAME | SIGNATURE | Initials | PRINT NAME | SIGNATURE |
| DQ | Quesada | DQ | DN | D. Neiben | D.N. | SC | J. Cooper RN | SC |
| LC | Campbell R | Campbell R | | | | JJ | J. Joshua | JJ DO |

Note: Additional signatures, stamps, and corresponding initials are to be entered on back of form. Form to be placed in inmate's infirmary/medical record upon completion or upon discharge of inmate from observation status.

Inmate Name: Lee, Robert
DC#: 115201   Race/Sex: B/M
Date of Birth: _____   Institution: CRCC

DC4-650 (Effective 01/21) (Revised 06/21)
Page 1 of 2

**119-SANTA ROSA C.I.**                                       2/18/2025
5850 East Milton Rd.
Milton, FL 32583                              Observation Checklist
Main: 8509835800 Fax: 8509835864        Date of Service: 3/4/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████████
Facility: 211-CROSS CITY C.I.
**Observation Checklist**


*Imported By: Lorreen Driver, HSA, Centurion 3/21/2024 10:45:23 AM*

_____

External Attachment:

  Type:     Image
  Comment:  Lee Robert T15204


Signed By: Driver, HSA, Centurion, Lorreen at 3/21/2024 10:45:31
AM

FLORIDA DEPARTMENT OF CORRECTIONS

# OBSERVATION CHECKLIST
### (For Inpatient or Outpatient)

| SECTION ONE (To be completed by Medical/Mental Health staff) |
|---|

Date: 3/4/24    Institution: CRCC    ☐ IMR  ☐ OC  ☐ Other _____

Observation status: ☑ SHOS (Self Harm Observation Status)  ☐ Other _____
Time/date placed on observation/seclusion: 2/21/24 @ 1408 by Anderson MHP
Petersen APRN
Frequency of observation: ☐ Continuous  ☐ 15 minutes
On medications: ___ Yes ___ No

Items Allowed/Issued (check yes or no for each item):

| Yes No | | Yes No | | Yes No | |
|---|---|---|---|---|---|
| Y | Tear-resistant mattress? | X | Tear-resistant privacy garment? | Y | Wheelchair? |
| Y | Underpants? | X | Legal mail? | X | Prosthetics? |
| Y | Reading material? | X | Tear resistant blanket? | | |

Time/date discontinued from observation/seclusion: _____ by _____

| SECTION TWO (To be completed by security or nursing staff) |
|---|

**TIME, CODE(S), AND INITIALS ARE REQUIRED ON THE BELOW TIME LINES PER PRECAUTION LEVEL**
Security staff shall immediately notify health care staff if behaviors in-codes 1*, 2*, and/or 3* are observed.

| CODE EXPLANATION | TIME | CODE(S)/INITIALS | TIME | CODE(S)/INITIALS | TIME | CODE(S)/INITIALS |
|---|---|---|---|---|---|---|
| 1. Beating on door/wall* | 2400 | 1415,24 / CN | 0800 | 1415 24/ EC | 1600 | 14 15 23 E |
| 2. Yelling or screaming* | 0015 | 1415 / CN | 0815 | 141523/ EC | 1615 | 1415 / E |
| 3. Crying* | 0030 | 14 1523 / CN | 0830 | 1415 / EC | 1630 | 1415 / CN |
| 4. Cursing | 0045 | 16 / CN | 0845 | 1415 / E | 1645 | 1415 / CN |
| 5. Laughing | 0100 | 16 / CN | 0900 | 1415 / E | 1700 | 1415 / CN |
| 6. Singing | 0115 | 16 / CN | 0915 | 1415 / E | 1715 | 1415 / CN |
| 7. Mumbling incoherently | 0130 | 16 / CN | 0930 | 1415 / E | 1730 | 1415 / CN |
| 8. Mute | 0145 | 16 / CN | 0945 | 1415 / E | 1745 | 141517A / CN |
| 9. Talking to staff | 0200 | 16 24 / CN | 1000 | 141524 E / TS | 1800 | 1415 / CN |
| 10. Talking to peers | 0215 | 16 / CN | 1015 | 1415 / E | 1815 | 1415 / AM CN |
| 11. Talking to self/wall | 0230 | 16 / CN | 1030 | 1414 / E | 1830 | 1415 / CN |
| 12. Standing still | 0245 | 14 15 / CN | 1045 | 1112 / 9 | 1845 | 1413 / CN |
| 13. Walking | 0300 | 14 15 / CN | 1100 | 1112 / 9 | 1900 | 1415 CN / SC |
| 14. Lying or sitting | 0315 | 16 / CN | 1115 | 1415 / CN | 1915 | 1415 / CN |
| 15. Quiet | 0330 | 16 / CN | 1130 | 1415 / CN | 1930 | 1415 / CN |
| 16. Sleeping | 0345 | 16 / CN | 1145 | 1415 / E | 1945 | 1415 / CN |
| 17. Meals a) Taken b) Refused | 0400 | 16 / CN | 1200 | 1415 24 / E | 2000 | 14 15 24 CN / SC |
| 18. Fluids a) Taken b) Refused | 0415 | 16 / CN | 1215 | 1415 / E | 2015 | 1415 / CN |
| 19. Bath/shower: a) Taken b) Refused | 0430 | 16 24 / CN | 1230 | 1415 / E | 2030 | 1415 / CN |
|  | 0445 | 16 / CN | 1245 | 1415 / E | 2045 | 1415 / CN |
| 20. Out of cell (indicate inmate's location in appropriate time slots) | 0500 | 16 / CN | 1300 | 1415 / E | 2100 | 1415 / CN |
|  | 0515 | 16 / CN | 1315 | 1415 / E | 2115 | 16 / CN |
|  | 0530 | 16 / CN | 1330 | 1415 / E | 2130 | 16 / CN |
| 21. Toothbrush: a) Used b) Refused | 0545 | 16 / CN | 1345 | 1415 / E | 2145 | 16 / CN |
|  | 0600 | 14,15 17 24 / CN | 1400 | 1415 24 E | 2200 | 16 24 / CN SC |
| 22. Cell/room searched | 0615 | 16 / CN | 1415 | 9 12 / 9 | 2215 | 16 / CN |
| 23. Wrap/smock/gown/blanket/ mattress checked (required each shift) | 0630 | 16 / CN | 1430 | 1415 / E | 2230 | 16 / CN |
|  | 0645 | 16 / CN | 1445 | 1415 / E | 2245 | 16 / CN |
|  | 0700 | 16 / CN | 1500 | 12 / 9 | 2300 | 16 / CN |
| 24. Nurse check | 0715 | 16 / CN | 1515 | 1415 / E | 2315 | 16 / CN |
| 25. _____ | 0730 | 1415 / CN | 1530 | 1415 / E | 2330 | 16 / CN |
| 26. _____ | 0745 | 14,15 23 / CN | 1545 | 14,15 / E | 2345 | 16 / CN |

Staff LEGIBLE initials, printed name, and signature:

| Day Shift Staff 7a-3p  or  7a-7p | | | Evening Shift Staff 3p-11p  or  4p-12mn | | | Night Shift Staff 11p-7a  or  12mn-8a  or  7p-7a | | |
|---|---|---|---|---|---|---|---|---|
| Initials | PRINT NAME | SIGNATURE | Initials | PRINT NAME | SIGNATURE | Initials | PRINT NAME | SIGNATURE |
| TS | Tanya Shihhr | B Trullenn | QD | Q. Duffy | Q. Duffy | CN | J. Collins | J. Collins |
| E | C. LChance | C Chance | | | | SC | J. Khurandey | |
| | | | | | | SC | J. Cooper | |

Note: Additional signatures, stamps, and corresponding initials are to be entered on back of form. Form to be placed in inmate's infirmary/medical record upon completion or upon discharge of inmate from observation status.

Inmate Name: Lee, Robert
DC#: T 15264    Race/Sex: B/M
Date of Birth: _____    Institution: CRCC

FDC 000505

**119-SANTA ROSA C.I.**
2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                    Observation Checklist
Main: 8509835800 Fax: 8509835864        Date of Service: 3/3/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ████████████
Facility: 211-CROSS CITY C.I.
**Observation Checklist**


*Imported By: Lorreen Driver, HSA, Centurion 3/21/2024 10:44:29 AM*

_____

External Attachment:

  Type:     Image
 Comment:   Lee Robert T15204


Signed By: Driver, HSA, Centurion, Lorreen at 3/21/2024 10:45:00
AM

1 of 1

FLORIDA DEPARTMENT OF CORRECTIONS

# OBSERVATION CHECKLIST
### (For Inpatient or Outpatient)

**SECTION ONE (To be completed by Medical/Mental Health staff)**

Date: 3-3-24          Institution: CRCC I          ☐ IMR  ☐ OC  ☐ Other _____

Observation status: ☒ SHOS (Self Harm Observation Status)    ☐ Other _____
Time/date placed on observation/seclusion: 14:08  2-21-24          by Anderson MHP
Frequency of observation: ☐ Continuous  ☒ 15 minutes          Petersen APRN
On medications? ____ Yes  ✓ No
Items Allowed/Issued (check yes or no for each item):

| Yes No | | Yes No | | Yes No | |
|---|---|---|---|---|---|
| ✓ | Tear-resistant mattress? | ✓ | Tear-resistant privacy garment? | ✓ | Wheelchair? |
| ✓ | Underpants? | ✓ | Legal mail? | ✓ | Prosthetics? |
| ✓ | Reading material? | ✓ | Tear resistant blanket? | | |

Time/date discontinued from observation/seclusion _____ by _____

**SECTION TWO (To be completed by security or nursing staff)**

**TIME, CODE(S), AND INITIALS ARE REQUIRED ON THE BELOW TIME LINES PER PRECAUTION LEVEL**
Security staff shall immediately notify health care staff if behaviors in-codes 1*, 2*, and/or 3* are observed.

| CODE EXPLANATION | | TIME CODE(S)/INITIALS | TIME CODE(S)/INITIALS | TIME CODE(S)/INITIALS |
|---|---|---|---|---|
| 1. | Beating on door/wall* | 2400 4 15 / BW | 0800 14 15 / BW 80 | 1600 14,15,24 E 80 |
| 2. | Yelling or screaming* | 0015 14 14 / BW | 0815 14 15 / RW | 1615 14 15 23 E |
| 3. | Crying* | 0030 14 15 / BW | 0830 14,15 / C | 1630 1415 / CN |
| 4. | Cursing | 0045 14 15 / BW | 0845 1415 / E | 1645 1415 / CN |
| 5. | Laughing | 0100 14 19 / BW | 0900 1415 / E | 1700 1415 / CN |
| 6. | Singing | 0115 14 19 / BW | 0915 1415 / E | 1715 1415 / CN |
| 7. | Mumbling incoherently | 0130 14 15 / BW | 0930 1415 / E | 1730 1415 STA CN |
| 8. | Mute | 0145 14 15 / BW | 0945 1415 / E | 1745 1415 / CN |
| 9. | Talking to staff | 0200 14 15 / BW | 1000 14 15 24 E 80 | 1800 14,15,24 CN 80 |
| 10. | Talking to peers | 0215 14 15 / BW | 1015 14 15 / E | 1815 1415 / CN |
| 11. | Talking to self/wall | 0230 14 15 / BW | 1030 1415 / E | 1830 1415 / CN |
| 12. | Standing still | 0245 14 15 / BW | 1045 1415 / E | 1845 1415 / CN |
| 13. | Walking | 0300 14 15 / BW | 1100 1415 / E | 1900 1415 / CN |
| 14. | Lying or sitting | 0315 14 15 / BW | 1115 1915 STA / E | 1915 1415 / CN |
| 15. | Quiet | 0330 14 15 / BW | 1130 1415 / E | 1930 1415 / CN |
| 16. | Sleeping | 0345 14 15 / BW | 1145 1415 / E | 1945 1415 / CN ⑭ |
| 17. | Meals a) Taken b) Refused | 0400 14 15 / BW | 1200 14 15 24 E 80 | 2000 14,15,24 CN ⑭ |
| 18. | Fluids a) Taken b) Refused | 0415 14 15 / BW | 1215 1415 / E | 2015 1415 / CN |
| 19. | Bath/shower: | 0430 1415 / BW | 1230 1415 / E | 2030 1415 / CN |
| | a) Taken b) Refused | 0445 14 15 / BW | 1245 14 15 / E | 2045 1415 / CN |
| 20. | Out of cell (indicate | 0500 14 15 / BW | 1300 920223242 | 2100 1415 / CN |
| | inmate's location in | 0515 14 15 / BW | 1315 1415 / C | 2115 1415 / CN |
| | appropriate time slots) | 0530 14 15 / BW | 1330 1415 / E | 2130 1415 / CN |
| 21. | Toothbrush: | 0545 14 15 / BW | 1345 1415 / E | 2145 1415 / CN |
| | a) Used b) Refused | 0600 14 14 / BW | 1400 141524 E 80 | 2200 14,15,BW ⑭ |
| 22. | Cell/room searched | 0615 14 14 / BW | 1415 14,15 / E | 2215 1415 / CN |
| 23. | Wrap/smock/gown/blanket/ | 0630 1414 / BW | 1430 14,15 / E | 2230 1415 / CN |
| | mattress checked (required | 0645 14 14 / BW | 1445 14,15 / E | 2245 1415 / CN |
| | each shift) | 0700 14 14 / BW | 1500 1415 / E | 2300 1415 / CN |
| 24. | Nurse Check | 0715 14 14A / BW | 1515 1415 / E | 2315 1415 / CN |
| 25. | Hair cut | 0730 14 15 / BW | 1530 14,15 / E | 2330 1415 / CN |
| 26. | | 0745 14 15 / BW | 1545 14,15 / E | 2345 1415 / CN |

Staff LEGIBLE initials, printed name, and signature:

| Day Shift Staff 7a-3p or 7a-7p | | | Evening Shift Staff 3p-11p or 4p-12mn | | | Night Shift Staff 11p-7a or 12mn-8a or 7p-7a | | |
|---|---|---|---|---|---|---|---|---|
| Initials | PRINT NAME | SIGNATURE | Initials | PRINT NAME | SIGNATURE | Initials | PRINT NAME | SIGNATURE |
| E | LaChance | | BW | Burdock | | BW | Burdock | |
| SD | SFernandez | | CD | Duffy | | JM | J. Durankara | |

Note: Additional signatures, stamps, and corresponding initials are to be entered on back of form. Form to be placed in inmate's infirmary/medical record upon completion or upon discharge of inmate from observation status.

Inmate Name Lee, Robert
DC# T 15204     Race/Sex BLM
Date of Birth _____  Institution: CRCC E

DC4-650 (Effective 01/21) (Revised 06/21)
Page 1 of 2

FDC 000508

**119-SANTA ROSA C.I.**
5850 East Milton Rd.
Milton, FL 32583
Main: 8509835800 Fax: 8509835864

2/18/2025

Vital Signs
Date of Service: 3/21/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ■■■■■■■
Facility: 122-WAKULLA ANNEX

**Vital Signs:**

**Temp:** 97.3 F**, Pulse:** 61**, Resp:** 18**, BP:** 119/78**, O2 sat:** 98%**, Height:** 71 (inches)

**Disclaimer: All EMR timestamps are Eastern Time Zone**

Signed By: Brown, Nursing Assistant, Centurion, Reshawna at 3/21/2024 10:42:07 AM

1 of 1

**119-SANTA ROSA C.I.**                                                    2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                         Observation Checklist
Main: 8509835800 Fax: 8509835864              Date of Service: 3/2/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ██████████
Facility: 211-CROSS CITY C.I.
**Observation Checklist**


*Imported By: Lorreen Driver, HSA, Centurion 3/21/2024 10:31:22 AM*

_____

External Attachment:

  Type:      Image
  Comment:   Lee Robert T15204


Signed By: Driver, HSA, Centurion, Lorreen at 3/21/2024 10:31:33
AM

FDC 000510

FLORIDA DEPARTMENT OF CORRECTIONS

# OBSERVATION CHECKLIST
(For Inpatient or Outpatient)

**SECTION ONE (To be completed by Medical/Mental Health staff)**

Date: 3-2-24          Institution: CRCCI          ☐ IMR  ☐ OC  ☐ Other _____

Observation status: ☒ SHOS (Self Harm Observation Status)   ☐ Other _____
Time/date placed on observation/seclusion: 1408    2/21/24    by Anderson MHP
Frequency of observation: ☐ Continuous  ☒ 15 minutes          Petersen APRN
On medications? ____ Yes  ✓ No

Items Allowed/Issued (check yes or no for each item):

| Yes | No | | Yes | No | | Yes | No | |
|---|---|---|---|---|---|---|---|---|
| ✓ | | Tear-resistant mattress? | | ✗ | Tear-resistant privacy garment? | | ✗ | Wheelchair? |
| | ✓ | Underpants? | ✓ | | Legal mail? | | ✗ | Prosthetics? |
| | ✗ | Reading material? | | ✓ | Tear resistant blanket? | | | |

Time/date discontinued from observation/seclusion _____ by _____

**SECTION TWO (To be completed by security or nursing staff)**

**TIME, CODE(S), AND INITIALS ARE REQUIRED ON THE BELOW TIME LINES PER PRECAUTION LEVEL**
Security staff shall immediately notify health care staff if behaviors in-codes 1*, 2*, and/or 3* are observed.

