**119-SANTA ROSA C.I.**
5850 East Milton Rd.
Milton, FL 32583
Main: 8509835800 Fax: 8509835864

2/18/2025

Inf Progress Rec,
Date of Service: 3/8/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: [redacted]
Facility: 211-CROSS CITY C.I.

**Orders added during this encounter:**

XRAY SHOULDER COMPLETE MIN 2V LT; Start Date: 03/11/2024

**Medications added during this encounter:**

ACETAMINOPHEN 325 MG ORAL TABS • two tablets by mouth every 8hr as needed for pain (DOT) stock

FLORIDA DEPARTMENT OF CORRECTIONS OFFICE OF HEALTH SERVICES
**INFIRMARY PROGRESS RECORD**

**Institution:**
211-CROSS CITY C.I.

**Date:** 03/08/2024 **Time:** 10:00 AM **Discipline:** M= MD/CA/ARNP

Vital signs reviewed

**Comments:**
SHOS Progress Note

S C/o Lt shoulder pain, states "from the use of force..."
states unable to move shoulder

O A/O x3 WAD Standing at cell front with SHOS blanket wrapped around shoulders
Resp Even/Unlabored
Lt shoulder no deformity noted, no ecchymosis noted no erythemia, pt refuses attempt ROM

A SHOS
Lt Shoulder pain

P/E Con't SHOS
xray shoulder
Tylenol for pain

DC4-714A Infirmary Progress Record (Revised 07/19/17)

**119-SANTA ROSA C.I.**
5850 East Milton Rd.
Milton, FL 32583
Main: 8509835800 Fax: 8509835864

2/18/2025

Inf Progress Rec,
Date of Service: 3/8/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: [redacted]
Facility: 211-CROSS CITY C.I.

This form is not to be amended, revised, or altered without approval of the Office of Health Services Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

Signed By: Petersen, APRN, Medical Provider, Centurion, Laura at 3/8/2024 10:27:39 AM

**119-SANTA ROSA C.I.**
5850 East Milton Rd.
Milton, FL 32583
Main: 8509835800 Fax: 8509835864

2/18/2025
Refused Nurse Inf,Vitals,Morse Scale,Braden Scale,MH D
Date of Service: 3/8/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: [REDACTED]
Facility: 211-CROSS CITY C.I.

FLORIDA DEPARTMENT OF CORRECTIONS OFFICE OF HEALTH SERVICES

**REFUSAL OF HEALTH CARE SERVICES**

**This is to certify that I am refusing the following:**

**Medical Services**

**If Medical Services, then please describe:** VITAL SIGNS

I understand this refusal is against the advice of my health care providers. I acknowledge that I have been informed of the diagnosis, if known, the nature and purposes of the proposed procedure/treatment/medication, risks and benefits of the proposed procedure/treatment/medication, alternative treatments and their risks and benefits and the consequences and danger to my health and possibly to my life that may result from my refusal of this procedure/treatment/medication.

I have been given time to ask questions about my condition and about my decision to refuse the proposed procedure/treatment/medication that my health care provider has explained to me is medically indicated and necessary.

I voluntarily assume the risks and accept the consequences of my refusal of the procedure/treatment/medication and I am releasing the Department of Corrections, all health care providers, the facility, and facility staff from any and all liability for ill effects that may result from my refusal of treatment.

**Inmate Refused to Sign**

DC4-711A Refusal of Healthcare Services (Revised 08/01/13)
This form is not to be amended, revised, or altered without approval of the Office of Health Services Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES

**BRADEN SCALE FOR PREDICTING PRESSURE SORE RISK**

**Sensory Perception - Ability to respond meaningfully to pressure-related discomfort:**
4-No Impairment

**Moisture - degree to which skin is exposed to moisture:** 4-Rarely Moist

**119-SANTA ROSA C.I.**
5850 East Milton Rd.
Milton, FL 32583
Main: 8509835800 Fax: 8509835864

2/18/2025

Refused Nurse Inf,Vitals,Morse Scale,Braden Scale,MH D
Date of Service: 3/8/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: [redacted]
Facility: 211-CROSS CITY C.I.

**Activity - degree of physical activity:** 4-Walks Frequently

**Mobility - ability to change and control body position:** 4-No Limitation

**Nutrition - usual food intake pattern:** 3-Adequate

**Friction and Shear:** 3-No Apparent Problem

**Total Score:** 22 **Risk Level:** No further action required

DC4-804 Braden Scale for Predicting Pressure Sore Risk (Revised 3/14/17)
This form is not to be amended, revised, or altered without approval of the Office of Health Services Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

**Fall Risk Assessment**
FLORIDA DEPARTMENT OF CORRECTIONS OFFICE OF HEALTH SERVICES

**MORSE FALL SCALE**

**Fall Risk Calculation**

**History of falling: immediate or within 3 months** No (0)

**Secondary diagnosis** Yes (15)

**Ambulatory aids** Bed rest/nurse assist (0)

**IV/Heparin Lock** No (0)

**Gait/Transferring**
Normal/bedrest/immobile (0)

**Mental Status**
Oriented to own ability (0)

**Total Fall Risk Score: 15**
**Risk Level No Risk**

Scoring:
0-24= No Risk, Good Basic Nursing Care
25-50= Low Risk, Implement Standard Fall Prevention Interventions
>50 = High Risk, Implement High Risk Fall Prevention Interventions

**119-SANTA ROSA C.I.** 2/18/2025
5850 East Milton Rd.
Milton, FL 32583 Refused Nurse Inf,Vitals,Morse Scale,Braden Scale,MH D
Main: 8509835800 Fax: 8509835864 Date of Service: 3/8/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: [redacted]
Facility: 211-CROSS CITY C.I.

1 Morse, J.M., (2009), Preventing patient falls (2nd ed.), New York; Springer, Published, 2009

DC4-684A Morse Fall Scale (Revised 8/1/17)
This form is not to be amended, revised, or altered without approval of the Office of Health Services Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**
FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES

## MENTAL HEALTH NURSING EVALUATION

### SUBJECTIVE:

03/08/2024 8:00 AM **Patient Age:** 43 Years Old
**Date of Admission:** 02/21/2024
**Institution:** 211-CROSS CITY C.I.
**Current location of patient:** Isolation Management Room -IMR/ Self Harm Observation Status -SHOS
**Type of evaluation:** Evaluation every 8 hours for IMR,CSU,CMHTF
**Has the SHOS/IMR order been reviewed daily by the clinician?** Yes
**Weekend/Holidays nurse has documented the above review from the on-call clinician in EMR:** Yes

PHYSICAL ASSESSMENT
F % **Last 3 Weights:**
164 03/05/2024 4:01:04 PM,
164 03/05/2024 8:04:24 AM,
164 03/01/2024 4:00:08 PM
SHOS: As ordered by clinician
MORSE FALL SCALE ASSESSMENT DC4-684A Completed
On Admission on all CSU, CMHTF, & TCU patients
**Previous Score with Date:**
15 (03/07/2024 8:00:00 AM)
**Risk Level**
No Risk
**Inmate has ADA OR non-ADA disabilities/impairments--e.g. doesn't understand English** No:
Day Shift to list inmate impairments and/or disabilities:
**1.** NA
**4.** NA
**2.** NA
**5.** NA
**3.** NA
**6.** NA

### SUBJECTIVE:

**Medical/Dental Complaints?:** No

### OBJECTIVE:

**Hygiene-Showers** Nights
NA for this shift

3 of 6

FDC 000601

**119-SANTA ROSA C.I.**
5850 East Milton Rd.
Milton, FL 32583
Main: 8509835800 Fax: 8509835864

2/18/2025
Refused Nurse Inf,Vitals,Morse Scale,Braden Scale,MH D
Date of Service: 3/8/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: [redacted]
Facility: 211-CROSS CITY C.I.
**See DC4-716A flow sheet if checked
**Diet or Meal Tray** Nights-Breakfast
Accepted meal tray

**Sleep: Number of hours patient slept 6**
**Nights 2400-0800**

**Skin Integrity:**
For alterations in skin integrity complete the appropriate Nursing Protocol and if skin damage is associated with an injury complete Diagram of Injury, DC4-708. Additional notes may be documented on form DC4-642F or DC4-714A. If specific skin problem not noted, select NA.
N/A
Weekly DC4-804 Braden Scale for Predicting Pressure Sore Risk completed on Day Shift.
**Last Score with date:** 22 (03/07/2024 8:00:00 AM)
**Today's score:** 22
N/A
**Location:** NA
**AIMS: Completed by clinician:** NA
**Medication Side Effects:** No
**Is Clinician aware of side effects?** Yes
**Appearance:**
Somewhat disheveled
**Current Behavior (Check all that apply):**
Agitated
Restless
Cursing

**Orientation:**
Person Place
Time

**Memory:**
Intact

**Eye Contact:**
Good
**Speech:**
Loud
Rambling

**Mood:**
Irritable

**Affect:**
Blunted

**Thought Process:**
Well Organized

**119-SANTA ROSA C.I.**
5850 East Milton Rd.
Milton, FL 32583
Main: 8509835800 Fax: 8509835864

2/18/2025
Refused Nurse Inf,Vitals,Morse Scale,Braden Scale,MH D
Date of Service: 3/8/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: [redacted]
Facility: 211-CROSS CITY C.I.
Coherent

**Perception:**
**Is patient hearing voices or conversations which others cannot hear?** No
**Is patient seeing visions of anything which others cannot see?** No
**Thought Content:**
**Is patient experiencing delusions e.g., believes s/he is being poisoned, can read minds, etc.?** No
**Does patient have non-suicidal self-injury ideas or threats?** No
**Does patient have suicidal ideas or threats?** No
**Does patient have homicidal threats or plan?** Yes

## DAILY ASSESSMENTS AND PLANS

1. List & describe noted problems and plans each shift
2. Day shift to list all current CSU and CMHTF inmate problems by ISP number every 7 days.
3. Day shift to list all current TCU inmate problems by ISP number every 28 days.

**Last ISP assessment on:**
03/07/2024
**Current Problems:**
MH Problem: Homicidal Behaviors (ICD-121) (ICD10-F99)
MH Problem: Anger Mangement Deficits (ICD-104) (ICD10-F99)
Antisocial personality disorder (ICD-301.7) (ICD10-F60.2)
Intermittent explosive disorder (ICD-312.34) (ICD10-F63.81)
Constipation, chronic (ICD-564.09) (ICD10-K59.09)
Urinary tract infection (UTI) (ICD-599.0) (ICD10-N39.0)
Blood in urine (ICD-599.70) (ICD10-R31.9)
General health examination (ICD-V70.9) (ICD10-Z00.00)
Abnormal labs (ICD-790.99) (ICD10-R89.9)
Knee pain (ICD-719.46) (ICD10-M25.569)
Back pain (ICD-724.5) (ICD10-M54.9)
Other abnormal findings in urine (ICD10-R82.998)
Screening for vision (ICD-V80.2) (ICD10-Z13.89)
Wart (ICD-078.10) (ICD10-B07.9)
Headache, unspecified (ICD10-R51.9)
MH Problem: Impulsiveness (ICD-126) (ICD10-F99)

DC4-673B Mental Health Nursing Evaluation (Revised 10/31/23)
This form is not to be amended, revised, or altered without approval of the Deputy Director of Health Services Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

### Vital Signs:

**, Height:** 71 (inches)

**119-SANTA ROSA C.I.** 2/18/2025
5850 East Milton Rd.
Milton, FL 32583 Refused Nurse Inf,Vitals,Morse Scale,Braden Scale,MH D
Main: 8509835800 Fax: 8509835864 Date of Service: 3/8/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: [redacted]
Facility: 211-CROSS CITY C.I.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

Signed By: Smith, RN, Registered Nurse, Centurion, Melisa at 3/8/2024 11:14:03 AM

**119-SANTA ROSA C.I.**
5850 East Milton Rd.
Milton, FL 32583
Main: 8509835800 Fax: 8509835864

2/18/2025

MH Daily Nur Eval,
Date of Service: 3/8/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: [redacted]
Facility: 211-CROSS CITY C.I.
FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES

## MENTAL HEALTH NURSING EVALUATION

## SUBJECTIVE:

03/08/2024 12:46 AM **Patient Age:** 43 Years Old
**Date of Admission:** 02/21/2024
**Institution:** 211-CROSS CITY C.I.
**Current location of patient:** Isolation Management Room -IMR/ Self Harm Observation Status -SHOS
**Type of evaluation:** Evaluation every 8 hours for IMR,CSU,CMHTF
**Has the SHOS/IMR order been reviewed daily by the clinician?** N/A
**Weekend/Holidays nurse has documented the above review from the on-call clinician in EMR:** N/A

PHYSICAL ASSESSMENT
F % **Last 3 Weights:**
164 03/05/2024 4:01:04 PM,
164 03/05/2024 8:04:24 AM,
164 03/01/2024 4:00:08 PM
SHOS: As ordered by clinician
MORSE FALL SCALE ASSESSMENT DC4-684A Completed
On Admission on all CSU, CMHTF, & TCU patients
**Previous Score with Date:**
15 (03/07/2024 8:00:00 AM)
**Risk Level**
No Risk
**Inmate has ADA OR non-ADA disabilities/impairments--e.g. doesn't understand English** No:
Day Shift to list inmate impairments and/or disabilities:
**1.** NA
**4.** NA
**2.** NA
**5.** NA
**3.** NA
**6.** NA

## SUBJECTIVE:

**Time of assessment:** 2100
**Patient's general comments/complaints:** No complaints at this time
**Medical/Dental Complaints?:** No

## OBJECTIVE:

**Hygiene-Showers** Nights
NA for this shift
**See DC4-716A flow sheet if checked
**Diet or Meal Tray** Nights-Breakfast
Meal has not been served yet*

**119-SANTA ROSA C.I.**
5850 East Milton Rd.
Milton, FL 32583
Main: 8509835800 Fax: 8509835864

2/18/2025

MH Daily Nur Eval,
Date of Service: 3/8/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: [redacted]
Facility: 211-CROSS CITY C.I.
**Sleep: Number of hours patient slept 5**
**Nights 2400-0800**

**Skin Integrity:**
For alterations in skin integrity complete the appropriate Nursing Protocol and if skin damage is associated with an injury complete Diagram of Injury, DC4-708. Additional notes may be documented on form DC4-642F or DC4-714A. If specific skin problem not noted, select NA.
N/A
Weekly DC4-804 Braden Scale for Predicting Pressure Sore Risk completed on Day Shift.
**Last Score with date:** 22 (03/07/2024 8:00:00 AM)
**Today's score:** 22
N/A
**Location:** NA
**AIMS: Completed by clinician:** NA
**Medication Side Effects:** No
**Is Clinician aware of side effects?** N/A
**Appearance:**
Sleeping

**Current Behavior (Check all that apply):**
Sleeping

**Orientation:**
Sleeping

**Memory:**
Sleeping

**Eye Contact:**
Sleeping

**Speech:**
Sleeping

**Mood:**
Sleeping

**Affect:**
Sleeping

**Thought Process:**
Sleeping

**Perception:**
Sleeping
**Thought Content:**
Sleeping

**119-SANTA ROSA C.I.**
5850 East Milton Rd.
Milton, FL 32583
Main: 8509835800 Fax: 8509835864

2/18/2025

MH Daily Nur Eval,
Date of Service: 3/8/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: [redacted]
Facility: 211-CROSS CITY C.I.

**DAILY ASSESSMENTS AND PLANS**

1. List & describe noted problems and plans each shift
2. Day shift to list all current CSU and CMHTF inmate problems by ISP number every 7 days.
3. Day shift to list all current TCU inmate problems by ISP number every 28 days.

**Last ISP assessment on:**
03/07/2024
**Current Problems:**
MH Problem: Homicidal Behaviors (ICD-121) (ICD10-F99)
MH Problem: Anger Mangement Deficits (ICD-104) (ICD10-F99)
Antisocial personality disorder (ICD-301.7) (ICD10-F60.2)
Intermittent explosive disorder (ICD-312.34) (ICD10-F63.81)
Constipation, chronic (ICD-564.09) (ICD10-K59.09)
Urinary tract infection (UTI) (ICD-599.0) (ICD10-N39.0)
Blood in urine (ICD-599.70) (ICD10-R31.9)
General health examination (ICD-V70.9) (ICD10-Z00.00)
Abnormal labs (ICD-790.99) (ICD10-R89.9)
Knee pain (ICD-719.46) (ICD10-M25.569)
Back pain (ICD-724.5) (ICD10-M54.9)
Other abnormal findings in urine (ICD10-R82.998)
Screening for vision (ICD-V80.2) (ICD10-Z13.89)
Wart (ICD-078.10) (ICD10-B07.9)
Headache, unspecified (ICD10-R51.9)
MH Problem: Impulsiveness (ICD-126) (ICD10-F99)

**Additional Nursing Notes:** Vitals refused
DC4-673B Mental Health Nursing Evaluation (Revised 10/31/23)
This form is not to be amended, revised, or altered without approval of the Deputy Director of Health Services Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

Signed By: Gadde, LPN, Licensed Practical Nurse. Centurion, Erica at 3/8/2024 12:48:10 AM

**119-SANTA ROSA C.I.** 2/18/2025
5850 East Milton Rd.
Milton, FL 32583 Inf Progress Rec,
Main: 8509835800 Fax: 8509835864 Date of Service: 3/7/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: [redacted]
Facility: 211-CROSS CITY C.I.
FLORIDA DEPARTMENT OF CORRECTIONS OFFICE OF HEALTH SERVICES
**INFIRMARY PROGRESS RECORD**

**Institution:**
211-CROSS CITY C.I.

**Date:** 03/07/2024 **Time:** 4:19 PM **Discipline:** M= MD/CA/ARNP

**Comments:**
SHOS Progress Note

S pt refusing to speak with this provider
observed yelling in cell and speaking to others
O A/O NAD
Resp Even/unlabored
A SHOS
PP/E Con't SHOS

DC4-714A Infirmary Progress Record (Revised 07/19/17)
This form is not to be amended, revised, or altered without approval of the Office of Health Services Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

Signed By: Petersen, APRN, Medical Provider, Centurion, Laura at 3/7/2024 4:20:27 PM

**119-SANTA ROSA C.I.** 2/18/2025
5850 East Milton Rd.
Milton, FL 32583
Main: 8509835800 Fax: 8509835864

Vitals,MH Daily Nur Eval,
Date of Service: 3/7/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: [redacted]
Facility: 211-CROSS CITY C.I.
FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES

## MENTAL HEALTH NURSING EVALUATION

### SUBJECTIVE:

03/07/2024 4:00 PM **Patient Age:** 43 Years Old
**Date of Admission:** 02/21/2024
**Institution:** 211-CROSS CITY C.I.
**Current location of patient:** Isolation Management Room -IMR/ Self Harm Observation Status -SHOS
**Type of evaluation:** Evaluation every 8 hours for IMR,CSU,CMHTF
**Has the SHOS/IMR order been reviewed daily by the clinician?** Yes
**Weekend/Holidays nurse has documented the above review from the on-call clinician in EMR:** Yes

PHYSICAL ASSESSMENT
**Temp:** 98.3 F **Pulse:** 75 **Resp:** 17 **BP:** 125 **/** 70 **O2 sat:** 98 % **Last 3 Weights:**
164 03/05/2024 4:01:04 PM,
164 03/05/2024 8:04:24 AM,
164 03/01/2024 4:00:08 PM
SHOS: As ordered by clinician
MORSE FALL SCALE ASSESSMENT DC4-684A Completed
On Admission on all CSU, CMHTF, & TCU patients
**Previous Score with Date:**
15 (03/07/2024 8:00:00 AM)
**Risk Level**
No Risk
**Inmate has ADA OR non-ADA disabilities/impairments--e.g. doesn't understand English** No:
Day Shift to list inmate impairments and/or disabilities:
**1.** NA
**4.** NA
**2.** NA
**5.** NA
**3.** NA
**6.** NA

### SUBJECTIVE:

**Patient's general comments/complaints:** NO COMPLAINTS AT THIS TIME
**Medical/Dental Complaints?:** No

### OBJECTIVE:

**Hygiene-Showers** Days
NA for this shift
**See DC4-716A flow sheet if checked
**Diet or Meal Tray** Days-Lunch
Accepted meal tray

**Sleep: Number of hours patient slept 2**
**Days 0800-1600**

1 of 4

FDC 000609

**119-SANTA ROSA C.I.**
5850 East Milton Rd.
Milton, FL 32583
Main: 8509835800 Fax: 8509835864

2/18/2025

Vitals,MH Daily Nur Eval,
Date of Service: 3/7/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: [redacted]
Facility: 211-CROSS CITY C.I.

