**119-SANTA ROSA C.I.**

2/18/2025

5850 East Milton Rd.
Milton, FL 32583
Main: 8509835800 Fax: 8509835864

Weekend Infirmary Rounds,MH Daily Nur Eval,
Date of Service: 2/29/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████████
Facility: 211-CROSS CITY C.I.

**119-SANTA ROSA C.I.**                                    2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                    MH Consents
Main: 8509835800 Fax: 8509835864    Date of Service: 2/21/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ██████████
Facility: 211-CROSS CITY C.I.
**MH Consents**

*Imported By: Lorreen Driver, HSA, Centurion 2/29/2024 12:17:27 PM*

---

External Attachment:

  Type:      Image
  Comment:   Lee Robert T15204 - MH Consent

Signed By: Anderson, MHP, Centurion, Laura at 2/29/2024 12:17:32
PM

1 of 1

**FLORIDA DEPARTMENT OF CORRECTIONS**
**CONSENT TO MENTAL HEALTH EVALUATION OR TREATMENT**

Contacts that you have with mental health staff within the Florida Department of Corrections are usually considered confidential or privileged communication. This means that generally whatever you say and your testing results are held in confidence and are not shared with others unless you give written permission. It is very much like the confidentiality that exists between lawyers and their clients.

However, there are limitations to confidentiality of which you need to be aware. Other mental health, health services staff, the Parole Commission, the Department of Children and Families (DCF) Sexually Violent Predator Program, health care surveyors with the Correctional Medical Authority, other surveyors approved by the department to review prison services, and other Department of Corrections staff with a need to know certain healthcare information in order to perform official duties, may have access to records that are kept regarding all mental health contacts. If you decide to receive counseling or other mental health treatment, mental health staff may discuss your situation and progress with other Department of Corrections staff. This is sometimes necessary in order to plan how best to help you. Various Department of Corrections employees, such as medical, classification, security, and substance abuse staff may be present during some of your mental health visits when necessary to perform their official duties. State law may require that you be reviewed by the DCF Sexually Violent Predator Program prior to release from prison in order to determine whether you should be transferred to a sex offender treatment program when your sentence expires. DCF staff will have access to any and all of your mental health records as part of their review.

Furthermore, if you tell mental health staff that you intend to harm yourself or someone else, or threaten the security of the institution, mental health staff must advise other institutional staff of such danger in order to protect your well-being and that of others. If you reveal information about another inmate or an employee of the department that relates to possible harm, or threatens the security of the facility, mental health staff must inform institutional authorities. Use of illegal drugs and violations of institutional rules are examples of threats to institutional security. By State law, if you identify any minor child, elderly, or disabled person who has been the victim of physical or sexual abuse, mental health staff must notify the Department of Children and Families Abuse Hot Line.

Finally, if you enroll in special education or other school programs, mental health staff may share certain information with school personnel in order to help them plan how best to teach you.

Your signature below indicates that you have read this statement or it was read to you, that you understand the limits of confidentiality within the Department of Corrections, and that you agree to receive the following mental health services. You may withdraw your consent to treatment, in writing, at any time. Your consent will be considered active for one year from the date you sign this form.

---

**MENTAL HEALTH EVALUATION AND TREATMENT AS NEEDED**
**FOR ONE YEAR - UNLESS I WITHDRAW MY CONSENT IN WRITING**

A copy of this form will be given to you after you have signed it.

X  ROBERT S. Lee _____  2/21/24
Inmate Signature                                                    Date

L. Anderson _____   L. Anderson, MS, LMHC      2/21/24
Staff Signature and Stamp      Licensed MH Professional    Date

Inmate Name Lee  Robert
DC# T15204   Race/Sex B/M
Date of Birth ████████
Institution CGCI

Distribution:  Original under mental health authorizations/consents
               Canary copy to inmate

DC4-663 (Revised 5/12/14)                    FDC 000699
This form is not to be amended, revised, or altered without approval of the Director of Health Services Administration.

**119-SANTA ROSA C.I.**                                                    2/18/2025
5850 East Milton Rd.
Milton, FL 32583                          Vitals,Morse Scale,Braden Scale,MH Daily Nur Eval,
Main: 8509835800 Fax: 8509835864                   Date of Service: 2/29/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: █████████
Facility: 211-CROSS CITY C.I.

FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES
**BRADEN SCALE FOR PREDICTING PRESSURE SORE RISK**

**Sensory Perception - Ability to respond meaningfully to pressure-related discomfort:**
4-No Impairment

**Moisture - degree to which skin is exposed to moisture:**        4-Rarely Moist

**Activity - degree of physical activity:**        4-Walks Frequently

**Mobility - ability to change and control body position:**        4-No Limitation

**Nutrition - usual food intake pattern:**        4-Excellent

**Friction and Shear:**        3-No Apparent Problem

**Total Score:** 23        **Risk Level:** No further action required

DC4-804 Braden Scale for Predicting Pressure Sore Risk (Revised 3/14/17)
This form is not to be amended, revised, or altered without approval of the Office of Health Services
Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

**Fall Risk Assessment**
FLORIDA DEPARTMENT OF CORRECTIONS    OFFICE OF HEALTH SERVICES
**MORSE FALL SCALE**

**Fall Risk Calculation**

**History of falling: immediate or within 3 months** No (0)

**Secondary diagnosis** No (0)

**Ambulatory aids** Bed rest/nurse assist (0)

**IV/Heparin Lock** No (0)

**Gait/Transferring**

1 of 5

**119-SANTA ROSA C.I.**                                                        2/18/2025
5850 East Milton Rd.
Milton, FL 32583                          Vitals,Morse Scale,Braden Scale,MH Daily Nur Eval,
Main: 8509835800 Fax: 8509835864                      Date of Service: 2/29/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ▮▮▮▮▮▮▮
Facility: 211-CROSS CITY C.I.
Normal/bedrest/immobile (0)

**Mental Status**
Oriented to own ability (0)

**Total Fall Risk Score:   0**
**Risk Level No Risk**

Scoring:
0-24= No Risk, Good Basic Nursing Care
25-50= Low Risk, Implement Standard Fall Prevention Interventions
>50 = High Risk, Implement High Risk Fall Prevention Interventions
1 Morse, J.M., (2009), Preventing patient falls (2nd ed.), New York; Springer, Published, 2009

DC4-684A Morse Fall Scale (Revised 8/1/17)
This form is not to be amended, revised, or altered without          approval of the Office of Health Services
Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES

## MENTAL HEALTH NURSING EVALUATION

### SUBJECTIVE:
02/29/2024 8:04 AM **Patient Age:** 43 Years Old
**Date of Admission:**   02/21/2024
**Institution:** 211-CROSS CITY C.I.
**Current location of patient:** Isolation Management Room -IMR/ Self Harm Observation Status -SHOS
**Type of evaluation:** Evaluation every 8 hours for IMR,CSU,CMHTF
**Has the SHOS/IMR order been reviewed daily by the clinician?** Yes
**Weekend/Holidays nurse has documented the above review from the on-call clinician in EMR:** Yes

PHYSICAL ASSESSMENT
**Temp:**  97.8    F **Pulse:**  68    **Resp:**  16    **BP:**  128 **/** 70    **O2 sat:**    99    % **Weight (lbs):**    164
**Last 3 Weights:**
164 02/26/2024 8:08:40 AM,
164 02/21/2024 4:05:19 PM,
164 02/21/2024 2:15:50 PM
SHOS: As ordered by clinician
MORSE FALL SCALE ASSESSMENT DC4-684A Completed
**Previous Score with Date:**
15 (02/28/2024 8:00:53 AM)
**Risk Level**
No Risk

FDC 000702

**119-SANTA ROSA C.I.**                                        2/18/2025
5850 East Milton Rd.
Milton, FL 32583                    Vitals,Morse Scale,Braden Scale,MH Daily Nur Eval,
Main: 8509835800 Fax: 8509835864                    Date of Service: 2/29/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ▇▇▇▇▇▇
Facility: 211-CROSS CITY C.I.
**Inmate has ADA OR non-ADA disabilities/impairments--e.g. doesn't understand English** No:
Day Shift to list inmate impairments and/or disabilities:
**SUBJECTIVE:**
**Patient's general comments/complaints:** "I'm good."
**Medical/Dental Complaints?:** No

**OBJECTIVE:**
**Hygiene-Showers** Nights
Self
**See DC4-716A flow sheet if checked
**Diet or Meal Tray** Nights-Breakfast
Accepted meal tray

**Sleep: Number of hours patient slept    8**
**Nights 2400-0800**

**Skin Integrity:**
For alterations in skin integrity complete the appropriate Nursing Protocol and if skin damage is
associated with an injury complete Diagram of Injury, DC4-708.    Additional notes may be documented
on form DC4-642F or DC4-714A.    If specific skin problem not noted, select NA.
    N/A
Weekly DC4-804 Braden Scale for Predicting Pressure Sore Risk completed on Day Shift.
**Last Score with date:** 22 (02/28/2024 8:00:53 AM)
**Today's score:** 23
N/A
**Location:** NA
**Additional SKIN INTEGRITY comments:** NA
**AIMS: Completed by clinician:** NA
**Medication Side Effects:**    N/A
**Is Clinician aware of side effects?** N/A
**Appearance:**
Somewhat disheveled
**Current Behavior (Check all that apply):**
Cooperative

**Orientation:**
Person    Place
Time
Situation
**Memory:**
Intact

**Eye Contact:**
Good
**Speech:**
Normal

3 of 5

**119-SANTA ROSA C.I.**                                                    2/18/2025
5850 East Milton Rd.
Milton, FL 32583                          Vitals,Morse Scale,Braden Scale,MH Daily Nur Eval,
Main: 8509835800 Fax: 8509835864                        Date of Service: 2/29/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ██████████
Facility: 211-CROSS CITY C.I.
**Mood:**
Pleasant

**Affect:**
Flat

**Thought Process:**
Well Organized

**Perception:**
**Is patient hearing voices or conversations which others cannot hear?** No
**Is patient seeing visions of anything which others cannot see?** No
**Thought Content:**
**Is patient experiencing delusions e.g., believes s/he is being poisoned, can read minds, etc.?** No
**Does patient have non-suicidal self-injury ideas or threats?** No
**Does patient have suicidal ideas or threats?** No
**Does patient have homicidal threats or plan?** Yes

## DAILY ASSESSMENTS AND PLANS
1. List & describe noted problems and plans each shift
2. Day shift to list all current CSU and CMHTF inmate problems by ISP number every 7 days.
3. Day shift to list all current TCU inmate problems by ISP number every 28 days.

**Last ISP assessment on:**
02/28/2023
**Current Problems:**
Urinary tract infection (UTI) (ICD-599.0) (ICD10-N39.0)
Blood in urine (ICD-599.70) (ICD10-R31.9)
General health examination (ICD-V70.9) (ICD10-Z00.00)
Abnormal labs (ICD-790.99) (ICD10-R89.9)
Knee pain (ICD-719.46) (ICD10-M25.569)
Back pain (ICD-724.5) (ICD10-M54.9)
Other abnormal findings in urine (ICD10-R82.998)
Screening for vision (ICD-V80.2) (ICD10-Z13.89)
Wart (ICD-078.10) (ICD10-B07.9)
Headache, unspecified (ICD10-R51.9)
MH Problem: Impulsiveness (ICD-126) (ICD10-F99)
MH Problem: Pathological Behaviors Not Listed Elsewhere (ICD-135) (ICD10-F99)
MH Problem: Limited Social/Environmental Stimulation (ICD-507) (ICD10-F99)
MH Problem: Discharge Planning and Readiness Skills (ICD-308) (ICD10-F99)

**Assessment/Problem Noted** MH Problem: Pathological Behaviors Not Listed Elsewhere (F99)
**Plan:** Continue SHOS isolation
DC4-673B Mental Health Nursing Evaluation (Revised 10/31/23)
This form is not to be amended, revised, or altered without         approval of the Deputy Director of
Health Services Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

4 of 5

**119-SANTA ROSA C.I.**                                                2/18/2025
5850 East Milton Rd.
Milton, FL 32583                        Vitals,Morse Scale,Braden Scale,MH Daily Nur Eval,
Main: 8509835800 Fax: 8509835864                    Date of Service: 2/29/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 211-CROSS CITY C.I.

Signed By: Campbell, RN, Registered Nurse, Centurion, Lisa at 2/29/2024 10:37:37 AM

5 of 5

**119-SANTA ROSA C.I.**                                          2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                    MH Daily Nur Eval,
Main: 8509835800 Fax: 8509835864          Date of Service: 2/29/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ▓▓▓▓▓▓▓
Facility: 211-CROSS CITY C.I.
FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES

## MENTAL HEALTH NURSING EVALUATION

### SUBJECTIVE:
02/29/2024 12:20 AM **Patient Age:** 43 Years Old
**Date of Admission:**   02/21/2024
**Institution:** 211-CROSS CITY C.I.
**Current location of patient:** Isolation Management Room -IMR/ Self Harm Observation Status -SHOS
**Type of evaluation:** Evaluation every 8 hours for IMR,CSU,CMHTF
**Has the SHOS/IMR order been reviewed daily by the clinician?** N/A
**Weekend/Holidays nurse has documented the above review from the on-call clinician in EMR:** N/A


PHYSICAL ASSESSMENT
F % **Last 3 Weights:**
164 02/26/2024 8:08:40 AM,
164 02/21/2024 4:05:19 PM,
164 02/21/2024 2:15:50 PM
SHOS: As ordered by clinician
MORSE FALL SCALE ASSESSMENT DC4-684A Completed
On Admission on all CSU, CMHTF, & TCU patients
**Previous Score with Date:**
15 (02/28/2024 8:00:53 AM)
**Risk Level**
No Risk
**Inmate has ADA OR non-ADA disabilities/impairments--e.g. doesn't understand English** No:
Day Shift to list inmate impairments and/or disabilities:
### SUBJECTIVE:

**Time of assessment:** 0000
**Patient's general comments/complaints:** I/M resting in cell with eyes closed resp even and unlabored
**Medical/Dental Complaints?:** No

### OBJECTIVE:
**Hygiene-Showers** Nights
NA for this shift
**See DC4-716A flow sheet if checked
**Diet or Meal Tray** Nights-Breakfast
Meal has not been served yet*

**Sleep: Number of hours patient slept    6
Nights 2400-0800**

**Skin Integrity:**
For alterations in skin integrity complete the appropriate Nursing Protocol and if skin damage is
associated with an injury complete Diagram of Injury, DC4-708.    Additional notes may be documented

1 of 3

**119-SANTA ROSA C.I.**                                           2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                          MH Daily Nur Eval,
Main: 8509835800 Fax: 8509835864              Date of Service: 2/29/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 211-CROSS CITY C.I.
on form DC4-642F or DC4-714A.    If specific skin problem not noted, select NA.
    N/A
Weekly DC4-804 Braden Scale for Predicting Pressure Sore Risk completed on Day Shift.
**Last Score with date:** 22 (02/28/2024 8:00:53 AM)
**Today's score:** 22
N/A
**Location:** NA
**AIMS: Completed by clinician:** NA
**Medication Side Effects:**    N/A
**Is Clinician aware of side effects?** N/A
**Appearance:**
Sleeping

**Current Behavior (Check all that apply):**
Sleeping

**Orientation:**
Sleeping

**Memory:**
Sleeping

**Eye Contact:**
Sleeping

**Speech:**
Sleeping

**Mood:**
Sleeping

**Affect:**
Sleeping

**Thought Process:**
Sleeping

**Perception:**
Sleeping
**Thought Content:**
Sleeping

## DAILY ASSESSMENTS AND PLANS
1. List & describe noted problems and plans each shift
2. Day shift to list all current CSU and CMHTF inmate problems by ISP number every 7 days.
3. Day shift to list all current TCU inmate problems by ISP number every 28 days.

**Last ISP assessment on:**

FDC 000707

**119-SANTA ROSA C.I.**
5850 East Milton Rd.
Milton, FL 32583
Main: 8509835800 Fax: 8509835864

2/18/2025

MH Daily Nur Eval,
Date of Service: 2/29/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 211-CROSS CITY C.I.
02/28/2023
**Current Problems:**
Urinary tract infection (UTI) (ICD-599.0) (ICD10-N39.0)
Blood in urine (ICD-599.70) (ICD10-R31.9)
General health examination (ICD-V70.9) (ICD10-Z00.00)
Abnormal labs (ICD-790.99) (ICD10-R89.9)
Knee pain (ICD-719.46) (ICD10-M25.569)
Back pain (ICD-724.5) (ICD10-M54.9)
Other abnormal findings in urine (ICD10-R82.998)
Screening for vision (ICD-V80.2) (ICD10-Z13.89)
Wart (ICD-078.10) (ICD10-B07.9)
Headache, unspecified (ICD10-R51.9)
MH Problem: Impulsiveness (ICD-126) (ICD10-F99)
MH Problem: Pathological Behaviors Not Listed Elsewhere (ICD-135) (ICD10-F99)
MH Problem: Limited Social/Environmental Stimulation (ICD-507) (ICD10-F99)
MH Problem: Discharge Planning and Readiness Skills (ICD-308) (ICD10-F99)

**Assessment/Problem Noted** MH Problem: Pathological Behaviors Not Listed Elsewhere (F99)
**Plan:** CONT POC
DC4-673B Mental Health Nursing Evaluation (Revised 10/31/23)
This form is not to be amended, revised, or altered without          approval of the Deputy Director of
Health Services Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

Signed By: Cooper, LPN, Licensed Practical Nurse, Centurion, Shana at 2/29/2024
5:22:23 AM

**119-SANTA ROSA C.I.**                                        2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                Vitals,MH Daily Nur Eval,
Main: 8509835800 Fax: 8509835864                Date of Service: 2/28/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████████
Facility: 211-CROSS CITY C.I.

## Vital Signs:

**Temp:** 97.3 F, **Pulse:** 80, **Resp:** 17, **BP:** 102/65, **O2 sat:** 100%, **Height:** 71 (inches)

**\*\*Disclaimer:** All EMR timestamps are Eastern Time Zone**

FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES

## MENTAL HEALTH NURSING EVALUATION

## SUBJECTIVE:
02/28/2024 4:00 PM **Patient Age:** 43 Years Old
**Date of Admission:**   02/21/2024
**Institution:** 211-CROSS CITY C.I.
**Current location of patient:** Isolation Management Room -IMR/ Self Harm Observation Status -SHOS
**Type of evaluation:** Evaluation every 8 hours for IMR,CSU,CMHTF
**Has the SHOS/IMR order been reviewed daily by the clinician?** Yes
**Weekend/Holidays nurse has documented the above review from the on-call clinician in EMR:** Yes

PHYSICAL ASSESSMENT
**Temp:** 97.3   F **Pulse:** 80   **Resp:** 17   **BP:** 102 / 65   **O2 sat:** 100   % **Last 3 Weights:**
164 02/26/2024 8:08:40 AM,
164 02/21/2024 4:05:19 PM,
164 02/21/2024 2:15:50 PM
SHOS: As ordered by clinician
MORSE FALL SCALE ASSESSMENT DC4-684A Completed
On Admission on all CSU, CMHTF, & TCU patients
**Previous Score with Date:**
15 (02/28/2024 8:00:53 AM)
**Risk Level**
No Risk
**Inmate has ADA OR non-ADA disabilities/impairments--e.g. doesn't understand English** No:
Day Shift to list inmate impairments and/or disabilities:
## SUBJECTIVE:
**Medical/Dental Complaints?:** No

## OBJECTIVE:
**Hygiene-Showers** Days
Self
\*\*See DC4-716A flow sheet if checked
**Diet or Meal Tray** Days-Lunch

FDC 000709

**119-SANTA ROSA C.I.**                                    2/18/2025
5850 East Milton Rd.
Milton, FL 32583                              Vitals,MH Daily Nur Eval,
Main: 8509835800 Fax: 8509835864              Date of Service: 2/28/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 211-CROSS CITY C.I.
Accepted meal tray
**Comments:** 2 trays for lunch

**Sleep: Number of hours patient slept    2
Days 0800-1600**

**Skin Integrity:**
For alterations in skin integrity complete the appropriate Nursing Protocol and if skin damage is
associated with an injury complete Diagram of Injury, DC4-708.    Additional notes may be documented
on form DC4-642F or DC4-714A.    If specific skin problem not noted, select NA.
    N/A
Weekly DC4-804 Braden Scale for Predicting Pressure Sore Risk completed on Day Shift.
**Last Score with date:** 22 (02/28/2024 8:00:53 AM)
**Today's score:** 22
N/A
**Location:** NA
**AIMS: Completed by clinician:** NA
**Medication Side Effects:**    No
**Is Clinician aware of side effects?** Yes
**Appearance:**
Somewhat disheveled
**Current Behavior (Check all that apply):**
Cooperative

**Orientation:**
Person    Place
Time
Situation
**Memory:**
Intact

**Eye Contact:**
Good
**Speech:**
Loud
Normal
Verbose

**Mood:**
Pleasant

**Affect:**
Blunted

**Thought Process:**
Well Organized
Coherent

2 of 3

**119-SANTA ROSA C.I.**
5850 East Milton Rd.
Milton, FL 32583
Main: 8509835800 Fax: 8509835864

2/18/2025

Vitals,MH Daily Nur Eval,
Date of Service: 2/28/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 211-CROSS CITY C.I.
**Perception:**
**Is patient hearing voices or conversations which others cannot hear?** No
**Is patient seeing visions of anything which others cannot see?** No
**Thought Content:**
**Is patient experiencing delusions e.g., believes s/he is being poisoned, can read minds, etc.?** No
**Does patient have non-suicidal self-injury ideas or threats?** No
**Does patient have suicidal ideas or threats?** No
**Does patient have homicidal threats or plan?** Yes

## DAILY ASSESSMENTS AND PLANS
1. List & describe noted problems and plans each shift
2. Day shift to list all current CSU and CMHTF inmate problems by ISP number every 7 days.
3. Day shift to list all current TCU inmate problems by ISP number every 28 days.

