**119-SANTA ROSA C.I.**

2/18/2025

5850 East Milton Rd.
Milton, FL 32583

Vitals,Morse Scale,Braden Scale,MH Daily Nur Eval,

Main: 8509835800 Fax: 8509835864

Date of Service: 2/22/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████████
Facility: 211-CROSS CITY C.I.

**Temp:** 97.8 F**, Pulse:** 78**, Resp:** 18**, BP:** 145**/**75**, O2 sat:** 100%**, Height:** 71 (inches)

**Disclaimer: All EMR timestamps are Eastern Time Zone**

Signed By: Smith, RN, Registered Nurse, Centurion, Melisa at 2/22/2024 10:56:37 AM

5 of 5

**119-SANTA ROSA C.I.**                                              2/18/2025
5850 East Milton Rd.
Milton, FL 32583                          Refused Nurse Inf,MH Daily Nur Eval,
Main: 8509835800 Fax: 8509835864              Date of Service: 2/22/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 211-CROSS CITY C.I.
FLORIDA DEPARTMENT OF CORRECTIONS    OFFICE OF HEALTH SERVICES
**REFUSAL OF HEALTH CARE SERVICES**


**This is to certify that I am refusing the following:**

**Medical Services**
**If Medical Services, then please describe:** vitals


I understand this refusal is against the advice of my health care providers.    I acknowledge that I have been informed of the diagnosis, if known, the nature and purposes of the proposed procedure/treatment/medication, risks and benefits of the proposed procedure/treatment/medication, alternative treatments and their risks and benefits and the consequences and danger to my health and possibly to my life that may result from my refusal of this procedure/treatment/medication.

I have been given time to ask questions about my condition and about my decision to refuse the proposed procedure/treatment/medication that my health care provider has explained to me is medically indicated and necessary.

I voluntarily assume the risks and accept the consequences of my refusal of the procedure/treatment/medication and I am releasing the Department of Corrections, all health care providers, the facility, and facility staff from any and all liability for ill effects that may result from my refusal of treatment.

**Inmate Refused to Sign**


DC4-711A    Refusal of Healthcare Services (Revised 08/01/13)
This form is not to be amended, revised, or altered without approval of the Office of Health Services Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES

## MENTAL HEALTH NURSING EVALUATION

**SUBJECTIVE:**
02/22/2024 12:01 AM **Patient Age:** 43 Years Old
**Date of Admission:**   02/21/2024
**Institution:** 211-CROSS CITY C.I.
**Current location of patient:** Isolation Management Room -IMR/ Self Harm Observation Status -SHOS
**Type of evaluation:** Evaluation every 8 hours for IMR,CSU,CMHTF
**Has the SHOS/IMR order been reviewed daily by the clinician?** N/A
**Weekend/Holidays nurse has documented the above review from the on-call clinician in EMR:** N/A

FDC 000798

**119-SANTA ROSA C.I.**
2/18/2025
5850 East Milton Rd.
Milton, FL 32583
Main: 8509835800 Fax: 8509835864

Refused Nurse Inf,MH Daily Nur Eval,
Date of Service: 2/22/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ▆▆▆▆▆▆▆
Facility: 211-CROSS CITY C.I.

PHYSICAL ASSESSMENT
F % **Last 3 Weights:**
164 02/21/2024 4:05:19 PM,
164 02/21/2024 2:15:50 PM,
164 02/15/2024 2:38:34 PM
SHOS: As ordered by clinician
MORSE FALL SCALE ASSESSMENT DC4-684A Completed
On Admission on all CSU, CMHTF, & TCU patients
**Previous Score with Date:**
15 (02/21/2024 2:15:50 PM)
**Risk Level**
No Risk
**Inmate has ADA OR non-ADA disabilities/impairments--e.g. doesn't understand English** No:
Day Shift to list inmate impairments and/or disabilities:
## SUBJECTIVE:

**Time of assessment:** 0000
**Patient's general comments/complaints:** I/M resting with eyes closed resp even and unlabored 0 s/s distress
**Medical/Dental Complaints?:** No

## OBJECTIVE:
**Hygiene-Showers** Nights
NA for this shift
**See DC4-716A flow sheet if checked
**Diet or Meal Tray** Nights-Breakfast
Accepted meal tray

**Sleep: Number of hours patient slept    6**
**Nights 2400-0800**

**Skin Integrity:**
For alterations in skin integrity complete the appropriate Nursing Protocol and if skin damage is associated with an injury complete Diagram of Injury, DC4-708.     Additional notes may be documented on form DC4-642F or DC4-714A.    If specific skin problem not noted, select NA.
    N/A
Weekly DC4-804 Braden Scale for Predicting Pressure Sore Risk completed on Day Shift.
**Last Score with date:** 23 (02/21/2024 2:15:50 PM)
**Today's score:** 23
N/A
**AIMS: Completed by clinician:** NA
**Medication Side Effects:**    N/A
**Is Clinician aware of side effects?** N/A
**Appearance:**
Sleeping

2 of 4

**119-SANTA ROSA C.I.**
5850 East Milton Rd.
Milton, FL 32583
Main: 8509835800 Fax: 8509835864

2/18/2025

Refused Nurse Inf,MH Daily Nur Eval,
Date of Service: 2/22/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ████████
Facility: 211-CROSS CITY C.I.
**Current Behavior (Check all that apply):**
Sleeping

**Orientation:**
Sleeping

**Memory:**
Sleeping

**Eye Contact:**
Sleeping

**Speech:**
Sleeping

**Mood:**
Sleeping

**Affect:**
Sleeping

**Thought Process:**
Sleeping

**Perception:**
Sleeping
**Thought Content:**
Sleeping

## DAILY ASSESSMENTS AND PLANS
1. List & describe noted problems and plans each shift
2. Day shift to list all current CSU and CMHTF inmate problems by ISP number every 7 days.
3. Day shift to list all current TCU inmate problems by ISP number every 28 days.

**Last ISP assessment on:**
02/28/2023
**Current Problems:**
Urinary tract infection (UTI) (ICD-599.0) (ICD10-N39.0)
Blood in urine (ICD-599.70) (ICD10-R31.9)
General health examination (ICD-V70.9) (ICD10-Z00.00)
Abnormal labs (ICD-790.99) (ICD10-R89.9)
Knee pain (ICD-719.46) (ICD10-M25.569)
Back pain (ICD-724.5) (ICD10-M54.9)
Other abnormal findings in urine (ICD10-R82.998)
Screening for vision (ICD-V80.2) (ICD10-Z13.89)
Wart (ICD-078.10) (ICD10-B07.9)
Headache, unspecified (ICD10-R51.9)
MH Problem: Impulsiveness (ICD-126) (ICD10-F99)

3 of 4

**119-SANTA ROSA C.I.**                                                          2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                        Refused Nurse Inf,MH Daily Nur Eval,
Main: 8509835800 Fax: 8509835864                          Date of Service: 2/22/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 211-CROSS CITY C.I.
MH Problem: Pathological Behaviors Not Listed Elsewhere (ICD-135) (ICD10-F99)
MH Problem: Limited Social/Environmental Stimulation (ICD-507) (ICD10-F99)
MH Problem: Discharge Planning and Readiness Skills (ICD-308) (ICD10-F99)

**Assessment/Problem Noted** MH Problem: Impulsiveness (F99)
**Plan:** CONT POC
DC4-673B Mental Health Nursing Evaluation (Revised 10/31/23)
This form is not to be amended, revised, or altered without         approval of the Deputy Director of
Health Services Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

Signed By: Cooper, LPN, Licensed Practical Nurse, Centurion, Shana at 2/22/2024
4:45:11 AM
Signed By: Dwares, APRN, Medical Provider, Centuion, Curtis at 2/23/2024 6:59:21 AM

4 of 4

**119-SANTA ROSA C.I.**                                    2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                    Infirmary Forms
Main: 8509835800 Fax: 8509835864          Date of Service: 2/21/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████████
Facility: 211-CROSS CITY C.I.

**Orders added during this encounter:**
Infirmary Admission Orders; Start Date: 02/21/2024
Staff Request/Referral; Start Date: 02/21/2024
SHOS Status; Start Date: 02/21/2024
SHOS - Observation Checks (q 15 min or continuous); Start Date: 02/21/2024
SHOS - Vital Signs Q 24 Hours; Start Date: 02/21/2024
SHOS - Mental Health Diet; Start Date: 02/21/2024
SHOS - Activity Level; Start Date: 02/21/2024
SHOS - Allowable Items; Start Date: 02/21/2024
SHOS - Admit to SHOS; Start Date: 02/21/2024

Signed By: Campbell, RN, Registered Nurse, Centurion, Lisa at 2/21/2024 6:41:13 PM

**119-SANTA ROSA C.I.**                                2/18/2025
5850 East Milton Rd.
Milton, FL 32583                               MH Daily Nur Eval,
Main: 8509835800 Fax: 8509835864              Date of Service: 2/21/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 211-CROSS CITY C.I.
FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES

## MENTAL HEALTH NURSING EVALUATION

### SUBJECTIVE:
02/21/2024 4:05 PM **Patient Age:** 43 Years Old
**Date of Admission:**   02/21/2024
**Institution:** 211-CROSS CITY C.I.
**Current location of patient:** Isolation Management Room -IMR/ Self Harm Observation Status -SHOS
**Type of evaluation:** Evaluation every 8 hours for IMR,CSU,CMHTF
**Has the SHOS/IMR order been reviewed daily by the clinician?** Yes
**Weekend/Holidays nurse has documented the above review from the on-call clinician in EMR:** N/A


PHYSICAL ASSESSMENT
**Temp:**  97.8    F **Pulse:**  75   **Resp:**  16   **BP:**  142 **/** 78   **O2 sat:**    99   % **Weight (lbs):**    164
**Last 3 Weights:**
164 02/21/2024 2:15:50 PM,
164 02/15/2024 2:38:34 PM,
164 02/06/2024 10:56:30 AM
SHOS: As ordered by clinician
MORSE FALL SCALE ASSESSMENT DC4-684A Completed
**Previous Score with Date:**
15 (02/21/2024 2:15:50 PM)
**Risk Level**
No Risk
**Inmate has ADA OR non-ADA disabilities/impairments--e.g. doesn't understand English** No:
Day Shift to list inmate impairments and/or disabilities:
### SUBJECTIVE:
**Patient's general comments/complaints:** "I'm at my breaking point. I have a violent history of hurting
people. I would have stabbed a guy when I got here but my shank was too short."
**Medical/Dental Complaints?:** No


### OBJECTIVE:
**Hygiene-Showers** Nights
Self
**See DC4-716A flow sheet if checked
**Diet or Meal Tray** Evenings-Dinner
Accepted meal tray

**Sleep: Number of hours patient slept    3-4
Nights 2400-0800**

**Skin Integrity:**
For alterations in skin integrity complete the appropriate Nursing Protocol and if skin damage is
associated with an injury complete Diagram of Injury, DC4-708.    Additional notes may be documented
on form DC4-642F or DC4-714A.    If specific skin problem not noted, select NA.

**119-SANTA ROSA C.I.**
5850 East Milton Rd.
Milton, FL 32583
Main: 8509835800 Fax: 8509835864

2/18/2025

MH Daily Nur Eval,
Date of Service: 2/21/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 211-CROSS CITY C.I.
    N/A
Weekly DC4-804 Braden Scale for Predicting Pressure Sore Risk completed on Day Shift.
**Last Score with date:** 23 (02/21/2024 2:15:50 PM)
**Today's score:** 23
N/A
**Additional SKIN INTEGRITY comments:** NA
**AIMS: Completed by clinician:** NA
**Medication Side Effects:**   N/A
**Is Clinician aware of side effects?** N/A
**Appearance:**
Well Groomed

**Current Behavior (Check all that apply):**
Cooperative

**Orientation:**
Person    Place
Time
Situation
**Memory:**
Intact

**Eye Contact:**
Good
**Speech:**
Normal

**Mood:**
Depressed

**Affect:**
Normal

**Thought Process:**
Well Organized
Coherent

**Perception:**
**Is patient hearing voices or conversations which others cannot hear?** No
**Is patient seeing visions of anything which others cannot see?** No
**Thought Content:**
**Is patient experiencing delusions e.g., believes s/he is being poisoned, can read minds, etc.?** No
**Does patient have non-suicidal self-injury ideas or threats?** No
**Does patient have suicidal ideas or threats?** No
**Does patient have homicidal threats or plan?** Yes
**Describe:** Stated "I get angry and I want to hurt people."

# DAILY ASSESSMENTS AND PLANS

FDC 000804

**119-SANTA ROSA C.I.**
5850 East Milton Rd.
Milton, FL 32583
Main: 8509835800 Fax: 8509835864

2/18/2025

MH Daily Nur Eval,
Date of Service: 2/21/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 211-CROSS CITY C.I.
1. List & describe noted problems and plans each shift
2. Day shift to list all current CSU and CMHTF inmate problems by ISP number every 7 days.
3. Day shift to list all current TCU inmate problems by ISP number every 28 days.

**Last ISP assessment on:**
02/28/2023
**Current Problems:**
Urinary tract infection (UTI) (ICD-599.0) (ICD10-N39.0)
Blood in urine (ICD-599.70) (ICD10-R31.9)
General health examination (ICD-V70.9) (ICD10-Z00.00)
Abnormal labs (ICD-790.99) (ICD10-R89.9)
Knee pain (ICD-719.46) (ICD10-M25.569)
Back pain (ICD-724.5) (ICD10-M54.9)
Other abnormal findings in urine (ICD10-R82.998)
Screening for vision (ICD-V80.2) (ICD10-Z13.89)
Wart (ICD-078.10) (ICD10-B07.9)
Headache, unspecified (ICD10-R51.9)
MH Problem: Impulsiveness (ICD-126) (ICD10-F99)
MH Problem: Pathological Behaviors Not Listed Elsewhere (ICD-135) (ICD10-F99)
MH Problem: Limited Social/Environmental Stimulation (ICD-507) (ICD10-F99)
MH Problem: Discharge Planning and Readiness Skills (ICD-308) (ICD10-F99)

**Assessment/Problem Noted** MH Problem: Impulsiveness (F99)
**Plan:** Continue SHOS isolation
DC4-673B Mental Health Nursing Evaluation (Revised 10/31/23)
This form is not to be amended, revised, or altered without          approval of the Deputy Director of
Health Services Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

Signed By: Campbell, RN, Registered Nurse, Centurion, Lisa at 2/21/2024 6:37:42 PM

3 of 3

**119-SANTA ROSA C.I.**                                          2/18/2025
5850 East Milton Rd.
Milton, FL 32583                        Morse Scale,Braden Scale,Inf/Hosp Admit Nur Eval,
Main: 8509835800 Fax: 8509835864                      Date of Service: 2/21/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ██████████
Facility: 211-CROSS CITY C.I.


FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES
**BRADEN SCALE FOR PREDICTING PRESSURE SORE RISK**


**Sensory Perception - Ability to respond meaningfully to pressure-related discomfort:**
4-No Impairment

**Moisture - degree to which skin is exposed to moisture:**     4-Rarely Moist

**Activity - degree of physical activity:**     4-Walks Frequently

**Mobility - ability to change and control body position:**     4-No Limitation

**Nutrition - usual food intake pattern:**     4-Excellent

**Friction and Shear:**     3-No Apparent Problem

**Total Score:** 23          **Risk Level:** No further action required

DC4-804 Braden Scale for Predicting Pressure Sore Risk (Revised 3/14/17)
This form is not to be amended, revised, or altered without approval of the Office of Health Services
Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**


**Fall Risk Assessment**
FLORIDA DEPARTMENT OF CORRECTIONS    OFFICE OF HEALTH SERVICES
**MORSE FALL SCALE**

**Fall Risk Calculation**

**History of falling: immediate or within 3 months** No (0)

**Secondary diagnosis** Yes (15)

**Ambulatory aids** Bed rest/nurse assist (0)

**IV/Heparin Lock** No (0)

**Gait/Transferring**

1 of 7

**119-SANTA ROSA C.I.**                                                      2/18/2025
5850 East Milton Rd.
Milton, FL 32583                          Morse Scale,Braden Scale,Inf/Hosp Admit Nur Eval,
Main: 8509835800 Fax: 8509835864                        Date of Service: 2/21/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ██████████
Facility: 211-CROSS CITY C.I.
Normal/bedrest/immobile (0)

**Mental Status**
Oriented to own ability (0)

**Total Fall Risk Score:   15**
**Risk Level No Risk**

Scoring:
0-24= No Risk, Good Basic Nursing Care
25-50= Low Risk, Implement Standard Fall Prevention Interventions
>50 = High Risk, Implement High Risk Fall Prevention Interventions
1 Morse, J.M., (2009), Preventing patient falls (2nd ed.), New York; Springer, Published, 2009

DC4-684A Morse Fall Scale (Revised 8/1/17)
This form is not to be amended, revised, or altered without          approval of the Office of Health Services
Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**
FLORIDA DEPARTMENT OF CORRECTIONS    OFFICE OF HEALTH SERVICES
**INFIRMARY/HOSPITAL ADMISSION NURSING EVALUATION**
**Type of Admission:** SHOS
**Date:** February 21, 2024   **Time:** 1400   **Admitting Dx:** homicidal ideations
**Admitting Provider:**   Anderson, MHP, Centurion, Laura

## GENERAL MEDICAL/MENTAL HEALTH HISTORY
**Allergies:**
* NKDA (Mild)

**Current Medications:**
IBUPROFEN 600 MG ORAL TABS (IBUPROFEN) 1 tab PO QD PRN.; Route: ORAL

**Current Problems:**
Urinary tract infection (UTI) (ICD-599.0) (ICD10-N39.0)
Blood in urine (ICD-599.70) (ICD10-R31.9)
General health examination (ICD-V70.9) (ICD10-Z00.00)
Abnormal labs (ICD-790.99) (ICD10-R89.9)
Knee pain (ICD-719.46) (ICD10-M25.569)
Back pain (ICD-724.5) (ICD10-M54.9)
Other abnormal findings in urine (ICD10-R82.998)
Screening for vision (ICD-V80.2) (ICD10-Z13.89)
Wart (ICD-078.10) (ICD10-B07.9)
Headache, unspecified (ICD10-R51.9)
MH Problem: Impulsiveness (ICD-126) (ICD10-F99)
MH Problem: Pathological Behaviors Not Listed Elsewhere (ICD-135) (ICD10-F99)
MH Problem: Limited Social/Environmental Stimulation (ICD-507) (ICD10-F99)

2 of 7

**119-SANTA ROSA C.I.**                                                    2/18/2025
5850 East Milton Rd.
Milton, FL 32583                    Morse Scale,Braden Scale,Inf/Hosp Admit Nur Eval,
Main: 8509835800 Fax: 8509835864                  Date of Service: 2/21/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ██████████
Facility: 211-CROSS CITY C.I.
MH Problem: Discharge Planning and Readiness Skills (ICD-308) (ICD10-F99)

**Isolation:** Yes
**Type:** SHOS
**Airborne Infection Isolation Room:** NA

**Temp:**  98.1    Tympanic

**Pulse:**  69   Regular
**Resp:**  16
**BP:**  147  **/** 77
**Patient is:** Standing
**O2 sat:**  97 Room air **Current Weight (lbs):**  164
**GENERAL ADMITTING INFORMATION**
**Informant:** Patient
**Does patient speak English?** Yes
**Appearance:** Clean    **Valuables- Belongings:** None
**Mode of Access:** Ambulatory
**Transported From:** Special Housing
**Where:** Confinement
**Orientation to the infirmary provided? Call systems-high-low bed-meals-rules:** No
**Explain:** In confinement

**PAST MEDICAL OR MENTAL HEALTH HISTORY OR CHRONIC CONDITIONS**
Infirmary MH Care- SHOS-MHOS

**SOCIAL HISTORY**
**Currently assigned to:**
211-CROSS CITY C.I.

A
Dorm.
**Does inmate have current work assignment?** No
**Do you have any spiritual or cultural practices that may affect your medical care or hospitalization?**
No

**ADVANCED DIRECTIVE AND DNR**
**Do you have Advanced Directives?** No
**Do you have a Durable Power of Attorney for Health Care decision making?** No
If patient answered No to either of the above questions, provide Inmate Information Sheet Regarding
Advance Directives DC4-687.
**Does patient have a signed and witnessed DNR in his/her medical record?** No

**IMPAIRMENTS AND DISABILITIES- Check all the impairments/ disabilities that
apply to this patient:**

3 of 7

**119-SANTA ROSA C.I.**                                          2/18/2025
5850 East Milton Rd.
Milton, FL 32583                          Morse Scale,Braden Scale,Inf/Hosp Admit Nur Eval,
Main: 8509835800 Fax: 8509835864                    Date of Service: 2/21/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 211-CROSS CITY C.I.
**Impaired hearing** No
**Eye Prosthesis** No
**Impaired Vision** No
**Hearing aid** No
**Speaks English** Yes
**Dentures** No
**Can read** Yes
**Partial** No
**Can write** Yes
**C-PAP Machine** No
**Glasses** No
**O2** No
**Contacts** No
**Prosthesis** No
**Walker** No
**Crutches** No
**Wheelchair** No
**Cane** No
**Other** No

## ACTIVITIES OF DAILY LIVING- ADLs

Activity Is pt able to perform ADL? Does pt already have an assigned Inmate Assistant with them?