CODE EXPLANATION

| # | Explanation | TIME | CODE(S)/INITIALS | TIME | CODE(S)/INITIALS | TIME | CODE(S)/INITIALS |
|---|---|---|---|---|---|---|---|
| 1. | Beating on door/wall* | 2400 | 14 15 / BW | 0800 | 14 15 / JS | 1600 | 14 15 / BW |
| 2. | Yelling or screaming* | 0015 | 14 15 / JS | 0815 | 14 15 / JS | 1615 | 14 15 / JS |
| 3. | Crying* | 0030 | 14 15 / JS | 0830 | 14 15 / JS | 1630 | 12 15 / BW |
| 4. | Cursing | 0045 | 14 15 23 / JS | 0845 | 23 15 / JS | 1645 | 12 15 / BW |
| 5. | Laughing | 0100 | 14 15 / JS | 0900 | 14 15 / JS | 1700 | 14 18 23 / BW |
| 6. | Singing | 0115 | 14 15 / JS | 0915 | 14 15 / JS | 1715 | 14 15 / BW |
| 7. | Mumbling incoherently | 0130 | 14 15 / JS | 0930 | 14 15 / JS | 1730 | 11 15 / BW |
| 8. | Mute | 0145 | 14 15 / JS | 0945 | 14 15 / JS | 1745 | 19 16 / BW |
| 9. | Talking to staff | 0200 | 14 15 / JS | 1000 | 14 15 / JS | 1800 | 11 12 / BW |
| 10. | Talking to peers | 0215 | 14 15 / JS | 1015 | 14 15 / | 1815 | 11 12 / BW |
| 11. | Talking to self/wall | 0230 | 14 15 / JS | 1030 | 14 15 / | 1830 | 12 15 / BW |
| 12. | Standing still | 0245 | 14 15 / JS | 1045 | 14 15 / | 1845 | 14 15 / BW |
| 13. | Walking | 0300 | 14 15 / JS | 1100 | 14 15 / | 1900 | 12 19 / BW |
| 14. | Lying or sitting | 0315 | 14 15 / JS | 1115 | 14 15 / | 1915 | 12 15 / BW |
| 15. | Quiet | 0330 | 14 15 / JS | 1130 | 17A 18A / | 1930 | 12 15 / BW |
| 16. | Sleeping | 0345 | 14 15 / JS | 1145 | 14 15 / JS | 1945 | 14 15 / BW |
| 17. | Meals a) Taken b) Refused | 0400 | 14 15 / JS | 1200 | 14 18 / JS | 2000 | 14 19 / BW |
| 18. | Fluids a) Taken b) Refused | 0415 | 14 15 / JS | 1215 | 14 15 / JS | 2015 | 14 19 / BW |
| 19. | Bath/shower: a) Taken b) Refused | 0430 / 0445 | 14 15 / JS | 1230 / 1245 | 14 15 / NO  14 15 / BW | 2030 / 2045 | 12 15 / BW  12 19 / BW |
| 20. | Out of cell (indicate inmate's location in appropriate time slots) | 0500 / 0515 / 0530 | 14 15 / JS | 1300 / 1315 / 1330 | 14 15 / BW | 2100 / 2115 / 2130 | 14 15 / BW  14 15 / BW |
| 21. | Toothbrush: a) Used b) Refused | 0545 / 0600 | 14 15 / JS | 1345 / 1400 | 14 15 / BW | 2145 / 2200 | 14 19 / BW  14 19 / BW |
| 22. | Cell/room searched | 0615 | 14 15 / JS | 1415 | 14 15 / BW | 2215 | 14 15 / BW |
| 23. | Wrap/smock/gown/blanket/ mattress checked (required each shift) | 0630 / 0645 / 0700 | 17A,18A / JS | 1430 / 1445 / 1500 | 14 15 / BW | 2230 / 2245 / 2300 | 14 19 / BW  14 19 / BW  14 19 / BW |
| 24. | | 0715 | 14 15 / JS | 1515 | 14 15 / BW | 2315 | 14 15 / BW |
| 25. | | 0730 | 14 15 / JS | 1530 | 14 15 / BW | 2330 | 14 15 / BW |
| 26. | | 0745 | 14 15 / JS | 1545 | 14 15 / BW | 2345 | 14 19 / BW |

Staff **LEGIBLE** initials, printed name, and signature:

| Day Shift Staff 7a-3p or 7a-7p | | | Evening Shift Staff 3p-11p or 4p-12mn | | | Night Shift Staff 11p-7a or 12mn-8a or 7p-7a | | |
|---|---|---|---|---|---|---|---|---|
| Initials | PRINT NAME | SIGNATURE | Initials | PRINT NAME | SIGNATURE | Initials | PRINT NAME | SIGNATURE |
| JS | Pheseron | | BW | Bruce Willey | | JM | Mnnaman | |
| SD | Stenander | | | | | JS | J Dour | |

Note: Additional signatures, stamps, and corresponding initials are to be entered on back of form. Form to be placed in inmate's infirmary/medical record upon completion or upon discharge of inmate from observation status.

Inmate Name Loe, Robert
DC# T19704     Race/Sex B/M
Date of Birth _____     Institution: CRCCI

DC4-650 (Effective 01/21) (Revised 06/21)
Page 1 of 2

Incorporated by Reference in Rule 33-602.220, F.A.C.



FDC 000512

**119-SANTA ROSA C.I.**                                                    2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                          Observation Checklist
Main: 8509835800 Fax: 8509835864             Date of Service: 3/1/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ████████
Facility: 211-CROSS CITY C.I.
**Observation Checklist**


*Imported By: Lorreen Driver, HSA, Centurion 3/21/2024 10:30:51 AM*

_____

```
External Attachment:

  Type:     Image
  Comment:  Lee Robert T15204
```


Signed By: Driver, HSA, Centurion, Lorreen at 3/21/2024 10:31:01
AM

FDC 000513

FLORIDA DEPARTMENT OF CORRECTIONS
# OBSERVATION CHECKLIST
(For Inpatient or Outpatient)

**SECTION ONE (To be completed by Medical/Mental Health staff)**

Date: 3/1/24    Institution: CRCCI    ☐ IMR ☐ OC ☐ Other

Observation status: ☒ SHOS (Self Harm Observation Status)  ☐ Other
Time/date placed on observation/seclusion: 1408    2/21/24    by Anderson, MHP
Frequency of observation: ☐ Continuous  ☒ 15 minutes    Petersen APRN
On medications: ___ Yes ☒ No

Items Allowed/Issued (check yes or no for each item):

| Yes No | | Yes No | | Yes No | |
|---|---|---|---|---|---|
| ☒ | Tear-resistant mattress? | ☒ | Tear-resistant privacy garment? | ☒ | Wheelchair? |
| ☒ | Underpants? | ☒ | Legal mail? | ☒ | Prosthetics? |
| ☒ | Reading material? | ☒ | Tear resistant blanket? | | |

Time/date discontinued from observation/seclusion _____ by _____

**SECTION TWO (To be completed by security or nursing staff)**

TIME, CODE(S), AND INITIALS ARE REQUIRED ON THE BELOW TIME LINES PER PRECAUTION LEVEL
Security staff shall immediately notify health care staff if behaviors in codes 1*, 2*, and/or 3* are observed.

Staff LEGIBLE initials, printed name, and signature: [handwritten observation time log with codes and initials]

Note: Additional signatures, stamps, and corresponding initials are to be entered on back of form. Form to be placed in inmate's infirmary/medical record upon completion or upon discharge of inmate from observation status.

Inmate Name Lee, Robert
DC# T152041    Race/Sex B/M
Date of Birth ___    Institution: CRCCI

DC4-650 (Effective 01/21) (Revised 06/21)
Page 1 of 2

Incorporated by Reference in Rule 33-602.220, F.A.C.
FDC 000514

**119-SANTA ROSA C.I.**                                              2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                      Observation Checklist
Main: 8509835800 Fax: 8509835864        Date of Service: 2/29/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████████
Facility: 211-CROSS CITY C.I.
**Observation Checklist**


*Imported By: Lorreen Driver, HSA, Centurion 3/21/2024 10:26:05 AM*

_____

External Attachment:

  Type:     Image
 Comment:   Lee Robert T15204


Signed By: Driver, HSA, Centurion, Lorreen at 3/21/2024 10:26:42
AM

1 of 1

FLORIDA DEPARTMENT OF CORRECTIONS
# OBSERVATION CHECKLIST
(For Inpatient or Outpatient)

| SECTION ONE (To be completed by Medical/Mental Health staff) |
|---|

Date: 2/29/24          Institution: Creef          ☐ IMR   ☐ OC   ☐ Other _____

Observation status: ☒ SHOS (Self Harm Observation Status)   ☐ Other _____
Time/date placed on observation/seclusion: 1906 / 2/2/24   by Anderson, MHP
Petersen APRN
Frequency of observation: ☐ Continuous   ☒ 15 minutes
On medications: _____ Yes  ☒ No
Items allowed/Issued (check yes or no for each item):

Yes No
☒ ☐ Tear-resistant mattress?
☐ ☒ Underpants?
☐ ☒ Reading material?

Yes No
☐ ☒ Tear-resistant privacy garment?
☒ ☐ Legal mail?
☐ ☒ Tear resistant blanket?

Yes No
☐ ☒ Wheelchair?
☐ ☒ Prosthetics?

Time/date discontinued from observation/seclusion: _____ by _____

| SECTION TWO (To be completed by security or nursing staff) |
|---|

**TIME, CODE(S), AND INITIALS ARE REQUIRED ON THE BELOW TIME LINES PER PRECAUTION LEVEL**
Security staff shall immediately notify health care staff if behaviors in codes 1*, 2*, and/or 3* are observed.

CODE EXPLANATION

| # | Behavior | TIME | CODE(S)/INITIALS | TIME | CODE(S)/INITIALS | TIME | CODE(S)/INITIALS |
|---|---|---|---|---|---|---|---|
| 1. | Beating on door/wall* | 2400 | | 0800 | | 1600 | |
| 2. | Yelling or screaming* | 0015 | | 0815 | | 1615 | |
| 3. | Crying* | 0030 | | 0830 | | 1630 | |
| 4. | Cursing | 0045 | | 0845 | | 1645 | |
| 5. | Laughing | 0100 | | 0900 | | 1700 | |
| 6. | Singing | 0115 | | 0915 | | 1715 | |
| 7. | Mumbling incoherently | 0130 | | 0930 | | 1730 | |
| 8. | Mute | 0145 | | 0945 | | 1745 | |
| 9. | Talking to staff | 0200 | | 1000 | | 1800 | |
| 10. | Talking to peers | 0215 | | 1015 | | 1815 | |
| 11. | Talking to self/wall | 0230 | | 1030 | | 1830 | |
| 12. | Standing still | 0245 | | 1045 | | 1845 | |
| 13. | Walking | 0300 | | 1100 | | 1900 | |
| 14. | Lying or sitting | 0315 | | 1115 | | 1915 | |
| 15. | Quiet | 0330 | | 1130 | | 1930 | |
| 16. | Sleeping | 0345 | | 1145 | | 1945 | |
| 17. | Meals a) Taken b) Refused | 0400 | | 1200 | | 2000 | |
| 18. | Fluids a) Taken b) Refused | 0415 | | 1215 | | 2015 | |
| 19. | Bath/shower: a) Taken b) Refused | 0430 / 0445 | | 1230 / 1245 | | 2030 / 2045 | |
| 20. | Out of cell (indicate inmate's location in appropriate time slots) | 0500 / 0515 / 0530 | | 1300 / 1315 / 1330 | | 2100 / 2115 / 2130 | |
| 21. | Toothbrush: a) Used b) Refused | 0545 / 0600 | | 1345 / 1400 | | 2145 / 2200 | |
| 22. | Cell/room searched | 0615 | | 1415 | | 2215 | |
| 23. | Wrap/smock/gown/blanket/ mattress checked (required each shift) | 0630 / 0645 / 0700 | | 1430 / 1445 / 1500 | | 2230 / 2245 / 2300 | |
| 24. | nurse check | 0715 | | 1515 | | 2315 | |
| 25. | out of cell - m.H | 0730 | | 1530 | | 2330 | |
| 26. | | 0745 | | 1545 | | 2345 | |

Staff LEGIBLE initials, printed name, and signature:

| Day Shift Staff 7a-3p or 7a-7p | | | Evening Shift Staff 3p-11p or 4p-12mn | | | Night Shift Staff 11p-7a or 12mn-8a or 7p-7a | | |
|---|---|---|---|---|---|---|---|---|
| Initials | PRINT NAME | SIGNATURE | Initials | PRINT NAME | SIGNATURE | Initials | PRINT NAME | SIGNATURE |
| | | | | R Thomas | R Thomas | | I Duel | |
| | Campbell | Campbell | | | | SC | S Copper LPN | |
| | | | | | | EG | E Gaddison | E Gaddison |

Note: Additional signatures, stamps, and corresponding initials are to be entered on back of form.  Form to be placed in inmate's infirmary/medical record upon completion or upon discharge of inmate from observation status.

Inmate Name: Lee, Robert
DC#: 715204          Race/Sex: B/M
Date of Birth: _____   Institution: Creef

DC4-650 (Effective 01/21) (Revised 06/21)
Page 1 of 2

**119-SANTA ROSA C.I.**                                              2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                    Observation Checklist
Main: 8509835800 Fax: 8509835864         Date of Service: 2/28/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ██████████
Facility: 211-CROSS CITY C.I.
**Observation Checklist**


*Imported By: Lorreen Driver, HSA, Centurion 3/21/2024 10:25:10 AM*

_____

External Attachment:

  Type:     Image
 Comment:   Lee Robert T15204



Signed By: Driver, HSA, Centurion, Lorreen at 3/21/2024 10:25:34
AM

FDC 000519

FLORIDA DEPARTMENT OF CORRECTIONS

# OBSERVATION CHECKLIST
(For Inpatient or Outpatient)

| SECTION ONE (To be completed by Medical/Mental Health staff) |
|---|

Date: 2/28/24    Institution: CRCCI    ☐ IMR  ☐ OC  ☐ Other _____

Observation status: ☒ SHOS (Self Harm Observation Status)    ☐ Other _____
Time/date placed on observation/seclusion: 1408  2/21/24    by Anderson, MHP
Frequency of observation: ☐ Continuous  ☒ 15 minutes         Petersen APRN
On medications? ____ Yes ☐ No

Items Allowed/Issued (check yes or no for each item):

| Yes | No | | Yes | No | | Yes | No | |
|---|---|---|---|---|---|---|---|---|
| ☒ | | Tear-resistant mattress? | ☒ | | Tear-resistant privacy garment? | | ☒ | Wheelchair? |
| | ☒ | Underpants? | | ☒ | Legal mail? | | ☒ | Prosthetics? |
| | ☒ | Reading material? | | ☒ | Tear resistant blanket? | | | |

Time/date discontinued from observation/seclusion _____ by _____

| SECTION TWO (To be completed by security or nursing staff) |
|---|

**TIME, CODE(S), AND INITIALS ARE REQUIRED ON THE BELOW TIME LINES PER PRECAUTION LEVEL**
Security staff shall immediately notify health care staff if behaviors in codes 1*, 2*, and/or 3* are observed.

| CODE EXPLANATION | TIME | CODE(S)/INITIALS | TIME | CODE(S)/INITIALS | TIME | CODE(S)/INITIALS |
|---|---|---|---|---|---|---|
| 1. Beating on door/wall* | 2400 | 14, 5 M / LS | 0800 | 14,15 / JT | 1600 | 14 15 24 / Z |
| 2. Yelling or screaming* | 0015 | 14, 15 / JT | 0815 | 14 15 / JT | 1615 | 1415 / Z |
| 3. Crying* | 0030 | 1415 / JT | 0830 | 1415 / JT | 1630 | 1415 / Z |
| 4. Cursing | 0045 | 1415 / JT | 0845 | 1415 / Z | 1645 | 1415 / Z |
| 5. Laughing | 0100 | 1415 / JT | 0900 | 1415 / Z | 1700 | 1415 / Z |
| 6. Singing | 0115 | 1415 / JT | 0915 | 1415 / Z | 1715 | 1415 / Z |
| 7. Mumbling incoherently | 0130 | 1415 / JT | 0930 | 1415 / Z | 1730 | 1415 / Z |
| 8. Mute | 0145 | 1415 / JT | 0945 | 1415 / Z | 1745 | 1415 / Z |
| 9. Talking to staff | 0200 | 1415 24 / JT / SC | 1000 | 1415 / Z | 1800 | 1415 / Z |
| 10. Talking to peers | 0215 | 1415 / JT | 1015 | 1415 / Z | 1815 | 1415 / Z |
| 11. Talking to self/wall | 0230 | 1415 / JT | 1030 | 19A 14 / Z | 1830 | 1415 / Z |
| 12. Standing still | 0245 | 1415 / JT | 1045 | 20 22 23 / Z | 1845 | 1415 / Z |
| 13. Walking | 0300 | 1415 / JT | 1100 | 1415 / Z | 1900 | 1415 / Z |
| 14. Lying or sitting | 0315 | 1415 / JT | 1115 | 1415 / Z | 1915 | 1415 / Z |
| 15. Quiet | 0330 | 1415 / JT | 1130 | 1415 / Z | 1930 | 1415 / Z |
| 16. Sleeping | 0345 | 1415 / JT | 1145 | 1415 / Z | 1945 | 1415 / Z |
| 17. Meals a) Taken b) Refused | 0400 | 1415 24 / JT / SC | 1200 | 9 12 24 / Z | 2000 | 1415 24 / Z / SC |
| 18. Fluids a) Taken b) Refused | 0415 | 1415 / JT | 1215 | 1415 / Z | 2015 | 1415 / Z |
| 19. Bath/shower: a) Taken b) Refused | 0430 | 1415 / JT | 1230 | 20 9 / Z | 2030 | 1415 / Z |
| | 0445 | 1415 / JT | 1245 | 1415 / Z | 2045 | 1415 / Z |
| 20. Out of cell (indicate inmate's location in appropriate time slots) | 0500 | 1415 / JT | 1300 | 1415 / Z | 2100 | 1415 / Z |
| | 0515 | 1415 / JT | 1315 | 1415 / Z | 2115 | 1415 / Z |
| | 0530 | 1415 / JT | 1330 | 1415 / Z | 2130 | 1415 / Z |
| 21. Toothbrush: a) Used b) Refused | 0545 | 1415 / JT | 1345 | 1415 / Z | 2145 | 1415 / Z |
| | 0600 | 1415 24 / JT / SC | 1400 | 1415 24 / Z | 2200 | 1415 24 / Z / SC |
| 22. Cell/room searched | 0615 | 1415 / JT | 1415 | 1415 / Z | 2215 | 1415 23 / Z |
| 23. Wrap/smock/gown/blanket/ mattress checked (required each shift) | 0630 | 1415 / JT | 1430 | 1415 / Z | 2230 | 1415 / Z |
| | 0645 | 17 18 23 / JT | 1445 | 1415 / Z | 2245 | 1415 / Z |
| | 0700 | 1415 / JT | 1500 | 1415 / Z | 2300 | 1415 / Z |
| 24. Nurse Check | 0715 | 1415 / JT | 1515 | 1415 / Z | 2315 | 1415 / Z |
| 25. _____ | 0730 | 1415 / JT | 1530 | 1415 / Z | 2330 | 1415 / Z |
| 26. _____ | 0745 | 1415 / JT | 1545 | 1415 / Z | 2345 | 1415 / Z |

Staff LEGIBLE initials, printed name, and signature:

| Day Shift Staff | | | Evening Shift Staff | | | Night Shift Staff | | |
|---|---|---|---|---|---|---|---|---|
| 7a-3p  or  7a-7p | | | 3p-11p  or  4p-12mn | | | 11p-7a  or  12mn-8a  or  7p-7a | | |
| Initials | PRINT NAME | SIGNATURE | Initials | PRINT NAME | SIGNATURE | Initials | PRINT NAME | SIGNATURE |
| PS | P SMITH | P Smith | | C. Thomas | L. Thomas | JT | J Joel | |
| Z | C LChance | | | | | SC | S. Cooper RN | |

Note: Additional signatures, stamps, and corresponding initials are to be entered on back of form. Form to be placed in inmate's infirmary/medical record upon completion or upon discharge of inmate from observation status.

Inmate Name Lee, Robert
DC# T18204    Race/Sex B/M
Date of Birth _____    Institution: CRCCI

DC4-650 (Effective 01/21) (Revised 06/21)
Page 1 of 2

Incorporated by Reference in Rule 33-602.220, F.A.C.