**Skin Integrity:**
For alterations in skin integrity complete the appropriate Nursing Protocol and if skin damage is associated with an injury complete Diagram of Injury, DC4-708. Additional notes may be documented on form DC4-642F or DC4-714A. If specific skin problem not noted, select NA.
N/A
Weekly DC4-804 Braden Scale for Predicting Pressure Sore Risk completed on Day Shift.
**Last Score with date:** 22 (03/07/2024 8:00:00 AM)
**Today's score:** 22
N/A
**Location:** NA
**AIMS: Completed by clinician:** NA
**Medication Side Effects:** No
**Is Clinician aware of side effects?** Yes
**Appearance:**
Somewhat disheveled
**Current Behavior (Check all that apply):**
Cooperative

**Orientation:**
Person Place
Time
Situation
**Memory:**
Intact

**Eye Contact:**
Good
**Speech:**
Normal

**Mood:**
Depressed

**Affect:**
Broad

**Thought Process:**
Coherent

**Perception:**
**Is patient hearing voices or conversations which others cannot hear?** No
**Is patient seeing visions of anything which others cannot see?** No
**Thought Content:**
**Is patient experiencing delusions e.g., believes s/he is being poisoned, can read minds, etc.?** No
**Does patient have non-suicidal self-injury ideas or threats?** Yes
**Describe:** PER IMP
**Does patient have suicidal ideas or threats?** No

**119-SANTA ROSA C.I.**
5850 East Milton Rd.
Milton, FL 32583
Main: 8509835800 Fax: 8509835864

2/18/2025

Vitals,MH Daily Nur Eval,
Date of Service: 3/7/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: [redacted]
Facility: 211-CROSS CITY C.I.

**Does patient have homicidal threats or plan?** Yes
**Describe:** PER IMP

## DAILY ASSESSMENTS AND PLANS

1. List & describe noted problems and plans each shift
2. Day shift to list all current CSU and CMHTF inmate problems by ISP number every 7 days.
3. Day shift to list all current TCU inmate problems by ISP number every 28 days.

**Last ISP assessment on:**
03/07/2024
**Current Problems:**
MH Problem: Homicidal Behaviors (ICD-121) (ICD10-F99)
MH Problem: Anger Mangement Deficits (ICD-104) (ICD10-F99)
Antisocial personality disorder (ICD-301.7) (ICD10-F60.2)
Intermittent explosive disorder (ICD-312.34) (ICD10-F63.81)
Constipation, chronic (ICD-564.09) (ICD10-K59.09)
Urinary tract infection (UTI) (ICD-599.0) (ICD10-N39.0)
Blood in urine (ICD-599.70) (ICD10-R31.9)
General health examination (ICD-V70.9) (ICD10-Z00.00)
Abnormal labs (ICD-790.99) (ICD10-R89.9)
Knee pain (ICD-719.46) (ICD10-M25.569)
Back pain (ICD-724.5) (ICD10-M54.9)
Other abnormal findings in urine (ICD10-R82.998)
Screening for vision (ICD-V80.2) (ICD10-Z13.89)
Wart (ICD-078.10) (ICD10-B07.9)
Headache, unspecified (ICD10-R51.9)
MH Problem: Impulsiveness (ICD-126) (ICD10-F99)

DC4-673B Mental Health Nursing Evaluation (Revised 10/31/23)
This form is not to be amended, revised, or altered without approval of the Deputy Director of Health Services Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

## Vital Signs:

**Temp:** 98.3 F**, Pulse:** 75**, Resp:** 17**, BP:** 125**/**70**, O2 sat:** 98%**, Height:** 71 (inches)

**Disclaimer: All EMR timestamps are Eastern Time Zone**

3 of 4

FDC 000611

**119-SANTA ROSA C.I.**
5850 East Milton Rd.
Milton, FL 32583
Main: 8509835800 Fax: 8509835864

2/18/2025

Vitals,MH Daily Nur Eval,
Date of Service: 3/7/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: [redacted]
Facility: 211-CROSS CITY C.I.

Signed By: Smith, RN, Registered Nurse, Centurion, Melisa at 3/7/2024 4:15:32 PM

**119-SANTA ROSA C.I.** 2/18/2025
5850 East Milton Rd.
Milton, FL 32583 Vitals,Morse Scale,Braden Scale,MH Daily Nur Eval,
Main: 8509835800 Fax: 8509835864 Date of Service: 3/7/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: [redacted]
Facility: 211-CROSS CITY C.I.

FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES

## BRADEN SCALE FOR PREDICTING PRESSURE SORE RISK

**Sensory Perception - Ability to respond meaningfully to pressure-related discomfort:**
4-No Impairment

**Moisture - degree to which skin is exposed to moisture:** 4-Rarely Moist

**Activity - degree of physical activity:** 4-Walks Frequently

**Mobility - ability to change and control body position:** 4-No Limitation

**Nutrition - usual food intake pattern:** 3-Adequate

**Friction and Shear:** 3-No Apparent Problem

**Total Score:** 22 **Risk Level:** No further action required

DC4-804 Braden Scale for Predicting Pressure Sore Risk (Revised 3/14/17)
This form is not to be amended, revised, or altered without approval of the Office of Health Services Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

**Fall Risk Assessment**
FLORIDA DEPARTMENT OF CORRECTIONS OFFICE OF HEALTH SERVICES

## MORSE FALL SCALE

**Fall Risk Calculation**

**History of falling: immediate or within 3 months** No (0)

**Secondary diagnosis** Yes (15)

**Ambulatory aids** Bed rest/nurse assist (0)

**IV/Heparin Lock** No (0)

**Gait/Transferring**

**119-SANTA ROSA C.I.** 2/18/2025
5850 East Milton Rd.
Milton, FL 32583 Vitals,Morse Scale,Braden Scale,MH Daily Nur Eval,
Main: 8509835800 Fax: 8509835864 Date of Service: 3/7/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: [redacted]
Facility: 211-CROSS CITY C.I.
Normal/bedrest/immobile (0)

**Mental Status**
Oriented to own ability (0)

**Total Fall Risk Score: 15**
**Risk Level No Risk**

Scoring:
0-24= No Risk, Good Basic Nursing Care
25-50= Low Risk, Implement Standard Fall Prevention Interventions
>50 = High Risk, Implement High Risk Fall Prevention Interventions
1 Morse, J.M., (2009), Preventing patient falls (2nd ed.), New York; Springer, Published, 2009

DC4-684A Morse Fall Scale (Revised 8/1/17)
This form is not to be amended, revised, or altered without approval of the Office of Health Services Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**
FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES

## MENTAL HEALTH NURSING EVALUATION

## SUBJECTIVE:
03/07/2024 8:00 AM **Patient Age:** 43 Years Old
**Date of Admission:** 02/21/2024
**Institution:** 211-CROSS CITY C.I.
**Current location of patient:** Isolation Management Room -IMR/ Self Harm Observation Status -SHOS
**Type of evaluation:** Evaluation every 8 hours for IMR,CSU,CMHTF
**Has the SHOS/IMR order been reviewed daily by the clinician?** Yes
**Weekend/Holidays nurse has documented the above review from the on-call clinician in EMR:** Yes

PHYSICAL ASSESSMENT
**Temp:** 98.2 F **Pulse:** 89 **Resp:** 18 **BP:** 140 **/** 85 **O2 sat:** 99 % **Last 3 Weights:**
164 03/05/2024 4:01:04 PM,
164 03/05/2024 8:04:24 AM,
164 03/01/2024 4:00:08 PM
SHOS: As ordered by clinician
MORSE FALL SCALE ASSESSMENT DC4-684A Completed
On Admission on all CSU, CMHTF, & TCU patients
**Previous Score with Date:**
0 (03/06/2024 8:07:28 AM)
**Risk Level**
No Risk
**Inmate has ADA OR non-ADA disabilities/impairments--e.g. doesn't understand English** No:

2 of 5
FDC 000614

**119-SANTA ROSA C.I.** 2/18/2025
5850 East Milton Rd.
Milton, FL 32583 Vitals,Morse Scale,Braden Scale,MH Daily Nur Eval,
Main: 8509835800 Fax: 8509835864 Date of Service: 3/7/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: [redacted]
Facility: 211-CROSS CITY C.I.
Day Shift to list inmate impairments and/or disabilities:
**1.** NA
**4.** NA
**2.** NA
**5.** NA
**3.** NA
**6.** NA

## SUBJECTIVE:

**Medical/Dental Complaints?:** No

## OBJECTIVE:

**Hygiene-Showers** Nights
Self
**See DC4-716A flow sheet if checked
**Diet or Meal Tray** Nights-Breakfast
Accepted meal tray

**Sleep: Number of hours patient slept 6**
**Nights 2400-0800**

**Skin Integrity:**
For alterations in skin integrity complete the appropriate Nursing Protocol and if skin damage is associated with an injury complete Diagram of Injury, DC4-708. Additional notes may be documented on form DC4-642F or DC4-714A. If specific skin problem not noted, select NA.
N/A
Weekly DC4-804 Braden Scale for Predicting Pressure Sore Risk completed on Day Shift.
**Last Score with date:** 23 (03/06/2024 8:07:28 AM)
**Today's score:** 22
N/A
**Location:** NA
**AIMS: Completed by clinician:** NA
**Medication Side Effects:** No
**Is Clinician aware of side effects?** Yes
**Appearance:**
Somewhat disheveled
**Current Behavior (Check all that apply):**
Cooperative
Restless

**Orientation:**
Person Place
Time
Situation
**Memory:**
Intact

**Eye Contact:**

3 of 5
FDC 000615

**119-SANTA ROSA C.I.** 2/18/2025
5850 East Milton Rd.
Milton, FL 32583 Vitals,Morse Scale,Braden Scale,MH Daily Nur Eval,
Main: 8509835800 Fax: 8509835864 Date of Service: 3/7/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: [redacted]
Facility: 211-CROSS CITY C.I.
Good
**Speech:**
Loud
Normal

**Mood:**
Anxious
Pleasant

**Affect:**
Blunted

**Thought Process:**
Well Organized
Coherent

**Perception:**
**Is patient hearing voices or conversations which others cannot hear?** No
**Is patient seeing visions of anything which others cannot see?** No
**Thought Content:**
**Is patient experiencing delusions e.g., believes s/he is being poisoned, can read minds, etc.?** No
**Does patient have non-suicidal self-injury ideas or threats?** Yes
**Describe:** "FROM TIME TO TIME"
**Does patient have suicidal ideas or threats?** No
**Does patient have homicidal threats or plan?** Yes
**Describe:** "FROM TIME TO TIME, SOME MORE THAN OTHERS"

## DAILY ASSESSMENTS AND PLANS

1. List & describe noted problems and plans each shift
2. Day shift to list all current CSU and CMHTF inmate problems by ISP number every 7 days.
3. Day shift to list all current TCU inmate problems by ISP number every 28 days.

**Last ISP assessment on:**
02/28/2023
**Current Problems:**
Constipation, chronic (ICD-564.09) (ICD10-K59.09)
Urinary tract infection (UTI) (ICD-599.0) (ICD10-N39.0)
Blood in urine (ICD-599.70) (ICD10-R31.9)
General health examination (ICD-V70.9) (ICD10-Z00.00)
Abnormal labs (ICD-790.99) (ICD10-R89.9)
Knee pain (ICD-719.46) (ICD10-M25.569)
Back pain (ICD-724.5) (ICD10-M54.9)
Other abnormal findings in urine (ICD10-R82.998)
Screening for vision (ICD-V80.2) (ICD10-Z13.89)
Wart (ICD-078.10) (ICD10-B07.9)
Headache, unspecified (ICD10-R51.9)
MH Problem: Impulsiveness (ICD-126) (ICD10-F99)
MH Problem: Pathological Behaviors Not Listed Elsewhere (ICD-135) (ICD10-F99)

4 of 5

FDC 000616

**119-SANTA ROSA C.I.**
5850 East Milton Rd.
Milton, FL 32583
Main: 8509835800 Fax: 8509835864

2/18/2025

Vitals,Morse Scale,Braden Scale,MH Daily Nur Eval,
Date of Service: 3/7/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: [redacted]
Facility: 211-CROSS CITY C.I.
MH Problem: Limited Social/Environmental Stimulation (ICD-507) (ICD10-F99)
MH Problem: Discharge Planning and Readiness Skills (ICD-308) (ICD10-F99)

DC4-673B Mental Health Nursing Evaluation (Revised 10/31/23)
This form is not to be amended, revised, or altered without approval of the Deputy Director of Health Services Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

## Vital Signs:

**Temp:** 98.2 F**, Pulse:** 89**, Resp:** 18**, BP:** 140**/**85**, O2 sat:** 99%**, Height:** 71 (inches)

**Disclaimer: All EMR timestamps are Eastern Time Zone**

Signed By: Smith, RN, Registered Nurse, Centurion, Melisa at 3/7/2024 11:05:13 AM

**119-SANTA ROSA C.I.**
5850 East Milton Rd.
Milton, FL 32583
Main: 8509835800 Fax: 8509835864

2/18/2025

MH Daily Nur Eval,
Date of Service: 3/7/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: [redacted]
Facility: 211-CROSS CITY C.I.
FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES

## MENTAL HEALTH NURSING EVALUATION

## SUBJECTIVE:

03/07/2024 12:21 AM **Patient Age:** 43 Years Old
**Date of Admission:** 02/21/2024
**Institution:** 211-CROSS CITY C.I.
**Current location of patient:** Isolation Management Room -IMR/ Self Harm Observation Status -SHOS
**Type of evaluation:** Evaluation every 8 hours for IMR,CSU,CMHTF
**Has the SHOS/IMR order been reviewed daily by the clinician?** N/A
**Weekend/Holidays nurse has documented the above review from the on-call clinician in EMR:** N/A

PHYSICAL ASSESSMENT
F % **Last 3 Weights:**
164 03/05/2024 4:01:04 PM,
164 03/05/2024 8:04:24 AM,
164 03/01/2024 4:00:08 PM
SHOS: As ordered by clinician
MORSE FALL SCALE ASSESSMENT DC4-684A Completed
**Previous Score with Date:**
0 (03/06/2024 8:07:28 AM)
**Risk Level**
No Risk
**Inmate has ADA OR non-ADA disabilities/impairments--e.g. doesn't understand English** No:
Day Shift to list inmate impairments and/or disabilities:
**1.** NA
**4.** NA
**2.** NA
**5.** NA
**3.** NA
**6.** NA

## SUBJECTIVE:

**Time of assessment:** 0021
**Patient's general comments/complaints:** "I WANT TO SEE A PROVIDER."
**Medical/Dental Complaints?:** No

## OBJECTIVE:

**Hygiene-Showers** Nights
NA for this shift
**See DC4-716A flow sheet if checked
**Diet or Meal Tray** Nights-Breakfast
Accepted meal tray

**Sleep: Number of hours patient slept 4+**

**119-SANTA ROSA C.I.**
5850 East Milton Rd.
Milton, FL 32583
Main: 8509835800 Fax: 8509835864

2/18/2025

MH Daily Nur Eval,
Date of Service: 3/7/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: [redacted]
Facility: 211-CROSS CITY C.I.
**Nights 2400-0800**

**Skin Integrity:**
For alterations in skin integrity complete the appropriate Nursing Protocol and if skin damage is associated with an injury complete Diagram of Injury, DC4-708. Additional notes may be documented on form DC4-642F or DC4-714A. If specific skin problem not noted, select NA.
N/A
Weekly DC4-804 Braden Scale for Predicting Pressure Sore Risk completed on Day Shift.
**Last Score with date:** 23 (03/06/2024 8:07:28 AM)
**Today's score:** 23
N/A
**Location:** NA
**AIMS: Completed by clinician:** NA
**Medication Side Effects:** No
**Is Clinician aware of side effects?** N/A
**Appearance:**
Somewhat disheveled
**Current Behavior (Check all that apply):**
Agitated
Restless
Cursing

**Orientation:**
Person Place
Time
Situation
**Memory:**

**Eye Contact:**
Fair

**Speech:**
Loud

**Mood:**
Angry
Irritable
Tense

**Affect:**
Broad

**Thought Process:**
Well Organized

**Perception:**
**Is patient hearing voices or conversations which others cannot hear?** No
**Is patient seeing visions of anything which others cannot see?** No

**119-SANTA ROSA C.I.** 2/18/2025
5850 East Milton Rd.
Milton, FL 32583
Main: 8509835800 Fax: 8509835864

MH Daily Nur Eval,
Date of Service: 3/7/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: [redacted]
Facility: 211-CROSS CITY C.I.

**Thought Content:**
**Is patient experiencing delusions e.g., believes s/he is being poisoned, can read minds, etc.?** No
**Does patient have non-suicidal self-injury ideas or threats?** No
**Does patient have suicidal ideas or threats?** No
**Does patient have homicidal threats or plan?** No

## DAILY ASSESSMENTS AND PLANS

1. List & describe noted problems and plans each shift
2. Day shift to list all current CSU and CMHTF inmate problems by ISP number every 7 days.
3. Day shift to list all current TCU inmate problems by ISP number every 28 days.

**Last ISP assessment on:**
02/28/2023
**Current Problems:**
Constipation, chronic (ICD-564.09) (ICD10-K59.09)
Urinary tract infection (UTI) (ICD-599.0) (ICD10-N39.0)
Blood in urine (ICD-599.70) (ICD10-R31.9)
General health examination (ICD-V70.9) (ICD10-Z00.00)
Abnormal labs (ICD-790.99) (ICD10-R89.9)
Knee pain (ICD-719.46) (ICD10-M25.569)
Back pain (ICD-724.5) (ICD10-M54.9)
Other abnormal findings in urine (ICD10-R82.998)
Screening for vision (ICD-V80.2) (ICD10-Z13.89)
Wart (ICD-078.10) (ICD10-B07.9)
Headache, unspecified (ICD10-R51.9)
MH Problem: Impulsiveness (ICD-126) (ICD10-F99)
MH Problem: Pathological Behaviors Not Listed Elsewhere (ICD-135) (ICD10-F99)
MH Problem: Limited Social/Environmental Stimulation (ICD-507) (ICD10-F99)
MH Problem: Discharge Planning and Readiness Skills (ICD-308) (ICD10-F99)

**Assessment/Problem Noted** MH Problem: Pathological Behaviors Not Listed Elsewhere (F99)
**Plan:** CONTINUE SHOS
DC4-673B Mental Health Nursing Evaluation (Revised 10/31/23)
This form is not to be amended, revised, or altered without approval of the Deputy Director of Health Services Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

Signed By: Khurana, RN, Registered Nurse, Centurion, Jacqueline at 3/7/2024 7:03:34 AM

**119-SANTA ROSA C.I.** 2/18/2025
5850 East Milton Rd.
Milton, FL 32583
Main: 8509835800 Fax: 8509835864

MH Daily Nur Eval,
Date of Service: 3/6/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: [redacted]
Facility: 211-CROSS CITY C.I.

FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES

## MENTAL HEALTH NURSING EVALUATION

### SUBJECTIVE:

03/06/2024 4:07 PM **Patient Age:** 43 Years Old
**Date of Admission:** 02/21/2024
**Institution:** 211-CROSS CITY C.I.
**Current location of patient:** Isolation Management Room -IMR/ Self Harm Observation Status -SHOS
**Type of evaluation:** Evaluation every 8 hours for IMR,CSU,CMHTF
**Has the SHOS/IMR order been reviewed daily by the clinician?** Yes
**Weekend/Holidays nurse has documented the above review from the on-call clinician in EMR:** Yes

PHYSICAL ASSESSMENT
F % **Last 3 Weights:**
164 03/05/2024 4:01:04 PM,
164 03/05/2024 8:04:24 AM,
164 03/01/2024 4:00:08 PM
SHOS: As ordered by clinician
MORSE FALL SCALE ASSESSMENT DC4-684A Completed
**Previous Score with Date:**
0 (03/06/2024 8:07:28 AM)
**Risk Level**
No Risk
**Inmate has ADA OR non-ADA disabilities/impairments--e.g. doesn't understand English** No:
Day Shift to list inmate impairments and/or disabilities:
**1.** NA
**4.** NA
**2.** NA
**5.** NA
**3.** NA
**6.** NA

### SUBJECTIVE:

**Patient's general comments/complaints:** "I was running for my life. I needed help."
**Medical/Dental Complaints?:** No

### OBJECTIVE:

**Hygiene-Showers** Nights
Self
**See DC4-716A flow sheet if checked
**Diet or Meal Tray** Days-Lunch
Accepted meal tray

**Sleep: Number of hours patient slept 5-6**
**Nights 2400-0800**

**119-SANTA ROSA C.I.**
5850 East Milton Rd.
Milton, FL 32583
Main: 8509835800 Fax: 8509835864

2/18/2025

MH Daily Nur Eval,
Date of Service: 3/6/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: [redacted]
Facility: 211-CROSS CITY C.I.