**Last ISP assessment on:**
02/28/2023
**Current Problems:**
Urinary tract infection (UTI) (ICD-599.0) (ICD10-N39.0)
Blood in urine (ICD-599.70) (ICD10-R31.9)
General health examination (ICD-V70.9) (ICD10-Z00.00)
Abnormal labs (ICD-790.99) (ICD10-R89.9)
Knee pain (ICD-719.46) (ICD10-M25.569)
Back pain (ICD-724.5) (ICD10-M54.9)
Other abnormal findings in urine (ICD10-R82.998)
Screening for vision (ICD-V80.2) (ICD10-Z13.89)
Wart (ICD-078.10) (ICD10-B07.9)
Headache, unspecified (ICD10-R51.9)
MH Problem: Impulsiveness (ICD-126) (ICD10-F99)
MH Problem: Pathological Behaviors Not Listed Elsewhere (ICD-135) (ICD10-F99)
MH Problem: Limited Social/Environmental Stimulation (ICD-507) (ICD10-F99)
MH Problem: Discharge Planning and Readiness Skills (ICD-308) (ICD10-F99)

DC4-673B Mental Health Nursing Evaluation (Revised 10/31/23)
This form is not to be amended, revised, or altered without          approval of the Deputy Director of
Health Services Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

Signed By: Smith, RN, Registered Nurse, Centurion, Melisa at 2/28/2024 4:17:47 PM

3 of 3

**119-SANTA ROSA C.I.**
5850 East Milton Rd.
Milton, FL 32583
Main: 8509835800 Fax: 8509835864

2/18/2025

Weekend Infirmary Rounds,
Date of Service: 2/28/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ██████████
Facility: 211-CROSS CITY C.I.
FLORIDA DEPARTMENT OF CORRECTIONS    OFFICE OF HEALTH SERVICES
**INFIRMARY PROGRESS RECORD**

**Institution:**  211-CROSS CITY C.I.

**Date:** 02/28/2024  **Time:** 1000  **Discipline:** N=Nursing

**Comments:**  Weekend rounds completed via telephone with Dwares.    No new orders at this time.

DC4-714A Infirmary Progress Record    (Revised 07/19/17)
This form is not to be amended, revised, or altered without        approval of the Office of Health Services
Administration.

**\*\*Disclaimer: All EMR timestamps are Eastern Time Zone\*\***

Signed By: Smith, RN, Registered Nurse, Centurion, Melisa at 2/28/2024 11:48:41 AM

1 of 1

**119-SANTA ROSA C.I.**                                              2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                        Dental: :Inmate Request
Main: 8509835800 Fax: 8509835864                   Date of Service: 2/28/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 211-CROSS CITY C.I.

_____

External Attachment:   Type:      Image     Comment:   INMATE REQUEST
FLORIDA DEPARTMENT OF CORRECTIONS   OFFICE OF HEALTH SERVICES
**INMATE REQUEST**

**To:** Dental
**Category:** Dental

CAN I PLEASE HAVE MY TEETH CLEANED
All requests will be handled in one of the following ways:1)    Written Information or    2) Personal
Interview. All informal grievances will be responded to in writing
**Date received:**   02/28/2024
YOU HAVE BEEN PLACED ON THE DENTAL PLAN.

**Date Returned to Inmate:** 02/28/2024 **Answered By:** Pritchard; CRDH; Dental Hygienist; Centurion,
Simone

DC6-236 (Effective 12/14)
This form is not to be amended, revised, or altered without approval of the Office of Health Services
Administration.

Incorporated by Reference in Rule 33-103.005, F.A.C.

Signed By: Pritchard, CRDH, Dental Hygienist, Centurion, Simone at 2/28/2024 1:08:04
PM

FDC 000713

**INMATE REQUEST**

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

Mail Number: _____
Team Number: _____
Institution: CROSS CITY

| TO: (Check One) | ☐ Warden | ☐ Classification | ☐ Medical | ☑ Dental |
| | ☐ Asst. Warden | ☐ Security | ☐ Mental Health | ☐ Other _____ |

| FROM: | Inmate Name ROBERT S. Lee | DC Number T15204 | Quarters N2309 | Job Assignment | Date 2-12-24 |

**REQUEST** Check here if this is an informal grievance ☐

CAN I PLEASE HAVE MY TEETH CLEAN? STAINED VERY BAD.

GOD BLESS YOU.

All requests will be handled in one of the following ways: 1) Written Information or   2) Personal Interview.  All informal grievances will be responded to in writing.

| Inmate (Signature): R. Lee | DC#: T15204 |

---

**DO NOT WRITE BELOW THIS LINE**

**RESPONSE**                              DATE RECEIVED: 2-28-24

You are on the Dental Plan. When your name reaches the top of the list you will be placed on a call-out. Please be patient.

[The following pertains to informal grievances only:]

Based on the above information, your grievance is _____.  (Returned, Denied, or Approved).  If your informal grievance is denied,

you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

| Official (Print Name): S Pritchard | Official (Signature): SPritchard Date: 2-28-24 |

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 15 days, following receipt by staff.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to.  If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective 11/18)

Incorporated by Reference in Rule 33-103.005, F.A.C.

FDC 000715

**119-SANTA ROSA C.I.**                                          2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                    Vitals,Inf Progress Rec,
Main: 8509835800 Fax: 8509835864              Date of Service: 2/28/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████████
Facility: 211-CROSS CITY C.I.

## Vital Signs:

**Temp:** 97.7 F, **Pulse:** 83, **Resp:** 17, **BP:** 97/64, **O2 sat:** 100%, **Height:** 71 (inches)

**Disclaimer: All EMR timestamps are Eastern Time Zone**

FLORIDA DEPARTMENT OF CORRECTIONS    OFFICE OF HEALTH SERVICES
**INFIRMARY PROGRESS RECORD**

**Institution:**
211-CROSS CITY C.I.

**Date:** 02/28/2024    **Time:** 10:19 AM    **Discipline:** N=Nursing

**Comments:**
IMP complaining of headache and medicated with Ibuprofen 600 mg per order.    Will continue to monitor.

DC4-714A Infirmary Progress Record    (Revised 07/19/17)
This form is not to be amended, revised, or altered without        approval of the Office of Health Services
Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

Signed By: Smith, RN, Registered Nurse, Centurion, Melisa at 2/28/2024 10:21:07 AM

1 of 1

**119-SANTA ROSA C.I.**                                          2/18/2025
5850 East Milton Rd.
Milton, FL 32583                    Refused Nurse Inf,Morse Scale,Braden Scale,MH Daily N
Main: 8509835800 Fax: 8509835864              Date of Service: 2/28/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ██████████
Facility: 211-CROSS CITY C.I.

FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES
**BRADEN SCALE FOR PREDICTING PRESSURE SORE RISK**

**Sensory Perception - Ability to respond meaningfully to pressure-related discomfort:**
4-No Impairment

**Moisture - degree to which skin is exposed to moisture:**        4-Rarely Moist

**Activity - degree of physical activity:**        4-Walks Frequently

**Mobility - ability to change and control body position:**        4-No Limitation

**Nutrition - usual food intake pattern:**        3-Adequate

**Friction and Shear:**        3-No Apparent Problem

**Total Score:** 22        **Risk Level:** No further action required

DC4-804 Braden Scale for Predicting Pressure Sore Risk (Revised 3/14/17)
This form is not to be amended, revised, or altered without approval of the Office of Health Services
Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

**Fall Risk Assessment**
FLORIDA DEPARTMENT OF CORRECTIONS    OFFICE OF HEALTH SERVICES
**MORSE FALL SCALE**

**Fall Risk Calculation**

**History of falling: immediate or within 3 months** No (0)

**Secondary diagnosis** Yes (15)

**Ambulatory aids** Bed rest/nurse assist (0)

**IV/Heparin Lock** No (0)

**Gait/Transferring**

1 of 5

**119-SANTA ROSA C.I.**                                    2/18/2025
5850 East Milton Rd.
Milton, FL 32583                    Refused Nurse Inf,Morse Scale,Braden Scale,MH Daily N
Main: 8509835800 Fax: 8509835864                    Date of Service: 2/28/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: █████████
Facility: 211-CROSS CITY C.I.
Normal/bedrest/immobile (0)

**Mental Status**
Oriented to own ability (0)

**Total Fall Risk Score:   15**
**Risk Level No Risk**

Scoring:
0-24= No Risk, Good Basic Nursing Care
25-50= Low Risk, Implement Standard Fall Prevention Interventions
>50 = High Risk, Implement High Risk Fall Prevention Interventions
1 Morse, J.M., (2009), Preventing patient falls (2nd ed.), New York; Springer, Published, 2009

DC4-684A Morse Fall Scale (Revised 8/1/17)
This form is not to be amended, revised, or altered without          approval of the Office of Health Services
Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**
FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES

## MENTAL HEALTH NURSING EVALUATION

### SUBJECTIVE:
02/28/2024 8:00 AM **Patient Age:** 43 Years Old
**Date of Admission:**   02/21/2024
**Institution:** 211-CROSS CITY C.I.
**Current location of patient:** Isolation Management Room -IMR/ Self Harm Observation Status -SHOS
**Type of evaluation:** Evaluation every 8 hours for IMR,CSU,CMHTF
**Has the SHOS/IMR order been reviewed daily by the clinician?** Yes
**Weekend/Holidays nurse has documented the above review from the on-call clinician in EMR:** Yes

PHYSICAL ASSESSMENT
F % **Last 3 Weights:**
164 02/26/2024 8:08:40 AM,
164 02/21/2024 4:05:19 PM,
164 02/21/2024 2:15:50 PM
SHOS: As ordered by clinician
MORSE FALL SCALE ASSESSMENT DC4-684A Completed
On Admission on all CSU, CMHTF, & TCU patients
**Previous Score with Date:**
15 (02/27/2024 8:00:00 AM)
**Risk Level**
No Risk
**Inmate has ADA OR non-ADA disabilities/impairments--e.g. doesn't understand English** No:

FDC 000718

**119-SANTA ROSA C.I.**
5850 East Milton Rd.
Milton, FL 32583
Main: 8509835800 Fax: 8509835864

2/18/2025

Refused Nurse Inf,Morse Scale,Braden Scale,MH Daily N
Date of Service: 2/28/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 211-CROSS CITY C.I.
Day Shift to list inmate impairments and/or disabilities:

**SUBJECTIVE:**
**Medical/Dental Complaints?:** No

**OBJECTIVE:**
**Hygiene-Showers** Nights
NA for this shift
**See DC4-716A flow sheet if checked
**Diet or Meal Tray** Nights-Breakfast
Accepted meal tray

**Sleep: Number of hours patient slept    8**
**Nights 2400-0800**

**Skin Integrity:**
For alterations in skin integrity complete the appropriate Nursing Protocol and if skin damage is
associated with an injury complete Diagram of Injury, DC4-708.    Additional notes may be documented
on form DC4-642F or DC4-714A.    If specific skin problem not noted, select NA.
    N/A
Weekly DC4-804 Braden Scale for Predicting Pressure Sore Risk completed on Day Shift.
**Last Score with date:** 22 (02/27/2024 8:00:00 AM)
**Today's score:** 22
N/A
**Location:** NA
**AIMS: Completed by clinician:** NA
**Medication Side Effects:**    No
**Is Clinician aware of side effects?** Yes
**Appearance:**
Sleeping

**Current Behavior (Check all that apply):**
Sleeping

**Orientation:**
Sleeping

**Memory:**
Sleeping

**Eye Contact:**
Sleeping

**Speech:**
Sleeping

**Mood:**
Sleeping

3 of 5

**119-SANTA ROSA C.I.**                                    2/18/2025
5850 East Milton Rd.
Milton, FL 32583                    Refused Nurse Inf,Morse Scale,Braden Scale,MH Daily N
Main: 8509835800 Fax: 8509835864                    Date of Service: 2/28/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████████
Facility: 211-CROSS CITY C.I.

**Affect:**
Sleeping

**Thought Process:**
Sleeping

**Perception:**
Sleeping
**Thought Content:**
Sleeping

## DAILY ASSESSMENTS AND PLANS
1. List & describe noted problems and plans each shift
2. Day shift to list all current CSU and CMHTF inmate problems by ISP number every 7 days.
3. Day shift to list all current TCU inmate problems by ISP number every 28 days.

**Last ISP assessment on:**
02/28/2023
**Current Problems:**
Urinary tract infection (UTI) (ICD-599.0) (ICD10-N39.0)
Blood in urine (ICD-599.70) (ICD10-R31.9)
General health examination (ICD-V70.9) (ICD10-Z00.00)
Abnormal labs (ICD-790.99) (ICD10-R89.9)
Knee pain (ICD-719.46) (ICD10-M25.569)
Back pain (ICD-724.5) (ICD10-M54.9)
Other abnormal findings in urine (ICD10-R82.998)
Screening for vision (ICD-V80.2) (ICD10-Z13.89)
Wart (ICD-078.10) (ICD10-B07.9)
Headache, unspecified (ICD10-R51.9)
MH Problem: Impulsiveness (ICD-126) (ICD10-F99)
MH Problem: Pathological Behaviors Not Listed Elsewhere (ICD-135) (ICD10-F99)
MH Problem: Limited Social/Environmental Stimulation (ICD-507) (ICD10-F99)
MH Problem: Discharge Planning and Readiness Skills (ICD-308) (ICD10-F99)

DC4-673B Mental Health Nursing Evaluation (Revised 10/31/23)
This form is not to be amended, revised, or altered without          approval of the Deputy Director of
Health Services Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

FLORIDA DEPARTMENT OF CORRECTIONS    OFFICE OF HEALTH SERVICES
**REFUSAL OF HEALTH CARE SERVICES**

**This is to certify that I am refusing the following:**

4 of 5

**119-SANTA ROSA C.I.**                                                  2/18/2025
5850 East Milton Rd.
Milton, FL 32583                    Refused Nurse Inf,Morse Scale,Braden Scale,MH Daily N
Main: 8509835800 Fax: 8509835864                        Date of Service: 2/28/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 211-CROSS CITY C.I.

## Medical Services

**If Medical Services, then please describe:** Vital signs


I understand this refusal is against the advice of my health care providers.    I acknowledge that I have been informed of the diagnosis, if known, the nature and purposes of the proposed procedure/treatment/medication, risks and benefits of the proposed procedure/treatment/medication, alternative treatments and their risks and benefits and the consequences and danger to my health and possibly to my life that may result from my refusal of this procedure/treatment/medication.

I have been given time to ask questions about my condition and about my decision to refuse the proposed procedure/treatment/medication that my health care provider has explained to me is medically indicated and necessary.

I voluntarily assume the risks and accept the consequences of my refusal of the procedure/treatment/medication and I am releasing the Department of Corrections, all health care providers, the facility, and facility staff from any and all liability for ill effects that may result from my refusal of treatment.

## Inmate Refused to Sign


DC4-711A    Refusal of Healthcare Services (Revised 08/01/13)
This form is not to be amended, revised, or altered without approval of the Office of Health Services Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**


Signed By: Smith, RN, Registered Nurse, Centurion, Melisa at 2/28/2024 10:08:27 AM

FDC 000721

**119-SANTA ROSA C.I.**                                        2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                    MH Daily Nur Eval,
Main: 8509835800 Fax: 8509835864          Date of Service: 2/28/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 211-CROSS CITY C.I.
FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES

## MENTAL HEALTH NURSING EVALUATION

### SUBJECTIVE:

02/28/2024 12:11 AM **Patient Age:** 43 Years Old
**Date of Admission:**  02/21/2024
**Institution:** 211-CROSS CITY C.I.
**Current location of patient:** Isolation Management Room -IMR/ Self Harm Observation Status -SHOS
**Type of evaluation:** Evaluation every 8 hours for IMR,CSU,CMHTF
**Has the SHOS/IMR order been reviewed daily by the clinician?** N/A
**Weekend/Holidays nurse has documented the above review from the on-call clinician in EMR:** N/A


PHYSICAL ASSESSMENT
F % **Last 3 Weights:**
164 02/26/2024 8:08:40 AM,
164 02/21/2024 4:05:19 PM,
164 02/21/2024 2:15:50 PM
SHOS: As ordered by clinician
MORSE FALL SCALE ASSESSMENT DC4-684A Completed
**Previous Score with Date:**
15 (02/27/2024 8:00:00 AM)
**Risk Level**
No Risk
**Inmate has ADA OR non-ADA disabilities/impairments--e.g. doesn't understand English** No:
Day Shift to list inmate impairments and/or disabilities:

### SUBJECTIVE:

**Time of assessment:** 0011
**Patient's general comments/complaints:** 0 COMPLAINTS AT THIS TIME
**Medical/Dental Complaints?:** No

### OBJECTIVE:

**Hygiene-Showers** Nights
NA for this shift
**See DC4-716A flow sheet if checked
**Diet or Meal Tray** Nights-Breakfast
Accepted meal tray

**Sleep: Number of hours patient slept    6+**
**Nights 2400-0800**

**Skin Integrity:**
For alterations in skin integrity complete the appropriate Nursing Protocol and if skin damage is
associated with an injury complete Diagram of Injury, DC4-708.     Additional notes may be documented
on form DC4-642F or DC4-714A.    If specific skin problem not noted, select NA.

FDC 000722

**119-SANTA ROSA C.I.**                                          2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                    MH Daily Nur Eval,
Main: 8509835800 Fax: 8509835864              Date of Service: 2/28/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 211-CROSS CITY C.I.
        N/A
Weekly DC4-804 Braden Scale for Predicting Pressure Sore Risk completed on Day Shift.
**Last Score with date:** 22 (02/27/2024 8:00:00 AM)
**Today's score:** 22
**Location:** NA
**AIMS: Completed by clinician:** NA
**Medication Side Effects:** No
**Appearance:**
Sleeping

**Current Behavior (Check all that apply):**
Sleeping

**Orientation:**
Sleeping

**Memory:**
Sleeping

**Eye Contact:**
Sleeping

**Speech:**
Sleeping

**Mood:**
Sleeping

**Affect:**
Sleeping

**Thought Process:**
Sleeping

**Perception:**
Sleeping
**Is patient hearing voices or conversations which others cannot hear?** No
**Is patient seeing visions of anything which others cannot see?** No
**Thought Content:**
Sleeping
**Is patient experiencing delusions e.g., believes s/he is being poisoned, can read minds, etc.?** No
**Does patient have non-suicidal self-injury ideas or threats?** No
**Does patient have suicidal ideas or threats?** No
**Does patient have homicidal threats or plan?** No

## DAILY ASSESSMENTS AND PLANS
1. List & describe noted problems and plans each shift
2. Day shift to list all current CSU and CMHTF inmate problems by ISP number every 7 days.

2 of 3

**119-SANTA ROSA C.I.**                                                    2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                                    MH Daily Nur Eval,
Main: 8509835800 Fax: 8509835864                        Date of Service: 2/28/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 211-CROSS CITY C.I.
3. Day shift to list all current TCU inmate problems by ISP number every 28 days.