Eating: the ability to feed oneself Yes    No

Bathing and Grooming- includes    shaving-washing hair-oral care Yes    No

Dressing- includes ability to make    appropriate clothing decisions Yes    No

Using the toilet- able to adjust    clothing-cleanse self-change pads-use urinal Yes    No

Transferring- ability to transfer from seated to standing and get in/out of bed Yes    No

Continence- maintaining continence    or the ability to use the restroom Yes    No
**Classification has been notified that inmate needs an Inmate Assistant:**    No

## ACUTE OR CHRONIC PAIN

**ACUTE PAIN:** No Acute Pain

**CHRONIC PAIN:** No Chronic Pain

N/A

## IV SITE ASSESSMENT- 1-2 sites

4 of 7

**119-SANTA ROSA C.I.**                                                    2/18/2025
5850 East Milton Rd.
Milton, FL 32583                          Morse Scale,Braden Scale,Inf/Hosp Admit Nur Eval,
Main: 8509835800 Fax: 8509835864                          Date of Service: 2/21/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████████
Facility: 211-CROSS CITY C.I.

**BRADEN SCALE FOR PREDICTING PRESSURE SORE RISK: To be completed on every Day Shift**
**Last Score with date:**
22 (12/17/2023 9:19:33 PM)    **Today's score:** 23
**Risk Level:** No further action required

RMC ONLY: Braden Score 18 or less add patient to form DC4-0067

Physical Findings and Markings


**REVIEW OF SYSTEMS AND PATIENT EVALUATION- Check all that apply**


**EENT**
**PERRLA:** Yes
**Response:** Brisk
**Ears: Hearing Impaired:** No


**NEUROLOGICAL**
**Speech:** Clear
**Level of consciousness:** Alert, Responsive
**Oriented to:** Person, Place, Time, Situation
**Behavior:** Cooperative
**Grips equal and strong:** Yes
**Foot pushes equal and strong:** Yes


**RESPIRATORY- check all that apply**
**Denies Breathing Problems**Denies breathing problems
**Chest appearance:** Symmetrical
AUSCULTATION
**Clear:** Left **Clear:**Right

**CARDIOVASCULAR- check all that apply**
**Skin condition:** Warm, Dry
**Mucous membrane color:** Pink
**Apical heart rate:** 69    /min. **HR:** Regular
**Radial pulse:** Regular    **Pedal pulse:** Regular
**Edema:** None **Pacemaker:** No
**Current anticoagulant use:** No    **Excessive or unexplained bruising:** No


**SKIN-EXTREMITIES-MUSCULOSKELETAL**
**Skin Tone:** Firm
**History of DVT:** No
**Homans sign present:** No

5 of 7

**119-SANTA ROSA C.I.**                                                2/18/2025
5850 East Milton Rd.
Milton, FL 32583                      Morse Scale,Braden Scale,Inf/Hosp Admit Nur Eval,
Main: 8509835800 Fax: 8509835864                   Date of Service: 2/21/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ████████
Facility: 211-CROSS CITY C.I.
**Extremities: Tingling:** No   **Weakness:** No   **Deformity:** No   **Contractures:** No
**Joint pain:** No   **Stiffness:** No   **Joint replacement:** No
**Location of complaints:** NA
**If any of the above indicators checked, describe and location:** NA
**If Yes to any of the above indicators- describe location:**    NA
**ROM:** WNL

## GASTROINTESTINAL/NUTRITION
**Appetite:** Good
**Unplanned weight loss- 10-15lbs in the last 6 months?** No
**Difficulty chewing or swollowing:** No   **Has patient had nausea, vomiting, or diarrhea daily for 3 days pre-admission?**        Yes
**Bowl sounds:** Active
**Patient has a:** NA
**Abdomen:** Soft
**Bowel Sounds:**
**URQ:** Present **ULQ:** Present
**LRQ:** Present **LLQ:** Present
**Last BM Date:** 2/20/23   **Color:** WNL
**Usual bowel pattern:** QOD
**Current GI problems or complaints:** Constipation
**Patient has a:** NA

## GENITOURINARY
**Color of urine:** WNL   **Foul smell?** No
**Current symptoms or complaints:** Denies symptoms or complaints

## REPRODUCTIVE- check L for Left or R for Right
MALE- check all that apply
**Last prostate exam:** Unknown   **Last PSA:** Uknown
No   No

FEMALE- check all that apply
Current breast symptoms or complaints:

## PATIENT EDUCATIONAL NEEDS
The following educational needs have been identified and will require further follow-up:
Other:
Report all harmful thoughts and behaviors to medical.

## NOTES
ADMISSION NURSE:   Complete a patient fall assessment, using DC4-684A, on all Acute and Chronic Admissions and document the patien'92s score and risk level
**Patients Score:** 15   **Fall Risk:** No Risk

DC4-732 Infirmary/Hospital Admission Nursing Evaluation (Revised 11/8/22)
This form is not to be amended, revised, or altered without        approval of the Office of Health Services

FDC 000811

**119-SANTA ROSA C.I.**                                          2/18/2025
5850 East Milton Rd.
Milton, FL 32583                           Morse Scale,Braden Scale,Inf/Hosp Admit Nur Eval,
Main: 8509835800 Fax: 8509835864                    Date of Service: 2/21/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 211-CROSS CITY C.I.
Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

Signed By: Campbell, RN, Registered Nurse, Centurion, Lisa at 2/21/2024 6:30:16 PM

7 of 7

**119-SANTA ROSA C.I.**
5850 East Milton Rd.
Milton, FL 32583
Main: 8509835800 Fax: 8509835864

2/18/2025

Abd Pain,Sick Call,
Date of Service: 2/15/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: █████████
Facility: 211-CROSS CITY C.I.

**Nurse Visit**

**Copay?** Yes
**Reason for encounter:** Sick Call

## Initial Triage Information:
**Location of patient:** 211-CROSS CITY C.I.

**Sick call order(s) being seen for:**
Sick Call;   Order Date: 02/15/2024;   Comments: diet issues; Number: 5082343-1

**Nurse Sick Call: Date Seen** 02/15/2024
**Time Seen** 2:38 PM

**Copay?**   Yes
**Inmate referred to Provider?** N/A

**Disclaimer: All EMR timestamps are Eastern Time Zone**

FLORIDA DEPARTMENT OF CORRECTIONS    OFFICE OF HEALTH SERVICES
**ABDOMINAL PAIN PROTOCOL**
NOTE: ALL PROTOCOLS COMPLETED BY LPNS MUST BE REVIEWED AND COSIGNED BY A RN OR CLINICIAN

**SUBJECTIVE: Age:** 43 Years Old

**Allergies:**
* NKDA (Mild)

**Current Problems:**
Urinary tract infection (UTI) (ICD-599.0) (ICD10-N39.0)
Blood in urine (ICD-599.70) (ICD10-R31.9)
General health examination (ICD-V70.9) (ICD10-Z00.00)
Abnormal labs (ICD-790.99) (ICD10-R89.9)
Knee pain (ICD-719.46) (ICD10-M25.569)
Back pain (ICD-724.5) (ICD10-M54.9)
Other abnormal findings in urine (ICD10-R82.998)
Screening for vision (ICD-V80.2) (ICD10-Z13.89)
Wart (ICD-078.10) (ICD10-B07.9)
Headache, unspecified (ICD10-R51.9)

1 of 3

**119-SANTA ROSA C.I.**                                                2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                          Abd Pain,Sick Call,
Main: 8509835800 Fax: 8509835864                    Date of Service: 2/15/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 211-CROSS CITY C.I.
MH Problem: Impulsiveness (ICD-126) (ICD10-F99)
MH Problem: Pathological Behaviors Not Listed Elsewhere (ICD-135) (ICD10-F99)
MH Problem: Limited Social/Environmental Stimulation (ICD-507) (ICD10-F99)
MH Problem: Discharge Planning and Readiness Skills (ICD-308) (ICD10-F99)

**Current Medications:**
IBUPROFEN 600 MG ORAL TABS (IBUPROFEN) 1 tab PO QD PRN.; Route: ORAL

**Chief complaint:** "Everytime I eat I get sick"

**PMH:** See above
**History of inguinal hernia?** No
**Any recent abdominal trauma?** No
**Pain location:** Mid abdomen
**When did the pain start?** "After I eat"
**Onset was:** Gradual **Pain is:** Intermittent
**Pain level:** 3/10
**Describe pain:** Sharp
**History of abdominal problems/surgery:** No
**Change in stools:** Constipation
**Date of last BM:** 2/13/2024 **Color of stool:** Brown **Consistency:** Firm **Other Symptoms:** Nausea
**Passing flatus:** Yes
**Decreased appetite:** No
**Pain after eating:** Yes
**Recent change in weight:** N/A

**OBJECTIVE:**
**Temp:**   97.8 F **Pulse:** 76 **Resp:** 18 **BP:** 118 **/** 60 **O2 sat:** 98 % **Weight (lbs):** 164
**Finger Stick blood sugar:** 98
**Last 3 Weights:**
164 02/06/2024 10:56:30 AM,
158 12/28/2023 9:30:12 AM,
155 12/18/2023 3:07:18 PM
**Skin:** Pink, Warm
**Pulse:** Regular
Mid-abdomen / Periumbilical area
**Bowel Sounds:**
**Right Upper Quadrant** Active
**Right Lower Quadrant:** Active
**Left Upper Quadrant:** Active
**Left Lower Quadrant:** Active
**Abdomen and Inguinal Area- patient lying supine:** Non-distended, Soft
**Pain produced by gentle palpation with patient lying supine?** No
**Rebound Tenderness?** No
**Stool guaiac:** Not Checked

2 of 3

**119-SANTA ROSA C.I.**                                    2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                 Abd Pain,Sick Call,
Main: 8509835800 Fax: 8509835864          Date of Service: 2/15/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 211-CROSS CITY C.I.
**FINDINGS REQUIRING IMMEDIATE CLINICIAN NOTIFICATION:**

**PLAN:**
**Clinician notified:**   No
OTC Medication for specific complaint:
Acetaminophen 325mg one or two tablets every 4-6 hours as needed
Antacid/Anti-gas Tablets as directed on package
Bisacodyl 5 mg as directed
(Aluminum-Magnesium-Simethicone)

**EDUCATION:**
Inmate advised to avoid food that may upset the stomach or cause gas, diarrhea or constipation
Inmate instructed to return if symptoms return or worsen, or if any new symptoms develop

DC4-683C Abdominal Pain Protocol (Revised 06/06/18)
This form is not to be amended, revised, or altered without          approval of the Office of Health Services
Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

Signed By: Chewning, LPN, Licensed Practical Nurse, Centurion, Rebecca at 2/15/2024
6:18:31 PM
Signed By: Campbell, RN, Registered Nurse, Centurion, Lisa at 3/26/2024 8:07:48 AM

3 of 3

**119-SANTA ROSA C.I.**                                      2/18/2025
5850 East Milton Rd.
Milton, FL 32583                        DC4-698A Sick Call Request
Main: 8509835800 Fax: 8509835864       Date of Service: 2/13/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ████████████
Facility: 211-CROSS CITY C.I.
**DC4-698A Sick Call Request**


*Imported By: Jennifer Natkiel, Medical Records Clerk, Centurion 2/14/2024 9:38:45 AM*

_____

External Attachment:

  Type:      Image
 Comment:    Sick Call Request



Signed By: Campbell, RN, Registered Nurse, Centurion, Lisa at
2/14/2024 9:39:25 AM

FDC 000816

**FLORIDA DEPARTMENT OF CORRECTIONS**
**OFFICE OF HEALTH SERVICES**
# INMATE SICK-CALL REQUEST

Date: 2-13-2024          Time: 3:00 pm

Inmate Name: Robert Lee          DC#: T15204

Housing assignment: A2204          Job assignment: N/A

Do you need an interpreter for your Sick Call visit? (Sign language, Spanish, etc.)  ☐Yes  ☑No
If so, what type: _____

Did you require assistance completing this form? (Blind, Quadriplegic, etc.)☐Yes  ☑No  If so, why:
_____

Problem:

☐  Pass/pass renewal

☐  Medication renewal

☐  Need information (explain):_____

☐  Problem with ADA/Disability equipment or supplies (explain the problem): _____

☐  Mental Health

☐  Dental

☑  Medical (explain): Everytime I eat food I throw it
back up. I cant use the bathroom either,
I'm weak too b/c I'm hungry

When did problem/symptoms start? 2 weeks
_____
_____

| To be completed by Triage Nurse: | |
|---|---|
| Triaged by: (Print name and licensure) 2\|13\|24 @ 1844 | on (Date) Campbell |
| Assigned Triage Level: ☑Routine ☐ Urgent ☐ Emergent | |
| Date patient assessed by nurse: | Signature/Stamp of Nurse Completing Sick Call: |

Inmate Name Rob ch Lee
DC# T15204          Race/Sex B M
Date of Birth ▮▮▮▮▮▮
Institution Cross City

Distribution: Original—Nursing Supervisor
Pink—Inmate (special housing only-otherwise
destroy copy)
This form is not to be amended, revised, or altered
without approval of the Chief of HealthServices
Administration.

FDC 00081

DC4-698A (Revised 4/20)Incorporated by Reference in Rule 33-402.101, F.A.C.

**119-SANTA ROSA C.I.**                                        2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                                   Triage,
Main: 8509835800 Fax: 8509835864                Date of Service: 2/13/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 211-CROSS CITY C.I.

**Nurse Visit**

**Copay?** No
**Reason for encounter:** Triage

**Orders added during this encounter:**

Sick Call; Start Date: 02/15/2024; Order Num: 5082343-1

**Initial Triage Information:**

02/13/2024 6:43 PM
**Chief Complaint:** diet issues
**Triage Level:** 3

**Disclaimer: All EMR timestamps are Eastern Time Zone**

Signed By: Campbell, RN, Registered Nurse, Centurion, Lisa at 2/13/2024 6:44:09 PM

**119-SANTA ROSA C.I.**                                              2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                                    Admin Forms
Main: 8509835800 Fax: 8509835864                      Date of Service: 2/7/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ██████████
Facility: 211-CROSS CITY C.I.

**Orders added during this encounter:**
Initial Confinement Interview; Start Date: 02/29/2024

Signed By: Driver, HSA, Centurion, Lorreen at 2/7/2024 10:19:09 AM

**119-SANTA ROSA C.I.**                                                2/18/2025
5850 East Milton Rd.
Milton, FL 32583                        :Pre Spec Housing and Risk Assess for Chem Rest,
Main: 8509835800 Fax: 8509835864                  Date of Service: 2/6/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ▮▮▮▮▮▮▮▮
Facility: 211-CROSS CITY C.I.

## Nurse Visit

**Copay?** No
**Reason for encounter:** EMID(Check if paper form done and scanned in)


FLORIDA DEPARTMENT OF CORRECTIONS    OFFICE OF HEALTH SERVICES
**RISK ASSESSMENT FOR THE USE OF CHEMICAL RESTRAINT AGENTS AND ELECTRONIC IMMOBILIZATION DEVICES**

**DC4-650B Risk Assessment for the Use of Chemical Restraint Agents and Electronic Immobilization Devices must be completed    when a pre-confinement health assessment is conducted.**

DC4-650B will be reviewed at the time of all practitioner health care encounters. If any changes in an inmate's medical condition are identified (e.g, new diagnosis) that would affect the use of chemical restraint agents or electronic immobilization devices, a new DC4-650B must be completed and provided to security staff, replacing the previous DC4-650B.

_____

## Chemical Restraint Agents Assessment:

**<u>No Known Medical Risk Factor(s)*</u>**: has been identified at the time of this pre-confinement health assessment, based on a review of the    medical record and current health status that may be exacerbated by the use of chemical restraint agents.

**<u>*Medical Risk Factor(s)</u>**    are conditions that may be exacerbated by the use of chemical restraint agents include, but are not limited to, the    following: asthma, chronic obstructive pulmonary disease, emphysema, congestive heart failure, angina, pregnancy, and unstable hypertension. (Inmate is considered stable if B/P has been <140/90 at last cardiovascular clinic visit.)

_____

**Electronic Immobilization Device (EID) Assessment:**

**<u>No Known Medical Risk Factor(s)*</u>** has been identified at the time of this pre-confinement health assessment, based on a review of the medical record that may be exacerbated by the use of electronic immobilization devices.

**<u>*Medical Risk Factor(s)*</u>**  are conditions that may be exacerbated by the use of electronic immobilization devices include, but are not limited to,    the following: seizure disorder, multiple sclerosis, muscular dystrophy, pacemaker, and pregnancy.

_____

DC4-650B- Risk Assessment for the Use of Chemical Restraint Agents and Electronic Immobilization Devices (Revised 10/20)
This form is not to be amended, revised, or altered without approval of the Office of Health Services Administration.

1 of 4

**119-SANTA ROSA C.I.**                                    2/18/2025
5850 East Milton Rd.
Milton, FL 32583                    :Pre Spec Housing and Risk Assess for Chem Rest,
Main: 8509835800 Fax: 8509835864                    Date of Service: 2/6/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████████
Facility: 211-CROSS CITY C.I.

Incorporated by Reference in Rule 33-602.210, F.A.C.
**Disclaimer: All EMR timestamps are Eastern Time Zone**

FDC 000821

**119-SANTA ROSA C.I.**                                    2/18/2025
5850 East Milton Rd.
Milton, FL 32583                              :Pre Spec Housing and Risk Assess for Chem Rest,
Main: 8509835800 Fax: 8509835864                      Date of Service: 2/6/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████████
Facility: 211-CROSS CITY C.I.