**119-SANTA ROSA C.I.**                                    2/18/2025
5850 East Milton Rd.
Milton, FL 32583                           Observation Checklist
Main: 8509835800 Fax: 8509835864    Date of Service: 2/27/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ██████████
Facility: 211-CROSS CITY C.I.
**Observation Checklist**


*Imported By: Lorreen Driver, HSA, Centurion 3/21/2024 10:24:25 AM*

_____

External Attachment:

  Type:     Image
 Comment:   Lee Robert T15204



Signed By: Driver, HSA, Centurion, Lorreen at 3/21/2024 10:24:36
AM

FLORIDA DEPARTMENT OF CORRECTIONS
# OBSERVATION CHECKLIST
(For Inpatient or Outpatient)

| SECTION ONE (To be completed by Medical/Mental Health staff) |
|---|

Date: 2/27/24    Institution: CRCCI    ☐ IMR  ☐ OC  ☐ Other _____

Observation status: ☑ SHOS (Self Harm Observation Status)  ☐ Other _____
Time/date placed on observation/seclusion: 1408  2/21/24  by Anderson, MHP
Frequency of observation: ☐ Continuous  ☑ 15 minutes                    Petersen APRN
On medications? _____ Yes ☑ No
Items Allowed/Issued (check yes or no for each item):

| Yes No | | Yes No | | Yes No | |
|---|---|---|---|---|---|
| ☑ | Tear-resistant mattress? | ☑ | Tear-resistant privacy garment? | ☐ ☑ | Wheelchair? |
| | Underpants? | ☑ | Legal mail? | ☐ ☑ | Prosthetics? |
| | Reading material? | ☑ | Tear resistant blanket? | | |

Time/date discontinued from observation/seclusion _____ by _____

| SECTION TWO (To be completed by security or nursing staff) |
|---|

**TIME, CODE(S), AND INITIALS ARE REQUIRED ON THE BELOW TIME LINES PER PRECAUTION LEVEL**
Security staff shall immediately notify health care staff if behaviors in codes 1*, 2*, and/or 3* are observed.

CODE EXPLANATION

| | | TIME | CODE(S)/INITIALS | TIME | CODE(S)/INITIALS | TIME | CODE(S)/INITIALS |
|---|---|---|---|---|---|---|---|
| 1. | Beating on door/wall* | 2400 | 14,15 M 8  SC | 0800 | 1415  /D  B | 1600 | 1415 24 E |
| 2. | Yelling or screaming* | 0015 | 0405 JJ  VC | 0815 | 1415  JD | 1615 | 1415  E |
| 3. | Crying* | 0030 | 1415  JD | 0830 | 1415  JD | 1630 | 1415  E |
| 4. | Cursing | 0045 | 1415  JD | 0845 | 1415  E | 1645 | 2415  E |
| 5. | Laughing | 0100 | 1415  JD | 0900 | 1415  E | 1700 | 0400  E |
| 6. | Singing | 0115 | 1415  JD | 0915 | 1415  E | 1715 | 2405  E |
| 7. | Mumbling incoherently | 0130 | 1415  JD | 0930 | 1411  E | 1730 | 14,18,K  E |
| 8. | Mute | 0145 | 1415  JD | 0945 | 1415  E | 1745 | 1415  E |
| 9. | Talking to staff | 0200 | 1415  24  JD  SC | 1000 | 1415 24  E  B | 1800 | 1415  E |
| 10. | Talking to peers | 0215 | 1415  JD | 1015 | 1415 23  E | 1815 | 1415  E |
| 11. | Talking to self/wall | 0230 | 1415  JD | 1030 | 1415  E | 1830 | 1415  E |
| 12. | Standing still | 0245 | 1415  JD | 1045 | 1415  E | 1845 | 1415  E |
| 13. | Walking | 0300 | 1415  JD | 1100 | 1415  E | 1900 | 1415  E |
| 14. | Lying or sitting | 0315 | 1415  JD | 1115 | 1415  E | 1915 | 1415  E |
| 15. | Quiet | 0330 | 1415  JD | 1130 | 1415  E | 1930 | 1415  E |
| 16. | Sleeping | 0345 | 1415  JD | 1145 | 1415 17A  E | 1945 | 1415  E |
| 17. | Meals a) Taken b) Refused | 0400 | 1415 24  JD  SC | 1200 | 1415 24  E  B | 2000 | 1415 24  E  SC |
| 18. | Fluids a) Taken b) Refused | 0415 | 1415  JD | 1215 | 1415  E | 2015 | 1415  E |
| 19. | Bath/shower: | 0430 | 1415  JD | 1230 | 1415  E | 2030 | 1415  E |
| | a) Taken b) Refused | 0445 | 1415  JD | 1245 | 1415  E | 2045 | 1415  E |
| 20. | Out of cell (indicate | 0500 | 1415  JD | 1300 | 1415  E | 2100 | 1415  E |
| | inmate's location in | 0515 | 1415  JD | 1315 | 1415  E | 2115 | 1415  E |
| | appropriate time slots) | 0530 | 1415  JD | 1330 | 9 2022  E | 2130 | 1415  E |
| 21. | Toothbrush: | 0545 | 1415  JD | 1345 | 9 20  E | 2145 | 1415  E |
| | a) Used b) Refused | 0600 | 1415 24  JD  SC | 1400 | 9R 2024  E  B | 2200 | 1415 24  E  SC |
| 22. | Cell/room searched | 0615 | 1415  JD | 1415 | 1415  E | 2215 | 1415  E |
| 23. | Wrap/smock/gown/blanket/ | 0630 | 17R 18,23  JD | 1430 | 1415  E | 2230 | 1415  E |
| | mattress checked (required | 0645 | 1415  JD | 1445 | 1415  E | 2245 | 1415  E |
| | each shift) | 0700 | 1415  JD | 1500 | 1415  E | 2300 | 1415  E |
| 24. | nurse check | 0715 | 1415  JD | 1515 | 1415  E | 2315 | 1415  E |
| 25. | | 0730 | 1415  JD | 1530 | 1415  E | 2330 | 1415  E |
| 26. | | 0745 | 1415  JD | 1545 | 1415  E | 2345 | 1415  E |

Staff LEGIBLE initials, printed name, and signature:

| Day Shift Staff 7a-3p  or  7a-7p | | | Evening Shift Staff 3p-11p  or  4p-12mn | | | Night Shift Staff 11p-7a  or  12mn-8a  or  7p-7a | | |
|---|---|---|---|---|---|---|---|---|
| Initials | PRINT NAME | SIGNATURE | Initials | PRINT NAME | SIGNATURE | Initials | PRINT NAME | SIGNATURE |
| B | B. Smith | | E | E. Thacote | R. Thrane | JT | J. Joiner | |
| 1 | J. Chance | | | | | SC | S. Cooper | |

Note: Additional signatures, stamps, and corresponding initials are to be entered on back of form. Form to be placed in inmate's infirmary/medical record upon completion or upon discharge of inmate from observation status.

Inmate Name Lee, Robert
DC# T15204    Race/Sex B/M
Date of Birth _____  Institution: CRCCI

**119-SANTA ROSA C.I.**                                          2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                    Observation Checklist
Main: 8509835800 Fax: 8509835864          Date of Service: 2/26/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████████
Facility: 211-CROSS CITY C.I.
**Observation Checklist**


*Imported By: Lorreen Driver, HSA, Centurion 3/21/2024 10:23:37 AM*

_____

External Attachment:

  Type:      Image
 Comment:    Lee Robert T15204



Signed By: Driver, HSA, Centurion, Lorreen at 3/21/2024 10:24:29
AM

1 of 1

FLORIDA DEPARTMENT OF CORRECTIONS

# OBSERVATION CHECKLIST
(For Inpatient or Outpatient)

| SECTION ONE (To be completed by Medical/Mental Health staff) |
|---|

Date: 2/26/24   Institution: CSICCF   ☐ IMR  ☐ OC  ☐ Other _____

Observation status: ☑ SHOS (Self Harm Observation Status)   ☐ Other _____
Time/date placed on observation/seclusion: 1400  2/21/24   by Anderson, MHP
Frequency of observation: ☐ Continuous  ☑ 15 minutes                 Petersen APRN
On medications? ___ Yes ☑ No
Items Allowed/Issued (check yes or no for each item):

| Yes No | | Yes No | | Yes No | |
|---|---|---|---|---|---|
| ☑ | Tear-resistant mattress? | ☑ | Tear-resistant privacy garment? | | Wheelchair? |
| ☑ | Underpants? | ☑ | Legal mail? | ☑ | Prosthetics? |
| ☑ | Reading material? | ☑ | Tear resistant blanket? | | |

Time/date discontinued from observation/seclusion _____ by _____

| SECTION TWO (To be completed by security or nursing staff) |
|---|

**TIME, CODE(S), AND INITIALS ARE REQUIRED ON THE BELOW TIME LINES PER PRECAUTION LEVEL**
Security staff shall immediately notify health care staff if behaviors in codes 1*, 2*, and/or 3* are observed.

| CODE EXPLANATION | TIME | CODE(S) | INITIALS | TIME | CODE(S) | INITIALS | TIME | CODE(S) | INITIALS |
|---|---|---|---|---|---|---|---|---|---|
| 1. Beating on door/wall* | 2400 | 14,15 | LS | 0800 | 14,15 24 | JF | 1600 | 1415 | E |
| 2. Yelling or screaming* | 0015 | 14,15 | JF | 0815 | 14,15 | JF | 1615 | 1415 | E |
| 3. Crying* | 0030 | 14,15 | JF | 0830 | 1415 | JF | 1630 | 1415 | E |
| 4. Cursing | 0045 | 14,15 | JF | 0845 | 1415 | | 1645 | 14,15 | E |
| 5. Laughing | 0100 | 14,15 | JF | 0900 | 1415 | E | 1700 | 14,15 | E |
| 6. Singing | 0115 | 14,15 | JF | 0915 | 1415 | E | 1715 | 14,15 | E |
| 7. Mumbling incoherently | 0130 | 14,15 | JF | 0930 | 1415 | E | 1730 | 14,15 24 | E |
| 8. Mute | 0145 | 14,15 | JF | 0945 | 1415 | E | 1745 | 14,15 | E |
| 9. Talking to staff | 0200 | 14,15 24 | SC | 1000 | 1415 24 | E | 1800 | 14,15 | E |
| 10. Talking to peers | 0215 | 14,15 | JF | 1015 | 14,15 | E | 1815 | 14,15 | E |
| 11. Talking to self/wall | 0230 | 14,15 | JF | 1030 | 1415 | E | 1830 | 1415 | E |
| 12. Standing still | 0245 | 14,15 | JF | 1045 | 1415 | E | 1845 | 1415 | E |
| 13. Walking | 0300 | 14,15 | JF | 1100 | 1415 | E | 1900 | 14,15 | E |
| 14. Lying or sitting | 0315 | 14,15 | JF | 1115 | 1415 | E | 1915 | 14,15 | E |
| 15. Quiet | 0330 | 14,15 | JF | 1130 | 1415 | E | 1930 | 1415 | E |
| 16. Sleeping | 0345 | 14,15 | JF | 1145 | 1415 | E | 1945 | 14,15 | E |
| 17. Meals a) Taken b) Refused | 0400 | 14,15 24 | SC | 1200 | 1415 | E | 2000 | 17,12 24 | SC |
| 18. Fluids a) Taken b) Refused | 0415 | 14,15 | JF | 1215 | 1415 | E | 2015 | 14,15 12 | E |
| 19. Bath/shower: | 0430 | 14,15 | JF | 1230 | 1415 | E | 2030 | 24,15 | E |
|    a) Taken b) Refused | 0445 | 14,15 | JF | 1245 | 1415 | E | 2045 | 14,15 | E |
| 20. Out of cell (indicate | 0500 | 14,15 | JF | 1300 | 1415 | E | 2100 | 14,15 | E |
|    inmate's location in | 0515 | 14,15 | JF | 1315 | 1415 | E | 2115 | 14,15 | E |
|    appropriate time slots) | 0530 | 14,15 | JF | 1330 | 1415 | E | 2130 | 14,15 | E |
| 21. Toothbrush: | 0545 | 14,15 | JF | 1345 | 14,15 | E | 2145 | 14,15 | E |
|    a) Used b) Refused | 0600 | 14,15 24 | JF SC | 1400 | 1415 24 | E | 2200 | 14,15 24 | SC |
| 22. Cell/room searched | 0615 | 14,15 13 | JF | 1415 | 1415 | E | 2215 | 14,15 | E |
| 23. Wrap/smock/gown/blanket/ | 0630 | 14,15/7m | JF | 1430 | 7 20 23 | E | 2230 | 14,15 | E |
|    mattress checked (required | 0645 | 14,15 | JF | 1445 | 1415 | E | 2245 | 14,15 | E |
|    each shift) | 0700 | 14,15 | JF | 1500 | 1415 | E | 2300 | 14,15 | E |
| 24. Nurse check | 0715 | 14,15 | JF | 1515 | 1415 | E | 2315 | 14,15 | E |
| 25. _____ | 0730 | 14,15 | JF | 1530 | 1415 | E | 2330 | 14,15 | E |
| 26. _____ | 0745 | 14,15 | JF | 1545 | 12 | E | 2345 | 14,15 | E |

Staff **LEGIBLE** initials, printed name, and signature:

| Day Shift Staff | | | Evening Shift Staff | | | Night Shift Staff | | |
|---|---|---|---|---|---|---|---|---|
| 7a-3p  or  7a-7p | | | 3p-11p  or  4p-12mn | | | 11p-7a  or  12mn-8a  or  7p-7a | | |
| Initials | PRINT NAME | SIGNATURE | Initials | PRINT NAME | SIGNATURE | Initials | PRINT NAME | SIGNATURE |
| E | LaChance | | E | C. Thomas | | SC | S. Cooper LN | |
| JC | Campbell | Campbell | | | | | | |

Note: Additional signatures, stamps, and corresponding initials are to be entered on back of form. Form to be placed in inmate's infirmary/medical record upon completion or upon discharge of inmate from observation status.

Inmate Name Lee, Robert
DC# T15204   Race/Sex B/M
Date of Birth _____   Institution: CSICCF

DC4-650 (Effective 01/21) (Revised 06/21)
Page 1 of 2

**119-SANTA ROSA C.I.**                                    2/18/2025
5850 East Milton Rd.
Milton, FL 32583                           Observation Checklist
Main: 8509835800 Fax: 8509835864    Date of Service: 2/25/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████████
Facility: 211-CROSS CITY C.I.
**Observation Checklist**


*Imported By: Lorreen Driver, HSA, Centurion 3/21/2024 10:22:49 AM*

_____

External Attachment:

  Type:     Image
 Comment:   Lee Robert T15204


Signed By: Driver, HSA, Centurion, Lorreen at 3/21/2024 10:23:01
AM

                                                           1 of 1

FLORIDA DEPARTMENT OF CORRECTIONS
# OBSERVATION CHECKLIST
(For Inpatient or Outpatient)

| SECTION ONE (To be completed by Medical/Mental Health staff) |
|---|

Date: 2-25 24          Institution: CRCCI          ☐ IMR  ☐ OC  ☐ Other _____

Observation status: ☒ SHOS (Self Harm Observation Status)  ☐ Other _____
Time/date placed on observation/seclusion: ~~1420~~ 1408-21-24      by Anderson, MHP
                                                                        Petersen APRN
Frequency of observation: ☐ Continuous  ☒ 15 minutes
On medications? ___ Yes ✓ No
Items Allowed/Issued (check yes or no for each item):

| Yes | No | | Yes | No | | Yes | No | |
|---|---|---|---|---|---|---|---|---|
| ✓ | | Tear-resistant mattress? | ✓ | | Tear-resistant privacy garment? | | ✓ | Wheelchair? |
| | ✓ | Underpants? | | ✓ | Legal mail? | | ✓ | Prosthetics? |
| ✓ | | Reading material? | ✓ | | Tear resistant blanket? | | | |

Time/date discontinued from observation/seclusion _____ by _____

| SECTION TWO (To be completed by security or nursing staff) |
|---|

**TIME, CODE(S), AND INITIALS ARE REQUIRED ON THE BELOW TIME LINES PER PRECAUTION LEVEL**
Security staff shall immediately notify health care staff if behaviors in-codes 1*, 2*, and/or 3* are observed.

CODE EXPLANATION

| # | Behavior | TIME | CODE(S)/INITIALS | TIME | CODE(S)/INITIALS | TIME | CODE(S)/INITIALS |
|---|---|---|---|---|---|---|---|
| 1. | Beating on door/wall* | 2400 | 14 15 2M / BW CW | 0800 | 14 15 24 / BW | 1600 | 14 15 24 / E |
| 2. | Yelling or screaming* | 0015 | 14 15 / BW | 0815 | 14 15 / BW | 1615 | 14 15 23 / E |
| 3. | Crying* | 0030 | 14 15 / BW | 0830 | 14 15 / E | 1630 | 14 15 / E |
| 4. | Cursing | 0045 | 14 15 / BW | 0845 | 14 15 / E | 1645 | 14 15 / W |
| 5. | Laughing | 0100 | 14 15 / BW | 0900 | 14 15 / E | 1700 | 14 15 / W |
| 6. | Singing | 0115 | 14 15 / BW | 0915 | 14 15 / E | 1715 | 14 15 / E |
| 7. | Mumbling incoherently | 0130 | 14 15 / BC | 0930 | 14 15 / E | 1730 | 14 15 18 / E |
| 8. | Mute | 0145 | 14 15 / BW | 0945 | 9 12 / E | 1745 | 14 15 / E |
| 9. | Talking to staff | 0200 | 14 15 2M / BW CW | 1000 | 14 15 24 / E | 1800 | 14 15 / E |
| 10. | Talking to peers | 0215 | 14 15 / BW | 1015 | 9 14 / E | 1815 | 14 15 / W |
| 11. | Talking to self/wall | 0230 | 14 15 / BC | 1030 | 9 14 / E | 1830 | 14 15 / W |
| 12. | Standing still | 0245 | 14 15 / BW | 1045 | 14 15 / E | 1845 | 14 15 / W |
| 13. | Walking | 0300 | 14 15 / BW | 1100 | 14 15 / E | 1900 | 14 15 / W |
| 14. | Lying or sitting | 0315 | 14 15 / BW | 1115 | 14 15 / E | 1915 | 14 15 / W |
| 15. | Quiet | 0330 | 14 15 / BW | 1130 | 14 15 / E | 1930 | 14 15 / W |
| 16. | Sleeping | 0345 | 14 15 / BW | 1145 | 12 15 17b / W | 1945 | 19 15 / W |
| 17. | Meals a) Taken b) Refused | 0400 | 14 15 2M / BW CW | 1200 | 14 15 24 / E | 2000 | 14 15 24 / SC |
| 18. | Fluids a) Taken b) Refused | 0415 | 14 15 / BW | 1215 | 14 15 / E | 2015 | 14 15 / W |
| 19. | Bath/shower: | 0430 | 14 15 / BW | 1230 | 14 15 / E | 2030 | 14 15 / W |
| | a) Taken b) Refused | 0445 | 14 15 / BW | 1245 | 14 15 / E | 2045 | 14 15 / W |
| 20. | Out of cell (indicate inmate's location in appropriate time slots) | 0500 | 14 15 / BW | 1300 | 14 15 / E | 2100 | 14 15 / W |
| | | 0515 | 14 15 / BW | 1315 | 14 15 / E | 2115 | 14 15 / W |
| | | 0530 | 14 15 / BW | 1330 | 12 15 / E | 2130 | 14 15 / W |
| 21. | Toothbrush: | 0545 | 14 15 / BW | 1345 | 12 15 / E | 2145 | 14 15 / W |
| | a) Used b) Refused | 0600 | 14 15 2M / BW CW | 1400 | 12 15 24 / E | 2200 | 14 15 24 / SC |
| 22. | Cell/room searched | 0615 | 14 15 / BW | 1415 | 14 15 / E | 2215 | 14 15 / W |
| 23. | Wrap/smock/gown/blanket/ mattress checked (required each shift) | 0630 | 17 4 23 / BW | 1430 | 14 15 / E | 2230 | 14 15 / W |
| | | 0645 | 14 15 / BW | 1445 | 14 15 / E | 2245 | 14 15 / W |
| | | 0700 | 14 15 / BW | 1500 | 14 15 / E | 2300 | 14 15 / W |
| 24. | MMSE Check | 0715 | 14 15 / BW | 1515 | 14 15 / E | 2315 | 14 15 / W |
| 25. | | 0730 | 14 15 / BW | 1530 | 14 15 / E | 2330 | 14 15 / W |
| 26. | | 0745 | 9 12 / BW | 1545 | 14 15 / E | 2345 | 14 15 / W |

Staff LEGIBLE initials, printed name, and signature:

| Day Shift Staff 7a-3p  or  7a-7p | | | Evening Shift Staff 3p-11p  or  4p-12mn | | | Night Shift Staff 11p-7a  or  12mn-8a  or  7p-7a | | |
|---|---|---|---|---|---|---|---|---|
| Initials | PRINT NAME | SIGNATURE | Initials | PRINT NAME | SIGNATURE | Initials | PRINT NAME | SIGNATURE |
| | O. LaChance | | | L. Strouk | | BW | B. Willard | |
| | P. Smith | P. Smith | | | | CW | C. Wash | |
| | | | | | | SC | S. Cooper | |

Note: Additional signatures, stamps, and corresponding initials are to be entered on back of form. Form to be placed in inmate's infirmary/medical record upon completion or upon discharge of inmate from observation status.