**Skin Integrity:**
For alterations in skin integrity complete the appropriate Nursing Protocol and if skin damage is associated with an injury complete Diagram of Injury, DC4-708. Additional notes may be documented on form DC4-642F or DC4-714A. If specific skin problem not noted, select NA.
N/A
Weekly DC4-804 Braden Scale for Predicting Pressure Sore Risk completed on Day Shift.
**Last Score with date:** 23 (03/06/2024 8:07:28 AM)
**Today's score:** 23
N/A
**Location:** NA
**AIMS: Completed by clinician:** NA
**Medication Side Effects:** N/A
**Is Clinician aware of side effects?** N/A
**Appearance:**
Somewhat disheveled
**Current Behavior (Check all that apply):**
Agitated

**Orientation:**
Person Place
Time
Situation
**Memory:**
Intact

**Eye Contact:**
Good
**Speech:**
Loud

**Mood:**
Anxious

**Affect:**
Broad

**Thought Process:**
Well Organized

**Perception:**
**Is patient hearing voices or conversations which others cannot hear?** No
**Is patient seeing visions of anything which others cannot see?** No
**Thought Content:**
**Is patient experiencing delusions e.g., believes s/he is being poisoned, can read minds, etc.?** No
**Does patient have non-suicidal self-injury ideas or threats?** No
**Does patient have suicidal ideas or threats?** No
**Does patient have homicidal threats or plan?** Yes

**119-SANTA ROSA C.I.**
5850 East Milton Rd.
Milton, FL 32583
Main: 8509835800 Fax: 8509835864

2/18/2025

MH Daily Nur Eval,
Date of Service: 3/6/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: [redacted]
Facility: 211-CROSS CITY C.I.

## DAILY ASSESSMENTS AND PLANS

1. List & describe noted problems and plans each shift
2. Day shift to list all current CSU and CMHTF inmate problems by ISP number every 7 days.
3. Day shift to list all current TCU inmate problems by ISP number every 28 days.

**Last ISP assessment on:**
02/28/2023
**Current Problems:**
Constipation, chronic (ICD-564.09) (ICD10-K59.09)
Urinary tract infection (UTI) (ICD-599.0) (ICD10-N39.0)
Blood in urine (ICD-599.70) (ICD10-R31.9)
General health examination (ICD-V70.9) (ICD10-Z00.00)
Abnormal labs (ICD-790.99) (ICD10-R89.9)
Knee pain (ICD-719.46) (ICD10-M25.569)
Back pain (ICD-724.5) (ICD10-M54.9)
Other abnormal findings in urine (ICD10-R82.998)
Screening for vision (ICD-V80.2) (ICD10-Z13.89)
Wart (ICD-078.10) (ICD10-B07.9)
Headache, unspecified (ICD10-R51.9)
MH Problem: Impulsiveness (ICD-126) (ICD10-F99)
MH Problem: Pathological Behaviors Not Listed Elsewhere (ICD-135) (ICD10-F99)
MH Problem: Limited Social/Environmental Stimulation (ICD-507) (ICD10-F99)
MH Problem: Discharge Planning and Readiness Skills (ICD-308) (ICD10-F99)

**Assessment/Problem Noted** MH Problem: Pathological Behaviors Not Listed Elsewhere (F99)
**Plan:** Continue SHOS isolation
DC4-673B Mental Health Nursing Evaluation (Revised 10/31/23)
This form is not to be amended, revised, or altered without approval of the Deputy Director of Health Services Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

Signed By: Campbell, RN, Registered Nurse, Centurion, Lisa at 3/6/2024 5:31:58 PM

**119-SANTA ROSA C.I.**
5850 East Milton Rd.
Milton, FL 32583
Main: 8509835800 Fax: 8509835864

2/18/2025

Morse Scale,Braden Scale,MH Daily Nur Eval,
Date of Service: 3/6/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: [redacted]
Facility: 211-CROSS CITY C.I.

FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES

## BRADEN SCALE FOR PREDICTING PRESSURE SORE RISK

**Sensory Perception - Ability to respond meaningfully to pressure-related discomfort:**
4-No Impairment

**Moisture - degree to which skin is exposed to moisture:** 4-Rarely Moist

**Activity - degree of physical activity:** 4-Walks Frequently

**Mobility - ability to change and control body position:** 4-No Limitation

**Nutrition - usual food intake pattern:** 4-Excellent

**Friction and Shear:** 3-No Apparent Problem

**Total Score:** 23 **Risk Level:** No further action required

DC4-804 Braden Scale for Predicting Pressure Sore Risk (Revised 3/14/17)
This form is not to be amended, revised, or altered without approval of the Office of Health Services Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

**Fall Risk Assessment**
FLORIDA DEPARTMENT OF CORRECTIONS OFFICE OF HEALTH SERVICES

## MORSE FALL SCALE

**Fall Risk Calculation**

**History of falling: immediate or within 3 months** No (0)

**Secondary diagnosis** No (0)

**Ambulatory aids** Bed rest/nurse assist (0)

**IV/Heparin Lock** No (0)

**Gait/Transferring**

**119-SANTA ROSA C.I.** 2/18/2025
5850 East Milton Rd.
Milton, FL 32583 Morse Scale,Braden Scale,MH Daily Nur Eval,
Main: 8509835800 Fax: 8509835864 Date of Service: 3/6/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: [redacted]
Facility: 211-CROSS CITY C.I.
Normal/bedrest/immobile (0)

**Mental Status**
Oriented to own ability (0)

**Total Fall Risk Score: 0**
**Risk Level No Risk**

Scoring:
0-24= No Risk, Good Basic Nursing Care
25-50= Low Risk, Implement Standard Fall Prevention Interventions
>50 = High Risk, Implement High Risk Fall Prevention Interventions
1 Morse, J.M., (2009), Preventing patient falls (2nd ed.), New York; Springer, Published, 2009

DC4-684A Morse Fall Scale (Revised 8/1/17)
This form is not to be amended, revised, or altered without approval of the Office of Health Services Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**
FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES

## MENTAL HEALTH NURSING EVALUATION

## SUBJECTIVE:

03/06/2024 8:07 AM **Patient Age:** 43 Years Old
**Date of Admission:** 02/21/2024
**Institution:** 211-CROSS CITY C.I.
**Current location of patient:** Isolation Management Room -IMR/ Self Harm Observation Status -SHOS
**Type of evaluation:** Evaluation every 8 hours for IMR,CSU,CMHTF
**Has the SHOS/IMR order been reviewed daily by the clinician?** Yes
**Weekend/Holidays nurse has documented the above review from the on-call clinician in EMR:** Yes

PHYSICAL ASSESSMENT
F % **Last 3 Weights:**
164 03/05/2024 4:01:04 PM,
164 03/05/2024 8:04:24 AM,
164 03/01/2024 4:00:08 PM
SHOS: As ordered by clinician
MORSE FALL SCALE ASSESSMENT DC4-684A Completed
**Previous Score with Date:**
0 (03/05/2024 8:04:24 AM)
**Risk Level**
No Risk
**Inmate has ADA OR non-ADA disabilities/impairments--e.g. doesn't understand English** No:
Day Shift to list inmate impairments and/or disabilities:

2 of 5

FDC 000625

**119-SANTA ROSA C.I.**
5850 East Milton Rd.
Milton, FL 32583
Main: 8509835800 Fax: 8509835864

2/18/2025

Morse Scale,Braden Scale,MH Daily Nur Eval,
Date of Service: 3/6/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: [redacted]
Facility: 211-CROSS CITY C.I.

**1.** NA
**4.** NA
**2.** NA
**5.** NA
**3.** NA
**6.** NA

## SUBJECTIVE:

**Patient's general comments/complaints:** Patient banging on the window of the SHOS cell window and yelling "call the Captain, call everyone. Get them all down here. I'm gonna sue."
**Medical/Dental Complaints?:** No

## OBJECTIVE:

**Hygiene-Showers** Nights
Self
**See DC4-716A flow sheet if checked
**Diet or Meal Tray** Nights-Breakfast
Accepted meal tray

**Sleep: Number of hours patient slept 5-6**
**Nights 2400-0800**

**Skin Integrity:**
For alterations in skin integrity complete the appropriate Nursing Protocol and if skin damage is associated with an injury complete Diagram of Injury, DC4-708. Additional notes may be documented on form DC4-642F or DC4-714A. If specific skin problem not noted, select NA.
N/A
Weekly DC4-804 Braden Scale for Predicting Pressure Sore Risk completed on Day Shift.
**Last Score with date:** 23 (03/05/2024 8:04:24 AM)
**Today's score:** 23
N/A
**Location:** NA
**AIMS: Completed by clinician:** NA
**Medication Side Effects:** N/A
**Is Clinician aware of side effects?** N/A
**Appearance:**
Somewhat disheveled
**Current Behavior (Check all that apply):**
Agitated
Cursing

**Orientation:**
Person Place
Time
Situation
**Memory:**
Intact

**119-SANTA ROSA C.I.**
5850 East Milton Rd.
Milton, FL 32583
Main: 8509835800 Fax: 8509835864

2/18/2025

Morse Scale,Braden Scale,MH Daily Nur Eval,
Date of Service: 3/6/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: [redacted]
Facility: 211-CROSS CITY C.I.

**Eye Contact:**
Good
**Speech:**
Loud

**Mood:**
Angry
Hostile
Irritable

**Affect:**
Broad

**Thought Process:**
Well Organized

**Perception:**
**Is patient hearing voices or conversations which others cannot hear?** No
**Is patient seeing visions of anything which others cannot see?** No
**Thought Content:**
**Is patient experiencing delusions e.g., believes s/he is being poisoned, can read minds, etc.?** No
**Does patient have non-suicidal self-injury ideas or threats?** No
**Does patient have suicidal ideas or threats?** No
**Does patient have homicidal threats or plan?** Yes

## DAILY ASSESSMENTS AND PLANS

1. List & describe noted problems and plans each shift
2. Day shift to list all current CSU and CMHTF inmate problems by ISP number every 7 days.
3. Day shift to list all current TCU inmate problems by ISP number every 28 days.

**Last ISP assessment on:**
02/28/2023
**Current Problems:**
Constipation, chronic (ICD-564.09) (ICD10-K59.09)
Urinary tract infection (UTI) (ICD-599.0) (ICD10-N39.0)
Blood in urine (ICD-599.70) (ICD10-R31.9)
General health examination (ICD-V70.9) (ICD10-Z00.00)
Abnormal labs (ICD-790.99) (ICD10-R89.9)
Knee pain (ICD-719.46) (ICD10-M25.569)
Back pain (ICD-724.5) (ICD10-M54.9)
Other abnormal findings in urine (ICD10-R82.998)
Screening for vision (ICD-V80.2) (ICD10-Z13.89)
Wart (ICD-078.10) (ICD10-B07.9)
Headache, unspecified (ICD10-R51.9)
MH Problem: Impulsiveness (ICD-126) (ICD10-F99)
MH Problem: Pathological Behaviors Not Listed Elsewhere (ICD-135) (ICD10-F99)
MH Problem: Limited Social/Environmental Stimulation (ICD-507) (ICD10-F99)
MH Problem: Discharge Planning and Readiness Skills (ICD-308) (ICD10-F99)

**119-SANTA ROSA C.I.** 2/18/2025
5850 East Milton Rd.
Milton, FL 32583 Morse Scale,Braden Scale,MH Daily Nur Eval,
Main: 8509835800 Fax: 8509835864 Date of Service: 3/6/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: [redacted]
Facility: 211-CROSS CITY C.I.

**Assessment/Problem Noted** MH Problem: Pathological Behaviors Not Listed Elsewhere (F99)
**Plan:** Continue SHOS isolation
DC4-673B Mental Health Nursing Evaluation (Revised 10/31/23)
This form is not to be amended, revised, or altered without approval of the Deputy Director of Health Services Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

Signed By: Campbell, RN, Registered Nurse, Centurion, Lisa at 3/6/2024 10:13:06 AM

**119-SANTA ROSA C.I.**
5850 East Milton Rd.
Milton, FL 32583
Main: 8509835800 Fax: 8509835864

2/18/2025

Inf Progress Rec,
Date of Service: 3/6/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: [redacted]
Facility: 211-CROSS CITY C.I.

FLORIDA DEPARTMENT OF CORRECTIONS OFFICE OF HEALTH SERVICES
**INFIRMARY PROGRESS RECORD**

**Institution:**
211-CROSS CITY C.I.

**Date:** 03/06/2024 **Time:** 8:15 AM **Discipline:** M= MD/CA/ARNP

Vital signs reviewed

**Comments:**
SHOS Progress Note

S "What happened to me is not right"
O Pt awake, standing at door/cell front yelling loud enough to be heard outside of building, banging on door
SHOS Blanket wrapped around waist, no shroud in place
Appears angry and is replying "what happened is not right..."
Resp even/unlabored
no S/S injury
A SHOS
P/E Con't SHOS
Cleared for CSU

DC4-714A Infirmary Progress Record (Revised 07/19/17)
This form is not to be amended, revised, or altered without approval of the Office of Health Services Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

Signed By: Petersen, APRN, Medical Provider, Centurion, Laura at 3/6/2024 8:18:45 AM

**119-SANTA ROSA C.I.**
5850 East Milton Rd.
Milton, FL 32583
Main: 8509835800 Fax: 8509835864

2/18/2025

MH Daily Nur Eval,
Date of Service: 3/6/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: [REDACTED]
Facility: 211-CROSS CITY C.I.
FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES

## MENTAL HEALTH NURSING EVALUATION

## SUBJECTIVE:

03/06/2024 12:00 AM **Patient Age:** 43 Years Old
**Date of Admission:** 03/21/2024
**Institution:** 211-CROSS CITY C.I.
**Current location of patient:** Isolation Management Room -IMR/ Self Harm Observation Status -SHOS
**Type of evaluation:** Evaluation every 8 hours for IMR,CSU,CMHTF
**Has the SHOS/IMR order been reviewed daily by the clinician?** N/A
**Weekend/Holidays nurse has documented the above review from the on-call clinician in EMR:** N/A

PHYSICAL ASSESSMENT
F % **Last 3 Weights:**
164 03/05/2024 4:01:04 PM,
164 03/05/2024 8:04:24 AM,
164 03/01/2024 4:00:08 PM
SHOS: As ordered by clinician
MORSE FALL SCALE ASSESSMENT DC4-684A Completed
On Admission on all CSU, CMHTF, & TCU patients
**Previous Score with Date:**
0 (03/05/2024 8:04:24 AM)
**Risk Level**
No Risk
**Inmate has ADA OR non-ADA disabilities/impairments--e.g. doesn't understand English** No:
Day Shift to list inmate impairments and/or disabilities:
**1.** NA
**4.** NA
**2.** NA
**5.** NA
**3.** NA
**6.** NA

## SUBJECTIVE:

**Time of assessment:** 0000
**Patient's general comments/complaints:** resting with eyes closed resp even and unlabored 0 s/s distress
**Medical/Dental Complaints?:** No

## OBJECTIVE:

**Hygiene-Showers** Nights
NA for this shift
**See DC4-716A flow sheet if checked
**Diet or Meal Tray** Nights-Breakfast
Meal has not been served yet*

**119-SANTA ROSA C.I.**
5850 East Milton Rd.
Milton, FL 32583
Main: 8509835800 Fax: 8509835864

2/18/2025

MH Daily Nur Eval,
Date of Service: 3/6/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: [redacted]
Facility: 211-CROSS CITY C.I.

**Sleep: Number of hours patient slept 6**
**Nights 2400-0800**

**Skin Integrity:**
For alterations in skin integrity complete the appropriate Nursing Protocol and if skin damage is associated with an injury complete Diagram of Injury, DC4-708. Additional notes may be documented on form DC4-642F or DC4-714A. If specific skin problem not noted, select NA.
N/A
Weekly DC4-804 Braden Scale for Predicting Pressure Sore Risk completed on Day Shift.
**Last Score with date:** 23 (03/05/2024 8:04:24 AM)
**Today's score:** 23
N/A
**Location:** NA
**AIMS: Completed by clinician:** NA
**Medication Side Effects:** N/A
**Is Clinician aware of side effects?** N/A
**Appearance:**
Sleeping

**Current Behavior (Check all that apply):**
Sleeping

**Orientation:**
Sleeping

**Memory:**
Sleeping

**Eye Contact:**
Sleeping

**Speech:**
Sleeping

**Mood:**
Sleeping

**Affect:**
Sleeping

**Thought Process:**
Sleeping

**Perception:**
Sleeping
**Thought Content:**
Sleeping

**119-SANTA ROSA C.I.**
5850 East Milton Rd.
Milton, FL 32583
Main: 8509835800 Fax: 8509835864

2/18/2025

MH Daily Nur Eval,
Date of Service: 3/6/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: [redacted]
Facility: 211-CROSS CITY C.I.

## DAILY ASSESSMENTS AND PLANS

1. List & describe noted problems and plans each shift
2. Day shift to list all current CSU and CMHTF inmate problems by ISP number every 7 days.
3. Day shift to list all current TCU inmate problems by ISP number every 28 days.

**Last ISP assessment on:**
02/28/2023
**Current Problems:**
Constipation, chronic (ICD-564.09) (ICD10-K59.09)
Urinary tract infection (UTI) (ICD-599.0) (ICD10-N39.0)
Blood in urine (ICD-599.70) (ICD10-R31.9)
General health examination (ICD-V70.9) (ICD10-Z00.00)
Abnormal labs (ICD-790.99) (ICD10-R89.9)
Knee pain (ICD-719.46) (ICD10-M25.569)
Back pain (ICD-724.5) (ICD10-M54.9)
Other abnormal findings in urine (ICD10-R82.998)
Screening for vision (ICD-V80.2) (ICD10-Z13.89)
Wart (ICD-078.10) (ICD10-B07.9)
Headache, unspecified (ICD10-R51.9)
MH Problem: Impulsiveness (ICD-126) (ICD10-F99)
MH Problem: Pathological Behaviors Not Listed Elsewhere (ICD-135) (ICD10-F99)
MH Problem: Limited Social/Environmental Stimulation (ICD-507) (ICD10-F99)
MH Problem: Discharge Planning and Readiness Skills (ICD-308) (ICD10-F99)

**Assessment/Problem Noted** MH Problem: Impulsiveness (F99)
**Plan:** CONT POC
DC4-673B Mental Health Nursing Evaluation (Revised 10/31/23)
This form is not to be amended, revised, or altered without approval of the Deputy Director of Health Services Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

Signed By: Cooper, LPN, Licensed Practical Nurse, Centurion, Shana at 3/6/2024 3:01:35 AM

**119-SANTA ROSA C.I.**
5850 East Milton Rd.
Milton, FL 32583
Main: 8509835800 Fax: 8509835864

2/18/2025

MH Daily Nur Eval,
Date of Service: 3/5/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: [redacted]
Facility: 211-CROSS CITY C.I.

FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES

## MENTAL HEALTH NURSING EVALUATION

## SUBJECTIVE:

03/05/2024 4:01 PM **Patient Age:** 43 Years Old
**Date of Admission:** 03/21/2024
**Institution:** 211-CROSS CITY C.I.
**Current location of patient:** Isolation Management Room -IMR/ Self Harm Observation Status -SHOS
**Type of evaluation:** Evaluation every 8 hours for IMR,CSU,CMHTF
**Has the SHOS/IMR order been reviewed daily by the clinician?** Yes
**Weekend/Holidays nurse has documented the above review from the on-call clinician in EMR:** Yes

PHYSICAL ASSESSMENT
**Temp:** 98.3 F **Pulse:** 90 **Resp:** 19 **BP:** 137 **/** 87 **O2 sat:** 100 % **Weight (lbs):** 164
**Last 3 Weights:**
164 03/05/2024 8:04:24 AM,
164 03/01/2024 4:00:08 PM,
164 03/01/2024 8:09:27 AM
SHOS: As ordered by clinician
MORSE FALL SCALE ASSESSMENT DC4-684A Completed
**Previous Score with Date:**
0 (03/05/2024 8:04:24 AM)
**Risk Level**
No Risk
**Inmate has ADA OR non-ADA disabilities/impairments--e.g. doesn't understand English** No:
Day Shift to list inmate impairments and/or disabilities:
**1.** NA
**4.** NA
**2.** NA
**5.** NA
**3.** NA
**6.** NA

## SUBJECTIVE:

**Patient's general comments/complaints:** "Can I have some of the medicine for my stomach?"
**Medical/Dental Complaints?:** No

## OBJECTIVE:

**Hygiene-Showers** Nights
Self
**See DC4-716A flow sheet if checked
**Diet or Meal Tray** Days-Lunch
Accepted meal tray

**Sleep: Number of hours patient slept 8**

**119-SANTA ROSA C.I.**
5850 East Milton Rd.
Milton, FL 32583
Main: 8509835800 Fax: 8509835864

2/18/2025

MH Daily Nur Eval,
Date of Service: 3/5/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: [redacted]
Facility: 211-CROSS CITY C.I.
**Days 0800-1600**

**Skin Integrity:**
For alterations in skin integrity complete the appropriate Nursing Protocol and if skin damage is associated with an injury complete Diagram of Injury, DC4-708. Additional notes may be documented on form DC4-642F or DC4-714A. If specific skin problem not noted, select NA.
N/A
Weekly DC4-804 Braden Scale for Predicting Pressure Sore Risk completed on Day Shift.
**Last Score with date:** 23 (03/05/2024 8:04:24 AM)
**Today's score:** 23
N/A
**Location:** NA
**AIMS: Completed by clinician:** NA
**Medication Side Effects:** N/A
**Is Clinician aware of side effects?** N/A
**Appearance:**
Well Groomed

**Current Behavior (Check all that apply):**
Agitated
Anxious

**Orientation:**
Person Place
Time
Situation
**Memory:**
Intact

**Eye Contact:**
Good
**Speech:**
Loud

**Mood:**
Anxious

**Affect:**
Broad

**Thought Process:**
Well Organized

**Perception:**
**Is patient hearing voices or conversations which others cannot hear?** No
**Is patient seeing visions of anything which others cannot see?** No
**Thought Content:**
**Is patient experiencing delusions e.g., believes s/he is being poisoned, can read minds, etc.?** No

**119-SANTA ROSA C.I.**
5850 East Milton Rd.
Milton, FL 32583
Main: 8509835800 Fax: 8509835864

2/18/2025

MH Daily Nur Eval,
Date of Service: 3/5/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: [redacted]
Facility: 211-CROSS CITY C.I.
**Does patient have non-suicidal self-injury ideas or threats?** No
**Does patient have suicidal ideas or threats?** No
**Does patient have homicidal threats or plan?** Yes

## DAILY ASSESSMENTS AND PLANS

1. List & describe noted problems and plans each shift
2. Day shift to list all current CSU and CMHTF inmate problems by ISP number every 7 days.
3. Day shift to list all current TCU inmate problems by ISP number every 28 days.