**Last ISP assessment on:**
02/28/2023
**Current Problems:**
Urinary tract infection (UTI) (ICD-599.0) (ICD10-N39.0)
Blood in urine (ICD-599.70) (ICD10-R31.9)
General health examination (ICD-V70.9) (ICD10-Z00.00)
Abnormal labs (ICD-790.99) (ICD10-R89.9)
Knee pain (ICD-719.46) (ICD10-M25.569)
Back pain (ICD-724.5) (ICD10-M54.9)
Other abnormal findings in urine (ICD10-R82.998)
Screening for vision (ICD-V80.2) (ICD10-Z13.89)
Wart (ICD-078.10) (ICD10-B07.9)
Headache, unspecified (ICD10-R51.9)
MH Problem: Impulsiveness (ICD-126) (ICD10-F99)
MH Problem: Pathological Behaviors Not Listed Elsewhere (ICD-135) (ICD10-F99)
MH Problem: Limited Social/Environmental Stimulation (ICD-507) (ICD10-F99)
MH Problem: Discharge Planning and Readiness Skills (ICD-308) (ICD10-F99)

**Assessment/Problem Noted** MH Problem: Pathological Behaviors Not Listed Elsewhere (F99)
**Plan:** CONTINUE SHOS
DC4-673B Mental Health Nursing Evaluation (Revised 10/31/23)
This form is not to be amended, revised, or altered without          approval of the Deputy Director of
Health Services Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

Signed By: Khurana, RN, Registered Nurse, Centurion, Jacqueline at 2/28/2024 6:13:14
AM

3 of 3

**119-SANTA ROSA C.I.**                                                                 2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                                        MH Daily Nur Eval,
Main: 8509835800 Fax: 8509835864                         Date of Service: 2/27/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 211-CROSS CITY C.I.
FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES

## MENTAL HEALTH NURSING EVALUATION

### SUBJECTIVE:

02/27/2024 4:00 PM **Patient Age:** 43 Years Old
**Date of Admission:**   02/21/2024
**Institution:** 211-CROSS CITY C.I.
**Current location of patient:** Isolation Management Room -IMR/ Self Harm Observation Status -SHOS
**Type of evaluation:** Evaluation every 8 hours for IMR,CSU,CMHTF
**Has the SHOS/IMR order been reviewed daily by the clinician?** Yes
**Weekend/Holidays nurse has documented the above review from the on-call clinician in EMR:** Yes


PHYSICAL ASSESSMENT
F % **Last 3 Weights:**
164 02/26/2024 8:08:40 AM,
164 02/21/2024 4:05:19 PM,
164 02/21/2024 2:15:50 PM
SHOS: As ordered by clinician
MORSE FALL SCALE ASSESSMENT DC4-684A Completed
On Admission on all CSU, CMHTF, & TCU patients
**Previous Score with Date:**
15 (02/27/2024 8:00:00 AM)
**Risk Level**
No Risk
**Inmate has ADA OR non-ADA disabilities/impairments--e.g. doesn't understand English** No:
Day Shift to list inmate impairments and/or disabilities:

### SUBJECTIVE:
**Medical/Dental Complaints?:** No


### OBJECTIVE:
**Hygiene-Showers** Days
NA for this shift
**See DC4-716A flow sheet if checked
**Diet or Meal Tray** Days-Lunch
Accepted meal tray

**Sleep: Number of hours patient slept   2-3**
**Days 0800-1600**


**Skin Integrity:**
For alterations in skin integrity complete the appropriate Nursing Protocol and if skin damage is
associated with an injury complete Diagram of Injury, DC4-708.     Additional notes may be documented
on form DC4-642F or DC4-714A.    If specific skin problem not noted, select NA.
    N/A
Weekly DC4-804 Braden Scale for Predicting Pressure Sore Risk completed on Day Shift.

1 of 3

**119-SANTA ROSA C.I.**
2/18/2025
5850 East Milton Rd.
Milton, FL 32583
MH Daily Nur Eval,
Main: 8509835800 Fax: 8509835864
Date of Service: 2/27/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ████████
Facility: 211-CROSS CITY C.I.
**Last Score with date:** 22 (02/27/2024 8:00:00 AM)
**Today's score:** 22
N/A
**Location:** NA
**AIMS: Completed by clinician:** NA
**Medication Side Effects:** No
**Is Clinician aware of side effects?** Yes
**Appearance:**
Somewhat disheveled
**Current Behavior (Check all that apply):**
Cooperative

**Orientation:**
Person    Place
Time
Situation
**Memory:**
Intact

**Eye Contact:**
Good
**Speech:**
Normal

**Mood:**
Depressed

**Affect:**
Broad

**Thought Process:**
Well Organized
Coherent

**Perception:**
**Is patient hearing voices or conversations which others cannot hear?** No
**Is patient seeing visions of anything which others cannot see?** No
**Thought Content:**
**Is patient experiencing delusions e.g., believes s/he is being poisoned, can read minds, etc.?** No
**Does patient have non-suicidal self-injury ideas or threats?** No
**Does patient have suicidal ideas or threats?** No
**Does patient have homicidal threats or plan?** No

## DAILY ASSESSMENTS AND PLANS
1. List & describe noted problems and plans each shift
2. Day shift to list all current CSU and CMHTF inmate problems by ISP number every 7 days.
3. Day shift to list all current TCU inmate problems by ISP number every 28 days.

2 of 3

**119-SANTA ROSA C.I.**
2/18/2025
5850 East Milton Rd.
Milton, FL 32583
MH Daily Nur Eval,
Main: 8509835800 Fax: 8509835864
Date of Service: 2/27/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 211-CROSS CITY C.I.
**Last ISP assessment on:**
02/28/2023
**Current Problems:**
Urinary tract infection (UTI) (ICD-599.0) (ICD10-N39.0)
Blood in urine (ICD-599.70) (ICD10-R31.9)
General health examination (ICD-V70.9) (ICD10-Z00.00)
Abnormal labs (ICD-790.99) (ICD10-R89.9)
Knee pain (ICD-719.46) (ICD10-M25.569)
Back pain (ICD-724.5) (ICD10-M54.9)
Other abnormal findings in urine (ICD10-R82.998)
Screening for vision (ICD-V80.2) (ICD10-Z13.89)
Wart (ICD-078.10) (ICD10-B07.9)
Headache, unspecified (ICD10-R51.9)
MH Problem: Impulsiveness (ICD-126) (ICD10-F99)
MH Problem: Pathological Behaviors Not Listed Elsewhere (ICD-135) (ICD10-F99)
MH Problem: Limited Social/Environmental Stimulation (ICD-507) (ICD10-F99)
MH Problem: Discharge Planning and Readiness Skills (ICD-308) (ICD10-F99)

DC4-673B Mental Health Nursing Evaluation (Revised 10/31/23)
This form is not to be amended, revised, or altered without        approval of the Deputy Director of
Health Services Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

Signed By: Smith, RN, Registered Nurse, Centurion, Melisa at 2/27/2024 5:46:30 PM

3 of 3

**119-SANTA ROSA C.I.**                                    2/18/2025
5850 East Milton Rd.
Milton, FL 32583                    Vitals,Morse Scale,Braden Scale,MH Daily Nur Eval,
Main: 8509835800 Fax: 8509835864                    Date of Service: 2/27/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ████████
Facility: 211-CROSS CITY C.I.

FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES
**BRADEN SCALE FOR PREDICTING PRESSURE SORE RISK**

**Sensory Perception - Ability to respond meaningfully to pressure-related discomfort:**
4-No Impairment

**Moisture - degree to which skin is exposed to moisture:**        4-Rarely Moist

**Activity - degree of physical activity:**        4-Walks Frequently

**Mobility - ability to change and control body position:**        4-No Limitation

**Nutrition - usual food intake pattern:**        3-Adequate

**Friction and Shear:**        3-No Apparent Problem

**Total Score:** 22        **Risk Level:** No further action required

DC4-804 Braden Scale for Predicting Pressure Sore Risk (Revised 3/14/17)
This form is not to be amended, revised, or altered without approval of the Office of Health Services
Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

**Fall Risk Assessment**
FLORIDA DEPARTMENT OF CORRECTIONS    OFFICE OF HEALTH SERVICES
**MORSE FALL SCALE**

**Fall Risk Calculation**

**History of falling: immediate or within 3 months** No (0)

**Secondary diagnosis** Yes (15)

**Ambulatory aids** Bed rest/nurse assist (0)

**IV/Heparin Lock** No (0)

**Gait/Transferring**

1 of 5

**119-SANTA ROSA C.I.**                                                        2/18/2025
5850 East Milton Rd.
Milton, FL 32583                              Vitals,Morse Scale,Braden Scale,MH Daily Nur Eval,
Main: 8509835800 Fax: 8509835864                        Date of Service: 2/27/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ████████
Facility: 211-CROSS CITY C.I.
Normal/bedrest/immobile (0)

**Mental Status**
Oriented to own ability (0)

**Total Fall Risk Score:   15**
**Risk Level No Risk**

Scoring:
0-24= No Risk, Good Basic Nursing Care
25-50= Low Risk, Implement Standard Fall Prevention Interventions
>50 = High Risk, Implement High Risk Fall Prevention Interventions
1 Morse, J.M., (2009), Preventing patient falls (2nd ed.), New York; Springer, Published, 2009

DC4-684A Morse Fall Scale (Revised 8/1/17)
This form is not to be amended, revised, or altered without           approval of the Office of Health Services
Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**
FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES

## MENTAL HEALTH NURSING EVALUATION

### SUBJECTIVE:
02/27/2024 8:00 AM **Patient Age:** 43 Years Old
**Date of Admission:**   02/21/2024
**Institution:** 211-CROSS CITY C.I.
**Current location of patient:** Isolation Management Room -IMR/ Self Harm Observation Status -SHOS
**Type of evaluation:** Evaluation every 8 hours for IMR,CSU,CMHTF
**Has the SHOS/IMR order been reviewed daily by the clinician?** Yes
**Weekend/Holidays nurse has documented the above review from the on-call clinician in EMR:** Yes

PHYSICAL ASSESSMENT
**Temp:** 97.2    F **Pulse:** 85    **Resp:**  16    **BP:**  112 / 62   **O2 sat:**    99    % **Last 3 Weights:**
164 02/26/2024 8:08:40 AM,
164 02/21/2024 4:05:19 PM,
164 02/21/2024 2:15:50 PM
SHOS: As ordered by clinician
MORSE FALL SCALE ASSESSMENT DC4-684A Completed
On Admission on all CSU, CMHTF, & TCU patients
**Previous Score with Date:**
0 (02/26/2024 8:08:40 AM)
**Risk Level**
No Risk
**Inmate has ADA OR non-ADA disabilities/impairments--e.g. doesn't understand English** No:

2 of 5

**119-SANTA ROSA C.I.**                                      2/18/2025
5850 East Milton Rd.
Milton, FL 32583                    Vitals,Morse Scale,Braden Scale,MH Daily Nur Eval,
Main: 8509835800 Fax: 8509835864              Date of Service: 2/27/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 211-CROSS CITY C.I.
Day Shift to list inmate impairments and/or disabilities:
**SUBJECTIVE:**
**Medical/Dental Complaints?:** No

**OBJECTIVE:**
**Hygiene-Showers** Nights
**See DC4-716A flow sheet if checked
**Diet or Meal Tray** Nights-Breakfast
Accepted meal tray

**Sleep: Number of hours patient slept    8**
**Nights 2400-0800**

**Skin Integrity:**
For alterations in skin integrity complete the appropriate Nursing Protocol and if skin damage is
associated with an injury complete Diagram of Injury, DC4-708.     Additional notes may be documented
on form DC4-642F or DC4-714A.    If specific skin problem not noted, select NA.
    N/A
Weekly DC4-804 Braden Scale for Predicting Pressure Sore Risk completed on Day Shift.
**Last Score with date:** 23 (02/26/2024 8:08:40 AM)
**Today's score:** 22
N/A
**Location:** NA
**AIMS: Completed by clinician:** NA
**Medication Side Effects:**    No
**Is Clinician aware of side effects?** Yes
**Appearance:**
Sleeping

**Current Behavior (Check all that apply):**
Sleeping

**Orientation:**
Sleeping

**Memory:**
Sleeping

**Eye Contact:**
Sleeping

**Speech:**
Sleeping

**Mood:**
Sleeping

3 of 5

**119-SANTA ROSA C.I.**                                                        2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                    Vitals,Morse Scale,Braden Scale,MH Daily Nur Eval,
Main: 8509835800 Fax: 8509835864                             Date of Service: 2/27/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████████
Facility: 211-CROSS CITY C.I.
**Affect:**
Sleeping

**Thought Process:**
Sleeping

**Perception:**
Sleeping
**Thought Content:**
Sleeping

## DAILY ASSESSMENTS AND PLANS
1. List & describe noted problems and plans each shift
2. Day shift to list all current CSU and CMHTF inmate problems by ISP number every 7 days.
3. Day shift to list all current TCU inmate problems by ISP number every 28 days.

**Last ISP assessment on:**
02/28/2023
**Current Problems:**
Urinary tract infection (UTI) (ICD-599.0) (ICD10-N39.0)
Blood in urine (ICD-599.70) (ICD10-R31.9)
General health examination (ICD-V70.9) (ICD10-Z00.00)
Abnormal labs (ICD-790.99) (ICD10-R89.9)
Knee pain (ICD-719.46) (ICD10-M25.569)
Back pain (ICD-724.5) (ICD10-M54.9)
Other abnormal findings in urine (ICD10-R82.998)
Screening for vision (ICD-V80.2) (ICD10-Z13.89)
Wart (ICD-078.10) (ICD10-B07.9)
Headache, unspecified (ICD10-R51.9)
MH Problem: Impulsiveness (ICD-126) (ICD10-F99)
MH Problem: Pathological Behaviors Not Listed Elsewhere (ICD-135) (ICD10-F99)
MH Problem: Limited Social/Environmental Stimulation (ICD-507) (ICD10-F99)
MH Problem: Discharge Planning and Readiness Skills (ICD-308) (ICD10-F99)

DC4-673B Mental Health Nursing Evaluation (Revised 10/31/23)
This form is not to be amended, revised, or altered without          approval of the Deputy Director of
Health Services Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone****

## Vital Signs:

**Temp:** 97.2 F, **Pulse:** 85, **Resp:** 16, **BP:** 112/62, **O2 sat:** 99%, **Height:** 71 (inches)

FDC 000731

**119-SANTA ROSA C.I.**                                           2/18/2025
5850 East Milton Rd.
Milton, FL 32583                        Vitals,Morse Scale,Braden Scale,MH Daily Nur Eval,
Main: 8509835800 Fax: 8509835864                  Date of Service: 2/27/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████████
Facility: 211-CROSS CITY C.I.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

Signed By: Smith, RN, Registered Nurse, Centurion, Melisa at 2/27/2024 10:12:23 AM

FDC 000732

**119-SANTA ROSA C.I.**                                                    2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                    Refused Nurse Inf,MH Daily Nur Eval,
Main: 8509835800 Fax: 8509835864                        Date of Service: 2/27/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 211-CROSS CITY C.I.
FLORIDA DEPARTMENT OF CORRECTIONS    OFFICE OF HEALTH SERVICES
**REFUSAL OF HEALTH CARE SERVICES**

**This is to certify that I am refusing the following:**

**<u>Medical Services</u>**
**If Medical Services, then please describe:** vitals

I understand this refusal is against the advice of my health care providers.    I acknowledge that I have been informed of the diagnosis, if known, the nature and purposes of the proposed procedure/treatment/medication, risks and benefits of the proposed procedure/treatment/medication, alternative treatments and their risks and benefits and the consequences and danger to my health and possibly to my life that may result from my refusal of this procedure/treatment/medication.

I have been given time to ask questions about my condition and about my decision to refuse the proposed procedure/treatment/medication that my health care provider has explained to me is medically indicated and necessary.

I voluntarily assume the risks and accept the consequences of my refusal of the procedure/treatment/medication and I am releasing the Department of Corrections, all health care providers, the facility, and facility staff from any and all liability for ill effects that may result from my refusal of treatment.
**Inmate Refused to Sign**

DC4-711A    Refusal of Healthcare Services (Revised 08/01/13)
This form is not to be amended, revised, or altered without approval of the Office of Health Services Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES

## MENTAL HEALTH NURSING EVALUATION

### SUBJECTIVE:
02/27/2024 12:00 AM **Patient Age:** 43 Years Old
**Date of Admission:**  02/21/2024
**Institution:** 211-CROSS CITY C.I.
**Current location of patient:** Isolation Management Room -IMR/ Self Harm Observation Status -SHOS
**Type of evaluation:** Evaluation every 8 hours for IMR,CSU,CMHTF
**Has the SHOS/IMR order been reviewed daily by the clinician?** N/A
**Weekend/Holidays nurse has documented the above review from the on-call clinician in EMR:** N/A

FDC 000733

**119-SANTA ROSA C.I.**                                    2/18/2025
5850 East Milton Rd.
Milton, FL 32583                    Refused Nurse Inf,MH Daily Nur Eval,
Main: 8509835800 Fax: 8509835864              Date of Service: 2/27/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: █████████
Facility: 211-CROSS CITY C.I.

PHYSICAL ASSESSMENT
F % **Last 3 Weights:**
164 02/26/2024 8:08:40 AM,
164 02/21/2024 4:05:19 PM,
164 02/21/2024 2:15:50 PM
SHOS: As ordered by clinician
MORSE FALL SCALE ASSESSMENT DC4-684A Completed
On Admission on all CSU, CMHTF, & TCU patients
**Previous Score with Date:**
0 (02/26/2024 8:08:40 AM)
**Risk Level**
No Risk
**Inmate has ADA OR non-ADA disabilities/impairments--e.g. doesn't understand English** No:
Day Shift to list inmate impairments and/or disabilities:
## SUBJECTIVE:

**Time of assessment:** 0000
**Patient's general comments/complaints:** I/M resting with eyes closed resp even and unlabored 0 s/s
distress at this time
**Medical/Dental Complaints?:** No

## OBJECTIVE:
**Hygiene-Showers** Nights
NA for this shift
**See DC4-716A flow sheet if checked
**Diet or Meal Tray** Nights-Breakfast
Accepted meal tray

**Sleep: Number of hours patient slept   6**
**Nights 2400-0800**

**Skin Integrity:**
For alterations in skin integrity complete the appropriate Nursing Protocol and if skin damage is
associated with an injury complete Diagram of Injury, DC4-708.     Additional notes may be documented
on form DC4-642F or DC4-714A.    If specific skin problem not noted, select NA.
    N/A
Weekly DC4-804 Braden Scale for Predicting Pressure Sore Risk completed on Day Shift.
**Last Score with date:** 23 (02/26/2024 8:08:40 AM)
**Today's score:** 23
N/A
**Location:** NA
**AIMS: Completed by clinician:** NA
**Medication Side Effects:**    N/A
**Is Clinician aware of side effects?** N/A
**Appearance:**
Sleeping

FDC 000734

**119-SANTA ROSA C.I.**                                              2/18/2025
5850 East Milton Rd.
Milton, FL 32583                        Refused Nurse Inf,MH Daily Nur Eval,
Main: 8509835800 Fax: 8509835864            Date of Service: 2/27/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ██████████
Facility: 211-CROSS CITY C.I.

**Current Behavior (Check all that apply):**
Sleeping

**Orientation:**
Sleeping

**Memory:**
Sleeping

**Eye Contact:**
Sleeping

**Speech:**
Sleeping

**Mood:**
Sleeping

**Affect:**
Sleeping

**Thought Process:**
Sleeping

**Perception:**
Sleeping
**Thought Content:**
Sleeping

## DAILY ASSESSMENTS AND PLANS
1. List & describe noted problems and plans each shift
2. Day shift to list all current CSU and CMHTF inmate problems by ISP number every 7 days.
3. Day shift to list all current TCU inmate problems by ISP number every 28 days.