FLORIDA DEPARTMENT OF CORRECTIONS    OFFICE OF HEALTH SERVICES
**PRE-SPECIAL HOUSING HEALTH EVALUATION**

**Post Use of Force?** No
**if yes, was DC4-701C completed?** No

**M:**1   **S:**1   **W:**1   **T:**1   **I:**_

**Is inmate demonstrating strange/bizarre behavior or thinking about/threatening/engaging in self-harmful behavior?** No
**Current Medical Complaint?** No

**Allergies:**
* NKDA (Mild)

**Problems:**
Urinary tract infection (UTI) (ICD-599.0) (ICD10-N39.0)
Blood in urine (ICD-599.70) (ICD10-R31.9)
General health examination (ICD-V70.9) (ICD10-Z00.00)
Abnormal labs (ICD-790.99) (ICD10-R89.9)
Knee pain (ICD-719.46) (ICD10-M25.569)
Back pain (ICD-724.5) (ICD10-M54.9)
Other abnormal findings in urine (ICD10-R82.998)
Screening for vision (ICD-V80.2) (ICD10-Z13.89)
Wart (ICD-078.10) (ICD10-B07.9)
Headache, unspecified (ICD10-R51.9)
MH Problem: Impulsiveness (ICD-126) (ICD10-F99)
MH Problem: Pathological Behaviors Not Listed Elsewhere (ICD-135) (ICD10-F99)
MH Problem: Limited Social/Environmental Stimulation (ICD-507) (ICD10-F99)
MH Problem: Discharge Planning and Readiness Skills (ICD-308) (ICD10-F99)

**Temp:**  97.2 F
**Pulse:**  74   **Resp:**  14   **BP:**  122 **/**  68 **O2 sat:** 99 **Weight (lbs):**   164

**Infirmities or impairment?** No    **Does inmate have assistive devices that will remain with her/him?**
No

**Renewal/ Refill Needed?** No
*Chart referred for renewal or refill ordered.

**Pending Appointments**
Provider Follow up    •    12/17/2023

3 of 4

**119-SANTA ROSA C.I.**                                              2/18/2025
5850 East Milton Rd.
Milton, FL 32583                          :Pre Spec Housing and Risk Assess for Chem Rest,
Main: 8509835800 Fax: 8509835864                      Date of Service: 2/6/2024

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ▮▮▮▮▮▮▮
Facility: 211-CROSS CITY C.I.
Infirmary Admission Orders    •    12/17/2023
Provider Follow up    •    12/19/2023
Hemoccult Screening (PE)    •    01/08/2028
Urinalysis (PE)    •    01/08/2028
Urinalysis (PE)    •    01/08/2028
Fasting Glucose (PE)    •    01/08/2028
CBC w/o Diff (Hemogram)/Plat. CT (PE)    •    01/08/2028
ATBQ    •    03/08/2024
Dental Periodic Wait List    •    02/07/2025
Periodic Screening    •    01/22/2028
**Arrangements for Medication Administration:** N/A

**Inmate medication delivered to health care staff?** No

**Health Record Reviewed?** Yes
**Inmate educated on how to access medical, dental and mental health care?** Yes

**Completed DC4-529 Mental Health Referral for S2/S3?** N/A
**Completed DC4-650B Risk Assessment?** Yes DC4-769 Pre-Special Housing Health Evaluation
(Revised 02/23/18)
This form is not to be amended, revised, or altered without         approval of the Office of Health Services
Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

Signed By: Stubbs, LPN, Licensed Practical Nurse, Centurion, Tanya at 2/6/2024
10:58:28 AM
Signed By: Berry, RN, DON, Centurion, Jessyca at 2/12/2024 4:57:04 PM

4 of 4

**119-SANTA ROSA C.I.**                                    2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                    Back Pain,Sick Call,
Main: 8509835800 Fax: 8509835864            Date of Service: 12/28/2023

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 211-CROSS CITY C.I.

**Nurse Visit**

**Copay?** Yes
**Reason for encounter:** Sick Call

**Initial Triage Information:**
**Location of patient:** 211-CROSS CITY C.I.

**Sick call order(s) being seen for:**
Sick Call;    Order Date: 12/28/2023;    Comments: back pain; Number: 4756515-1

**Nurse Sick Call: Date Seen** 12/28/2023
**Time Seen** 0930

**Copay?**    Yes
**Inmate referred to Provider?** N/A

**Disclaimer: All EMR timestamps are Eastern Time Zone**

FLORIDA DEPARTMENT OF CORRECTIONS    OFFICE OF HEALTH SERVICES
**BACK PAIN PROTOCOL**
NOTE:    ALL PROTOCOLS COMPLETED BY LPNS MUST BE REVIEWED AND COSIGNED BY A RN
OR CLINICIAN.

**SUBJECTIVE: Age:**
42 Years Old

**Allergies:**
* NKDA (Mild)

**Current Medications:**
IBUPROFEN 600 MG ORAL TABS (IBUPROFEN) 1 tab PO QD PRN.; Route: ORAL
SULFAMETHOXAZOLE-TRIMETHOPRIM 800-160 MG ORAL TABS
(SULFAMETHOXAZOLE-TRIMETHOPRIM) 1 TAB PO QD    BID; Route: ORAL

**Current Problems:**
Urinary tract infection (UTI) (ICD-599.0) (ICD10-N39.0)
Blood in urine (ICD-599.70) (ICD10-R31.9)
General health examination (ICD-V70.9) (ICD10-Z00.00)
Abnormal labs (ICD-790.99) (ICD10-R89.9)
Knee pain (ICD-719.46) (ICD10-M25.569)
Back pain (ICD-724.5) (ICD10-M54.9)

1 of 3

**119-SANTA ROSA C.I.**
5850 East Milton Rd.
Milton, FL 32583                                    Back Pain,Sick Call,
Main: 8509835800 Fax: 8509835864              Date of Service: 12/28/2023

2/18/2025

## ROBERT S LEE
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ████████
Facility: 211-CROSS CITY C.I.
Other abnormal findings in urine (ICD10-R82.998)
Screening for vision (ICD-V80.2) (ICD10-Z13.89)
Wart (ICD-078.10) (ICD10-B07.9)
Headache, unspecified (ICD10-R51.9)
MH Problem: Impulsiveness (ICD-126) (ICD10-F99)
MH Problem: Pathological Behaviors Not Listed Elsewhere (ICD-135) (ICD10-F99)
MH Problem: Limited Social/Environmental Stimulation (ICD-507) (ICD10-F99)
MH Problem: Discharge Planning and Readiness Skills (ICD-308) (ICD10-F99)


**Medical Hx:** refer to problem list
**Hx of back pain/back problems?** Yes
**What was the problem/diagnosis?** back pain
**What treatment did patient receive for previous back pain?** IBU 600MG
**Chief complaint:** MY BACK AND MY LEFT LEG HURTS. I ONLY HAVE ONE MORE PILL OF THE IBUPROFEN LEFT."
**When did current pain begin?**    2023 **Pain Level:** 5/10
**What were you doing (activity) when the pain began?** LAYING DOWN OR SITTING DOWN. JUST RANDOM...FROM GETTING SHOT.
**If back pain is the result of trauma, does patient have any other injuries?** No
**Description of pain:** Sharp
Lumbar region:Center-Over spinal column
**Flank region pain with or without radiation to groin?** No
**Is pain localized?** No
**OR    does pain radiate?**    Yes
**Radiates to:** LEFT LEG
**Does pain increase with activity?** Yes
**What activity?** GENERALIZED
**What decreases or relieves the pain?** MEDICINE
**Does pain increase with deep inspiration?** No
**Did you wake up with this pain?** No
**Back muscle spasms?** Yes
**Numbness or tingling in any extremity?** Yes **Which extremity?** MY TOES OF MY LEFT LEG
**Numbness/tingling in extremities is:**    Intermittent
**Problem with incontinence?** No
**Recent weight loss?** No
**Pain with urination?** No
**Blood in urine?** No


## OBJECTIVE:
**Temp:**   98.6 F **Pulse:** 79 **Resp:** 15 **BP:** 123 **/** 76 **O2 sat:** 99 % **Weight (lbs):** 158
**Last 3 Weights:**
155 12/18/2023 3:07:18 PM,
155 12/18/2023 2:42:52 PM,
152 12/17/2023 9:19:33 PM
**Gait:** Normal
**Back exam:**    **Swelling noted** No
**Discoloration/bruising noted** No

FDC 000825

**119-SANTA ROSA C.I.**                                                      2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                              Back Pain,Sick Call,
Main: 8509835800 Fax: 8509835864                    Date of Service: 12/28/2023

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ████████
Facility: 211-CROSS CITY C.I.
**FINDINGS REQUIRING IMMEDIATE CLINICIAN NOTIFICATION:**

**PLAN:**


**EDUCATION:**
Inmate instructed to limit activity until discomfort improves
Inmate instructed to take: Ibuprofen 200mg 2- 3 tabs by mouth 3-4 times/day OR
If prescribed analgesic balm, instructed to apply a thin layer in affected area 3-4 times a day for pain relief.
Inmate instructed to wash hands thoroughly after applying balm.
Inmate instructed to return if symptoms return or worsen, or if any new symptoms develop.


DC4-683S Back Pain Protocol    (Revised 06/06/18)
This form is not to be amended, revised, or altered without          approval of the Office of Health Services
Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**




Signed By: Howard, RN, Registered Nurse, Centurion, Tionne at 12/28/2023 2:57:56
PM

FDC 000826

**119-SANTA ROSA C.I.**                                        2/18/2025
5850 East Milton Rd.
Milton, FL 32583                        Lipid Screen (Basic Lipid Panel) (AMA), CBC
w/Diff, Platelet ...
Main: 8509835800 Fax: 8509835864                     Date of Service: 12/23/2023

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB:
Facility: 269-CROSS CITY EAST UNIT
Patient: ROBERT  LEE
ID: BIOR T15204
Note: All result statuses are Final unless otherwise noted.
Patient Note: PATIENT FASTING
Tests: (1) Lipid Screen (Basic Lipid Panel) (AMA) (0009-1)
  Cholesterol              133 mg/dL                    <200
*1
  HDL CHOL., DIRECT        54 mg/dL                     >40
*2
  Triglycerides            64 mg/dL                     <150
*3
 HDL as % of Cholesterol
                          41 %                          >14
*4
Evaluation: BELOW AVERAGE RISK
  Chol/HDL Ratio           2.5                          <7.4
*5
Evaluation: BELOW AVERAGE RISK
  LDL/HDL Ratio            1.22                         <3.56
*6
  LDL Cholesterol          66 mg/dL                     <100
*7
  VLDL, CALCULATED         13 mg/dL                     7-32
*8
  Non-HDL Cholesterol      79 mg/dL                     <130
*9
Tests: (2) CBC w/Diff, Platelet Ct. (0053-9)
  WBC                      4.29 x10(3)/uL               3.66-10.60
*10
  RBC                      4.74 x10(6)/uL               3.94-5.76
*11
  HGB                      14.2 g/dL                    12.0-16.9
*12
  HCT                      42.3 %                       34.6-49.6
*13
  MCV                      89.2 fL                      78.0-98.0
*14
  MCH                      30.0 pg                      25.8-33.1
*15
  MCHC                     33.6 g/dL                    31.7-35.3
*16
  RDW             [L]      11.9 %                       12.2-15.3
*17

FDC 000827

**119-SANTA ROSA C.I.**                                                    2/18/2025
5850 East Milton Rd.
Milton, FL 32583                           Lipid Screen (Basic Lipid Panel) (AMA), CBC
w/Diff, Platelet ...
Main: 8509835800 Fax: 8509835864                            Date of Service: 12/23/2023

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: Jan 14, 1981
Facility: 269-CROSS CITY EAST UNIT

| | | | |
|---|---|---|---|
| POLYS | | 40.2 % | 34.9-75.3 |
| *18 | | | |
| LYMPHS | | 48.3 % | 14.0-51.8 |
| *19 | | | |
| MONOS | | 8.9 % | 3.5-13.2 |
| *20 | | | |
| EOS | | 1.4 % | 0.0-6.2 |
| *21 | | | |
| BASOS | [H] | 1.2 % | 0.0-1.0 |
| *22 | | | |
| IMMATURE GRANULOCYTES | | | |
| | | 0.0 % | 0.0-1.0 |
| *23 | | | |
| PLATELET COUNT | | 165 x10(3)/uL | 140-425 |
| *24 | | | |
| MPV | | 11.8 fL | 8.6-12.1 |
| *25 | | | |

Tests: (3) Urinalysis, Routine (0159-4)

| | | | |
|---|---|---|---|
| Specific Gravity Ur | 1.022 | | 1.003-1.030 |
| *26 | | | |
| pH Urine | 7.5 | | 5.0-8.0 |
| *27 | | | |
| Protein, Urine | NEGATIVE | | NEGATIVE |
| *28 | | | |
| Glucose, Urine | NEGATIVE | | NEGATIVE |
| *29 | | | |
| Ketone, Urine | NEGATIVE | | NEGATIVE |
| *30 | | | |
| Urobilinogen Urine | 0.2 mg/dL | | 0.2-1.0 |
| *31 | | | |
| Bilirubin, Urine | NEGATIVE | | NEGATIVE |
| *32 | | | |
| Blood, Urine | NEGATIVE | | NEGATIVE |
| *33 | | | |
| Nitrites Urine | NEGATIVE | | NEGATIVE |
| *34 | | | |
| Crystals Urine | NONE | | NONE |
| *35 | | | |
| WBC, Urine | 0-5 /[HPF] | | 0-5 |
| *36 | | | |
| RBC, Urine | 0-2 /[HPF] | | 0-2 |
| *37 | | | |
| Cast, RBC, Urine | NOT PRESENT | | NOT PRESENT |
| *38 | | | |

FDC 000828

**119-SANTA ROSA C.I.**                                      2/18/2025
5850 East Milton Rd.
Milton, FL 32583                    Lipid Screen (Basic Lipid Panel) (AMA), CBC
w/Diff, Platelet ...
Main: 8509835800 Fax: 8509835864                  Date of Service: 12/23/2023

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB:
Facility: 269-CROSS CITY EAST UNIT

```
  Cast, Hyaline, Urine       NOT PRESENT              NOT PRESENT
*39
  Epithelial Cells, Ur       NONE                     NONE-FEW
*40
  Cast, Granular, Ur         NOT PRESENT              NOT PRESENT
*41
  Bacteria, Urine            NONE                     NONE-FEW
*42
  Leukocyte Esterase   [A]   TRACE                    NEGATIVE
*43
  Color                      YELLOW                   YELLOW
*44
  Character                  CLEAR                    CLEAR
*45
Tests: (4) Comprehensive Metabolic Panel (AMA) (3427-2)
  Total Protein              7.0 g/dL                 5.9-8.4
*46
  Albumin                    4.2 g/dL                 3.5-5.2
*47
  Globulin                   2.8 g/dL                 1.7-3.7
*48
  A/G Ratio                  1.5 Ratio                1.1-2.9
*49
  Sodium                     141 mmol/L               136-145
*50
  Potassium                  4.3 mmol/L               3.6-5.6
*51
  Chloride                   104 mmol/L               96-108
*52
  CO2                  [H]   30 mmol/L                22-29
*53
  BUN                        13 mg/dL                 6-20
*54
  Creatinine                 1.03 mg/dL               0.67-1.31
*55
  e-GFR                      93 mL/min                >or=60
*56
GFR categories in CKD
Category        GFR                   Terms
                ml/min/1.73 m2
G1              >or=90                Normal or high
G2              60-89                 Mildly decreased*
G3a             45-59                 Mildly to moderately decreased
G3b             30-44                 Moderately to severely decreased
```

FDC 000829

**119-SANTA ROSA C.I.**                                                2/18/2025
5850 East Milton Rd.
Milton, FL 32583                          Lipid Screen (Basic Lipid Panel) (AMA), CBC
w/Diff, Platelet ...
Main: 8509835800 Fax: 8509835864                        Date of Service: 12/23/2023

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: █████████
Facility: 269-CROSS CITY EAST UNIT

```
G4              15-29           Severely decreased
G5              <15             Kidney failure

Abbreviations: CKD, chronic kidney disease; GFR, glomerular
filtration rate.
*Relative to young adult level.
In the absence of evidence of kidney damage, neither GFR
category G1 nor G2 fulfill the criteria for CKD.

NOTE: The National Kidney Foundation recommends using the
      CKD-EPI Creatinine Equation (2021) to estimate GFR
      in adults. The new CKD-EPI equation is in use 3/6/2023.
  BUN/Creat Ratio          12.6 Ratio              10.0-28.0
*57
  Calcium                  9.7 mg/dL               8.6-10.4
*58
  Bilirubin, Total         1.0 mg/dL               <1.2
*59
  Alk Phos                 62 U/L                  40-156
*60
  AST                      18 U/L                  <40
*61
  ALT                      15 U/L                  <41
*62
  Glucose                  86 mg/dL                70-99
*63
Note: An exclamation mark (!) indicates a result that was not
dispersed into the flowsheet.
Document Creation Date: 12/23/2023 6:15 AM
```
___
```
(1) Order result status: Final
Collection or observation date-time: 12/23/2023 06:10
Requested date-time: 12/22/2023 04:00
Receipt date-time: 12/23/2023 03:28
Reported date-time: 12/23/2023 06:08
Referring Physician:
Ordering Physician: Stella Ejiogu (sejiogu)
Specimen Source:
Source: BIOR
Filler Order Number: 942305156
Lab site: Florida Clinical Laboratory
Producer ID *1:FL1
Producer ID *2:FL1
```

FDC 000830

**119-SANTA ROSA C.I.**                                                2/18/2025
5850 East Milton Rd.
Milton, FL 32583                          Lipid Screen (Basic Lipid Panel) (AMA), CBC
w/Diff, Platelet ...
Main: 8509835800 Fax: 8509835864                          Date of Service: 12/23/2023

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 269-CROSS CITY EAST UNIT
Producer ID *3:FL1
Producer ID *4:FL1
Producer ID *5:FL1
Producer ID *6:FL1
Producer ID *7:FL1
Producer ID *8:FL1
Producer ID *9:FL1
(2) Order result status: Final
Collection or observation date-time: 12/23/2023 06:10
Requested date-time: 12/22/2023 04:00
Receipt date-time: 12/23/2023 03:28
Reported date-time: 12/23/2023 06:08
Referring Physician:
Ordering Physician: Stella Ejiogu (sejiogu)
Specimen Source:
Source: BIOR
Filler Order Number: 942305156
Lab site: Florida Clinical Laboratory
Producer ID *10:FL1
Producer ID *11:FL1
Producer ID *12:FL1
Producer ID *13:FL1
Producer ID *14:FL1
Producer ID *15:FL1
Producer ID *16:FL1
Producer ID *17:FL1
Producer ID *18:FL1
Producer ID *19:FL1
Producer ID *20:FL1
Producer ID *21:FL1
Producer ID *22:FL1
Producer ID *23:FL1
Producer ID *24:FL1
Producer ID *25:FL1
(3) Order result status: Final
Collection or observation date-time: 12/23/2023 06:10
Requested date-time: 12/22/2023 04:00
Receipt date-time: 12/23/2023 03:28
Reported date-time: 12/23/2023 06:08
Referring Physician:
Ordering Physician: Stella Ejiogu (sejiogu)
Specimen Source:
Source: BIOR
Filler Order Number: 942305156

FDC 000831

**119-SANTA ROSA C.I.**                                          2/18/2025
5850 East Milton Rd.
Milton, FL 32583                        Lipid Screen (Basic Lipid Panel) (AMA), CBC
w/Diff, Platelet ...
Main: 8509835800 Fax: 8509835864                    Date of Service: 12/23/2023

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ▮▮▮▮▮▮
Facility: 269-CROSS CITY EAST UNIT
Lab site: Florida Clinical Laboratory
Producer ID *26:FL1
Producer ID *27:FL1
Producer ID *28:FL1
Producer ID *29:FL1
Producer ID *30:FL1
Producer ID *31:FL1
Producer ID *32:FL1
Producer ID *33:FL1
Producer ID *34:FL1
Producer ID *35:FL1
Producer ID *36:FL1
Producer ID *37:FL1
Producer ID *38:FL1
Producer ID *39:FL1
Producer ID *40:FL1
Producer ID *41:FL1
Producer ID *42:FL1
Producer ID *43:FL1
Producer ID *44:FL1
Producer ID *45:FL1
(4) Order result status: Final
Collection or observation date-time: 12/23/2023 06:10
Requested date-time: 12/22/2023 04:00
Receipt date-time: 12/23/2023 03:28
Reported date-time: 12/23/2023 06:08
Referring Physician:
Ordering Physician: Stella Ejiogu (sejiogu)
Specimen Source:
Source: BIOR
Filler Order Number: 942305156
Lab site: Florida Clinical Laboratory
Producer ID *46:FL1
Producer ID *47:FL1
Producer ID *48:FL1
Producer ID *49:FL1
Producer ID *50:FL1
Producer ID *51:FL1
Producer ID *52:FL1
Producer ID *53:FL1
Producer ID *54:FL1
Producer ID *55:FL1
Producer ID *56:FL1
Producer ID *57:FL1