Inmate Name: Lee Roberts
DC#: 715204          Race/Sex: B M
Date of Birth: _____  Institution: CRCCI

DC4-650 (Effective 01/21) (Revised 06/21)
Page 1 of 2

**119-SANTA ROSA C.I.**                                        2/18/2025
5850 East Milton Rd.
Milton, FL 32583                              Observation Checklist
Main: 8509835800 Fax: 8509835864      Date of Service: 2/24/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████████
Facility: 211-CROSS CITY C.I.
**Observation Checklist**


*Imported By: Lorreen Driver, HSA, Centurion 3/21/2024 10:22:13 AM*

_____

External Attachment:

  Type:      Image
 Comment:    Lee Robert T15204


Signed By: Driver, HSA, Centurion, Lorreen at 3/21/2024 10:22:32
AM


1 of 1

FLORIDA DEPARTMENT OF CORRECTIONS
# OBSERVATION CHECKLIST
(For Inpatient or Outpatient)

**SECTION ONE (To be completed by Medical/Mental Health staff)**

Date: 2-24-24    Institution: CRCCF    ☐ IMR ☐ OC ☐ Other _____

Observation status: ☒ SHOS (Self Harm Observation Status)  ☐ Other _____
Time/date placed on observation/seclusion: 1450  2-21-24 @ 1408  by Anderson, MHP   Petersen APRN
Frequency of observation: ☐ Continuous  ☒ 15 minutes
On medications: ___ Yes ✔ No

Items Allowed/Issued (check yes or no for each item):

| Yes No | | Yes No | | Yes No | |
|---|---|---|---|---|---|
| ✔ | Tear-resistant mattress? | ✔ | Tear-resistant privacy garment? | ✔ | Wheelchair? |
| ✔ | Underpants? | ✔ | Legal mail? | ✔ | Prosthetics? |
| ✔ | Reading material? | ✔ | Tear resistant blanket? | | |

Time/date discontinued from observation/seclusion _____ by _____

**SECTION TWO (To be completed by security or nursing staff)**

TIME, CODE(S), AND INITIALS ARE REQUIRED ON THE BELOW TIME LINES PER PRECAUTION LEVEL
Security staff shall immediately notify health care staff if behaviors in-codes 1*, 2*, and/or 3* are observed.

CODE EXPLANATION

1. Beating on door/wall*
2. Yelling or screaming*
3. Crying*
4. Cursing
5. Laughing
6. Singing
7. Mumbling incoherently
8. Mute
9. Talking to staff
10. Talking to peers
11. Talking to self/wall
12. Standing still
13. Walking
14. Lying or sitting
15. Quiet
16. Sleeping
17. Meals a) Taken b) Refused
18. Fluids a) Taken b) Refused
19. Bath/shower: a) Taken b) Refused
20. Out of cell (indicate inmate's location in appropriate time slots)
21. Toothbrush: a) Used b) Refused
22. Cell/room searched
23. Wrap/smock/gown/blanket/mattress checked (required each shift)
24. _____
25. _____
26. _____

[handwritten time/code/initials entries throughout columns, illegible]

Staff LEGIBLE initials, printed name, and signature:

| Day Shift Staff 7a-3p or 7a-7p | | | Evening Shift Staff 3p-11p or 4p-12mn | | | Night Shift Staff 11p-7a or 12mn-8a or 7p-7a | | |
|---|---|---|---|---|---|---|---|---|
| Initials | PRINT NAME | SIGNATURE | Initials | PRINT NAME | SIGNATURE | Initials | PRINT NAME | SIGNATURE |
| DG | Greenberg | | BW | bruce Willet | | rm | T Imm | |
| B | Smith | South PA | | | | aw | aWimm | |

Note: Additional signatures, stamps, and corresponding initials are to be entered on back of form. Form to be placed in inmate's infirmary/medical record upon completion or upon discharge of inmate from observation status.

Inmate Name Lee, Robert
DC# 715204    Race/Sex _____
Date of Birth _____    Institution: CRCCF

DC4-650 (Effective 01/21) (Revised 06/21)
Page 1 of 2

Incorporated by Reference in Rule 33-602.220, F.A.C.

FDC 000533

**119-SANTA ROSA C.I.**                                           2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                  Observation Checklist
Main: 8509835800 Fax: 8509835864    Date of Service: 2/23/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ████████████
Facility: 211-CROSS CITY C.I.
**Observation Checklist**


*Imported By: Lorreen Driver, HSA, Centurion 3/21/2024 10:20:59 AM*

_____

External Attachment:

  Type:      Image
 Comment:   Lee Robert T15204


Signed By: Driver, HSA, Centurion, Lorreen at 3/21/2024 10:21:31
AM

1 of 1

FLORIDA DEPARTMENT OF CORRECTIONS
# OBSERVATION CHECKLIST
### (For Inpatient or Outpatient)

**SECTION ONE (To be completed by Medical/Mental Health staff)**

Date: 2-23-24    Institution: CRCCI    ☒ IMR  ☐ OC  ☐ Other _____

Observation status: ☒ SHOS (Self Harm Observation Status)  ☐ Other _____
Time/date placed on observation/seclusion: 1400 2/21/24 1408 by Anderson, MHP  Petersen APRN
Frequency of observation: ☐ Continuous    ☐ 15 minutes
On medications? ___ Yes ___ No
Items Allowed/Issued (check yes or no for each item):

| Yes | No | | Yes | No | | Yes | No | |
|---|---|---|---|---|---|---|---|---|
| ✓ | | Tear-resistant mattress? | | ✓ | Tear-resistant privacy garment? | | ✓ | Wheelchair? |
| | ✓ | Underpants? | | ✓ | Legal mail? | | ✓ | Prosthetics? |
| | ✓ | Reading material? | | ✓ | Tear resistant blanket? | | | |

Time/date discontinued from observation/seclusion _____ by _____

**SECTION TWO (To be completed by security or nursing staff)**

**TIME, CODE(S), AND INITIALS ARE REQUIRED ON THE BELOW TIME LINES PER PRECAUTION LEVEL**
Security staff shall immediately notify health care staff if behaviors in codes 1*, 2*, and/or 3* are observed.

| CODE EXPLANATION | TIME | CODE(S)/INITIALS | TIME | CODE(S)/INITIALS | TIME | CODE(S)/INITIALS |
|---|---|---|---|---|---|---|
| 1. Beating on door/wall* | 2400 | 14,15 HCNB EKG | 0800 | 1415 / AP | 1600 | 25 / DC |
| 2. Yelling or screaming* | 0015 | 14,15 23 WB | 0815 | 14 15 / 24 | 1615 | 14 15 / DC |
| 3. Crying* | 0030 | 14,15 / AP | 0830 | 14 15 / 24 | 1630 | 1415 |
| 4. Cursing | 0045 | 14 15 / AP | 0845 | 14 15 / 24 | 1645 | 1415 / DC |
| 5. Laughing | 0100 | 14,15 / AP | 0900 | 14 15 / 24 | 1700 | 1415 / 24 |
| 6. Singing | 0115 | 14,15 / AP | 0915 | 14 15 / 24 | 1715 | 60 / 24 |
| 7. Mumbling incoherently | 0130 | 14,15 / AP | 0930 | 14 15 / 24 | 1730 | 17,13 / AP |
| 8. Mute | 0145 | 14,15 / AP | 0945 | 14 15 / 24 | 1745 | 14,15 / AP |
| 9. Talking to staff | 0200 | 14,15,24 AP EKG | 1000 | 14 15 / 24 | 1800 | 14,15 / AP |
| 10. Talking to peers | 0215 | 14,15 / AP | 1015 | 24 23 / 24 | 1815 | 1415 / AP |
| 11. Talking to self/wall | 0230 | 14,15 / AP | 1030 | 14 15 / 24 | 1830 | 1415 / DC |
| 12. Standing still | 0245 | 14,15 / AP | 1045 | 24 / 24 | 1845 | 1415 / DC |
| 13. Walking | 0300 | 14,15 / AP | 1100 | 14 15 / 24 | 1900 | 1415 24 / AW |
| 14. Lying or sitting | 0315 | 14,15 / AP | 1115 | 14 15 / 24 | 1915 | 1415 / DC |
| 15. Quiet | 0330 | 14,15 / AP | 1130 | 14 15 / 24 | 1930 | 1415 / DC |
| 16. Sleeping | 0345 | 14,15 / AP | 1145 | 16 15 / 24 | 1945 | 1415 / DC |
| 17. Meals a) Taken b) Refused | 0400 | 14,15 24 AP EKG | 1200 23 NA | / 24 | 2000 | 1415 / DC |
| 18. Fluids a) Taken b) Refused | 0415 | 14,15 / AP | 1215 | 14 15 / 24 | 2015 | 1415 / DC |
| 19. Bath/shower: | 0430 | 14,15 / AP | 1230 | 14 15 / 24 | 2030 | 1415 / DC |
| a) Taken b) Refused | 0445 | 14,15 / AP | 1245 | 22 23 / 24 | 2045 | 1415 23 / DC |
| 20. Out of cell (indicate | 0500 | 14,15 / AP | 1300 | 14 15 / 24 | 2100 | 1415 24 / DC AW |
| inmate's location in | 0515 | 14,15 / AP | 1315 | 14 15 / 24 | 2115 | 1415 / DC |
| appropriate time slots) | 0530 | 14,15 / AP | 1330 | 14 15 / 24 | 2130 | 1415 / DC |
| 21. Toothbrush: | 0545 | 14,15 / AP | 1345 | 24 / 24 | 2145 | 1415 / DC |
| a) Used b) Refused | 0600 | 14,15 24 AP AW | 1400 | 14 15 / 24 | 2200 | 1415 / DC |
| 22. Cell/room searched | 0615 | 14,15 / AP | 1415 | 14a / 24 | 2215 | 1415 / DC |
| 23. Wrap/smock/gown/blanket/ | 0630 | 14,15 / AP | 1430 | 14 15 / 24 | 2230 | 1415 |
| mattress checked (required | 0645 | 17a 13a AP | 1445 | 14 15 / 24 | 2245 | 1415 / DC |
| each shift) | 0700 | 14,15 / AP | 1500 | 14 15 / 24 | 2300 | 1415 24 / DC AW |
| 24. Nursing rounds | 0715 | 14,15 / AP | 1515 | 1415 / 24 | 2315 | 14,15 / DC |
| 25. Placed in #1102-5 | 0730 | 14,15 / AP | 1530 | 14 15 / 24 | 2330 | 14,15 / AP |
| 26. | 0745 | 1415 / AP | 1545 | 14 15 / 24 | 2345 | 14,15 / DC |

Staff LEGIBLE initials, printed name, and signature:

| Day Shift Staff | | | Evening Shift Staff | | | Night Shift Staff | | |
|---|---|---|---|---|---|---|---|---|
| 7a-3p  or  7a-7p | | | 3p-11p  or  4p-12mn | | | 11p-7a  or  12mn-8a  or  7p-7a | | |
| Initials | PRINT NAME | SIGNATURE | Initials | PRINT NAME | SIGNATURE | Initials | PRINT NAME | SIGNATURE |
| 24 | R. Hill | (sig) | | Sena | (sig) | EKG | E Godden | (sig) |
| PS | P Smith | (sig) | | | | AP | A Phillips | A Phillips |
| | | | | | | AW | Awsan | (sig) |

Note: Additional signatures, stamps, and corresponding initials are to be entered on back of form. Form to be placed in inmate's infirmary/medical record upon completion or upon discharge of inmate from observation status.

Inmate Name: Lee, Robert
DC#: T16204    Race/Sex: B/M
Date of Birth: _____    Institution: CRCCI

DC4-650 (Effective 01/21) (Revised 06/21)
Page 1 of 2

FDC 000535

Incorporated by Reference In Rule 33-602.220, F.A.C.

FDC 000536

**119-SANTA ROSA C.I.**                                              2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                    Observation Checklist
Main: 8509835800 Fax: 8509835864        Date of Service: 2/22/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ██████████
Facility: 211-CROSS CITY C.I.
**Observation Checklist**


*Imported By: Lorreen Driver, HSA, Centurion 3/21/2024 10:20:14 AM*

---

External Attachment:

 Type:     Image
 Comment:  Lee Robert T15204



Signed By: Driver, HSA, Centurion, Lorreen at 3/21/2024 10:20:30
AM

FDC 000537

1103S

**FLORIDA DEPARTMENT OF CORRECTIONS**
# OBSERVATION CHECKLIST
**(For Inpatient or Outpatient)**

**SECTION ONE (To be completed by Medical/Mental Health staff)**

Date: 2024 02 22  2/22/24   Institution: CRCCI   ☑ IMR ☐ OC ☐ Other _____

Observation status: ☑ SHOS (Self Harm Observation Status) ☐ Other _____
Time/date placed on observation/seclusion: 1420  2/21/24 @ 1408  by Anderson, MHP
Petersen APRN
Frequency of observation: ☐ Continuous ☑ 15 minutes
On medications? ___ Yes ___ No
Items Allowed/Issued (check yes or no for each item):

| Yes | No | | Yes | No | | Yes | No | |
|---|---|---|---|---|---|---|---|---|
| ✓ | | Tear-resistant mattress? | | ✓ | Tear-resistant privacy garment? | | ✓ | Wheelchair? |
| | ✓ | Underpants? | | ✓ | Legal mail? | | ✓ | Prosthetics? |
| | ✓ | Reading material? | ✓ | | Tear resistant blanket? | | | |

Time/date discontinued from observation/seclusion _____ by _____

**SECTION TWO (To be completed by security or nursing staff)**

**TIME, CODE(S), AND INITIALS ARE REQUIRED ON THE BELOW TIME LINES PER PRECAUTION LEVEL**
Security staff shall immediately notify health care staff if behaviors in codes 1*, 2*, and/or 3* are observed.

CODE EXPLANATION
1. Beating on door/wall*
2. Yelling or screaming*
3. Crying*
4. Cursing
5. Laughing
6. Singing
7. Mumbling incoherently
8. Mute
9. Talking to staff
10. Talking to peers
11. Talking to self/wall
12. Standing still
13. Walking
14. Lying or sitting
15. Quiet
16. Sleeping
17. Meals a) Taken b) Refused
18. Fluids a) Taken b) Refused
19. Bath/shower: a) Taken b) Refused
20. Out of cell
21. Toothbrush: a) Used b) Refused
22. Cell/room searched
23. Wrap/smock/gown/blanket/mattress checked
24. nurse check

[handwritten time/code/initials grid — illegible details]

**Staff LEGIBLE initials, printed name, and signature:**

| Day Shift Staff 7a-3p or 7a-7p | | | Evening Shift Staff 3p-11p or 4p-12mn | | | Night Shift Staff 11p-7a or 12mn-8a or 7p-7a | | |
|---|---|---|---|---|---|---|---|---|
| Initials | PRINT NAME | SIGNATURE | Initials | PRINT NAME | SIGNATURE | Initials | PRINT NAME | SIGNATURE |
| RH | R. Hill | | WB | W.Bostram | | SC | S.Cooper | |
| TS | T.Smith | | | | | EKG | E.Goddeven | |

Note: Additional signatures, stamps, and corresponding initials are to be entered on back of form. Form to be placed in inmate's infirmary/medical record upon completion or upon discharge of inmate from observation status.