**Last ISP assessment on:**
02/28/2023
**Current Problems:**
Constipation, chronic (ICD-564.09) (ICD10-K59.09)
Urinary tract infection (UTI) (ICD-599.0) (ICD10-N39.0)
Blood in urine (ICD-599.70) (ICD10-R31.9)
General health examination (ICD-V70.9) (ICD10-Z00.00)
Abnormal labs (ICD-790.99) (ICD10-R89.9)
Knee pain (ICD-719.46) (ICD10-M25.569)
Back pain (ICD-724.5) (ICD10-M54.9)
Other abnormal findings in urine (ICD10-R82.998)
Screening for vision (ICD-V80.2) (ICD10-Z13.89)
Wart (ICD-078.10) (ICD10-B07.9)
Headache, unspecified (ICD10-R51.9)
MH Problem: Impulsiveness (ICD-126) (ICD10-F99)
MH Problem: Pathological Behaviors Not Listed Elsewhere (ICD-135) (ICD10-F99)
MH Problem: Limited Social/Environmental Stimulation (ICD-507) (ICD10-F99)
MH Problem: Discharge Planning and Readiness Skills (ICD-308) (ICD10-F99)

**Assessment/Problem Noted** MH Problem: Pathological Behaviors Not Listed Elsewhere (F99)
**Plan:** Continue SHOS isolation
DC4-673B Mental Health Nursing Evaluation (Revised 10/31/23)
This form is not to be amended, revised, or altered without approval of the Deputy Director of Health Services Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

Signed By: Campbell, RN, Registered Nurse, Centurion, Lisa at 3/5/2024 5:54:33 PM

**119-SANTA ROSA C.I.**
5850 East Milton Rd.
Milton, FL 32583
Main: 8509835800 Fax: 8509835864

2/18/2025

ER Record,
Date of Service: 3/5/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: [redacted]
Facility: 211-CROSS CITY C.I.

**119-SANTA ROSA C.I.**
5850 East Milton Rd.
Milton, FL 32583
Main: 8509835800 Fax: 8509835864

2/18/2025

ER Record,
Date of Service: 3/5/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: [redacted]
Facility: 211-CROSS CITY C.I.
FLORIDA DEPARTMENT OF CORRECTIONS OFFICE OF HEALTH SERVICES
**EMERGENCY ROOM RECORD**

**Check all that apply: Inmate, Post-Use-of-Force Exam**
( )Inmate ( )Employee ( )Visitor ( )Post-Use-of-Force Exam ( )Injury ( )Physical Altercation

All inmates must be examined by medical personnel following a use of force. This includes a visual inspection of the entire body to identify any sign of injury. This exam shall be performed in the medical unit except under unusual circumstance. Injuries shall be documented on the DC4-708, Diagram of Injury. If a physician/CA is not present at the time of the exam, a physician/CA must review this form and sign it on the next working day.

**Time of occurrence: 1712**
**Time of exam: 1737**
**Description of occurrence: Post use of force**

**Post Use of Chemical Agent Instructions:**
**Shower without soap? N/A**
( )N/A ( )Yes ( )Refused
**N/A**
()Report any difficulty breathing ()Remain in upright position ()Do Not apply lotion to skin ()Splash cool water to eyes 5-10 minutes ( )N/A

**Temp: 98.3**F
**Pulse: 90**
**Resp: 19**
**BP: 137/ 87**
**O2 sat: 100**%

**Arrived via: Ambulatory**
( )Ambulatory ( )Stretcher ( )Wheelchair ( )Other
**Other: N/A**

**Condition on arrival (check all that apply): Alert, Oriented x 4 (person-place- time-situation), Responding to questions verbally**
( )Alert ( )Oriented x 4 (person-place- time-situation) ( )Responding to questions verbally ( )Other (requires description in examination summary) ( )C/O pain?
**If C/O pain checked, please indicate where: N/A**

**Examination summary: No injury noted at this time.**

**Physician notified? No**
( )No ( )Yes
**Name: N/A**
**Time: N/A**

**Treatment provided? No**
( )No ( )Yes

**119-SANTA ROSA C.I.**
5850 East Milton Rd.
Milton, FL 32583
Main: 8509835800 Fax: 8509835864

2/18/2025

ER Record,
Date of Service: 3/5/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: [redacted]
Facility: 211-CROSS CITY C.I.
**If Yes, please describe:** N/A
**Response to Treatment** **N/A**

**Disposition:** **Other**
( )Population(dorm) ( )Confinement ( )Infirmary ( )Hospital ER ( )IMR ( )Other
**if Other, please explain:** **SHOS**

**Discharge Instructions and Education:** **Return to medical with any issues**

THIS DOCUMENT WILL BE ELECTRONICALLY SIGNED BY THE HEALTHCARE PROVIDER AND REVIEWING PHYSICIAN.

DC4-701C ER Record (Effective 12/12) Incorporated by Reference in Rule 33-602.210, F.A.C.

This form is not to be amended, revised, or altered without approval of the Office of Health Services Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

**119-SANTA ROSA C.I.**
5850 East Milton Rd.
Milton, FL 32583
Main: 8509835800 Fax: 8509835864

2/18/2025

ER Record,
Date of Service: 3/5/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: [redacted]
Facility: 211-CROSS CITY C.I.

## Nurse Visit

**Copay?** No
**Reason for encounter:** EMID(Check if paper form done and scanned in)

Signed By: Webb, LPN, Licensed Practical Nurse, Centurion, Brianna at 3/5/2024 5:50:06 PM
Signed By: Petersen, APRN, Medical Provider, Centurion, Laura at 3/7/2024 8:27:00 AM
Signed By: Petersen, APRN, Medical Provider, Centurion, Laura at 3/9/2024 10:50:40 AM

**119-SANTA ROSA C.I.** 2/18/2025
5850 East Milton Rd.
Milton, FL 32583 Morse Scale,Braden Scale,MH Daily Nur Eval,
Main: 8509835800 Fax: 8509835864 Date of Service: 3/5/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: [redacted]
Facility: 211-CROSS CITY C.I.

FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES

**BRADEN SCALE FOR PREDICTING PRESSURE SORE RISK**

**Sensory Perception - Ability to respond meaningfully to pressure-related discomfort:**
4-No Impairment

**Moisture - degree to which skin is exposed to moisture:** 4-Rarely Moist

**Activity - degree of physical activity:** 4-Walks Frequently

**Mobility - ability to change and control body position:** 4-No Limitation

**Nutrition - usual food intake pattern:** 4-Excellent

**Friction and Shear:** 3-No Apparent Problem

**Total Score:** 23 **Risk Level:** No further action required

DC4-804 Braden Scale for Predicting Pressure Sore Risk (Revised 3/14/17)
This form is not to be amended, revised, or altered without approval of the Office of Health Services Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

**Fall Risk Assessment**
FLORIDA DEPARTMENT OF CORRECTIONS OFFICE OF HEALTH SERVICES

**MORSE FALL SCALE**

**Fall Risk Calculation**

**History of falling: immediate or within 3 months** No (0)

**Secondary diagnosis** No (0)

**Ambulatory aids** Bed rest/nurse assist (0)

**IV/Heparin Lock** No (0)

**Gait/Transferring**

**119-SANTA ROSA C.I.** 2/18/2025
5850 East Milton Rd.
Milton, FL 32583 Morse Scale,Braden Scale,MH Daily Nur Eval,
Main: 8509835800 Fax: 8509835864 Date of Service: 3/5/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: [redacted]
Facility: 211-CROSS CITY C.I.
Normal/bedrest/immobile (0)

**Mental Status**
Oriented to own ability (0)

**Total Fall Risk Score: 0**
**Risk Level No Risk**

Scoring:
0-24= No Risk, Good Basic Nursing Care
25-50= Low Risk, Implement Standard Fall Prevention Interventions
>50 = High Risk, Implement High Risk Fall Prevention Interventions
1 Morse, J.M., (2009), Preventing patient falls (2nd ed.), New York; Springer, Published, 2009

DC4-684A Morse Fall Scale (Revised 8/1/17)
This form is not to be amended, revised, or altered without approval of the Office of Health Services Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**
FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES

## MENTAL HEALTH NURSING EVALUATION

## SUBJECTIVE:

03/05/2024 8:04 AM **Patient Age:** 43 Years Old
**Date of Admission:** 02/21/2024
**Institution:** 211-CROSS CITY C.I.
**Current location of patient:** Isolation Management Room -IMR/ Self Harm Observation Status -SHOS
**Type of evaluation:** Evaluation every 8 hours for IMR,CSU,CMHTF
**Has the SHOS/IMR order been reviewed daily by the clinician?** Yes
**Weekend/Holidays nurse has documented the above review from the on-call clinician in EMR:** Yes

PHYSICAL ASSESSMENT
**Temp:** 97.1 F **Pulse:** 70 **Resp:** 16 **BP:** 118 **/** 70 **O2 sat:** 99 % **Weight (lbs):** 164
**Last 3 Weights:**
164 03/01/2024 4:00:08 PM,
164 03/01/2024 8:09:27 AM,
164 02/29/2024 4:07:36 PM
SHOS: As ordered by clinician
MORSE FALL SCALE ASSESSMENT DC4-684A Completed
**Previous Score with Date:**
0 (03/03/2024 8:50:31 AM)
**Risk Level**
No Risk
**Inmate has ADA OR non-ADA disabilities/impairments--e.g. doesn't understand English** No:

2 of 5

FDC 000641

**119-SANTA ROSA C.I.** 2/18/2025
5850 East Milton Rd.
Milton, FL 32583 Morse Scale,Braden Scale,MH Daily Nur Eval,
Main: 8509835800 Fax: 8509835864 Date of Service: 3/5/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: [redacted]
Facility: 211-CROSS CITY C.I.
Day Shift to list inmate impairments and/or disabilities:
**1.** NA
**4.** NA
**2.** NA
**5.** NA
**3.** NA
**6.** NA

## SUBJECTIVE:

**Patient's general comments/complaints:** "Good morning."
**Medical/Dental Complaints?:** No

## OBJECTIVE:

**Hygiene-Showers** Nights
Self
**See DC4-716A flow sheet if checked
**Diet or Meal Tray** Nights-Breakfast
Accepted meal tray

**Sleep: Number of hours patient slept 8**
**Nights 2400-0800**

**Skin Integrity:**
For alterations in skin integrity complete the appropriate Nursing Protocol and if skin damage is associated with an injury complete Diagram of Injury, DC4-708. Additional notes may be documented on form DC4-642F or DC4-714A. If specific skin problem not noted, select NA.
N/A
Weekly DC4-804 Braden Scale for Predicting Pressure Sore Risk completed on Day Shift.
**Last Score with date:** 23 (03/04/2024 8:20:07 AM)
**Today's score:** 23
N/A
**Location:** NA
**AIMS: Completed by clinician:** NA
**Medication Side Effects:** N/A
**Is Clinician aware of side effects?** N/A
**Appearance:**
Well Groomed

**Current Behavior (Check all that apply):**
Cooperative

**Orientation:**
Person Place
Time
Situation
**Memory:**
Intact

**119-SANTA ROSA C.I.**
5850 East Milton Rd.
Milton, FL 32583
Main: 8509835800 Fax: 8509835864

2/18/2025

Morse Scale,Braden Scale,MH Daily Nur Eval,
Date of Service: 3/5/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: [redacted]
Facility: 211-CROSS CITY C.I.

**Eye Contact:**
Good
**Speech:**
Normal

**Mood:**
Pleasant

**Affect:**
Normal

**Thought Process:**
Well Organized

**Perception:**
**Is patient hearing voices or conversations which others cannot hear?** No
**Is patient seeing visions of anything which others cannot see?** No
**Thought Content:**
**Is patient experiencing delusions e.g., believes s/he is being poisoned, can read minds, etc.?** No
**Does patient have non-suicidal self-injury ideas or threats?** No
**Does patient have suicidal ideas or threats?** No
**Does patient have homicidal threats or plan?** Yes

## DAILY ASSESSMENTS AND PLANS

1. List & describe noted problems and plans each shift
2. Day shift to list all current CSU and CMHTF inmate problems by ISP number every 7 days.
3. Day shift to list all current TCU inmate problems by ISP number every 28 days.

**Last ISP assessment on:**
02/28/2023
**Current Problems:**
Constipation, chronic (ICD-564.09) (ICD10-K59.09)
Urinary tract infection (UTI) (ICD-599.0) (ICD10-N39.0)
Blood in urine (ICD-599.70) (ICD10-R31.9)
General health examination (ICD-V70.9) (ICD10-Z00.00)
Abnormal labs (ICD-790.99) (ICD10-R89.9)
Knee pain (ICD-719.46) (ICD10-M25.569)
Back pain (ICD-724.5) (ICD10-M54.9)
Other abnormal findings in urine (ICD10-R82.998)
Screening for vision (ICD-V80.2) (ICD10-Z13.89)
Wart (ICD-078.10) (ICD10-B07.9)
Headache, unspecified (ICD10-R51.9)
MH Problem: Impulsiveness (ICD-126) (ICD10-F99)
MH Problem: Pathological Behaviors Not Listed Elsewhere (ICD-135) (ICD10-F99)
MH Problem: Limited Social/Environmental Stimulation (ICD-507) (ICD10-F99)
MH Problem: Discharge Planning and Readiness Skills (ICD-308) (ICD10-F99)

**Assessment/Problem Noted** MH Problem: Pathological Behaviors Not Listed Elsewhere (F99)

**119-SANTA ROSA C.I.**
5850 East Milton Rd.
Milton, FL 32583
Main: 8509835800 Fax: 8509835864

2/18/2025

Morse Scale,Braden Scale,MH Daily Nur Eval,
Date of Service: 3/5/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: [REDACTED]
Facility: 211-CROSS CITY C.I.

**Plan:** Continue SHOS status

DC4-673B Mental Health Nursing Evaluation (Revised 10/31/23)
This form is not to be amended, revised, or altered without approval of the Deputy Director of Health Services Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

Signed By: Campbell, RN, Registered Nurse, Centurion, Lisa at 3/5/2024 10:07:14 AM

**119-SANTA ROSA C.I.**
5850 East Milton Rd.
Milton, FL 32583
Main: 8509835800 Fax: 8509835864

2/18/2025

MH Daily Nur Eval,
Date of Service: 3/5/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: [redacted]
Facility: 211-CROSS CITY C.I.
FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES

## MENTAL HEALTH NURSING EVALUATION

### SUBJECTIVE:

03/05/2024 12:12 AM **Patient Age:** 43 Years Old
**Date of Admission:** 02/21/2024
**Institution:** 211-CROSS CITY C.I.
**Current location of patient:** Isolation Management Room -IMR/ Self Harm Observation Status -SHOS
**Type of evaluation:** Evaluation every 8 hours for IMR,CSU,CMHTF
**Has the SHOS/IMR order been reviewed daily by the clinician?** N/A
**Weekend/Holidays nurse has documented the above review from the on-call clinician in EMR:** N/A

PHYSICAL ASSESSMENT
F % **Last 3 Weights:**
164 03/01/2024 4:00:08 PM,
164 03/01/2024 8:09:27 AM,
164 02/29/2024 4:07:36 PM
SHOS: As ordered by clinician
MORSE FALL SCALE ASSESSMENT DC4-684A Completed
On Admission on all CSU, CMHTF, & TCU patients
**Previous Score with Date:**
0 (03/03/2024 8:50:31 AM)
**Risk Level**
No Risk
**Inmate has ADA OR non-ADA disabilities/impairments--e.g. doesn't understand English** No:
Day Shift to list inmate impairments and/or disabilities:
**1.** NA
**4.** NA
**2.** NA
**5.** NA
**3.** NA
**6.** NA

### SUBJECTIVE:

**Time of assessment:** 0000
**Patient's general comments/complaints:** i/m resting with eyes closed resp even and unlabored 0 s/s distress at this time
**Medical/Dental Complaints?:** No

### OBJECTIVE:

**Hygiene-Showers** Nights
NA for this shift
**See DC4-716A flow sheet if checked
**Diet or Meal Tray** Nights-Breakfast
Meal has not been served yet*

**119-SANTA ROSA C.I.**
5850 East Milton Rd.
Milton, FL 32583
Main: 8509835800 Fax: 8509835864

2/18/2025

MH Daily Nur Eval,
Date of Service: 3/5/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: [redacted]
Facility: 211-CROSS CITY C.I.

**Sleep: Number of hours patient slept 6**
**Nights 2400-0800**

**Skin Integrity:**
For alterations in skin integrity complete the appropriate Nursing Protocol and if skin damage is associated with an injury complete Diagram of Injury, DC4-708. Additional notes may be documented on form DC4-642F or DC4-714A. If specific skin problem not noted, select NA.
N/A
Weekly DC4-804 Braden Scale for Predicting Pressure Sore Risk completed on Day Shift.
**Last Score with date:** 23 (03/04/2024 8:20:07 AM)
**Today's score:** 23
N/A
**Location:** NA
**AIMS: Completed by clinician:** NA
**Medication Side Effects:** N/A
**Is Clinician aware of side effects?** N/A
**Appearance:**
Sleeping

**Current Behavior (Check all that apply):**
Sleeping

**Orientation:**
Sleeping

**Memory:**
Sleeping

**Eye Contact:**
Sleeping

**Speech:**
Sleeping

**Mood:**
Sleeping

**Affect:**
Sleeping

**Thought Process:**
Sleeping

**Perception:**
Sleeping
**Thought Content:**
Sleeping

**119-SANTA ROSA C.I.**
5850 East Milton Rd.
Milton, FL 32583
Main: 8509835800 Fax: 8509835864

2/18/2025

MH Daily Nur Eval,
Date of Service: 3/5/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: [redacted]
Facility: 211-CROSS CITY C.I.

## DAILY ASSESSMENTS AND PLANS

1. List & describe noted problems and plans each shift
2. Day shift to list all current CSU and CMHTF inmate problems by ISP number every 7 days.
3. Day shift to list all current TCU inmate problems by ISP number every 28 days.

**Last ISP assessment on:**
02/28/2023
**Current Problems:**
Constipation, chronic (ICD-564.09) (ICD10-K59.09)
Urinary tract infection (UTI) (ICD-599.0) (ICD10-N39.0)
Blood in urine (ICD-599.70) (ICD10-R31.9)
General health examination (ICD-V70.9) (ICD10-Z00.00)
Abnormal labs (ICD-790.99) (ICD10-R89.9)
Knee pain (ICD-719.46) (ICD10-M25.569)
Back pain (ICD-724.5) (ICD10-M54.9)
Other abnormal findings in urine (ICD10-R82.998)
Screening for vision (ICD-V80.2) (ICD10-Z13.89)
Wart (ICD-078.10) (ICD10-B07.9)
Headache, unspecified (ICD10-R51.9)
MH Problem: Impulsiveness (ICD-126) (ICD10-F99)
MH Problem: Pathological Behaviors Not Listed Elsewhere (ICD-135) (ICD10-F99)
MH Problem: Limited Social/Environmental Stimulation (ICD-507) (ICD10-F99)
MH Problem: Discharge Planning and Readiness Skills (ICD-308) (ICD10-F99)

**Assessment/Problem Noted** MH Problem: Impulsiveness (F99)
**Plan:** CONT POC
DC4-673B Mental Health Nursing Evaluation (Revised 10/31/23)
This form is not to be amended, revised, or altered without approval of the Deputy Director of Health Services Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

Signed By: Cooper, LPN, Licensed Practical Nurse, Centurion, Shana at 3/5/2024 5:15:12 AM

**119-SANTA ROSA C.I.**
5850 East Milton Rd.
Milton, FL 32583
Main: 8509835800 Fax: 8509835864

2/18/2025

MH Daily Nur Eval,
Date of Service: 3/4/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: [redacted]
Facility: 211-CROSS CITY C.I.

FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES

## MENTAL HEALTH NURSING EVALUATION

## SUBJECTIVE:

03/04/2024 4:30 PM **Patient Age:** 43 Years Old
**Date of Admission:** 02/21/2024
**Institution:** 211-CROSS CITY C.I.
**Current location of patient:** Isolation Management Room -IMR/ Self Harm Observation Status -SHOS
**Type of evaluation:** Evaluation every 8 hours for IMR,CSU,CMHTF
**Has the SHOS/IMR order been reviewed daily by the clinician?** Yes
**Weekend/Holidays nurse has documented the above review from the on-call clinician in EMR:** N/A

PHYSICAL ASSESSMENT
F % **Last 3 Weights:**
164 03/01/2024 4:00:08 PM,
164 03/01/2024 8:09:27 AM,
164 02/29/2024 4:07:36 PM
SHOS: As ordered by clinician
MORSE FALL SCALE ASSESSMENT DC4-684A Completed
**Previous Score with Date:**
0 (03/03/2024 8:50:31 AM)
**Risk Level**
No Risk
Day Shift to list inmate impairments and/or disabilities:
**1.** NA
**4.** NA
**2.** NA
**5.** NA
**3.** NA
**6.** NA

## SUBJECTIVE:

**Time of assessment:** 1630
**Patient's general comments/complaints:** Pt states he hates Ms. Anderson, MHP. He wants to see "a real doctor".
**Medical/Dental Complaints?:** No

## OBJECTIVE:

NA for this shift
**See DC4-716A flow sheet if checked
**Diet or Meal Tray** Days-Lunch
Accepted meal tray
**Comments:** NA

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: [redacted]
Facility: 211-CROSS CITY C.I.
**Sleep: Number of hours patient slept 1**
**Days 0800-1600**

**Skin Integrity:**
For alterations in skin integrity complete the appropriate Nursing Protocol and if skin damage is associated with an injury complete Diagram of Injury, DC4-708. Additional notes may be documented on form DC4-642F or DC4-714A. If specific skin problem not noted, select NA.
N/A
Weekly DC4-804 Braden Scale for Predicting Pressure Sore Risk completed on Day Shift.
**Last Score with date:** 23 (03/04/2024 8:20:07 AM)
**Today's score:** 23
**Location:** NA
DC4-804 Braden Scale done
**Additional SKIN INTEGRITY comments:** NA
**AIMS: Completed by clinician:** NA
**Medication Side Effects:** N/A
**Is Clinician aware of side effects?** N/A
**Appearance:**
Well Groomed

**Current Behavior (Check all that apply):**
Agitated

**Orientation:**
Person Place
Time
Situation
**Memory:**
Intact

**Eye Contact:**
Fair

**Speech:**
Rambling

**Mood:**
Irritable

**Affect:**
Labile

**Thought Process:**
Coherent

**Perception:**
**Is patient hearing voices or conversations which others cannot hear?** No
**Is patient seeing visions of anything which others cannot see?** No

**119-SANTA ROSA C.I.**
5850 East Milton Rd.
Milton, FL 32583
Main: 8509835800 Fax: 8509835864

2/18/2025

MH Daily Nur Eval,
Date of Service: 3/4/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: [redacted]
Facility: 211-CROSS CITY C.I.

**Thought Content:**
**Is patient experiencing delusions e.g., believes s/he is being poisoned, can read minds, etc.?** Yes
**Describe:** Everybody is against me.
**Does patient have suicidal ideas or threats?** Yes
**Describe:** You know I got a history of cutting.
**Does patient have homicidal threats or plan?** No

## DAILY ASSESSMENTS AND PLANS

1. List & describe noted problems and plans each shift
2. Day shift to list all current CSU and CMHTF inmate problems by ISP number every 7 days.
3. Day shift to list all current TCU inmate problems by ISP number every 28 days.

**Last ISP assessment on:**
02/28/2023
**Current Problems:**
Constipation, chronic (ICD-564.09) (ICD10-K59.09)
Urinary tract infection (UTI) (ICD-599.0) (ICD10-N39.0)
Blood in urine (ICD-599.70) (ICD10-R31.9)
General health examination (ICD-V70.9) (ICD10-Z00.00)
Abnormal labs (ICD-790.99) (ICD10-R89.9)
Knee pain (ICD-719.46) (ICD10-M25.569)
Back pain (ICD-724.5) (ICD10-M54.9)
Other abnormal findings in urine (ICD10-R82.998)
Screening for vision (ICD-V80.2) (ICD10-Z13.89)
Wart (ICD-078.10) (ICD10-B07.9)
Headache, unspecified (ICD10-R51.9)
MH Problem: Impulsiveness (ICD-126) (ICD10-F99)
MH Problem: Pathological Behaviors Not Listed Elsewhere (ICD-135) (ICD10-F99)
MH Problem: Limited Social/Environmental Stimulation (ICD-507) (ICD10-F99)
MH Problem: Discharge Planning and Readiness Skills (ICD-308) (ICD10-F99)

**Plan:** Cont current POC
**Plan:** Cont current POC
**Plan:** Cont current POC
**Plan:** Cont current POC
**Plan:** Cont current POC
**Plan:** Cont current POC
**Additional Nursing Notes:** Awaiting tx to mental health unit.
DC4-673B Mental Health Nursing Evaluation (Revised 10/31/23)
This form is not to be amended, revised, or altered without approval of the Deputy Director of Health Services Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

**119-SANTA ROSA C.I.**
5850 East Milton Rd.
Milton, FL 32583
Main: 8509835800 Fax: 8509835864

2/18/2025

MH Daily Nur Eval,
Date of Service: 3/4/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: [redacted]
Facility: 211-CROSS CITY C.I.
Signed By: Berry, RN, DON, Centurion, Jessyca at 3/4/2024 5:46:36 PM

**119-SANTA ROSA C.I.**
5850 East Milton Rd.
Milton, FL 32583
Main: 8509835800 Fax: 8509835864

2/18/2025

Braden Scale,MH Daily Nur Eval,
Date of Service: 3/4/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: [redacted]
Facility: 211-CROSS CITY C.I.

FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES

**BRADEN SCALE FOR PREDICTING PRESSURE SORE RISK**

**Sensory Perception - Ability to respond meaningfully to pressure-related discomfort:**
4-No Impairment

**Moisture - degree to which skin is exposed to moisture:** 4-Rarely Moist

**Activity - degree of physical activity:** 4-Walks Frequently

**Mobility - ability to change and control body position:** 4-No Limitation

**Nutrition - usual food intake pattern:** 4-Excellent

**Friction and Shear:** 3-No Apparent Problem

**Total Score:** 23 **Risk Level:** No further action required

DC4-804 Braden Scale for Predicting Pressure Sore Risk (Revised 3/14/17)
This form is not to be amended, revised, or altered without approval of the Office of Health Services Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES

## MENTAL HEALTH NURSING EVALUATION

## SUBJECTIVE:

03/04/2024 8:20 AM **Patient Age:** 43 Years Old
**Date of Admission:** 02/21/2024
**Institution:** 211-CROSS CITY C.I.
**Current location of patient:** Isolation Management Room -IMR/ Self Harm Observation Status -SHOS
**Type of evaluation:** Evaluation every 8 hours for IMR,CSU,CMHTF
**Has the SHOS/IMR order been reviewed daily by the clinician?** Yes
**Weekend/Holidays nurse has documented the above review from the on-call clinician in EMR:** N/A

PHYSICAL ASSESSMENT
**Temp:** 98.8 F **Pulse:** 76 **Resp:** 16 **BP:** 122 **/** 88 **O2 sat:** 99 % **Last 3 Weights:**

**119-SANTA ROSA C.I.**
5850 East Milton Rd.
Milton, FL 32583
Main: 8509835800 Fax: 8509835864

2/18/2025

Braden Scale,MH Daily Nur Eval,
Date of Service: 3/4/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: [redacted]
Facility: 211-CROSS CITY C.I.
164 03/01/2024 4:00:08 PM,
164 03/01/2024 8:09:27 AM,
164 02/29/2024 4:07:36 PM
SHOS: As ordered by clinician
MORSE FALL SCALE ASSESSMENT DC4-684A Completed
**Previous Score with Date:**
0 (03/03/2024 8:50:31 AM)
**Risk Level**
No Risk
**Inmate has ADA OR non-ADA disabilities/impairments--e.g. doesn't understand English** No:
Day Shift to list inmate impairments and/or disabilities:
**1.** NA
**4.** NA
**2.** NA
**5.** NA
**3.** NA
**6.** NA

## SUBJECTIVE:

**Time of assessment:** 8:20 AM
**Patient's general comments/complaints:** "Hey, Ms. Berry. You work all the time. I'm ok."
**Medical/Dental Complaints?:** No

## OBJECTIVE:

**Hygiene-Showers** Nights
Self
**See DC4-716A flow sheet if checked
**Diet or Meal Tray** Days-Lunch
Meal has not been served yet*
**Comments:** No issues w/ trays voiced.

**Sleep: Number of hours patient slept 0**
**Days 0800-1600**

**Skin Integrity:**
For alterations in skin integrity complete the appropriate Nursing Protocol and if skin damage is associated with an injury complete Diagram of Injury, DC4-708. Additional notes may be documented on form DC4-642F or DC4-714A. If specific skin problem not noted, select NA.
N/A
Weekly DC4-804 Braden Scale for Predicting Pressure Sore Risk completed on Day Shift.
**Last Score with date:** 23 (03/03/2024 8:50:31 AM)
**Today's score:** 23
N/A
**Location:** NA
DC4-804 Braden Scale done
**Additional SKIN INTEGRITY comments:** NA
**AIMS: Completed by clinician:** NA

**119-SANTA ROSA C.I.**
5850 East Milton Rd.
Milton, FL 32583
Main: 8509835800 Fax: 8509835864

2/18/2025

Braden Scale,MH Daily Nur Eval,
Date of Service: 3/4/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: [redacted]
Facility: 211-CROSS CITY C.I.

**Medication Side Effects:** N/A
**Is Clinician aware of side effects?** N/A
**Appearance:**
Well Groomed

**Current Behavior (Check all that apply):**
Cooperative
Quiet

**Orientation:**
Person Place
Time
Situation
**Memory:**
Intact

**Eye Contact:**
Fair

**Speech:**
Normal

**Mood:**
Pleasant

**Affect:**
Normal

**Thought Process:**
Well Organized
Coherent

**Perception:**
**Is patient hearing voices or conversations which others cannot hear?** No
**Is patient seeing visions of anything which others cannot see?** No
**Thought Content:**
**Is patient experiencing delusions e.g., believes s/he is being poisoned, can read minds, etc.?** No
**Does patient have non-suicidal self-injury ideas or threats?** No
**Does patient have suicidal ideas or threats?** No
**Does patient have homicidal threats or plan?** No

## DAILY ASSESSMENTS AND PLANS

1. List & describe noted problems and plans each shift
2. Day shift to list all current CSU and CMHTF inmate problems by ISP number every 7 days.
3. Day shift to list all current TCU inmate problems by ISP number every 28 days.

**Last ISP assessment on:**
02/28/2023

3 of 4

FDC 000654

**119-SANTA ROSA C.I.**
5850 East Milton Rd.
Milton, FL 32583
Main: 8509835800 Fax: 8509835864

2/18/2025

Braden Scale,MH Daily Nur Eval,
Date of Service: 3/4/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: [redacted]
Facility: 211-CROSS CITY C.I.

**Current Problems:**
Constipation, chronic (ICD-564.09) (ICD10-K59.09)
Urinary tract infection (UTI) (ICD-599.0) (ICD10-N39.0)
Blood in urine (ICD-599.70) (ICD10-R31.9)
General health examination (ICD-V70.9) (ICD10-Z00.00)
Abnormal labs (ICD-790.99) (ICD10-R89.9)
Knee pain (ICD-719.46) (ICD10-M25.569)
Back pain (ICD-724.5) (ICD10-M54.9)
Other abnormal findings in urine (ICD10-R82.998)
Screening for vision (ICD-V80.2) (ICD10-Z13.89)
Wart (ICD-078.10) (ICD10-B07.9)
Headache, unspecified (ICD10-R51.9)
MH Problem: Impulsiveness (ICD-126) (ICD10-F99)
MH Problem: Pathological Behaviors Not Listed Elsewhere (ICD-135) (ICD10-F99)
MH Problem: Limited Social/Environmental Stimulation (ICD-507) (ICD10-F99)
MH Problem: Discharge Planning and Readiness Skills (ICD-308) (ICD10-F99)

**Assessment/Problem Noted** MH Problem: Impulsiveness (F99)
**Plan:** Cont current POC
**Assessment/Problem Noted** MH Problem: Pathological Behaviors Not Listed Elsewhere (F99)
**Plan:** Cont current POC
**Assessment/Problem Noted** MH Problem: Limited Social/Environmental Stimulation (F99)
**Plan:** Cont current POC
**Assessment/Problem Noted** MH Problem: Discharge Planning and Readiness Skills (F99)
**Plan:** Cont current POC
**Plan:** NA
**Plan:** NA
**Additional Nursing Notes:** Awaiing tx to mental health unit.
DC4-673B Mental Health Nursing Evaluation (Revised 10/31/23)
This form is not to be amended, revised, or altered without approval of the Deputy Director of Health Services Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

Signed By: Berry, RN, DON, Centurion, Jessyca at 3/4/2024 5:27:14 PM

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: [redacted]
Facility: 211-CROSS CITY C.I.

**Medications added during this encounter:**
STOOL SOFTENER 100 MG ORAL TABS • Take one tablet by mouth twice daily (DOT)

FLORIDA DEPARTMENT OF CORRECTIONS OFFICE OF HEALTH SERVICES
**INFIRMARY PROGRESS RECORD**

**Institution:**
211-CROSS CITY C.I.

**Date:** 03/04/2024 **Time:** 2:58 PM **Discipline:** M= MD/CA/ARNP

Vital signs reviewed

**Comments:**
SHOS Progress Note

S C/O constipation with abd pain
"MOM has not helped"
Denies CP/SOB
lying supine with head at the door/cell front

O A/O x3 WAD, NAD
Resp even/unlabored
no S/S trauma

A SHOS
constipation

P/E Stool softener
Con't SHOS
MEDICALLY CLEARED FOR CSU

DC4-714A Infirmary Progress Record (Revised 07/19/17)
This form is not to be amended, revised, or altered without approval of the Office of Health Services Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

**119-SANTA ROSA C.I.**
5850 East Milton Rd.
Milton, FL 32583
Main: 8509835800 Fax: 8509835864

2/18/2025

Inf Progress Rec,
Date of Service: 3/4/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: [redacted]
Facility: 211-CROSS CITY C.I.

Signed By: Petersen, APRN, Medical Provider, Centurion, Laura at 3/4/2024 4:13:22 PM

**119-SANTA ROSA C.I.** 2/18/2025
5850 East Milton Rd.
Milton, FL 32583 MH Daily Nur Eval,
Main: 8509835800 Fax: 8509835864 Date of Service: 3/4/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: [redacted]
Facility: 211-CROSS CITY C.I.
FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES

## MENTAL HEALTH NURSING EVALUATION

## SUBJECTIVE:

03/04/2024 12:38 AM **Patient Age:** 43 Years Old
**Date of Admission:** 02/21/2024
**Institution:** 211-CROSS CITY C.I.
**Current location of patient:** Isolation Management Room -IMR/ Self Harm Observation Status -SHOS
**Type of evaluation:** Evaluation every 8 hours for IMR,CSU,CMHTF
**Has the SHOS/IMR order been reviewed daily by the clinician?** N/A
**Weekend/Holidays nurse has documented the above review from the on-call clinician in EMR:** N/A

PHYSICAL ASSESSMENT
F % **Last 3 Weights:**
164 03/01/2024 4:00:08 PM,
164 03/01/2024 8:09:27 AM,
164 02/29/2024 4:07:36 PM
SHOS: As ordered by clinician
MORSE FALL SCALE ASSESSMENT DC4-684A Completed
**Previous Score with Date:**
0 (03/03/2024 8:50:31 AM)
**Risk Level**
No Risk
**Inmate has ADA OR non-ADA disabilities/impairments--e.g. doesn't understand English** No:
Day Shift to list inmate impairments and/or disabilities:

## SUBJECTIVE:

**Time of assessment:** 0038
**Patient's general comments/complaints:** 0 COMPLAINTS AT THIS TIME
**Medical/Dental Complaints?:** No

## OBJECTIVE:

**Hygiene-Showers** Nights
NA for this shift
**See DC4-716A flow sheet if checked
**Diet or Meal Tray** Nights-Breakfast
Accepted meal tray

**Sleep: Number of hours patient slept 6+**
**Nights 2400-0800**

**Skin Integrity:**
For alterations in skin integrity complete the appropriate Nursing Protocol and if skin damage is associated with an injury complete Diagram of Injury, DC4-708. Additional notes may be documented on form DC4-642F or DC4-714A. If specific skin problem not noted, select NA.

**119-SANTA ROSA C.I.**
5850 East Milton Rd.
Milton, FL 32583
Main: 8509835800 Fax: 8509835864

2/18/2025

MH Daily Nur Eval,
Date of Service: 3/4/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: [redacted]
Facility: 211-CROSS CITY C.I.

N/A

Weekly DC4-804 Braden Scale for Predicting Pressure Sore Risk completed on Day Shift.
**Last Score with date:** 23 (03/03/2024 8:50:31 AM)
**Today's score:** 23
N/A
**Location:** NA
**AIMS: Completed by clinician:** NA
**Medication Side Effects:** No
**Appearance:**
Sleeping

**Current Behavior (Check all that apply):**
Sleeping

**Orientation:**
Sleeping

**Memory:**
Sleeping

**Eye Contact:**
Sleeping

**Speech:**
Sleeping

**Mood:**
Sleeping

**Affect:**
Sleeping

**Thought Process:**
Sleeping

**Perception:**
Sleeping
**Is patient hearing voices or conversations which others cannot hear?** No
**Is patient seeing visions of anything which others cannot see?** No
**Thought Content:**
Sleeping
**Is patient experiencing delusions e.g., believes s/he is being poisoned, can read minds, etc.?** No
**Does patient have non-suicidal self-injury ideas or threats?** No
**Does patient have suicidal ideas or threats?** No
**Does patient have homicidal threats or plan?** No

## DAILY ASSESSMENTS AND PLANS

1. List & describe noted problems and plans each shift

**119-SANTA ROSA C.I.** 2/18/2025
5850 East Milton Rd.
Milton, FL 32583
Main: 8509835800 Fax: 8509835864

MH Daily Nur Eval,
Date of Service: 3/4/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: [redacted]
Facility: 211-CROSS CITY C.I.
2. Day shift to list all current CSU and CMHTF inmate problems by ISP number every 7 days.
3. Day shift to list all current TCU inmate problems by ISP number every 28 days.