**Last ISP assessment on:**
02/28/2023
**Current Problems:**
Urinary tract infection (UTI) (ICD-599.0) (ICD10-N39.0)
Blood in urine (ICD-599.70) (ICD10-R31.9)
General health examination (ICD-V70.9) (ICD10-Z00.00)
Abnormal labs (ICD-790.99) (ICD10-R89.9)
Knee pain (ICD-719.46) (ICD10-M25.569)
Back pain (ICD-724.5) (ICD10-M54.9)
Other abnormal findings in urine (ICD10-R82.998)
Screening for vision (ICD-V80.2) (ICD10-Z13.89)
Wart (ICD-078.10) (ICD10-B07.9)
Headache, unspecified (ICD10-R51.9)

3 of 4

**119-SANTA ROSA C.I.**

2/18/2025

5850 East Milton Rd.
Milton, FL 32583
Main: 8509835800 Fax: 8509835864

Refused Nurse Inf,MH Daily Nur Eval,
Date of Service: 2/27/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 211-CROSS CITY C.I.
MH Problem: Impulsiveness (ICD-126) (ICD10-F99)
MH Problem: Pathological Behaviors Not Listed Elsewhere (ICD-135) (ICD10-F99)
MH Problem: Limited Social/Environmental Stimulation (ICD-507) (ICD10-F99)
MH Problem: Discharge Planning and Readiness Skills (ICD-308) (ICD10-F99)

**Assessment/Problem Noted** MH Problem: Impulsiveness (F99)
**Plan:** CONT POC
DC4-673B Mental Health Nursing Evaluation (Revised 10/31/23)
This form is not to be amended, revised, or altered without        approval of the Deputy Director of
Health Services Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

Signed By: Cooper, LPN, Licensed Practical Nurse, Centurion, Shana at 2/27/2024
4:02:42 AM
Signed By: Dwares, APRN, Medical Provider, Centuion, Curtis at 2/27/2024 7:39:45 AM

4 of 4

**119-SANTA ROSA C.I.**                                2/18/2025
5850 East Milton Rd.
Milton, FL 32583                    Weekend Infirmary Rounds,MH Daily Nur Eval,
Main: 8509835800 Fax: 8509835864              Date of Service: 2/26/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 211-CROSS CITY C.I.
FLORIDA DEPARTMENT OF CORRECTIONS    OFFICE OF HEALTH SERVICES
**INFIRMARY PROGRESS RECORD**

**Institution:**   211-CROSS CITY C.I.

**Date:** 02/26/2024   **Time:** 1200   **Discipline:** M= MD/CA/ARNP

**Comments:**   No medical concerns. Patient is stable, No new orders recevied.

DC4-714A Infirmary Progress Record   (Revised 07/19/17)
This form is not to be amended, revised, or altered without        approval of the Office of Health Services
Administration.

\*\*Disclaimer: All EMR timestamps are Eastern Time Zone\*\*

FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES

**MENTAL HEALTH NURSING EVALUATION**

**SUBJECTIVE:**
02/26/2024 5:35 PM **Patient Age:** 43 Years Old
**Date of Admission:**   02/21/2024
**Institution:** 211-CROSS CITY C.I.
**Current location of patient:** Isolation Management Room -IMR/ Self Harm Observation Status -SHOS
**Type of evaluation:** Evaluation every 8 hours for IMR,CSU,CMHTF
**Has the SHOS/IMR order been reviewed daily by the clinician?** Yes
**Weekend/Holidays nurse has documented the above review from the on-call clinician in EMR:** Yes

PHYSICAL ASSESSMENT
F % **Last 3 Weights:**
164 02/26/2024 8:08:40 AM,
164 02/21/2024 4:05:19 PM,
164 02/21/2024 2:15:50 PM
SHOS: As ordered by clinician
MORSE FALL SCALE ASSESSMENT DC4-684A Completed
**Previous Score with Date:**
0 (02/26/2024 8:08:40 AM)
**Risk Level**
No Risk
**Inmate has ADA OR non-ADA disabilities/impairments--e.g. doesn't understand English** No:
Day Shift to list inmate impairments and/or disabilities:
**SUBJECTIVE:**
**Patient's general comments/complaints:** "I'm gonna lose my mind and get out of control again."
**Medical/Dental Complaints?:** No

**OBJECTIVE:**

1 of 4

**119-SANTA ROSA C.I.**                                        2/18/2025
5850 East Milton Rd.
Milton, FL 32583                      Weekend Infirmary Rounds,MH Daily Nur Eval,
Main: 8509835800 Fax: 8509835864                     Date of Service: 2/26/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ▉▉▉▉▉▉
Facility: 211-CROSS CITY C.I.
**Hygiene-Showers** Nights
Self
**\*\*See DC4-716A flow sheet if checked**
**Diet or Meal Tray** Evenings-Dinner
Accepted meal tray

**Sleep: Number of hours patient slept    8**
**Nights 2400-0800**

**Skin Integrity:**
For alterations in skin integrity complete the appropriate Nursing Protocol and if skin damage is
associated with an injury complete Diagram of Injury, DC4-708.     Additional notes may be documented
on form DC4-642F or DC4-714A.    If specific skin problem not noted, select NA.
   N/A
Weekly DC4-804 Braden Scale for Predicting Pressure Sore Risk completed on Day Shift.
**Last Score with date:** 23 (02/26/2024 8:08:40 AM)
**Today's score:** 23
N/A
**Location:** NA
**AIMS: Completed by clinician:** NA
**Medication Side Effects:**    N/A
**Is Clinician aware of side effects?** N/A
**Appearance:**
Somewhat disheveled
**Current Behavior (Check all that apply):**
Cooperative

**Orientation:**
Person   Place
Time
Situation
**Memory:**
Intact

**Eye Contact:**
Good
**Speech:**
Normal

**Mood:**
Depressed

**Affect:**
Normal

**Thought Process:**
Well Organized

2 of 4

**119-SANTA ROSA C.I.**                                                    2/18/2025
5850 East Milton Rd.
Milton, FL 32583                        Weekend Infirmary Rounds,MH Daily Nur Eval,
Main: 8509835800 Fax: 8509835864                    Date of Service: 2/26/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 211-CROSS CITY C.I.
**Perception:**
**Is patient hearing voices or conversations which others cannot hear?** No
**Is patient seeing visions of anything which others cannot see?** No
**Thought Content:**
**Is patient experiencing delusions e.g., believes s/he is being poisoned, can read minds, etc.?** No
**Does patient have non-suicidal self-injury ideas or threats?** No
**Does patient have suicidal ideas or threats?** No
**Does patient have homicidal threats or plan?** Yes

## DAILY ASSESSMENTS AND PLANS
1. List & describe noted problems and plans each shift
2. Day shift to list all current CSU and CMHTF inmate problems by ISP number every 7 days.
3. Day shift to list all current TCU inmate problems by ISP number every 28 days.

**Last ISP assessment on:**
02/28/2023
**Current Problems:**
Urinary tract infection (UTI) (ICD-599.0) (ICD10-N39.0)
Blood in urine (ICD-599.70) (ICD10-R31.9)
General health examination (ICD-V70.9) (ICD10-Z00.00)
Abnormal labs (ICD-790.99) (ICD10-R89.9)
Knee pain (ICD-719.46) (ICD10-M25.569)
Back pain (ICD-724.5) (ICD10-M54.9)
Other abnormal findings in urine (ICD10-R82.998)
Screening for vision (ICD-V80.2) (ICD10-Z13.89)
Wart (ICD-078.10) (ICD10-B07.9)
Headache, unspecified (ICD10-R51.9)
MH Problem: Impulsiveness (ICD-126) (ICD10-F99)
MH Problem: Pathological Behaviors Not Listed Elsewhere (ICD-135) (ICD10-F99)
MH Problem: Limited Social/Environmental Stimulation (ICD-507) (ICD10-F99)
MH Problem: Discharge Planning and Readiness Skills (ICD-308) (ICD10-F99)

**Assessment/Problem Noted** MH Problem: Pathological Behaviors Not Listed Elsewhere (F99)
**Plan:** Continue SHOS isolation
DC4-673B Mental Health Nursing Evaluation (Revised 10/31/23)
This form is not to be amended, revised, or altered without        approval of the Deputy Director of
Health Services Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

FLORIDA DEPARTMENT OF CORRECTIONS    OFFICE OF HEALTH SERVICES
**INFIRMARY PROGRESS RECORD**

**Institution:**   211-CROSS CITY C.I.


DC4-714A Infirmary Progress Record   (Revised 07/19/17)
This form is not to be amended, revised, or altered without        approval of the Office of Health Services

FDC 000739

**119-SANTA ROSA C.I.**                                                                    2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                Weekend Infirmary Rounds,MH Daily Nur Eval,
Main: 8509835800 Fax: 8509835864                                Date of Service: 2/26/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ████████
Facility: 211-CROSS CITY C.I.
Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**


Signed By: Campbell, RN, Registered Nurse, Centurion, Lisa at 2/26/2024 5:43:15 PM

FDC 000740

**119-SANTA ROSA C.I.**                                    2/18/2025
5850 East Milton Rd.
Milton, FL 32583                    Morse Scale,Braden Scale,MH Daily Nur Eval,
Main: 8509835800 Fax: 8509835864              Date of Service: 2/26/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 211-CROSS CITY C.I.


FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES
**BRADEN SCALE FOR PREDICTING PRESSURE SORE RISK**


**Sensory Perception - Ability to respond meaningfully to pressure-related discomfort:**
4-No Impairment

**Moisture - degree to which skin is exposed to moisture:**        4-Rarely Moist

**Activity - degree of physical activity:**        4-Walks Frequently

**Mobility - ability to change and control body position:**        4-No Limitation

**Nutrition - usual food intake pattern:**        4-Excellent

**Friction and Shear:**        3-No Apparent Problem

**Total Score:** 23        **Risk Level:** No further action required

DC4-804 Braden Scale for Predicting Pressure Sore Risk (Revised 3/14/17)
This form is not to be amended, revised, or altered without approval of the Office of Health Services
Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**


**Fall Risk Assessment**
FLORIDA DEPARTMENT OF CORRECTIONS    OFFICE OF HEALTH SERVICES
**MORSE FALL SCALE**

**Fall Risk Calculation**

**History of falling: immediate or within 3 months** No (0)

**Secondary diagnosis** No (0)

**Ambulatory aids** Bed rest/nurse assist (0)

**IV/Heparin Lock** No (0)

**Gait/Transferring**

1 of 5

**119-SANTA ROSA C.I.**                                                2/18/2025
5850 East Milton Rd.
Milton, FL 32583                      Morse Scale,Braden Scale,MH Daily Nur Eval,
Main: 8509835800 Fax: 8509835864                     Date of Service: 2/26/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████████
Facility: 211-CROSS CITY C.I.
Normal/bedrest/immobile (0)

**Mental Status**
Oriented to own ability (0)

**Total Fall Risk Score:   0**
**Risk Level No Risk**

Scoring:
0-24= No Risk, Good Basic Nursing Care
25-50= Low Risk, Implement Standard Fall Prevention Interventions
>50 = High Risk, Implement High Risk Fall Prevention Interventions
1 Morse, J.M., (2009), Preventing patient falls (2nd ed.), New York; Springer, Published, 2009

DC4-684A Morse Fall Scale (Revised 8/1/17)
This form is not to be amended, revised, or altered without          approval of the Office of Health Services
Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**
FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES

## MENTAL HEALTH NURSING EVALUATION

### SUBJECTIVE:
02/26/2024 8:08 AM **Patient Age:** 43 Years Old
**Date of Admission:**   02/21/2024
**Institution:** 211-CROSS CITY C.I.
**Current location of patient:** Isolation Management Room -IMR/ Self Harm Observation Status -SHOS
**Type of evaluation:** Evaluation every 8 hours for IMR,CSU,CMHTF
**Has the SHOS/IMR order been reviewed daily by the clinician?** N/A
**Weekend/Holidays nurse has documented the above review from the on-call clinician in EMR:** N/A

PHYSICAL ASSESSMENT
**Temp:** 97.3    F **Pulse:** 70   **Resp:**  16   **BP:**  130 **/** 71   **O2 sat:**   100    % **Weight (lbs):**   164
**Last 3 Weights:**
164 02/21/2024 4:05:19 PM,
164 02/21/2024 2:15:50 PM,
164 02/15/2024 2:38:34 PM
SHOS: As ordered by clinician
MORSE FALL SCALE ASSESSMENT DC4-684A Completed
**Previous Score with Date:**
15 (02/25/2024 8:00:00 AM)
**Risk Level**
No Risk
**Inmate has ADA OR non-ADA disabilities/impairments--e.g. doesn't understand English** No:

2 of 5

**119-SANTA ROSA C.I.**                                    2/18/2025
5850 East Milton Rd.
Milton, FL 32583                    Morse Scale,Braden Scale,MH Daily Nur Eval,
Main: 8509835800 Fax: 8509835864              Date of Service: 2/26/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ▮▮▮▮▮▮
Facility: 211-CROSS CITY C.I.
Day Shift to list inmate impairments and/or disabilities:

## SUBJECTIVE:
**Patient's general comments/complaints:** When asked if he wanted to hurt people he replied, "yes."
**Medical/Dental Complaints?:** No

## OBJECTIVE:
**Hygiene-Showers** Nights
Self
**See DC4-716A flow sheet if checked
**Diet or Meal Tray** Days-Lunch
Accepted meal tray

**Sleep: Number of hours patient slept    8**
**Nights 2400-0800**

**Skin Integrity:**
For alterations in skin integrity complete the appropriate Nursing Protocol and if skin damage is
associated with an injury complete Diagram of Injury, DC4-708.      Additional notes may be documented
on form DC4-642F or DC4-714A.    If specific skin problem not noted, select NA.
    N/A
Weekly DC4-804 Braden Scale for Predicting Pressure Sore Risk completed on Day Shift.
**Last Score with date:** 22 (02/25/2024 8:00:00 AM)
**Today's score:** 23
N/A
**Additional SKIN INTEGRITY comments:** NA
**AIMS: Completed by clinician:** NA
**Medication Side Effects:**    N/A
**Is Clinician aware of side effects?** N/A
**Appearance:**
Somewhat disheveled
**Current Behavior (Check all that apply):**
Cooperative
Anxious

**Orientation:**
Person    Place
Time
Situation
**Memory:**
Intact

**Eye Contact:**
Good
**Speech:**
Normal

**Mood:**

FDC 000743

**119-SANTA ROSA C.I.**                                          2/18/2025
5850 East Milton Rd.
Milton, FL 32583                          Morse Scale,Braden Scale,MH Daily Nur Eval,
Main: 8509835800 Fax: 8509835864                      Date of Service: 2/26/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ▮▮▮▮▮▮▮▮
Facility: 211-CROSS CITY C.I.
Anxious
Pleasant

**Affect:**
Flat

**Thought Process:**
Coherent

**Perception:**
**Is patient hearing voices or conversations which others cannot hear?** No
**Is patient seeing visions of anything which others cannot see?** No
**Thought Content:**
**Is patient experiencing delusions e.g., believes s/he is being poisoned, can read minds, etc.?** No
**Does patient have non-suicidal self-injury ideas or threats?** No
**Does patient have suicidal ideas or threats?** No
**Does patient have homicidal threats or plan?** Yes

## DAILY ASSESSMENTS AND PLANS
1. List & describe noted problems and plans each shift
2. Day shift to list all current CSU and CMHTF inmate problems by ISP number every 7 days.
3. Day shift to list all current TCU inmate problems by ISP number every 28 days.

**Last ISP assessment on:**
02/28/2023
**Current Problems:**
Urinary tract infection (UTI) (ICD-599.0) (ICD10-N39.0)
Blood in urine (ICD-599.70) (ICD10-R31.9)
General health examination (ICD-V70.9) (ICD10-Z00.00)
Abnormal labs (ICD-790.99) (ICD10-R89.9)
Knee pain (ICD-719.46) (ICD10-M25.569)
Back pain (ICD-724.5) (ICD10-M54.9)
Other abnormal findings in urine (ICD10-R82.998)
Screening for vision (ICD-V80.2) (ICD10-Z13.89)
Wart (ICD-078.10) (ICD10-B07.9)
Headache, unspecified (ICD10-R51.9)
MH Problem: Impulsiveness (ICD-126) (ICD10-F99)
MH Problem: Pathological Behaviors Not Listed Elsewhere (ICD-135) (ICD10-F99)
MH Problem: Limited Social/Environmental Stimulation (ICD-507) (ICD10-F99)
MH Problem: Discharge Planning and Readiness Skills (ICD-308) (ICD10-F99)

**Assessment/Problem Noted** MH Problem: Pathological Behaviors Not Listed Elsewhere (F99)
**Plan:** Continue SHOS isolation
DC4-673B Mental Health Nursing Evaluation (Revised 10/31/23)
This form is not to be amended, revised, or altered without        approval of the Deputy Director of
Health Services Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

4 of 5

**119-SANTA ROSA C.I.**                                    2/18/2025
5850 East Milton Rd.
Milton, FL 32583                          Morse Scale,Braden Scale,MH Daily Nur Eval,
Main: 8509835800 Fax: 8509835864                     Date of Service: 2/26/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████████
Facility: 211-CROSS CITY C.I.


Signed By: Campbell, RN, Registered Nurse, Centurion, Lisa at 2/26/2024 11:51:10 AM

FDC 000745

**119-SANTA ROSA C.I.**                                         2/18/2025
5850 East Milton Rd.
Milton, FL 32583                          Refused Nurse Inf,MH Daily Nur Eval,
Main: 8509835800 Fax: 8509835864                  Date of Service: 2/26/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: █████████
Facility: 211-CROSS CITY C.I.
FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES

## MENTAL HEALTH NURSING EVALUATION

### SUBJECTIVE:
02/26/2024 12:10 AM **Patient Age:** 43 Years Old
**Date of Admission:**   02/21/2024
**Institution:** 211-CROSS CITY C.I.
**Current location of patient:** Isolation Management Room -IMR/ Self Harm Observation Status -SHOS
**Type of evaluation:** Evaluation every 8 hours for IMR,CSU,CMHTF
**Has the SHOS/IMR order been reviewed daily by the clinician?** N/A
**Weekend/Holidays nurse has documented the above review from the on-call clinician in EMR:** N/A


PHYSICAL ASSESSMENT
F % **Last 3 Weights:**
164 02/21/2024 4:05:19 PM,
164 02/21/2024 2:15:50 PM,
164 02/15/2024 2:38:34 PM
SHOS: As ordered by clinician
MORSE FALL SCALE ASSESSMENT DC4-684A Completed
**Previous Score with Date:**
15 (02/25/2024 8:00:00 AM)
**Risk Level**
No Risk
**Inmate has ADA OR non-ADA disabilities/impairments--e.g. doesn't understand English** No:
Day Shift to list inmate impairments and/or disabilities:
### SUBJECTIVE:

**Time of assessment:** 0000
**Patient's general comments/complaints:** I/M resting with eyes closed resp even and unalbored 0 s/s
distress at this time
**Medical/Dental Complaints?:** No

### OBJECTIVE:
**Hygiene-Showers** Nights
NA for this shift
**See DC4-716A flow sheet if checked
**Diet or Meal Tray** Nights-Breakfast
Accepted meal tray

**Sleep: Number of hours patient slept    6
Nights 2400-0800**

**Skin Integrity:**
For alterations in skin integrity complete the appropriate Nursing Protocol and if skin damage is
associated with an injury complete Diagram of Injury, DC4-708.     Additional notes may be documented

**119-SANTA ROSA C.I.**                                     2/18/2025
5850 East Milton Rd.
Milton, FL 32583                          Refused Nurse Inf,MH Daily Nur Eval,
Main: 8509835800 Fax: 8509835864                  Date of Service: 2/26/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: █████████
Facility: 211-CROSS CITY C.I.
on form DC4-642F or DC4-714A.    If specific skin problem not noted, select NA.
    N/A
Weekly DC4-804 Braden Scale for Predicting Pressure Sore Risk completed on Day Shift.
**Last Score with date:** 22 (02/25/2024 8:00:00 AM)
**Today's score:** 22
N/A
**AIMS: Completed by clinician:** NA
**Medication Side Effects:**    N/A
**Is Clinician aware of side effects?** N/A
**Appearance:**
Sleeping

**Current Behavior (Check all that apply):**
Sleeping

**Orientation:**
Sleeping

**Memory:**
Sleeping

**Eye Contact:**
Sleeping

**Speech:**
Sleeping

**Mood:**
Sleeping

**Affect:**
Sleeping

**Thought Process:**
Sleeping

**Perception:**
Sleeping
**Thought Content:**
Sleeping

## DAILY ASSESSMENTS AND PLANS
1. List & describe noted problems and plans each shift
2. Day shift to list all current CSU and CMHTF inmate problems by ISP number every 7 days.
3. Day shift to list all current TCU inmate problems by ISP number every 28 days.

**Last ISP assessment on:**
02/28/2023

FDC 000747

**119-SANTA ROSA C.I.**                                                    2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                      Refused Nurse Inf,MH Daily Nur Eval,
Main: 8509835800 Fax: 8509835864                          Date of Service: 2/26/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 211-CROSS CITY C.I.
**Current Problems:**
Urinary tract infection (UTI) (ICD-599.0) (ICD10-N39.0)
Blood in urine (ICD-599.70) (ICD10-R31.9)
General health examination (ICD-V70.9) (ICD10-Z00.00)
Abnormal labs (ICD-790.99) (ICD10-R89.9)
Knee pain (ICD-719.46) (ICD10-M25.569)
Back pain (ICD-724.5) (ICD10-M54.9)
Other abnormal findings in urine (ICD10-R82.998)
Screening for vision (ICD-V80.2) (ICD10-Z13.89)
Wart (ICD-078.10) (ICD10-B07.9)
Headache, unspecified (ICD10-R51.9)
MH Problem: Impulsiveness (ICD-126) (ICD10-F99)
MH Problem: Pathological Behaviors Not Listed Elsewhere (ICD-135) (ICD10-F99)
MH Problem: Limited Social/Environmental Stimulation (ICD-507) (ICD10-F99)
MH Problem: Discharge Planning and Readiness Skills (ICD-308) (ICD10-F99)

**Assessment/Problem Noted** MH Problem: Pathological Behaviors Not Listed Elsewhere (F99)
**Plan:** CONT POC
DC4-673B Mental Health Nursing Evaluation (Revised 10/31/23)
This form is not to be amended, revised, or altered without          approval of the Deputy Director of
Health Services Administration.