FDC 000832

**119-SANTA ROSA C.I.**                                              2/18/2025

5850 East Milton Rd.
Milton, FL 32583                        Lipid Screen (Basic Lipid Panel) (AMA), CBC
w/Diff, Platelet ...
Main: 8509835800 Fax: 8509835864                    Date of Service: 12/23/2023

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 269-CROSS CITY EAST UNIT
```
Producer ID *58:FL1
Producer ID *59:FL1
Producer ID *60:FL1
Producer ID *61:FL1
Producer ID *62:FL1
Producer ID *63:FL1
-----------------
The following lab values were dispersed to the flowsheet
with no units conversion:
  RBC, 4.74 X10(6)/UL, (F)  expected units: 10*6/mm3
  MCHC, 33.6 G/DL, (F)  expected units: %
  PLATELET COUNT, 165 X10(3)/UL, (F)  expected units: 10*3/mm3
-----------------
The following non-numeric lab results were dispersed to
the flowsheet even though numeric results were expected:
  Crystals Urine, NONE
  WBC, Urine, 0-5
```

Signed By: Ejiogu, APRN, Medical Provider, Centurion, Stella at 1/3/2024 12:51:03 PM

FDC 000833

**119-SANTA ROSA C.I.**                                                      2/18/2025
5850 East Milton Rd.
Milton, FL 32583                          DC4-698A Sick Call Request
Main: 8509835800 Fax: 8509835864    Date of Service: 12/22/2023

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 211-CROSS CITY C.I.
**DC4-698A Sick Call Request**

*Imported By: Stephanie Gilbert, Medical Records Clerk, Centurion 12/22/2023 3:25:00 PM*

---

External Attachment:

  Type:      Image
 Comment:   Sick Call

Signed By: Howard, RN, Registered Nurse, Centurion, Tionne at
12/22/2023 3:25:30 PM

1 of 1

FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES
## INMATE SICK–CALL REQUEST

Date: 12-21-23                          Time: 2:30 pm

Inmate Name: ROBERT S. Lee              DC#: T15204

Housing assignment: A-1-208 L           Job assignment: A/C

Do you need an interpreter for your Sick Call visit? (Sign language, Spanish, etc.) ☐Yes ☑No
If so, what type: _____

Did you require assistance completing this form? (Blind, Quadriplegic, etc.) ☐Yes ☑No
If so, why: _____

Problem:

**SICK CALL TRIAGE:**
_____ EMERGENT
_____ URGENT/MD REFERRAL     1:52 Am
✓ ROUTINE
DATE 12.22.23
STAFF: SIGNATURE/STAMP: [signature]

☐  Pass/pass renewal

☐  Medication renewal

☐  Need information (explain): _____

☐  Problem with ADA/Disability equipment or supplies (explain the problem): _____

☐  Mental Health

☐  Dental

☑  Medical (explain): I'm having back pains & my leg's have been hurting. I was put on strip at TAYLOR C.I. I have metal-Rod in my left leg. ~~Sometimes~~ MY KNEE (LEFT) has been sore & hurts when I walk.

When did problem/symptoms start? 12-9-23 when I was put on strip w/o a mattress.

TO BE COMPLETED BY TRIAGE NURSE:
Date/Time received: _____
Triaged by: (Print name and licensure): _____ on (Date/Time) _____
Assigned Triage Level: ☐ Routine    ☐ Urgent    ☐ Emergent
Date patient assessed by nurse: _____ Signature/Stamp of Nurse Completing Sick Call: _____

Inmate Name: ROBERT S. Lee
DC#: T15204                Race/Sex B | M
Date of Birth: [redacted]
Institution: CROSS CITY C.I.

Distribution:  Original – File on R side of outpatient record in date order
Pink – Inmate (special housing only – otherwise destroy)

This form is not to be amended, revised, or altered without approval of the
FDC 000835 Chief of Health Services Administration.

**119-SANTA ROSA C.I.**                              2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                  Triage,back pain
Main: 8509835800 Fax: 8509835864        Date of Service: 12/22/2023

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ████████
Facility: 211-CROSS CITY C.I.

**Nurse Visit**

**Copay?** No
**Reason for encounter:** Triage

**Orders added during this encounter:**

Sick Call; Start Date: 12/29/2023

**Initial Triage Information:**

12/22/2023 11:52 AM
**Chief Complaint:** back pain
**Triage Level:** 3

**Disclaimer: All EMR timestamps are Eastern Time Zone**

Signed By: Howard, RN, Registered Nurse, Centurion, Tionne at 12/22/2023 11:55:11
AM

**119-SANTA ROSA C.I.**                                         2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                    TRANSFER OUT
Main: 8509835800 Fax: 8509835864          Date of Service: 12/19/2023

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 218-TAYLOR C.I.
**Note:** Transfer from Taylor CI to Cross City CI on 12.18.2023
**Type of Record Transfer** Transfer Out
**Most Recent Paper Volume Number** 28
**Previous Paper Volume Numbers** 1-27
**Psychological Volume Numbers** 1
**Dental Volume Numbers** 1


DC4-701 Chronological Record of Health Care (Revised 8/1/17)
This form is not to be amended, revised, or altered without          approval of the Office of Health Services
Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**


Signed By: Bass, Medical Records Clerk, Centurion, Julia at 12/19/2023 2:32:25 PM

1 of 1

**119-SANTA ROSA C.I.**                                               2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                                    Admin Forms
Main: 8509835800 Fax: 8509835864                    Date of Service: 12/19/2023

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████████
Facility: 211-CROSS CITY C.I.

**Orders added during this encounter:**
Initial Confinement Interview; Start Date: 12/20/2023

Signed By: Amerson, Medical Records Clerk, Centurion, Leslie at 12/19/2023 1:42:05 PM

**119-SANTA ROSA C.I.**                                    2/18/2025
5850 East Milton Rd.
Milton, FL 32583                          Observation Checklist
Main: 8509835800 Fax: 8509835864    Date of Service: 12/17/2023

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████████
Facility: 218-TAYLOR C.I.
**Observation Checklist**


*Imported By: Ashley Rogers, Medical Records Clerk, Centurion 12/19/2023 10:49:40 AM*

_____

External Attachment:

  Type:      Image
  Comment:   External Document


Signed By: McNeal, RN, Registered Nurse, Centurion, Tierra at
12/19/2023 10:50:05 AM

1 of 1

# OBSERVATION CHECKLIST
### (For Inpatient or Outpatient)

| SECTION ONE (To be completed by Medical/Mental Health staff) |
|---|

Date: 12/17/23   Institution: TCI   ☒ IMR   ☐ OC   ☐ Other _____

Observation status:   ☒ SHOS (Self Harm Observation Status)   ☐ Other
Time/date placed on observation/seclusion:   12·17·23 @ 2110   by Wester, PMHNP
Frequency of observation:   ☐ Continuous   ☒ 15 minutes
On medications?   ☒ Yes ___ No
Items Allowed/Issued (check yes or no for each item):

| Yes No | | Yes No | | Yes No | |
|---|---|---|---|---|---|
| ✓ | Tear-resistant mattress? | ✓ | Tear-resistant privacy garment? | ✓ | Wheelchair? |
| ✓ | Underpants? | ✓ | Legal mail? | ✓ | Prosthetics? |
| ✓ | Reading material? | ✓ | Tear resistant blanket? | | |

Time/date discontinued from observation/seclusion   12/18/23   0627   by E. Hercule MD

| SECTION TWO (To be completed by security or nursing staff) |
|---|

**TIME, CODE(S), AND INITIALS ARE REQUIRED ON THE BELOW TIME LINES PER PRECAUTION LEVEL**
Security staff shall immediately notify health care staff if behaviors in codes 1*, 2*, and/or 3* are observed.

**CODE EXPLANATION**

| | | TIME | CODE(S)/INITIALS | TIME | CODE(S)/INITIALS | TIME | CODE(S)/INITIALS |
|---|---|---|---|---|---|---|---|
| 1. | Beating on door/wall* | 2400 | 24/ TM | 0800 | / | 1600 | / |
| 2. | Yelling or screaming* | 0015 | 14 / | 0815 | / | 1615 | / |
| 3. | Crying* | 0030 | 14 / | 0830 | / | 1630 | / |
| 4. | Cursing | 0045 | 8 9 / | 0845 | / | 1645 | / |
| 5. | Laughing | 0100 | 14 / | 0900 | / | 1700 | / |
| 6. | Singing | 0115 | 14 / | 0915 | / | 1715 | / |
| 7. | Mumbling incoherently | 0130 | 14 / | 0930 | / | 1730 | / |
| 8. | Mute | 0145 | 14 / | 0945 | / | 1745 | / |
| 9. | Talking to staff | 0200 | 14 / TM | 1000 | / | 1800 | / |
| 10. | Talking to peers | 0215 | 14 / | 1015 | / | 1815 | / |
| 11. | Talking to self/wall | 0230 | 14 / | 1030 | / | 1830 | / |
| 12. | Standing still | 0245 | 14 / | 1045 | / | 1845 | / |
| 13. | Walking | 0300 | 14 / | 1100 | / | 1900 | / |
| 14. | Lying or sitting | 0315 | 14 / | 1115 | / | 1915 | / |
| 15. | Quiet | 0330 | 14 / WD | 1130 | / | 1930 | / |
| 16. | Sleeping | 0345 | 14 / WD | 1145 | / TM | 1945 | / |
| 17. | Meals a) Taken b) Refused | 0400 | 16 / WD | 1200 | / | 2000 | / |
| 18. | Fluids a) Taken b) Refused | 0415 | 4,12 / WD | 1215 | / | 2015 | / |
| 19. | Bath/shower: | 0430 | 14 / WD | 1230 | / | 2030 | / |
|  | a) Taken b) Refused | 0445 | 14 / WD | 1245 | / | 2045 | / |
| 20. | Out of cell (indicate | 0500 | 14 / WD | 1300 | / | 2100 | / |
|  | inmate's location in | 0515 | 14 / WD | 1315 | / | 2115 | / |
|  | appropriate time slots) | 0530 | 14 / WD | 1330 | / | 2130 | / |
| 21. | Toothbrush: | 0545 | 14 / WD | 1345 | / | 2145 | / |
|  | a) Used b) Refused | 0600 | 17,19 BB / WD | 1400 | TM,17,16 / | 2200 | / |
| 22. | Cell/room searched | 0615 | 14 / WD | 1415 | / | 2215 | / |
| 23. | Wrap/smock/gown/blanket/ | 0630 | / | 1430 | / | 2230 | / |
|  | mattress checked (required | 0645 | / | 1445 | / | 2245 | / |
|  | each shift) | 0700 | / | 1500 | / | 2300 | / |
| 24. | Nursing eval. | 0715 | / | 1515 | / | 2315 | / |
| 25. | | 0730 | / | 1530 | / | 2330 | / |
| 26. | | 0745 | / | 1545 | / | 2345 | / |

Staff **LEGIBLE** initials, printed name, and signature:

| Day Shift Staff | | | Evening Shift Staff | | | Night Shift Staff | | |
|---|---|---|---|---|---|---|---|---|
| 7a-3p or 7a-7p | | | 3p-11p or 4p-12mn | | | 11p-7a or 12mn-8a or 7p-7a | | |
| Initials | PRINT NAME | SIGNATURE | Initials | PRINT NAME | SIGNATURE | Initials | PRINT NAME | SIGNATURE |
| | | | | | | WD | W. Davidson | W.__ | 12-8 |
| | | | | | | TM | T. McNeel | __ McNeel |

**Note: Additional signatures, stamps, and corresponding initials are to be entered on back of form. Form to be placed in inmate's infirmary/medical record upon completion or upon discharge of inmate from observation status.**

Inmate Name Lee, Robert
DC# T15204   Race/Sex B/M
Date of Birth _____   Institution: TCI

DC4-650 (Effective 01/21) (Revised 06/21)
Page 1 of 2

FDC 000840

Incorporated by Reference In Rule 33-602.220, F.A.C.

FLORIDA DEPARTMENT OF CORRECTIONS

# OBSERVATION CHECKLIST
### (For Inpatient or Outpatient)

| SECTION ONE (To be completed by Medical/Mental Health staff) |
|---|

Date: 12/17/23   Institution: TCI   ☒ IMR  ☐ OC  ☐ Other _____

Observation status:  ☐ SHOS (Self Harm Observation Status)   ☐ Other _____

Time/date placed on observation/seclusion: 12/17/23 @ 2110   by Wester, PMHNP

Frequency of observation: ☐ Continuous  ☒ 15 minutes

On medications? ☒ Yes   ☐ No

Items Allowed/Issued (check yes or no for each item):

| Yes | No | | Yes | No | | Yes | No | |
|---|---|---|---|---|---|---|---|---|
| ✓ | | Tear-resistant mattress? | | ✓ | Tear-resistant privacy garment? | | ✓ | Wheelchair? |
| | ✓ | Underpants? | | ✓ | Legal mail? | | ✓ | Prosthetics? |
| | ✓ | Reading material? | | ✓ | Tear resistant blanket? | | | |

Time/date discontinued from observation/seclusion _____ by _____

| SECTION TWO (To be completed by security or nursing staff) |
|---|

**TIME, CODE(S), AND INITIALS ARE REQUIRED ON THE BELOW TIME LINES PER PRECAUTION LEVEL**
Security staff shall immediately notify health care staff if behaviors in codes 1\*, 2\*, and/or 3\* are observed.

| CODE EXPLANATION | | TIME | CODE(S)/INITIALS | TIME | CODE(S)/INITIALS | TIME | CODE(S)/INITIALS |
|---|---|---|---|---|---|---|---|
| 1. | Beating on door/wall* | 2400 | / | 0800 | / | 1600 | / |
| 2. | Yelling or screaming* | 0015 | / | 0815 | / | 1615 | / |
| 3. | Crying* | 0030 | / | 0830 | / | 1630 | / |
| 4. | Cursing | 0045 | / | 0845 | / | 1645 | / |
| 5. | Laughing | 0100 | / | 0900 | / | 1700 | / |
| 6. | Singing | 0115 | / | 0915 | / | 1715 | / |
| 7. | Mumbling incoherently | 0130 | / | 0930 | / | 1730 | / |
| 8. | Mute | 0145 | / | 0945 | / | 1745 | / |
| 9. | Talking to staff | 0200 | / | 1000 | / | 1800 | / |
| 10. | Talking to peers | 0215 | / | 1015 | / | 1815 | / |
| 11. | Talking to self/wall | 0230 | / | 1030 | / | 1830 | / |
| 12. | Standing still | 0245 | / | 1045 | / | 1845 | / |
| 13. | Walking | 0300 | / | 1100 | / | 1900 | / |
| 14. | Lying or sitting | 0315 | / | 1115 | / | 1915 | / |
| 15. | Quiet | 0330 | / | 1130 | / | 1930 | / |
| 16. | Sleeping | 0345 | / | 1145 | / | 1945 | / |
| 17. | Meals a) Taken b) Refused | 0400 | / | 1200 | / | 2000 | / |
| 18. | Fluids a) Taken b) Refused | 0415 | / | 1215 | / | 2015 | / |
| 19. | Bath/shower: | 0430 | / | 1230 | / | 2030 | / |
| | a) Taken b) Refused | 0445 | / | 1245 | / | 2045 | / |
| 20. | Out of cell (indicate | 0500 | / | 1300 | / | 2100 | / |
| | inmate's location in | 0515 | / | 1315 | / | 2115 | 9 / м |
| | appropriate time slots) | 0530 | / | 1330 | / | 2130 | 9 / м |
| 21. | Toothbrush: | 0545 | / | 1345 | / | 2145 | 9 / м |
| | a) Used b) Refused | 0600 | / | 1400 | / | 2200 | 9 / м |
| 22. | Cell/room searched | 0615 | / | 1415 | / | 2215 | 14 / ас |
| 23. | Wrap/smock/gown/blanket/ | 0630 | / | 1430 | / | 2230 | 24 / BM |
| | mattress checked (required | 0645 | / | 1445 | / | 2245 | 14 / ес |
| | each shift) | 0700 | / | 1500 | / | 2300 | 14 / ас |
| 24. | Nursing eval. | 0715 | / | 1515 | / | 2315 | 14 / ас |
| 25. | | 0730 | / | 1530 | / | 2330 | 14 / ас |
| 26. | | 0745 | / | 1545 | / | 2345 | 14 / ас |

Staff **LEGIBLE** initials, printed name, and signature:

| Day Shift Staff 7a-3p or 7a-7p | | | Evening Shift Staff 3p-11p or 4p-12mn | | | Night Shift Staff 11p-7a or 12mn-8a or 7p-7a | | |
|---|---|---|---|---|---|---|---|---|
| Initials | PRINT NAME | SIGNATURE | Initials | PRINT NAME | SIGNATURE | Initials | PRINT NAME | SIGNATURE |
| | | | | | | BM | BMill, RN | B Mill |
| | | | | | | | | |
| | | | | | | | | |

Note: Additional signatures, stamps, and corresponding initials are to be entered on back of form. Form to be placed in inmate's infirmary/medical record upon completion or upon discharge of inmate from observation status.

Inmate Name Lee, Robert
DC# T15704   Race/Sex B/M
Date of Birth _____ Institution: TCI

DC4-650 (Effective 01/21) (Revised 06/21)
Page 1 of 2

FDC 000841

Incorporated by Reference In Rule 33.602.220, F.A.C.

**119-SANTA ROSA C.I.**
5850 East Milton Rd.
Milton, FL 32583
Main: 8509835800 Fax: 8509835864

2/18/2025

Xfr Sum - Provider;
Date of Service: 12/19/2023

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 211-CROSS CITY C.I.
Transfers:

FLORIDA DEPARTMENT OF CORRECTIONS    OFFICE OF HEALTH SERVICES
**HEALTH INFORMATION TRANSFER AND ARRIVAL SUMMARY**

Provider Summary:
**Clinical Date and Time:**
12/19/2023 9:06 AM
**Previous Receiving Screen Reviewed?** Yes

**Medications needed:** No
**M Grade:** 1
**W Grade:** 1
**S Grade:** 1
**Current Work Status**
**Is Inmate in Chronic Clinic?** No
**Consult needed?** No

**Passes written:**

DC4-760A Health Information Transfer/Arrival Summary (Revised 11/20/23
This form is not to be amended, revised, or altered without        approval of the Deputy Director of
Health Services Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

Inmate Name: ROBERT S LEE
DC#: T15204    Race/Sex: Black or African American / Male
Date of Birth: ███████
Institution: 211-CROSS CITY C.I.