Inmate Name: Lee, Robert   DC#: T15264   Race/Sex: B/M
Date of Birth: _____   Institution: CRCCI

DC4-650 (Effective 01/21) (Revised 06/21)
Page 1 of 2

**119-SANTA ROSA C.I.**                                          2/18/2025
5850 East Milton Rd.
Milton, FL 32583                              Observation Checklist
Main: 8509835800 Fax: 8509835864    Date of Service: 2/21/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████████
Facility: 211-CROSS CITY C.I.
**Observation Checklist**


*Imported By: Lorreen Driver, HSA, Centurion 3/21/2024 10:19:25 AM*

_____

External Attachment:

  Type:     Image
 Comment:   Lee Robert T15204



Signed By: Driver, HSA, Centurion, Lorreen at 3/21/2024 10:19:36
AM

1 of 1

FLORIDA DEPARTMENT OF CORRECTIONS
# OBSERVATION CHECKLIST
### (For Inpatient or Outpatient)

**SECTION ONE (To be completed by Medical/Mental Health staff)**

Date: 2/21/2024    Institution: CCCI    ☒ IMR  ☐ OC  ☐ Other _____

Observation status:  ☒ SHOS (Self Harm Observation Status)  ☐ Other _____
Time/date placed on observation/seclusion: 1420  2/21/24 @ 1408  by Petersen APRN
Frequency of observation:  ☐ Continuous   ☒ 15 minutes
On medications? _____ Yes _____ No
Items Allowed/Issued (check yes or no for each item):

| Yes No | | Yes No | | Yes No | |
|---|---|---|---|---|---|
| ☒ | Tear-resistant mattress? | ☒ | Tear-resistant privacy garment? | ☒ | Wheelchair? |
| ☒ | Underpants? | ☒ | Legal mail? | ☒ | Prosthetics? |
| ☒ | Reading material? | ☒ | Tear resistant blanket? | | |

Time/date discontinued from observation/seclusion _____ by _____

**SECTION TWO (To be completed by security or nursing staff)**

**TIME, CODE(S), AND INITIALS ARE REQUIRED ON THE BELOW TIME LINES PER PRECAUTION LEVEL**
**Security staff shall immediately notify health care staff if behaviors in-codes 1\*, 2\*, and/or 3\* are observed.**

| CODE EXPLANATION | TIME | CODE(S)/INITIALS | TIME | CODE(S)/INITIALS | TIME | CODE(S)/INITIALS |
|---|---|---|---|---|---|---|
| 1. Beating on door/wall* | 2400 | / | 0800 | / | 1600 | 14 15 24 / Jc |
| 2. Yelling or screaming* | 0015 | / | 0815 | / | 1615 | 14 15 / |
| 3. Crying* | 0030 | / | 0830 | / | 1630 | 14 15 / |
| 4. Cursing | 0045 | / | 0845 | / | 1645 | 14 15 / |
| 5. Laughing | 0100 | / | 0900 | / | 1700 | 14 15 / |
| 6. Singing | 0115 | / | 0915 | / | 1715 | 12 15 17 / |
| 7. Mumbling incoherently | 0130 | / | 0930 | / | 1730 | 14 15 / |
| 8. Mute | 0145 | / | 0945 | / | 1745 | 14 15 / |
| 9. Talking to staff | 0200 | / | 1000 | / | 1800 | 14 15 24 / Jc |
| 10. Talking to peers | 0215 | / | 1015 | / | 1815 | 14 8 / |
| 11. Talking to self/wall | 0230 | / | 1030 | / | 1830 | 13 13 / |
| 12. Standing still | 0245 | / | 1045 | / | 1845 | 13 15 / |
| 13. Walking | 0300 | / | 1100 | / | 1900 | 14 15 / |
| 14. Lying or sitting | 0315 | / | 1115 | / | 1915 | 13 15 / |
| 15. Quiet | 0330 | / | 1130 | / | 1930 | 14 14 15 / |
| 16. Sleeping | 0345 | / | 1145 | / | 1945 | 14 15 / |
| 17. Meals a) Taken b) Refused | 0400 | / | 1200 | / | 2000 | 14 15 24 / SC |
| 18. Fluids a) Taken b) Refused | 0415 | / | 1215 | / | 2015 | 14 14 15 17 / |
| 19. Bath/shower: | 0430 | / | 1230 | / | 2030 | 22 14 15 13 / |
| a) Taken b) Refused | 0445 | / | 1245 | / | 2045 | 14 15 / |
| 20. Out of cell (indicate | 0500 | / | 1300 | / | 2100 | 14 15 / |
| inmate's location in | 0515 | / | 1315 | / | 2115 | 14 15 / |
| appropriate time slots) | 0530 | / | 1330 | / | 2130 | 12 15 24 / |
| 21. Toothbrush: | 0545 | / | 1345 | / | 2145 | 14 15 / |
| a) Used b) Refused | 0600 | / | 1400 | 9 / JC | 2200 | 14 15 24 / SC |
| 22. Cell/room searched | 0615 | / | 1415 | 9 / 24 | 2215 | 14 15 / |
| 23. Wrap/smock/gown/blanket/ | 0630 | / | 1430 | 2223 / 24 | 2230 | 14 15 / |
| mattress checked (required | 0645 | / | 1445 | 2223 13 15 22 / 24 | 2245 | 14 15 / |
| each shift) | 0700 | / | 1500 | 13 15 / 24 | 2300 | 14 15 / |
| 24. Nurse Check | 0715 | / | 1515 | 13 15 / 24 | 2315 | 14 15 / |
| 25. | 0730 | / | 1530 | 14 15 / 24 | 2330 | 14 15 / |
| 26. | 0745 | / | 1545 | 14 15 / 24 | 2345 | 14 15 / |

Staff **LEGIBLE** initials, printed name, and signature:

| Day Shift Staff 7a-3p or 7a-7p | | | Evening Shift Staff 3p-11p or 4p-12mn | | | Night Shift Staff 11p-7a or 12mn-8a or 7p-7a | | |
|---|---|---|---|---|---|---|---|---|
| Initials | PRINT NAME | SIGNATURE | Initials | PRINT NAME | SIGNATURE | Initials | PRINT NAME | SIGNATURE |
| JC | Campbell | Campbell RN | CC | C. Collins | C. Collins | SC | S Cooper | CS |
| | | | | | | | | |

**Note:** Additional signatures, stamps, and corresponding initials are to be entered on back of form. Form to be placed in inmate's infirmary/medical record upon completion or upon discharge of inmate from observation status.

Inmate Name Lee Robert
DC# T15204    Race/Sex B/M
Date of Birth _____    Institution: CCCI

DC4-650 (Effective 01/21) (Revised 06/21)
Page 1 of 2

Incorporated by Reference In Rule 33-602.220, F.A.C.

**119-SANTA ROSA C.I.**                                    2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                              sick call
Main: 8509835800 Fax: 8509835864              Date of Service: 3/19/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ▮▮▮▮▮▮▮▮
Facility: 122-WAKULLA ANNEX

**Appointments completed during encounter** Sick Call Referral  •  03/19/2024  •  Chart Only:

**Orders added during this encounter**
Provider Record Review (Self - Referral); Order Number: 5338573-4; Start Date: 03/26/2024
B/P; Order Number: 5338573-3; Start Date: 03/25/2024
B/P; Order Number: 5338573-2; Start Date: 03/22/2024
B/P; Order Number: 5338573-1; Start Date: 03/21/2024

**Medications added during this encounter:**
IBUPROFEN 400 MG ORAL TABS  •  1 tab po bid (dot)
PREDNISONE 20 MG ORAL TABS  •  1 tab po qday (dot)

FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES
**Chronological Record of Health Care**
**Reason for visit** SCRL - Sick Call Referral
Patient Seen for sick call
Sick Call Referral;    Order Date: 03/19/2024;    Comments: Chart Only:
**Remarks:** S: Patient is present here today for sick call referral for LBP, neck and left shoulder pain.
Patient reports approx around 3/5 he was jumped on by officers at his other camp and has been having
pain ever since.
Lumbago: rates pain 8-10/10 occurs daily, denies loss of bladder or bowel, denies neuropathy
Neck : rates pain 8-10/10 occurs daily-denies decrease rom, denies in BUE
Left shoulder pain: 10/10occurs daily c/o decrease rom
Reports nothing alleviates pain and everything causes pain

DC4-701 Chronological Record of Health Care (Revised 8/1/17)
This form is not to be amended, revised, or altered without        approval of the Office of Health Services
Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

FLORIDA DEPARTMENT OF CORRECTIONS    OFFICE OF HEALTH SERVICES
**PHYSICAL EXAM**

**Temp:** 97.,   **Pulse:** 65,   **Resp:** 17,   **O2 sat:** 99,   **BP:** 140/  89,   **Blood Glucose:** 98
**Height:** 71 (Inches),   **Weight:** 159 lbs.,   **BMI:** 22.17,
**Nursing Comments:**

FDC 000543

**119-SANTA ROSA C.I.**                                             2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                                    sick call
Main: 8509835800 Fax: 8509835864              Date of Service: 3/19/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 122-WAKULLA ANNEX
. (03/19/2024 11:53:39 AM)


**Allergies:**
* NKDA (Mild)

**Current Medications:**
PREDNISONE 20 MG ORAL TABS (PREDNISONE) 1 tab po qday (dot); Route: ORAL
IBUPROFEN 400 MG ORAL TABS (IBUPROFEN) 1 tab po bid (dot); Route: ORAL
FLUOXETINE HCL 20 MG ORAL CAPS (FLUOXETINE HCL) Take one tablet Q PM (DOT} Route: ORAL
STOOL SOFTENER 100 MG ORAL TABS (DOCUSATE SODIUM) Take one tablet by mouth twice daily
(DOT); Route: ORAL

**Current Problem List: :**
Elevated blood pressure reading without diagnosis of hypertension (ICD-796.2) (ICD10-R03.0)
Strain of other muscles, fascia and tendons at shoulder and upper arm level, unspecified arm, initial
encounter (ICD-840.8) (ICD10-S46.819A)
Shoulder pain, left (ICD-719.41) (ICD10-M25.512)
Lumbago (ICD-724.2) (ICD10-M54.50)
Neck pain (ICD-723.1) (ICD10-M54.2)
MH Problem: Self-Directed Recovery Skills (ICD-310) (ICD10-F99)
MH Problem: Discharge Planning and Readiness Skills (ICD-308) (ICD10-F99)
Psychoactive substance use disorder (ICD-292.9) (ICD10-F19.99)
Depression, major, moderate (ICD-296.22) (ICD10-F32.1)
Pain in left shoulder (ICD-719.41) (ICD10-M25.512)
MH Problem: Homicidal Behaviors (ICD-121) (ICD10-F99)
MH Problem: Anger Mangement Deficits (ICD-104) (ICD10-F99)
Antisocial personality disorder (ICD-301.7) (ICD10-F60.2)
Intermittent explosive disorder (ICD-312.34) (ICD10-F63.81)
Constipation, chronic (ICD-564.09) (ICD10-K59.09)
Urinary tract infection (UTI) (ICD-599.0) (ICD10-N39.0)
Blood in urine (ICD-599.70) (ICD10-R31.9)
General health examination (ICD-V70.9) (ICD10-Z00.00)
Abnormal labs (ICD-790.99) (ICD10-R89.9)
Knee pain (ICD-719.46) (ICD10-M25.569)
Back pain (ICD-724.5) (ICD10-M54.9)
Other abnormal findings in urine (ICD10-R82.998)
Screening for vision (ICD-V80.2) (ICD10-Z13.89)
Wart (ICD-078.10) (ICD10-B07.9)
Headache, unspecified (ICD-R51.9)
MH Problem: Impulsiveness (ICD-126) (ICD10-F99)


**OBJECTIVE:**

**PHYSICAL EXAMINATION**

FDC 000544

**119-SANTA ROSA C.I.**                                          2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                                    sick call
Main: 8509835800 Fax: 8509835864                    Date of Service: 3/19/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ▮▮▮▮▮▮▮▮
Facility: 122-WAKULLA ANNEX


### General
The patient is well nourished, well developed, alert and oriented and in no acute distress.
    **General Appearance:**  Alert/Oriented
- x3 NAD
normal gait
Patient is sitting with arms cuff to back with no apparant signs of pain

### Chest

### Inspection:

### Respiratory
Unlabored by view. Breath sounds clear to auscultation and percussion; no rales, rhonchi or wheezes.

### Cardiovascular

    **Rate:**  Normal Range
    **Rhythm:**  Regular
    **Sounds:**  +S1, +S2
### Kidneys/Bladder

### Musculoskeletal
    **Gait & Station:**  WNL
**Comments and Objective Findings:** Neck: No brusing or obvious signs of deformity- ROM intact; no pain noted with ROM- ttp along left trapezius, deltoid and scm muscle
Left shoulder- During exam, handcuffs were removed- no bruising or obvious deformity noted-full rom noted with flexion, extension, internal and external rotation-no pain noted
negative drop arm test, external rotation test and lift off test- ttp is noted anterior and posterior deltoid and infraspinatius muscle
L-spine: no brusing noted or deformity noted- rom iintact- no pain noted with rom

### Neurological
Grossly intact and non-focal; no tremors, no gait abnormalities, speech fluent.




**Impression Diagnosis:**   A: Left shoulder pain- left shoulder xray wnl
Left SCM pain
Lumbago

P: no f/u xray will be ordered
ibuprofen x7 days
prednisone 20mg x7 days

FDC 000545

**119-SANTA ROSA C.I.**
5850 East Milton Rd.
Milton, FL 32583
Main: 8509835800 Fax: 8509835864

2/18/2025

sick call
Date of Service: 3/19/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB:
Facility: 122-WAKULLA ANNEX
f/u PRN


E: patient educated on dx and POC- verbalzes    understanding
Patient advised that blood pressure was elevated during this visit, which may be situational.    Patient advised that follow-up BP checks will be performed and referred to primary care provider.    Patient advised to report chest pain, shortness of breath, palpitations, headache and/or visual disturbances to medical via medical emergency.    Patient advised that untreated elevated blood pressure is a known risk factor for cardiovascular disease thus maintaining follow-up and any ordered treatments importance.


**Current M Grade: 1**
**Active Orders (including next follow up):**
Periodic Screening [PE]
Dental Periodic Wait List [DSAX]
CBC w/o Diff (Hemogram)/Plat. CT (PE) [0034-9]
Fasting Glucose (PE) [0095-0]
Urinalysis (PE) [0159-4]
Hemoccult Screening (PE) [HEMOSCREEN]
Refer to Optometrist [SPOP]
Interview Inmate Request [MHIII]
Initial Confinement Interview [MHBSR]
Treatment Plan Wait List [DIWT]
Staff Request/Referral [NURREQREF]
CSU Status [CSU]
Update Profile Sheet [UPPRO]
Psychotherapy @ 7 days [MHT07]
Psychiatric F/U @ 7 days [MHP07]
90 (84) day PESCU [MHPESCU]
Psychiatric F/U [MHPFU]
Sick Call Referral [SCRL]
Acetaminophen 325 [82003]
Ibuprofen 200 mg [CPT-99070]
ATBQ [NURATBQ]
Psychiatric F/U @ 7 days [MHP07]
B/P [NURBP]
B/P [NURBP]
B/P [NURBP]
Provider Record Review (Self - Referral) [FU]
EDUCATION:


Physical Exam
This form is not to be amended, revised, or altered without        approval of the Office of Health Services Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

4 of 5

**119-SANTA ROSA C.I.**                                                    2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                                              sick call
Main: 8509835800 Fax: 8509835864                        Date of Service: 3/19/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ██████████
Facility: 122-WAKULLA ANNEX

**Vital Signs:**

**Temp:** 97. F**, Pulse:** 65**, Resp:** 17**, BP:** 140/89**, O2 sat:** 99%
**Weight (lbs):** 159, **Height:** 71 (inches)**, BMI:** 22.17

**Disclaimer: All EMR timestamps are Eastern Time Zone**

Signed By: Paulk, APRN, Medical Provider, Centurion, Kyara at 3/20/2024 10:11:29 AM

5 of 5

**119-SANTA ROSA C.I.**                                                      2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                                               Vital Signs
Main: 8509835800 Fax: 8509835864                          Date of Service: 3/19/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 122-WAKULLA ANNEX
FLORIDA DEPARTMENT OF CORRECTIONS    OFFICE OF HEALTH SERVICES
**REFUSAL OF HEALTH CARE SERVICES**

**This is to certify that I am refusing the following:**

## Medical Services

**If Medical Services, then please describe:** Refused CSU vitals/weight

I understand this refusal is against the advice of my health care providers.    I acknowledge that I have
been informed of the diagnosis, if known, the nature and purposes of the proposed
procedure/treatment/medication, risks and benefits of the proposed procedure/treatment/medication,
alternative treatments and their risks and benefits and the consequences and danger to my health and
possibly to my life that may result from my refusal of this procedure/treatment/medication.

I have been given time to ask questions about my condition and about my decision to refuse the
proposed procedure/treatment/medication that my health care provider has explained to me is medically
indicated and necessary.

I voluntarily assume the risks and accept the consequences of my refusal of the
procedure/treatment/medication and I am releasing the Department of Corrections, all health care
providers, the facility, and facility staff from any and all liability for ill effects that may result from my refusal
of treatment.

## Inmate Refused to Sign

DC4-711A    Refusal of Healthcare Services (Revised 08/01/13)
This form is not to be amended, revised, or altered without approval of the Office of Health Services
Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

## Vital Signs:

, **Height:** 71 (inches)

**Disclaimer: All EMR timestamps are Eastern Time Zone**

**119-SANTA ROSA C.I.**                                          2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                              Vital Signs
Main: 8509835800 Fax: 8509835864                Date of Service: 3/19/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 122-WAKULLA ANNEX


Signed By: Brown, Nursing Assistant, Centurion, Reshawna at 3/19/2024 11:55:07 AM
Signed By: Paulk, APRN, Medical Provider, Centurion, Kyara at 3/19/2024 12:02:03 PM
Signed By: ShawWilliams, Nursing Assistant, Centurion, Sonja at 3/19/2024 1:39:26 PM

**119-SANTA ROSA C.I.**                                    2/18/2025
5850 East Milton Rd.
Milton, FL 32583                              TB Symptom Questionnaire -
Main: 8509835800 Fax: 8509835864              Date of Service: 3/18/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████████
Facility: 118-WAKULLA C.I.

### Orders added during this encounter:

ATBQ; Start Date: 03/04/2025

FLORIDA DEPARTMENT OF CORRECTIONS    OFFICE OF HEALTH SERVICES
**TUBERCULOSIS SYMPTOMS QUESTIONNAIRE FOR INMATES**

Initial (1st) 2-Step
 N/A
> **Have you had more than one negative Tuberculosis Skin Test?**   YES
> **Have you ever had a positive Tuberculosis Skin Test?**   YES

If YES, answer the following:
**Did you receive treatment** YES
Answer the following if you received treatment:
**When:** 2008
**County:** columbia
**State:** fl
**Country:** us
**How long did you take the medication (specify days, months, years):** 9 mo
> **If you were born in another country did you receive the BCG vaccination:** NOT APPLICABLE

### In the last six weeks:

**2. Have you had night sweats?** NO

**3. Have you had a low-grade fever?** NO

**4. Have you had a cough?** NO

**5. *Have you coughed up blood?** NO

**6. *Have you coughed up mucus?** NO

**7. Have you had chest pain?** NO

**8. Have you had shortness of breath?** NO

**9. Is your appetite normal for you?** YES

**10. Have you lost weight without trying?** NO

**11. Is your energy level normal for you?** YES

1 of 3

**119-SANTA ROSA C.I.**                                        2/18/2025
5850 East Milton Rd.
Milton, FL 32583                              TB Symptom Questionnaire -
Main: 8509835800 Fax: 8509835864              Date of Service: 3/18/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 118-WAKULLA C.I.
**12. Do you get tired easy?** NO
I understand that the symptoms above could be symptoms of TB and that I need to follow-up in the
medical unit   if I have these symptoms now or develop any of these symptoms in the future.
***Patient Esignature Required***


## FORM INSTRUCTIONS

This form is to be completed by the institution's medical personnel.
The purpose of the questionnaire is to identify potential symptoms indicating possible tuberculosis
disease.