**Last ISP assessment on:**
02/28/2023
**Current Problems:**
Urinary tract infection (UTI) (ICD-599.0) (ICD10-N39.0)
Blood in urine (ICD-599.70) (ICD10-R31.9)
General health examination (ICD-V70.9) (ICD10-Z00.00)
Abnormal labs (ICD-790.99) (ICD10-R89.9)
Knee pain (ICD-719.46) (ICD10-M25.569)
Back pain (ICD-724.5) (ICD10-M54.9)
Other abnormal findings in urine (ICD10-R82.998)
Screening for vision (ICD-V80.2) (ICD10-Z13.89)
Wart (ICD-078.10) (ICD10-B07.9)
Headache, unspecified (ICD10-R51.9)
MH Problem: Impulsiveness (ICD-126) (ICD10-F99)
MH Problem: Pathological Behaviors Not Listed Elsewhere (ICD-135) (ICD10-F99)
MH Problem: Limited Social/Environmental Stimulation (ICD-507) (ICD10-F99)
MH Problem: Discharge Planning and Readiness Skills (ICD-308) (ICD10-F99)

**Assessment/Problem Noted** MH Problem: Pathological Behaviors Not Listed Elsewhere (F99)
**Plan:** CONTINUE SHOS
DC4-673B Mental Health Nursing Evaluation (Revised 10/31/23)
This form is not to be amended, revised, or altered without approval of the Deputy Director of Health Services Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

Signed By: Khurana, RN, Registered Nurse, Centurion, Jacqueline at 3/4/2024 5:38:30 AM

**119-SANTA ROSA C.I.**
5850 East Milton Rd.
Milton, FL 32583
Main: 8509835800 Fax: 8509835864

2/18/2025

MH Daily Nur Eval,
Date of Service: 3/3/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: [redacted]
Facility: 211-CROSS CITY C.I.
FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES

## MENTAL HEALTH NURSING EVALUATION

## SUBJECTIVE:

03/03/2024 4:20 PM **Patient Age:** 43 Years Old
**Date of Admission:** 02/21/2024
**Institution:** 211-CROSS CITY C.I.
**Current location of patient:** Isolation Management Room -IMR/ Self Harm Observation Status -SHOS
**Has the SHOS/IMR order been reviewed daily by the clinician?** N/A
**Weekend/Holidays nurse has documented the above review from the on-call clinician in EMR:** N/A

PHYSICAL ASSESSMENT
**Temp:** 98.3 F **Pulse:** 82 **Resp:** 18 **BP:** 126 **/** 68 **O2 sat:** 99 % **Last 3 Weights:**
164 03/01/2024 4:00:08 PM,
164 03/01/2024 8:09:27 AM,
164 02/29/2024 4:07:36 PM
MORSE FALL SCALE ASSESSMENT DC4-684A Completed
**Previous Score with Date:**
0 (03/03/2024 8:50:31 AM)
**Risk Level**
No Risk
Day Shift to list inmate impairments and/or disabilities:

## SUBJECTIVE:

**Medical/Dental Complaints?:** No

## OBJECTIVE:

**Hygiene-Showers** Evenings
NA for this shift
**See DC4-716A flow sheet if checked
**Diet or Meal Tray** Evenings-Dinner
Accepted meal tray

**Sleep: Number of hours patient slept 4**
**Evenings 1600-2400**

**Skin Integrity:**
For alterations in skin integrity complete the appropriate Nursing Protocol and if skin damage is associated with an injury complete Diagram of Injury, DC4-708. Additional notes may be documented on form DC4-642F or DC4-714A. If specific skin problem not noted, select NA.
N/A
Weekly DC4-804 Braden Scale for Predicting Pressure Sore Risk completed on Day Shift.
**Last Score with date:** 23 (03/03/2024 8:50:31 AM)
**Today's score:** 23
**Location:** NA
**AIMS: Completed by clinician:** NA

**119-SANTA ROSA C.I.**
5850 East Milton Rd.
Milton, FL 32583
Main: 8509835800 Fax: 8509835864

2/18/2025

MH Daily Nur Eval,
Date of Service: 3/3/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: [redacted]
Facility: 211-CROSS CITY C.I.

**Medication Side Effects:** N/A
**Is Clinician aware of side effects?** N/A
**Appearance:**
Well Groomed

**Current Behavior (Check all that apply):**
Cooperative

**Orientation:**
Person Place
Time

**Memory:**
Intact

**Eye Contact:**
Good
**Speech:**
Normal

**Mood:**
Pleasant

**Affect:**
Normal

**Thought Process:**
Well Organized

**Perception:**
**Is patient hearing voices or conversations which others cannot hear?** No
**Is patient seeing visions of anything which others cannot see?** No
**Thought Content:**
**Is patient experiencing delusions e.g., believes s/he is being poisoned, can read minds, etc.?** No
**Does patient have non-suicidal self-injury ideas or threats?** No
**Does patient have suicidal ideas or threats?** No
**Does patient have homicidal threats or plan?** No

## DAILY ASSESSMENTS AND PLANS

1. List & describe noted problems and plans each shift
2. Day shift to list all current CSU and CMHTF inmate problems by ISP number every 7 days.
3. Day shift to list all current TCU inmate problems by ISP number every 28 days.

**Last ISP assessment on:**
02/28/2023
**Current Problems:**
Urinary tract infection (UTI) (ICD-599.0) (ICD10-N39.0)
Blood in urine (ICD-599.70) (ICD10-R31.9)

**119-SANTA ROSA C.I.** 2/18/2025
5850 East Milton Rd.
Milton, FL 32583 MH Daily Nur Eval,
Main: 8509835800 Fax: 8509835864 Date of Service: 3/3/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: [redacted]
Facility: 211-CROSS CITY C.I.
General health examination (ICD-V70.9) (ICD10-Z00.00)
Abnormal labs (ICD-790.99) (ICD10-R89.9)
Knee pain (ICD-719.46) (ICD10-M25.569)
Back pain (ICD-724.5) (ICD10-M54.9)
Other abnormal findings in urine (ICD10-R82.998)
Screening for vision (ICD-V80.2) (ICD10-Z13.89)
Wart (ICD-078.10) (ICD10-B07.9)
Headache, unspecified (ICD10-R51.9)
MH Problem: Impulsiveness (ICD-126) (ICD10-F99)
MH Problem: Pathological Behaviors Not Listed Elsewhere (ICD-135) (ICD10-F99)
MH Problem: Limited Social/Environmental Stimulation (ICD-507) (ICD10-F99)
MH Problem: Discharge Planning and Readiness Skills (ICD-308) (ICD10-F99)

DC4-673B Mental Health Nursing Evaluation (Revised 10/31/23)
This form is not to be amended, revised, or altered without approval of the Deputy Director of Health Services Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

Signed By: Fernandez, LPN, Licensed Practical Nurse, Centurion, Serena at 3/3/2024 7:23:43 PM

**119-SANTA ROSA C.I.** 2/18/2025
5850 East Milton Rd.
Milton, FL 32583 Morse Scale,Braden Scale,Weekend Infirmary Rounds,MI
Main: 8509835800 Fax: 8509835864 Date of Service: 3/3/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: [redacted]
Facility: 211-CROSS CITY C.I.
FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES

## MENTAL HEALTH NURSING EVALUATION

### SUBJECTIVE:

03/03/2024 8:50 AM **Patient Age:** 43 Years Old
**Date of Admission:** 02/21/2024
**Institution:** 211-CROSS CITY C.I.
**Current location of patient:** Isolation Management Room -IMR/ Self Harm Observation Status -SHOS
**Has the SHOS/IMR order been reviewed daily by the clinician?** N/A
**Weekend/Holidays nurse has documented the above review from the on-call clinician in EMR:** N/A

PHYSICAL ASSESSMENT
**Temp:** 98.2 F **Pulse:** 64 **Resp:** 18 **BP:** 120 **/** 60 **O2 sat:** 99 % **Last 3 Weights:**
164 03/01/2024 4:00:08 PM,
164 03/01/2024 8:09:27 AM,
164 02/29/2024 4:07:36 PM
MORSE FALL SCALE ASSESSMENT DC4-684A Completed
**Previous Score with Date:**
0 (03/02/2024 8:43:16 AM)
**Risk Level**
No Risk
Day Shift to list inmate impairments and/or disabilities:

### SUBJECTIVE:

### OBJECTIVE:

**Hygiene-Showers** Days
NA for this shift
**See DC4-716A flow sheet if checked
**Diet or Meal Tray** Days-Lunch
Accepted meal tray

**Sleep: Number of hours patient slept 4**
**Days 0800-1600**

**Skin Integrity:**
For alterations in skin integrity complete the appropriate Nursing Protocol and if skin damage is associated with an injury complete Diagram of Injury, DC4-708. Additional notes may be documented on form DC4-642F or DC4-714A. If specific skin problem not noted, select NA.
N/A
Weekly DC4-804 Braden Scale for Predicting Pressure Sore Risk completed on Day Shift.
**Last Score with date:** 23 (03/02/2024 8:43:16 AM)
**Today's score:** 23
**Location:** NA
**AIMS: Completed by clinician:** NA
**Medication Side Effects:** N/A

**119-SANTA ROSA C.I.** 2/18/2025
5850 East Milton Rd.
Milton, FL 32583 Morse Scale,Braden Scale,Weekend Infirmary Rounds,MI
Main: 8509835800 Fax: 8509835864 Date of Service: 3/3/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: [redacted]
Facility: 211-CROSS CITY C.I.

**Is Clinician aware of side effects?** N/A

**Appearance:**
Sleeping

**Current Behavior (Check all that apply):**
Sleeping

**Orientation:**
Sleeping

**Memory:**
Sleeping

**Eye Contact:**
Sleeping

**Speech:**
Sleeping

**Mood:**
Sleeping

**Affect:**
Sleeping

**Thought Process:**
Sleeping

**Perception:**
Sleeping

**Thought Content:**
Sleeping

## DAILY ASSESSMENTS AND PLANS

1. List & describe noted problems and plans each shift
2. Day shift to list all current CSU and CMHTF inmate problems by ISP number every 7 days.
3. Day shift to list all current TCU inmate problems by ISP number every 28 days.

**Last ISP assessment on:**
02/28/2023

**Current Problems:**
Urinary tract infection (UTI) (ICD-599.0) (ICD10-N39.0)
Blood in urine (ICD-599.70) (ICD10-R31.9)
General health examination (ICD-V70.9) (ICD10-Z00.00)
Abnormal labs (ICD-790.99) (ICD10-R89.9)
Knee pain (ICD-719.46) (ICD10-M25.569)
Back pain (ICD-724.5) (ICD10-M54.9)
Other abnormal findings in urine (ICD10-R82.998)

2 of 5

FDC 000665

**119-SANTA ROSA C.I.** 2/18/2025
5850 East Milton Rd.
Milton, FL 32583 Morse Scale,Braden Scale,Weekend Infirmary Rounds,MI
Main: 8509835800 Fax: 8509835864 Date of Service: 3/3/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: [redacted]
Facility: 211-CROSS CITY C.I.
Screening for vision (ICD-V80.2) (ICD10-Z13.89)
Wart (ICD-078.10) (ICD10-B07.9)
Headache, unspecified (ICD10-R51.9)
MH Problem: Impulsiveness (ICD-126) (ICD10-F99)
MH Problem: Pathological Behaviors Not Listed Elsewhere (ICD-135) (ICD10-F99)
MH Problem: Limited Social/Environmental Stimulation (ICD-507) (ICD10-F99)
MH Problem: Discharge Planning and Readiness Skills (ICD-308) (ICD10-F99)

DC4-673B Mental Health Nursing Evaluation (Revised 10/31/23)
This form is not to be amended, revised, or altered without approval of the Deputy Director of Health Services Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES

**BRADEN SCALE FOR PREDICTING PRESSURE SORE RISK**

**Sensory Perception - Ability to respond meaningfully to pressure-related discomfort:**
4-No Impairment

**Moisture - degree to which skin is exposed to moisture:** 4-Rarely Moist

**Activity - degree of physical activity:** 4-Walks Frequently

**Mobility - ability to change and control body position:** 4-No Limitation

**Nutrition - usual food intake pattern:** 4-Excellent

**Friction and Shear:** 3-No Apparent Problem

**Total Score:** 23 **Risk Level:** No further action required

DC4-804 Braden Scale for Predicting Pressure Sore Risk (Revised 3/14/17)
This form is not to be amended, revised, or altered without approval of the Office of Health Services Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

**Fall Risk Assessment**
FLORIDA DEPARTMENT OF CORRECTIONS OFFICE OF HEALTH SERVICES

3 of 5
FDC 000666

**119-SANTA ROSA C.I.** 2/18/2025
5850 East Milton Rd.
Milton, FL 32583 Morse Scale,Braden Scale,Weekend Infirmary Rounds,MI
Main: 8509835800 Fax: 8509835864 Date of Service: 3/3/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: [redacted]
Facility: 211-CROSS CITY C.I.

**MORSE FALL SCALE**

**Fall Risk Calculation**

**History of falling: immediate or within 3 months** No (0)

**Secondary diagnosis** No (0)

**Ambulatory aids** Bed rest/nurse assist (0)

**IV/Heparin Lock** No (0)

**Gait/Transferring**
Normal/bedrest/immobile (0)

**Mental Status**
Oriented to own ability (0)

**Total Fall Risk Score: 0**
**Risk Level No Risk**

Scoring:
0-24= No Risk, Good Basic Nursing Care
25-50= Low Risk, Implement Standard Fall Prevention Interventions
>50 = High Risk, Implement High Risk Fall Prevention Interventions
1 Morse, J.M., (2009), Preventing patient falls (2nd ed.), New York; Springer, Published, 2009

DC4-684A Morse Fall Scale (Revised 8/1/17)
This form is not to be amended, revised, or altered without approval of the Office of Health Services Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

FLORIDA DEPARTMENT OF CORRECTIONS OFFICE OF HEALTH SERVICES
**INFIRMARY PROGRESS RECORD**

**Institution:** 211-CROSS CITY C.I.

**Date:** 03/03/2024 **Time:** 0800 **Discipline:** N=Nursing

**Comments:** rounds completed by phone with the provider

DC4-714A Infirmary Progress Record (Revised 07/19/17)
This form is not to be amended, revised, or altered without approval of the Office of Health Services Administration.

4 of 5

FDC 000667

**119-SANTA ROSA C.I.**
5850 East Milton Rd.
Milton, FL 32583
Main: 8509835800 Fax: 8509835864

2/18/2025
Morse Scale,Braden Scale,Weekend Infirmary Rounds,MI
Date of Service: 3/3/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: [redacted]
Facility: 211-CROSS CITY C.I.
**Disclaimer: All EMR timestamps are Eastern Time Zone**

Signed By: Fernandez, LPN, Licensed Practical Nurse, Centurion, Serena at 3/3/2024 7:20:39 PM

5 of 5

FDC 000668

**119-SANTA ROSA C.I.**
5850 East Milton Rd.
Milton, FL 32583
Main: 8509835800 Fax: 8509835864

2/18/2025

MH Daily Nur Eval,
Date of Service: 3/3/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: [redacted]
Facility: 211-CROSS CITY C.I.
FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES

## MENTAL HEALTH NURSING EVALUATION

### SUBJECTIVE:

03/03/2024 12:26 AM **Patient Age:** 43 Years Old
**Date of Admission:** 02/21/2024
**Institution:** 211-CROSS CITY C.I.
**Current location of patient:** Isolation Management Room -IMR/ Self Harm Observation Status -SHOS
**Type of evaluation:** Evaluation every 8 hours for IMR,CSU,CMHTF
**Has the SHOS/IMR order been reviewed daily by the clinician?** Yes
**Weekend/Holidays nurse has documented the above review from the on-call clinician in EMR:** Yes

PHYSICAL ASSESSMENT
F % **Last 3 Weights:**
164 03/01/2024 4:00:08 PM,
164 03/01/2024 8:09:27 AM,
164 02/29/2024 4:07:36 PM
SHOS: As ordered by clinician
MORSE FALL SCALE ASSESSMENT DC4-684A Completed
On Admission on all CSU, CMHTF, & TCU patients
**Previous Score with Date:**
0 (03/02/2024 8:43:16 AM)
**Risk Level**
No Risk
**Inmate has ADA OR non-ADA disabilities/impairments--e.g. doesn't understand English** No:
Day Shift to list inmate impairments and/or disabilities:

### SUBJECTIVE:

**Time of assessment:** 0015
**Patient's general comments/complaints:** 0 complaints or concerns at this time
**Medical/Dental Complaints?:** No

### OBJECTIVE:

**Hygiene-Showers** Nights
NA for this shift
**See DC4-716A flow sheet if checked
**Diet or Meal Tray** Nights-Breakfast
Meal has not been served yet*

**Sleep: Number of hours patient slept 6**
**Nights 2400-0800**

**Skin Integrity:**
For alterations in skin integrity complete the appropriate Nursing Protocol and if skin damage is associated with an injury complete Diagram of Injury, DC4-708. Additional notes may be documented

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: [redacted]
Facility: 211-CROSS CITY C.I.

on form DC4-642F or DC4-714A. If specific skin problem not noted, select NA.
N/A
Weekly DC4-804 Braden Scale for Predicting Pressure Sore Risk completed on Day Shift.
**Last Score with date:** 23 (03/02/2024 8:43:16 AM)
**Today's score:** 23
**Location:** NA
**AIMS: Completed by clinician:** NA
**Medication Side Effects:** No
**Appearance:**
Sleeping

**Current Behavior (Check all that apply):**
Sleeping

**Orientation:**
Sleeping

**Memory:**
Sleeping

**Eye Contact:**
Sleeping

**Speech:**
Sleeping

**Mood:**
Sleeping

**Affect:**
Sleeping

**Thought Process:**
Sleeping

**Perception:**
Sleeping
**Thought Content:**
Sleeping

## DAILY ASSESSMENTS AND PLANS

1. List & describe noted problems and plans each shift
2. Day shift to list all current CSU and CMHTF inmate problems by ISP number every 7 days.
3. Day shift to list all current TCU inmate problems by ISP number every 28 days.

**Last ISP assessment on:**
02/28/2023
**Current Problems:**

**119-SANTA ROSA C.I.**
5850 East Milton Rd.
Milton, FL 32583
Main: 8509835800 Fax: 8509835864

2/18/2025

MH Daily Nur Eval,
Date of Service: 3/3/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: [redacted]
Facility: 211-CROSS CITY C.I.
Urinary tract infection (UTI) (ICD-599.0) (ICD10-N39.0)
Blood in urine (ICD-599.70) (ICD10-R31.9)
General health examination (ICD-V70.9) (ICD10-Z00.00)
Abnormal labs (ICD-790.99) (ICD10-R89.9)
Knee pain (ICD-719.46) (ICD10-M25.569)
Back pain (ICD-724.5) (ICD10-M54.9)
Other abnormal findings in urine (ICD10-R82.998)
Screening for vision (ICD-V80.2) (ICD10-Z13.89)
Wart (ICD-078.10) (ICD10-B07.9)
Headache, unspecified (ICD10-R51.9)
MH Problem: Impulsiveness (ICD-126) (ICD10-F99)
MH Problem: Pathological Behaviors Not Listed Elsewhere (ICD-135) (ICD10-F99)
MH Problem: Limited Social/Environmental Stimulation (ICD-507) (ICD10-F99)
MH Problem: Discharge Planning and Readiness Skills (ICD-308) (ICD10-F99)

DC4-673B Mental Health Nursing Evaluation (Revised 10/31/23)
This form is not to be amended, revised, or altered without approval of the Deputy Director of Health Services Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

Signed By: Gadde, LPN, Licensed Practical Nurse. Centurion, Erica at 3/3/2024 12:28:49 AM

**119-SANTA ROSA C.I.** 2/18/2025
5850 East Milton Rd.
Milton, FL 32583 MH Daily Nur Eval,
Main: 8509835800 Fax: 8509835864 Date of Service: 3/2/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: [redacted]
Facility: 211-CROSS CITY C.I.
FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES

## MENTAL HEALTH NURSING EVALUATION

### SUBJECTIVE:

03/02/2024 4:49 PM **Patient Age:** 43 Years Old
**Date of Admission:** 02/21/2024
**Institution:** 211-CROSS CITY C.I.
**Current location of patient:** Isolation Management Room -IMR/ Self Harm Observation Status -SHOS
**Has the SHOS/IMR order been reviewed daily by the clinician?** N/A
**Weekend/Holidays nurse has documented the above review from the on-call clinician in EMR:** N/A

PHYSICAL ASSESSMENT
**Temp:** 97.9 F **Pulse:** 64 **Resp:** 18 **BP:** 120 **/** 86 **O2 sat:** 98 % **Last 3 Weights:**
164 03/01/2024 4:00:08 PM,
164 03/01/2024 8:09:27 AM,
164 02/29/2024 4:07:36 PM
MORSE FALL SCALE ASSESSMENT DC4-684A Completed
**Previous Score with Date:**
0 (03/02/2024 8:43:16 AM)
**Risk Level**
No Risk
Day Shift to list inmate impairments and/or disabilities:

### SUBJECTIVE:

**Patient's general comments/complaints:** no complaints at this time
**Medical/Dental Complaints?:** No

### OBJECTIVE:

NA for this shift
**See DC4-716A flow sheet if checked
**Diet or Meal Tray** Evenings-Dinner
Accepted meal tray

**Sleep: Number of hours patient slept 5**
**Skin Integrity:**
For alterations in skin integrity complete the appropriate Nursing Protocol and if skin damage is associated with an injury complete Diagram of Injury, DC4-708. Additional notes may be documented on form DC4-642F or DC4-714A. If specific skin problem not noted, select NA.
N/A
Weekly DC4-804 Braden Scale for Predicting Pressure Sore Risk completed on Day Shift.
**Last Score with date:** 23 (03/02/2024 8:43:16 AM)
**Today's score:** 23
**Location:** NA
**AIMS: Completed by clinician:** NA
**Medication Side Effects:** N/A
**Is Clinician aware of side effects?** N/A

**119-SANTA ROSA C.I.**
5850 East Milton Rd.
Milton, FL 32583
Main: 8509835800 Fax: 8509835864

2/18/2025

MH Daily Nur Eval,
Date of Service: 3/2/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: [redacted]
Facility: 211-CROSS CITY C.I.