**\*\*Disclaimer: All EMR timestamps are Eastern Time Zone\*\***

FLORIDA DEPARTMENT OF CORRECTIONS    OFFICE OF HEALTH SERVICES
**REFUSAL OF HEALTH CARE SERVICES**


**This is to certify that I am refusing the following:**

<u>**Medical Services**</u>
**If Medical Services, then please describe:** vitals


I understand this refusal is against the advice of my health care providers.    I acknowledge that I have
been informed of the diagnosis, if known, the nature and purposes of the proposed
procedure/treatment/medication, risks and benefits of the proposed procedure/treatment/medication,
alternative treatments and their risks and benefits and the consequences and danger to my health and
possibly to my life that may result from my refusal of this procedure/treatment/medication.

I have been given time to ask questions about my condition and about my decision to refuse the
proposed procedure/treatment/medication that my health care provider has explained to me is medically
indicated and necessary.

I voluntarily assume the risks and accept the consequences of my refusal of the
procedure/treatment/medication and I am releasing the Department of Corrections, all health care
providers, the facility, and facility staff from any and all liability for ill effects that may result from my refusal

FDC 000748

**119-SANTA ROSA C.I.**                                        2/18/2025
5850 East Milton Rd.
Milton, FL 32583                      Refused Nurse Inf,MH Daily Nur Eval,
Main: 8509835800 Fax: 8509835864              Date of Service: 2/26/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: █████████
Facility: 211-CROSS CITY C.I.
of treatment.
**Inmate Refused to Sign**


DC4-711A    Refusal of Healthcare Services (Revised 08/01/13)
This form is not to be amended, revised, or altered without approval of the Office of Health Services
Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**



Signed By: Cooper, LPN, Licensed Practical Nurse, Centurion, Shana at 2/26/2024
4:33:38 AM
Signed By: Dwares, APRN, Medical Provider, Centuion, Curtis at 2/27/2024 7:36:02 AM

FDC 000749

**119-SANTA ROSA C.I.**                                    2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                    MH Daily Nur Eval,
Main: 8509835800 Fax: 8509835864          Date of Service: 2/25/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 211-CROSS CITY C.I.
FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES

## MENTAL HEALTH NURSING EVALUATION

### SUBJECTIVE:

02/25/2024 4:00 PM **Patient Age:** 43 Years Old
**Date of Admission:**   02/21/2024
**Institution:** 211-CROSS CITY C.I.
**Current location of patient:** Isolation Management Room -IMR/ Self Harm Observation Status -SHOS
**Type of evaluation:** Evaluation every 8 hours for IMR,CSU,CMHTF
**Has the SHOS/IMR order been reviewed daily by the clinician?** Yes
**Weekend/Holidays nurse has documented the above review from the on-call clinician in EMR:** Yes


PHYSICAL ASSESSMENT
F % **Last 3 Weights:**
164 02/21/2024 4:05:19 PM,
164 02/21/2024 2:15:50 PM,
164 02/15/2024 2:38:34 PM
SHOS: As ordered by clinician
MORSE FALL SCALE ASSESSMENT DC4-684A Completed
On Admission on all CSU, CMHTF, & TCU patients
**Previous Score with Date:**
15 (02/25/2024 8:00:00 AM)
**Risk Level**
No Risk
**Inmate has ADA OR non-ADA disabilities/impairments--e.g. doesn't understand English** No:
Day Shift to list inmate impairments and/or disabilities:
### SUBJECTIVE:
**Medical/Dental Complaints?:** No


### OBJECTIVE:
**Hygiene-Showers** Days
NA for this shift
**See DC4-716A flow sheet if checked
**Diet or Meal Tray** Days-Lunch
Accepted meal tray

**Sleep: Number of hours patient slept    3**
**Days 0800-1600**


**Skin Integrity:**
For alterations in skin integrity complete the appropriate Nursing Protocol and if skin damage is
associated with an injury complete Diagram of Injury, DC4-708.     Additional notes may be documented
on form DC4-642F or DC4-714A.    If specific skin problem not noted, select NA.
   N/A
Weekly DC4-804 Braden Scale for Predicting Pressure Sore Risk completed on Day Shift.

1 of 3

**119-SANTA ROSA C.I.**                                    2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                    MH Daily Nur Eval,
Main: 8509835800 Fax: 8509835864              Date of Service: 2/25/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ████████
Facility: 211-CROSS CITY C.I.
**Last Score with date:** 22 (02/25/2024 8:00:00 AM)
**Today's score:** 22
N/A
**AIMS: Completed by clinician:** NA
**Medication Side Effects:**    No
**Is Clinician aware of side effects?** Yes
**Appearance:**
Somewhat disheveled
**Current Behavior (Check all that apply):**
Agitated
Cooperative

**Orientation:**
Person    Place
Time
Situation
**Memory:**
Intact

**Eye Contact:**
Good
**Speech:**
Normal

**Mood:**
Depressed
Irritable

**Affect:**
Broad

**Thought Process:**
Well Organized
Coherent

**Perception:**
**Is patient hearing voices or conversations which others cannot hear?** No
**Is patient seeing visions of anything which others cannot see?** No
**Thought Content:**
**Is patient experiencing delusions e.g., believes s/he is being poisoned, can read minds, etc.?** No
**Does patient have non-suicidal self-injury ideas or threats?** No
**Does patient have suicidal ideas or threats?** No
**Does patient have homicidal threats or plan?** Yes

## DAILY ASSESSMENTS AND PLANS
1. List & describe noted problems and plans each shift
2. Day shift to list all current CSU and CMHTF inmate problems by ISP number every 7 days.
3. Day shift to list all current TCU inmate problems by ISP number every 28 days.

2 of 3

**119-SANTA ROSA C.I.**
5850 East Milton Rd.
Milton, FL 32583
Main: 8509835800 Fax: 8509835864

2/18/2025

MH Daily Nur Eval,
Date of Service: 2/25/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB:
Facility: 211-CROSS CITY C.I.

**Last ISP assessment on:**
02/28/2023
**Current Problems:**
Urinary tract infection (UTI) (ICD-599.0) (ICD10-N39.0)
Blood in urine (ICD-599.70) (ICD10-R31.9)
General health examination (ICD-V70.9) (ICD10-Z00.00)
Abnormal labs (ICD-790.99) (ICD10-R89.9)
Knee pain (ICD-719.46) (ICD10-M25.569)
Back pain (ICD-724.5) (ICD10-M54.9)
Other abnormal findings in urine (ICD10-R82.998)
Screening for vision (ICD-V80.2) (ICD10-Z13.89)
Wart (ICD-078.10) (ICD10-B07.9)
Headache, unspecified (ICD10-R51.9)
MH Problem: Impulsiveness (ICD-126) (ICD10-F99)
MH Problem: Pathological Behaviors Not Listed Elsewhere (ICD-135) (ICD10-F99)
MH Problem: Limited Social/Environmental Stimulation (ICD-507) (ICD10-F99)
MH Problem: Discharge Planning and Readiness Skills (ICD-308) (ICD10-F99)

DC4-673B Mental Health Nursing Evaluation (Revised 10/31/23)
This form is not to be amended, revised, or altered without          approval of the Deputy Director of
Health Services Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

Signed By: Smith, RN, Registered Nurse, Centurion, Melisa at 2/25/2024 4:02:39 PM

3 of 3

**119-SANTA ROSA C.I.**

5850 East Milton Rd.
Milton, FL 32583
Main: 8509835800 Fax: 8509835864

2/18/2025

Weekend Infirmary Rounds,
Date of Service: 2/25/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ████████
Facility: 211-CROSS CITY C.I.
FLORIDA DEPARTMENT OF CORRECTIONS    OFFICE OF HEALTH SERVICES
**INFIRMARY PROGRESS RECORD**

**Institution:**  211-CROSS CITY C.I.

**Date:** 02/25/2024    **Time:** 0900    **Discipline:** N=Nursing

**Comments:**    Weekend rounding completed via telephone with Dwares.    No new orders.

DC4-714A Infirmary Progress Record    (Revised 07/19/17)
This form is not to be amended, revised, or altered without        approval of the Office of Health Services
Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

Signed By: Smith, RN, Registered Nurse, Centurion, Melisa at 2/25/2024 9:57:00 AM

FDC 000753

**119-SANTA ROSA C.I.**                                           2/18/2025
5850 East Milton Rd.
Milton, FL 32583                         Vitals,Morse Scale,Braden Scale,MH Daily Nur Eval,
Main: 8509835800 Fax: 8509835864                        Date of Service: 2/25/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████████
Facility: 211-CROSS CITY C.I.

FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES
**BRADEN SCALE FOR PREDICTING PRESSURE SORE RISK**

**Sensory Perception - Ability to respond meaningfully to pressure-related discomfort:**
4-No Impairment

**Moisture - degree to which skin is exposed to moisture:**      4-Rarely Moist

**Activity - degree of physical activity:**      4-Walks Frequently

**Mobility - ability to change and control body position:**      4-No Limitation

**Nutrition - usual food intake pattern:**      3-Adequate

**Friction and Shear:**      3-No Apparent Problem

**Total Score:** 22          **Risk Level:** No further action required

DC4-804 Braden Scale for Predicting Pressure Sore Risk (Revised 3/14/17)
This form is not to be amended, revised, or altered without approval of the Office of Health Services
Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

**Fall Risk Assessment**
FLORIDA DEPARTMENT OF CORRECTIONS    OFFICE OF HEALTH SERVICES
**MORSE FALL SCALE**

**Fall Risk Calculation**

**History of falling: immediate or within 3 months** No (0)

**Secondary diagnosis** Yes (15)

**Ambulatory aids** Bed rest/nurse assist (0)

**IV/Heparin Lock** No (0)

**Gait/Transferring**

1 of 5

**119-SANTA ROSA C.I.**                                    2/18/2025
5850 East Milton Rd.
Milton, FL 32583                    Vitals,Morse Scale,Braden Scale,MH Daily Nur Eval,
Main: 8509835800 Fax: 8509835864                    Date of Service: 2/25/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 211-CROSS CITY C.I.
Normal/bedrest/immobile (0)

**Mental Status**
Oriented to own ability (0)

**Total Fall Risk Score:   15**
**Risk Level No Risk**

Scoring:
0-24= No Risk, Good Basic Nursing Care
25-50= Low Risk, Implement Standard Fall Prevention Interventions
>50 = High Risk, Implement High Risk Fall Prevention Interventions
1 Morse, J.M., (2009), Preventing patient falls (2nd ed.), New York; Springer, Published, 2009

DC4-684A Morse Fall Scale (Revised 8/1/17)
This form is not to be amended, revised, or altered without            approval of the Office of Health Services
Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**
FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES

## MENTAL HEALTH NURSING EVALUATION

### SUBJECTIVE:
02/25/2024 8:00 AM **Patient Age:** 43 Years Old
**Date of Admission:**   02/21/2024
**Institution:** 211-CROSS CITY C.I.
**Current location of patient:** Isolation Management Room -IMR/ Self Harm Observation Status -SHOS
**Type of evaluation:** Evaluation every 8 hours for IMR,CSU,CMHTF
**Has the SHOS/IMR order been reviewed daily by the clinician?** Yes
**Weekend/Holidays nurse has documented the above review from the on-call clinician in EMR:** Yes

PHYSICAL ASSESSMENT
**Temp:** 97.7   F **Pulse:**  71   **Resp:**  18   **BP:**  112 / 85   **O2 sat:**   99   % **Last 3 Weights:**
164 02/21/2024 4:05:19 PM,
164 02/21/2024 2:15:50 PM,
164 02/15/2024 2:38:34 PM
SHOS: As ordered by clinician
MORSE FALL SCALE ASSESSMENT DC4-684A Completed
On Admission on all CSU, CMHTF, & TCU patients
**Previous Score with Date:**
15 (02/24/2024 8:00:00 AM)
**Risk Level**
No Risk
**Inmate has ADA OR non-ADA disabilities/impairments--e.g. doesn't understand English** No:

2 of 5

**119-SANTA ROSA C.I.**                                    2/18/2025
5850 East Milton Rd.
Milton, FL 32583                    Vitals,Morse Scale,Braden Scale,MH Daily Nur Eval,
Main: 8509835800 Fax: 8509835864              Date of Service: 2/25/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 211-CROSS CITY C.I.
Day Shift to list inmate impairments and/or disabilities:

**SUBJECTIVE:**
**Medical/Dental Complaints?:** No

**OBJECTIVE:**
**Hygiene-Showers** Nights
Self
**See DC4-716A flow sheet if checked
**Diet or Meal Tray** Nights-Breakfast
Accepted meal tray

**Sleep: Number of hours patient slept    6**
**Nights 2400-0800**

**Skin Integrity:**
For alterations in skin integrity complete the appropriate Nursing Protocol and if skin damage is
associated with an injury complete Diagram of Injury, DC4-708.     Additional notes may be documented
on form DC4-642F or DC4-714A.    If specific skin problem not noted, select NA.
     N/A
Weekly DC4-804 Braden Scale for Predicting Pressure Sore Risk completed on Day Shift.
**Last Score with date:** 22 (02/24/2024 8:00:00 AM)
**Today's score:** 22
N/A
**AIMS: Completed by clinician:** NA
**Medication Side Effects:**    No
**Is Clinician aware of side effects?** Yes
**Appearance:**
Somewhat disheveled
**Current Behavior (Check all that apply):**
Agitated
Cooperative

**Orientation:**
Person    Place
Time
Situation
**Memory:**
Intact

**Eye Contact:**
Good
**Speech:**
Normal

**Mood:**
Depressed

3 of 5

**119-SANTA ROSA C.I.**                                    2/18/2025
5850 East Milton Rd.
Milton, FL 32583                    Vitals,Morse Scale,Braden Scale,MH Daily Nur Eval,
Main: 8509835800 Fax: 8509835864              Date of Service: 2/25/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ████████████
Facility: 211-CROSS CITY C.I.
**Affect:**
Flat

**Thought Process:**
Well Organized
Coherent

**Perception:**
**Is patient hearing voices or conversations which others cannot hear?** No
**Is patient seeing visions of anything which others cannot see?** No
**Thought Content:**
**Is patient experiencing delusions e.g., believes s/he is being poisoned, can read minds, etc.?** No
**Does patient have non-suicidal self-injury ideas or threats?** No
**Does patient have suicidal ideas or threats?** No
**Does patient have homicidal threats or plan?** Yes

## DAILY ASSESSMENTS AND PLANS
1. List & describe noted problems and plans each shift
2. Day shift to list all current CSU and CMHTF inmate problems by ISP number every 7 days.
3. Day shift to list all current TCU inmate problems by ISP number every 28 days.

**Last ISP assessment on:**
02/28/2023
**Current Problems:**
Urinary tract infection (UTI) (ICD-599.0) (ICD10-N39.0)
Blood in urine (ICD-599.70) (ICD10-R31.9)
General health examination (ICD-V70.9) (ICD10-Z00.00)
Abnormal labs (ICD-790.99) (ICD10-R89.9)
Knee pain (ICD-719.46) (ICD10-M25.569)
Back pain (ICD-724.5) (ICD10-M54.9)
Other abnormal findings in urine (ICD10-R82.998)
Screening for vision (ICD-V80.2) (ICD10-Z13.89)
Wart (ICD-078.10) (ICD10-B07.9)
Headache, unspecified (ICD10-R51.9)
MH Problem: Impulsiveness (ICD-126) (ICD10-F99)
MH Problem: Pathological Behaviors Not Listed Elsewhere (ICD-135) (ICD10-F99)
MH Problem: Limited Social/Environmental Stimulation (ICD-507) (ICD10-F99)
MH Problem: Discharge Planning and Readiness Skills (ICD-308) (ICD10-F99)

DC4-673B Mental Health Nursing Evaluation (Revised 10/31/23)
This form is not to be amended, revised, or altered without        approval of the Deputy Director of
Health Services Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

**119-SANTA ROSA C.I.**                                           2/18/2025
5850 East Milton Rd.
Milton, FL 32583                        Vitals,Morse Scale,Braden Scale,MH Daily Nur Eval,
Main: 8509835800 Fax: 8509835864                          Date of Service: 2/25/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ████████
Facility: 211-CROSS CITY C.I.
**Vital Signs:**

**Temp:** 97.7 F, **Pulse:** 71, **Resp:** 18, **BP:** 112/85, **O2 sat:** 99%, **Height:** 71 (inches)

**Disclaimer: All EMR timestamps are Eastern Time Zone**

Signed By: Smith, RN, Registered Nurse, Centurion, Melisa at 2/25/2024 10:51:00 AM

5 of 5

**119-SANTA ROSA C.I.**                                          2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                        Vitals,MH Daily Nur Eval,
Main: 8509835800 Fax: 8509835864                    Date of Service: 2/25/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ▓▓▓▓▓▓▓
Facility: 211-CROSS CITY C.I.
FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES

## MENTAL HEALTH NURSING EVALUATION

### SUBJECTIVE:

02/25/2024 12:11 AM **Patient Age:** 43 Years Old
**Date of Admission:**   02/21/2024
**Institution:** 211-CROSS CITY C.I.
**Current location of patient:** Isolation Management Room -IMR/ Self Harm Observation Status -SHOS
**Type of evaluation:** Evaluation every 8 hours for IMR,CSU,CMHTF
**Has the SHOS/IMR order been reviewed daily by the clinician?** Yes
**Weekend/Holidays nurse has documented the above review from the on-call clinician in EMR:** N/A

PHYSICAL ASSESSMENT
**Temp:**  97.6   **F Pulse:**  77   **Resp:**   17   **BP:**   134 **/** 78   **O2 sat:**     99   % **Last 3 Weights:**
164 02/21/2024 4:05:19 PM,
164 02/21/2024 2:15:50 PM,
164 02/15/2024 2:38:34 PM
SHOS: As ordered by clinician
MORSE FALL SCALE ASSESSMENT DC4-684A Completed
On Admission on all CSU, CMHTF, & TCU patients
**Previous Score with Date:**
15 (02/24/2024 8:00:00 AM)
**Risk Level**
No Risk
**Inmate has ADA OR non-ADA disabilities/impairments--e.g. doesn't understand English** No:
Day Shift to list inmate impairments and/or disabilities:
### SUBJECTIVE:
**Medical/Dental Complaints?:** No

### OBJECTIVE:
**Hygiene-Showers** Nights
Self
**See DC4-716A flow sheet if checked
**Diet or Meal Tray** Nights-Breakfast
Accepted meal tray

**Sleep: Number of hours patient slept    6-7**
**Nights 2400-0800**

**Skin Integrity:**
For alterations in skin integrity complete the appropriate Nursing Protocol and if skin damage is
associated with an injury complete Diagram of Injury, DC4-708.     Additional notes may be documented
on form DC4-642F or DC4-714A.    If specific skin problem not noted, select NA.
   N/A
Weekly DC4-804 Braden Scale for Predicting Pressure Sore Risk completed on Day Shift.

1 of 3

**119-SANTA ROSA C.I.**                                    2/18/2025
5850 East Milton Rd.
Milton, FL 32583                              Vitals,MH Daily Nur Eval,
Main: 8509835800 Fax: 8509835864          Date of Service: 2/25/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 211-CROSS CITY C.I.
**Last Score with date:** 22 (02/24/2024 8:00:00 AM)
**Today's score:** 22
**AIMS: Completed by clinician:** NA
**Medication Side Effects:**   N/A
**Is Clinician aware of side effects?** N/A
**Appearance:**
Sleeping

**Current Behavior (Check all that apply):**
Sleeping

**Orientation:**
Sleeping

**Memory:**
Sleeping

**Eye Contact:**
Sleeping

**Speech:**
Sleeping

**Mood:**
Sleeping

**Affect:**
Sleeping

**Thought Process:**
Sleeping

**Perception:**
Sleeping
**Thought Content:**
Sleeping
**Does patient have non-suicidal self-injury ideas or threats?** No
**Does patient have suicidal ideas or threats?** No
**Does patient have homicidal threats or plan?** No

## DAILY ASSESSMENTS AND PLANS
1. List & describe noted problems and plans each shift
2. Day shift to list all current CSU and CMHTF inmate problems by ISP number every 7 days.
3. Day shift to list all current TCU inmate problems by ISP number every 28 days.