Signed By: Dwares, APRN, Medical Provider, Centuion, Curtis at 12/19/2023 9:07:23 AM

**119-SANTA ROSA C.I.**                                                2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                      Chron Rec Health Care
Main: 8509835800 Fax: 8509835864              Date of Service: 12/18/2023

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 211-CROSS CITY C.I.
**Note:** TRANSFER IN
**Type of Record Transfer** Transfer In
**Most Recent Paper Volume Number** 28
**Previous Paper Volume Numbers** 1-27 (2 BOXES)
**Psychological Volume Numbers** 1
**Dental Volume Numbers** 1


DC4-701 Chronological Record of Health Care (Revised 8/1/17)
This form is not to be amended, revised, or altered without        approval of the Office of Health Services
Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**


Signed By: Natkiel, Medical Records Clerk, Centurion, Jennifer at 12/18/2023 3:59:56
PM

FDC 000843

**119-SANTA ROSA C.I.**                                          2/18/2025
5850 East Milton Rd.
Milton, FL 32583                               Xfr Sum - Receiving;Hlth Ed;
Main: 8509835800 Fax: 8509835864              Date of Service: 12/18/2023

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ▮▮▮▮▮▮▮
Facility: 211-CROSS CITY C.I.
Transfers:


## Orders added during this encounter:

Health Review- Transfer (Provider); Start Date: 12/19/2023



FLORIDA DEPARTMENT OF CORRECTIONS    OFFICE OF HEALTH SERVICES
**HEALTH INFORMATION TRANSFER AND ARRIVAL SUMMARY**

**Receiving facility MUST complete all starred items.**      Completion of the below
information is not applicable for inmates transferring to a community facility: e.g work release center

Document Name of Transit or Permanent Facility:
Permanent Facility   **Facility Name:** 211-CROSS CITY C.I.
12/18/2023 3:07 PM
Vital Signs: Any Vital Signs out of normal range requires referral:

**Temp:**  98.3
**Pulse:** 69  **Resp:**  16  **BP:**  132  **/** 84  **O2 sat:**    99
**Current Weight (lbs):**    155
**Oriented to:** Person, Place, Time
**Current behavior: * requires referral:** Cooperative

 **1. Health Services Inmate Orientation Handbook received?   Permanent Facility Only:** Yes
**\*2. Oriented to access of care: Sick call-Emergency-Pill line-Mental Health- Dental and Medications pick up?** Yes
**\*3. Is Inmate currently receiving medications?**    Yes
**\*4. Does the inmate have medications with them? If NO, referral required:** Yes
**\*5. Is the Inmate currenlty receiving healthcare?** No
**\*6. Is the Inmate presently thinking of committing suicide?** No
**\*7. Does Inmate have a history of substance abuse treatment? Permanent Facility Only:** No
**\*8. Does Inmate have a history of self-injurious behavior?** No
**\*9. Does inmate have a history of inpatient and/or outpatient psychiatric tx?** No
 **10. Does the inmate feel that s/he is susceptible to being victimized by an act of sexual abuse or assault?**   No
 **11. Does the inmate acknowledge or exhibit any tendencies to act out sexually aggressive behavior?** No
**\*12. Does the inmate have a current medical, dental, or MH complaint** No
**\*13. Deformities-evidence of abuse-trauma-disabilities or other physical limitations?** No
**\*14. Signs or symptoms of skin infection?** No
**\*15. Referrals needed for:** N/A
**\*16. Any change in medication list?** No
**\*17. Prescription renewal needed for current prescribed** No
**\*18. Single dose MAR?** Yes
**\*19. Current Medical-Dental or Mental Health complaint?** No

FDC 000844

**119-SANTA ROSA C.I.**
5850 East Milton Rd.
Milton, FL 32583
Main: 8509835800 Fax: 8509835864

2/18/2025

Xfr Sum - Receiving;Hlth Ed;
Date of Service: 12/18/2023

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 211-CROSS CITY C.I.
**\*20. Are there any job or housing restrictions?** No
**\*21. Does Inmate require any Passes?** No
**\*22. Does Inmate have Consults pending?** No
**\*23. Does Inmate have any overdue appointments?** No
**\*24. Does Inmate need impaired Inmate Assistant?** No
**\*25. Disposition:** Gen Pop, Confinement
**\*26. Has the Inmate been screened for Hepatitis C? Permanent Facility Only:** Yes


**Orders Added:**
Added new Test order of Health Review- Transfer (Provider) (HR) - Signed

Transfer sending info reviewedTransfer receiving summary reviewed
DC4-760A Health Information Transfer/Arrival Summary (Revised 11/20/23)
This form is not to be amended, revised, or altered without          approval of the Deputy Director of
Health Services Administration.

**\*\*Disclaimer: All EMR timestamps are Eastern Time Zone\*\***

Inmate Name: <u>ROBERT S LEE</u>
DC#: <u>T15204</u>    Race/Sex: <u>Black or African American / Male</u>
Date of Birth: ███████
Institution: <u>211-CROSS CITY C.I.</u>
FLORIDA DEPARTMENT OF CORRECTIONS    OFFICE OF HEALTH SERVICES
**INMATE HEALTH EDUCATION**

**Institution:**
211-CROSS CITY C.I. **Date:** 12/18/2023


**Reception health services orientation provided in Accordance with Procedure 403.008 Inmate
Health Services Orientation and Education.**

**Education regarding Hepatitis C completed in accordance with HSB 15.03.09 Supplement #3
Section D.**

**Hygiene**


DC4-773 Inmate Health Education (Revised 7/31/23)
This form is not to be amended, revised, or altered without approval of the Deputy Director of Health
Services Administration.

**\*\*Disclaimer: All EMR timestamps are Eastern Time Zone\*\***

2 of 3

**119-SANTA ROSA C.I.**
5850 East Milton Rd.
Milton, FL 32583
Main: 8509835800 Fax: 8509835864

2/18/2025

Xfr Sum - Receiving;Hlth Ed;
Date of Service: 12/18/2023

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ████████
Facility: 211-CROSS CITY C.I.


Signed By: Campbell, RN, Registered Nurse, Centurion, Lisa at 12/18/2023 3:09:58 PM
Signed By: Dwares, APRN, Medical Provider, Centuion, Curtis at 12/19/2023 9:07:32 AM

3 of 3

**119-SANTA ROSA C.I.**                                          2/18/2025
5850 East Milton Rd.
Milton, FL 32583                          :Pre Spec Housing and Risk Assess for Chem Rest,
Main: 8509835800 Fax: 8509835864                   Date of Service: 12/18/2023

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ▇▇▇▇▇▇▇
Facility: 211-CROSS CITY C.I.

## Nurse Visit

**Copay?** No
**Reason for encounter:** EMID(Check if paper form done and scanned in)

FLORIDA DEPARTMENT OF CORRECTIONS    OFFICE OF HEALTH SERVICES
**RISK ASSESSMENT FOR THE USE OF CHEMICAL RESTRAINT AGENTS AND ELECTRONIC IMMOBILIZATION DEVICES**

**DC4-650B Risk Assessment for the Use of Chemical Restraint Agents and Electronic Immobilization Devices must be completed    when a pre-confinement health assessment is conducted.**

DC4-650B will be reviewed at the time of all practitioner health care encounters. If any changes in an inmate's medical condition are identified (e.g, new diagnosis) that would affect the use of chemical restraint agents or electronic immobilization devices, a new DC4-650B must be completed and provided to security staff, replacing the previous DC4-650B.

_____

## Chemical Restraint Agents Assessment:

**No Known Medical Risk Factor(s)***: has been identified at the time of this pre-confinement health assessment, based on a review of the    medical record and current health status that may be exacerbated by the use of chemical restraint agents.

**\*Medical Risk Factor(s)**    are conditions that may be exacerbated by the use of chemical restraint agents include, but are not limited to, the    following: asthma, chronic obstructive pulmonary disease, emphysema, congestive heart failure, angina, pregnancy, and unstable hypertension. (Inmate is considered stable if B/P has been <140/90 at last cardiovascular clinic visit.)

_____

**Electronic Immobilization Device (EID) Assessment:**

**No Known Medical Risk Factor(s)*** has been identified at the time of this pre-confinement health assessment, based on a review of the medical record that may be exacerbated by the use of electronic immobilization devices.

**\*Medical Risk Factor(s)***  are conditions that may be exacerbated by the use of electronic immobilization devices include, but are not limited to,    the following: seizure disorder, multiple sclerosis, muscular dystrophy, pacemaker, and pregnancy.

_____

DC4-650B- Risk Assessment for the Use of Chemical Restraint Agents and Electronic Immobilization Devices (Revised 10/20)
This form is not to be amended, revised, or altered without approval of the Office of Health Services Administration.

1 of 4

**119-SANTA ROSA C.I.**                                              2/18/2025
5850 East Milton Rd.
Milton, FL 32583                      :Pre Spec Housing and Risk Assess for Chem Rest,
Main: 8509835800 Fax: 8509835864                 Date of Service: 12/18/2023

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████████
Facility: 211-CROSS CITY C.I.

Incorporated by Reference in Rule 33-602.210, F.A.C.
**Disclaimer: All EMR timestamps are Eastern Time Zone**

FDC 000848

**119-SANTA ROSA C.I.**                                                                    2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                    :Pre Spec Housing and Risk Assess for Chem Rest,
Main: 8509835800 Fax: 8509835864                              Date of Service: 12/18/2023

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 211-CROSS CITY C.I.

FLORIDA DEPARTMENT OF CORRECTIONS    OFFICE OF HEALTH SERVICES
**PRE-SPECIAL HOUSING HEALTH EVALUATION**

**Post Use of Force?** No
**if yes, was DC4-701C completed?** No

**M:**1  **S:**1  **W:**1  **T:**1  **I:**_

**Is inmate demonstrating strange/bizarre behavior or thinking about/threatening/engaging in
self-harmful behavior?** No
**Current Medical Complaint?** No
**Temp:**  98.3 F
**Pulse:**  69  **Resp:**  16  **BP:**  132 / 84 **O2 sat:** 99 **Weight (lbs):**  155

**Infirmities or impairment?** No    **Does inmate have assistive devices that will remain with her/him?**
No

**Renewal/ Refill Needed?** No
*Chart referred for renewal or refill ordered.

**Arrangements for Medication Administration:** Self

**Inmate medication delivered to health care staff?** No

**Are there any apparent acute medical/mental health reasons, including any thoughts, threats or
gestures of self-injurious behavior, that preclude placement in special housing?( If yes, refer
inmate to clinic)** No

**Health Record Reviewed?** Yes
**Inmate educated on how to access medical, dental and mental health care?** Yes

**Completed DC4-529 Mental Health Referral for S2/S3?** N/A
**Completed DC4-650B Risk Assessment?** Yes DC4-769 Pre-Special Housing Health Evaluation
(Revised 02/23/18)
This form is not to be amended, revised, or altered without        approval of the Office of Health Services
Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

Signed By: Campbell, RN, Registered Nurse, Centurion, Lisa at 12/18/2023 2:51:24 PM
Signed By: Dwares, APRN, Medical Provider, Centuion, Curtis at 12/19/2023 8:08:42
AM

3 of 4

**119-SANTA ROSA C.I.**                                        2/18/2025
5850 East Milton Rd.
Milton, FL 32583                    :Pre Spec Housing and Risk Assess for Chem Rest,
Main: 8509835800 Fax: 8509835864              Date of Service: 12/18/2023

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 211-CROSS CITY C.I.

4 of 4

**119-SANTA ROSA C.I.**                                    2/18/2025
5850 East Milton Rd.
Milton, FL 32583                    Diagram of Injury/Rule of Nines
Main: 8509835800 Fax: 8509835864    Date of Service: 12/17/2023

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████████
Facility: 218-TAYLOR C.I.
**Diagram of Injury/Rule of Nines**


*Imported By: Ashley Rogers, Medical Records Clerk, Centurion 12/18/2023 1:50:18 PM*

---

External Attachment:

  Type:     Image
  Comment:  Diagram of Injury/Rule of Nines


Signed By: Hill, RN, Registered Nurse, Centurion, Breanna at
12/18/2023 1:50:32 PM

1 of 1

FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES
DIAGRAM OF INJURY



Superficial abrasion

Date of occurrence __12/17/23__    Time of occurrence __2048__

Date injury assessed by medical __12/17/2023__    Time injury assessed by medical __2100__

☐ No injury identified

Description of injury:

_Superficial abrasion to top Middle back, no bleeding noted._

_B Hill, RN / B. Hill, RN_
Staff Signature

Inmate Name __Lee, Robert__

DC# __T15204__    Race/Sex __B/M__

Date of Birth __█████████__

Institution __TCI__

This form is not to be amended, revised, or altered without approval by the Director of Health Services Administration.

Copies distribution:  White/Health Record    Canary/Inspector General    Pink/Warden or Asst. Warden

DC4-708 (Revised 10/07)

**119-SANTA ROSA C.I.**
5850 East Milton Rd.
Milton, FL 32583
Main: 8509835800 Fax: 8509835864

2/18/2025

Disch Summary,
Date of Service: 12/18/2023

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 218-TAYLOR C.I.
FLORIDA DEPARTMENT OF CORRECTIONS   OFFICE OF HEALTH SERVICES
**DISCHARGE SUMMARY**
**Discharge Date:** 12/18/2023 **Time:** 6:27 AM
**Allergies:**
* NKDA (Mild)


**Discharge Diagnosis:** MH Problem: Impulsiveness (ICD-126) (ICD10-F99), MH Problem: Pathological Behaviors Not Listed Elsewhere (ICD-135) (ICD10-F99)

**Discharge Medications:**
IBUPROFEN 600 MG ORAL TABS (IBUPROFEN) 1 tab PO QD PRN.; Route: ORAL
SULFAMETHOXAZOLE-TRIMETHOPRIM 800-160 MG ORAL TABS
(SULFAMETHOXAZOLE-TRIMETHOPRIM) 1 TAB PO QD   BID; Route: ORAL
IBUPROFEN 600 MG ORAL TABS (IBUPROFEN) 1 TAB PO QD PRN; Route: ORAL


**Follow up Lab/Appointments:**
Periodic Screening [PE]
Dental Periodic Wait List [DSAX]
ATBQ [NURATBQ]
CBC w/o Diff (Hemogram)/Plat. CT (PE) [0034-9]
Fasting Glucose (PE) [0095-0]
Urinalysis (PE) [0159-4]
Refer to Optometrist [SPOP]
Hemoccult Screening (PE) [HEMOSCREEN]
UA- Dip [UADIP]
Staff Request/Referral [NURREQREF]
Provider Follow up [FU]
Comprehensive Metabolic Panel [3427-2]
CBC w/Diff [0053-9]
Lipid Screen (Basic Lipid Profile) [0009-1]
Urinalysis [0159-4]
90(84) day S1 & S2 F/U confinement [MHF90]
New Inmate HLT Review (Nurse) [TRANIN]
Staff Request/Referral [NURREQREF]
SHOS - Admit to SHOS [SHOS]
SHOS - Allowable Items [SHOS-ITEMS]
SHOS - Activity Level [SHOS-ACTIVITY]
SHOS - Mental Health Diet [SP-PMSP]
SHOS - Vital Signs Q 24 Hours [SHOS-Q24VS]
SHOS - Observation Checks (q 15 min or continuous) [SHOS-OBS]
SHOS Status [SHOS]
Infirmary Admission Orders [NURINFADMIT]
Provider Follow up [FU]


**Condition at Discharge:** PATIENT WAS CLEARED BY MENTAL HEALTH TO RETURN TO DORM.
PATIENT IS MEDICALLY STABLE.

**119-SANTA ROSA C.I.**                                              2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                              Disch Summary,
Main: 8509835800 Fax: 8509835864                    Date of Service: 12/18/2023

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ████████
Facility: 218-TAYLOR C.I.
 D/C SHOS.
**Disposition:** Dorm

DC4-713B Discharge Summary (Revised 12/17/19)
This form is not to be amended, revised, or altered without      approval of the Office of Health Services
Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

Signed By: Hercule, MD, Medical Director, Centurion, Eliejoseph at 12/18/2023 6:29:28
AM

FDC 000854

**119-SANTA ROSA C.I.**
2/18/2025
5850 East Milton Rd.
Milton, FL 32583
MH Daily Nur Eval,
Main: 8509835800 Fax: 8509835864
Date of Service: 12/18/2023

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ████████
Facility: 103-JEFFERSON CI
FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES

## MENTAL HEALTH NURSING EVALUATION

### SUBJECTIVE:

12/18/2023 12:05 AM **Patient Age:** 42 Years Old
**Date of Admission:**   12/17/2023
**Institution:** 218-TAYLOR C.I.
**Current location of patient:** Isolation Management Room -IMR/ Self Harm Observation Status -SHOS
**Type of evaluation:** Evaluation every 8 hours for IMR,CSU,CMHTF
**Has the SHOS/IMR order been reviewed daily by the clinician?** N/A
**Weekend/Holidays nurse has documented the above review from the on-call clinician in medical record:** N/A

PHYSICAL ASSESSMENT
F % **Last 3 Weights:**
152 12/17/2023 9:19:33 PM,
152 12/17/2023 9:03:48 PM,
170 11/30/2023 3:57:24 PM
SHOS: As ordered by clinician
MORSE FALL SCALE ASSESSMENT DC4-684A Completed
On Admission on all CSU, CMHTF, & TCU patients
**Previous Score with Date:**
0 (12/17/2023 9:19:33 PM)
**Risk Level**
No Risk
Day Shift to list inmate impairments:

### SUBJECTIVE:
**Patient's general comments/complaints:** Pt. resting, resp. even and unlabored.
**Medical/Dental Complaints?:** No

### OBJECTIVE:
NA for this shift
**Diet or Meal Tray** Nights-Breakfast
Accepted meal tray

**Sleep: Number of hours patient slept    4**
**Nights 2400-0800**

**Skin Integrity:**
For alterations in skin integrity complete the appropriate Nursing Protocol and if skin damage is associated with an injury complete Diagram of Injury, DC4-708.    Additional notes may be documented on form DC4-642F or DC4-714A.    If specific skin problem not noted, select NA.
   N/A
Weekly DC4-804 Braden Scale for Predicting Pressure Sore Risk completed on Day Shift.
**Last Score with date:** 22 (12/17/2023 9:19:33 PM)

1 of 3

**119-SANTA ROSA C.I.**                                        2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                        MH Daily Nur Eval,
Main: 8509835800 Fax: 8509835864              Date of Service: 12/18/2023

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: █████████
Facility: 103-JEFFERSON CI
**Today's score:** 22
**Appearance:**
Sleeping

**Current Behavior (Check all that apply):**
Sleeping

**Orientation:**
Sleeping

**Memory:**
Sleeping

**Eye Contact:**
Sleeping

**Speech:**
Sleeping

**Mood:**
Sleeping

**Affect:**
Sleeping

**Thought Process:**
Sleeping

**Perception:**
Sleeping
**Thought Content:**
Sleeping

## DAILY ASSESSMENTS AND PLANS
1. List & describe noted problems and plans each shift
2. Day shift to list all current CSU and CMHTF inmate problems by ISP number every 7 days.
3. Day shift to list all current TCU inmate problems by ISP number every 28 days.

**Last ISP assessment on:**
02/28/2023
**Current Problems:**
Urinary tract infection (UTI) (ICD-599.0) (ICD10-N39.0)
Blood in urine (ICD-599.70) (ICD10-R31.9)
General health examination (ICD-V70.9) (ICD10-Z00.00)
Abnormal labs (ICD-790.99) (ICD10-R89.9)
Knee pain (ICD-719.46) (ICD10-M25.569)
Back pain (ICD-724.5) (ICD10-M54.9)
Other abnormal findings in urine (ICD10-R82.998)

2 of 3

**119-SANTA ROSA C.I.**
5850 East Milton Rd.
Milton, FL 32583
Main: 8509835800 Fax: 8509835864

2/18/2025

MH Daily Nur Eval,
Date of Service: 12/18/2023

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 103-JEFFERSON CI
Screening for vision (ICD-V80.2) (ICD10-Z13.89)
Wart (ICD-078.10) (ICD10-B07.9)
Headache, unspecified (ICD10-R51.9)
MH Problem: Impulsiveness (ICD-126) (ICD10-F99)
MH Problem: Pathological Behaviors Not Listed Elsewhere (ICD-135) (ICD10-F99)
MH Problem: Limited Social/Environmental Stimulation (ICD-507) (ICD10-F99)
MH Problem: Discharge Planning and Readiness Skills (ICD-308) (ICD10-F99)

DC4-673B Mental Health Nursing Evaluation (Revised 9/6/2017)
This form is not to be amended, revised, or altered without        approval of the Office of Health Services
Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

Signed By: McNeal, RN, Registered Nurse, Centurion, Tierra at 12/18/2023 12:46:34
AM

FDC 000857

**119-SANTA ROSA C.I.**                                                   2/18/2025
5850 East Milton Rd.
Milton, FL 32583                          Vitals,Morse Scale,Braden Scale,Inf/Hosp Admit Nur Eval
Main: 8509835800 Fax: 8509835864                  Date of Service: 12/17/2023

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ▉▉▉▉▉▉
Facility: 218-TAYLOR C.I.

FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES

## MENTAL HEALTH NURSING EVALUATION

### SUBJECTIVE:
12/17/2023 9:19 PM **Patient Age:** 42 Years Old
**Date of Admission:**   12/17/2023
**Institution:** 218-TAYLOR C.I.
**Current location of patient:** Isolation Management Room -IMR/ Self Harm Observation Status -SHOS
**Type of evaluation:** Evaluation every 8 hours for IMR,CSU,CMHTF
**Has the SHOS/IMR order been reviewed daily by the clinician?** Yes
**Weekend/Holidays nurse has documented the above review from the on-call clinician in medical record:** N/A

PHYSICAL ASSESSMENT
**Temp:** 97.8   F **Pulse:** 88  **Resp:** 19  **BP:** 128 / 86  **O2 sat:**   99   % **Weight (lbs):**   152
**Last 3 Weights:**
152 12/17/2023 9:03:48 PM,
170 11/30/2023 3:57:24 PM,
165 09/21/2023 2:04:16 PM
SHOS: As ordered by clinician
MORSE FALL SCALE ASSESSMENT DC4-684A Completed
**Risk Level**
No Risk
**Inmate has ADA OR non-ADA disabilities/impairments--e.g. doesn't understand English** No:
Day Shift to list inmate impairments:
### SUBJECTIVE:
**Patient's general comments/complaints:** Pt reports no c/o at this time other than stating "I guess I am suicidal, they said I was cutting." Pt denies plan or ideas and will not further elaborate. Pt appears agitated. Pt reassured that he will speak with MH next shift.
**Medical/Dental Complaints?:** No

### OBJECTIVE:
**Hygiene-Showers** Evenings
NA for this shift
**Diet or Meal Tray** Evenings-Dinner
**Comments:** pt gained to SHOS after dinner hours.

**Sleep: Number of hours patient slept    0**
**Evenings 1600-2400**

**Skin Integrity:**
For alterations in skin integrity complete the appropriate Nursing Protocol and if skin damage is associated with an injury complete Diagram of Injury, DC4-708.    Additional notes may be documented on form DC4-642F or DC4-714A.   If specific skin problem not noted, select NA.

1 of 9

**119-SANTA ROSA C.I.**                                         2/18/2025
5850 East Milton Rd.
Milton, FL 32583                    Vitals,Morse Scale,Braden Scale,Inf/Hosp Admit Nur Eval
Main: 8509835800 Fax: 8509835864              Date of Service: 12/17/2023

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 218-TAYLOR C.I.
Scratches/abrasions
**Location:** Top middle back
**Describe:** superficial abrasion, no bleeding noted.
Weekly DC4-804 Braden Scale for Predicting Pressure Sore Risk completed on Day Shift.
**Today's score:** 22
**AIMS: Completed by clinician:** NA
**Appearance:**
Somewhat disheveled
**Current Behavior (Check all that apply):**
Agitated
Cooperative

**Orientation:**
Person    Place
Time
Situation
**Memory:**
Intact

**Eye Contact:**
Good
**Speech:**
Normal

**Mood:**
Angry

**Affect:**
Normal

**Thought Process:**
Well Organized

**Perception:**
**Is patient hearing voices or conversations which others cannot hear?** No
**Is patient seeing visions of anything which others cannot see?** No
**Thought Content:**
**Is patient experiencing delusions e.g., believes s/he is being poisoned, can read minds, etc.?** No
**Does patient have non-suicidal self-injury ideas or threats?** No
**Does patient have suicidal ideas or threats?** No
**Does patient have homicidal threats or plan?** No

## DAILY ASSESSMENTS AND PLANS

1. List & describe noted problems and plans each shift
2. Day shift to list all current CSU and CMHTF inmate problems by ISP number every 7 days.
3. Day shift to list all current TCU inmate problems by ISP number every 28 days.

**Last ISP assessment on:**

FDC 000859

**119-SANTA ROSA C.I.**                                                          2/18/2025
5850 East Milton Rd.
Milton, FL 32583                          Vitals,Morse Scale,Braden Scale,Inf/Hosp Admit Nur Eval
Main: 8509835800 Fax: 8509835864                        Date of Service: 12/17/2023

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ▓▓▓▓▓▓▓
Facility: 218-TAYLOR C.I.
02/28/2023
**Current Problems:**
Urinary tract infection (UTI) (ICD-599.0) (ICD10-N39.0)
Blood in urine (ICD-599.70) (ICD10-R31.9)
General health examination (ICD-V70.9) (ICD10-Z00.00)
Abnormal labs (ICD-790.99) (ICD10-R89.9)
Knee pain (ICD-719.46) (ICD10-M25.569)
Back pain (ICD-724.5) (ICD10-M54.9)
Other abnormal findings in urine (ICD10-R82.998)
Screening for vision (ICD-V80.2) (ICD10-Z13.89)
Wart (ICD-078.10) (ICD10-B07.9)
Headache, unspecified (ICD10-R51.9)
MH Problem: Impulsiveness (ICD-126) (ICD10-F99)
MH Problem: Pathological Behaviors Not Listed Elsewhere (ICD-135) (ICD10-F99)
MH Problem: Limited Social/Environmental Stimulation (ICD-507) (ICD10-F99)
MH Problem: Discharge Planning and Readiness Skills (ICD-308) (ICD10-F99)

**Plan:** Cont with POC & SHOS.
DC4-673B Mental Health Nursing Evaluation (Revised 9/6/2017)
This form is not to be amended, revised, or altered without          approval of the Office of Health Services
Administration.

**\*\*Disclaimer: All EMR timestamps are Eastern Time Zone\*\***

FLORIDA DEPARTMENT OF CORRECTIONS    OFFICE OF HEALTH SERVICES
**INFIRMARY/HOSPITAL ADMISSION NURSING EVALUATION**
**Type of Admission:** SHOS
**Date:** December 17, 2023   **Time:** 2110   **Admitting Dx:** Self harm
**Admitting Provider:**    Wester, PMHNP-BC, Psychiatric Clinician, Stephen

## GENERAL MEDICAL/MENTAL HEALTH HISTORY
**Allergies:**
\* NKDA (Mild)

**Current Medications:**
IBUPROFEN 600 MG ORAL TABS (IBUPROFEN) 1 tab PO QD PRN.; Route: ORAL
SULFAMETHOXAZOLE-TRIMETHOPRIM 800-160 MG ORAL TABS
(SULFAMETHOXAZOLE-TRIMETHOPRIM) 1 TAB PO QD    BID; Route: ORAL
IBUPROFEN 600 MG ORAL TABS (IBUPROFEN) 1 TAB PO QD PRN; Route: ORAL

**Current Problems:**
Urinary tract infection (UTI) (ICD-599.0) (ICD10-N39.0)
Blood in urine (ICD-599.70) (ICD10-R31.9)
General health examination (ICD-V70.9) (ICD10-Z00.00)
Abnormal labs (ICD-790.99) (ICD10-R89.9)
Knee pain (ICD-719.46) (ICD10-M25.569)
Back pain (ICD-724.5) (ICD10-M54.9)
Other abnormal findings in urine (ICD10-R82.998)

FDC 000860

**119-SANTA ROSA C.I.**                                    2/18/2025
5850 East Milton Rd.
Milton, FL 32583                    Vitals,Morse Scale,Braden Scale,Inf/Hosp Admit Nur Eval
Main: 8509835800 Fax: 8509835864              Date of Service: 12/17/2023

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ▮▮▮▮▮▮▮
Facility: 218-TAYLOR C.I.
Screening for vision (ICD-V80.2) (ICD10-Z13.89)
Wart (ICD-078.10) (ICD10-B07.9)
Headache, unspecified (ICD10-R51.9)
MH Problem: Impulsiveness (ICD-126) (ICD10-F99)
MH Problem: Pathological Behaviors Not Listed Elsewhere (ICD-135) (ICD10-F99)
MH Problem: Limited Social/Environmental Stimulation (ICD-507) (ICD10-F99)
MH Problem: Discharge Planning and Readiness Skills (ICD-308) (ICD10-F99)

**Isolation:** Yes
**Type:** SHOS
**Airborne Infection Isolation Room:** NA

**Temp:** 97.8    Oral

**Pulse:** 88  **Resp:** 19
**BP:** 128 **/** 86
**Patient is:** Standing
**O2 sat:** 99 Room air **Current Weight (lbs):** 152
**GENERAL ADMITTING INFORMATION**
**Informant:** Patient
**Does patient speak English?** Yes
**Appearance:** Clean   **Valuables- Belongings:** Put in bedside locker
**Mode of Access:** Ambulatory
**Transported From:** DC
**Orientation to the infirmary provided? Call systems-high-low bed-meals-rules:** Yes
**Current medical complaints:** None reported.

**PAST MEDICAL OR MENTAL HEALTH HISTORY OR CHRONIC CONDITIONS**
Outpatient Mental Health Care

**SOCIAL HISTORY**
**Currently assigned to:**
218-TAYLOR C.I.

I
Dorm.
**Does inmate have current work assignment?** No
**Do you have any spiritual or cultural practices that may affect your medical care or hospitalization?**
No

**ADVANCED DIRECTIVE AND DNR**
**Do you have Advanced Directives?** No
**Do you have a Durable Power of Attorney for Health Care decision making?** No
If patient answered No to either of the above questions, provide Inmate Information Sheet Regarding
Advance Directives DC4-687.
**Does patient have a signed and witnessed DNR in his/her medical record?** No

4 of 9

**119-SANTA ROSA C.I.**                                    2/18/2025
5850 East Milton Rd.
Milton, FL 32583                    Vitals,Morse Scale,Braden Scale,Inf/Hosp Admit Nur Eval
Main: 8509835800 Fax: 8509835864                    Date of Service: 12/17/2023

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ████████
Facility: 218-TAYLOR C.I.

## IMPAIRMENTS AND DISABILITIES- Check all the impairments/ disabilities that apply to this patient:

**Impaired hearing** No
**Eye Prosthesis** No
**Impaired Vision** No
**Hearing aid** No
**Speaks English** Yes
**Dentures** No
**Can read** Yes
**Partial** No
**Can write** Yes
**C-PAP Machine** No
**Glasses** No
**O2** No
**Contacts** No
**Prosthesis** No
**Walker** No
**Crutches** No
**Wheelchair** No
**Cane** No
**Other** No

## ACTIVITIES OF DAILY LIVING- ADLs

Activity Is pt able to perform ADL? Does pt already have an assigned Inmate Assistant with them?

Eating: the ability to feed oneself Yes    NA

Bathing and Grooming- includes    shaving-washing hair-oral care Yes    NA

Dressing- includes ability to make    appropriate clothing decisions Yes    NA

Using the toilet- able to adjust    clothing-cleanse self-change pads-use urinal Yes    NA

Transferring- ability to transfer from seated to standing and get in/out of bed Yes    NA

Continence- maintaining continence    or the ability to use the restroom Yes    NA
**Classification has been notified that inmate needs an Inmate Assistant:**    No

## ACUTE OR CHRONIC PAIN

**ACUTE PAIN:** No Acute Pain

**CHRONIC PAIN:** No Chronic Pain

FDC 000862

**119-SANTA ROSA C.I.**
5850 East Milton Rd.
Milton, FL 32583
Main: 8509835800 Fax: 8509835864

2/18/2025

Vitals,Morse Scale,Braden Scale,Inf/Hosp Admit Nur Eval
Date of Service: 12/17/2023

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 218-TAYLOR C.I.
N/A

## IV SITE ASSESSMENT- 1-2 sites

## BRADEN SCALE FOR PREDICTING PRESSURE SORE RISK: To be completed on every Day Shift
**Today's score:** 22
**Risk Level:** No further action required

RMC ONLY: Braden Score 18 or less add patient to form DC4-0067

Physical Findings and Markings
Abrasions:
**Where:** top middle back
Scars: **Where:** RFA
Tattoos: **Where:** L upper chest

## REVIEW OF SYSTEMS AND PATIENT EVALUATION- Check all that apply

## EENT
**PERRLA:** Yes
**Response:** Brisk
**Ears: Hearing Impaired:** No

## NEUROLOGICAL
**Speech:** Clear
**Level of consciousness:** Alert
**Oriented to:** Person, Place, Time, Situation
**Behavior:** Cooperative, Agitated
**Grips equal and strong:** Yes
**Foot pushes equal and strong:** Yes

## RESPIRATORY- check all that apply
**Denies Breathing Problems**Denies breathing problems
**Chest appearance:** Symmetrical
AUSCULTATION
**Clear:** Left **Clear:**Right

## CARDIOVASCULAR- check all that apply
**Skin condition:** Warm, Dry
**Mucous membrane color:** Pink
**Apical heart rate:** 86    /min. **HR:** Regular
**Radial pulse:** Regular    **Pedal pulse:** Regular
**Edema:** None **Pacemaker:** No

6 of 9

**119-SANTA ROSA C.I.**                                        2/18/2025
5850 East Milton Rd.
Milton, FL 32583                    Vitals,Morse Scale,Braden Scale,Inf/Hosp Admit Nur Eval
Main: 8509835800 Fax: 8509835864                    Date of Service: 12/17/2023

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████████
Facility: 218-TAYLOR C.I.
**Current anticoagulant use:** No   **Excessive or unexplained bruising:** No

## SKIN-EXTREMITIES-MUSCULOSKELETAL
**Skin Tone:** Firm
**History of DVT:** No
**Homans sign present:** No
**Extremities: Tingling:** No   **Weakness:** No   **Deformity:** No   **Contractures:** No
**Joint pain:** No   **Stiffness:** No   **Joint replacement:** No
**ROM:** WNL

## GASTROINTESTINAL/NUTRITION
**Appetite:** Good
**Unplanned weight loss- 10-15lbs in the last 6 months?** No
**Difficulty chewing or swollowing:** No   **Has patient had nausea, vomiting, or diarrhea daily for 3 days pre-admission?** No
**Bowl sounds:** normoactive x4
**Patient has a:** NA
**Abdomen:** Soft
**Bowel Sounds:**
**URQ:** Present **ULQ:** Present
**LRQ:** Present **LLQ:** Present
**Last BM Date:** 12/17/23   **Color:** brown
**Usual bowel pattern:** everyday
**Patient has a:** NA

## GENITOURINARY
**Color of urine:** yellow   **Foul smell?** No
**Current symptoms or complaints:** Denies symptoms or complaints

## REPRODUCTIVE- check L for Left or R for Right
MALE- check all that apply
**Last prostate exam:** n/a
FEMALE- check all that apply
Current breast symptoms or complaints:

## PATIENT EDUCATIONAL NEEDS
The following educational needs have been identified and will require further follow-up:
Medication:
Pt educated on prescribed medications & pt will be single dose for duration of SHOS, pt verbalized understanding.
Other:
Pt oriented to inf & SHOS rules/policies, pt verbalized understanding.

## NOTES
**Additional Nursing Notes:** Report given to inf nurse on duty.
ADMISSION NURSE:    Complete a patient fall assessment, using DC4-684A, on all Acute and Chronic

**119-SANTA ROSA C.I.**
5850 East Milton Rd.
Milton, FL 32583
Main: 8509835800 Fax: 8509835864

2/18/2025

Vitals,Morse Scale,Braden Scale,Inf/Hosp Admit Nur Eval
Date of Service: 12/17/2023

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: █████████
Facility: 218-TAYLOR C.I.
Admissions and document the patien'92s score and risk level
**Patients Score:** 0   **Fall Risk:** No Risk

DC4-732 Infirmary/Hospital Admission Nursing Evaluation (Revised 11/8/22)
This form is not to be amended, revised, or altered without          approval of the Office of Health Services Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

## Vital Signs:

**Temp:** 97.8 F, **Pulse:** 88, **Resp:** 19, **BP:** 128/86, **O2 sat:** 99%
**Weight (lbs):** 152, **Height:** 71 (inches), **BMI:** 21.20

**Disclaimer: All EMR timestamps are Eastern Time Zone**

**Fall Risk Assessment**
FLORIDA DEPARTMENT OF CORRECTIONS    OFFICE OF HEALTH SERVICES
**MORSE FALL SCALE**

### Fall Risk Calculation

**History of falling: immediate or within 3 months** No (0)

**Secondary diagnosis** No (0)

**Ambulatory aids** Bed rest/nurse assist (0)

**IV/Heparin Lock** No (0)

**Gait/Transferring**
Normal/bedrest/immobile (0)

**Mental Status**
Oriented to own ability (0)

**Total Fall Risk Score:**   **0**
**Risk Level No Risk**

Scoring:
0-24= No Risk, Good Basic Nursing Care
25-50= Low Risk, Implement Standard Fall Prevention Interventions

8 of 9

**119-SANTA ROSA C.I.**                                      2/18/2025
5850 East Milton Rd.
Milton, FL 32583                    Vitals,Morse Scale,Braden Scale,Inf/Hosp Admit Nur Eval
Main: 8509835800 Fax: 8509835864              Date of Service: 12/17/2023

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ████████
Facility: 218-TAYLOR C.I.
>50 = High Risk, Implement High Risk Fall Prevention Interventions
1 Morse, J.M., (2009), Preventing patient falls (2nd ed.), New York, Springer, Published, 2009

DC4-684A Morse Fall Scale (Revised 8/1/17)
This form is not to be amended, revised, or altered without          approval of the Office of Health Services
Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**


FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES
**BRADEN SCALE FOR PREDICTING PRESSURE SORE RISK**


**Sensory Perception - Ability to respond meaningfully to pressure-related discomfort:**
4-No Impairment

**Moisture - degree to which skin is exposed to moisture:**          4-Rarely Moist

**Activity - degree of physical activity:**          4-Walks Frequently

**Mobility - ability to change and control body position:**          4-No Limitation

**Nutrition - usual food intake pattern:**          3-Adequate

**Friction and Shear:**          3-No Apparent Problem

**Total Score:** 22          **Risk Level:** No further action required

DC4-804 Braden Scale for Predicting Pressure Sore Risk (Revised 3/14/17)
This form is not to be amended, revised, or altered without approval of the Office of Health Services
Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**




Signed By: Hill, RN, Registered Nurse, Centurion, Breanna at 12/17/2023 10:12:13 PM
Signed By: McNeal, RN, Registered Nurse, Centurion, Tierra at 12/18/2023 4:39:29 AM

FDC 000866

**119-SANTA ROSA C.I.**
5850 East Milton Rd.
Milton, FL 32583
Main: 8509835800 Fax: 8509835864

2/18/2025

ER Record,
Date of Service: 12/17/2023

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 218-TAYLOR C.I.

**119-SANTA ROSA C.I.**
5850 East Milton Rd.
Milton, FL 32583
Main: 8509835800 Fax: 8509835864

2/18/2025

ER Record,
Date of Service: 12/17/2023

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 218-TAYLOR C.I.
FLORIDA DEPARTMENT OF CORRECTIONS    OFFICE OF HEALTH SERVICES
**EMERGENCY ROOM RECORD**

Check all that apply: **Inmate, Post-Use-of-Force Exam, Injury**
( )Inmate    ( )Employee    ( )Visitor    ( )Post-Use-of-Force Exam    ( )Injury    ( )Physical Altercation

All inmates must be examined by medical personnel following a use of force.    This includes a visual inspection of the entire body to identify any sign of injury.    This exam shall be performed in the medical unit except under unusual circumstance.    Injuries shall be documented on the DC4-708, Diagram of Injury.    If a physician/CA is not present at the time of the exam, a physician/CA must review this form and sign it on the next working day.