**The inmate MUST SHOW PROOF OF IDENTIFICATION**

**AT NO TIME should the inmate be responsible for completing this form**

**The following steps will ensure proper completion of this questionnaire:**

1.      Check the appropriate box: initial (1st) 2-Step,    (2nd) 2-Step, Annual, initial Post Contact , 8-10
Weeks Post Contact
2. Complete questions 1-12.
3.      Identify the inmate by the identification(s) issued by the Department of Corrections.    Write this
information in the space provided.
4.      Complete the date of assessment in the space provided.
5.      Use the name stamp or write the name of the person filling out the form in the space provided.
Indicate professional status (RN or LPN).
6.      Question number one indicates the TST status of the responder. Complete the blanks as
accurately as possible.
7.      Question number two distinguishes between environmental temperature sweating and sweating
that occurs at night and is caused by an active Mycobacterium tuberculosis disease
process.    If the answer is YES, then ask how long has the night sweats been going on (make a
comment).
8.      Question number three detects an elevation in body temperature for which the individual
may/may not seek medical attention.
9.      Question number four requires the individual to analyze the symptom thoroughly.    It is important
to know how long the cough has lasted.
10.      Question number five and six indicates the production of possible cavities in the lungs, therefore
coughing up bright red or dark red clots or mucus.    The response to this inquiry would
necessitate the medical follow-up for evaluation and to rule out TB or other causes for a bloody cough.
Write a comment about the color, amount frequency, refer to medical.
11.      Question number seven is asking for a description of the chest pain.    Is it sharp, dull, where is it
located, how long does it persist, what makes it go away?    How would the responder
rate the intensity?    Make a written comment if the answer is YES.
12.      Question number eight differentiates between acute and chronic shortness of breath, Asthma, the
inability to take a deep breath or empty the lung efficiently.    Pathological changes in
the presence of active disease will demonstratively change the outward appearance (posturing) and
unusual noises may be heard when the responder speaks, laughs, or sings.    Make a
written comment about observations.
13.      Question number nine indicates if an individual is maintaining good nourishment, interested in

2 of 3

**119-SANTA ROSA C.I.**                                                    2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                              TB Symptom Questionnaire -
Main: 8509835800 Fax: 8509835864                    Date of Service: 3/18/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 118-WAKULLA C.I.

foods, snacks and other daily caloric intake.    If the response is NO, then evaluate
causes for this lack of appetite. (Dental problems, mouth sores, gastrointestinal upset, medications etc.)
Make a comment to clarify a decrease in appetite.

14.      Question number ten refers to a calculated weight loss of 10% or greater in a short period of time
and without the making an effort to lose weight (document the amount of weight lost).
Loss of body mass significantly impacts the disease process; causing escalation in irreversible
bio-physiological damage to major organs.

15.      Question number eleven addresses estimating the current level of energy it takes to perform
activities of daily living, work, and sports.    Has the ability to maintain these activities
changed?

16.      Question number twelve is essential in determining the overall condition.    Easy fatigability and
other factors may affect how TB is treated.

17.      Assess the risk factors listed and document the corresponding number for the risk in the space
provided.

18.      Have the inmate sign and date the form.

 **FILE IN HEALTH RECORD**

DC4-520C Tuberculosis Symptoms Questionnaire for Inmates (Revised 4/10/18)
This form is not to be amended, revised, or altered without approval of the Office of Health Services
Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

Signed By: Thompson, RN, Registered Nurse MH, Centurion, Lezli at 3/18/2024 3:02:58
PM

FDC 000552

**119-SANTA ROSA C.I.**
2/18/2025
5850 East Milton Rd.
Milton, FL 32583
Main: 8509835800 Fax: 8509835864

Morse Fall Scale;
Date of Service: 3/17/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ████████
Facility: 118-WAKULLA C.I.

**Fall Risk Assessment**
FLORIDA DEPARTMENT OF CORRECTIONS    OFFICE OF HEALTH SERVICES
**MORSE FALL SCALE**

**Fall Risk Calculation**

**History of falling: immediate or within 3 months** No (0)

**Secondary diagnosis** Yes (15)

**Ambulatory aids** Bed rest/nurse assist (0)

**IV/Heparin Lock** No (0)

**Gait/Transferring**
Normal/bedrest/immobile (0)

**Mental Status**
Oriented to own ability (0)

**Total Fall Risk Score:   15**
**Risk Level No Risk**

Scoring:
0-24= No Risk, Good Basic Nursing Care
25-50= Low Risk, Implement Standard Fall Prevention Interventions
>50 = High Risk, Implement High Risk Fall Prevention Interventions
1 Morse, J.M., (2009), Preventing patient falls (2nd ed.), New York; Springer, Published, 2009

DC4-684A Morse Fall Scale (Revised 8/1/17)
This form is not to be amended, revised, or altered without        approval of the Office of Health Services
Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

Signed By: Medina, Registered Nurse, Centurion, Yulady at 3/17/2024 4:10:10 PM

FDC 000553

**119-SANTA ROSA C.I.**                                                                2/18/2025
5850 East Milton Rd.
Milton, FL 32583
Main: 8509835800 Fax: 8509835864                            Date of Service: 3/17/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████████
Facility: 118-WAKULLA C.I.


## Orders added during this encounter:

Acetaminophen 325; Start Date: 03/17/2024
Ibuprofen 200 mg; Start Date: 03/17/2024


Signed By: Colon, RN, Registered Nurse, Centurion, Carlos at 3/17/2024 11:41:43 AM
Signed By: Paulk, APRN, Medical Provider, Centurion, Kyara at 3/18/2024 8:28:50 AM

**119-SANTA ROSA C.I.**                                          2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                   Sick Call, left shoulder pain
Main: 8509835800 Fax: 8509835864                    Date of Service: 3/17/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ████████
Facility: 118-WAKULLA C.I.

**Nurse Visit**

**Copay?** No
**Reason for encounter:** Sick Call

## Orders added during this encounter:

Sick Call Referral; Start Date: 03/19/2024; Order Num: 5314850-1
Ibuprofen 200 mg; Start Date: 03/17/2024; Order Num: 5314850-2
Acetaminophen 325; Start Date: 03/17/2024; Order Num: 5314850-3
FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES
**Chronological Record of Health Care**

Sick Call
**Copay?** No
**Temp:** 97.8 F  **Pulse:** 65  **Resp:** 18  **BP:** 121/ 88  **O2 sat:** 99% **Current Weight (lbs):** 158
**Select Note Style:** SOAPE
**Subjective:** I still have pain in my left arm after the assault on 03/05/24.
**Objective:** patient presents hemodynamically stable with limited mobility in left arm.
**Assessment:** patient describes pain in left shoulder when attempting to raise arms above his head. patient is only able to rais arm 45 degrees in front of them and laterally. patient has not tried ibuprofen treatment yet fir any inflamation that may be present.
**Plan:** refer to provider paulk for a chart review, take ibuprofen prn with meals Q6-8hrs per protocol. take tylenol Q4-6hrs PRN per protocol.
**Education:** return to medical if the pain gets worse than a 7/10. currently 5/10.

**DC4-701 Chronological Record of Health Care (Revised 8/1/17)**
**This form is not to be amended, revised, or altered without   approval of the Office of Health Services Administration.**
**\*\*Disclaimer: All EMR timestamps are Eastern Time Zone\*\***

## Initial Triage Information:
**Location of patient:** 122-WAKULLA ANNEX

**Sick call order(s) being seen for:**
Sick Call;   Order Date: 03/12/2024;    Comments: Neck, shoulder, and back pain.; Number: 5276182-1

**119-SANTA ROSA C.I.**                                    2/18/2025
5850 East Milton Rd.
Milton, FL 32583                              Sick Call, left shoulder pain
Main: 8509835800 Fax: 8509835864           Date of Service: 3/17/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 118-WAKULLA C.I.


**Nurse Sick Call:** **Date Seen** 03/17/2024
**Time Seen** 11:27 AM

**Copay?**   No
**Inmate referred to Provider?** Yes
**Reason:**   possible rotator cuff tear evidenced by reduction in left arm mobility and pain.
**Type of Referral:** Chart Only

**Disclaimer: All EMR timestamps are Eastern Time Zone**


Signed By: Colon, RN, Registered Nurse, Centurion, Carlos at 3/17/2024 11:37:00 AM

FDC 000556

**119-SANTA ROSA C.I.**                                           2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                    SHOULDER COMPLETE MIN 2V
Main: 8509835800 Fax: 8509835864                     Date of Service: 3/15/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ▮▮▮▮▮▮▮
Facility: 122-WAKULLA ANNEX
Patient: ROBERT S LEE
ID: MobileX T15204
Note: All result statuses are Final unless otherwise noted.
Tests: (1) SHOULDER COMPLETE MIN 2V
  SHOULDER COMPLETE MIN 2V, LEFT FINDINGS: The glenohumeral joint is
intact. Acromioclavicular and coracoclavicular joints are also
normal. No shoulder separation, fracture, or dislocation is seen.
CONCLUSION: Normal left shoulder. ELECTRONICALLY SIGNED BY GEORGE
BRACKIN, M.D. 3/15/2024 4:58:44 PM EDT.
  Results: The glenohumeral joint is intact. Acromioclavicular and
coracoclavicular
  joints are also normal. No shoulder separation, fracture, or
dislocation is seen.
  Conclusion: Normal left shoulder.
  Electronically signed by GEORGE BRACKIN, M.D. 3/15/2024 4:58:44 PM
EDT.
Note: An exclamation mark (!) indicates a result that was not
dispersed into the flowsheet.
Document Creation Date: 03/15/2024 5:06 PM
_____
___
(1) Order result status: Final
Collection or observation date-time: 03/15/2024 14:10:00
Requested date-time:
Receipt date-time:
Reported date-time: 03/15/2024 16:58:44
Referring Physician:
Ordering Physician: LAURA PETERSEN (LPetersen)
Specimen Source:
Source: MobileX
Filler Order Number: 41053119
Lab site:
-----------------
The following tests had no related values for dispersal to the
flowsheet:
  SHOULDER COMPLETE MIN 2V, [No Value Reported], (F)


Signed By: Petersen, APRN, Medical Provider, Centurion, Laura at 3/18/2024 9:48:11 AM

FDC 000557

**119-SANTA ROSA C.I.**                                                2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                                     Vital Signs
Main: 8509835800 Fax: 8509835864                    Date of Service: 3/14/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: █████████
Facility: 122-WAKULLA ANNEX
FLORIDA DEPARTMENT OF CORRECTIONS    OFFICE OF HEALTH SERVICES
**REFUSAL OF HEALTH CARE SERVICES**

**This is to certify that I am refusing the following:**

## Medical Services
**If Medical Services, then please describe:** Refused CSU vitals

I understand this refusal is against the advice of my health care providers.    I acknowledge that I have
been informed of the diagnosis, if known, the nature and purposes of the proposed
procedure/treatment/medication, risks and benefits of the proposed procedure/treatment/medication,
alternative treatments and their risks and benefits and the consequences and danger to my health and
possibly to my life that may result from my refusal of this procedure/treatment/medication.

I have been given time to ask questions about my condition and about my decision to refuse the
proposed procedure/treatment/medication that my health care provider has explained to me is medically
indicated and necessary.

I voluntarily assume the risks and accept the consequences of my refusal of the
procedure/treatment/medication and I am releasing the Department of Corrections, all health care
providers, the facility, and facility staff from any and all liability for ill effects that may result from my refusal
of treatment.

## Inmate Refused to Sign

DC4-711A    Refusal of Healthcare Services (Revised 08/01/13)
This form is not to be amended, revised, or altered without approval of the Office of Health Services
Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

## Vital Signs:

**, Height:** 71 (inches)

**Disclaimer: All EMR timestamps are Eastern Time Zone**

**119-SANTA ROSA C.I.**                                            2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                                    Vital Signs
Main: 8509835800 Fax: 8509835864                    Date of Service: 3/14/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████████
Facility: 122-WAKULLA ANNEX


Signed By: Brown, Nursing Assistant, Centurion, Reshawna at 3/14/2024 10:15:06 AM
Signed By: Paulk, APRN, Medical Provider, Centurion, Kyara at 3/14/2024 10:19:18 AM
Signed By: ShawWilliams, Nursing Assistant, Centurion, Sonja at 3/14/2024 10:34:24
AM

FDC 000559

**119-SANTA ROSA C.I.**                                      2/18/2025
5850 East Milton Rd.
Milton, FL 32583                        Diagram of Injury/Rule of Nines
Main: 8509835800 Fax: 8509835864         Date of Service: 3/5/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████████
Facility: 211-CROSS CITY C.I.
**Diagram of Injury/Rule of Nines**


*Imported By: Jennifer Natkiel, Medical Records Clerk, Centurion 3/13/2024 11:45:54 AM*

_____

External Attachment:

  Type:      Image
 Comment:    DIAGRAM OF INJURY



Signed By: Webb,  LPN, Licensed Practical Nurse, Centurion,
Brianna at 3/13/2024 11:46:02 AM

1 of 1

**FLORIDA DEPARTMENT OF CORRECTIONS**
**OFFICE OF HEALTH SERVICES**
**DIAGRAM OF INJURY**



Date of occurrence _3/5/24_    Time of occurrence _1712_

Date injury assessed by medical _3/5/24_    Time injury assessed by medical _1737_

☒ No injury identified

Description of injury:

_No injury noted_

_B. Webb LPN_

Staff Signature

**Inmate Name** _Lee, Robert_

**DC#** _715304_    **Race/Sex** _BM_

**Date of Birth** ▮▮▮▮▮▮

**Institution** _CrCCI_

L. PETERSEN, APRN

MAR 13 2024

This form is not to be amended, revised, or altered without approval by the Director of Health Services- Administration.

Copies distribution:   White/Health Record    Canary/Inspector General    Pink/Warden or Asst. Warden

DC4-708 (Revised 10/07)

Incorporated by Reference in Rule 33-602.210, F.A.C.

**119-SANTA ROSA C.I.**                                      2/18/2025
5850 East Milton Rd.
Milton, FL 32583                              MH Physical Exam/transfer
Main: 8509835800 Fax: 8509835864              Date of Service: 3/12/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ████████
Facility: 122-WAKULLA ANNEX

## Orders added during this encounter

90 (84) day PESCU; Order Number: 5287452-1; Start Date: 06/05/2024


FLORIDA DEPARTMENT OF CORRECTIONS    OFFICE OF HEALTH SERVICES
**MENTAL HEALTH PHYSICAL EXAM**

This form is to be completed by attending medical clinician on inpatient mental health patients at intervals of every 90 days for CMHTF and CSU; 180 days for TCU as outlined in Medical and Dental Care for Mentally Disordered Inmates, HSB 15.05.20.
**Current S Grade:**
5


**Allergies:**
* NKDA (Mild)

**Current Medications:**
FLUOXETINE HCL 20 MG ORAL CAPS (FLUOXETINE HCL) Take one tablet Q PM (DOT} Route: ORAL
ACETAMINOPHEN 325 MG ORAL TABS (ACETAMINOPHEN) two tablets by mouth every 8hr as needed for pain (DOT) stock; Route: ORAL
STOOL SOFTENER 100 MG ORAL TABS (DOCUSATE SODIUM) Take one tablet by mouth twice daily (DOT); Route: ORAL

**Current Medical Diagnoses:**
Psychoactive substance use disorder (ICD-292.9) (ICD10-F19.99)
Depression, major, moderate (ICD-296.22) (ICD10-F32.1)
Pain in left shoulder (ICD-719.41) (ICD10-M25.512)
MH Problem: Homicidal Behaviors (ICD-121) (ICD10-F99)
MH Problem: Anger Mangement Deficits (ICD-104) (ICD10-F99)
Antisocial personality disorder (ICD-301.7) (ICD10-F60.2)
Intermittent explosive disorder (ICD-312.34) (ICD10-F63.81)
Constipation, chronic (ICD-564.09) (ICD10-K59.09)
Urinary tract infection (UTI) (ICD-599.0) (ICD10-N39.0)
Blood in urine (ICD-599.70) (ICD10-R31.9)
General health examination (ICD-V70.9) (ICD10-Z00.00)
Abnormal labs (ICD-790.99) (ICD10-R89.9)
Knee pain (ICD-719.46) (ICD10-M25.569)
Back pain (ICD-724.5) (ICD10-M54.9)
Other abnormal findings in urine (ICD10-R82.998)
Screening for vision (ICD-V80.2) (ICD10-Z13.89)
Wart (ICD-078.10) (ICD10-B07.9)
Headache, unspecified (ICD10-R51.9)
MH Problem: Impulsiveness (ICD-126) (ICD10-F99)

**Subjective Complaints:** New CSU Admission

1 of 4

**119-SANTA ROSA C.I.**                                2/18/2025
5850 East Milton Rd.
Milton, FL 32583                            MH Physical Exam/transfer
Main: 8509835800 Fax: 8509835864            Date of Service: 3/12/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████████
Facility: 122-WAKULLA ANNEX
Reason for admission: Depression after an incident I had a my previous camp
Denies suicidal or homicidal thoughts at this time
Patient reports he placed a sick call regarding back, neck, shoulder pain after being jumped on by
officers at previous camp

## PHYSICAL EXAMINATION
**Temp:** 97.5 F  **Pulse:** 69  **Resp:** 18  **BP:** 124 / 76  **O2 sat:**  100%  **Weight (lbs):**  156
**EYES - GENERAL** Normal
**PUPILS (EQUAL AND REACTIVE)** Normal
**EXTRA OCULAR MOVEMENT** Normal
**HEART (SIZE, RHYTHM, SOUNDS)**   Normal
**LUNGS AND CHEST - INCLUDE BREASTS** Normal
**ABDOMEN - INCLUDE HERNIA** Normal
**SKIN** Normal
**NEUROLOGIC EXAM**   Normal
**PERIPHERAL-VASCULAR SYSTEM** Normal

**Summary of abnormalities, Defects, or Diagnosis:** Patient informed his sick call issues will be
addressed during sick call however he has a pending shoulder xray to be completed from his previous
camp

**Allergies reviewed:** Yes

**Laboratory findings reviewed:** Yes

**Chronic Illness Clinic up to date:** N/A

DC4-707A Mental Health Physical Exam (Revised 8/1/19)
This form is not to be amended, revised, or altered without        approval of the Office of Health Services
Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

FLORIDA DEPARTMENT OF CORRECTIONS

## INPATIENT HISTORY/PHYSICAL
**Chief Complaint:**   New CSU Admission
Reason for admission: Depression after an incident I had a my previous camp
Denies suicidal or homicidal thoughts at this time
Patient reports he placed a sick call regarding back, neck, shoulder pain after being jumped on by
officers at previous camp

## PHYSICAL EXAMINATION
**Heart:**   s1, s2 rrr
**Lungs:**   cta
**Extremities:**   no edema + pedal pulse

2 of 4

**119-SANTA ROSA C.I.**
5850 East Milton Rd.
Milton, FL 32583                                    2/18/2025
Main: 8509835800 Fax: 8509835864          MH Physical Exam/transfer
                                           Date of Service: 3/12/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 122-WAKULLA ANNEX
**Neuro:**   A&Ox3 NAD
**Impression Diagnosis:**   MH H&P
DC4-713C Inpatient History Physical (Revised 06/29/18)
This form is not to be amended, revised, or altered without      approval of the Office of Health Services
Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**
Transfers:

**Orders added during this encounter:**
90 (84) day PESCU; Start Date: 06/05/2024

FLORIDA DEPARTMENT OF CORRECTIONS    OFFICE OF HEALTH SERVICES
**HEALTH INFORMATION TRANSFER AND ARRIVAL SUMMARY**

Provider Summary:
**Clinical Date and Time:**
03/12/2024 9:34 AM
**Previous Receiving Screen Reviewed?** Yes

**Permanent Clinician Record Review:** done

**Medications needed:** No
**M Grade:** 1
**W Grade:** 1
**S Grade:** 5
**Current Work Status**
**Is Inmate in Chronic Clinic?** No
**Consult needed?** No