**Appearance:**
Sleeping

**Current Behavior (Check all that apply):**
Sleeping

**Orientation:**
Sleeping

**Memory:**
Sleeping

**Eye Contact:**
Sleeping

**Speech:**
Sleeping

**Mood:**
Sleeping

**Affect:**
Sleeping

**Thought Process:**
Sleeping

**Perception:**
Sleeping

**Thought Content:**
Sleeping

## DAILY ASSESSMENTS AND PLANS

1. List & describe noted problems and plans each shift
2. Day shift to list all current CSU and CMHTF inmate problems by ISP number every 7 days.
3. Day shift to list all current TCU inmate problems by ISP number every 28 days.

**Last ISP assessment on:**
02/28/2023

**Current Problems:**
Urinary tract infection (UTI) (ICD-599.0) (ICD10-N39.0)
Blood in urine (ICD-599.70) (ICD10-R31.9)
General health examination (ICD-V70.9) (ICD10-Z00.00)
Abnormal labs (ICD-790.99) (ICD10-R89.9)
Knee pain (ICD-719.46) (ICD10-M25.569)
Back pain (ICD-724.5) (ICD10-M54.9)
Other abnormal findings in urine (ICD10-R82.998)
Screening for vision (ICD-V80.2) (ICD10-Z13.89)

**119-SANTA ROSA C.I.**
5850 East Milton Rd.
Milton, FL 32583
Main: 8509835800 Fax: 8509835864

2/18/2025

MH Daily Nur Eval,
Date of Service: 3/2/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: [redacted]
Facility: 211-CROSS CITY C.I.
Wart (ICD-078.10) (ICD10-B07.9)
Headache, unspecified (ICD10-R51.9)
MH Problem: Impulsiveness (ICD-126) (ICD10-F99)
MH Problem: Pathological Behaviors Not Listed Elsewhere (ICD-135) (ICD10-F99)
MH Problem: Limited Social/Environmental Stimulation (ICD-507) (ICD10-F99)
MH Problem: Discharge Planning and Readiness Skills (ICD-308) (ICD10-F99)

DC4-673B Mental Health Nursing Evaluation (Revised 10/31/23)
This form is not to be amended, revised, or altered without approval of the Deputy Director of Health Services Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

Signed By: Fernandez, LPN, Licensed Practical Nurse, Centurion, Serena at 3/3/2024 10:50:29 AM

**119-SANTA ROSA C.I.** 2/18/2025
5850 East Milton Rd.
Milton, FL 32583 Morse Scale,Braden Scale,Weekend Infirmary Rounds,MI
Main: 8509835800 Fax: 8509835864 Date of Service: 3/2/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: [redacted]
Facility: 211-CROSS CITY C.I.

FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES

**BRADEN SCALE FOR PREDICTING PRESSURE SORE RISK**

**Sensory Perception - Ability to respond meaningfully to pressure-related discomfort:**
4-No Impairment

**Moisture - degree to which skin is exposed to moisture:** 4-Rarely Moist

**Activity - degree of physical activity:** 4-Walks Frequently

**Mobility - ability to change and control body position:** 4-No Limitation

**Nutrition - usual food intake pattern:** 4-Excellent

**Friction and Shear:** 3-No Apparent Problem

**Total Score:** 23 **Risk Level:** No further action required

DC4-804 Braden Scale for Predicting Pressure Sore Risk (Revised 3/14/17)
This form is not to be amended, revised, or altered without approval of the Office of Health Services Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

**Fall Risk Assessment**
FLORIDA DEPARTMENT OF CORRECTIONS OFFICE OF HEALTH SERVICES

**MORSE FALL SCALE**

**Fall Risk Calculation**

**History of falling: immediate or within 3 months** No (0)

**Secondary diagnosis** No (0)

**Ambulatory aids** Bed rest/nurse assist (0)

**IV/Heparin Lock** No (0)

**Gait/Transferring**

**119-SANTA ROSA C.I.** 2/18/2025
5850 East Milton Rd.
Milton, FL 32583 Morse Scale,Braden Scale,Weekend Infirmary Rounds,MI
Main: 8509835800 Fax: 8509835864 Date of Service: 3/2/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: [redacted]
Facility: 211-CROSS CITY C.I.

Normal/bedrest/immobile (0)

**Mental Status**
Oriented to own ability (0)

**Total Fall Risk Score: 0**
**Risk Level No Risk**

Scoring:
0-24= No Risk, Good Basic Nursing Care
25-50= Low Risk, Implement Standard Fall Prevention Interventions
>50 = High Risk, Implement High Risk Fall Prevention Interventions
1 Morse, J.M., (2009), Preventing patient falls (2nd ed.), New York; Springer, Published, 2009

DC4-684A Morse Fall Scale (Revised 8/1/17)
This form is not to be amended, revised, or altered without approval of the Office of Health Services Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES

## MENTAL HEALTH NURSING EVALUATION

## SUBJECTIVE:

03/02/2024 8:43 AM **Patient Age:** 43 Years Old
**Date of Admission:** 02/21/2024
**Institution:** 211-CROSS CITY C.I.
**Current location of patient:** Isolation Management Room -IMR/ Self Harm Observation Status -SHOS
**Has the SHOS/IMR order been reviewed daily by the clinician?** N/A
**Weekend/Holidays nurse has documented the above review from the on-call clinician in EMR:** N/A

PHYSICAL ASSESSMENT
**Temp:** 97.8 F **Pulse:** 62 **Resp:** 18 **BP:** 122 **/** 78 **O2 sat:** 99 % **Last 3 Weights:**
164 03/01/2024 4:00:08 PM,
164 03/01/2024 8:09:27 AM,
164 02/29/2024 4:07:36 PM
MORSE FALL SCALE ASSESSMENT DC4-684A Completed
**Previous Score with Date:**
0 (03/01/2024 8:09:27 AM)
**Risk Level**
No Risk
Day Shift to list inmate impairments and/or disabilities:

## SUBJECTIVE:

**Patient's general comments/complaints:** no complaints at this time

2 of 5

FDC 000676

**119-SANTA ROSA C.I.**
5850 East Milton Rd.
Milton, FL 32583
Main: 8509835800 Fax: 8509835864

2/18/2025
Morse Scale,Braden Scale,Weekend Infirmary Rounds,MI
Date of Service: 3/2/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: [redacted]
Facility: 211-CROSS CITY C.I.
**Medical/Dental Complaints?:** No

## OBJECTIVE:

**Hygiene-Showers** Days
NA for this shift
**See DC4-716A flow sheet if checked
**Diet or Meal Tray** Days-Lunch
Accepted meal tray

**Sleep: Number of hours patient slept 6**
**Days 0800-1600**

**Skin Integrity:**
For alterations in skin integrity complete the appropriate Nursing Protocol and if skin damage is associated with an injury complete Diagram of Injury, DC4-708. Additional notes may be documented on form DC4-642F or DC4-714A. If specific skin problem not noted, select NA.
N/A
Weekly DC4-804 Braden Scale for Predicting Pressure Sore Risk completed on Day Shift.
**Last Score with date:** 23 (03/01/2024 8:09:27 AM)
**Today's score:** 23
**Location:** NA
**AIMS: Completed by clinician:** NA
**Medication Side Effects:** N/A
**Is Clinician aware of side effects?** N/A
**Appearance:**
Well Groomed

**Current Behavior (Check all that apply):**
Cooperative

**Orientation:**
Person Place
Time
Situation
**Memory:**
Intact

**Eye Contact:**
Good
**Speech:**
Normal

**Mood:**
Pleasant

**Affect:**
Normal

**119-SANTA ROSA C.I.**
5850 East Milton Rd.
Milton, FL 32583
Main: 8509835800 Fax: 8509835864

2/18/2025

Morse Scale,Braden Scale,Weekend Infirmary Rounds,MI
Date of Service: 3/2/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: [redacted]
Facility: 211-CROSS CITY C.I.

**Thought Process:**
Well Organized

**Perception:**
**Is patient hearing voices or conversations which others cannot hear?** No
**Is patient seeing visions of anything which others cannot see?** No
**Thought Content:**
**Is patient experiencing delusions e.g., believes s/he is being poisoned, can read minds, etc.?** No
**Does patient have non-suicidal self-injury ideas or threats?** No
**Does patient have suicidal ideas or threats?** No
**Does patient have homicidal threats or plan?** No

## DAILY ASSESSMENTS AND PLANS

1. List & describe noted problems and plans each shift
2. Day shift to list all current CSU and CMHTF inmate problems by ISP number every 7 days.
3. Day shift to list all current TCU inmate problems by ISP number every 28 days.

**Last ISP assessment on:**
02/28/2023
**Current Problems:**
Urinary tract infection (UTI) (ICD-599.0) (ICD10-N39.0)
Blood in urine (ICD-599.70) (ICD10-R31.9)
General health examination (ICD-V70.9) (ICD10-Z00.00)
Abnormal labs (ICD-790.99) (ICD10-R89.9)
Knee pain (ICD-719.46) (ICD10-M25.569)
Back pain (ICD-724.5) (ICD10-M54.9)
Other abnormal findings in urine (ICD10-R82.998)
Screening for vision (ICD-V80.2) (ICD10-Z13.89)
Wart (ICD-078.10) (ICD10-B07.9)
Headache, unspecified (ICD10-R51.9)
MH Problem: Impulsiveness (ICD-126) (ICD10-F99)
MH Problem: Pathological Behaviors Not Listed Elsewhere (ICD-135) (ICD10-F99)
MH Problem: Limited Social/Environmental Stimulation (ICD-507) (ICD10-F99)
MH Problem: Discharge Planning and Readiness Skills (ICD-308) (ICD10-F99)

DC4-673B Mental Health Nursing Evaluation (Revised 10/31/23)
This form is not to be amended, revised, or altered without approval of the Deputy Director of Health Services Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**
FLORIDA DEPARTMENT OF CORRECTIONS OFFICE OF HEALTH SERVICES
**INFIRMARY PROGRESS RECORD**

**Institution:** 211-CROSS CITY C.I.

**Date:** 03/02/2024 **Time:** 11:37 AM **Discipline:** N=Nursing

**119-SANTA ROSA C.I.**
5850 East Milton Rd.
Milton, FL 32583
Main: 8509835800 Fax: 8509835864

2/18/2025

Morse Scale,Braden Scale,Weekend Infirmary Rounds,MI

Date of Service: 3/2/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: [redacted]
Facility: 211-CROSS CITY C.I.
**Comments:** rounds completed with provider by phone

DC4-714A Infirmary Progress Record (Revised 07/19/17)
This form is not to be amended, revised, or altered without approval of the Office of Health Services Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

Signed By: Fernandez, LPN, Licensed Practical Nurse, Centurion, Serena at 3/2/2024 6:48:08 PM

**119-SANTA ROSA C.I.**
5850 East Milton Rd.
Milton, FL 32583
Main: 8509835800 Fax: 8509835864

2/18/2025

MH Daily Nur Eval,
Date of Service: 3/2/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: [redacted]
Facility: 223-MAYO C.I. ANNEX
FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES

## MENTAL HEALTH NURSING EVALUATION

## SUBJECTIVE:

03/02/2024 12:36 AM **Patient Age:** 43 Years Old
**Date of Admission:** 02/21/2024
**Institution:** 211-CROSS CITY C.I.
**Current location of patient:** Isolation Management Room -IMR/ Self Harm Observation Status -SHOS
**Type of evaluation:** Evaluation every 8 hours for IMR,CSU,CMHTF
**Has the SHOS/IMR order been reviewed daily by the clinician?** N/A
**Weekend/Holidays nurse has documented the above review from the on-call clinician in EMR:** N/A

PHYSICAL ASSESSMENT
F % **Last 3 Weights:**
164 03/01/2024 4:00:08 PM,
164 03/01/2024 8:09:27 AM,
164 02/29/2024 4:07:36 PM
SHOS: As ordered by clinician
MORSE FALL SCALE ASSESSMENT DC4-684A Completed
**Previous Score with Date:**
0 (03/01/2024 8:09:27 AM)
**Risk Level**
No Risk
**Inmate has ADA OR non-ADA disabilities/impairments--e.g. doesn't understand English** No:
Day Shift to list inmate impairments and/or disabilities:

## SUBJECTIVE:

**Time of assessment:** 0036
**Patient's general comments/complaints:** 0 COMPLAINTS AT THIS TIME
**Medical/Dental Complaints?:** No

## OBJECTIVE:

**Hygiene-Showers** Nights
NA for this shift
**See DC4-716A flow sheet if checked
**Diet or Meal Tray** Nights-Breakfast
Accepted meal tray

**Sleep: Number of hours patient slept 6+**
**Nights 2400-0800**

**Skin Integrity:**
For alterations in skin integrity complete the appropriate Nursing Protocol and if skin damage is associated with an injury complete Diagram of Injury, DC4-708. Additional notes may be documented on form DC4-642F or DC4-714A. If specific skin problem not noted, select NA.

**119-SANTA ROSA C.I.**
5850 East Milton Rd.
Milton, FL 32583
Main: 8509835800 Fax: 8509835864

2/18/2025

MH Daily Nur Eval,
Date of Service: 3/2/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: [redacted]
Facility: 223-MAYO C.I. ANNEX

N/A

Weekly DC4-804 Braden Scale for Predicting Pressure Sore Risk completed on Day Shift.
**Last Score with date:** 23 (03/01/2024 8:09:27 AM)
**Today's score:** 23
**Location:** NA
**AIMS: Completed by clinician:** NA
**Medication Side Effects:** No
**Appearance:**
Sleeping

**Current Behavior (Check all that apply):**
Sleeping

**Orientation:**
Sleeping

**Memory:**
Sleeping

**Eye Contact:**
Sleeping

**Speech:**
Sleeping

**Mood:**
Sleeping

**Affect:**
Sleeping

**Thought Process:**
Sleeping

**Perception:**
Sleeping
**Is patient hearing voices or conversations which others cannot hear?** No
**Is patient seeing visions of anything which others cannot see?** No
**Thought Content:**
Sleeping
**Is patient experiencing delusions e.g., believes s/he is being poisoned, can read minds, etc.?** No
**Does patient have non-suicidal self-injury ideas or threats?** No
**Does patient have suicidal ideas or threats?** No
**Does patient have homicidal threats or plan?** No

## DAILY ASSESSMENTS AND PLANS

1. List & describe noted problems and plans each shift
2. Day shift to list all current CSU and CMHTF inmate problems by ISP number every 7 days.

**119-SANTA ROSA C.I.**
5850 East Milton Rd.
Milton, FL 32583
Main: 8509835800 Fax: 8509835864

2/18/2025

MH Daily Nur Eval,
Date of Service: 3/2/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: [redacted]
Facility: 223-MAYO C.I. ANNEX

3. Day shift to list all current TCU inmate problems by ISP number every 28 days.

**Last ISP assessment on:**
02/28/2023
**Current Problems:**
Urinary tract infection (UTI) (ICD-599.0) (ICD10-N39.0)
Blood in urine (ICD-599.70) (ICD10-R31.9)
General health examination (ICD-V70.9) (ICD10-Z00.00)
Abnormal labs (ICD-790.99) (ICD10-R89.9)
Knee pain (ICD-719.46) (ICD10-M25.569)
Back pain (ICD-724.5) (ICD10-M54.9)
Other abnormal findings in urine (ICD10-R82.998)
Screening for vision (ICD-V80.2) (ICD10-Z13.89)
Wart (ICD-078.10) (ICD10-B07.9)
Headache, unspecified (ICD10-R51.9)
MH Problem: Impulsiveness (ICD-126) (ICD10-F99)
MH Problem: Pathological Behaviors Not Listed Elsewhere (ICD-135) (ICD10-F99)
MH Problem: Limited Social/Environmental Stimulation (ICD-507) (ICD10-F99)
MH Problem: Discharge Planning and Readiness Skills (ICD-308) (ICD10-F99)

**Assessment/Problem Noted** MH Problem: Pathological Behaviors Not Listed Elsewhere (F99)
**Plan:** CONTINUE SHOS
DC4-673B Mental Health Nursing Evaluation (Revised 10/31/23)
This form is not to be amended, revised, or altered without approval of the Deputy Director of Health Services Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

Signed By: Khurana, RN, Registered Nurse, Centurion, Jacqueline at 3/2/2024 5:35:58 AM

**119-SANTA ROSA C.I.**
5850 East Milton Rd.
Milton, FL 32583
Main: 8509835800 Fax: 8509835864

2/18/2025

MH Daily Nur Eval,
Date of Service: 3/1/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: [redacted]
Facility: 211-CROSS CITY C.I.
FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES

## MENTAL HEALTH NURSING EVALUATION

### SUBJECTIVE:

03/01/2024 4:00 PM **Patient Age:** 43 Years Old
**Date of Admission:** 03/21/2024
**Institution:** 211-CROSS CITY C.I.
**Current location of patient:** Isolation Management Room -IMR/ Self Harm Observation Status -SHOS
**Type of evaluation:** Evaluation every 8 hours for IMR,CSU,CMHTF
**Has the SHOS/IMR order been reviewed daily by the clinician?** Yes
**Weekend/Holidays nurse has documented the above review from the on-call clinician in EMR:** Yes

PHYSICAL ASSESSMENT
**Temp:** 97.2 F **Pulse:** 65 **Resp:** 16 **BP:** 122 **/** 67 **O2 sat:** 99 % **Weight (lbs):** 164
**Last 3 Weights:**
164 03/01/2024 8:09:27 AM,
164 02/29/2024 4:07:36 PM,
164 02/29/2024 8:04:32 AM
SHOS: As ordered by clinician
MORSE FALL SCALE ASSESSMENT DC4-684A Completed
**Previous Score with Date:**
0 (03/01/2024 8:09:27 AM)
**Risk Level**
No Risk
**Inmate has ADA OR non-ADA disabilities/impairments--e.g. doesn't understand English** No:
Day Shift to list inmate impairments and/or disabilities:

### SUBJECTIVE:

**Patient's general comments/complaints:** "I don't do this because I want to. I'm just trying to keep it together."
**Medical/Dental Complaints?:** No

### OBJECTIVE:

**Hygiene-Showers** Nights
Self
**See DC4-716A flow sheet if checked
**Diet or Meal Tray** Days-Lunch
Accepted meal tray

**Sleep: Number of hours patient slept 5-6**
**Nights 2400-0800**

**Skin Integrity:**
For alterations in skin integrity complete the appropriate Nursing Protocol and if skin damage is associated with an injury complete Diagram of Injury, DC4-708. Additional notes may be documented on form DC4-642F or DC4-714A. If specific skin problem not noted, select NA.

**119-SANTA ROSA C.I.** 2/18/2025
5850 East Milton Rd.
Milton, FL 32583 MH Daily Nur Eval,
Main: 8509835800 Fax: 8509835864 Date of Service: 3/1/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: [redacted]
Facility: 211-CROSS CITY C.I.
N/A
Weekly DC4-804 Braden Scale for Predicting Pressure Sore Risk completed on Day Shift.
**Last Score with date:** 23 (03/01/2024 8:09:27 AM)
**Today's score:** 23
N/A
**Location:** NA
**Additional SKIN INTEGRITY comments:** NA
**AIMS: Completed by clinician:** NA
**Medication Side Effects:** N/A
**Is Clinician aware of side effects?** N/A
**Appearance:**
Somewhat disheveled
**Current Behavior (Check all that apply):**
Agitated

**Orientation:**
Person Place
Time
Situation
**Memory:**
Intact

**Eye Contact:**
Good
**Speech:**
Normal

**Mood:**
Anxious

**Affect:**
Broad
Normal

**Thought Process:**
Well Organized

**Perception:**
**Is patient hearing voices or conversations which others cannot hear?** No
**Is patient seeing visions of anything which others cannot see?** No
**Thought Content:**
**Is patient experiencing delusions e.g., believes s/he is being poisoned, can read minds, etc.?** No
**Does patient have non-suicidal self-injury ideas or threats?** No
**Does patient have suicidal ideas or threats?** No
**Does patient have homicidal threats or plan?** Yes

## DAILY ASSESSMENTS AND PLANS

1. List & describe noted problems and plans each shift

**119-SANTA ROSA C.I.**
5850 East Milton Rd.
Milton, FL 32583
Main: 8509835800 Fax: 8509835864

2/18/2025

MH Daily Nur Eval,
Date of Service: 3/1/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: [redacted]
Facility: 211-CROSS CITY C.I.

2. Day shift to list all current CSU and CMHTF inmate problems by ISP number every 7 days.
3. Day shift to list all current TCU inmate problems by ISP number every 28 days.