**Last ISP assessment on:**
02/28/2023
**Current Problems:**

2 of 3

**119-SANTA ROSA C.I.**
5850 East Milton Rd.
Milton, FL 32583
Main: 8509835800 Fax: 8509835864

2/18/2025

Vitals,MH Daily Nur Eval,
Date of Service: 2/25/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 211-CROSS CITY C.I.
Urinary tract infection (UTI) (ICD-599.0) (ICD10-N39.0)
Blood in urine (ICD-599.70) (ICD10-R31.9)
General health examination (ICD-V70.9) (ICD10-Z00.00)
Abnormal labs (ICD-790.99) (ICD10-R89.9)
Knee pain (ICD-719.46) (ICD10-M25.569)
Back pain (ICD-724.5) (ICD10-M54.9)
Other abnormal findings in urine (ICD10-R82.998)
Screening for vision (ICD-V80.2) (ICD10-Z13.89)
Wart (ICD-078.10) (ICD10-B07.9)
Headache, unspecified (ICD10-R51.9)
MH Problem: Impulsiveness (ICD-126) (ICD10-F99)
MH Problem: Pathological Behaviors Not Listed Elsewhere (ICD-135) (ICD10-F99)
MH Problem: Limited Social/Environmental Stimulation (ICD-507) (ICD10-F99)
MH Problem: Discharge Planning and Readiness Skills (ICD-308) (ICD10-F99)

DC4-673B Mental Health Nursing Evaluation (Revised 10/31/23)
This form is not to be amended, revised, or altered without        approval of the Deputy Director of
Health Services Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

### Vital Signs:

**Temp:** 97.6 F, **Pulse:** 77, **Resp:** 17, **BP:** 134/78, **O2 sat:** 99%, **Height:** 71 (inches)
**Is the inmate currently using oxygen?** No

**Disclaimer: All EMR timestamps are Eastern Time Zone**

Signed By: Washington, LPN, Licensed Practical Nurse, Centurion, Aqura at 2/25/2024
3:15:26 AM

3 of 3

**119-SANTA ROSA C.I.**                                    2/18/2025
5850 East Milton Rd.
Milton, FL 32583                              Weekend Infirmary Rounds,
Main: 8509835800 Fax: 8509835864              Date of Service: 2/24/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ████████
Facility: 211-CROSS CITY C.I.
FLORIDA DEPARTMENT OF CORRECTIONS    OFFICE OF HEALTH SERVICES
**INFIRMARY PROGRESS RECORD**

**Institution:**  211-CROSS CITY C.I.

**Date:** 02/24/2024   **Time:** 1300   **Discipline:** N=Nursing

**Comments:**   Weekend rounding completed via telephone call with Dwares.    No new orders at this time.

DC4-714A Infirmary Progress Record    (Revised 07/19/17)
This form is not to be amended, revised, or altered without        approval of the Office of Health Services Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

Signed By: Smith, RN, Registered Nurse, Centurion, Melisa at 2/24/2024 1:52:13 PM

1 of 1

**119-SANTA ROSA C.I.**
2/18/2025
5850 East Milton Rd.
Milton, FL 32583
Inf Progress Rec,MH Daily Nur Eval,
Main: 8509835800 Fax: 8509835864
Date of Service: 2/24/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ████████
Facility: 211-CROSS CITY C.I.
FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES

## MENTAL HEALTH NURSING EVALUATION

### SUBJECTIVE:

02/24/2024 4:00 PM **Patient Age:** 43 Years Old
**Date of Admission:**   02/21/2024
**Institution:** 211-CROSS CITY C.I.
**Current location of patient:** Isolation Management Room -IMR/ Self Harm Observation Status -SHOS
**Type of evaluation:** Evaluation every 8 hours for IMR,CSU,CMHTF
**Has the SHOS/IMR order been reviewed daily by the clinician?** Yes
**Weekend/Holidays nurse has documented the above review from the on-call clinician in EMR:** Yes


PHYSICAL ASSESSMENT
F % **Last 3 Weights:**
164 02/21/2024 4:05:19 PM,
164 02/21/2024 2:15:50 PM,
164 02/15/2024 2:38:34 PM
SHOS: As ordered by clinician
MORSE FALL SCALE ASSESSMENT DC4-684A Completed
On Admission on all CSU, CMHTF, & TCU patients
**Previous Score with Date:**
15 (02/24/2024 8:00:00 AM)
**Risk Level**
No Risk
**Inmate has ADA OR non-ADA disabilities/impairments--e.g. doesn't understand English** No:
Day Shift to list inmate impairments and/or disabilities:
### SUBJECTIVE:
**Medical/Dental Complaints?:** No

### OBJECTIVE:
**Hygiene-Showers** Days
Self
**See DC4-716A flow sheet if checked
**Diet or Meal Tray** Days-Lunch
Accepted meal tray

**Sleep: Number of hours patient slept    0**
**Days 0800-1600**

**Skin Integrity:**
For alterations in skin integrity complete the appropriate Nursing Protocol and if skin damage is
associated with an injury complete Diagram of Injury, DC4-708.     Additional notes may be documented
on form DC4-642F or DC4-714A.    If specific skin problem not noted, select NA.
   N/A
Weekly DC4-804 Braden Scale for Predicting Pressure Sore Risk completed on Day Shift.

1 of 4

**119-SANTA ROSA C.I.**                                    2/18/2025
5850 East Milton Rd.
Milton, FL 32583                          Inf Progress Rec,MH Daily Nur Eval,
Main: 8509835800 Fax: 8509835864                 Date of Service: 2/24/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: █████████
Facility: 211-CROSS CITY C.I.
**Last Score with date:** 22 (02/24/2024 8:00:00 AM)
**Today's score:** 22
N/A
**AIMS: Completed by clinician:** NA
**Medication Side Effects:**   No
**Is Clinician aware of side effects?** Yes
**Appearance:**
Somewhat disheveled
**Current Behavior (Check all that apply):**
Cooperative

**Orientation:**
Person   Place
Time
Situation
**Memory:**
Intact

**Eye Contact:**
Good
**Speech:**
Normal

**Mood:**
Depressed

**Affect:**
Blunted

**Thought Process:**
Well Organized
Coherent

**Perception:**
**Is patient hearing voices or conversations which others cannot hear?** No
**Is patient seeing visions of anything which others cannot see?** No
**Thought Content:**
**Is patient experiencing delusions e.g., believes s/he is being poisoned, can read minds, etc.?** Yes
**Describe:** IMP experiencing paranoid feelings, like "security is listening and watching me on those cameras"
**Does patient have non-suicidal self-injury ideas or threats?** Yes
**Describe:** "Slight suicidal thoughts"
**Does patient have suicidal ideas or threats?** No
**Does patient have homicidal threats or plan?** Yes
**Describe:** "Still want to kill someone"

## DAILY ASSESSMENTS AND PLANS
1. List & describe noted problems and plans each shift

FDC 000764

**119-SANTA ROSA C.I.**                                    2/18/2025
5850 East Milton Rd.
Milton, FL 32583                    Inf Progress Rec,MH Daily Nur Eval,
Main: 8509835800 Fax: 8509835864              Date of Service: 2/24/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ████████
Facility: 211-CROSS CITY C.I.
2. Day shift to list all current CSU and CMHTF inmate problems by ISP number every 7 days.
3. Day shift to list all current TCU inmate problems by ISP number every 28 days.

**Last ISP assessment on:**
02/28/2023
**Current Problems:**
Urinary tract infection (UTI) (ICD-599.0) (ICD10-N39.0)
Blood in urine (ICD-599.70) (ICD10-R31.9)
General health examination (ICD-V70.9) (ICD10-Z00.00)
Abnormal labs (ICD-790.99) (ICD10-R89.9)
Knee pain (ICD-719.46) (ICD10-M25.569)
Back pain (ICD-724.5) (ICD10-M54.9)
Other abnormal findings in urine (ICD10-R82.998)
Screening for vision (ICD-V80.2) (ICD10-Z13.89)
Wart (ICD-078.10) (ICD10-B07.9)
Headache, unspecified (ICD10-R51.9)
MH Problem: Impulsiveness (ICD-126) (ICD10-F99)
MH Problem: Pathological Behaviors Not Listed Elsewhere (ICD-135) (ICD10-F99)
MH Problem: Limited Social/Environmental Stimulation (ICD-507) (ICD10-F99)
MH Problem: Discharge Planning and Readiness Skills (ICD-308) (ICD10-F99)

DC4-673B Mental Health Nursing Evaluation (Revised 10/31/23)
This form is not to be amended, revised, or altered without        approval of the Deputy Director of
Health Services Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

FLORIDA DEPARTMENT OF CORRECTIONS    OFFICE OF HEALTH SERVICES
**INFIRMARY PROGRESS RECORD**

**Institution:**
211-CROSS CITY C.I.

**Date:** 02/24/2024   **Time:** 1600   **Discipline:** N=Nursing

**Comments:**
Medicated with MOM and Alcalak for stomach ache.    Will continue to monitor.

DC4-714A Infirmary Progress Record    (Revised 07/19/17)
This form is not to be amended, revised, or altered without        approval of the Office of Health Services

3 of 4

**119-SANTA ROSA C.I.**                                    2/18/2025
5850 East Milton Rd.
Milton, FL 32583                        Inf Progress Rec,MH Daily Nur Eval,
Main: 8509835800 Fax: 8509835864              Date of Service: 2/24/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 211-CROSS CITY C.I.
Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

Signed By: Smith, RN, Registered Nurse, Centurion, Melisa at 2/24/2024 4:49:02 PM

FDC 000766

**119-SANTA ROSA C.I.**                                    2/18/2025
5850 East Milton Rd.
Milton, FL 32583                    Vitals,Morse Scale,Braden Scale,MH Daily Nur Eval,
Main: 8509835800 Fax: 8509835864            Date of Service: 2/24/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████████
Facility: 211-CROSS CITY C.I.

FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES
**BRADEN SCALE FOR PREDICTING PRESSURE SORE RISK**

**Sensory Perception - Ability to respond meaningfully to pressure-related discomfort:**
4-No Impairment

**Moisture - degree to which skin is exposed to moisture:**        4-Rarely Moist

**Activity - degree of physical activity:**        4-Walks Frequently

**Mobility - ability to change and control body position:**        4-No Limitation

**Nutrition - usual food intake pattern:**        3-Adequate

**Friction and Shear:**        3-No Apparent Problem

**Total Score:** 22        **Risk Level:** No further action required

DC4-804 Braden Scale for Predicting Pressure Sore Risk (Revised 3/14/17)
This form is not to be amended, revised, or altered without approval of the Office of Health Services
Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

**Fall Risk Assessment**
FLORIDA DEPARTMENT OF CORRECTIONS    OFFICE OF HEALTH SERVICES
**MORSE FALL SCALE**

**Fall Risk Calculation**

**History of falling: immediate or within 3 months** No (0)

**Secondary diagnosis** Yes (15)

**Ambulatory aids** Bed rest/nurse assist (0)

**IV/Heparin Lock** No (0)

**Gait/Transferring**

1 of 5

**119-SANTA ROSA C.I.**                                2/18/2025
5850 East Milton Rd.
Milton, FL 32583                    Vitals,Morse Scale,Braden Scale,MH Daily Nur Eval,
Main: 8509835800 Fax: 8509835864              Date of Service: 2/24/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ████████
Facility: 211-CROSS CITY C.I.
Normal/bedrest/immobile (0)

**Mental Status**
Oriented to own ability (0)

**Total Fall Risk Score:   15**
**Risk Level No Risk**

Scoring:
0-24= No Risk, Good Basic Nursing Care
25-50= Low Risk, Implement Standard Fall Prevention Interventions
>50 = High Risk, Implement High Risk Fall Prevention Interventions
1 Morse, J.M., (2009), Preventing patient falls (2nd ed.), New York; Springer, Published, 2009

DC4-684A Morse Fall Scale (Revised 8/1/17)
This form is not to be amended, revised, or altered without          approval of the Office of Health Services
Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**
FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES

## MENTAL HEALTH NURSING EVALUATION

### SUBJECTIVE:
02/24/2024 8:00 AM **Patient Age:** 43 Years Old
**Date of Admission:**   02/21/2024
**Institution:** 211-CROSS CITY C.I.
**Current location of patient:** Isolation Management Room -IMR/ Self Harm Observation Status -SHOS
**Type of evaluation:** Evaluation every 8 hours for IMR,CSU,CMHTF
**Has the SHOS/IMR order been reviewed daily by the clinician?** Yes
**Weekend/Holidays nurse has documented the above review from the on-call clinician in EMR:** Yes

PHYSICAL ASSESSMENT
**Temp:** 98.0   F **Pulse:** 72   **Resp:** 17   **BP:** 123 **/** 85   **O2 sat:**   99   % **Last 3 Weights:**
164 02/21/2024 4:05:19 PM,
164 02/21/2024 2:15:50 PM,
164 02/15/2024 2:38:34 PM
SHOS: As ordered by clinician
MORSE FALL SCALE ASSESSMENT DC4-684A Completed
On Admission on all CSU, CMHTF, & TCU patients
**Previous Score with Date:**
15 (02/23/2024 8:00:00 AM)
**Risk Level**
No Risk
**Inmate has ADA OR non-ADA disabilities/impairments--e.g. doesn't understand English** No:

FDC 000768

**119-SANTA ROSA C.I.**                                             2/18/2025
5850 East Milton Rd.
Milton, FL 32583                        Vitals,Morse Scale,Braden Scale,MH Daily Nur Eval,
Main: 8509835800 Fax: 8509835864                  Date of Service: 2/24/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 211-CROSS CITY C.I.
Day Shift to list inmate impairments and/or disabilities:

## SUBJECTIVE:
**Medical/Dental Complaints?:** No

## OBJECTIVE:
**Hygiene-Showers** Nights
NA for this shift
**See DC4-716A flow sheet if checked
**Diet or Meal Tray** Nights-Breakfast
Accepted meal tray

**Sleep: Number of hours patient slept    6
Nights 2400-0800**

**Skin Integrity:**
For alterations in skin integrity complete the appropriate Nursing Protocol and if skin damage is
associated with an injury complete Diagram of Injury, DC4-708.    Additional notes may be documented
on form DC4-642F or DC4-714A.    If specific skin problem not noted, select NA.
       N/A
Weekly DC4-804 Braden Scale for Predicting Pressure Sore Risk completed on Day Shift.
**Last Score with date:** 22 (02/23/2024 8:00:00 AM)
**Today's score:** 22
N/A
**AIMS: Completed by clinician:** NA
**Medication Side Effects:**    No
**Is Clinician aware of side effects?** Yes
**Appearance:**
Somewhat disheveled
**Current Behavior (Check all that apply):**
Restless

**Orientation:**
Person    Place
Time
Situation
**Memory:**
Intact

**Eye Contact:**
Good
**Speech:**
Normal

**Mood:**
Depressed

**Affect:**

3 of 5

**119-SANTA ROSA C.I.**                                    2/18/2025
5850 East Milton Rd.
Milton, FL 32583                        Vitals,Morse Scale,Braden Scale,MH Daily Nur Eval,
Main: 8509835800 Fax: 8509835864                        Date of Service: 2/24/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████████
Facility: 211-CROSS CITY C.I.
Blunted

**Thought Process:**
Well Organized
Coherent

**Perception:**
**Is patient hearing voices or conversations which others cannot hear?** No
**Is patient seeing visions of anything which others cannot see?** No
**Thought Content:**
**Is patient experiencing delusions e.g., believes s/he is being poisoned, can read minds, etc.?** No
**Does patient have non-suicidal self-injury ideas or threats?** No
**Does patient have suicidal ideas or threats?** No
**Does patient have homicidal threats or plan?** Yes

## DAILY ASSESSMENTS AND PLANS
1. List & describe noted problems and plans each shift
2. Day shift to list all current CSU and CMHTF inmate problems by ISP number every 7 days.
3. Day shift to list all current TCU inmate problems by ISP number every 28 days.

**Last ISP assessment on:**
02/28/2023
**Current Problems:**
Urinary tract infection (UTI) (ICD-599.0) (ICD10-N39.0)
Blood in urine (ICD-599.70) (ICD10-R31.9)
General health examination (ICD-V70.9) (ICD10-Z00.00)
Abnormal labs (ICD-790.99) (ICD10-R89.9)
Knee pain (ICD-719.46) (ICD10-M25.569)
Back pain (ICD-724.5) (ICD10-M54.9)
Other abnormal findings in urine (ICD10-R82.998)
Screening for vision (ICD-V80.2) (ICD10-Z13.89)
Wart (ICD-078.10) (ICD10-B07.9)
Headache, unspecified (ICD10-R51.9)
MH Problem: Impulsiveness (ICD-126) (ICD10-F99)
MH Problem: Pathological Behaviors Not Listed Elsewhere (ICD-135) (ICD10-F99)
MH Problem: Limited Social/Environmental Stimulation (ICD-507) (ICD10-F99)
MH Problem: Discharge Planning and Readiness Skills (ICD-308) (ICD10-F99)

DC4-673B Mental Health Nursing Evaluation (Revised 10/31/23)
This form is not to be amended, revised, or altered without          approval of the Deputy Director of
Health Services Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

**Vital Signs:**

4 of 5

**119-SANTA ROSA C.I.**                                        2/18/2025
5850 East Milton Rd.
Milton, FL 32583                         Vitals,Morse Scale,Braden Scale,MH Daily Nur Eval,
Main: 8509835800 Fax: 8509835864                    Date of Service: 2/24/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ████████
Facility: 211-CROSS CITY C.I.

**Temp:** 98.0 F**, Pulse:** 72**, Resp:** 17**, BP:** 123**/**85**, O2 sat:** 99%**, Height:** 71 (inches)

**Disclaimer: All EMR timestamps are Eastern Time Zone**

Signed By: Smith, RN, Registered Nurse, Centurion, Melisa at 2/24/2024 9:54:54 AM

5 of 5

**119-SANTA ROSA C.I.**                                           2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                          Vitals,MH Daily Nur Eval,
Main: 8509835800 Fax: 8509835864                      Date of Service: 2/24/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 211-CROSS CITY C.I.
FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES

## MENTAL HEALTH NURSING EVALUATION

### SUBJECTIVE:

02/24/2024 12:21 AM **Patient Age:** 43 Years Old
**Date of Admission:**   02/21/2024
**Institution:** 211-CROSS CITY C.I.
**Current location of patient:** Isolation Management Room -IMR/ Self Harm Observation Status -SHOS
**Type of evaluation:** Evaluation every 8 hours for IMR,CSU,CMHTF
**Has the SHOS/IMR order been reviewed daily by the clinician?** N/A
**Weekend/Holidays nurse has documented the above review from the on-call clinician in EMR:** N/A


PHYSICAL ASSESSMENT
**Temp:** 98.6   F **Pulse:** 71   **Resp:**  18   **BP:**  124 **/** 88   **O2 sat:**    99   % **Last 3 Weights:**
164 02/21/2024 4:05:19 PM,
164 02/21/2024 2:15:50 PM,
164 02/15/2024 2:38:34 PM
SHOS: As ordered by clinician
MORSE FALL SCALE ASSESSMENT DC4-684A Completed
On Admission on all CSU, CMHTF, & TCU patients
**Previous Score with Date:**
15 (02/23/2024 8:00:00 AM)
**Risk Level**
No Risk
**Inmate has ADA OR non-ADA disabilities/impairments--e.g. doesn't understand English** No:
Day Shift to list inmate impairments and/or disabilities:
### SUBJECTIVE:
**Medical/Dental Complaints?:** No

### OBJECTIVE:
**Hygiene-Showers** Nights
NA for this shift
**See DC4-716A flow sheet if checked
**Diet or Meal Tray** Nights-Breakfast
Accepted meal tray

**Sleep: Number of hours patient slept   6-7**
**Nights 2400-0800**

**Skin Integrity:**
For alterations in skin integrity complete the appropriate Nursing Protocol and if skin damage is
associated with an injury complete Diagram of Injury, DC4-708.     Additional notes may be documented
on form DC4-642F or DC4-714A.   If specific skin problem not noted, select NA.
   N/A
Weekly DC4-804 Braden Scale for Predicting Pressure Sore Risk completed on Day Shift.