**Time of occurrence: 2048**
**Time of exam: 2100**
**Description of occurrence:    S/P chemical UOF.**

**Post Use of Chemical Agent Instructions:**
**Shower without soap? Yes**
( )N/A    ( )Yes    ( )Refused
**Report any difficulty breathing, Remain in upright position, Do Not apply lotion to skin, Splash cool water to eyes 5-10 minutes**
( )Report any difficulty breathing ( )Remain in upright position ( )Do Not apply lotion to skin ( )Splash cool water to eyes 5-10 minutes    ( )N/A

**Temp:    97.8**F
**Pulse:    88**
**Resp:    19**
**BP:    128/ 86**
**O2 sat:    99**%

**Arrived via: Ambulatory**
( )Ambulatory    ( )Stretcher    ( )Wheelchair    ( )Other
**Other: N/A**

**Condition on arrival (check all that apply): Alert, Oriented x 4 (person-place- time-situation), Responding to questions verbally, Other (requires description in examination summary)**
( )Alert    ( )Oriented x 4 (person-place- time-situation)    ( )Responding to questions verbally    ( )Other (requires description in examination summary)    ( )C/O pain?
**If C/O pain checked, please indicate where: N/A**

**Examination summary: PERRLA, resp even & unlabored, lungs CTA x4, VSS, no c/o voiced at this time. Injuries noted to DC4-708.**

**Physician notified? Yes**
( )No    ( )Yes
**Name: J. Newton, ARNP**
**Time: 2120**

2 of 4

**119-SANTA ROSA C.I.**                                      2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                            ER Record,
Main: 8509835800 Fax: 8509835864              Date of Service: 12/17/2023

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 218-TAYLOR C.I.
**Treatment provided? <u>No</u>**
( )No    ( )Yes
**If Yes, please describe:** N/A
**Response to Treatment <u>N/A</u>**

**Disposition: <u>Infirmary</u>**
( )Population(dorm)    ( )Confinement    ( )Infirmary    ( )Hospital ER    ( )IMR    ( )Other
**if Other, please explain: <u>N/A</u>**

**Discharge Instructions and Education: <u>F/U with MH & PCP PRN & as scheduled, pt advised to
notify medical of any new/worsening symptoms PRN, pt verbalized understanding to all.</u>**

THIS DOCUMENT WILL BE ELECTRONICALLY SIGNED BY THE HEALTHCARE PROVIDER AND
REVIEWING PHYSICIAN.

DC4-701C ER Record (Effective 12/12)        Incorporated by Reference in Rule 33-602.210, F.A.C.

This form is not to be amended, revised, or altered without approval of the Office of Health Services
Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

3 of 4

**119-SANTA ROSA C.I.**
5850 East Milton Rd.
Milton, FL 32583
Main: 8509835800 Fax: 8509835864

2/18/2025

ER Record,
Date of Service: 12/17/2023

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ▮▮▮▮▮▮▮
Facility: 218-TAYLOR C.I.

**Nurse Visit**

**Copay?** No
**Reason for encounter:** EMID(Check if paper form done and scanned in)

FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES
**Chronological Record of Health Care**

EMID
**Copay?** No
**Reason for visit:**   s/p UOF
**Temp:**  97.8 F  **Pulse:**  88  **Resp:**  19  **BP:**  128/ 86  **O2 sat:**    99%
**Note:** Pt s/p chemical UOF, see DC4-701C & DC4-708, body diagram form scanned into pt chart.
**Clinician notified:**   Yes
**Clinician:**   J. Newton, ARNP
**Time notified:**   2120

**DC4-701 Chronological Record of Health Care (Revised 8/1/17)**
**This form is not to be amended, revised, or altered without   approval of the Office of Health**
**Services Administration.**
**Disclaimer: All EMR timestamps are Eastern Time Zone**

Signed By: Hill, RN, Registered Nurse, Centurion, Breanna at 12/17/2023 9:49:49 PM
Signed By: McNeal, RN, Registered Nurse, Centurion, Tierra at 12/18/2023 4:39:30 AM
Signed By: Newton, APRN, Medical Provider, Centurion, Joy at 12/19/2023 10:10:29 AM

4 of 4

**119-SANTA ROSA C.I.**                                      2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                            MH Emer,
Main: 8509835800 Fax: 8509835864        Date of Service: 12/17/2023

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████████
Facility: 218-TAYLOR C.I.

**Nurse Visit**

**Copay?** No
**Reason for encounter:** EMID(Check if paper form done and scanned in)


**Orders added during this encounter:**

Staff Request/Referral; Start Date: 12/17/2023
SHOS - Admit to SHOS; Start Date: 12/17/2023
SHOS - Allowable Items; Start Date: 12/17/2023
SHOS - Activity Level; Start Date: 12/17/2023
SHOS - Mental Health Diet; Start Date: 12/17/2023
SHOS - Vital Signs Q 24 Hours; Start Date: 12/17/2023
SHOS - Observation Checks (q 15 min or continuous); Start Date: 12/17/2023
SHOS Status; Start Date: 12/17/2023
Infirmary Admission Orders; Start Date: 12/17/2023
Provider Follow up; Start Date: 12/17/2023
FLORIDA DEPARTMENT OF CORRECTIONS    OFFICE OF HEALTH SERVICES
**MENTAL HEALTH EMERGENCY PROTOCOL**

**SUBJECTIVE:**
12/17/2023 9:03 PM **Patient Age:** 42 Years Old

**Allergies:**
* NKDA (Mild)

**Current Medications:**
IBUPROFEN 600 MG ORAL TABS (IBUPROFEN) 1 tab PO QD PRN;, Route: ORAL
SULFAMETHOXAZOLE-TRIMETHOPRIM 800-160 MG ORAL TABS
(SULFAMETHOXAZOLE-TRIMETHOPRIM) 1 TAB PO QD    BID, Route: ORAL
IBUPROFEN 600 MG ORAL TABS (IBUPROFEN) 1 TAB PO QD PRN, Route: ORAL

**Problems:**
Urinary tract infection (UTI) (ICD-599.0) (ICD10-N39.0)
Blood in urine (ICD-599.70) (ICD10-R31.9)
General health examination (ICD-V70.9) (ICD10-Z00.00)
Abnormal labs (ICD-790.99) (ICD10-R89.9)
Knee pain (ICD-719.46) (ICD10-M25.569)
Back pain (ICD-724.5) (ICD10-M54.9)
Other abnormal findings in urine (ICD10-R82.998)
Screening for vision (ICD-V80.2) (ICD10-Z13.89)
Wart (ICD-078.10) (ICD10-B07.9)
Headache, unspecified (ICD10-R51.9)
MH Problem: Impulsiveness (ICD-126) (ICD10-F99)

1 of 5

**119-SANTA ROSA C.I.**                                                    2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                                          MH Emer,
Main: 8509835800 Fax: 8509835864                    Date of Service: 12/17/2023

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 218-TAYLOR C.I.
MH Problem: Pathological Behaviors Not Listed Elsewhere (ICD-135) (ICD10-F99)
MH Problem: Limited Social/Environmental Stimulation (ICD-507) (ICD10-F99)
MH Problem: Discharge Planning and Readiness Skills (ICD-308) (ICD10-F99)

**Reported Problem:** "I am suicidal nurse, they said I was cutting"
**History of Self-Injury?**   No**History of Violence?** No

## OBJECTIVE:
**Temp:**  97.8 F **Pulse:**  88   **Resp:**   19   **BP:**  128/ 86   **O2 sat:** 99%  **Weight (lbs):**   152
**Last 3 Weights:**
170 11/30/2023 3:57:24 PM,
165 09/21/2023 2:04:16 PM,
164 09/18/2023 5:47:06 PM
**Appearance:** Somewhat disheveled

## NOTE: CHECK ALL THAT APPLY FOR THE FOLLOWING:
**Current behavior:**   Agitated
**Oriented to:** Person, Place, Time
**Indicate any inappropriate response(s):** none noted
**Memory recent:   What is your housing location?** G-dorm
**Mood as reported:** Angry   **Affect as observed:** Angry   **Thought process:** Coherent
**Perception: Inmate claims to hear voices or sounds, which others cannot hear?** No
**Inmate claims to see visions of things that others cannot see?** No
**Thought content: Is inmate experiencing delusions-reflects false personal beliefs?** No
**Self-injury: Ideas?**   No
**Plan?** No
**Vegetative Function: Appetite,recent changes:** No
**Difficulty sleeping?** No **Average hours of sleep at night:** 7
**Musculoskeletal Assessment:** Moves all extremities

Skin assessment: note areas on body diagram indicating: Intact, Ecchymosis, Abrasion, Laceration, Hematoma,Skin tear

## FINDINGS REQUIRING IMMEDIATE CLINICIAN NOTIFICATION:
Assessment has determined that there may be risk of injury to self or others

## PLAN:
**Clinician notified:**   Yes
**Clinician:**   S. Wester, PMHNP
**Time notified:**   2110
Inmate to be placed in infirmary isolation management room or infirmary to prevent self-injury and to provide protection and observation.
Inmate observed continuously until placement in IMR or OC
Completed Staff Request/Referral to Mental Health DC4-529
**Orders added during this protocol:**
Added new Test order of Staff Request/Referral (NURREQREF) - Signed
Added new Test order of SHOS - Admit to SHOS (SHOS) - Signed

2 of 5

**119-SANTA ROSA C.I.**                                                2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                                       MH Emer,
Main: 8509835800 Fax: 8509835864                     Date of Service: 12/17/2023

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████████
Facility: 218-TAYLOR C.I.
Added new Test order of SHOS - Allowable Items (SHOS-ITEMS) - Signed
Added new Test order of SHOS - Activity Level (SHOS-ACTIVITY) - Signed
Added new Test order of SHOS - Mental Health Diet (SP-PMSP) - Signed
Added new Test order of SHOS - Vital Signs Q 24 Hours (SHOS-Q24VS) - Signed
Added new Test order of SHOS - Observation Checks (q 15 min or continuous) (SHOS-OBS) - Signed
Added new Test order of SHOS Status (SHOS) - Signed
Added new Test order of Infirmary Admission Orders (NURINFADMIT) - Signed
Added new Test order of Provider Follow up (FU) - Signed


CAUTION regarding SHOS patients who have lacerations/wounds requiring dressings. Keep wrap
dressings: gauze roll, Kling, Kerlix, Coban, etc. to the minimum length to hold skin dressing in place. This
also includes tape length. The exception to this is an ACE compression/elastic wrap ordered by a clinician
to decrease swelling and provide support to a joint.

## EDUCATION:
Inmate instructed to return if symptoms continue, become worse, or if any new symptoms develop.
**DC4-683AA Additional Comments** Pt admitted to inf as SHOS per provider order.

DC4-683A Mental Health Emergency Protocol (Revised 10/10/2019)
This form is not to be amended, revised, or altered without          approval of the Office of Health Services
Administration.

**\*\*Disclaimer: All EMR timestamps are Eastern Time Zone\*\***


FLORIDA DEPARTMENT OF CORRECTIONS    OFFICE OF HEALTH SERVICES
**STAFF REQUEST/REFERRAL**

Directions: Sender (referring/requesting staff) completes section I and signs.    Addressee (responding
staff) completes section II and signs.


## SECTION I
**Addressee's Area/Service:** Mental Health

218-TAYLOR C.I. Correctional Institution.


## Mental Health Referral
**Clinical Date and Time:** 12/17/2023 9:03 PM
**TO: Addressee's Name** Mental Health
**Senders Name:** Breanna Hill, LPN, Licensed Practical Nurse, Centurion **Sender's Area/Service** Medical
Inmate Housing:
Infirmary
**Request/Referral Type:** Urgent or Emergent: respond immediately
**Reason for Request/Referral**
**Inmate History includes following factors/events of concern:** Yes

3 of 5

**119-SANTA ROSA C.I.**
5850 East Milton Rd.
Milton, FL 32583
Main: 8509835800 Fax: 8509835864

2/18/2025

MH Emer,
Date of Service: 12/17/2023

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ████████
Facility: 218-TAYLOR C.I.
MH hx.
**Inmate currently displays following behaviors of concern:** Yes
pt harming himself per security.
**Other:** Yes
pt admitted to inf as SHOS.

DC4-529 Staff Referral/Request (Effective 12/12)
This form is not to be amended, revised, or altered without approval of the Office of Health Services Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**
FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES
**Chronological Record of Health Care**

EMID
**Copay?** No
**Reason for visit:**   "I am suicidal nurse, they said I was cutting"
**Temp:**  97.8 F  **Pulse:**  88  **Resp:**  19  **BP:**  128/ 86  **O2 sat:**    99% **Current Weight (lbs):** 152

**Note:** Pt admitted to inf as SHOS per provider order, see DC4-683A & DC4529.
**Clinician notified:**   Yes
**Clinician:**   S. Wester, PMHNP
**Time notified:**   2110

**DC4-701 Chronological Record of Health Care (Revised 8/1/17)**
**This form is not to be amended, revised, or altered without   approval of the Office of Health Services Administration.**
**Disclaimer: All EMR timestamps are Eastern Time Zone**

Signed By: Hill, RN, Registered Nurse, Centurion, Breanna at 12/17/2023 9:59:31 PM
Signed By: McNeal, RN, Registered Nurse, Centurion, Tierra at 12/18/2023 4:39:29 AM
Signed By: Watts, LMHC, MHP, Centurion, Rofael at 12/18/2023 7:25:49 AM
Signed By: Wester, PMHNP-BC, Psychiatric Clinician, Stephen at 12/18/2023 8:04:24 AM
Signed By: Walford, Administrative Assistant, Centurion, Hilarie at 12/18/2023 2:31:48 PM
Signed By: Newton, APRN, Medical Provider, Centurion, Joy at 12/19/2023 10:10:13 AM

4 of 5

**119-SANTA ROSA C.I.**
5850 East Milton Rd.
Milton, FL 32583
Main: 8509835800 Fax: 8509835864

2/18/2025

MH Emer,
Date of Service: 12/17/2023

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 218-TAYLOR C.I.

5 of 5

**119-SANTA ROSA C.I.**
2/18/2025
5850 East Milton Rd.
Milton, FL 32583
Xfr sum - Sending;
Main: 8509835800 Fax: 8509835864
Date of Service: 12/15/2023

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ▪▪▪▪▪▪▪
Facility: 218-TAYLOR C.I.
Transfers:

## Orders added during this encounter:

New Inmate HLT Review (Nurse); Start Date: 12/15/2023

FLORIDA DEPARTMENT OF CORRECTIONS    OFFICE OF HEALTH SERVICES
**HEALTH INFORMATION TRANSFER AND ARRIVAL SUMMARY**

**Clinical Date and Time:** 12/15/2023 8:50 PM
**Transferring FROM:** 218-TAYLOR C.I. **Transferring TO:** Cross city 12/18/23
**Special transportation needs:** No

**Allergies:**
* NKDA (Mild)

**Current Problems:**
Urinary tract infection (UTI) (ICD-599.0) (ICD10-N39.0)
Blood in urine (ICD-599.70) (ICD10-R31.9)
General health examination (ICD-V70.9) (ICD10-Z00.00)
Abnormal labs (ICD-790.99) (ICD10-R89.9)
Knee pain (ICD-719.46) (ICD10-M25.569)
Back pain (ICD-724.5) (ICD10-M54.9)
Other abnormal findings in urine (ICD10-R82.998)
Screening for vision (ICD-V80.2) (ICD10-Z13.89)
Wart (ICD-078.10) (ICD10-B07.9)
Headache, unspecified (ICD10-R51.9)
MH Problem: Impulsiveness (ICD-126) (ICD10-F99)
MH Problem: Pathological Behaviors Not Listed Elsewhere (ICD-135) (ICD10-F99)
MH Problem: Limited Social/Environmental Stimulation (ICD-507) (ICD10-F99)
MH Problem: Discharge Planning and Readiness Skills (ICD-308) (ICD10-F99)

**Current Medications, Dose and Frequency:**
IBUPROFEN 600 MG ORAL TABS (IBUPROFEN) 1 tab PO QD PRN.; Route: ORAL
SULFAMETHOXAZOLE-TRIMETHOPRIM 800-160 MG ORAL TABS
(SULFAMETHOXAZOLE-TRIMETHOPRIM) 1 TAB PO QD  BID; Route: ORAL
IBUPROFEN 600 MG ORAL TABS (IBUPROFEN) 1 TAB PO QD PRN; Route: ORAL

**Currently on Self-Harm Observation Status:** No
**Currently being treated for medical problems:** No
**Currently being treated for Dental problems:** No
**Currently being treated for Mental Health problems:** No

1 of 2

**119-SANTA ROSA C.I.**
5850 East Milton Rd.
Milton, FL 32583
Main: 8509835800 Fax: 8509835864

2/18/2025

Xfr sum - Sending;
Date of Service: 12/15/2023

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 218-TAYLOR C.I.
Impairment: **Developmental:** _
**Impairment:** N/A

**Is inmate on any DOT medications; by any route?** No
**Medication accompanying inmate:** NA
DC4-760A Health Information Transfer/Arrival Summary (Revised 11/20/23)
This form is not to be amended, revised, or altered without        approval of the Deputy Director of
Health Services Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

Inmate Name: <u>ROBERT S LEE</u>
DC#: <u>T15204</u>    Race/Sex: <u>Black or African American / Male</u>
Date of Birth: <u>01/14/1981</u>
Institution: <u>218-TAYLOR C.I.</u>

Signed By: Limoges, LPN, Licensed Practical Nurse, Centurion, Linzee at 12/15/2023
8:51:17 PM

2 of 2

**119-SANTA ROSA C.I.**                                          2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                                  KOP PICK UP
Main: 8509835800 Fax: 8509835864                    Date of Service: 12/12/2023

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 218-TAYLOR C.I.
**Note:** PASSED IN CONF
IBUPROFEN 30 PILLS
SMZ/TMP 14 PILLS

DC4-701 Chronological Record of Health Care (Revised 8/1/17)
This form is not to be amended, revised, or altered without        approval of the Office of Health Services
Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

Signed By: Lollis, Nursing Assistant, Centurion, Jean at 12/12/2023 2:47:03 PM

**119-SANTA ROSA C.I.**
5850 East Milton Rd.
Milton, FL 32583
Main: 8509835800 Fax: 8509835864

2/18/2025

Chron Rec Health Care
Date of Service: 12/12/2023

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 218-TAYLOR C.I.

**Orders added during this encounter:**
90(84) day S1 & S2 F/U confinement; Start Date: 02/23/2024

**Note:** MHF90

DC4-701 Chronological Record of Health Care (Revised 8/1/17)
This form is not to be amended, revised, or altered without        approval of the Office of Health Services
Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

Signed By: Walford, Administrative Assistant, Centurion, Hilarie at 12/12/2023 11:17:27 AM

**119-SANTA ROSA C.I.**                                              2/18/2025
5850 East Milton Rd.
Milton, FL 32583                          Diagram of Injury/Rule of Nines
Main: 8509835800 Fax: 8509835864          Date of Service: 12/9/2023

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ██████████
Facility: 218-TAYLOR C.I.
**Diagram of Injury/Rule of Nines**


*Imported By: Ashley Rogers, Medical Records Clerk, Centurion 12/11/2023 12:08:20 PM*

_____

External Attachment:

  Type:      Image
 Comment:   Diagram of Injury/Rule of Nines


Signed By: Limoges, LPN, Licensed Practical Nurse, Centurion,
Linzee at 12/11/2023 12:08:31 PM

1 of 1

### FLORIDA DEPARTMENT OF CORRECTIONS
### OFFICE OF HEALTH SERVICES
### DIAGRAM OF INJURY



Date of occurrence __12/9/23__   Time of occurrence __12/9/23  1913__
Date injury assessed by medical __12/9/23__   Time injury assessed by medical __1925__

☒ No injury identified

Description of injury:
Ø injuries noted by staff. Pt denies injuries +
pain @ this time.