**Passes written:**

**Orders Added:**
Added new Test order of 90 (84) day PESCU (MHPESCU) - Signed

DC4-760A Health Information Transfer/Arrival Summary (Revised 11/20/23
This form is not to be amended, revised, or altered without      approval of the Deputy Director of
Health Services Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

**119-SANTA ROSA C.I.**                                          2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                    MH Physical Exam/transfer
Main: 8509835800 Fax: 8509835864                    Date of Service: 3/12/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████████
Facility: 122-WAKULLA ANNEX


Signed By: Paulk, APRN, Medical Provider, Centurion, Kyara at 3/13/2024 9:38:10 AM

4 of 4

**119-SANTA ROSA C.I.**
5850 East Milton Rd.
Milton, FL 32583                                                       Chron Rec Health Care;
Main: 8509835800 Fax: 8509835864                         Date of Service: 3/12/2024

2/18/2025

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ████████
Facility: 122-WAKULLA ANNEX
**Note:** TRANSFER IN
**Type of Record Transfer** Transfer In
**Most Recent Paper Volume Number** 28
**Previous Paper Volume Numbers** 1-27
**Psychological Volume Numbers** 1
**Dental Volume Numbers** 1


DC4-701 Chronological Record of Health Care (Revised 8/1/17)
This form is not to be amended, revised, or altered without          approval of the Office of Health Services
Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**


Signed By: Albert, MH Clerk, Centurion, Deanthony at 3/12/2024 5:11:06 PM

**119-SANTA ROSA C.I.**                                            2/18/2025
5850 East Milton Rd.
Milton, FL 32583                        DC4-698A Sick Call Request
Main: 8509835800 Fax: 8509835864        Date of Service: 3/12/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████████
Facility: 122-WAKULLA ANNEX
**DC4-698A Sick Call Request**


*Imported By: Reshawna Brown, Nursing Assistant, Centurion 3/12/2024 1:05:04 PM*

_____

External Attachment:

  Type:      Image
 Comment:    External Document



Signed By: Barnes, RN, Registered Nurse, Centurion, Daniel at
3/12/2024 1:05:33 PM

1 of 1

FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES

# INMATE SICK-CALL REQUEST

Date: 3·11·24                    Time: 10:00 pm

Inmate Name: Robert S. Lee             DC#: T15204

Housing assignment: Q 2202          Job assignment: CSU

Do you need an interpreter for your Sick Call visit? (Sign language, Spanish, etc.)  ☐Yes  ☑No
If so, what type:_____

Did you require assistance completing this form? (Blind, Quadriplegic, etc.)  ☐Yes  ☑No
If so, why:_____

Problem:

☐    Pass/pass renewal

☐    Medication renewal

☐    Need information (explain):_____

☐    Problem with ADA/Disability equipment or supplies (explain the problem):_____

☐    Mental Health

☐    Dental

☑    Medical (explain): MY NECK HURTS, MY SHOULDER (LEFT) & BACK HURTS - ATTACKED AT CROSS CITY BY OFFICER

When did problem/symptoms start? 3-5-24

---

**TO BE COMPLETED BY TRIAGE NURSE:**
Date/Time received: 3·12·24 @ 0500     D. BARNES, RN
Triaged by: (Print name and licensure) Daniel Barnes WAKULLA CI on (Date/Time) 3·12·24 @ 0525
Assigned Triage Level:  ☑Routine   ☐ Urgent   ☐ Emergent
Date patient assessed by nurse:_____ Signature/Stamp of Nurse Completing Sick Call: _____

---

Inmate Name R. Lee
DC# T15204                Race/Sex B/M
Date of Birth [REDACTED]
Institution W.C.I.

Distribution:   Original – File on R side of outpatient record in date order
Pink – Inmate (special housing only – otherwise destroy)

This form is not to be amended, revised, or altered without approval of the Chief of Health Services Administration.

DC4-698A (Effective 05/21)      (Revised 6/21)      Incorporated by Reference in Rule 33-402.101, F.A.C.

FDC 000569

**119-SANTA ROSA C.I.**                                                        2/18/2025
5850 East Milton Rd.
Milton, FL 32583                          Diagram of Injury/Rule of Nines
Main: 8509835800 Fax: 8509835864          Date of Service: 3/6/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ████████
Facility: 122-WAKULLA ANNEX
**Diagram of Injury/Rule of Nines**


*Imported By: Reshawna Brown, Nursing Assistant, Centurion 3/12/2024 12:52:48 PM*

_____

External Attachment:

  Type:      Image
  Comment:   External Document


Signed By: Medina, Registered Nurse, Centurion, Yulady at
3/12/2024 12:53:03 PM

1 of 1

## FLORIDA DEPARTMENT OF CORRECTIONS
## OFFICE OF HEALTH SERVICES
## DIAGRAM OF INJURY



Date of occurrence **6 March 2024** _per patient_   Time of occurrence _____
Date injury assessed by medical **8 March 2024**   Time injury assessed by medical **1845**

☐ No injury identified

Description of injury:

Healed and scabbed abrasion to right side of neck about 2 cm in length.
Healed and scabbed abrasion to left upper back less than 1 cm in length

_____
Staff Signature

Inmate Name **Lee Robert**
DC# **T15204**    Race/Sex **B/M**
Date of Birth ▬▬▬▬▬▬
Institution **WACA - RCC**

This form is not to be amended, revised, or altered without
approval by the Director of Health Services- Administration.

Copies distribution: White/Health Record   Canary/Inspector General   Pink/Warden or Asst. Warden

DC4-708 (Revised 10/07)

FDC 000571

Incorporated by Reference in Rule 33-602.210, F.A.C.

**119-SANTA ROSA C.I.**
5850 East Milton Rd.
Milton, FL 32583
Main: 8509835800 Fax: 8509835864

2/18/2025

Vital Signs
Date of Service: 3/12/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 122-WAKULLA ANNEX

**Vital Signs:**

**Temp:** 98.4 F**, Pulse:** 63**, Resp:** 18**, BP:** 117/73**, O2 sat:** 99%
**Weight (lbs):** 159**, Height:** 71 (inches)**, BMI:** 22.17

**Disclaimer: All EMR timestamps are Eastern Time Zone**

Signed By: ShawWilliams, Nursing Assistant, Centurion, Sonja at 3/12/2024 10:26:41 AM

FDC 000573

**119-SANTA ROSA C.I.**                                              2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                                       Triage,
Main: 8509835800 Fax: 8509835864                       Date of Service: 3/12/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ████████
Facility: 122-WAKULLA ANNEX

**Nurse Visit**

**Copay?** No
**Reason for encounter:** Triage

**Orders added during this encounter:**

Sick Call; Start Date: 03/12/2024; Order Num: 5276182-1

**Initial Triage Information:**

03/12/2024 5:33 AM
**Chief Complaint:** Neck, shoulder, and back pain.
**Triage Level:**   3

**Disclaimer: All EMR timestamps are Eastern Time Zone**

Signed By: Barnes, RN, Registered Nurse, Centurion, Daniel at 3/12/2024 5:36:07 AM

**119-SANTA ROSA C.I.**                                          2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                    Chron Rec Health Care;
Main: 8509835800 Fax: 8509835864              Date of Service: 3/11/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ████████
Facility: 122-WAKULLA ANNEX

**Orders added during this encounter:**
Psychiatric F/U; Start Date: 03/13/2024
Psychiatric F/U; Start Date: 03/12/2024
Psychiatric Evaluation perm. inst.; Start Date: 03/11/2024

**Note:** ADDING PSYCH EVAL AND 2 PSYCH F/U

DC4-701 Chronological Record of Health Care (Revised 8/1/17)
This form is not to be amended, revised, or altered without        approval of the Office of Health Services
Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

Signed By: Anderson, Administrative Assistant, Centurion, Abeon at 3/11/2024 7:11:08
AM

1 of 1

**119-SANTA ROSA C.I.**                                           2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                                  Vital Signs
Main: 8509835800 Fax: 8509835864                   Date of Service: 3/10/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 122-WAKULLA ANNEX

**Vital Signs:**

**Temp:** 98.1 F**, Pulse:** 84**, Resp:** 18**, BP:** 121**/**77**, O2 sat:** 98%**, Height:** 71 (inches)

**Disclaimer: All EMR timestamps are Eastern Time Zone**

Signed By: ShawWilliams, Nursing Assistant, Centurion, Sonja at 3/10/2024 10:43:47 AM

1 of 1

**119-SANTA ROSA C.I.**                                                    2/18/2025
5850 East Milton Rd.
Milton, FL 32583                    DC4-650A - Restraint Observation Checklist
Main: 8509835800 Fax: 8509835864        Date of Service: 3/8/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████████
Facility: 118-WAKULLA C.I.
**DC4-650A - Restraint Observation Checklist**


*Imported By: Juwanna McBride, Nursing Assistant, Centurion 3/9/2024 11:57:31 AM*

_____

External Attachment:

  Type:     Image
 Comment:   External Document



Signed By: Shaw, RN, DON, Centurion, Jonathan at 3/9/2024
11:58:01 AM

1 of 1

FLORIDA DEPARTMENT OF CORRECTIONS
# OBSERVATION CHECKLIST
(For Inpatient or Outpatient)

SECTION ONE (To be completed by Medical/Mental Health staff)

Date 8 March 2024    Institution WALA - RCC    ☐ MR ☐ OC ☐ Other _____

Observation status:    ☑ SHOS (Self Harm Observation Status)    ☐ Other _____
Time/date placed on observation/seclusion    3-8-24 @ 1830    by   Cordero
Frequency of observation:    ☐ Continuous    ☑ 15 minutes
On medications?    Yes ☐ / No ☑
Items Allowed/issued (check yes or no for each item):

| Yes No | | Yes No | | Yes No | |
|---|---|---|---|---|---|
| ✓ | Tear-resistant mattress? | ✓ | Tear-resistant privacy garment? | | Wheelchair? |
| | Underpants? | ✓ | Legal mail? | | Prosthetics? |
| ✓ | Reading material? | ✓ | Tear resistant blanket? | | |

Time/date discontinued from observation/seclusion _____ by _____

SECTION TWO (To be completed by security or nursing staff)

TIME, CODE(S), AND INITIALS ARE REQUIRED ON THE BELOW TIME LINES PER PRECAUTION LEVEL
Security staff shall immediately notify health care staff if behaviors in codes 1*, 2*, and/or 3* are observed.

CODE EXPLANATION

| | CODE EXPLANATION | TIME | CODE(S)/INITIALS | TIME | CODE(S)/INITIALS | TIME | CODE(S)/INITIALS |
|---|---|---|---|---|---|---|---|
| 1 | Beating on door/wall* | 2400 | | 0800 | | 1600 | |
| 2 | Yelling or screaming* | 0015 | | 0815 | | 1615 | |
| 3 | Crying* | 0030 | | 0830 | | 1630 | |
| 4 | Cursing | 0045 | | 0845 | | 1645 | |
| 5 | Laughing | 0100 | | 0900 | | 1700 | |
| 6 | Singing | 0115 | | 0915 | | 1715 | |
| 7 | Mumbling incoherently | 0130 | | 0930 | | 1730 | |
| 8 | Mute | 0145 | | 0945 | | 1745 | |
| 9 | Talking to staff | 0200 | | 1000 | | 1800 | |
| 10 | Talking to peers | 0215 | | 1015 | | 1815 | |
| 11 | Talking to self/wall | 0230 | | 1030 | | 1830 | |
| 12 | Standing still | 0245 | | 1045 | | 1845 | |
| 13 | Walking | 0300 | | 1100 | | 1900 | |
| 14 | Lying or sitting | 0315 | | 1115 | | 1915 | |
| 15 | Quiet | 0330 | | 1130 | | 1930 | |
| 16 | Sleeping | 0345 | | 1145 | | 1945 | |
| 17 | Meals a) Taken b) Refused | 0400 | | 1200 | | 2000 | |
| 18 | Fluids a) Taken b) Refused | 0415 | | 1215 | | 2015 | |
| 19 | Bath/shower | 0430 | | 1230 | | 2030 | |
| | a) Taken b) Refused | 0445 | | 1245 | | 2045 | |
| 20 | Out of cell (indicate | 0500 | | 1300 | | 2100 | |
| | inmate's location in | 0515 | | 1315 | | 2115 | |
| | appropriate time slots) | 0530 | | 1330 | | 2130 | |
| 21 | Toothbrush: | 0545 | | 1345 | | 2145 | |
| | a) Used b) Refused | 0600 | | 1400 | | 2200 | |
| 22 | Cell/room searched | 0615 | | 1415 | | 2215 | |
| 23 | Wrap/smock/gown/blanket/ | 0630 | | 1430 | | 2230 | |
| | mattress checked (required | 0645 | | 1445 | | 2245 | |
| | each shift) | 0700 | | 1500 | | 2300 | |
| 24 | Nursing Rounds | 0715 | | 1515 | | 2315 | |
| 25 | | 0730 | | 1530 | | 2330 | |
| 26 | | 0745 | | 1545 | | 2345 | |

Staff LEGIBLE initials, printed name, and signature

| Day Shift Staff | | | Evening Shift Staff | | | Night Shift Staff | | |
|---|---|---|---|---|---|---|---|---|
| 7a-3p  or  7a-7p | | | 3p-11p  or  4p-12mn | | | 11p-7a  or  12mn-8a  or  7p-7a | | |
| Initials | PRINT NAME | SIGNATURE | Initials | PRINT NAME | SIGNATURE | Initials | PRINT NAME | SIGNATURE |
| | H. Hollings_ | | | C. _ _ | | ma | m austin | _ _ |
| | | | | L-Robbon | | | | |
| | | | | J. Lerma | | | | |

Note: Additional signatures, stamps, and corresponding initials are to be entered on back of form. Form to be placed in inmate's infirmary/medical record upon completion or upon discharge of inmate from observation status.

Inmate Name  Lee, Robert
DC# T15259    Race/Sex  B/M
Date of Birth ▓▓▓▓    Institution  WRA-RCC

DC 4-650 (Effective 01/21) (Revised 3h/2)
Page 1 of 2

Page 2 of 2
DC4-650 (Effective 01/21) (Revised 06/21)

FLORIDA DEPARTMENT OF CORRECTIONS
# OBSERVATION CHECKLIST
(For Inpatient or Outpatient)

FDC 000579

Use of additional signature lines as needed:

| Day Shift Staff 7a-3p or 7a-7p | | | Evening Shift Staff 3p-11p or 4p-12mn | | | Night Shift Staff 11p-7a or 12mn-8a or 7p-7a | | |
|---|---|---|---|---|---|---|---|---|
| Initials | PRINT NAME | SIGNATURE | Initials | PRINT NAME | SIGNATURE | Initials | PRINT NAME | SIGNATURE |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

**119-SANTA ROSA C.I.**                                                2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                                  Vital Signs
Main: 8509835800 Fax: 8509835864                      Date of Service: 3/9/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████████
Facility: 122-WAKULLA ANNEX

**Vital Signs:**

**Temp:** 98.4 F, **Pulse:** 70, **Resp:** 18, **BP:** 130/86, **O2 sat:** 99%, **Height:** 71 (inches)

**Disclaimer: All EMR timestamps are Eastern Time Zone**

Signed By: ShawWilliams, Nursing Assistant, Centurion, Sonja at 3/9/2024 9:43:25 AM

**119-SANTA ROSA C.I.**                                    2/18/2025
5850 East Milton Rd.
Milton, FL 32583                    DC4-711C - Medical Consent Form
Main: 8509835800 Fax: 8509835864      Date of Service: 3/8/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████████
Facility: 122-WAKULLA ANNEX
**DC4-711C - Medical Consent Form**


*Imported By: Sonja ShawWilliams, Nursing Assistant, Centurion 3/9/2024 7:20:06 AM*

_____

External Attachment:

  Type:     Image
 Comment:   External Document



Signed By: Medina, Registered Nurse, Centurion, Yulady at
3/9/2024 7:20:33 AM

1 of 1

## STATE OF FLORIDA
## DEPARTMENT OF CORRECTIONS

### AUTHORIZATION FOR HEALTH EVALUATION AND TREATMENT

I fully realize that examinations and tests are necessary for classification of my health status and for the purpose of my assignment to appropriate institutional and work categories.

In addition, I realize that during my stay in the Department of Corrections, it may be advisable for me to undergo examinations, tests, procedures, and courses of medical and dental treatment as may be necessary for my health and physical well-being.

I, therefore, consent to these examinations, tests, procedures, x-rays, and medical and dental treatments with the understanding that should hospitalization and/or surgery be necessary, a separate consent will be signed prior to hospitalization and/or surgery.

R. Lee
Signature of Patient

3/8/24
Date

W. Murlin RN
Signature of Witness

Y. Medina RN
Name Stamp/Title

Inmate Name Lee, Robert

DC# T15204        Race/Sex B/M

Date of Birth ███████

Institution WAKAN-RCC

DC4-711C (Revised 4/9/10)

**119-SANTA ROSA C.I.**                                              2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                          MH Consents
Main: 8509835800 Fax: 8509835864        Date of Service: 3/8/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ████████
Facility: 122-WAKULLA ANNEX
**MH Consents**


*Imported By: Sonja ShawWilliams, Nursing Assistant, Centurion 3/9/2024 7:17:33 AM*

_____

External Attachment:

  Type:     Image
 Comment:   External Document



Signed By: Hollington, LPN, Licensed Practical Nurse, Centurion,
Hester at 3/9/2024 7:18:01 AM

## FLORIDA DEPARTMENT OF CORRECTIONS
## CONSENT TO INPATIENT MENTAL HEALTH CARE

Institution WAKAN - LCC _____    [ ] Crisis Stabilization Unit
[ ] Transitional Care Unit
[ ] Institution Infirmary

I, Lee, Robert _____, DC # T15204 _____, DOB 1-14-81 ,
have, this date, been informed that I need inpatient mental health care for the following reasons:

Higher level of care _____

I understand that certain examinations, treatments, and medications may be necessary during my stay in order to improve my condition and adjustment in the correctional setting.

I also understand that no examinations, medications, or treatments will be given to me without my consent, so long as I do not pose an immediate and serious threat to my health and well-being or that of others. If it is determined that I am in immediate danger of causing serious bodily harm to myself or others, staff will take the minimum medical action necessary to ensure my safety and well-being, as well as that of others.

My length of stay in inpatient care will depend upon how quickly my condition improves, but is usually no longer than four (4) weeks in a crisis stabilization unit, three months in a transitional care unit, or four (4) days in a permanent institution infirmary.

I have read or had the above read to me and have been given the opportunity to ask questions. Therefore, I voluntarily consent to be admitted to inpatient mental health care.