**Last ISP assessment on:**
02/28/2023
**Current Problems:**
Urinary tract infection (UTI) (ICD-599.0) (ICD10-N39.0)
Blood in urine (ICD-599.70) (ICD10-R31.9)
General health examination (ICD-V70.9) (ICD10-Z00.00)
Abnormal labs (ICD-790.99) (ICD10-R89.9)
Knee pain (ICD-719.46) (ICD10-M25.569)
Back pain (ICD-724.5) (ICD10-M54.9)
Other abnormal findings in urine (ICD10-R82.998)
Screening for vision (ICD-V80.2) (ICD10-Z13.89)
Wart (ICD-078.10) (ICD10-B07.9)
Headache, unspecified (ICD10-R51.9)
MH Problem: Impulsiveness (ICD-126) (ICD10-F99)
MH Problem: Pathological Behaviors Not Listed Elsewhere (ICD-135) (ICD10-F99)
MH Problem: Limited Social/Environmental Stimulation (ICD-507) (ICD10-F99)
MH Problem: Discharge Planning and Readiness Skills (ICD-308) (ICD10-F99)

**Plan:** Continue SHOS isolation
DC4-673B Mental Health Nursing Evaluation (Revised 10/31/23)
This form is not to be amended, revised, or altered without approval of the Deputy Director of Health Services Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

Signed By: Campbell, RN, Registered Nurse, Centurion, Lisa at 3/1/2024 5:22:25 PM

**119-SANTA ROSA C.I.** 2/18/2025
5850 East Milton Rd.
Milton, FL 32583 Vitals,Morse Scale,Braden Scale,MH Daily Nur Eval,
Main: 8509835800 Fax: 8509835864 Date of Service: 3/1/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: [redacted]
Facility: 211-CROSS CITY C.I.

FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES
**BRADEN SCALE FOR PREDICTING PRESSURE SORE RISK**

**Sensory Perception - Ability to respond meaningfully to pressure-related discomfort:**
4-No Impairment

**Moisture - degree to which skin is exposed to moisture:** 4-Rarely Moist

**Activity - degree of physical activity:** 4-Walks Frequently

**Mobility - ability to change and control body position:** 4-No Limitation

**Nutrition - usual food intake pattern:** 4-Excellent

**Friction and Shear:** 3-No Apparent Problem

**Total Score:** 23 **Risk Level:** No further action required

DC4-804 Braden Scale for Predicting Pressure Sore Risk (Revised 3/14/17)
This form is not to be amended, revised, or altered without approval of the Office of Health Services Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

**Fall Risk Assessment**
FLORIDA DEPARTMENT OF CORRECTIONS OFFICE OF HEALTH SERVICES
**MORSE FALL SCALE**

**Fall Risk Calculation**

**History of falling: immediate or within 3 months** No (0)

**Secondary diagnosis** No (0)

**Ambulatory aids** Bed rest/nurse assist (0)

**IV/Heparin Lock** No (0)

**Gait/Transferring**

**119-SANTA ROSA C.I.** 2/18/2025
5850 East Milton Rd.
Milton, FL 32583 Vitals,Morse Scale,Braden Scale,MH Daily Nur Eval,
Main: 8509835800 Fax: 8509835864 Date of Service: 3/1/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: [redacted]
Facility: 211-CROSS CITY C.I.
Normal/bedrest/immobile (0)

**Mental Status**
Oriented to own ability (0)

**Total Fall Risk Score: 0**
**Risk Level No Risk**

Scoring:
0-24= No Risk, Good Basic Nursing Care
25-50= Low Risk, Implement Standard Fall Prevention Interventions
>50 = High Risk, Implement High Risk Fall Prevention Interventions
1 Morse, J.M., (2009), Preventing patient falls (2nd ed.), New York; Springer, Published, 2009

DC4-684A Morse Fall Scale (Revised 8/1/17)
This form is not to be amended, revised, or altered without approval of the Office of Health Services Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**
FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES

## MENTAL HEALTH NURSING EVALUATION

## SUBJECTIVE:
03/01/2024 8:09 AM **Patient Age:** 43 Years Old
**Date of Admission:** 03/21/2024
**Institution:** 211-CROSS CITY C.I.
**Current location of patient:** Isolation Management Room -IMR/ Self Harm Observation Status -SHOS
**Type of evaluation:** Evaluation every 8 hours for IMR,CSU,CMHTF
**Has the SHOS/IMR order been reviewed daily by the clinician?** Yes
**Weekend/Holidays nurse has documented the above review from the on-call clinician in EMR:** Yes

PHYSICAL ASSESSMENT
**Temp:** 97.8 F **Pulse:** 65 **Resp:** 16 **BP:** 122 **/** 78 **O2 sat:** 99 % **Weight (lbs):** 164
**Last 3 Weights:**
164 02/29/2024 4:07:36 PM,
164 02/29/2024 8:04:32 AM,
164 02/26/2024 8:08:40 AM
SHOS: As ordered by clinician
MORSE FALL SCALE ASSESSMENT DC4-684A Completed
**Previous Score with Date:**
0 (02/29/2024 8:04:32 AM)
**Risk Level**
No Risk
**Inmate has ADA OR non-ADA disabilities/impairments--e.g. doesn't understand English** No:

2 of 5
FDC 000687

**119-SANTA ROSA C.I.**
5850 East Milton Rd.
Milton, FL 32583
Main: 8509835800 Fax: 8509835864

2/18/2025

Vitals,Morse Scale,Braden Scale,MH Daily Nur Eval,
Date of Service: 3/1/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: [redacted]
Facility: 211-CROSS CITY C.I.
Day Shift to list inmate impairments and/or disabilities:

**SUBJECTIVE:**

**Patient's general comments/complaints:** "Good morning."
**Medical/Dental Complaints?:** No

**OBJECTIVE:**

**Hygiene-Showers** Nights
Self
**See DC4-716A flow sheet if checked
**Diet or Meal Tray** Nights-Breakfast
Accepted meal tray

**Sleep: Number of hours patient slept 5**
**Nights 2400-0800**

**Skin Integrity:**
For alterations in skin integrity complete the appropriate Nursing Protocol and if skin damage is associated with an injury complete Diagram of Injury, DC4-708. Additional notes may be documented on form DC4-642F or DC4-714A. If specific skin problem not noted, select NA.
N/A
Weekly DC4-804 Braden Scale for Predicting Pressure Sore Risk completed on Day Shift.
**Last Score with date:** 23 (02/29/2024 8:04:32 AM)
**Today's score:** 23
N/A
**Location:** NA
**Additional SKIN INTEGRITY comments:** NA
**AIMS: Completed by clinician:** NA
**Medication Side Effects:** N/A
**Is Clinician aware of side effects?** N/A
**Appearance:**
Somewhat disheveled
**Current Behavior (Check all that apply):**
Cooperative

**Orientation:**
Person Place
Time
Situation
**Memory:**
Intact

**Eye Contact:**
Good
**Speech:**
Normal

**Mood:**

**119-SANTA ROSA C.I.**
5850 East Milton Rd.
Milton, FL 32583
Main: 8509835800 Fax: 8509835864

2/18/2025

Vitals,Morse Scale,Braden Scale,MH Daily Nur Eval,
Date of Service: 3/1/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: [redacted]
Facility: 211-CROSS CITY C.I.
Pleasant

**Affect:**
Normal

**Thought Process:**
Well Organized

**Perception:**
**Is patient hearing voices or conversations which others cannot hear?** No
**Is patient seeing visions of anything which others cannot see?** No
**Thought Content:**
**Is patient experiencing delusions e.g., believes s/he is being poisoned, can read minds, etc.?** No
**Does patient have non-suicidal self-injury ideas or threats?** No
**Does patient have suicidal ideas or threats?** No
**Does patient have homicidal threats or plan?** Yes

## DAILY ASSESSMENTS AND PLANS

1. List & describe noted problems and plans each shift
2. Day shift to list all current CSU and CMHTF inmate problems by ISP number every 7 days.
3. Day shift to list all current TCU inmate problems by ISP number every 28 days.

**Last ISP assessment on:**
02/28/2023
**Current Problems:**
Urinary tract infection (UTI) (ICD-599.0) (ICD10-N39.0)
Blood in urine (ICD-599.70) (ICD10-R31.9)
General health examination (ICD-V70.9) (ICD10-Z00.00)
Abnormal labs (ICD-790.99) (ICD10-R89.9)
Knee pain (ICD-719.46) (ICD10-M25.569)
Back pain (ICD-724.5) (ICD10-M54.9)
Other abnormal findings in urine (ICD10-R82.998)
Screening for vision (ICD-V80.2) (ICD10-Z13.89)
Wart (ICD-078.10) (ICD10-B07.9)
Headache, unspecified (ICD10-R51.9)
MH Problem: Impulsiveness (ICD-126) (ICD10-F99)
MH Problem: Pathological Behaviors Not Listed Elsewhere (ICD-135) (ICD10-F99)
MH Problem: Limited Social/Environmental Stimulation (ICD-507) (ICD10-F99)
MH Problem: Discharge Planning and Readiness Skills (ICD-308) (ICD10-F99)

**Assessment/Problem Noted** MH Problem: Pathological Behaviors Not Listed Elsewhere (F99)
**Plan:** Continue SHOS isolation
DC4-673B Mental Health Nursing Evaluation (Revised 10/31/23)
This form is not to be amended, revised, or altered without approval of the Deputy Director of Health Services Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

**119-SANTA ROSA C.I.**
5850 East Milton Rd.
Milton, FL 32583
Main: 8509835800 Fax: 8509835864

2/18/2025
Vitals,Morse Scale,Braden Scale,MH Daily Nur Eval,
Date of Service: 3/1/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: [redacted]
Facility: 211-CROSS CITY C.I.

Signed By: Campbell, RN, Registered Nurse, Centurion, Lisa at 3/1/2024 9:03:07 AM

5 of 5

FDC 000690

**119-SANTA ROSA C.I.**
5850 East Milton Rd.
Milton, FL 32583
Main: 8509835800 Fax: 8509835864

2/18/2025

MH Daily Nur Eval,
Date of Service: 3/1/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: [redacted]
Facility: 211-CROSS CITY C.I.
FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES

## MENTAL HEALTH NURSING EVALUATION

## SUBJECTIVE:

03/01/2024 12:06 AM **Patient Age:** 43 Years Old
**Date of Admission:** 02/21/2024
**Institution:** 211-CROSS CITY C.I.
**Current location of patient:** Isolation Management Room -IMR/ Self Harm Observation Status -SHOS
**Type of evaluation:** Evaluation every 8 hours for IMR,CSU,CMHTF
**Has the SHOS/IMR order been reviewed daily by the clinician?** N/A
**Weekend/Holidays nurse has documented the above review from the on-call clinician in EMR:** N/A

PHYSICAL ASSESSMENT
F % **Last 3 Weights:**
164 02/29/2024 4:07:36 PM,
164 02/29/2024 8:04:32 AM,
164 02/26/2024 8:08:40 AM
SHOS: As ordered by clinician
MORSE FALL SCALE ASSESSMENT DC4-684A Completed
On Admission on all CSU, CMHTF, & TCU patients
**Previous Score with Date:**
0 (02/29/2024 8:04:32 AM)
**Risk Level**
No Risk
Day Shift to list inmate impairments and/or disabilities:

## SUBJECTIVE:

**Time of assessment:** 2345
**Medical/Dental Complaints?:** No

## OBJECTIVE:

**Hygiene-Showers** Nights
NA for this shift
**See DC4-716A flow sheet if checked
**Diet or Meal Tray** Nights-Breakfast
Meal has not been served yet*

**Sleep: Number of hours patient slept 6**
**Nights 2400-0800**

**Skin Integrity:**
For alterations in skin integrity complete the appropriate Nursing Protocol and if skin damage is associated with an injury complete Diagram of Injury, DC4-708. Additional notes may be documented on form DC4-642F or DC4-714A. If specific skin problem not noted, select NA.
N/A

**119-SANTA ROSA C.I.**
5850 East Milton Rd.
Milton, FL 32583
Main: 8509835800 Fax: 8509835864

2/18/2025

MH Daily Nur Eval,
Date of Service: 3/1/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: [redacted]
Facility: 211-CROSS CITY C.I.
Weekly DC4-804 Braden Scale for Predicting Pressure Sore Risk completed on Day Shift.
**Last Score with date:** 23 (02/29/2024 8:04:32 AM)
**Today's score:** 23
**Location:** NA
**AIMS: Completed by clinician:** NA
**Medication Side Effects:** N/A
**Is Clinician aware of side effects?** N/A
**Appearance:**
Sleeping

**Current Behavior (Check all that apply):**
Sleeping

**Orientation:**
Sleeping

**Memory:**
Sleeping

**Eye Contact:**
Sleeping

**Speech:**
Sleeping

**Mood:**
Sleeping

**Affect:**
Sleeping

**Thought Process:**
Sleeping

**Perception:**
Sleeping
**Thought Content:**
Sleeping

## DAILY ASSESSMENTS AND PLANS

1. List & describe noted problems and plans each shift
2. Day shift to list all current CSU and CMHTF inmate problems by ISP number every 7 days.
3. Day shift to list all current TCU inmate problems by ISP number every 28 days.

**Last ISP assessment on:**
02/28/2023
**Current Problems:**
Urinary tract infection (UTI) (ICD-599.0) (ICD10-N39.0)

**119-SANTA ROSA C.I.**
5850 East Milton Rd.
Milton, FL 32583
Main: 8509835800 Fax: 8509835864

2/18/2025

MH Daily Nur Eval,
Date of Service: 3/1/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: [redacted]
Facility: 211-CROSS CITY C.I.
Blood in urine (ICD-599.70) (ICD10-R31.9)
General health examination (ICD-V70.9) (ICD10-Z00.00)
Abnormal labs (ICD-790.99) (ICD10-R89.9)
Knee pain (ICD-719.46) (ICD10-M25.569)
Back pain (ICD-724.5) (ICD10-M54.9)
Other abnormal findings in urine (ICD10-R82.998)
Screening for vision (ICD-V80.2) (ICD10-Z13.89)
Wart (ICD-078.10) (ICD10-B07.9)
Headache, unspecified (ICD10-R51.9)
MH Problem: Impulsiveness (ICD-126) (ICD10-F99)
MH Problem: Pathological Behaviors Not Listed Elsewhere (ICD-135) (ICD10-F99)
MH Problem: Limited Social/Environmental Stimulation (ICD-507) (ICD10-F99)
MH Problem: Discharge Planning and Readiness Skills (ICD-308) (ICD10-F99)

DC4-673B Mental Health Nursing Evaluation (Revised 10/31/23)
This form is not to be amended, revised, or altered without approval of the Deputy Director of Health Services Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

Signed By: Gadde, LPN, Licensed Practical Nurse. Centurion, Erica at 3/1/2024 5:07:41 AM

**119-SANTA ROSA C.I.**
5850 East Milton Rd.
Milton, FL 32583
Main: 8509835800 Fax: 8509835864

2/18/2025

Weekend Infirmary Rounds,MH Daily Nur Eval,
Date of Service: 2/29/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: [redacted]
Facility: 211-CROSS CITY C.I.
FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES

## MENTAL HEALTH NURSING EVALUATION

### SUBJECTIVE:

02/29/2024 4:07 PM **Patient Age:** 43 Years Old
**Date of Admission:** 02/21/2024
**Institution:** 211-CROSS CITY C.I.
**Current location of patient:** Isolation Management Room -IMR/ Self Harm Observation Status -SHOS
**Type of evaluation:** Evaluation every 8 hours for IMR,CSU,CMHTF
**Has the SHOS/IMR order been reviewed daily by the clinician?** Yes
**Weekend/Holidays nurse has documented the above review from the on-call clinician in EMR:** Yes

PHYSICAL ASSESSMENT
**Temp:** 98.1 F **Pulse:** 70 **Resp:** 16 **BP:** 128 **/** 76 **O2 sat:** 99 % **Weight (lbs):** 164
**Last 3 Weights:**
164 02/29/2024 8:04:32 AM,
164 02/26/2024 8:08:40 AM,
164 02/21/2024 4:05:19 PM
SHOS: As ordered by clinician
MORSE FALL SCALE ASSESSMENT DC4-684A Completed
**Previous Score with Date:**
0 (02/29/2024 8:04:32 AM)
**Risk Level**
No Risk
**Inmate has ADA OR non-ADA disabilities/impairments--e.g. doesn't understand English** No:
Day Shift to list inmate impairments and/or disabilities:

### SUBJECTIVE:

**Patient's general comments/complaints:** "My mind is going crazy but I'm trying to keep it all together."
**Medical/Dental Complaints?:** No

### OBJECTIVE:

**Hygiene-Showers** Nights
Self
**See DC4-716A flow sheet if checked
**Diet or Meal Tray** Days-Lunch
Accepted meal tray

**Sleep: Number of hours patient slept 8**
**Nights 2400-0800**

**Skin Integrity:**
For alterations in skin integrity complete the appropriate Nursing Protocol and if skin damage is associated with an injury complete Diagram of Injury, DC4-708. Additional notes may be documented on form DC4-642F or DC4-714A. If specific skin problem not noted, select NA.
N/A

**119-SANTA ROSA C.I.** 2/18/2025
5850 East Milton Rd.
Milton, FL 32583 Weekend Infirmary Rounds,MH Daily Nur Eval,
Main: 8509835800 Fax: 8509835864 Date of Service: 2/29/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: [redacted]
Facility: 211-CROSS CITY C.I.
Weekly DC4-804 Braden Scale for Predicting Pressure Sore Risk completed on Day Shift.
**Last Score with date:** 23 (02/29/2024 8:04:32 AM)
**Today's score:** 23
N/A
**Location:** NA
**Additional SKIN INTEGRITY comments:** NA
**AIMS: Completed by clinician:** NA
**Medication Side Effects:** N/A
**Is Clinician aware of side effects?** N/A
**Appearance:**
Somewhat disheveled
**Current Behavior (Check all that apply):**
Agitated

**Orientation:**
Person Place
Time
Situation
**Memory:**
Intact

**Eye Contact:**
Good
**Speech:**
Normal

**Mood:**
Anxious

**Affect:**
Broad

**Thought Process:**
Coherent

**Perception:**
**Is patient hearing voices or conversations which others cannot hear?** No
**Is patient seeing visions of anything which others cannot see?** No
**Thought Content:**
**Is patient experiencing delusions e.g., believes s/he is being poisoned, can read minds, etc.?** No
**Does patient have non-suicidal self-injury ideas or threats?** No
**Does patient have suicidal ideas or threats?** No
**Does patient have homicidal threats or plan?** Yes

## DAILY ASSESSMENTS AND PLANS

1. List & describe noted problems and plans each shift
2. Day shift to list all current CSU and CMHTF inmate problems by ISP number every 7 days.
3. Day shift to list all current TCU inmate problems by ISP number every 28 days.

**119-SANTA ROSA C.I.**
5850 East Milton Rd.
Milton, FL 32583
Main: 8509835800 Fax: 8509835864

2/18/2025

Weekend Infirmary Rounds,MH Daily Nur Eval,
Date of Service: 2/29/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: [redacted]
Facility: 211-CROSS CITY C.I.

**Last ISP assessment on:**
02/28/2023
**Current Problems:**
Urinary tract infection (UTI) (ICD-599.0) (ICD10-N39.0)
Blood in urine (ICD-599.70) (ICD10-R31.9)
General health examination (ICD-V70.9) (ICD10-Z00.00)
Abnormal labs (ICD-790.99) (ICD10-R89.9)
Knee pain (ICD-719.46) (ICD10-M25.569)
Back pain (ICD-724.5) (ICD10-M54.9)
Other abnormal findings in urine (ICD10-R82.998)
Screening for vision (ICD-V80.2) (ICD10-Z13.89)
Wart (ICD-078.10) (ICD10-B07.9)
Headache, unspecified (ICD10-R51.9)
MH Problem: Impulsiveness (ICD-126) (ICD10-F99)
MH Problem: Pathological Behaviors Not Listed Elsewhere (ICD-135) (ICD10-F99)
MH Problem: Limited Social/Environmental Stimulation (ICD-507) (ICD10-F99)
MH Problem: Discharge Planning and Readiness Skills (ICD-308) (ICD10-F99)

**Assessment/Problem Noted** MH Problem: Pathological Behaviors Not Listed Elsewhere (F99)
**Plan:** Continue SHOS isolation
DC4-673B Mental Health Nursing Evaluation (Revised 10/31/23)
This form is not to be amended, revised, or altered without approval of the Deputy Director of Health Services Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

FLORIDA DEPARTMENT OF CORRECTIONS OFFICE OF HEALTH SERVICES
**INFIRMARY PROGRESS RECORD**

**Institution:** 211-CROSS CITY C.I.

**Date:** 02/29/2024 **Time:** 1100 **Discipline:** M= MD/CA/ARNP

**Comments:** Patient is stable. No new orders received

DC4-714A Infirmary Progress Record (Revised 07/19/17)
This form is not to be amended, revised, or altered without approval of the Office of Health Services Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

Signed By: Campbell, RN, Registered Nurse, Centurion, Lisa at 2/29/2024 4:10:21 PM