1 of 3

**119-SANTA ROSA C.I.**                                              2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                      Vitals,MH Daily Nur Eval,
Main: 8509835800 Fax: 8509835864              Date of Service: 2/24/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ▊▊▊▊▊▊
Facility: 211-CROSS CITY C.I.
**Last Score with date:** 22 (02/23/2024 8:00:00 AM)
**Today's score:** 22
**AIMS: Completed by clinician:** NA
**Medication Side Effects:**   N/A
**Is Clinician aware of side effects?** N/A
**Appearance:**
Sleeping

**Current Behavior (Check all that apply):**
Sleeping

**Orientation:**
Sleeping

**Memory:**
Sleeping

**Eye Contact:**
Sleeping

**Speech:**
Sleeping

**Mood:**
Sleeping

**Affect:**
Sleeping

**Thought Process:**
Sleeping

**Perception:**
Sleeping
**Thought Content:**
Sleeping
**Is patient experiencing delusions e.g., believes s/he is being poisoned, can read minds, etc.?** No
**Does patient have non-suicidal self-injury ideas or threats?** No
**Does patient have suicidal ideas or threats?** No
**Does patient have homicidal threats or plan?** No

## DAILY ASSESSMENTS AND PLANS
1. List & describe noted problems and plans each shift
2. Day shift to list all current CSU and CMHTF inmate problems by ISP number every 7 days.
3. Day shift to list all current TCU inmate problems by ISP number every 28 days.

**Last ISP assessment on:**
02/28/2023

2 of 3

FDC 000773

**119-SANTA ROSA C.I.**                                              2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                    Vitals,MH Daily Nur Eval,
Main: 8509835800 Fax: 8509835864                    Date of Service: 2/24/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 211-CROSS CITY C.I.
**Current Problems:**
Urinary tract infection (UTI) (ICD-599.0) (ICD10-N39.0)
Blood in urine (ICD-599.70) (ICD10-R31.9)
General health examination (ICD-V70.9) (ICD10-Z00.00)
Abnormal labs (ICD-790.99) (ICD10-R89.9)
Knee pain (ICD-719.46) (ICD10-M25.569)
Back pain (ICD-724.5) (ICD10-M54.9)
Other abnormal findings in urine (ICD10-R82.998)
Screening for vision (ICD-V80.2) (ICD10-Z13.89)
Wart (ICD-078.10) (ICD10-B07.9)
Headache, unspecified (ICD10-R51.9)
MH Problem: Impulsiveness (ICD-126) (ICD10-F99)
MH Problem: Pathological Behaviors Not Listed Elsewhere (ICD-135) (ICD10-F99)
MH Problem: Limited Social/Environmental Stimulation (ICD-507) (ICD10-F99)
MH Problem: Discharge Planning and Readiness Skills (ICD-308) (ICD10-F99)

**Additional Nursing Notes:** Inmate is resting with eyes closed, repsirations even and unlabored. No
complaints or concerns verbalized at this time. Will continue to follow providers orders.
DC4-673B Mental Health Nursing Evaluation (Revised 10/31/23)
This form is not to be amended, revised, or altered without        approval of the Deputy Director of
Health Services Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

## Vital Signs:

**Temp:** 98.6 F, **Pulse:** 71, **Resp:** 18, **BP:** 124/88, **O2 sat:** 99%, **Height:** 71 (inches)
**Is the inmate currently using oxygen?** No

**Disclaimer: All EMR timestamps are Eastern Time Zone**

Signed By: Washington, LPN, Licensed Practical Nurse, Centurion, Aqura at 2/24/2024
1:05:49 AM

3 of 3

**119-SANTA ROSA C.I.**                                                                 2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                          Inf Progress Rec,MH Daily Nur Eval,
Main: 8509835800 Fax: 8509835864                          Date of Service: 2/23/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ▮▮▮▮▮▮▮
Facility: 211-CROSS CITY C.I.
FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES

## MENTAL HEALTH NURSING EVALUATION

### SUBJECTIVE:

02/23/2024 4:00 PM **Patient Age:** 43 Years Old
**Date of Admission:**   02/21/2024
**Institution:** 211-CROSS CITY C.I.
**Current location of patient:** Isolation Management Room -IMR/ Self Harm Observation Status -SHOS
**Type of evaluation:** Evaluation every 8 hours for IMR,CSU,CMHTF
**Has the SHOS/IMR order been reviewed daily by the clinician?** Yes
**Weekend/Holidays nurse has documented the above review from the on-call clinician in EMR:** Yes


PHYSICAL ASSESSMENT
F % **Last 3 Weights:**
164 02/21/2024 4:05:19 PM,
164 02/21/2024 2:15:50 PM,
164 02/15/2024 2:38:34 PM
SHOS: As ordered by clinician
MORSE FALL SCALE ASSESSMENT DC4-684A Completed
On Admission on all CSU, CMHTF, & TCU patients
**Previous Score with Date:**
15 (02/23/2024 8:00:00 AM)
**Risk Level**
No Risk
**Inmate has ADA OR non-ADA disabilities/impairments--e.g. doesn't understand English** No:
Day Shift to list inmate impairments and/or disabilities:
### SUBJECTIVE:
**Medical/Dental Complaints?:** No

### OBJECTIVE:
**Hygiene-Showers** Days
NA for this shift
**See DC4-716A flow sheet if checked
**Diet or Meal Tray** Days-Lunch
Accepted meal tray

**Sleep: Number of hours patient slept    0**
**Days 0800-1600**

**Skin Integrity:**
For alterations in skin integrity complete the appropriate Nursing Protocol and if skin damage is
associated with an injury complete Diagram of Injury, DC4-708.     Additional notes may be documented
on form DC4-642F or DC4-714A.    If specific skin problem not noted, select NA.
   N/A
Weekly DC4-804 Braden Scale for Predicting Pressure Sore Risk completed on Day Shift.

1 of 4

**119-SANTA ROSA C.I.**
5850 East Milton Rd.
Milton, FL 32583
Main: 8509835800 Fax: 8509835864

2/18/2025

Inf Progress Rec,MH Daily Nur Eval,
Date of Service: 2/23/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ██████████
Facility: 211-CROSS CITY C.I.
**Last Score with date:** 22 (02/23/2024 8:00:00 AM)
**Today's score:** 22
N/A
**AIMS: Completed by clinician:** NA
**Medication Side Effects:**   No
**Is Clinician aware of side effects?** Yes
**Appearance:**
Somewhat disheveled
**Current Behavior (Check all that apply):**
Cooperative

**Orientation:**
Person    Place
Time
Situation
**Memory:**
Intact

**Eye Contact:**
Good
**Speech:**
Normal
Rambling

**Mood:**
Depressed

**Affect:**
Broad

**Thought Process:**
Well Organized
Coherent

**Perception:**
**Is patient hearing voices or conversations which others cannot hear?** No
**Is patient seeing visions of anything which others cannot see?** No
**Thought Content:**
**Is patient experiencing delusions e.g., believes s/he is being poisoned, can read minds, etc.?** No
**Does patient have non-suicidal self-injury ideas or threats?** No
**Does patient have suicidal ideas or threats?** No
**Does patient have homicidal threats or plan?** Yes

## DAILY ASSESSMENTS AND PLANS
1. List & describe noted problems and plans each shift
2. Day shift to list all current CSU and CMHTF inmate problems by ISP number every 7 days.
3. Day shift to list all current TCU inmate problems by ISP number every 28 days.

2 of 4

**119-SANTA ROSA C.I.**                                                  2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                    Inf Progress Rec,MH Daily Nur Eval,
Main: 8509835800 Fax: 8509835864                          Date of Service: 2/23/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 211-CROSS CITY C.I.
**Last ISP assessment on:**
02/28/2023
**Current Problems:**
Urinary tract infection (UTI) (ICD-599.0) (ICD10-N39.0)
Blood in urine (ICD-599.70) (ICD10-R31.9)
General health examination (ICD-V70.9) (ICD10-Z00.00)
Abnormal labs (ICD-790.99) (ICD10-R89.9)
Knee pain (ICD-719.46) (ICD10-M25.569)
Back pain (ICD-724.5) (ICD10-M54.9)
Other abnormal findings in urine (ICD10-R82.998)
Screening for vision (ICD-V80.2) (ICD10-Z13.89)
Wart (ICD-078.10) (ICD10-B07.9)
Headache, unspecified (ICD10-R51.9)
MH Problem: Impulsiveness (ICD-126) (ICD10-F99)
MH Problem: Pathological Behaviors Not Listed Elsewhere (ICD-135) (ICD10-F99)
MH Problem: Limited Social/Environmental Stimulation (ICD-507) (ICD10-F99)
MH Problem: Discharge Planning and Readiness Skills (ICD-308) (ICD10-F99)

DC4-673B Mental Health Nursing Evaluation (Revised 10/31/23)
This form is not to be amended, revised, or altered without        approval of the Deputy Director of
Health Services Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**
FLORIDA DEPARTMENT OF CORRECTIONS    OFFICE OF HEALTH SERVICES
**INFIRMARY PROGRESS RECORD**

**Institution:**
211-CROSS CITY C.I.

**Date:** 02/23/2024   **Time:** 1600   **Discipline:** N=Nursing

**Comments:**
IMP transferred from A Dorm SHOS to SHOS cell in fronts of the Infirmary via ambulation by security.

DC4-714A Infirmary Progress Record    (Revised 07/19/17)
This form is not to be amended, revised, or altered without        approval of the Office of Health Services
Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

3 of 4

**119-SANTA ROSA C.I.**                                          2/18/2025
5850 East Milton Rd.
Milton, FL 32583                          Inf Progress Rec,MH Daily Nur Eval,
Main: 8509835800 Fax: 8509835864                    Date of Service: 2/23/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 211-CROSS CITY C.I.


Signed By: Smith, RN, Registered Nurse, Centurion, Melisa at 2/23/2024 4:18:29 PM

FDC 000778

**119-SANTA ROSA C.I.**                                    2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                    Inf Progress Rec,
Main: 8509835800 Fax: 8509835864          Date of Service: 2/23/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 211-CROSS CITY C.I.
FLORIDA DEPARTMENT OF CORRECTIONS     OFFICE OF HEALTH SERVICES
**INFIRMARY PROGRESS RECORD**

**Institution:**
211-CROSS CITY C.I.

SHOS Status;   Order Date: 02/21/2024;   Comments: .
**Date:** 02/23/2024   **Time:** 2:06 PM   **Discipline:** M= MD/CA/ARNP

Vital signs reviewed

**Comments:**
S) Patient currently in SHOS at this time. Reports feeling "a little" depressed,but "more homocidal".
Denies any medical concerns at   this time.
O) GENERAL:   Alert and Oriented.
    HEENT: PERRL EOMI
    HEAD/NECK: Normocepalic, neck supple
    CV/Lungs: No visible respiratory or cardiac distress on inspection
A) SHOS
P) Reviewed case with MHP, in agreement to continue SHOS at this time.

DC4-714A Infirmary Progress Record   (Revised 07/19/17)
This form is not to be amended, revised, or altered without        approval of the Office of Health Services
Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

Signed By: Roebuck-Waters, APRN, Medical Provider, Centurion, Melissa at 2/23/2024
2:08:59 PM

1 of 1

**119-SANTA ROSA C.I.**                                          2/18/2025
5850 East Milton Rd.
Milton, FL 32583                             Weekend Infirmary Rounds,
Main: 8509835800 Fax: 8509835864             Date of Service: 2/22/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ████████
Facility: 211-CROSS CITY C.I.
FLORIDA DEPARTMENT OF CORRECTIONS    OFFICE OF HEALTH SERVICES
**INFIRMARY PROGRESS RECORD**

**Institution:**  211-CROSS CITY C.I.

**Date:** 02/22/2024  **Time:** 1100  **Discipline:** N=Nursing

**Comments:**    Weekend rounding completed via telephone with Dwares.    No new orders given.

DC4-714A Infirmary Progress Record    (Revised 07/19/17)
This form is not to be amended, revised, or altered without          approval of the Office of Health Services
Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

Signed By: Smith, RN, Registered Nurse, Centurion, Melisa at 2/23/2024 7:56:54 AM

1 of 1

**119-SANTA ROSA C.I.**                                    2/18/2025
5850 East Milton Rd.
Milton, FL 32583                     Vitals,Morse Scale,Braden Scale,MH Daily Nur Eval,
Main: 8509835800 Fax: 8509835864              Date of Service: 2/23/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████████
Facility: 211-CROSS CITY C.I.

FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES
**BRADEN SCALE FOR PREDICTING PRESSURE SORE RISK**

**Sensory Perception - Ability to respond meaningfully to pressure-related discomfort:**
4-No Impairment

**Moisture - degree to which skin is exposed to moisture:**        4-Rarely Moist

**Activity - degree of physical activity:**        4-Walks Frequently

**Mobility - ability to change and control body position:**        4-No Limitation

**Nutrition - usual food intake pattern:**        3-Adequate

**Friction and Shear:**        3-No Apparent Problem

**Total Score:** 22        **Risk Level:** No further action required

DC4-804 Braden Scale for Predicting Pressure Sore Risk (Revised 3/14/17)
This form is not to be amended, revised, or altered without approval of the Office of Health Services
Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

**Fall Risk Assessment**
FLORIDA DEPARTMENT OF CORRECTIONS    OFFICE OF HEALTH SERVICES
**MORSE FALL SCALE**

**Fall Risk Calculation**

**History of falling: immediate or within 3 months** No (0)

**Secondary diagnosis** Yes (15)

**Ambulatory aids** Bed rest/nurse assist (0)

**IV/Heparin Lock** No (0)

**Gait/Transferring**

1 of 5

**119-SANTA ROSA C.I.**                                                      2/18/2025
5850 East Milton Rd.
Milton, FL 32583                        Vitals,Morse Scale,Braden Scale,MH Daily Nur Eval,
Main: 8509835800 Fax: 8509835864                    Date of Service: 2/23/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ▇▇▇▇▇▇
Facility: 211-CROSS CITY C.I.
Normal/bedrest/immobile (0)

**Mental Status**
Oriented to own ability (0)

**Total Fall Risk Score:   15**
**Risk Level No Risk**

Scoring:
0-24= No Risk, Good Basic Nursing Care
25-50= Low Risk, Implement Standard Fall Prevention Interventions
>50 = High Risk, Implement High Risk Fall Prevention Interventions
1 Morse, J.M., (2009), Preventing patient falls (2nd ed.), New York; Springer, Published, 2009

DC4-684A Morse Fall Scale (Revised 8/1/17)
This form is not to be amended, revised, or altered without        approval of the Office of Health Services
Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**
FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES

## MENTAL HEALTH NURSING EVALUATION

### SUBJECTIVE:
02/23/2024 8:00 AM **Patient Age:** 43 Years Old
**Date of Admission:**   02/21/2024
**Institution:** 211-CROSS CITY C.I.
**Current location of patient:** Isolation Management Room -IMR/ Self Harm Observation Status -SHOS
**Type of evaluation:** Evaluation every 8 hours for IMR,CSU,CMHTF
**Has the SHOS/IMR order been reviewed daily by the clinician?** Yes
**Weekend/Holidays nurse has documented the above review from the on-call clinician in EMR:** Yes

PHYSICAL ASSESSMENT
**Temp:** 98.0    F **Pulse:** 70   **Resp:**  18   **BP:**  128 **/** 93   **O2 sat:**    100    % **Last 3 Weights:**
164 02/21/2024 4:05:19 PM,
164 02/21/2024 2:15:50 PM,
164 02/15/2024 2:38:34 PM
SHOS: As ordered by clinician
MORSE FALL SCALE ASSESSMENT DC4-684A Completed
On Admission on all CSU, CMHTF, & TCU patients
**Previous Score with Date:**
15 (02/22/2024 8:11:13 AM)
**Risk Level**
No Risk
**Inmate has ADA OR non-ADA disabilities/impairments--e.g. doesn't understand English** No:

FDC 000782

**119-SANTA ROSA C.I.**                                        2/18/2025
5850 East Milton Rd.
Milton, FL 32583                    Vitals,Morse Scale,Braden Scale,MH Daily Nur Eval,
Main: 8509835800 Fax: 8509835864                    Date of Service: 2/23/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 211-CROSS CITY C.I.
Day Shift to list inmate impairments and/or disabilities:

## SUBJECTIVE:
**Medical/Dental Complaints?:** No

## OBJECTIVE:
**Hygiene-Showers** Nights
NA for this shift
**See DC4-716A flow sheet if checked
**Diet or Meal Tray** Nights-Breakfast
Accepted meal tray

**Sleep: Number of hours patient slept    8
Nights 2400-0800**

**Skin Integrity:**
For alterations in skin integrity complete the appropriate Nursing Protocol and if skin damage is
associated with an injury complete Diagram of Injury, DC4-708.      Additional notes may be documented
on form DC4-642F or DC4-714A.    If specific skin problem not noted, select NA.
    N/A
Weekly DC4-804 Braden Scale for Predicting Pressure Sore Risk completed on Day Shift.
**Last Score with date:** 23 (02/22/2024 8:11:13 AM)
**Today's score:** 22
N/A
**AIMS: Completed by clinician:** NA
**Medication Side Effects:**   No
**Is Clinician aware of side effects?** Yes
**Appearance:**
Somewhat disheveled
**Current Behavior (Check all that apply):**
Cooperative

**Orientation:**
Person    Place
Time
Situation
**Memory:**
Intact

**Eye Contact:**
Good
**Speech:**
Normal
Rambling

**Mood:**
Empty

3 of 5

**119-SANTA ROSA C.I.**                                                2/18/2025
5850 East Milton Rd.
Milton, FL 32583                          Vitals,Morse Scale,Braden Scale,MH Daily Nur Eval,
Main: 8509835800 Fax: 8509835864                    Date of Service: 2/23/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ▓▓▓▓▓▓▓
Facility: 211-CROSS CITY C.I.
**Affect:**
Blunted

**Thought Process:**
Well Organized
Coherent

**Perception:**
**Is patient hearing voices or conversations which others cannot hear?** No
**Is patient seeing visions of anything which others cannot see?** No
**Thought Content:**
**Is patient experiencing delusions e.g., believes s/he is being poisoned, can read minds, etc.?** No
**Does patient have non-suicidal self-injury ideas or threats?** No
**Does patient have suicidal ideas or threats?** No
**Does patient have homicidal threats or plan?** Yes
**Describe:** "I just want to kill someone"

## DAILY ASSESSMENTS AND PLANS
1. List & describe noted problems and plans each shift
2. Day shift to list all current CSU and CMHTF inmate problems by ISP number every 7 days.
3. Day shift to list all current TCU inmate problems by ISP number every 28 days.

**Last ISP assessment on:**
02/28/2023
**Current Problems:**
Urinary tract infection (UTI) (ICD-599.0) (ICD10-N39.0)
Blood in urine (ICD-599.70) (ICD10-R31.9)
General health examination (ICD-V70.9) (ICD10-Z00.00)
Abnormal labs (ICD-790.99) (ICD10-R89.9)
Knee pain (ICD-719.46) (ICD10-M25.569)
Back pain (ICD-724.5) (ICD10-M54.9)
Other abnormal findings in urine (ICD10-R82.998)
Screening for vision (ICD-V80.2) (ICD10-Z13.89)
Wart (ICD-078.10) (ICD10-B07.9)
Headache, unspecified (ICD10-R51.9)
MH Problem: Impulsiveness (ICD-126) (ICD10-F99)
MH Problem: Pathological Behaviors Not Listed Elsewhere (ICD-135) (ICD10-F99)
MH Problem: Limited Social/Environmental Stimulation (ICD-507) (ICD10-F99)
MH Problem: Discharge Planning and Readiness Skills (ICD-308) (ICD10-F99)

**Additional Nursing Notes:** C/O stomach ache, medicated with 2 (two) alkalac pills.    Will continue to monitor.
DC4-673B Mental Health Nursing Evaluation (Revised 10/31/23)
This form is not to be amended, revised, or altered without        approval of the Deputy Director of Health Services Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

4 of 5

**119-SANTA ROSA C.I.**                                                                              2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                        Vitals,Morse Scale,Braden Scale,MH Daily Nur Eval,
Main: 8509835800 Fax: 8509835864                                              Date of Service: 2/23/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: █████████
Facility: 211-CROSS CITY C.I.