Staff Signature

Inmate Name __Lee, Robert__
DC# __T15204__   Race/Sex __b/m__
Date of Birth __████████__
Institution __Taylor CI__

This form is not to be amended, revised, or altered without
approval by the Director of Health Services-Administration.

Copies distribution:  White/Health Record   Canary/Inspector General   Pink/Warden or Asst. Warden

DC4-708 (Revised 10/07)

FDC-000881
Incorporated by Reference in Rule 33-602.210, F.A.C.

FLORIDA DEPARTMENT OF CORRECTIONS
## EMERGENCY ROOM RECORD

Check all that apply:  ☒ Inmate  ☐ Employee  ☐ Visitor
☒ Post-Use-of-Force Exam  ☐ Injury  ☐ Physical Altercation

All inmates must be examined by medical personnel following a use of force. This includes a visual inspection of the entire body to identify any sign of injury. This exam shall be performed in the medical unit except under unusual circumstance. Injuries shall be documented on the DC4-708, *Diagram of Injury*. If a physician/CA is not present at the time of the exam, a physician/CA must review this form and sign it on the next working day.

Time of occurrence: 1913          Time of exam: 1925

Description of occurrence:

S/p use of force exam

Post Use of Chemical Agent Instructions: Shower without soap? ☐ N/A ☒ Yes ☐ Refused→☒ educated on importance of showering
☒ Report any difficulty breathing ☒ Remain in upright position ☒ Do Not apply lotion to the skin ☒ Splash cool water to eyes 5-10 minutes

Vital Signs:  Temperature 98.3  Pulse 74  Respiration 17  O2 Sat 99 %  Blood Pressure 125/90    152

Arrived via: ☒ Ambulatory  ☐ Stretcher  ☐ Wheelchair  ☐ Other:

Condition on arrival (check all that apply): ☒ Alert ☒ Oriented x 4 (person, place, time, situation) ☒ Responding to questions verbally
☐ Other (requires description in examinations summary)
☐ C/O pain? If checked, where? ∅

Examination summary:
Lungs clear bilat. Gait steady. Ambulates by self. Skin intact. ∅ injuries noted by staff. Pt denies injuries + pain @ this time.

Physician notified?  ☒ No  ☐ Yes  Name:_____  Time:_____

Treatment provided?  ☒ No  ☐ Yes  If yes, describe:_____

Response to Treatment: N/A

Disposition:  ☐ Population  ☒ Confinement  ☐ Infirmary  ☐ Hospital  ☐ Rescue  ☐ Other (explain):

Discharge Instructions and Education:  Report A's to medical PRN

Health Care Provider's Signature and Stamp: _____ L.Limoges LPN  Date/Time: 12/9/23  1933

Reviewing Physician's Signature and Stamp:_____  Date/Time:_____

Name  Lee, Robert
DC# T15204,  Race/Sex B/m
Date of Birth [redacted]
Institution  Taylor

Inmate Distribution:  White—Health Record
Canary—Inspector General
Pink—Local Requirements

Employee Distribution:  White—Safety Officer/Designee
Canary—Employee Copy
Pink—DESTROY

DC4-701C (Effective 12/12)

**119-SANTA ROSA C.I.**                                                            2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                                                 ER Record,
Main: 8509835800 Fax: 8509835864                              Date of Service: 12/9/2023

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ██████████
Facility: 218-TAYLOR C.I.

FDC 000883

**119-SANTA ROSA C.I.**                                    2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                          ER Record,
Main: 8509835800 Fax: 8509835864          Date of Service: 12/9/2023

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ▮▮▮▮▮▮▮▮
Facility: 218-TAYLOR C.I.
FLORIDA DEPARTMENT OF CORRECTIONS    OFFICE OF HEALTH SERVICES
**EMERGENCY ROOM RECORD**

Check all that apply: <u>**Inmate, Post-Use-of-Force Exam**</u>
( )Inmate    ( )Employee    ( )Visitor    ( )Post-Use-of-Force Exam    ( )Injury    ( )Physical Altercation

All inmates must be examined by medical personnel following a use of force.    This includes a visual inspection of the entire body to identify any sign of injury.    This exam shall be performed in the medical unit except under unusual circumstance.    Injuries shall be documented on the DC4-708, Diagram of Injury.    If a physician/CA is not present at the time of the exam, a physician/CA must review this form and sign it on the next working day.

**Time of occurrence:** <u>1913</u>
**Time of exam:** <u>1925</u>
**Description of occurrence:**    <u>s/p use of force exam</u>

**Post Use of Chemical Agent Instructions:**
**Shower without soap?** <u>**Yes**</u>
( )N/A    ( )Yes    ( )Refused
<u>**Report any difficulty breathing, Remain in upright position, Do Not apply lotion to skin, Splash cool water to eyes 5-10 minutes**</u>
( )Report any difficulty breathing ( )Remain in upright position ( )Do Not apply lotion to skin ( )Splash cool water to eyes 5-10 minutes    ( )N/A

**Temp:**    <u>98.3</u>F
**Pulse:**    <u>74</u>
**Resp:**    <u>17</u>
**BP:**    <u>125</u>/<u>90</u>
**O2 sat:**    <u>99</u>%

**Arrived via:** <u>**Ambulatory**</u>
( )Ambulatory    ( )Stretcher    ( )Wheelchair    ( )Other
**Other:** <u>**N/A**</u>

**Condition on arrival (check all that apply):** <u>**Alert, Oriented x 4 (person-place- time-situation), Responding to questions verbally**</u>
( )Alert    ( )Oriented x 4 (person-place- time-situation)    ( )Responding to questions verbally    ( )Other (requires description in examination summary)    ( )C/O pain?
**If C/O pain checked, please indicate where:** <u>**N/A**</u>

**Examination summary:** <u>**Lungs clear bilat, gait steady. ambulates by self. skin intact. no injuries noted by staff at this time. pt denies injury and pain at this time.**</u>

**Physician notified?** <u>**No**</u>
( )No    ( )Yes
**Name:** <u>**N/A**</u>
**Time:** <u>**N/A**</u>

FDC 000884

**119-SANTA ROSA C.I.**
5850 East Milton Rd.
Milton, FL 32583
Main: 8509835800 Fax: 8509835864

2/18/2025

ER Record,
Date of Service: 12/9/2023

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: █████████
Facility: 218-TAYLOR C.I.
**Treatment provided? <u>No</u>**
( )No   ( )Yes
**If Yes, please describe:** N/A
**Response to Treatment <u>N/A</u>**

**Disposition: <u>Confinement</u>**
( )Population(dorm)   ( )Confinement   ( )Infirmary   ( )Hospital ER   ( )IMR   ( )Other
**if Other, please explain: <u>N/A</u>**

**Discharge Instructions and Education: <u>report changes to medical prn</u>**

THIS DOCUMENT WILL BE ELECTRONICALLY SIGNED BY THE HEALTHCARE PROVIDER AND
REVIEWING PHYSICIAN.

DC4-701C ER Record (Effective 12/12)        Incorporated by Reference in Rule 33-602.210, F.A.C.

This form is not to be amended, revised, or altered without approval of the Office of Health Services
Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

FDC 000885

**119-SANTA ROSA C.I.**                                                          2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                                                 ER Record,
Main: 8509835800 Fax: 8509835864                                Date of Service: 12/9/2023

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 218-TAYLOR C.I.

**Nurse Visit**

**Copay?** No
**Reason for encounter:** EMID(Check if paper form done and scanned in)

Signed By: Limoges, LPN, Licensed Practical Nurse, Centurion, Linzee at 12/9/2023
7:43:39 PM
Signed By: Ejiogu, APRN, Medical Provider, Centurion, Stella at 12/11/2023 7:02:29 AM

4 of 4

**119-SANTA ROSA C.I.**
5850 East Milton Rd.
Milton, FL 32583
Main: 8509835800 Fax: 8509835864

2/18/2025

Chron Rec Care
Date of Service: 12/8/2023

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 218-TAYLOR C.I.

**Orders added during this encounter**
Urinalysis; Order Number: 4662707-4; Start Date: 12/11/2023
Lipid Screen (Basic Lipid Profile); Order Number: 4662707-3; Start Date: 12/11/2023
CBC w/Diff; Order Number: 4662707-2; Start Date: 12/11/2023
Comprehensive Metabolic Panel; Order Number: 4662707-1; Start Date: 12/11/2023

FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES
**Chronological Record of Health Care**
**Reason for visit** Record Review
**Remarks:** UTI symptoms
PLAN
BACTRIIM PO TAB x7DAYS
CMP, CBC w/DIFF, URINALYSIS, LIPID. 12/11/23
PROVIDER F/U 12/19/23.

DC4-701 Chronological Record of Health Care (Revised 8/1/17)
This form is not to be amended, revised, or altered without          approval of the Office of Health Services
Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

Signed By: Ejiogu, APRN, Medical Provider, Centurion, Stella at 12/8/2023 12:35:56 PM

1 of 1

**119-SANTA ROSA C.I.**                                    2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                       Chron Rec Care
Main: 8509835800 Fax: 8509835864            Date of Service: 12/8/2023

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████████
Facility: 218-TAYLOR C.I.

## Orders added during this encounter
Provider Follow up; Order Number: 4660023-1; Start Date: 12/19/2023

## Medications added during this encounter:
SULFAMETHOXAZOLE-TRIMETHOPRIM 800-160 MG ORAL TABS  •  1 TAB PO QD    BID
IBUPROFEN 600 MG ORAL TABS  •  1 tab PO QD PRN.

FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES
**Chronological Record of Health Care**
**Reason for visit** EMRL - Emergency Referral
**Remarks:** EMRL for UTI pt reports blood in urine
Plan
Stat U8 dip
Sulfamethoxazole/trimethoprim TAB PO BID x 7 days.
Ibuprofen 600mg tab PO QD PRN x 30 days.
Provider f/u    after antibiotic 12/19/23..

DC4-701 Chronological Record of Health Care (Revised 8/1/17)
This form is not to be amended, revised, or altered without          approval of the Office of Health Services
Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

Signed By: Ejiogu, APRN, Medical Provider, Centurion, Stella at 12/8/2023 9:45:25 AM

1 of 1

**119-SANTA ROSA C.I.**
5850 East Milton Rd.
Milton, FL 32583
Main: 8509835800 Fax: 8509835864

2/18/2025

Chron Rec Care
Date of Service: 12/8/2023

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ▮▮▮▮▮▮▮
Facility: 218-TAYLOR C.I.

**Orders added during this encounter**
UA- Dip; Order Number: 4659397-1; Start Date: 12/08/2023

FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES
**Chronological Record of Health Care**
**Reason for visit** EMRL - Emergency Referral
**Remarks:** EMRL C/O pt reporting he is voiding blood.
Plan
U8 dip stat
Report back to me.

DC4-701 Chronological Record of Health Care (Revised 8/1/17)
This form is not to be amended, revised, or altered without          approval of the Office of Health Services
Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

Signed By: Ejiogu, APRN, Medical Provider, Centurion, Stella at 12/8/2023 8:46:06 AM

**119-SANTA ROSA C.I.**
5850 East Milton Rd.
Milton, FL 32583
Main: 8509835800 Fax: 8509835864

2/18/2025

Chron Rec Care
Date of Service: 11/30/2023

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 218-TAYLOR C.I.

**Appointments completed during encounter**
Sick Call Referral   •   11/30/2023   •   uti symptoms

FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES
**Chronological Record of Health Care**
**Reason for visit** EMRL - Emergency Referral
**Remarks:** EMRL / UTI
Plan
Ciproflaxacin HCL 500mg tab po BID (Verbal order).


DC4-701 Chronological Record of Health Care (Revised 8/1/17)
This form is not to be amended, revised, or altered without          approval of the Office of Health Services
Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**


Signed By: Ejiogu, APRN, Medical Provider, Centurion, Stella at 12/8/2023 9:19:24 AM

FDC 000890

**119-SANTA ROSA C.I.**
2/18/2025
5850 East Milton Rd.
Milton, FL 32583
Chron Rec Health Care
Main: 8509835800 Fax: 8509835864
Date of Service: 12/7/2023

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: █████████
Facility: 218-TAYLOR C.I.

**Orders added during this encounter:**
Initial Confinement Interview; Start Date: 12/08/2023

**Note:** MHBSR

DC4-701 Chronological Record of Health Care (Revised 8/1/17)
This form is not to be amended, revised, or altered without          approval of the Office of Health Services
Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

Signed By: Walford, Administrative Assistant, Centurion, Hilarie at 12/7/2023 7:12:44 AM

**119-SANTA ROSA C.I.**
5850 East Milton Rd.
Milton, FL 32583
Main: 8509835800 Fax: 8509835864

2/18/2025

KOP PICK UP
Date of Service: 12/4/2023

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: █████████
Facility: 218-TAYLOR C.I.
**Note:** PASSED IN CONF BY NIGHT NURSE
CIPROFLOXACIN

DC4-701 Chronological Record of Health Care (Revised 8/1/17)
This form is not to be amended, revised, or altered without          approval of the Office of Health Services
Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

Signed By: Lollis, Nursing Assistant, Centurion, Jean at 12/5/2023 6:41:13 AM

FDC 000892

**119-SANTA ROSA C.I.**                                                    2/18/2025
5850 East Milton Rd.
Milton, FL 32583                        DC4-698A Sick Call Request
Main: 8509835800 Fax: 8509835864      Date of Service: 11/27/2023

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ████████
Facility: 218-TAYLOR C.I.
**DC4-698A Sick Call Request**


*Imported By: Ashley Rogers, Medical Records Clerk, Centurion 12/4/2023 1:13:48 PM*

_____

External Attachment:

  Type:     Image
 Comment:   DC4-698A Sick Call Request


Signed By: Johns, RN, Director of Nursing, Centurion, Danyelle
at 12/4/2023 1:14:14 PM

1 of 1

FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES

# INMATE SICK-CALL REQUEST

Date: 11-25-23                          Time: 2:00 pm

Inmate Name: ROBERT S. LEE              DC#: T15204

Housing assignment: G1201L              Job assignment: _____

Do you need an interpreter for your Sick Call visit? (Sign language, Spanish, etc.) ☐Yes ☑No
If so, what type: _____

Did you require assistance completing this form? (Blind, Quadriplegic, etc.) ☐Yes ☑No
If so, why: _____

Problem:

☐    Pass/pass renewal

☐    Medication renewal

☐    Need information (explain): _____

☐    Problem with ADA/Disability equipment or supplies (explain the problem): _____

☐    Mental Health

☐    Dental

☑    Medical (explain): MY Kidneys HAVE Been Hurting
     so BAD I CAN't Sleep & it Hurts even worst
     when I use the bathroom

When did problem/symptoms start? 5 DAys AGO

---

TO BE COMPLETED BY TRIAGE/NURSE:
Date/Time received: 11/27/25 @ 0800
Triaged by: (Print name and licensure) _____    on (Date/Time) 11/27/23 @ 0932
Assigned Triage Level: ☑Routine  ☐Urgent  ☐Emergent
Date patient assessed by nurse: 11/30/23    Signature/Stamp of Nurse Completing Sick Call: WHDL.Geweh

Inmate Name ROBERT S. LEE               Distribution:  Original – File on R side of outpatient record in date order
DC# T15204            Race/Sex 8/M        Pink – Inmate (special housing only – otherwise destroy)
Date of Birth _____
Institution TAYLOR  C.I.                 This form is not to be amended, revised, or altered without approval of the
                                         Chief of Health Services Administration.

DC4-698A (Effective 05/21)    (Revised 6/21)    FDC 000894
                                                Incorporated by Reference in Rule 33-402.101, F.A.C.

**119-SANTA ROSA C.I.**                                              2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                    Urinary Symptoms,Sick Call,
Main: 8509835800 Fax: 8509835864                    Date of Service: 11/30/2023

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ██████████
Facility: 218-TAYLOR C.I.

**Nurse Visit**

**Copay?** No
**Reason for encounter:** Sick Call

**Orders added during this encounter:**

Sick Call Referral; Start Date: 11/30/2023

**Medications added during this encounter:**
IBUPROFEN 200 MG ORAL TABLET  •  1-2 tabs every 4-6 hours not to exceed 6 tabs in 24 hr period
CIPROFLOXACIN HCL 500 MG ORAL TABS  •  one tab by mouth twice daily

**Initial Triage Information:**
**Location of patient:** 218-TAYLOR C.I.

**Sick call order(s) being seen for:**
Sick Call;   Order Date: 11/30/2023;   Comments: Chronic lower back pain/ urinary concerns; Number:
4574153-1

**Nurse Sick Call: Date Seen** 11/30/2023
**Time Seen** 4:01 PM

**Copay?**   No
**Inmate referred to Provider?** Yes
**Reason:**   uti symptoms
**Type of Referral:** Immediate

**Disclaimer: All EMR timestamps are Eastern Time Zone**

FLORIDA DEPARTMENT OF CORRECTIONS   OFFICE OF HEALTH SERVICES
**URINARY SYMPTOMS PROTOCOL**

# NOTE:   ALL PROTOCOLS COMPLETED BY LPNS MUST BE REVIEWED AND COSIGNED BY A RN OR CLINICIAN.

**SUBJECTIVE: Age:** 42 Years Old

1 of 4

**119-SANTA ROSA C.I.**                                           2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                  Urinary Symptoms,Sick Call,
Main: 8509835800 Fax: 8509835864                     Date of Service: 11/30/2023

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ▓▓▓▓▓▓▓
Facility: 218-TAYLOR C.I.
**Allergies:**

* NKDA (Mild)

**Current Medications:**
CIPROFLOXACIN HCL 500 MG ORAL TABS (CIPROFLOXACIN HCL) one tab by mouth twice daily;
Route: ORAL
IBUPROFEN 200 MG ORAL TABLET (IBUPROFEN) 1-2 tabs every 4-6 hours not to exceed 6 tabs in 24
hr period; Route: ORAL
IBUPROFEN 600 MG ORAL TABS (IBUPROFEN) 1 TAB PO QD PRN; Route: ORAL

**Current Problems:**
General health examination (ICD-V70.9) (ICD10-Z00.00)
Abnormal labs (ICD-790.99) (ICD10-R89.9)
Knee pain (ICD-719.46) (ICD10-M25.569)
Back pain (ICD-724.5) (ICD10-M54.9)
Other abnormal findings in urine (ICD10-R82.998)
Screening for vision (ICD-V80.2) (ICD10-Z13.89)
Wart (ICD-078.10) (ICD10-B07.9)
Headache, unspecified (ICD10-R51.9)
MH Problem: Impulsiveness (ICD-126) (ICD10-F99)
MH Problem: Pathological Behaviors Not Listed Elsewhere (ICD-135) (ICD10-F99)
MH Problem: Limited Social/Environmental Stimulation (ICD-507) (ICD10-F99)
MH Problem: Discharge Planning and Readiness Skills (ICD-308) (ICD10-F99)

**Hx of recurrent UTI's?** No
**Hx of kidney stones?** No
**Chief Complaint:** my kidneys hurt
**What was the first symptom and when did it start?** 2 weeks ago

Any recent injury or trauma on the   Yes
**Current symptoms:**
Small amounts urination
Urinary retention **Last voided:** noon
Bladder spasms

**Testicular/Scrotum pain and/or swelling** No
**Pain Location:** Lower abdominal quadrant: Left
Right
Flank pain: Left Right **Radiates around groin?** Yes
Lower back pain: Left
**Pain Level:** 6/10

# OBJECTIVE:
**Temp:**   98.4 F **Pulse:** 75 **Resp:** 18 **BP:** 126 / 88 **O2 sat:** 99 % **Weight (lbs):** 170
**Blood sugar:** 94
(all patients with UTI symptoms/Nocturia)
**Last 3 Weights:**

2 of 4