Patient Signature ___R L ee_____    Date 3/8/24

Staff Signature and Stamp _____    Date 3/8/24    Time 1848

Witness Signature and Stamp _____    Date 3/8/24    Time 1848

INMATE NAME Lee, Robert
DC# T15204    RACE/SEX B / M        This form is not to be amended, revised or altered without
DATE OF BIRTH ████████████            approval of the Chief for Health Services Administration.
INSTITUTION WAKAN - LCC

CONSENT TO INPATIENT MENTAL HEALTH CARE
DC4-649 (Revised 6/28/18)                    Distribution:  Infirmary Record

# FLORIDA DEPARTAMENTO CORRECCIONAL

## PERMISO A CUIDADO DE SALUD MENTAL PARA REOS

Institución_____    ☐ Unidad de estabilización crítica
                                          ☐ Unidad de cuidado transicional
                                          ☐ Enfermería institucional

Yo, _____ DC No. _____ , he sido informado en esta fecha que necesito cuidado de salud mental como enfermo internado por las siguientes razones:

_____

_____

Yo entiendo que ciertos exámenes, tratamientos y medicamentos pueden ser necesarios durante mi estadía para poder mejorar mi condición y ajuste en el medioambiente penal.

Yo también entiendo que ningún examen, medicamento o tratamiento se dará sin mi acuerdo, a menos que yo no sea una amenaza inmediata y seria a mi salud y bienestar o a los demás. Si se determina que yo estoy en peligro inmediato de causar daño físico serio a mi mismo o a otros, el personal tomará la acción médica mínima que sea necesaria para asegurar mi seguridad y bienestar, al igual que el de los demás.

La duración de mi estadía como enfermo internado dependerá en la rapidez de mi recuperación, pero usualmente no es más larga de cuatro (4) semanas en una unidad de estabilización crítica, tres meses en una unidad de cuidado transicional, o cuatro (4) días en una enfermería institucional permanente.

Yo he leído o me han leído lo anterior y se me ha dado toda oportunidad para hacer preguntas. Por lo tanto, me someto voluntariamente a ser admitido a cuidado de salud mental como enfermo internado.


_____        _____
FIRMA DEL PACIENTE                       FECHA


_____        _____
FIRMA Y CUÑO DE PERSONAL                 FECHA

                                         _____
                                         HORA


_____        _____
FIRMA Y CUÑO DEL TESTIGO                 FECHA

                                         _____
                                         HORA

INMATE NAME_____    This form is not to be amended, revised or altered without
DC#_____ RACE/SEX_____    approval of the Chief for Health Services Administration.
DATE OF BIRTH_____
INSTITUTION_____
PERMISO A CUIDADO DE SALUD MENTAL PARA REOS         DISTRIBUICIÓN: Registro de Enfermería
DC4-649 Spanish (Revised 6/28/18)

**119-SANTA ROSA C.I.**                                                    2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                        Xfr Sum - Receiving;Hlth Ed;
Main: 8509835800 Fax: 8509835864                          Date of Service: 3/8/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ▮▮▮▮▮▮▮
Facility: 122-WAKULLA ANNEX
Transfers:

## Orders added during this encounter:
Health Review- Transfer (Provider); Start Date: 03/10/2024

FLORIDA DEPARTMENT OF CORRECTIONS     OFFICE OF HEALTH SERVICES
**HEALTH INFORMATION TRANSFER AND ARRIVAL SUMMARY**

**Receiving facility MUST complete all starred items.**     Completion of the below
information is not applicable for inmates transferring to a community facility: e.g work release center

Document Name of Transit or Permanent Facility:
Permanent Facility   **Facility Name:** 122-WAKULLA ANNEX
03/08/2024 6:48 PM
Vital Signs: Any Vital Signs out of normal range requires referral:

**Temp:**  97.2
**Pulse:** 71   **Resp:**  18   **BP:**  152  **/** 88   **O2 sat:**   99
**Current Weight (lbs):**  157
**Oriented to:** Person, Place
**Current behavior: * requires referral:** Cooperative

 **1. Health Services Inmate Orientation Handbook received?   Permanent Facility Only:** Yes
**\*2. Oriented to access of care: Sick call-Emergency-Pill line-Mental Health- Dental and Medications pick up?** Yes
**\*3. Is Inmate currently receiving medications?**   No
**\*4. Does the inmate have medications with them? If NO, referral required:** N/A
**\*5. Is the Inmate currenlty receiving healthcare?** Yes
Medical
Mental Health
**\*6. Is the Inmate presently thinking of committing suicide?** No
**\*7. Does Inmate have a history of substance abuse treatment? Permanent Facility Only:** No
**\*8. Does Inmate have a history of self-injurious behavior?** No
**\*9. Does inmate have a history of inpatient and/or outpatient psychiatric tx?** No
 **10. Does the inmate feel that s/he is susceptible to being victimized by an act of sexual abuse or assault?**   No
 **11. Does the inmate acknowledge or exhibit any tendencies to act out sexually aggressive behavior?** No
**\*12. Does the inmate have a current medical, dental, or MH complaint** No
**\*13. Deformities-evidence of abuse-trauma-disabilities or other physical limitations?** No
**\*14. Signs or symptoms of skin infection?** No
**\*15. Referrals needed for:** Medical, Mental Hlth, Routine
**\*16. Any change in medication list?** No
**\*17. Prescription renewal needed for current prescribed** No

1 of 3

**119-SANTA ROSA C.I.**                                        2/18/2025
5850 East Milton Rd.
Milton, FL 32583                              Xfr Sum - Receiving;Hlth Ed;
Main: 8509835800 Fax: 8509835864              Date of Service: 3/8/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ██████████
Facility: 122-WAKULLA ANNEX
**\*18. Single dose MAR?** NA
**\*19. Current Medical-Dental or Mental Health complaint?** No
**\*20. Are there any job or housing restrictions?** No
**\*21. Does Inmate require any Passes?** No
**\*22. Does Inmate have Consults pending?** No
**\*23. Does Inmate have any overdue appointments?** No
**\*24. Does Inmate need impaired Inmate Assistant?** No
**\*25. Disposition:** MH
**\*26. Has the Inmate been screened for Hepatits C? Permanent Facility Only:** Yes


**Orders Added:**
Added new Test order of Health Review- Transfer (Provider) (HR) - Signed

Transfer sending info reviewedTransfer receiving summary reviewed
DC4-760A Health Information Transfer/Arrival Summary (Revised 11/20/23)
This form is not to be amended, revised, or altered without        approval of the Deputy Director of
Health Services Administration.

**\*\*Disclaimer: All EMR timestamps are Eastern Time Zone\*\***

Inmate Name: ROBERT S LEE
DC#: T15204    Race/Sex: Black or African American / Male
Date of Birth: ██████████
Institution: 122-WAKULLA ANNEX
FLORIDA DEPARTMENT OF CORRECTIONS    OFFICE OF HEALTH SERVICES
**INMATE HEALTH EDUCATION**

**Institution:**
122-WAKULLA ANNEX **Date:** 03/08/2024

**Hygiene**

**Medication compliance**
**Treatment compliance**


DC4-773 Inmate Health Education (Revised 7/31/23)
This form is not to be amended, revised, or altered without approval of the Deputy Director of Health
Services Administration.

**\*\*Disclaimer: All EMR timestamps are Eastern Time Zone\*\***


Signed By: Holloway, RN, Registered Nurse, Centurion, Seth at 3/8/2024 6:49:56 PM

FDC 000588

**119-SANTA ROSA C.I.**                                        2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                Xfr Sum - Receiving;Hlth Ed;
Main: 8509835800 Fax: 8509835864                 Date of Service: 3/8/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ██████████
Facility: 122-WAKULLA ANNEX

**119-SANTA ROSA C.I.**
5850 East Milton Rd.
Milton, FL 32583
Main: 8509835800 Fax: 8509835864

2/18/2025

Chron Rec Health Care;
Date of Service: 3/8/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 211-CROSS CITY C.I.
**Note:** TRANSFER OUT
**Type of Record Transfer** Transfer Out
**Most Recent Paper Volume Number** 28
**Previous Paper Volume Numbers** 1-27
**Psychological Volume Numbers** 1
**Dental Volume Numbers** 1


DC4-701 Chronological Record of Health Care (Revised 8/1/17)
This form is not to be amended, revised, or altered without          approval of the Office of Health Services
Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**


Signed By: Natkiel, Medical Records Clerk, Centurion, Jennifer at 3/8/2024 3:13:08 PM

**119-SANTA ROSA C.I.**                                    2/18/2025
5850 East Milton Rd.
Milton, FL 32583                    Disch Summary,Inf Transfer Form,MH Daily Nur Eval,
Main: 8509835800 Fax: 8509835864                    Date of Service: 3/8/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ▓▓▓▓▓▓▓
Facility: 211-CROSS CITY C.I.

**Department of Corrections**

**Infirmary Placement**
Patient Identifiers:
**Last Name:**
LEE
**First Name:**
ROBERT
**DC#:**
T15204
**DOB:**
▓▓▓▓▓
**Sex:**
Male
**Race:**
Black or African American
**EOS Date:**
LIFE
**Admit Date:**
February 21, 2024
**Select One:**   None
Profile:
**M:**
1
**S:**
2
**T:**
1
**W:**
1
**SY:**
_
**Admitting Diagnosis:**   RISK FOR SELF HARM
**Medications**
ACETAMINOPHEN 325 MG ORAL TABS two tablets by mouth every 8hr as needed for pain (DOT) stock
Route: ORAL, STOOL SOFTENER 100 MG ORAL TABS Take one tablet by mouth twice daily (DOT)
Route: ORAL.


**Pending Appointment/Dates:**   XRAY SHOULDER AFTER USE OF FORCE
Oxygen:
**Skin:**   Intact
Mental Health:
under current orders for
**Completed by:**   Smith, RN, Registered Nurse, Centurion, Melisa
**Dressing:**   Self Dress

1 of 6

**119-SANTA ROSA C.I.**                                              2/18/2025
5850 East Milton Rd.
Milton, FL 32583                    Disch Summary,Inf Transfer Form,MH Daily Nur Eval,
Main: 8509835800 Fax: 8509835864                    Date of Service: 3/8/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 211-CROSS CITY C.I.
**Bathing:**   No Assist
Shower
**Toileting:**   No Assist
**Bladder Control:**   Continent
**Catheter:**   No
**Bowel Control:**   Continent
**Feeding Assist:**   None
**Diet:**   Other:
PSYCH
**Ambulation:**   Independent
Does patient need any special medical equipment (ex. Hoyer lift, air mattress, O2 concentrator, etc.)
N/A
**Items to be transferred with patient:**   NA
**Items to be supplied by receiving institution:**   NA


DC4-760D Infirmary Placement
This form is not to be amended, revised, or altered without            approval of the Office of Health Services
Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES

## MENTAL HEALTH NURSING EVALUATION

### SUBJECTIVE:
03/08/2024 2:37 PM **Patient Age:** 43 Years Old
**Date of Admission:**   02/21/2024
**Institution:** 211-CROSS CITY C.I.
**Current location of patient:** Isolation Management Room -IMR/ Self Harm Observation Status -SHOS
**Type of evaluation:** Evaluation every 8 hours for IMR,CSU,CMHTF
**Has the SHOS/IMR order been reviewed daily by the clinician?** Yes
**Weekend/Holidays nurse has documented the above review from the on-call clinician in EMR:** Yes

PHYSICAL ASSESSMENT
F % **Last 3 Weights:**
164 03/05/2024 4:01:04 PM,
164 03/05/2024 8:04:24 AM,
164 03/01/2024 4:00:08 PM
SHOS: As ordered by clinician
MORSE FALL SCALE ASSESSMENT DC4-684A Completed
On Admission on all CSU, CMHTF, & TCU patients
**Previous Score with Date:**
15 (03/08/2024 8:00:49 AM)
**Risk Level**

FDC 000592

**119-SANTA ROSA C.I.**                                                   2/18/2025
5850 East Milton Rd.
Milton, FL 32583                        Disch Summary,Inf Transfer Form,MH Daily Nur Eval,
Main: 8509835800 Fax: 8509835864                       Date of Service: 3/8/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 211-CROSS CITY C.I.
No Risk
**Inmate has ADA OR non-ADA disabilities/impairments--e.g. doesn't understand English** No:
Day Shift to list inmate impairments and/or disabilities:
**1.** NA
**4.** NA
**2.** NA
**5.** NA
**3.** NA
**6.** NA

## SUBJECTIVE:
**Patient's general comments/complaints:** NO COMPLAINTS AT THIS TIME
**Medical/Dental Complaints?:** No

## OBJECTIVE:
**Hygiene-Showers** Days
NA for this shift
**See DC4-716A flow sheet if checked
**Diet or Meal Tray** Days-Lunch
Accepted meal tray

**Sleep: Number of hours patient slept    2
Days 0800-1600**

**Skin Integrity:**
For alterations in skin integrity complete the appropriate Nursing Protocol and if skin damage is
associated with an injury complete Diagram of Injury, DC4-708.     Additional notes may be documented
on form DC4-642F or DC4-714A.    If specific skin problem not noted, select NA.
    N/A
Weekly DC4-804 Braden Scale for Predicting Pressure Sore Risk completed on Day Shift.
**Last Score with date:** 22 (03/08/2024 8:00:49 AM)
**Today's score:** 22
N/A
**Location:** NA
**AIMS: Completed by clinician:** NA
**Medication Side Effects:**    No
**Is Clinician aware of side effects?** Yes
**Appearance:**
Well Groomed
Somewhat disheveled
**Current Behavior (Check all that apply):**
Cooperative

**Orientation:**
Person    Place
Time
Situation
**Memory:**

FDC 000593

**119-SANTA ROSA C.I.**                                                    2/18/2025
5850 East Milton Rd.
Milton, FL 32583                    Disch Summary,Inf Transfer Form,MH Daily Nur Eval,
Main: 8509835800 Fax: 8509835864                    Date of Service: 3/8/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ████████
Facility: 211-CROSS CITY C.I.
Intact

**Eye Contact:**
Good
**Speech:**
Loud
Rambling

**Mood:**
Irritable

**Affect:**
Blunted

**Thought Process:**
Well Organized

**Perception:**
**Is patient hearing voices or conversations which others cannot hear?** No
**Is patient seeing visions of anything which others cannot see?** No
**Thought Content:**
**Is patient experiencing delusions e.g., believes s/he is being poisoned, can read minds, etc.?** No
**Does patient have non-suicidal self-injury ideas or threats?** No
**Does patient have suicidal ideas or threats?** No
**Does patient have homicidal threats or plan?** Yes
**Describe:** PER IMP

## DAILY ASSESSMENTS AND PLANS
1. List & describe noted problems and plans each shift
2. Day shift to list all current CSU and CMHTF inmate problems by ISP number every 7 days.
3. Day shift to list all current TCU inmate problems by ISP number every 28 days.

**Last ISP assessment on:**
03/07/2024
**Current Problems:**
Pain in left shoulder (ICD-719.41) (ICD10-M25.512)
MH Problem: Homicidal Behaviors (ICD-121) (ICD10-F99)
MH Problem: Anger Mangement Deficits (ICD-104) (ICD10-F99)
Antisocial personality disorder (ICD-301.7) (ICD10-F60.2)
Intermittent explosive disorder (ICD-312.34) (ICD10-F63.81)
Constipation, chronic (ICD-564.09) (ICD10-K59.09)
Urinary tract infection (UTI) (ICD-599.0) (ICD10-N39.0)
Blood in urine (ICD-599.70) (ICD10-R31.9)
General health examination (ICD-V70.9) (ICD10-Z00.00)
Abnormal labs (ICD-790.99) (ICD10-R89.9)
Knee pain (ICD-719.46) (ICD10-M25.569)
Back pain (ICD-724.5) (ICD10-M54.9)
Other abnormal findings in urine (ICD10-R82.998)

4 of 6

**119-SANTA ROSA C.I.**                                                      2/18/2025
5850 East Milton Rd.
Milton, FL 32583                              Disch Summary,Inf Transfer Form,MH Daily Nur Eval,
Main: 8509835800 Fax: 8509835864                              Date of Service: 3/8/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ▮▮▮▮▮▮
Facility: 211-CROSS CITY C.I.
Screening for vision (ICD-V80.2) (ICD10-Z13.89)
Wart (ICD-078.10) (ICD10-B07.9)
Headache, unspecified (ICD10-R51.9)
MH Problem: Impulsiveness (ICD-126) (ICD10-F99)

DC4-673B Mental Health Nursing Evaluation (Revised 10/31/23)
This form is not to be amended, revised, or altered without            approval of the Deputy Director of
Health Services Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

FLORIDA DEPARTMENT OF CORRECTIONS    OFFICE OF HEALTH SERVICES
**DISCHARGE SUMMARY**
**Discharge Date:** 03/08/2024 **Time:** 1435
**Allergies:**
* NKDA (Mild)


**Discharge Diagnosis:** Pain in left shoulder (ICD-719.41) (ICD10-M25.512), MH Problem: Homicidal
Behaviors (ICD-121) (ICD10-F99), MH Problem: Anger Mangement Deficits (ICD-104) (ICD10-F99),
Antisocial personality disorder (ICD-301.7) (ICD10-F60.2), Intermittent explosive disorder (ICD-312.34)
(ICD10-F63.81), Constipation

**Discharge Medications:**
ACETAMINOPHEN 325 MG ORAL TABS (ACETAMINOPHEN) two tablets by mouth every 8hr as needed
for pain (DOT) stock; Route: ORAL
STOOL SOFTENER 100 MG ORAL TABS (DOCUSATE SODIUM) Take one tablet by mouth twice daily
(DOT); Route: ORAL


**Follow up Lab/Appointments:**
Periodic Screening [PE]
Dental Periodic Wait List [DSAX]
CBC w/o Diff (Hemogram)/Plat. CT (PE) [0034-9]
Fasting Glucose (PE) [0095-0]
Urinalysis (PE) [0159-4]
Hemoccult Screening (PE) [HEMOSCREEN]
Refer to Optometrist [SPOP]
SHOS - Admit to SHOS [SHOS]
SHOS - Allowable Items [SHOS-ITEMS]
SHOS - Activity Level [SHOS-ACTIVITY]
SHOS - Mental Health Diet [SP-PMSP]
SHOS - Vital Signs Q 24 Hours [SHOS-Q24VS]
SHOS - Observation Checks (q 15 min or continuous) [SHOS-OBS]
SHOS Status [SHOS]
Staff Request/Referral [NURREQREF]
Infirmary Admission Orders [NURINFADMIT]
Interview Inmate Request [MHIII]

5 of 6

**119-SANTA ROSA C.I.**                                            2/18/2025
5850 East Milton Rd.
Milton, FL 32583                          Disch Summary,Inf Transfer Form,MH Daily Nur Eval,
Main: 8509835800 Fax: 8509835864                        Date of Service: 3/8/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 211-CROSS CITY C.I.
Initial Confinement Interview [MHBSR]
Treatment Plan Wait List [DIWT]
ATBQ [NURATBQ]
XRAY SHOULDER COMPLETE MIN 2V LT [73030-48-LT]

**Condition at Discharge:** IMP discharged at this time by Petersen.    IMP ambulated out of SHOS cell
with security to be transferred to Wakulla CI via DOC van.    IMP has no meds to transfer.    Alert and
oriented x 4.    Stable condition upon release to security.
**Disposition:** Transferred

DC4-713B Discharge Summary (Revised 12/17/19)
This form is not to be amended, revised, or altered without        approval of the Office of Health Services
Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

Signed By: Smith, RN, Registered Nurse, Centurion, Melisa at 3/8/2024 3:06:20 PM