**Vital Signs:**

**Temp:** 98.0 F**, Pulse:** 70**, Resp:** 18**, BP:** 128/93**, O2 sat:** 100%**, Height:** 71 (inches)

**Disclaimer: All EMR timestamps are Eastern Time Zone**

Signed By: Smith, RN, Registered Nurse, Centurion, Melisa at 2/23/2024 11:13:18 AM

5 of 5

**119-SANTA ROSA C.I.**                                    2/18/2025
5850 East Milton Rd.
Milton, FL 32583                              Vitals,MH Daily Nur Eval,
Main: 8509835800 Fax: 8509835864             Date of Service: 2/23/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ▮▮▮▮▮▮▮
Facility: 211-CROSS CITY C.I.
FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES

## MENTAL HEALTH NURSING EVALUATION

### SUBJECTIVE:

02/23/2024 12:18 AM **Patient Age:** 43 Years Old
**Date of Admission:**   02/21/2024
**Institution:** 211-CROSS CITY C.I.
**Current location of patient:** Isolation Management Room -IMR/ Self Harm Observation Status -SHOS
**Type of evaluation:** Evaluation every 8 hours for IMR,CSU,CMHTF
**Has the SHOS/IMR order been reviewed daily by the clinician?** N/A
**Weekend/Holidays nurse has documented the above review from the on-call clinician in EMR:** N/A


PHYSICAL ASSESSMENT
**Temp:**  97.8   F **Pulse:**  77   **Resp:**  17   **BP:**  150 **/** 79   **O2 sat:**    99   % **Last 3 Weights:**
164 02/21/2024 4:05:19 PM,
164 02/21/2024 2:15:50 PM,
164 02/15/2024 2:38:34 PM
SHOS: As ordered by clinician
MORSE FALL SCALE ASSESSMENT DC4-684A Completed
On Admission on all CSU, CMHTF, & TCU patients
**Previous Score with Date:**
15 (02/22/2024 8:11:13 AM)
**Risk Level**
No Risk
**Inmate has ADA OR non-ADA disabilities/impairments--e.g. doesn't understand English** No:
Day Shift to list inmate impairments and/or disabilities:
### SUBJECTIVE:
**Patient's general comments/complaints:** Inmate stated "I'm ok, I was not feeling good earlier". Inmate
had no other concerns or complaints at this time.
**Medical/Dental Complaints?:** No


### OBJECTIVE:
**Hygiene-Showers** Nights
NA for this shift
**See DC4-716A flow sheet if checked
**Diet or Meal Tray** Nights-Breakfast
Accepted meal tray

**Sleep: Number of hours patient slept    6-7
Nights 2400-0800**

**Skin Integrity:**
For alterations in skin integrity complete the appropriate Nursing Protocol and if skin damage is
associated with an injury complete Diagram of Injury, DC4-708.     Additional notes may be documented
on form DC4-642F or DC4-714A.    If specific skin problem not noted, select NA.

1 of 3

**119-SANTA ROSA C.I.**                                    2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                    Vitals,MH Daily Nur Eval,
Main: 8509835800 Fax: 8509835864              Date of Service: 2/23/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ▮▮▮▮▮▮▮
Facility: 211-CROSS CITY C.I.
        N/A
Weekly DC4-804 Braden Scale for Predicting Pressure Sore Risk completed on Day Shift.
**Last Score with date:** 23 (02/22/2024 8:11:13 AM)
**Today's score:** 23
**AIMS: Completed by clinician:** NA
**Medication Side Effects:**   N/A
**Is Clinician aware of side effects?** N/A
**Appearance:**
Well Groomed

**Current Behavior (Check all that apply):**
Cooperative

**Orientation:**
Person    Place
Time
Situation
**Memory:**
Intact

**Eye Contact:**
Good
**Speech:**
Loud
Normal

**Mood:**
Anxious

**Affect:**
Blunted
Normal

**Thought Process:**
Well Organized

**Perception:**
**Is patient hearing voices or conversations which others cannot hear?** No
**Is patient seeing visions of anything which others cannot see?** No
**Thought Content:**
**Is patient experiencing delusions e.g., believes s/he is being poisoned, can read minds, etc.?** No
**Does patient have non-suicidal self-injury ideas or threats?** No
**Does patient have suicidal ideas or threats?** No
**Does patient have homicidal threats or plan?** No

## DAILY ASSESSMENTS AND PLANS
1. List & describe noted problems and plans each shift
2. Day shift to list all current CSU and CMHTF inmate problems by ISP number every 7 days.

2 of 3

**119-SANTA ROSA C.I.**                                      2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                  Vitals,MH Daily Nur Eval,
Main: 8509835800 Fax: 8509835864              Date of Service: 2/23/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 211-CROSS CITY C.I.
3. Day shift to list all current TCU inmate problems by ISP number every 28 days.

**Last ISP assessment on:**
02/28/2023
**Current Problems:**
Urinary tract infection (UTI) (ICD-599.0) (ICD10-N39.0)
Blood in urine (ICD-599.70) (ICD10-R31.9)
General health examination (ICD-V70.9) (ICD10-Z00.00)
Abnormal labs (ICD-790.99) (ICD10-R89.9)
Knee pain (ICD-719.46) (ICD10-M25.569)
Back pain (ICD-724.5) (ICD10-M54.9)
Other abnormal findings in urine (ICD10-R82.998)
Screening for vision (ICD-V80.2) (ICD10-Z13.89)
Wart (ICD-078.10) (ICD10-B07.9)
Headache, unspecified (ICD10-R51.9)
MH Problem: Impulsiveness (ICD-126) (ICD10-F99)
MH Problem: Pathological Behaviors Not Listed Elsewhere (ICD-135) (ICD10-F99)
MH Problem: Limited Social/Environmental Stimulation (ICD-507) (ICD10-F99)
MH Problem: Discharge Planning and Readiness Skills (ICD-308) (ICD10-F99)

DC4-673B Mental Health Nursing Evaluation (Revised 10/31/23)
This form is not to be amended, revised, or altered without        approval of the Deputy Director of
Health Services Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

**Vital Signs:**

**Temp:** 97.8 F**, Pulse:** 77**, Resp:** 17**, BP:** 150**/**79**, O2 sat:** 99%**, Height:** 71 (inches)
**Is the inmate currently using oxygen?** No

**Disclaimer: All EMR timestamps are Eastern Time Zone**

Signed By: Washington, LPN, Licensed Practical Nurse, Centurion, Aqura at 2/23/2024
12:24:13 AM

**119-SANTA ROSA C.I.**                                      2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                    MH :Inmate Request
Main: 8509835800 Fax: 8509835864              Date of Service: 2/22/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████████
Facility: 211-CROSS CITY C.I.

FLORIDA DEPARTMENT OF CORRECTIONS    OFFICE OF HEALTH SERVICES
**INMATE REQUEST**

**To:** Mental Health
**Category:** MH Outpatient

I am stressed, depressed and lost. I need meds to control myself. Im bout to lose it. Help I need meds
All requests will be handled in one of the following ways:1)    Written Information or    2) Personal
Interview. All informal grievances will be responded to in writing
**Date received:**    02/15/2024
You will be scheduled to see mental health to address your concerns

**Date Returned to Inmate:** 02/22/2024 **Answered By:** Anderson; MHP; Centurion, Laura

DC6-236 (Effective 12/14)
This form is not to be amended, revised, or altered without approval of the Office of Health Services
Administration.

Incorporated by Reference in Rule 33-103.005, F.A.C.

Signed By: Anderson, MHP, Centurion, Laura at 2/22/2024 12:08:15 PM

FDC 000789

**119-SANTA ROSA C.I.**                          2/18/2025
5850 East Milton Rd.
Milton, FL 32583                    Vitals,MH Daily Nur Eval,
Main: 8509835800 Fax: 8509835864       Date of Service: 2/22/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 211-CROSS CITY C.I.
FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES

## MENTAL HEALTH NURSING EVALUATION

### SUBJECTIVE:
02/22/2024 4:10 PM **Patient Age:** 43 Years Old
**Date of Admission:**   02/21/2024
**Institution:** 211-CROSS CITY C.I.
**Current location of patient:** Isolation Management Room -IMR/ Self Harm Observation Status -SHOS
**Type of evaluation:** Evaluation every 8 hours for IMR,CSU,CMHTF
**Has the SHOS/IMR order been reviewed daily by the clinician?** N/A
**Weekend/Holidays nurse has documented the above review from the on-call clinician in EMR:** N/A

PHYSICAL ASSESSMENT
**Temp:** 98.1   F **Pulse:** 71   **Resp:** 18   **BP:** 138 / 87   **O2 sat:**   100   % **Last 3 Weights:**
164 02/21/2024 4:05:19 PM,
164 02/21/2024 2:15:50 PM,
164 02/15/2024 2:38:34 PM
SHOS: As ordered by clinician
MORSE FALL SCALE ASSESSMENT DC4-684A Completed
On Admission on all CSU, CMHTF, & TCU patients
**Previous Score with Date:**
15 (02/22/2024 8:11:13 AM)
**Risk Level**
No Risk
**Inmate has ADA OR non-ADA disabilities/impairments--e.g. doesn't understand English** No:
Day Shift to list inmate impairments and/or disabilities:
### SUBJECTIVE:
**Medical/Dental Complaints?:** No

### OBJECTIVE:
**Hygiene-Showers** Days
Self
**See DC4-716A flow sheet if checked
**Diet or Meal Tray** Days-Lunch
Accepted meal tray

**Sleep: Number of hours patient slept    0**
**Days 0800-1600**

**Skin Integrity:**
For alterations in skin integrity complete the appropriate Nursing Protocol and if skin damage is
associated with an injury complete Diagram of Injury, DC4-708.     Additional notes may be documented
on form DC4-642F or DC4-714A.   If specific skin problem not noted, select NA.
   N/A
Weekly DC4-804 Braden Scale for Predicting Pressure Sore Risk completed on Day Shift.

1 of 3

**119-SANTA ROSA C.I.**
5850 East Milton Rd.
Milton, FL 32583
Main: 8509835800 Fax: 8509835864

2/18/2025

Vitals,MH Daily Nur Eval,
Date of Service: 2/22/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ████████
Facility: 211-CROSS CITY C.I.
**Last Score with date:** 23 (02/22/2024 8:11:13 AM)
**Today's score:** 23
N/A
**AIMS: Completed by clinician:** NA
**Medication Side Effects:**   No
**Is Clinician aware of side effects?** Yes
**Appearance:**
Somewhat disheveled
**Current Behavior (Check all that apply):**
Cooperative

**Orientation:**
Person    Place
Time
Situation
**Memory:**
Intact

**Eye Contact:**
Good
**Speech:**
Normal

**Mood:**
Depressed
Fearful

**Affect:**
Normal

**Thought Process:**
Well Organized
Coherent

**Perception:**
**Is patient hearing voices or conversations which others cannot hear?** No
**Is patient seeing visions of anything which others cannot see?** No
**Thought Content:**
**Is patient experiencing delusions e.g., believes s/he is being poisoned, can read minds, etc.?** No
**Does patient have non-suicidal self-injury ideas or threats?** Yes
**Describe:** "I want the death penalty"
**Does patient have suicidal ideas or threats?** No
**Does patient have homicidal threats or plan?** Yes
**Describe:** "I'm going to kill someone, soon"

## DAILY ASSESSMENTS AND PLANS
1. List & describe noted problems and plans each shift
2. Day shift to list all current CSU and CMHTF inmate problems by ISP number every 7 days.

2 of 3

**119-SANTA ROSA C.I.**                                    2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                  Vitals,MH Daily Nur Eval,
Main: 8509835800 Fax: 8509835864                 Date of Service: 2/22/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 211-CROSS CITY C.I.
3. Day shift to list all current TCU inmate problems by ISP number every 28 days.

**Last ISP assessment on:**
02/28/2023
**Current Problems:**
Urinary tract infection (UTI) (ICD-599.0) (ICD10-N39.0)
Blood in urine (ICD-599.70) (ICD10-R31.9)
General health examination (ICD-V70.9) (ICD10-Z00.00)
Abnormal labs (ICD-790.99) (ICD10-R89.9)
Knee pain (ICD-719.46) (ICD10-M25.569)
Back pain (ICD-724.5) (ICD10-M54.9)
Other abnormal findings in urine (ICD10-R82.998)
Screening for vision (ICD-V80.2) (ICD10-Z13.89)
Wart (ICD-078.10) (ICD10-B07.9)
Headache, unspecified (ICD10-R51.9)
MH Problem: Impulsiveness (ICD-126) (ICD10-F99)
MH Problem: Pathological Behaviors Not Listed Elsewhere (ICD-135) (ICD10-F99)
MH Problem: Limited Social/Environmental Stimulation (ICD-507) (ICD10-F99)
MH Problem: Discharge Planning and Readiness Skills (ICD-308) (ICD10-F99)

DC4-673B Mental Health Nursing Evaluation (Revised 10/31/23)
This form is not to be amended, revised, or altered without          approval of the Deputy Director of
Health Services Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

**Vital Signs:**

**Temp:** 98.1 F**, Pulse:** 71**, Resp:** 18, **BP:** 138/87, **O2 sat:** 100%**, Height:** 71 (inches)

**Disclaimer: All EMR timestamps are Eastern Time Zone**

Signed By: Smith, RN, Registered Nurse, Centurion, Melisa at 2/22/2024 3:45:26 PM

3 of 3

**119-SANTA ROSA C.I.**                                    2/18/2025
5850 East Milton Rd.
Milton, FL 32583                     Vitals,Morse Scale,Braden Scale,MH Daily Nur Eval,
Main: 8509835800 Fax: 8509835864              Date of Service: 2/22/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ▇▇▇▇▇▇▇
Facility: 211-CROSS CITY C.I.


FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES
**BRADEN SCALE FOR PREDICTING PRESSURE SORE RISK**


**Sensory Perception - Ability to respond meaningfully to pressure-related discomfort:**
4-No Impairment

**Moisture - degree to which skin is exposed to moisture:**        4-Rarely Moist

**Activity - degree of physical activity:**        4-Walks Frequently

**Mobility - ability to change and control body position:**        4-No Limitation

**Nutrition - usual food intake pattern:**        4-Excellent

**Friction and Shear:**        3-No Apparent Problem

**Total Score:** 23        **Risk Level:** No further action required

DC4-804 Braden Scale for Predicting Pressure Sore Risk (Revised 3/14/17)
This form is not to be amended, revised, or altered without approval of the Office of Health Services
Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**


**Fall Risk Assessment**
FLORIDA DEPARTMENT OF CORRECTIONS    OFFICE OF HEALTH SERVICES
**MORSE FALL SCALE**

**Fall Risk Calculation**

**History of falling: immediate or within 3 months** No (0)

**Secondary diagnosis** Yes (15)

**Ambulatory aids** Bed rest/nurse assist (0)

**IV/Heparin Lock** No (0)

**Gait/Transferring**

1 of 5

**119-SANTA ROSA C.I.**                                    2/18/2025
5850 East Milton Rd.
Milton, FL 32583                              Vitals,Morse Scale,Braden Scale,MH Daily Nur Eval,
Main: 8509835800 Fax: 8509835864                        Date of Service: 2/22/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 211-CROSS CITY C.I.
Normal/bedrest/immobile (0)

**Mental Status**
Oriented to own ability (0)

**Total Fall Risk Score:   15**
**Risk Level No Risk**

Scoring:
0-24= No Risk, Good Basic Nursing Care
25-50= Low Risk, Implement Standard Fall Prevention Interventions
>50 = High Risk, Implement High Risk Fall Prevention Interventions
1 Morse, J.M., (2009), Preventing patient falls (2nd ed.), New York; Springer, Published, 2009

DC4-684A Morse Fall Scale (Revised 8/1/17)
This form is not to be amended, revised, or altered without          approval of the Office of Health Services
Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**
FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES

## MENTAL HEALTH NURSING EVALUATION

### SUBJECTIVE:
02/22/2024 8:11 AM **Patient Age:** 43 Years Old
**Date of Admission:**   02/21/2024
**Institution:** 211-CROSS CITY C.I.
**Current location of patient:** Isolation Management Room -IMR/ Self Harm Observation Status -SHOS
**Type of evaluation:** Evaluation every 8 hours for IMR,CSU,CMHTF
**Has the SHOS/IMR order been reviewed daily by the clinician?** N/A
**Weekend/Holidays nurse has documented the above review from the on-call clinician in EMR:** N/A

PHYSICAL ASSESSMENT
**Temp:** 97.8   F **Pulse:**   78   **Resp:**   18   **BP:**   145 **/** 75   **O2 sat:**   100   % **Last 3 Weights:**
164 02/21/2024 4:05:19 PM,
164 02/21/2024 2:15:50 PM,
164 02/15/2024 2:38:34 PM
SHOS: As ordered by clinician
MORSE FALL SCALE ASSESSMENT DC4-684A Completed
On Admission on all CSU, CMHTF, & TCU patients
**Previous Score with Date:**
15 (02/21/2024 2:15:50 PM)
**Risk Level**
No Risk
**Inmate has ADA OR non-ADA disabilities/impairments--e.g. doesn't understand English** No:

FDC 000794

**119-SANTA ROSA C.I.**                                                     2/18/2025
5850 East Milton Rd.
Milton, FL 32583                              Vitals,Morse Scale,Braden Scale,MH Daily Nur Eval,
Main: 8509835800 Fax: 8509835864                          Date of Service: 2/22/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: █████████
Facility: 211-CROSS CITY C.I.
Day Shift to list inmate impairments and/or disabilities:

**SUBJECTIVE:**
**Medical/Dental Complaints?:** No

**OBJECTIVE:**
**Hygiene-Showers** Nights
NA for this shift
**See DC4-716A flow sheet if checked
**Diet or Meal Tray** Nights-Breakfast
Accepted meal tray

**Sleep: Number of hours patient slept    8**
**Nights 2400-0800**

**Skin Integrity:**
For alterations in skin integrity complete the appropriate Nursing Protocol and if skin damage is
associated with an injury complete Diagram of Injury, DC4-708.     Additional notes may be documented
on form DC4-642F or DC4-714A.    If specific skin problem not noted, select NA.
    N/A
Weekly DC4-804 Braden Scale for Predicting Pressure Sore Risk completed on Day Shift.
**Last Score with date:** 23 (02/21/2024 2:15:50 PM)
**Today's score:** 23
N/A
**AIMS: Completed by clinician:** NA
**Medication Side Effects:**    No
**Is Clinician aware of side effects?** Yes
**Appearance:**
Somewhat disheveled
**Current Behavior (Check all that apply):**
Cooperative

**Orientation:**
Person    Place
Time
Situation
**Memory:**
Intact

**Eye Contact:**
Good
**Speech:**
Normal

**Mood:**
Depressed

**Affect:**

FDC 000795

**119-SANTA ROSA C.I.**                                    2/18/2025
5850 East Milton Rd.
Milton, FL 32583                    Vitals,Morse Scale,Braden Scale,MH Daily Nur Eval,
Main: 8509835800 Fax: 8509835864                    Date of Service: 2/22/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ▬▬▬▬▬▬
Facility: 211-CROSS CITY C.I.
Normal

**Thought Process:**
Well Organized
Coherent

**Perception:**
**Is patient hearing voices or conversations which others cannot hear?** No
**Is patient seeing visions of anything which others cannot see?** No
**Thought Content:**
**Is patient experiencing delusions e.g., believes s/he is being poisoned, can read minds, etc.?** No
**Does patient have non-suicidal self-injury ideas or threats?** No
**Does patient have suicidal ideas or threats?** No
**Does patient have homicidal threats or plan?** No

## DAILY ASSESSMENTS AND PLANS
1. List & describe noted problems and plans each shift
2. Day shift to list all current CSU and CMHTF inmate problems by ISP number every 7 days.
3. Day shift to list all current TCU inmate problems by ISP number every 28 days.

**Last ISP assessment on:**
02/28/2023
**Current Problems:**
Urinary tract infection (UTI) (ICD-599.0) (ICD10-N39.0)
Blood in urine (ICD-599.70) (ICD10-R31.9)
General health examination (ICD-V70.9) (ICD10-Z00.00)
Abnormal labs (ICD-790.99) (ICD10-R89.9)
Knee pain (ICD-719.46) (ICD10-M25.569)
Back pain (ICD-724.5) (ICD10-M54.9)
Other abnormal findings in urine (ICD10-R82.998)
Screening for vision (ICD-V80.2) (ICD10-Z13.89)
Wart (ICD-078.10) (ICD10-B07.9)
Headache, unspecified (ICD10-R51.9)
MH Problem: Impulsiveness (ICD-126) (ICD10-F99)
MH Problem: Pathological Behaviors Not Listed Elsewhere (ICD-135) (ICD10-F99)
MH Problem: Limited Social/Environmental Stimulation (ICD-507) (ICD10-F99)
MH Problem: Discharge Planning and Readiness Skills (ICD-308) (ICD10-F99)

DC4-673B Mental Health Nursing Evaluation (Revised 10/31/23)
This form is not to be amended, revised, or altered without         approval of the Deputy Director of
Health Services Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

**Vital Signs:**

FDC 000796