**119-SANTA ROSA C.I.**                                          2/18/2025
5850 East Milton Rd.
Milton, FL 32583                          Urinary Symptoms,Sick Call,
Main: 8509835800 Fax: 8509835864             Date of Service: 11/30/2023

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ████████
Facility: 218-TAYLOR C.I.
165 09/21/2023 2:04:16 PM,
164 09/18/2023 5:47:06 PM,
150 09/14/2023 6:33:52 PM
**Urine color:** Pale yellow
**Urine appearance:** Cloudy
**Urine dipstick results: (Check all that indicated ABNORMAL values)** Blood, Protein, Nitrate,
Leukocytes, Sp. Gravity
**Skin (check all that apply):** Normal, Cool
**General appearance:** No distress

## FINDINGS REQUIRING IMMEDIATE CLINICIAN NOTIFICATION:

If a patient has UTI sxs (urgency, frequency ,small amounts urine, hematuria, dysuria, and/or fever) and
won't be able to see clinician within the next 6 hours (e.g., presents in the late eveniing, on a holiday, on
the weekend, etc.)

## PLAN:

Give ibuprofen 200mg 2 tablets by mouth now
Orders per Clinician:
If started on Antibiotics, ask Clinician if he/she wants to repeat U/A after antibiotics completed.

**Clinician notified:**   Yes
**Clinician:**   s. ejiogu
**Time notified:**   4:00 PM
**Medications Added per Protocol:**
CIPROFLOXACIN HCL 500 MG ORAL TABS (CIPROFLOXACIN HCL) one tab by mouth twice daily;
Route: ORAL
IBUPROFEN 200 MG ORAL TABLET (IBUPROFEN) 1-2 tabs every 4-6 hours not to exceed 6 tabs in 24
hr period; Route: ORAL

**Orders Added per Protoocol:**
Added new Test order of Sick Call Referral (SCRL) - Signed

## EDUCATION:

If started on antibiotic, inmate instructed not to miss any dose
Inmate instructed to increase fluid intake/drink liberal amounts of water: unless medical hx prohibits large
fluid intake in order to lower bacterial concentrations in the urine and to promote urinary output to flush
bacteria from the urinary tract
Inmate instructed to void frequently - - every 2 to 3 hours - - and to empty bladder completely
Inmate instructed to return if unable to urinate for 12 hours OR sooner if bladder feels full and they feel
pain
Inmate instructed to return if symptoms stay the same, worsen, or new symptoms develop

DC4-683BB Urinary Symptoms Protocol (Revised 06/16/21)

FDC 000897

**119-SANTA ROSA C.I.**

2/18/2025

5850 East Milton Rd.
Milton, FL 32583                                                   Urinary Symptoms,Sick Call,
Main: 8509835800 Fax: 8509835864                      Date of Service: 11/30/2023

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████████
Facility: 218-TAYLOR C.I.
This form is not to be amended, revised, or altered without          approval of the Office of Health Services
Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

Signed By: Gent, LPN, Licensed Practical Nurse. Centurion, Latadra at 11/30/2023
4:02:08 PM
Signed By: Ejiogu, APRN, Medical Provider, Centurion, Stella at 11/30/2023 4:09:25 PM
Signed By: Fussell, RN, Registered Nurse, Centurion, Cindy at 12/1/2023 8:18:55 AM

4 of 4

**119-SANTA ROSA C.I.**
5850 East Milton Rd.
Milton, FL 32583
Main: 8509835800 Fax: 8509835864

2/18/2025

Triage,
Date of Service: 11/27/2023

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 218-TAYLOR C.I.

## Nurse Visit

**Copay?** No
**Reason for encounter:** Triage

## Orders added during this encounter:

Sick Call; Start Date: 11/30/2023

## Initial Triage Information:

11/27/2023 9:32 AM
**Chief Complaint:** Chronic lower back pain/ urinary concerns
**Triage Level:**   3

**Disclaimer: All EMR timestamps are Eastern Time Zone**

Signed By: Johns, RN, Director of Nursing, Centurion, Danyelle at 11/27/2023 9:33:47 AM

1 of 1

**119-SANTA ROSA C.I.**                                    2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                    Nurse Infection Control
Main: 8509835800 Fax: 8509835864          Date of Service: 10/11/2023

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 218-TAYLOR C.I.

**Orders added during this encounter:**
Hemoccult Screening (PE); Start Date: 01/08/2028

Signed By: Limoges, LPN, Licensed Practical Nurse, Centurion, Linzee at 10/11/2023
11:11:49 AM

**119-SANTA ROSA C.I.**                                                    2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                          Nurse Infection Control
Main: 8509835800 Fax: 8509835864                    Date of Service: 10/11/2023

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ████████
Facility: 218-TAYLOR C.I.

**Orders added during this encounter:**
PSA Total Start Date: 01/08/2028

Signed By: Limoges, LPN, Licensed Practical Nurse, Centurion, Linzee at 10/11/2023
11:10:36 AM

**119-SANTA ROSA C.I.**                                              2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                              Consult Request
Main: 8509835800 Fax: 8509835864                  Date of Service: 9/29/2023

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ▮▮▮▮▮▮
Facility: 218-TAYLOR C.I.

**Orders added during this encounter**
Refer to Optometrist; Order Number: 4211434-1; Start Date: 10/03/2023


FLORIDA DEPARTMENT OF CORRECTIONS    OFFICE OF HEALTH SERVICES
**CONSULTATION REQUEST**

**Current Allergies:**
* NKDA (Mild)

**Current Medications:**
IBUPROFEN 600 MG ORAL TABS (IBUPROFEN) 1 TAB PO QD PRN, Route: ORAL
MELOXICAM 15 MG ORAL TABS (MELOXICAM) 1 qd prn, Route: ORAL

**Problem List:**
Abnormal labs (ICD-790.99) (ICD10-R89.9)
Knee pain (ICD-719.46) (ICD10-M25.569)
Back pain (ICD-724.5) (ICD10-M54.9)
Other abnormal findings in urine (ICD10-R82.998)
Screening for vision (ICD-V80.2) (ICD10-Z13.89)
Wart (ICD-078.10) (ICD10-B07.9)
Headache, unspecified (ICD10-R51.9)
MH Problem: Impulsiveness (ICD-126) (ICD10-F99)
MH Problem: Pathological Behaviors Not Listed Elsewhere (ICD-135) (ICD10-F99)
MH Problem: Limited Social/Environmental Stimulation (ICD-507) (ICD10-F99)
MH Problem: Discharge Planning and Readiness Skills (ICD-308) (ICD10-F99)


**Specialty Service:**   Refer to Optometrist


**Sending Institution:** 218-TAYLOR C.I.        **Date of Request:** 09/29/2023

**Reason for consultation:**
Evaluate and recommend diagnostic plan
Evaluate and recommend treatment plan

**Acuity of consultation:** Routine
**Condition is:** Chronic
**Visit Type:**   Initial
**History of present illness (include onset, presentation, progress, therapy)** 42 y/o b/m w/
documented hx listed above. Pt denies pain or discomfort at this time. Denies any abnormalities such as
double vission or curtain like appearance. Far VA OD: 20/50, OS: 20/30. Near VA OD: 20/200, OS: 20/400.
**Findings** na
**Diagnostic results (laboratory, x-ray, or other tests):** na
**Failed prior therapy:**    na

1 of 2

**119-SANTA ROSA C.I.**                                    2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                   Consult Request
Main: 8509835800 Fax: 8509835864          Date of Service: 9/29/2023

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████████
Facility: 218-TAYLOR C.I.
**Associated Diagnosis:** Screening for vision (Z13.89)
**EOS Date:**
LIFE

DC4-702 Consultation Request (Revised 9/12/19)
This form is not to be amended, revised, or altered without          approval of the Office of Health Services
Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**
I also understand that should hospitalization and/or surgery be necessary, a separate consent form will be
signed prior to such hospitalization and/or surgery.    I therefore consent to be referred to a reception and
medical center, or such other health care facility as may be appropriate for the reason(s) stated, and
consent to undergo health care services as may be necessary to evaluate my health status.

IT IS ABSOLUTELY NECESSARY THAT INMATES ARE NOT MADE AWARE OF ANY
SCHEDULING INFORMATION PENDING ANY APPOINTMENT OUTSIDE THE INSTITUTION

Signed By: Newton, APRN, Medical Provider, Centurion, Joy at 9/29/2023 12:42:32 PM

2 of 2

**119-SANTA ROSA C.I.**                                                    2/18/2025
5850 East Milton Rd.
Milton, FL 32583                        DC4-698A Sick Call Request
Main: 8509835800 Fax: 8509835864        Date of Service: 9/25/2023

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████████
Facility: 218-TAYLOR C.I.
**DC4-698A Sick Call Request**


*Imported By: Ashley Rogers, Medical Records Clerk, Centurion 9/28/2023 3:59:28 PM*

_____

External Attachment:

   Type:      Image
  Comment:    DC4-698A Sick Call Request



Signed By: Johns, RN, Director of Nursing, Centurion, Danyelle
at 9/28/2023 4:00:00 PM

                                                                1 of 1

**FLORIDA DEPARTMENT OF CORRECTIONS**
**OFFICE OF HEALTH SERVICES**
# INMATE SICK-CALL REQUEST

Date: 9-27-2023                    Time: 9:30 am

Inmate Name: ROBERT S. LEE          DC#: T15204

Housing assignment: F 3113          Job assignment: N/A

Do you need an interpreter for your Sick Call visit? (Sign language, Spanish, etc.)  ☐Yes  ☑No
If so, what type:_____

Did you require assistance completing this form? (Blind, Quadriplegic, etc.)  ☐Yes  ☑No
If so, why:_____

Problem:

☐    Pass/pass renewal

☐    Medication renewal

☐    Need information (explain):_____

☐    Problem with ADA/Disability equipment or supplies (explain the problem):_____

☐    Mental Health

☐    Dental

☑    Medical (explain): MY VISION IS VERY BAD! I CAN'T
READ A BOOK W/O MY EYES HURTING. I NEED
GLASSES

When did problem/symptoms start? 3 MONTHS ARE SO

```
TO BE COMPLETED BY TRIAGE NURSE:
Date/Time received: 11/25/23 @ 1000
Triaged by: (Print name and licensure) _____ on (Date/Time) 9/25/23 C 1610
Assigned Triage Level:  ☑ Routine    ☐ Urgent    ☐ Emergent
Date patient assessed by nurse:_____ Signature/Stamp of Nurse Completing Sick Call: _____
```

Inmate Name  ROBERT Lee
DC# T15204        Race/Sex B/M
Date of Birth _____
Institution  TAYLOR  CIJ,

Distribution:   Original – File on R side of outpatient record in date order
Pink – Inmate (special housing only – otherwise destroy)

This form is not to be amended, revised, or altered without approval of the
Chief of Health Services Administration.

FDC 000905
DC4-698A (Effective 05/21)        (Revised 6/21)        Incorporated by Reference in Rule 33-402.101, F.A.C.

**119-SANTA ROSA C.I.**                                              2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                    Sick Call, eye exam
Main: 8509835800 Fax: 8509835864           Date of Service: 9/27/2023

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 218-TAYLOR C.I.

**Nurse Visit**

**Copay?** No
**Reason for encounter:** Sick Call

**Orders added during this encounter:**

Sick Call Referral; Start Date: 09/29/2023

**Initial Triage Information:**
**Location of patient:** 218-TAYLOR C.I.

**Sick call order being seen for**
Sick Call;    Order Date: 09/27/2023;    Comments: Eye Exam

**Nurse Sick Call: Date Seen** 09/27/2023
**Time Seen** 1037

**Copay?**    No
**Inmate referred to Provider?** Yes
**Reason:**    Opto consult
**Type of Referral:** Chart Only

**Disclaimer: All EMR timestamps are Eastern Time Zone**

FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES
**Chronological Record of Health Care**

Sick Call
**Copay?** No

**Note:** S: " I think I need glasses... I cant hardly read or see"
O: 42 y/o b/m w/ documented hx listed above. Pt denies pain or discomfort at this time. Denies any
abnormalities such as double vision or curtain like appearance. Far VA OD: 20/50, OS: 20/30. Near VA
OD: 20/200, OS: 20/400.
A: Discomfort aeb decreased VA
P: Chart to pcp to consider opto consult
E: Opto process. Access medical prn w/ changes. Pt verbalized understanding.

1 of 2

**119-SANTA ROSA C.I.**                                                    2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                           Sick Call, eye exam
Main: 8509835800 Fax: 8509835864                   Date of Service: 9/27/2023

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████████
Facility: 218-TAYLOR C.I.

**DC4-701 Chronological Record of Health Care (Revised 8/1/17)**
**This form is not to be amended, revised, or altered without   approval of the Office of Health**
**Services Administration.**
**Disclaimer: All EMR timestamps are Eastern Time Zone**

Signed By: Johns, RN, Director of Nursing, Centurion, Danyelle at 9/27/2023 11:07:10
AM

2 of 2

**119-SANTA ROSA C.I.**
5850 East Milton Rd.
Milton, FL 32583
Main: 8509835800 Fax: 8509835864

2/18/2025

KOP PICK UP
Date of Service: 9/26/2023

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 218-TAYLOR C.I.
**Note:** PICKED UP KOP MEDS
IBUPROFEN 30 PILLS

DC4-701 Chronological Record of Health Care (Revised 8/1/17)
This form is not to be amended, revised, or altered without        approval of the Office of Health Services
Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

Signed By: Lollis, Nursing Assistant, Centurion, Jean at 9/26/2023 2:23:54 PM

**119-SANTA ROSA C.I.**                                                2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                                          Triage,
Main: 8509835800 Fax: 8509835864                        Date of Service: 9/25/2023

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ▮▮▮▮▮▮▮
Facility: 218-TAYLOR C.I.

**Nurse Visit**

**Copay?** No
**Reason for encounter:** Triage

## Orders added during this encounter:

Sick Call; Start Date: 09/27/2023

## Initial Triage Information:

09/25/2023 4:19 PM
**Chief Complaint:** Eye Exam
**Triage Level:** 3

**Disclaimer: All EMR timestamps are Eastern Time Zone**

Signed By: Johns, RN, Director of Nursing, Centurion, Danyelle at 9/25/2023 4:20:35
PM

**119-SANTA ROSA C.I.**
5850 East Milton Rd.
Milton, FL 32583
Main: 8509835800 Fax: 8509835864

2/18/2025

Admin Forms
Date of Service: 9/21/2023

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████████
Facility: 218-TAYLOR C.I.

Signed By: Lollis, Nursing Assistant, Centurion, Jean at 9/21/2023 3:01:58 PM

**119-SANTA ROSA C.I.**
2/18/2025
5850 East Milton Rd.
Milton, FL 32583
Provider Visit
Main: 8509835800 Fax: 8509835864
Date of Service: 9/21/2023

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ████████
Facility: 218-TAYLOR C.I.

**Appointments completed during encounter** Sick Call Referral  •  09/22/2023  •

**Medications added during this encounter:**
IBUPROFEN 600 MG ORAL TABS  •  1 TAB PO QD PRN
ROBAXIN750 750 MG ORAL TABS  •  1 TAB PO BID.

FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES
**Chronological Record of Health Care**
**Reason for visit** Record Review, SCRL - Sick Call Referral
Sick Call Referral;    Order Date: 09/22/2023;    Comments:
**Remarks:** SCRL--ongoing back pain.
VS:    BP:        P:    T:    R:        O2SaT    % @ RA
S:I HAVE BACK PAIN SINCE 2019. I WAS BIT UP WITH A HANDCUFF.IN SEPTEMBER 2019.
MY PAIN SCORE IS AN 8 OUT OF 10.
O:ABLE TO FLEX SPINE WITH LIMITATION.
GENERAL: ALERT AND ORIENTED, TALKATIVE,
HEENT: PERRLA, EOMI, NORMAL EARS, NOSE AND THROAT
HEAD/NECK: NORMOCEPHALIC. NECK SUPPLE, NO LAD
HEART/LUNG: NO VISIBLE RESPIRATORY OR CARDIAC DISTRESS ON INSPECTION
NEUROLOGIC: NO VISIBLE DISTRESS. WALKING AROUND HIS ROOM, GCS 15/15
A:S/P BACK INJURY, MUSCLE SPASMS.
P:IBUPROFEN 600 MG 1 TAB PO QD PRN # 30 X 90 DAYS,
    ROBAXIN 750 MG 1 TAB PO BID # 14 X 7 DAYS.
E:AVOID HEAVY EXERCISES.

DC4-701 Chronological Record of Health Care (Revised 8/1/17)
This form is not to be amended, revised, or altered without        approval of the Office of Health Services
Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

Signed By: Hercule, MD, Medical Director, Centurion, Eliejoseph at 9/21/2023 2:21:06
PM

1 of 1

**119-SANTA ROSA C.I.**
5850 East Milton Rd.
Milton, FL 32583
Main: 8509835800 Fax: 8509835864

2/18/2025

Vital Signs
Date of Service: 9/21/2023

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 218-TAYLOR C.I.

**Vital Signs:**

**Temp:** 97.9 F, **Pulse:** 61, **Resp:** 16, **BP:** 127/84, **O2 sat:** 99%
**Weight (lbs):** 165, **Height:** 71 (inches), **BMI:** 23.01

**Disclaimer: All EMR timestamps are Eastern Time Zone**

Signed By: Oliver, Nursing Assistant, Centurion, Davene at 9/21/2023 2:06:36 PM

**119-SANTA ROSA C.I.**
5850 East Milton Rd.
Milton, FL 32583                                                    2/18/2025
Main: 8509835800 Fax: 8509835864                    Xfr Sum - Provider;
                                                    Date of Service: 9/20/2023

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 218-TAYLOR C.I.
Transfers:


FLORIDA DEPARTMENT OF CORRECTIONS    OFFICE OF HEALTH SERVICES
**HEALTH INFORMATION TRANSFER AND ARRIVAL SUMMARY**

Provider Summary:
**Clinical Date and Time:**
09/20/2023 1:07 PM
**Previous Receiving Screen Reviewed?** Yes

**Permanent Clinician Record Review:** NEW GAIN, NO ACUTE FINDINGS. CHART REVIEW
COMPLETED.

**Medications needed:** No
**M Grade:** 1
**W Grade:** 1
**S Grade:** 1
**Current Work Status:**
**Is Inmate in Chronic Clinic?** No

**Consult needed?** No

Passes written:


DC4-760A Health Information Transfer/Arrival Summary (Revised 06/05/19)
This form is not to be amended, revised, or altered without          approval of the Office of Health Services
Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

Inmate Name: <u>ROBERT S LEE</u>
DC#: <u>T15204</u>    Race/Sex: <u>Black or African American / Male</u>
Date of Birth: ███████
Institution: <u>218-TAYLOR C.I.</u>


Signed By: Hercule, MD, Medical Director, Centurion, Eliejoseph at 9/20/2023 1:07:39
PM

**119-SANTA ROSA C.I.**                                              2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                                    TRANSFER IN
Main: 8509835800 Fax: 8509835864                        Date of Service: 9/18/2023

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 218-TAYLOR C.I.
**Note:** Transferring FROM: RMC MAIN UNIT          and          Transferred INTO: TAYLOR CI ON
9.18.23

TRANSFER IN CHECKLIST HAS BEEN COMPLETED, CHART REVIEWED AND ORDERS
ADDRESSED


**Type of Record Transfer** Transfer In
**Most Recent Paper Volume Number** 27
**Previous Paper Volume Numbers** 1-26 (2 BOXES)
**Psychological Volume Numbers** 1
**Dental Volume Numbers** 1



DC4-701 Chronological Record of Health Care (Revised 8/1/17)
This form is not to be amended, revised, or altered without          approval of the Office of Health Services
Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**




Signed By: Rogers, Medical Records Clerk, Centurion, Ashley at 9/20/2023 12:52:12
PM

**119-SANTA ROSA C.I.**                                    2/18/2025
5850 East Milton Rd.
Milton, FL 32583                          Xfr Sum - Receiving;Hlth Ed;
Main: 8509835800 Fax: 8509835864          Date of Service: 9/18/2023

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 218-TAYLOR C.I.
Transfers:

## Orders added during this encounter:

Health Review- Transfer (Provider); Start Date: 09/19/2023

FLORIDA DEPARTMENT OF CORRECTIONS   OFFICE OF HEALTH SERVICES
**HEALTH INFORMATION TRANSFER AND ARRIVAL SUMMARY**

**Receiving facility MUST complete all starred items.**   Completion of the below
information is not applicable for inmates transferring to a community facility: e.g work release center

Document Name of Transit or Permanent Facility:
Permanent Facility   **Facility Name:** 218-TAYLOR C.I.
09/18/2023 5:47 PM
Vital Signs: Any Vital Signs out of normal range requires referral:

**Temp:** 97.4
**Pulse:** 68   **Resp:** 18   **BP:** 129  **/** 81   **O2 sat:**   98
**Current Weight (lbs):**   164
**Oriented to:** Person, Place, Time
**Current behavior: * requires referral:** Cooperative

 **1. Health Services Inmate Orientation Handbook received?   Permanent Facility Only:** Yes
**\*2. Oriented to access of care: Sick call-Emergency-Pill line-Mental Health- Dental and Medications pick up?** Yes
**\*3. Is Inmate currently receiving medications?**   Yes
**\*4. Does the inmate have medications with them? If NO, referral required:** Yes
**\*5. Is the Inmate currenlty receiving healthcare?** No
**\*6. Is the Inmate presently thinking of committing suicide?** No
**\*7. Does Inmate have a history of substance abuse treatment? Permanent Facility Only:** No
**\*8. Does Inmate have a history of self-injurious behavior?** No
**\*9. Does inmate have a history of inpatient and/or outpatient psychiatric tx?** No
 **10. Does the inmate feel that s/he is susceptible to being victimized by an act of sexual abuse or assault?**   No
 **11. Does the inmate acknowledge or exhibit any tendencies to act out sexually aggressive behavior?** No
**\*12. Does the inmate have a current medical, dental, or MH complaint** No
**\*13. Deformities-evidence of abuse-trauma-disabilities or other physical limitations?** No
**\*14. Signs or symptoms of skin infection?** No
**\*15. Referrals needed for:** N/A
**\*16. Any change in medication list?** No
**\*17. Prescription renewal needed for current prescribed** No
**\*18. Single dose MAR?** No
**\*19. Current Medical-Dental or Mental Health complaint?** No

FDC 000915

**119-SANTA ROSA C.I.**                                        2/18/2025
5850 East Milton Rd.
Milton, FL 32583                           Xfr Sum - Receiving;Hlth Ed;
Main: 8509835800 Fax: 8509835864            Date of Service: 9/18/2023

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ▮▮▮▮▮▮▮
Facility: 218-TAYLOR C.I.
**\*20. Are there any job or housing restrictions?** No
**\*21. Does Inmate require any Passes?** No
**\*22. Does Inmate have Consults pending?** No
**\*23. Does Inmate have any overdue appointments?** Yes
**\*24. Does Inmate need impaired Inmate Assistant?** No
**\*25. Disposition:** Gen Pop
**\*26. Has the Inmate been screened for Hepatitis C? Permanent Facility Only:** Yes


**Orders Added:**
Added new Test order of Health Review- Transfer (Provider) (HR) - Signed

Transfer sending info reviewedTransfer receiving summary reviewed
DC4-760A Health Information Transfer/Arrival Summary (Revised 06/05/19)
This form is not to be amended, revised, or altered without          approval of the Office of Health Services
Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

Inmate Name: ROBERT S LEE
DC#: T15204    Race/Sex: Black or African American / Male
Date of Birth: ▮▮▮▮▮▮▮
Institution: 218-TAYLOR C.I.
FLORIDA DEPARTMENT OF CORRECTIONS    OFFICE OF HEALTH SERVICES
**INMATE HEALTH EDUCATION**

**Institution:**
218-TAYLOR C.I. **Date:** 09/18/2023


**Reception health services orientation provided in Accordance with Procedure 403.008 Inmate Health Services Orientation and Education.**

**Education regarding Hepatitis C completed in accordance with HSB 15.03.09 Supplement #3 Section D.**

**Intersystem transfer health services orientation provided in Accordance with Procedure 403.008 Inmate Health Services Orientation and education.**

**Hygiene**

**Medication compliance**
MELOXICAM 15 MG ORAL TABS  •  1 qd prn


DC4-773 Inmate Health Education (Revised 7/31/23)
This form is not to be amended, revised, or altered without approval of the Deputy Director of Health

FDC 000916

**119-SANTA ROSA C.I.**
5850 East Milton Rd.
Milton, FL 32583
Main: 8509835800 Fax: 8509835864

2/18/2025

Xfr Sum - Receiving;Hlth Ed;
Date of Service: 9/18/2023

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 218-TAYLOR C.I.
Services Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

Signed By: Fussell, RN, Registered Nurse, Centurion, Cindy at 9/18/2023 5:50:32 PM

**119-SANTA ROSA C.I.**                                                    2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                          Xfr Sum - Receiving;
Main: 8509835800 Fax: 8509835864                 Date of Service: 9/14/2023

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ▇▇▇▇▇▇▇
Facility: 209-R.M.C.- MAIN UNIT
Transfers:

FLORIDA DEPARTMENT OF CORRECTIONS   OFFICE OF HEALTH SERVICES
**HEALTH INFORMATION TRANSFER AND ARRIVAL SUMMARY**

**Receiving facility MUST complete all starred items.**   Completion of the below
information is not applicable for inmates transferring to a community facility: e.g work release center

Document Name of Transit or Permanent Facility:
1   **Facility Name:** 209-R.M.C.- MAIN UNIT
09/14/2023 6:33 PM
Vital Signs: Any Vital Signs out of normal range requires referral:

**Temp:** 98.6
**Pulse:** 86  **Resp:** 15  **BP:** 130  **/** 68  **O2 sat:**   98
**Current Weight (lbs):**   150
**Oriented to:** Person, Place, Time
**Current behavior: * requires referral:** Cooperative

**\*2. Oriented to access of care: Sick call-Emergency-Pill line-Mental Health- Dental and Medications pick up?** Yes
**\*3. Is Inmate currently receiving medications?**   No
**\*4. Does the inmate have medications with them? If NO, referral required:** Yes
**\*5. Is the Inmate currenlty receiving healthcare?** No
**\*6. Is the Inmate presently thinking of committing suicide?** No
**\*8. Does Inmate have a history of self-injurious behavior?** No
**\*9. Does inmate have a history of inpatient and/or outpatient psychiatric tx?** No
 **10. Does the inmate feel that s/he is susceptible to being victimized by an act of sexual abuse or assault?**   No
 **11. Does the inmate acknowledge or exhibit any tendencies to act out sexually aggressive behavior?** No
**\*12. Does the inmate have a current medical, dental, or MH complaint** No
**\*13. Deformities-evidence of abuse-trauma-disabilities or other physical limitations?** No
**\*14. Signs or symptoms of skin infection?** No
**\*15. Referrals needed for:** N/A
**\*16. Any change in medication list?** No
**\*17. Prescription renewal needed for current prescribed** No
**\*18. Single dose MAR?** NA
**\*19. Current Medical-Dental or Mental Health complaint?** No
**\*20. Are there any job or housing restrictions?** No
**\*21. Does Inmate require any Passes?** No
**\*22. Does Inmate have Consults pending?** No
**\*23. Does Inmate have any overdue appointments?** No
**\*24. Does Inmate need impaired Inmate Assistant?** No
**\*25. Disposition:** Gen Pop

1 of 2

**119-SANTA ROSA C.I.**                                    2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                      Xfr Sum - Receiving;
Main: 8509835800 Fax: 8509835864            Date of Service: 9/14/2023

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 209-R.M.C.- MAIN UNIT
Transfer sending info reviewedTransfer receiving summary reviewed
DC4-760A Health Information Transfer/Arrival Summary (Revised 06/05/19)
This form is not to be amended, revised, or altered without        approval of the Office of Health Services
Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

Inmate Name: ROBERT S LEE
DC#: T15204    Race/Sex: Black or African American / Male
Date of Birth: ███████
Institution: 209-R.M.C.- MAIN UNIT


Signed By: Elixson, RN, DON, Centurion, Michaela at 9/14/2023 6:37:53 PM

FDC 000919

2 of 2

R.M.C. Main & Hospital
7765 S CR 231
Lake Butler, FL   32054
Phone: 386.496.6000
Fax: 386.496.2069

Patient: ROBERT LEE
DC#: T15204
DOB: ███████
Sex: Male
Patient Location: 209-R.M.C.- MAIN UNIT

# Xfr Sum - Receiving;

Transfers:

FLORIDA DEPARTMENT OF CORRECTIONS OFFICE OF HEALTH SERVICES

**HEALTH INFORMATION TRANSFER AND ARRIVAL SUMMARY**

**Receiving facility MUST complete all starred items.** Completion of the below information is not applicable for inmates transferring to a community facility: e.g work release center

Document Name of Transit or Permanent Facility:

1 **Facility Name:** 209-R.M.C.- MAIN UNIT

09/14/2023 6:33 PM

Vital Signs: Any Vital Signs out of normal range requires referral:

**Temp:** 98.6

**Pulse:** 86 **Resp:** 15 **BP:** 130 / 68 **O2 sat:** 98

**Current Weight (lbs):** 150

**Oriented to:** Person, Place, Time

**Current behavior: * requires referral:** Cooperative

**\*2. Oriented to access of care: Sick call-Emergency-Pill line-Mental Health- Dental and Medications pick up?** Yes

**\*3. Is Inmate currently receiving medications?** No

**\*4. Does the inmate have medications with them? If NO, referral required:** Yes

**\*5. Is the Inmate currenlty receiving healthcare?** No

**\*6. Is the Inmate presently thinking of committing suicide?** No

**\*8. Does Inmate have a history of self-injurious behavior?** No

**\*9. Does inmate have a history of inpatient and/or outpatient psychiatric tx?** No

**10. Does the inmate feel that s/he is susceptible to being victimized by an act of sexual abuse or assault?** No

**11. Does the inmate acknowledge or exhibit any tendencies to act out sexually aggressive behavior?** No

**\*12. Does the inmate have a current medical, dental, or MH complaint** No

**\*13. Deformities-evidence of abuse-trauma-disabilities or other physical limitations?** No

**\*14. Signs or symptoms of skin infection?** No

**\*15. Referrals needed for:** N/A

**\*16. Any change in medication list?** No

**\*17. Prescription renewal needed for current prescribed** No

**\*18. Single dose MAR?** NA

**\*19. Current Medical-Dental or Mental Health complaint?** No

**\*20. Are there any job or housing restrictions?** No

**\*21. Does Inmate require any Passes?** No

**\*22. Does Inmate have Consults pending?** No

**\*23. Does Inmate have any overdue appointments?** No

**\*24. Does Inmate need impaired Inmate Assistant?** No

**\*25. Disposition:** Gen Pop

Transfer sending info reviewedTransfer receiving summary reviewed

DC4-760A Health Information Transfer/Arrival Summary (Revised 06/05/19)

This form is not to be amended, revised, or altered without approval of the Office of Health Services Administration.

**\*\*Disclaimer: All EMR timestamps are Eastern Time Zone\*\***

Inmate Name: ROBERT S LEE

DC#: T15204 Race/Sex: Black or African American / Male

Date of Birth: ███████

Institution: 209-R.M.C.- MAIN UNIT

FDC 000920

Joyner, RN, DON, Centurion, Michaela

Signed on 9/14/2023 9:38:36 PM

R.M.C. Main & Hospital
7765 S CR 231
Lake Butler, FL   32054
Phone: 386.496.6000
Fax: 386.496.2069

Patient: ROBERT LEE
DC#: T15204
DOB:
Sex: Male
Patient Location: 209-R.M.C.- MAIN UNIT

This form is not to be amended, revised, or altered without approval of the Deputy Director of Health Services Administration.



ROBERT LEE                                        9/14/2023

**119-SANTA ROSA C.I.**
5850 East Milton Rd.
Milton, FL 32583
Main: 8509835800 Fax: 8509835864

2/18/2025

Chron Rec Health Care
Date of Service: 9/14/2023

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 402-S.F.R.C.
**Type of Record Transfer** Transfer Out
**Most Recent Paper Volume Number** 27
**Previous Paper Volume Numbers** 1-26
**Psychological Volume Numbers** 1
**Dental Volume Numbers** 1

DC4-701 Chronological Record of Health Care (Revised 8/1/17)
This form is not to be amended, revised, or altered without        approval of the Office of Health Services
Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

Signed By: Kirkem, Medical Records Clerk, Centurion, Tia at 9/14/2023 4:55:05 PM

1 of 1

**119-SANTA ROSA C.I.**                                          2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                    Xfr sum - Sending;
Main: 8509835800 Fax: 8509835864           Date of Service: 9/13/2023

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ████████
Facility: 402-S.F.R.C.
Transfers:

**Orders added during this encounter:**
New Inmate HLT Review (Nurse); Start Date: 09/13/2023

FLORIDA DEPARTMENT OF CORRECTIONS    OFFICE OF HEALTH SERVICES
**HEALTH INFORMATION TRANSFER AND ARRIVAL SUMMARY**

**Clinical Date and Time:** 09/13/2023 11:53 AM
**Transferring FROM:** 402-S.F.R.C. **Transferring TO:** SFRC SOUTH UNIT
**Special transportation needs:** No

**Current Problems:**
Abnormal labs (ICD-790.99) (ICD10-R89.9)
Knee pain (ICD-719.46) (ICD10-M25.569)
Back pain (ICD-724.5) (ICD10-M54.9)
Other abnormal findings in urine (ICD10-R82.998)
Screening for vision (ICD-V80.2) (ICD10-Z13.89)
Wart (ICD-078.10) (ICD10-B07.9)
Headache, unspecified (ICD10-R51.9)
MH Problem: Impulsiveness (ICD-126) (ICD10-F99)
MH Problem: Pathological Behaviors Not Listed Elsewhere (ICD-135) (ICD10-F99)
MH Problem: Limited Social/Environmental Stimulation (ICD-507) (ICD10-F99)
MH Problem: Discharge Planning and Readiness Skills (ICD-308) (ICD10-F99)

**Current Medications, Dose and Frequency:**
MELOXICAM 15 MG ORAL TABS (MELOXICAM) 1 qd prn; Route: ORAL

**Currently on Self-Harm Observation Status:** No
**Currently being treated for medical problems:** Yes
**Currently being treated for Dental problems:** No
**Currently being treated for Mental Health problems:** No

Impairment: **Developmental:** _
**Impairment:** N/A

**Is inmate on any DOT medications; by any route?** No
**Medication accompanying inmate:** NA
DC4-760A Health Information Transfer/Arrival Summary (Revised 06/05/19
This form is not to be amended, revised, or altered without        approval of the Office of Health Services
Administration.

1 of 2

**119-SANTA ROSA C.I.**
5850 East Milton Rd.
Milton, FL 32583
Main: 8509835800 Fax: 8509835864

2/18/2025

Xfr sum - Sending;
Date of Service: 9/13/2023

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ▮▮▮▮▮▮▮
Facility: 402-S.F.R.C.
**Disclaimer: All EMR timestamps are Eastern Time Zone**

Inmate Name: ROBERT S LEE
DC#: T15204    Race/Sex: Black or African American / Male
Date of Birth: ▮▮▮▮▮▮▮
Institution: 402-S.F.R.C.

Signed By: Rodriguez, LPN, Licensed Practical Nurse, Centurion, Reina at 9/13/2023
11:54:34 AM

FDC 000924

**119-SANTA ROSA C.I.**                                         2/18/2025
5850 East Milton Rd.
Milton, FL 32583                              Xfr Sum - Receiving;Hlth Ed;Pre-Spec Housing Eval;
Main: 8509835800 Fax: 8509835864                      Date of Service: 9/12/2023

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ████████
Facility: 402-S.F.R.C.
Transfers:

## Orders added during this encounter:
Sick Call; Start Date: 09/13/2023

FLORIDA DEPARTMENT OF CORRECTIONS    OFFICE OF HEALTH SERVICES
**RISK ASSESSMENT FOR THE USE OF CHEMICAL RESTRAINT AGENTS AND ELECTRONIC
IMMOBILIZATION DEVICES**

**DC4-650B Risk Assessment for the Use of Chemical Restraint Agents and Electronic
Immobilization Devices must be completed    when a pre-confinement health assessment is
conducted.**

DC4-650B will be reviewed at the time of all practitioner health care encounters. If any changes in an
inmate's medical condition are identified (e.g, new diagnosis) that would affect the use of chemical
restraint agents or electronic immobilization devices, a new DC4-650B must be completed and provided
to security staff, replacing the previous DC4-650B.

---

## Chemical Restraint Agents Assessment:

**No Known Medical Risk Factor(s)***: has been identified at the time of this pre-confinement
health assessment, based on a review of the    medical record and current health status that may be
exacerbated by the use of chemical restraint agents.

**\*Medical Risk Factor(s)**    are conditions that may be exacerbated by the use of chemical restraint
agents include, but are not limited to, the    following: asthma, chronic obstructive pulmonary disease,
emphysema, congestive heart failure, angina, pregnancy, and unstable hypertension. (Inmate is
considered stable if B/P has been <140/90 at last cardiovascular clinic visit.)

---

**Electronic Immobilization Device (EID) Assessment:**

**No Known Medical Risk Factor(s)*** has been identified at the time of this pre-confinement health
assessment, based on a review of the medical record that may be exacerbated by the use of electronic
immobilization devices.

**\*Medical Risk Factor(s)***  are conditions that may be exacerbated by the use of electronic immobilization
devices include, but are not limited to,    the following: seizure disorder, multiple sclerosis, muscular
dystrophy, pacemaker, and pregnancy.

1 of 5

**119-SANTA ROSA C.I.**                                      2/18/2025
5850 East Milton Rd.
Milton, FL 32583                    Xfr Sum - Receiving;Hlth Ed;Pre-Spec Housing Eval;
Main: 8509835800 Fax: 8509835864              Date of Service: 9/12/2023

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████████
Facility: 402-S.F.R.C.

_____

DC4-650B- Risk Assessment for the Use of Chemical Restraint Agents and Electronic Immobilization
Devices (Revised 10/20)
This form is not to be amended, revised, or altered without approval of the Office of Health Services
Administration.

Incorporated by Reference in Rule 33-602.210, F.A.C.
**Disclaimer: All EMR timestamps are Eastern Time Zone**

2 of 5

**119-SANTA ROSA C.I.**                                    2/18/2025
5850 East Milton Rd.
Milton, FL 32583                    Xfr Sum - Receiving;Hlth Ed;Pre-Spec Housing Eval;
Main: 8509835800 Fax: 8509835864              Date of Service: 9/12/2023

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 402-S.F.R.C.

FLORIDA DEPARTMENT OF CORRECTIONS    OFFICE OF HEALTH SERVICES
**PRE-SPECIAL HOUSING HEALTH EVALUATION**

**Post Use of Force?** No

**M:**1   **S:**1   **W:**1   **T:**1   **I:**_

**Is inmate demonstrating strange/bizarre behavior or thinking about/threatening/engaging in self-harmful behavior?** No
**Current Medical Complaint?** No
**Temp:**  97.7 F
**Pulse:**  58   **Resp:**  19   **BP:**  129 / 90 **O2 sat:** 97 **Weight (lbs):**  152

**Infirmities or impairment?** No   **Does inmate have assistive devices that will remain with her/him?** No

**Renewal/ Refill Needed?** No
*Chart referred for renewal or refill ordered.

**Arrangements for Medication Administration:** Self

**Inmate medication delivered to health care staff?** No

**Are there any apparent acute medical/mental health reasons, including any thoughts, threats or gestures of self-injurious behavior, that preclude placement in special housing?( If yes, refer inmate to clinic)** No

**Health Record Reviewed?** Yes
**Inmate educated on how to access medical, dental and mental health care?** Yes

**Completed DC4-529 Mental Health Referral for S2/S3?** N/A
**Completed DC4-650B Risk Assessment?** Yes DC4-769 Pre-Special Housing Health Evaluation (Revised 02/23/18)
This form is not to be amended, revised, or altered without        approval of the Office of Health Services Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

FLORIDA DEPARTMENT OF CORRECTIONS    OFFICE OF HEALTH SERVICES
**INMATE HEALTH EDUCATION**

**Institution:**
402-S.F.R.C. **Date:** 09/12/2023

**Intersystem transfer health services orientation provided in Accordance with Procedure 403.008 Inmate Health Services Orientation and education.**

3 of 5

**119-SANTA ROSA C.I.**                                                    2/18/2025
5850 East Milton Rd.
Milton, FL 32583                             Xfr Sum - Receiving;Hlth Ed;Pre-Spec Housing Eval;
Main: 8509835800 Fax: 8509835864                       Date of Service: 9/12/2023

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ██████████
Facility: 402-S.F.R.C.

DC4-773 Inmate Health Education (Revised 7/31/23)
This form is not to be amended, revised, or altered without approval of the Deputy Director of Health
Services Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

FLORIDA DEPARTMENT OF CORRECTIONS   OFFICE OF HEALTH SERVICES
**HEALTH INFORMATION TRANSFER AND ARRIVAL SUMMARY**

**Receiving facility MUST complete all starred items.**     Completion of the below
information is not applicable for inmates transferring to a community facility: e.g work release center

Document Name of Transit or Permanent Facility:
1   **Facility Name:** 402-S.F.R.C.
09/12/2023 7:46 PM
Vital Signs: Any Vital Signs out of normal range requires referral:

**Temp:** 97.7
**Pulse:** 58   **Resp:** 19   **BP:** 129 **/** 90   **O2 sat:**    97
**Current Weight (lbs):** 152
**Oriented to:** Person, Place, Time
**Current behavior: * requires referral:** Cooperative

**\*2. Oriented to access of care: Sick call-Emergency-Pill line-Mental Health- Dental and Medications
pick up?** Yes
**\*3. Is Inmate currently receiving medications?** Yes
**\*4. Does the inmate have medications with them? If NO, referral required:** No
**\*5. Is the Inmate currenlty receiving healthcare?** Yes
Medical
**\*6. Is the Inmate presently thinking of committing suicide?** No
**\*8. Does Inmate have a history of self-injurious behavior?** Yes
**\*9. Does inmate have a history of inpatient and/or outpatient psychiatric tx?** Yes
 **10. Does the inmate feel that s/he is susceptible to being victimized by an act of sexual abuse or
assault?** No
 **11. Does the inmate acknowledge or exhibit any tendencies to act out sexually aggressive
behavior?** No
**\*12. Does the inmate have a current medical, dental, or MH complaint** No
**\*13. Deformities-evidence of abuse-trauma-disabilities or other physical limitations?** No
**\*14. Signs or symptoms of skin infection?** No
**\*15. Referrals needed for:** N/A
**\*16. Any change in medication list?** No
**\*17. Prescription renewal needed for current prescribed** No
**\*18. Single dose MAR?** No
**\*19. Current Medical-Dental or Mental Health complaint?** No
**\*20. Are there any job or housing restrictions?** No
**\*21. Does Inmate require any Passes?** No

FDC 000928

**119-SANTA ROSA C.I.**
5850 East Milton Rd.
Milton, FL 32583
Main: 8509835800 Fax: 8509835864

2/18/2025

Xfr Sum - Receiving;Hlth Ed;Pre-Spec Housing Eval;
Date of Service: 9/12/2023

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████████
Facility: 402-S.F.R.C.
**\*22. Does Inmate have Consults pending?** No
**\*23. Does Inmate have any overdue appointments?** No
**\*24. Does Inmate need impaired Inmate Assistant?** No
**\*25. Disposition:** Confinement


**Orders Added:**
Added new Test order of Sick Call (SC) - Signed

Transfer sending info reviewedTransfer receiving summary reviewed
DC4-760A Health Information Transfer/Arrival Summary (Revised 06/05/19)
This form is not to be amended, revised, or altered without        approval of the Office of Health Services
Administration.

**\*\*Disclaimer: All EMR timestamps are Eastern Time Zone\*\***

Inmate Name: <u>ROBERT S LEE</u>
DC#: <u>T15204</u>    Race/Sex: <u>Black or African American / Male</u>
Date of Birth: ███████████
Institution: <u>402-S.F.R.C.</u>



Signed By: Gonzalez, RN, Registered Nurse, Centurion, Elba at 9/12/2023 7:54:58 PM

FDC 000929

**119-SANTA ROSA C.I.**                                    2/18/2025
5850 East Milton Rd.
Milton, FL 32583                              Chron Rec Health Care
Main: 8509835800 Fax: 8509835864          Date of Service: 9/11/2023

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: █████████
Facility: 564-DESOTO ANNEX
**Type of Record Transfer** Transfer Out
**Most Recent Paper Volume Number** 27
**Previous Paper Volume Numbers** 1-26
**Psychological Volume Numbers** 1
**Dental Volume Numbers** 1


DC4-701 Chronological Record of Health Care (Revised 8/1/17)
This form is not to be amended, revised, or altered without          approval of the Office of Health Services
Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**


Signed By: Price, Administrative Assistant, Centurion, Jordyn at 9/11/2023 2:31:01 PM

**119-SANTA ROSA C.I.**                                          2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                    Xfr sum - Sending;
Main: 8509835800 Fax: 8509835864          Date of Service: 9/11/2023

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ▮▮▮▮▮▮▮
Facility: 564-DESOTO ANNEX
Transfers:

## Orders added during this encounter:
New Inmate HLT Review (Nurse); Start Date: 09/11/2023

FLORIDA DEPARTMENT OF CORRECTIONS    OFFICE OF HEALTH SERVICES
**HEALTH INFORMATION TRANSFER AND ARRIVAL SUMMARY**

**Clinical Date and Time:** 09/11/2023 2:24 PM
**Transferring FROM:** 564-DESOTO ANNEX **Transferring TO:** SFRC
**Special transportation needs:** No

**Current Problems:**
Abnormal labs (ICD-790.99) (ICD10-R89.9)
Knee pain (ICD-719.46) (ICD10-M25.569)
Back pain (ICD-724.5) (ICD10-M54.9)
Other abnormal findings in urine (ICD10-R82.998)
Screening for vision (ICD-V80.2) (ICD10-Z13.89)
Wart (ICD-078.10) (ICD10-B07.9)
Headache, unspecified (ICD10-R51.9)
MH Problem: Impulsiveness (ICD-126) (ICD10-F99)
MH Problem: Pathological Behaviors Not Listed Elsewhere (ICD-135) (ICD10-F99)
MH Problem: Limited Social/Environmental Stimulation (ICD-507) (ICD10-F99)
MH Problem: Discharge Planning and Readiness Skills (ICD-308) (ICD10-F99)

**Current Medications, Dose and Frequency:**
MELOXICAM 15 MG ORAL TABS (MELOXICAM) 1 qd prn; Route: ORAL

**Currently on Self-Harm Observation Status:** No
**Currently being treated for medical problems:** No
**Currently being treated for Dental problems:** No
**Currently being treated for Mental Health problems:** No

Impairment: **Developmental:** _
**Impairment:** N/A

**Is inmate on any DOT medications; by any route?** No
**Medication accompanying inmate:** NA
DC4-760A Health Information Transfer/Arrival Summary (Revised 06/05/19
This form is not to be amended, revised, or altered without        approval of the Office of Health Services
Administration.

1 of 2

**119-SANTA ROSA C.I.**                                          2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                    Xfr sum - Sending;
Main: 8509835800 Fax: 8509835864          Date of Service: 9/11/2023

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ██████████
Facility: 564-DESOTO ANNEX
**Disclaimer: All EMR timestamps are Eastern Time Zone**

Inmate Name: <u>ROBERT S LEE</u>
DC#: <u>T15204</u>    Race/Sex: <u>Black or African American / Male</u>
Date of Birth: ██████████
Institution: <u>564-DESOTO ANNEX</u>


Signed By: Wallace, LPN, Licensed Practical Nurse, Centurion, Kelli at 9/11/2023
2:25:25 PM

2 of 2

**119-SANTA ROSA C.I.**                                              2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                                    dr desk
Main: 8509835800 Fax: 8509835864                    Date of Service: 9/8/2023

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ▓▓▓▓▓▓▓
Facility: 564-DESOTO ANNEX
FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES
**Chronological Record of Health Care**

**Note:** rs call out due to security issue

**DC4-701 Chronological Record of Health Care (Revised 8/1/17)**
**This form is not to be amended, revised, or altered without   approval of the Office of Health Services Administration.**
**Disclaimer: All EMR timestamps are Eastern Time Zone**

Signed By: Bragg, CNA, Phlebotomist, Centurion, Marjorie at 9/8/2023 8:45:07 AM

1 of 1

**119-SANTA ROSA C.I.**                                                                   2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                                              MH :Inmate Request
Main: 8509835800 Fax: 8509835864                                    Date of Service: 9/7/2023

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 564-DESOTO ANNEX
_____
External Attachment:    Type:        Image        Comment:    IM REQ,T15204,9.7.23

**Orders added during this encounter:**
Interview Inmate Request; Start Date: 09/13/2023


FLORIDA DEPARTMENT OF CORRECTIONS    OFFICE OF HEALTH SERVICES
**INMATE REQUEST**

**To:** Mental Health
**Category:** MH Outpatient

I need to speak w/you:    Urgent, could you please have me pulled out b/c the walls have ears?
All requests will be handled in one of the following ways:1)    Written Information or    2) Personal
Interview. All informal grievances will be responded to in writing
**Date received:**    09/07/2023
I will schedule a call out for you.

**Date Returned to Inmate:** 09/07/2023 **Answered By:** Stuthers; MHP; Centurion, Stuart

DC6-236 (Effective 12/14)
This form is not to be amended, revised, or altered without approval of the Office of Health Services
Administration.

Incorporated by Reference in Rule 33-103.005, F.A.C.




Signed By: Stuthers, MHP, Centurion, Stuart at 9/12/2023 2:47:25 PM

FDC 000934

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

# INMATE REQUEST

Mail Number: _____
Team Number: _____
Institution: DESOTO ANNEX

| TO:<br>(Check One) | ☐ Warden<br>☐ Asst. Warden | ☐ Classification<br>☐ Security | ☑ Medical<br>☑ Mental Health | ☐ Dental<br>☐ Other _____ |
|---|---|---|---|---|

| FROM: | Inmate Name<br>Robert S. Lee | DC Number<br>T15204 | Quarters<br>F3207 | Job Assignment<br>N/A | Date<br>9-6-23 |
|---|---|---|---|---|---|

**REQUEST**                                    Check here if this is an informal grievance ☐

I need to speak w/ you : Urgent , could you please
have me pulled out b/c the walls have ears.
— A MATTER OF LIFE & DEATH — SERIOUSLY

THANK YOU,

All requests will be handled in one of the following ways:  1) Written Information or    2) Personal Interview.  All informal grievances will be responded to in writing.

| Inmate (Signature): Lee Robert S | DC#: T15204 | Received by Mental Health |
|---|---|---|

---
**DO NOT WRITE BELOW THIS LINE**

**RESPONSE**                    DATE RECEIVED: _____

SEP 0 7 2023
DESOTO ANNEX

I will reschedule a call out for you.

[The following pertains to informal grievances only:

Based on the above information, your grievance is _____. (Returned, Denied, or Approved).  If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

| Official (Print Name):  S. Stuthers MS, LMHC | Official (Signature): | Date: 9/7/23 |
|---|---|---|

Original: Inmate (plus one copy) Desoto C.I.
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 15 days, following receipt by staff.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to.  If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective 11/18)                    FDC 000935
Incorporated by Reference in Rule 33-103.005, F.A.C.

**119-SANTA ROSA C.I.**                                         2/18/2025
5850 East Milton Rd.
Milton, FL 32583                        DC4-698A Sick Call Request
Main: 8509835800 Fax: 8509835864        Date of Service: 8/17/2023

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████████
Facility: 564-DESOTO ANNEX
**DC4-698A Sick Call Request**


*Imported By: Jordyn Price, Administrative Assistant, Centurion 8/29/2023 8:24:39 AM*

---

External Attachment:

  Type:     Image
 Comment:   SICK CALL 698A 8/17/23


Signed By: Thompson, RN, Registered Nurse, Centurion, Tyjuanna
at 8/29/2023 8:25:04 AM

1 of 1

FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES

# INMATE SICK-CALL REQUEST

Date: 8-16-23                                    Time: 10:30 AM

Inmate Name: ROBERT S. Lee                       DC#: T15204

Housing assignment: _____             Job assignment: _____

Do you need an interpreter for your Sick Call visit? (Sign language, Spanish, etc.)  ☐ Yes  ☑ No
If so, what type: _____

Did you require assistance completing this form? (Blind, Quadriplegic, etc.)   ☐ Yes  ☑ No
If so, why: _____

Problem:

☐  Pass/pass renewal

☐  Medication renewal

☐  Need information (explain): _____

☐  Problem with ADA/Disability equipment or supplies (explain the problem): _____

☐  Mental Health

☐  Dental

☑  Medical (explain): MY BACK HAS BEEN HURTING — DUE TO BEING BEAT W/ HANDCUFFS AT SANTA ROSA C.I. ON SEPTEMBER 4 2019. I AM IN ALOT OF PAIN

When did problem/symptoms start? SEPTEMBER 4, 2019
SEE UOF ___ medical File    diagram of injurys

| TO BE COMPLETED BY TRIAGE NURSE: |
| --- |
| Date/Time received: 8/17/2023    23:49 |
| Triaged by: (Print name and licensure) T. THO-   on (Date/Time) 8/17/2023    23:49 |
| Assigned Triage Level: ☒ Routine    ☐ Urgent    ☐ Emergent |
| Date patient assessed by nurse: 8/25/23    Signature/Stamp of Nurse Completing Sick Call: Bronwauts LPN |
| @ 1050 |

Inmate Name LEE ROBERT S.
DC# 715204              Race/Sex B/M
Date of Birth _____
Institution DESOTO C.I.

Distribution:   Original – File on R side of outpatient record in date order
Pink – Inmate (special housing only – otherwise destroy)

This form is not to be amended, revised, or altered without approval of the
Chief of Health Services Administration.

DC4-698A (Effective 05/21)       (Revised 6/21)       Incorporated by Reference in Rule 33-402.101, F.A.C.

**119-SANTA ROSA C.I.**                                    2/18/2025
5850 East Milton Rd.
Milton, FL 32583                              Back Pain,Sick Call,
Main: 8509835800 Fax: 8509835864        Date of Service: 8/25/2023

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ▮▮▮▮▮▮▮▮
Facility: 564-DESOTO ANNEX

## Nurse Visit

**Copay?** Yes
**Reason for encounter:** Sick Call

## Initial Triage Information:
**Location of patient:** 564-DESOTO ANNEX

**Sick call order being seen for:** Sick Call;    Order Date: 08/25/2023;    Comments: Back Pain

**Nurse Sick Call: Date Seen** 08/25/2023
**Time Seen** 10:50 am

**Copay?**    Yes
**Inmate referred to Provider?** Yes
**Reason:**    Possible issuance of pain meds
**Type of Referral:** Scheduled

**Disclaimer: All EMR timestamps are Eastern Time Zone**

FLORIDA DEPARTMENT OF CORRECTIONS    OFFICE OF HEALTH SERVICES
**BACK PAIN PROTOCOL**
NOTE:    ALL PROTOCOLS COMPLETED BY LPNS MUST BE REVIEWED AND COSIGNED BY A RN
OR CLINICIAN.

## SUBJECTIVE: Age:
42 Years Old

**Current Medications:**
MELOXICAM 15 MG ORAL TABS (MELOXICAM) 1 qd prn; Route: ORAL

**Current Problems:**
Abnormal labs (ICD-790.99) (ICD10-R89.9)
Knee pain (ICD-719.46) (ICD10-M25.569)
Back pain (ICD-724.5) (ICD10-M54.9)
Other abnormal findings in urine (ICD10-R82.998)
Screening for vision (ICD-V80.2) (ICD10-Z13.89)
Wart (ICD-078.10) (ICD10-B07.9)
Headache, unspecified (ICD10-R51.9)
MH Problem: Impulsiveness (ICD-126) (ICD10-F99)
MH Problem: Pathological Behaviors Not Listed Elsewhere (ICD-135) (ICD10-F99)
MH Problem: Limited Social/Environmental Stimulation (ICD-507) (ICD10-F99)

1 of 3

**119-SANTA ROSA C.I.**                                              2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                                Back Pain,Sick Call,
Main: 8509835800 Fax: 8509835864                      Date of Service: 8/25/2023

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 564-DESOTO ANNEX
MH Problem: Discharge Planning and Readiness Skills (ICD-308) (ICD10-F99)

**Medical Hx:** back pain, knee pain
**Hx of back pain/back problems?** Yes
**What was the problem/diagnosis?** back pain
**What treatment did patient receive for previous back pain?** pain medication
**Chief complaint:** "My back hurts due to being beat with handcuffs at Santa Rosa in September 2019"
**When did current pain begin?**    2019 **Pain Level:** 5/10
**What were you doing (activity) when the pain began?** Ongoing
**If back pain is the result of trauma, does patient have any other injuries?** No
**Description of pain:** Aching
**Location of pain:**Thoracic region:Center-Over spinal column
**Flank region pain with or without radiation to groin?** No
**Is pain localized?** Yes
**OR    does pain radiate?**    No
**Does pain increase with activity?** No
**Are you able to find position of comfort?** No
**What decreases or relieves the pain?** Pain meds
**Does pain increase with deep inspiration?** No
**Did you wake up with this pain?** No
**Back muscle spasms?** No
**Numbness or tingling in any extremity?** No **Problem with incontinence?** No
**Recent weight loss?** No
**Pain with urination?** No
**Blood in urine?** No

**OBJECTIVE:**
**Temp:**   97.6 F **Pulse:** 68 **Resp:** 16 **BP:** 114 **/** 67 **O2 sat:** 99 % **Weight (lbs):** 160
**Last 3 Weights:**
171 08/02/2023 7:32:10 PM,
166 07/25/2023 3:06:58 PM,
165 07/18/2023 8:09:43 PM
**Gait:** Normal
**Back exam:    Swelling noted** No
**Discoloration/bruising noted** No

**FINDINGS REQUIRING IMMEDIATE CLINICIAN NOTIFICATION:**

**PLAN:**
**Clinician notified:**    No
Give ibuprofen 200mg 2 tablets by mouth now

**Orders Added per Protoocol:**
Added new Test order of Sick Call Referral (SCRL) - Signed

**EDUCATION:**

**119-SANTA ROSA C.I.**                                                                              2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                                                    Back Pain,Sick Call,
Main: 8509835800 Fax: 8509835864                                        Date of Service: 8/25/2023

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ██████████
Facility: 564-DESOTO ANNEX
Inmate instructed to take: Ibuprofen 200mg 2- 3 tabs by mouth 3-4 times/day OR
Inmate instructed to return if symptoms return or worsen, or if any new symptoms develop.

**DC4-683AA Additional Comments:** Pt req new prescription of prednisone and pain medication

DC4-683S Back Pain Protocol    (Revised 06/06/18)
This form is not to be amended, revised, or altered without          approval of the Office of Health Services
Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

Signed By: VanHouten, LPN, Licensed Practical Nurse, Centurion, Brittany at 8/25/2023
5:37:55 PM
Signed By: Rivera-Santiago, RN, Registered Nurse, Centurion, Alyssa at 8/29/2023
7:53:59 PM

3 of 3

**119-SANTA ROSA C.I.**                                          2/18/2025
5850 East Milton Rd.
Milton, FL 32583                        Diagram of Injury/Rule of Nines
Main: 8509835800 Fax: 8509835864        Date of Service: 8/21/2023

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████████
Facility: 564-DESOTO ANNEX
**Diagram of Injury/Rule of Nines**


*Imported By: Jordyn Price, Administrative Assistant, Centurion 8/21/2023 9:32:33 AM*

_____

External Attachment:

  Type:      Image
  Comment:   DIAGRAM OF INJURY


Signed By: Patty, RN, Registered Nurse, Centurion, Evodie at
8/21/2023 9:33:01 AM

1 of 1

## FLORIDA DEPARTMENT OF CORRECTIONS
## OFFICE OF HEALTH SERVICES
## DIAGRAM OF INJURY



Date of occurrence ___8/21/23___     Time of occurrence ___0235___
Date injury assessed by medical ___8/21/23___     Time injury assessed by medical ___0313 AM___

☑ No injury identified

Description of injury:

___NO Injury___

_Luci Guthy_ /E. Petty RN
Staff Signature

Inmate Name ___Lee, Robert___
DC# ___T15704___     Race/Sex ___B/M___
Date of Birth ███████
Institution ___Desoto___

This form is not to be amended, revised, or altered without
approval by the Director of Health Services- Administration.

Copies distribution:  White/Health Record   Canary/Inspector General   Pink/Warden or Asst. Warden

DC4-708 (Revised 10/07)

FDC 000942

Incorporated by Reference in Rule 33-602.210, F.A.C.

**119-SANTA ROSA C.I.**                                                              2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                    Staff Referral/Requests:Mental Health
Main: 8509835800 Fax: 8509835864                          Date of Service: 8/21/2023

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ████████
Facility: 564-DESOTO ANNEX
Staff Referral/Request

## Orders added during this encounter:

Staff Request/Referral; Start Date: 08/21/2023

FLORIDA DEPARTMENT OF CORRECTIONS    OFFICE OF HEALTH SERVICES
**STAFF REQUEST/REFERRAL**

Directions: Sender (referring/requesting staff) completes section I and signs.    Addressee (responding staff) completes section II and signs.

**SECTION I**
**Addressee's Area/Service:** Mental Health

564-DESOTO ANNEX Correctional Institution.

**Mental Health Referral**
**Clinical Date and Time:** 08/21/2023 3:37 AM
**TO: Addressee's Name** Landry/ Stuther/ Mee
**Senders Name:** Evodie Patty, RN, Registered Nurse, Centurion **Sender's Area/Service** Mental Health
Inmate Housing:
CM
**Request/Referral Type:** Routine: respond within seven 7 days
**Reason for Request/Referral**
**Inmate History includes following factors/events of concern:** N/A
**Inmate currently displays following behaviors of concern:** N/A
**Other:** Yes
S/P chemical used of force

DC4-529 Staff Referral/Request (Effective 12/12)
This form is not to be amended, revised, or altered without approval of the Office of Health Services Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

Signed By: Patty, RN, Registered Nurse, Centurion, Evodie at 8/21/2023 3:38:23 AM

1 of 1

**119-SANTA ROSA C.I.**
5850 East Milton Rd.
Milton, FL 32583
Main: 8509835800 Fax: 8509835864

2/18/2025

ER Record,
Date of Service: 8/21/2023

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ██████████
Facility: 564-DESOTO ANNEX

1 of 4

**119-SANTA ROSA C.I.**
5850 East Milton Rd.
Milton, FL 32583
Main: 8509835800 Fax: 8509835864

2/18/2025

ER Record,
Date of Service: 8/21/2023

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ████████
Facility: 564-DESOTO ANNEX
FLORIDA DEPARTMENT OF CORRECTIONS    OFFICE OF HEALTH SERVICES
**EMERGENCY ROOM RECORD**

**Check all that apply: <u>Inmate, Post-Use-of-Force Exam</u>**
( )Inmate    ( )Employee    ( )Visitor    ( )Post-Use-of-Force Exam    ( )Injury    ( )Physical Altercation

All inmates must be examined by medical personnel following a use of force.    This includes a visual inspection of the entire body to identify any sign of injury.    This exam shall be performed in the medical unit except under unusual circumstance.    Injuries shall be documented on the DC4-708, Diagram of Injury.    If a physician/CA is not present at the time of the exam, a physician/CA must review this form and sign it on the next working day.

**Time of occurrence: <u>2:35 AM</u>**
**Time of exam: <u>03:13 AM</u>**
**Description of occurrence:    <u>Chemical post used of forced</u>**

**Post Use of Chemical Agent Instructions:**
**Shower without soap? <u>Yes</u>**
( )N/A    ( )Yes    ( )Refused
**<u>N/A</u>**
( )Report any difficulty breathing ( )Remain in upright position ( )Do Not apply lotion to skin ( )Splash cool water to eyes 5-10 minutes

**Temp:    <u>97.8</u>**F
**Pulse:    <u>88</u>**
**Resp:    <u>20</u>**
**BP:    <u>123</u>/ <u>85</u>**
**O2 sat:    <u>96</u>**%

**Arrived via: <u>Ambulatory</u>**
( )Ambulatory    ( )Stretcher    ( )Wheelchair    ( )Other
**Other: <u>N/A</u>**

**Condition on arrival (check all that apply): <u>Alert, Oriented x 4 (person-place- time-situation),</u>**
**<u>Responding to questions verbally</u>**
( )Alert    ( )Oriented x 4 (person-place- time-situation)    ( )Responding to questions verbally    ( )Other
(requires description in examination summary)    ( )C/O pain?
**If C/O pain checked, please indicate where: <u>N/A</u>**

**Examination summary: <u>Pt is stable, no acute distress/ discomfort noted. No injury noted- see</u>**
**<u>diagram of injury. Pt respiration is even and unlabored, no SOB noted</u>**

**Physician notified? <u>No</u>**
( )No    ( )Yes
**Name: <u>N/A</u>**
**Time: <u>N/A</u>**

**Treatment provided? <u>No</u>**

2 of 4

**119-SANTA ROSA C.I.**
5850 East Milton Rd.
Milton, FL 32583
Main: 8509835800 Fax: 8509835864

2/18/2025

ER Record,
Date of Service: 8/21/2023

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: █████████
Facility: 564-DESOTO ANNEX
( )No   ( )Yes
**If Yes, please describe:** N/A
**Response to Treatment <u>N/A</u>**

**Disposition: <u>Confinement</u>**
( )Population(dorm)   ( )Confinement   ( )Infirmary   ( )Hospital ER   ( )IMR   ( )Other
**if Other, please explain: <u>N/A</u>**

**Discharge Instructions and Education: <u>Submit sick call if need to see health care</u>**

THIS DOCUMENT WILL BE ELECTRONICALLY SIGNED BY THE HEALTHCARE PROVIDER AND REVIEWING PHYSICIAN.

DC4-701C ER Record (Effective 12/12)        Incorporated by Reference in Rule 33-602.210, F.A.C.

This form is not to be amended, revised, or altered without approval of the Office of Health Services Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

3 of 4

**119-SANTA ROSA C.I.**                                                  2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                                      ER Record,
Main: 8509835800 Fax: 8509835864                    Date of Service: 8/21/2023

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ▮▮▮▮▮▮▮▮
Facility: 564-DESOTO ANNEX


**Nurse Visit**

**Copay?** No
**Reason for encounter:** EMID(Check if paper form done and scanned in)




Signed By: Patty, RN, Registered Nurse, Centurion, Evodie at 8/21/2023 3:18:55 AM
Signed By: Amoako, PA, Medical Provider, Centurion, Alex at 8/21/2023 3:47:46 PM
Signed By: Amoako, PA, Medical Provider, Centurion, Alex at 8/23/2023 4:12:43 PM

4 of 4

**119-SANTA ROSA C.I.**                                          2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                                   Triage,
Main: 8509835800 Fax: 8509835864              Date of Service: 8/17/2023

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ████████
Facility: 564-DESOTO ANNEX

**Nurse Visit**

**Copay?** No
**Reason for encounter:** Triage

**Orders added during this encounter:**

Sick Call; Start Date: 08/25/2023

**Initial Triage Information:**

08/17/2023 11:49 PM
**Chief Complaint:** Back Pain
**Triage Level:** 3

**Disclaimer: All EMR timestamps are Eastern Time Zone**

Signed By: Thompson, RN, Registered Nurse, Centurion, Tyjuanna at 8/18/2023
12:02:53 AM

FDC 000948

1 of 1

**119-SANTA ROSA C.I.**                                                    2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                          MH :Inmate Request
Main: 8509835800 Fax: 8509835864                     Date of Service: 8/15/2023

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████████
Facility: 564-DESOTO ANNEX

_____

External Attachment:   Type:       Image      Comment:   IM REQ,T15204,8.15.23
FLORIDA DEPARTMENT OF CORRECTIONS   OFFICE OF HEALTH SERVICES
**INMATE REQUEST**

**To:** Mental Health
**Category:** MH Outpatient

I CAN'T STOP THINKING ABOUT KILLING THEM PEOPLE.   NO MATTER WHERE YOU SEND ME I'M
STILL GONNA HAVE THE URGE TO TAKE ONE OR 2 OF THEM LIVES.
All requests will be handled in one of the following ways:1)   Written Information or   2) Personal
Interview. All informal grievances will be responded to in writing
**Date received:**   08/15/2023
INMATE TO BE EVALUATED ON 8/15/23 PER THE CONTENT OF THIS REQUEST DATED 8/14/23.
INCIDENT REPORT WRITTEN AND FILED ON THIS DATE AT 11:07 AM.

**Date Returned to Inmate:** 08/15/2023 **Answered By:** Stuthers; MHP; Centurion, Stuart

DC6-236 (Effective 12/14)
This form is not to be amended, revised, or altered without approval of the Office of Health Services
Administration.

Incorporated by Reference in Rule 33-103.005, F.A.C.

Signed By: Stuthers, MHP, Centurion, Stuart at 8/16/2023 12:56:31 PM

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

# INMATE REQUEST

Mail Number: _____
Team Number: _____
Institution: DESOTO

| TO: (Check One) | ☐ Warden ☐ Asst. Warden | ☐ Classification ☐ Security | ☒ Medical ☒ Mental Health | ☐ Dental ☐ Other _____ |
|---|---|---|---|---|

| FROM: | Inmate Name R. LEE | DC Number T15204 | Quarters F1202 | Job Assignment | Date 8-14-23 |
|---|---|---|---|---|---|

**REQUEST** PSYCHE EMERGNCY                    Check here if this is an informal grievance ☐

I CAN'T STOP THINKING ABOUT KILLING THEM
PEOPLE. NO MATTER WHERE YOU SEND ME —
I'm STILL GONNA HAVE THE URGE TO TAKE ONE
OR 2 OF THEMS LIVES.

I SEE HOW CROOKED THE SYSTEM IS & I'M
GONNA PROVE MY POINT.

WARNING BEFORE DESTRUCTION.

General ROBERT SINCLAIR LEE

All requests will be handled in one of the following ways:  1) Written Information or  2) Personal Interview.  All informal grievances will be responded to in writing.

| Inmate (Signature): LEE | DC#: T15204 |
|---|---|

Received by Mental Health

---
**DO NOT WRITE BELOW THIS LINE**
---

**RESPONSE**                    DATE RECEIVED: AUG 15 2023

DESOTO ANNEX

Inmate to be evaluated on 8/15/23 per the content
of this Request dated 8/14/23. Incident Report written
and filed on this date at 11:07 AM.

[The following pertains to informal grievances only:

Based on the above information, your grievance is _____. (Returned, Denied, or Approved).  If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

| Official (Print Name): S. Stuthers MS, LMHC | Official (Signature): | Date AUG 15 A.M. |
|---|---|---|

Original: Inmate (plus one copy) Desoto Annex
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 15 days, following receipt by staff.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to.  If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective 11/18)                    FDC 000950
Incorporated by Reference in Rule 33-103.005, F.A.C.

## DEPARTMENT OF CORRECTIONS

### INCIDENT REPORT

**Reporting Institution:** Desoto CI

**Incident Report Number:** _____

**Reporting Employee:** Stuart Stuthers MS, LMHC

**PREA Number:** _____

**Employee ID Number:** Centurion 8634

**Date of incident:** 08/15/2023

**Person(s) Involved:** Robert S Lee DC# T15204

**Time of incident:** 11:07 AM

**Witness(es):** _____

_____

_____

| | |
|---|---|
| Control Room Log Entry Made: ☐ Yes ☐ No | Disciplinary Report Initiated: ☐ Yes ☐ No |
| Inmate Placed in Confinement: ☐ Yes ☐ No | Work Order Initiated: ☐ Yes ☐ No |
| Duty Warden Notified: ☐ Yes ☐ No  Time: _____ | MINS Initiated: ☐ Yes ☐ No |
| EAC Notified: ☐ Yes ☐ No  Time: _____ | Duty Officer Name: _____ |
| Supporting Documents Attached _____ | |

**DETAILS OF INCIDENT:**     On 08/15/2023 at 11:07 AM, I received an inmate request from inmate Robert S Lee, DC#T15204. As written, inmate Lee stated, "I can't stop thinking about killing them people! No matter where you send me - I'm still gonna have the urge to take one or two of thems lives.  I see how crooked the system is & I'm gonna prove my point.  Warning before destruction.  General Robert Sinclair Lee."  Because of the potential breach of security of the institution and the danger this may pose to institutional staff and inmates, this report is being filed.  A follow-up mental health evalution was completed on this date at 11:45 AM and the inmate confirmed that he wrote the inmate request referenced herein and has three staff members in mind at Desoto CI to attack.  When questioned further, the inmate would not provide the names or identities of those he would attack.

_Stuart Stuthers MS, LMHC / MHP / Desoto CI_

**Reporting Employee's Name (Print)** S. Stuthers MS, LMHC

Desoto C.I.

**Reporting Employee's Signature**

08/15/23

**Date**

**Shift Supervisor/ Department Head**

**COMMENT:**

_____

_____

_____

_____

**Shift Supervisor's/ Department Head's Name (Print)**

**Shift Supervisor's Signature**

**Date**

**REVIEW:**

_____

_____

_____

_____

**Correctional Officer Chief's Name (Print)**

**Correctional Officer Chief's Signature**

**Date**

**REVIEW:**

_____

_____

_____

_____

_____

**Warden's Name (Print)**

**Warden's Signature**

**Date**

**119-SANTA ROSA C.I.**                                          2/18/2025
5850 East Milton Rd.
Milton, FL 32583                         DC4-698A Sick Call Request
Main: 8509835800 Fax: 8509835864          Date of Service: 8/7/2023

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: █████████
Facility: 564-DESOTO ANNEX
**DC4-698A Sick Call Request**


*Imported By: Blaik Wilson, Medical Records Clerk, Centurion 8/7/2023 4:29:42 PM*

_____

External Attachment:

  Type:     Image
 Comment:   Sick call 698a 7/30/2023 Med renewal


Signed By: Bustamante, LPN, Licensed Practical Nurse, Centurion,
Janet at 8/7/2023 4:30:01 PM

1 of 1

FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES
# INMATE SICK-CALL REQUEST

Date: 7-28-23                          Time: 7:00 AM

Inmate Name: Robert S. Lee             DC#: T15204

Housing assignment: G3208              Job assignment:

Do you need an interpreter for your Sick Call visit? (Sign language, Spanish, etc.) ☐Yes ☑No
If so, what type:

Did you require assistance completing this form? (Blind, Quadriplegic, etc.) ☐Yes ☑No
If so, why:

Problem:

☐ Pass/pass renewal

☑ Medication renewal

☐ Need information (explain):

☐ Problem with ADA/Disability equipment or supplies (explain the problem):

☐ Mental Health

☐ Dental

☑ Medical (explain): My Med's ran out 7-27-23 + I need it bad for my back. I'm still suffering extreme pains.

When did problem/symptoms start? 2 months

TO BE COMPLETED BY TRIAGE NURSE:
Date/Time received: 7/30/23
Triaged by: (Print name and licensure) J Bustamante RN on (Date/Time) 7/30/23 8:30 P.M.
Assigned Triage Level: ☐ Routine  ☑ Urgent  ☐ Emergent
Date patient assessed by nurse: 8-7-23    Signature/Stamp of Nurse Completing Sick Call: _____ RN

Inmate Name Robert S. Lee
DC# T15204          Race/Sex B M
Date of Birth ███████
Institution DESOTO C.I.

Distribution:   Original – File on R side of outpatient record in date order
Pink – Inmate (special housing only – otherwise destroy)

This form is not to be amended, revised, or altered without approval of the
Chief of Health Services Administration.

FDC 000953

DC4-698A (Effective 05/21)    (Revised 6/21)    Incorporated by Reference in Rule 33-402.101, F.A.C.

**119-SANTA ROSA C.I.**

2/18/2025

5850 East Milton Rd.
Milton, FL 32583

Sick Call,

Main: 8509835800 Fax: 8509835864

Date of Service: 8/7/2023

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ▉▉▉▉▉▉
Facility: 564-DESOTO ANNEX

**Nurse Visit**

**Copay?** Yes
**Reason for encounter:** Sick Call

**Initial Triage Information:**
**Location of patient:** 564-DESOTO ANNEX

**Sick call order being seen for:** Sick Call;   Order Date: 08/07/2023;   Comments: he needs his Mobic refilled order valid until 10/

**Nurse Sick Call: Date Seen** 08/07/2023
**Time Seen** 08:50am

**Copay?**   Yes
**Inmate referred to Provider?** N/A

**Disclaimer: All EMR timestamps are Eastern Time Zone**

FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES
**Chronological Record of Health Care**

Sick Call
**Copay?** Yes
**Temp:** 97.8 F  **Pulse:** 71  **Resp:** 16  **BP:** 126/ 74  **O2 sat:**   99%
**Note:** S: "I need my Mobic refilled for back pain."
O: Inmate has current order for Mobic written on 7-17-23.
A: Inmate alert and oriented x 4. No current back pain. Normal gait.
P: This nurse spoke with pharmacy tech who stated that inmate has exhausted current script that ends on 10-15-23.
E: Explained to inmate that a new script cannot be written until 10-16-23. Inmate verbalized understanding.

**DC4-701 Chronological Record of Health Care (Revised 8/1/17)**
**This form is not to be amended, revised, or altered without   approval of the Office of Health Services Administration.**
**Disclaimer: All EMR timestamps are Eastern Time Zone**

1 of 2

**119-SANTA ROSA C.I.**                                          2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                                  Sick Call,
Main: 8509835800 Fax: 8509835864                    Date of Service: 8/7/2023

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████████
Facility: 564-DESOTO ANNEX


Signed By: Lee, RN, Registered Nurse, Centurion, Charles at 8/7/2023 11:32:37 AM

FDC 000955

**119-SANTA ROSA C.I.**                                                2/18/2025
5850 East Milton Rd.
Milton, FL 32583
Main: 8509835800 Fax: 8509835864                        Date of Service: 8/3/2023

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ████████
Facility: 564-DESOTO ANNEX
FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES
**Chronological Record of Health Care**

Other
**Copay?** No
**Reason for visit:**    Confinement Rounds

**Note:** During rounds pt said he "wanted to clain physch." When asked what was wrong he stated he doesnt want a bunkie and if he gets one hes going to attempt to kill himself. When asked about the plan the pt stopped for   second then replied Ill do anything with what I can get my hands on.    Security states pt was not acting this way until he got a bunkie and wasnt moved upon request.

**DC4-701 Chronological Record of Health Care (Revised 8/1/17)**
**This form is not to be amended, revised, or altered without   approval of the Office of Health Services Administration.**
**Disclaimer: All EMR timestamps are Eastern Time Zone**

Signed By: Pedroza, LPN, Licensed Practical Nurse, Centurion, Sabrina at 8/3/2023 1:39:06 PM

**119-SANTA ROSA C.I.**                                              2/18/2025
5850 East Milton Rd.
Milton, FL 32583                      Diagram of Injury/Rule of Nines
Main: 8509835800 Fax: 8509835864       Date of Service: 8/2/2023

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████████
Facility: 564-DESOTO ANNEX
**Diagram of Injury/Rule of Nines**


*Imported By: Kelli Wallace, LPN, Licensed Practical Nurse, Centurion 8/3/2023 11:36:24 AM*

---

```
External Attachment:

  Type:     Image
 Comment:   DOI
```


Signed By: Pedroza, LPN, Licensed Practical Nurse, Centurion,
Sabrina at 8/3/2023 11:36:36 AM

1 of 1

**FLORIDA DEPARTMENT OF CORRECTIONS**
**OFFICE OF HEALTH SERVICES**
**DIAGRAM OF INJURY**



Date of occurrence  8· 02·23          Time of occurrence  1929
Date injury assessed by medical  N/A          Time injury assessed by medical  N/A
☑ No injury identified

Description of injury:
No Injuries voiced or observed at this time

Staff Signature  SRodriguez

**Inmate Name**  Lee, Robert
**DC#**  T15204          **Race/Sex** B/M
**Date of Birth**  ▄▄▄▄▄
**Institution**  Desoto CI

This form is not to be amended, revised, or altered without
approval by the Director of Health Services- Administration.

Copies distribution:  White/Health Record    Canary/Inspector General    Pink/Warden or Asst. Warden

**DC4-708 (Revised 10/07)**

**119-SANTA ROSA C.I.**                                                                 2/18/2025
5850 East Milton Rd.
Milton, FL 32583                              Pre Spec Housing and Risk Assess for Chem Rest;
Main: 8509835800 Fax: 8509835864                       Date of Service: 8/2/2023

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 564-DESOTO ANNEX
FLORIDA DEPARTMENT OF CORRECTIONS    OFFICE OF HEALTH SERVICES
**RISK ASSESSMENT FOR THE USE OF CHEMICAL RESTRAINT AGENTS AND ELECTRONIC IMMOBILIZATION DEVICES**

**DC4-650B Risk Assessment for the Use of Chemical Restraint Agents and Electronic Immobilization Devices must be completed    when a pre-confinement health assessment is conducted.**

DC4-650B will be reviewed at the time of all practitioner health care encounters. If any changes in an inmate's medical condition are identified (e.g, new diagnosis) that would affect the use of chemical restraint agents or electronic immobilization devices, a new DC4-650B must be completed and provided to security staff, replacing the previous DC4-650B.

---

## Chemical Restraint Agents Assessment:

**No Known Medical Risk Factor(s)\***: has been identified at the time of this pre-confinement health assessment, based on a review of the    medical record and current health status that may be exacerbated by the use of chemical restraint agents.

**\*Medical Risk Factor(s)**   are conditions that may be exacerbated by the use of chemical restraint agents include, but are not limited to, the    following: asthma, chronic obstructive pulmonary disease, emphysema, congestive heart failure, angina, pregnancy, and unstable hypertension. (Inmate is considered stable if B/P has been <140/90 at last cardiovascular clinic visit.)

---

**Electronic Immobilization Device (EID) Assessment:**

**No Known Medical Risk Factor(s)\*** has been identified at the time of this pre-confinement health assessment, based on a review of the medical record that may be exacerbated by the use of electronic immobilization devices.

**\*Medical Risk Factor(s)\***  are conditions that may be exacerbated by the use of electronic immobilization devices include, but are not limited to,    the following: seizure disorder, multiple sclerosis, muscular dystrophy, pacemaker, and pregnancy.

---

DC4-650B- Risk Assessment for the Use of Chemical Restraint Agents and Electronic Immobilization Devices (Revised 10/20)
This form is not to be amended, revised, or altered without approval of the Office of Health Services Administration.

1 of 3

**119-SANTA ROSA C.I.**                                2/18/2025
5850 East Milton Rd.
Milton, FL 32583                    Pre Spec Housing and Risk Assess for Chem Rest;
Main: 8509835800 Fax: 8509835864              Date of Service: 8/2/2023

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████████
Facility: 564-DESOTO ANNEX
Incorporated by Reference in Rule 33-602.210, F.A.C.
**Disclaimer: All EMR timestamps are Eastern Time Zone**

FDC 000960

**119-SANTA ROSA C.I.**                                                              2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                Pre Spec Housing and Risk Assess for Chem Rest;
Main: 8509835800 Fax: 8509835864                              Date of Service: 8/2/2023

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ▮▮▮▮▮▮▮▮
Facility: 564-DESOTO ANNEX

FLORIDA DEPARTMENT OF CORRECTIONS    OFFICE OF HEALTH SERVICES
**PRE-SPECIAL HOUSING HEALTH EVALUATION**

**Post Use of Force?** No

**M:**1    **S:**1    **W:**1    **T:**1    **I:**_

**Is inmate demonstrating strange/bizarre behavior or thinking about/threatening/engaging in self-harmful behavior?** No
**Current Medical Complaint?** No
**Temp:**  98.6 F
**Pulse:**  76    **Resp:**   16    **BP:**  132 **/**  73 **O2 sat:** 100 **Weight (lbs):**   171

**Infirmities or impairment?** No    **Does inmate have assistive devices that will remain with her/him?** No

**Arrangements for Medication Administration:** N/A

**Inmate medication delivered to health care staff?** No

**Document any other pertinent information:** No injuries voiced or observed at this time.

**Health Record Reviewed?** Yes
**Inmate educated on how to access medical, dental and mental health care?** Yes

**Completed DC4-529 Mental Health Referral for S2/S3?** N/A
**Completed DC4-650B Risk Assessment?** Yes DC4-769 Pre-Special Housing Health Evaluation
(Revised 02/23/18)
This form is not to be amended, revised, or altered without        approval of the Office of Health Services
Administration.

**\*\*Disclaimer: All EMR timestamps are Eastern Time Zone\*\***

Signed By: Pedroza, LPN, Licensed Practical Nurse, Centurion, Sabrina at 8/2/2023
7:34:06 PM

3 of 3

**119-SANTA ROSA C.I.**                                            2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                                      Triage,
Main: 8509835800 Fax: 8509835864              Date of Service: 7/30/2023

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ████████
Facility: 564-DESOTO ANNEX

**Nurse Visit**

**Copay?** No
**Reason for encounter:** Triage

## Orders added during this encounter:

Sick Call; Start Date: 07/30/2023

## Initial Triage Information:

07/30/2023 10:14 PM
**Chief Complaint:** he needs his Mobic refilled order valid until 10/15/23
**Triage Level:**   3

**\*\*Disclaimer: All EMR timestamps are Eastern Time Zone\*\***

Signed By: Bustamante, LPN, Licensed Practical Nurse, Centurion, Janet at 7/30/2023
10:16:08 PM
Signed By: Bustamante, LPN, Licensed Practical Nurse, Centurion, Janet at 8/3/2023
9:21:29 PM
Signed By: Rivera-Santiago, RN, Registered Nurse, Centurion, Alyssa at 8/7/2023
10:22:09 AM

1 of 1

**119-SANTA ROSA C.I.**                                    2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                    Xfr Sum - Provider;
Main: 8509835800 Fax: 8509835864         Date of Service: 7/27/2023

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ████████
Facility: All
Transfers:


FLORIDA DEPARTMENT OF CORRECTIONS    OFFICE OF HEALTH SERVICES
**HEALTH INFORMATION TRANSFER AND ARRIVAL SUMMARY**

Provider Summary:
**Clinical Date and Time:**
07/27/2023 10:10 AM
**Previous Receiving Screen Reviewed?** Yes

**Permanent Clinician Record Review:** Nursing documentation was reviewed


**Medications needed:** No
**M Grade:** 1
**W Grade:** 1
**S Grade:** 1
**Current Work Status:**
**Is Inmate in Chronic Clinic?** No

**Consult needed?** No

Passes written:


DC4-760A Health Information Transfer/Arrival Summary (Revised 06/05/19
This form is not to be amended, revised, or altered without        approval of the Office of Health Services
Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

Inmate Name: <u>ROBERT S LEE</u>
DC#: <u>T15204</u>    Race/Sex: <u>Black or African American / Male</u>
Date of Birth: ████████
Institution: <u>564-DESOTO ANNEX</u>


Signed By: Brenes Catinchi, MD, Regional Medical Director, Centurion, Jason at
7/27/2023 10:11:15 AM

**119-SANTA ROSA C.I.**                                              2/18/2025
5850 East Milton Rd.
Milton, FL 32583                    Xfr Sum - Receiving;Hlth Ed;:Mental Health
Main: 8509835800 Fax: 8509835864              Date of Service: 7/25/2023

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ▮▮▮▮▮▮▮▮▮
Facility: 564-DESOTO ANNEX
Transfers:

## Orders added during this encounter:
Staff Request/Referral; Start Date: 07/25/2023
Health Review- Transfer (Provider); Start Date: 07/26/2023

FLORIDA DEPARTMENT OF CORRECTIONS    OFFICE OF HEALTH SERVICES
**HEALTH INFORMATION TRANSFER AND ARRIVAL SUMMARY**

**Receiving facility MUST complete all starred items.**      Completion of the below
information is not applicable for inmates transferring to a community facility: e.g work release center

Document Name of Transit or Permanent Facility:
Permanent Facility    **Facility Name:** 564-DESOTO ANNEX
07/25/2023 3:06 PM
Vital Signs: Any Vital Signs out of normal range requires referral:

**Temp:**  96.9
**Pulse:** 61  **Resp:**  16  **BP:**  120  **/** 78  **O2 sat:**    99
**Current Weight (lbs):**   166
**Oriented to:** Person, Place, Time
**Current behavior: * requires referral:** Cooperative

 **1. Health Services Inmate Orientation Handbook received?    Permanent Facility Only:** Yes
**\*2. Oriented to access of care: Sick call-Emergency-Pill line-Mental Health- Dental and Medications pick up?** Yes
**\*3. Is Inmate currently receiving medications?**   Yes
**\*4. Does the inmate have medications with them? If NO, referral required:** Yes
**\*5. Is the Inmate currenlty receiving healthcare?** Yes
Medical
**\*6. Is the Inmate presently thinking of committing suicide?** No
**\*7. Does Inmate have a history of substance abuse treatment? Permanent Facility Only:** Yes
**\*8. Does Inmate have a history of self-injurious behavior?** Yes
**\*9. Does inmate have a history of inpatient and/or outpatient psychiatric tx?** Yes
 **10. Does the inmate feel that s/he is susceptible to being victimized by an act of sexual abuse or assault?**   No
 **11. Does the inmate acknowledge or exhibit any tendencies to act out sexually aggressive behavior?** No
**\*12. Does the inmate have a current medical, dental, or MH complaint** No
**\*13. Deformities-evidence of abuse-trauma-disabilities or other physical limitations?** No
**\*14. Signs or symptoms of skin infection?** No
**\*15. Referrals needed for:** Mental Hlth
**\*16. Any change in medication list?** No

1 of 4

**119-SANTA ROSA C.I.**
2/18/2025
5850 East Milton Rd.
Milton, FL 32583
Main: 8509835800 Fax: 8509835864

Xfr Sum - Receiving;Hlth Ed;:Mental Health
Date of Service: 7/25/2023

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 564-DESOTO ANNEX
**\*17. Prescription renewal needed for current prescribed** No
**\*18. Single dose MAR?** Yes
**\*19. Current Medical-Dental or Mental Health complaint?** No
**\*20. Are there any job or housing restrictions?** No
**\*21. Does Inmate require any Passes?** No
**\*22. Does Inmate have Consults pending?** No
**\*23. Does Inmate have any overdue appointments?** No
**\*24. Does Inmate need impaired Inmate Assistant?** No
**\*25. Disposition:** Gen Pop
**\*26. Has the Inmate been screened for Hepatitis C? Permanent Facility Only:** Yes


**Orders Added:**
Added new Test order of Health Review- Transfer (Provider) (HR) - Signed
Added new Test order of Staff Request/Referral (NURREQREF) - Signed

Transfer sending info reviewedTransfer receiving summary reviewed
DC4-760A Health Information Transfer/Arrival Summary (Revised 06/05/19)
This form is not to be amended, revised, or altered without        approval of the Office of Health Services
Administration.

\*\*Disclaimer: All EMR timestamps are Eastern Time Zone\*\*

FLORIDA DEPARTMENT OF CORRECTIONS    OFFICE OF HEALTH SERVICES
**STAFF REQUEST/REFERRAL**

Directions: Sender (referring/requesting staff) completes section I and signs.    Addressee (responding
staff) completes section II and signs.


**SECTION I**
**Addressee's Area/Service:** Mental Health

564-DESOTO ANNEX Correctional Institution.


**Mental Health Referral**
**Clinical Date and Time:** 07/25/2023 3:06 PM
**TO: Addressee's Name** Landry
**Senders Name:** Madeline Bustamante, LPN, Licensed Practical Nurse, Centurion **Sender's Area/Service** Medical
Inmate Housing:
Open Population
**Request/Referral Type:** Routine: respond within seven 7 days
**Reason for Request/Referral**
**Inmate History includes following factors/events of concern:** Yes
When asked if he is suicidal , he said "I don't know."

**119-SANTA ROSA C.I.**                                              2/18/2025
5850 East Milton Rd.
Milton, FL 32583                           Xfr Sum - Receiving;Hlth Ed;:Mental Health
Main: 8509835800 Fax: 8509835864                     Date of Service: 7/25/2023

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 564-DESOTO ANNEX
**Inmate currently displays following behaviors of concern:** N/A
**Other:** N/A

DC4-529 Staff Referral/Request (Effective 12/12)
This form is not to be amended, revised, or altered without approval of the Office of Health Services
Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

Inmate Name: ROBERT S LEE
DC#: T15204    Race/Sex: Black or African American / Male
Date of Birth: ███████
Institution: 564-DESOTO ANNEX
FLORIDA DEPARTMENT OF CORRECTIONS    OFFICE OF HEALTH SERVICES
**INMATE HEALTH EDUCATION**

**Institution:**
564-DESOTO ANNEX **Date:** 07/25/2023


**Reception health services orientation provided in Accordance with Procedure 403.008 Inmate
Health Services Orientation and Education.**

**Education regarding Hepatitis C completed in accordance with HSB 15.03.09 Supplement #3
Section D.**

**Intersystem transfer health services orientation provided in Accordance with Procedure 403.008
Inmate Health Services Orientation and education.**

**Therapeutic Diet**

**Hygiene**

**Medication compliance**
**Treatment compliance**

**CIC education in accordance with HSB 15.03.05 and associated documents**

DC4-773 Inmate Health Education (Revised 4/10/18)
This form is not to be amended, revised, or altered without          approval of the Office of Health Services
Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

FDC 000966

**119-SANTA ROSA C.I.**                                    2/18/2025
5850 East Milton Rd.
Milton, FL 32583                    Xfr Sum - Receiving;Hlth Ed;:Mental Health
Main: 8509835800 Fax: 8509835864                Date of Service: 7/25/2023

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ████████
Facility: 564-DESOTO ANNEX


Signed By: Bustamante, LPN, Licensed Practical Nurse, Centurion, Madeline at 7/25/2023 3:10:19 PM
Signed By: Stuthers, MHP, Centurion, Stuart at 7/25/2023 4:31:43 PM
Signed By: Landry, MHP, Centurion, Christopher at 7/27/2023 9:30:32 AM

4 of 4

Signed on 7/29/2023 9:11:14 PM

Desoto Annex
13617 SE Hwy 70
Arcadia, FL  34266
Phone: (863) 494-3727
fax: (863) 993-7800

Patient: ROBERT LEE
DC#: T15204
DOB:
Sex: Male
Patient Location: 564-DESOTO ANNEX

# Xfr Sum - Receiving;Hlth Ed;:Mental Health

Transfers:

**Orders added during this encounter:**

Staff Request/Referral; Start Date: 07/25/2023

Health Review- Transfer (Provider); Start Date: 07/26/2023

FLORIDA DEPARTMENT OF CORRECTIONS OFFICE OF HEALTH SERVICES

HEALTH INFORMATION TRANSFER AND ARRIVAL SUMMARY

**Receiving facility MUST complete all starred items.** Completion of the below information is not applicable for inmates transferring to a community facility: e.g work release center

Document Name of Transit or Permanent Facility:

Permanent Facility **Facility Name:** 564-DESOTO ANNEX

07/25/2023 3:06 PM

Vital Signs: Any Vital Signs out of normal range requires referral:

**Temp:** 96.9

**Pulse:** 61 **Resp:** 16 **BP:** 120 / 78 **O2 sat:** 99

**Current Weight (lbs):** 166

**Oriented to:** Person, Place, Time

**Current behavior: * requires referral:** Cooperative

**1. Health Services Inmate Orientation Handbook received? Permanent Facility Only: Yes**

**\*2. Oriented to access of care: Sick call-Emergency-Pill line-Mental Health- Dental and Medications pick up? Yes**

**\*3. Is Inmate currently receiving medications? Yes**

**\*4. Does the inmate have medications with them? If NO, referral required: Yes**

**\*5. Is the Inmate currenlty receiving healthcare? Yes**

Medical

**\*6. Is the Inmate presently thinking of committing suicide? No**

**\*7. Does Inmate have a history of substance abuse treatment? Permanent Facility Only: Yes**

**\*8. Does Inmate have a history of self-injurious behavior? Yes**

**\*9. Does inmate have a history of inpatient and/or outpatient psychiatric tx? Yes**

**10. Does the inmate feel that s/he is susceptible to being victimized by an act of sexual abuse or assault? No**

**11. Does the inmate acknowledge or exhibit any tendencies to act out sexually aggressive behavior? No**

**\*12. Does the inmate have a current medical, dental, or MH complaint? No**

**\*13. Deformities-evidence of abuse-trauma-disabilities or other physical limitations? No**

**\*14. Signs or symptoms of skin infection? No**

**\*15. Referrals needed for:** Mental Hlth

**\*16. Any change in medication list? No**

**\*17. Prescription renewal needed for current prescribed No**

**\*18. Single dose MAR? Yes**

**\*19. Current Medical-Dental or Mental Health complaint? No**

**\*20. Are there any job or housing restrictions? No**

**\*21. Does Inmate require any Passes? No**

**\*22. Does Inmate have Consults pending? No**

**\*23. Does Inmate have any overdue appointments? No**

**\*24. Does Inmate need impaired Inmate Assistant? No**

**\*25. Disposition:** Gen Pop

**\*26. Has the Inmate been screened for Hepatits C? Permanent Facility Only: Yes**

**Orders Added:**

Added new Test order of Health Review- Transfer (Provider) (HR) - Signed

Added new Test order of Staff Request/Referral (NURREQREF) - Signed

Transfer sending info reviewedTransfer receiving summary reviewed

DC4-760A Health Information Transfer/Arrival Summary (Revised 06/05/19)

This form is not to be amended, revised, or altered without approval of the Office of Health Services Administration.

**\*\*Disclaimer: All EMR timestamps are Eastern Time Zone\*\***

Bustamante, LPN, Licensed Practical Nurse,
Centurion, Madeline

Desoto Annex
13617 SE Hwy 70
Arcadia, FL 34266
Phone: (863) 494-3727
fax: (863) 993-7800

Patient: ROBERT LEE
DC#: T15204
DOB: ▉▉▉▉▉
Sex: Male
Patient Location: 564-DESOTO ANNEX

FLORIDA DEPARTMENT OF CORRECTIONS OFFICE OF HEALTH SERVICES

**STAFF REQUEST/REFERRAL**

Directions: Sender (referring/requesting staff) completes section I and signs. Addressee (responding staff) completes section II and signs.

**SECTION I**

**Addressee's Area/Service:** Mental Health

564-DESOTO ANNEX Correctional Institution.

**Mental Health Referral**

**Clinical Date and Time:** 07/25/2023 3:06 PM

**TO: Addressee's Name** Landry

**Senders Name:** Madeline Bustamante, LPN, Licensed Practical Nurse, Centurion **Sender's Area/Service** Medical

Inmate Housing:

Open Population

**Request/Referral Type:** Routine: respond within seven 7 days

**Reason for Request/Referral**

**Inmate History includes following factors/events of concern:** Yes

When asked if he is suicidal , he said "I don't know."

**Inmate currently displays following behaviors of concern:** N/A

**Other:** N/A

DC4-529 Staff Referral/Request (Effective 12/12)

This form is not to be amended, revised, or altered without approval of the Office of Health Services Administration.

**\*\*Disclaimer: All EMR timestamps are Eastern Time Zone\*\***

Inmate Name: ROBERT S LEE

DC#: T15204 Race/Sex: Black or African American / Male

Date of Birth: ▉▉▉▉▉

Institution: 564-DESOTO ANNEX

FLORIDA DEPARTMENT OF CORRECTIONS OFFICE OF HEALTH SERVICES

**INMATE HEALTH EDUCATION**

**Institution:**

564-DESOTO ANNEX **Date:** 07/25/2023

**Reception health services orientation provided in Accordance with Procedure 403.008 Inmate Health Services Orientation and Education.**

**Education regarding Hepatitis C completed in accordance with HSB 15.03.09 Supplement #3 Section D.**

**Intersystem transfer health services orientation provided in Accordance with Procedure 403.008 Inmate Health Services Orientation and education.**

**Therapeutic Diet**

**Hygiene**

**Medication compliance**

**Treatment compliance**

**CIC education in accordance with HSB 15.03.05 and associated documents**

DC4-773 Inmate Health Education (Revised 4/10/18)

This form is not to be amended, revised, or altered without approval of the Office of Health Services Administration.

**\*\*Disclaimer: All EMR timestamps are Eastern Time Zone\*\***

This form is not to be amended, revised, or altered without approval of the Deputy Director of Health Services Administration.

Signed on 7/25/2023 9:11:14 PM

Desoto Annex
13617 SE Hwy 70
Arcadia, FL  34266
Phone: (863) 494-3727
fax: (863) 993-7800

Patient: ROBERT LEE
DC#: T15204
DOB:
Sex: Male
Patient Location: 564-DESOTO ANNEX

ROBERT LEE                                    7/25/2023

Bustamante, LPN, Licensed Practical Nurse,
Centurion, Madeline

**119-SANTA ROSA C.I.**                                           2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                        Chron Rec Health Care
Main: 8509835800 Fax: 8509835864                    Date of Service: 7/25/2023

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 564-DESOTO ANNEX
**Type of Record Transfer** Transfer In
**Most Recent Paper Volume Number** 28
**Previous Paper Volume Numbers** 1-27
**Psychological Volume Numbers** 1
**Dental Volume Numbers** 1
**Missing Chart Actions Taken** 2 BOXES (1-18) & (19-26)


DC4-701 Chronological Record of Health Care (Revised 8/1/17)
This form is not to be amended, revised, or altered without        approval of the Office of Health Services
Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**


Signed By: Cooper, Medical Reords Supervisor, Centurion, Kellie at 7/25/2023 2:22:08
PM

**119-SANTA ROSA C.I.**                                                           2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                                      Xfr sum - Sending;
Main: 8509835800 Fax: 8509835864                          Date of Service: 7/24/2023

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ▮▮▮▮▮▮
Facility: 402-S.F.R.C.
Transfers:

## Orders added during this encounter:
New Inmate HLT Review (Nurse); Start Date: 07/24/2023

FLORIDA DEPARTMENT OF CORRECTIONS    OFFICE OF HEALTH SERVICES
**HEALTH INFORMATION TRANSFER AND ARRIVAL SUMMARY**

**Clinical Date and Time:** 07/24/2023 12:13 PM
**Transferring FROM:** 402-S.F.R.C. **Transferring TO:** Desoto Annex 564
**Special transportation needs:** No

**Current Problems:**
Abnormal labs (ICD-790.99) (ICD10-R89.9)
Knee pain (ICD-719.46) (ICD10-M25.569)
Back pain (ICD-724.5) (ICD10-M54.9)
Other abnormal findings in urine (ICD10-R82.998)
Screening for vision (ICD-V80.2) (ICD10-Z13.89)
Wart (ICD-078.10) (ICD10-B07.9)
Headache, unspecified (ICD10-R51.9)
MH Problem: Impulsiveness (ICD-126) (ICD10-F99)
MH Problem: Pathological Behaviors Not Listed Elsewhere (ICD-135) (ICD10-F99)
MH Problem: Limited Social/Environmental Stimulation (ICD-507) (ICD10-F99)
MH Problem: Discharge Planning and Readiness Skills (ICD-308) (ICD10-F99)

**Current Medications, Dose and Frequency:**
PREDNISONE 10 MG ORAL TABS (PREDNISONE) (DOT) 1 bid; Route: ORAL
MELOXICAM 15 MG ORAL TABS (MELOXICAM) 1 qd prn; Route: ORAL
NEUTROGENA T/GEL 4 % EXT SHAM Apply daily

**Currently on Self-Harm Observation Status:** No
**Currently being treated for medical problems:** Yes
**Currently being treated for Dental problems:** No
**Currently being treated for Mental Health problems:** No

Impairment: **Developmental:** _
**Impairment:** N/A

**Is inmate on any DOT medications; by any route?** No
**Medication accompanying inmate:** NA
DC4-760A Health Information Transfer/Arrival Summary (Revised 06/05/19
This form is not to be amended, revised, or altered without        approval of the Office of Health Services

FDC 000972

**119-SANTA ROSA C.I.**
5850 East Milton Rd.
Milton, FL 32583
Main: 8509835800 Fax: 8509835864

2/18/2025

Xfr sum - Sending;
Date of Service: 7/24/2023

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 402-S.F.R.C.
Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

Inmate Name: ROBERT S LEE
DC#: T15204     Race/Sex: Black or African American / Male
Date of Birth: ███████
Institution: 402-S.F.R.C.

Signed By: Rodriguez, LPN, Licensed Practical Nurse, Centurion, Reina at 7/24/2023
12:13:44 PM

**119-SANTA ROSA C.I.**                                           2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                    MH: :Inmate Request
Main: 8509835800 Fax: 8509835864                 Date of Service: 7/19/2023

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 510-CHARLOTTE C.I.

_____
External Attachment:    Type:       Image      Comment:    Answered on 7-19-2023.
FLORIDA DEPARTMENT OF CORRECTIONS    OFFICE OF HEALTH SERVICES
**INMATE REQUEST**

**To:** Mental Health
**Category:** MH Outpatient

Wants to speak to MH.
All requests will be handled in one of the following ways:1)    Written Information or    2) Personal
Interview. All informal grievances will be responded to in writing
**Date received:**    07/18/2023
Per chart review, you have been transferred to another facility. Please discuss your concerns with your
new counselor.

**Date Returned to Inmate:** 07/19/2023 **Answered By:** Varno; Re-entry Coordinator; Centurion, Jody

DC6-236 (Effective 12/14)
This form is not to be amended, revised, or altered without approval of the Office of Health Services
Administration.

Incorporated by Reference in Rule 33-103.005, F.A.C.

Signed By: Varno, Re-entry Coordinator, Centurion, Jody at 7/21/2023 1:44:53 PM

**INMATE REQUEST**

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

Mail Number: _____
Team Number: _____
Institution: C.C.I.

| TO: (Check One) | ☐ Warden ☐ Asst. Warden | ☐ Classification ☐ Security | ☐ Medical ☑ Mental Health | ☐ Dental ☐ Other _____ |
|---|---|---|---|---|

| FROM: | Inmate Name Robert S. Lee | DC Number TI5204 | Quarters 64209 | Job Assignment CM 4 | Date 7-18-23 |
|---|---|---|---|---|---|

**REQUEST**                                   Check here if this is an informal grievance ☐

CAN I please speak w/ specialist about STRESS — & meditation.

THANK YOU ~~(scribble)~~
DEARLY,
R. Lee #TI5204

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

Inmate (Signature): R. Lee            DC#: TI5204

---

**DO NOT WRITE BELOW THIS LINE**

**RESPONSE**                          DATE RECEIVED: JUL 18 2023

per chart review, you have been transferred to another facility. please discuss your concerns with your new counselor.

[The following pertains to informal grievances only:

Based on the above information, your grievance is _____. (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

| Official (Print Name): Venn | Official (Signature): | Date: JUL 19 2023 |
|---|---|---|

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 15 days, following receipt by staff.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to. If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective 11/18)
EDC 000975
Incorporated by Reference in Rule 33-103.005, F.A.C.

**119-SANTA ROSA C.I.**                                              2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                    Hemoglobin A1c (Glycohgb)
Main: 8509835800 Fax: 8509835864                      Date of Service: 7/19/2023

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████████
Facility: 510-CHARLOTTE C.I.
Patient: ROBERT  LEE
ID: BIOR T15204
Note: All result statuses are Final unless otherwise noted.
Patient Note: PATIENT FASTING
Tests: (1) Hemoglobin A1c (Glycohgb) (0102-4)
  Hemoglobin A1c     [H]  5.7 %                      <5.7
*1
HEMOGLOBIN A1c AND eAG REFERENCE RANGES

```
                        A1c(%)      DIABETES CATEGORY*
                         <5.7           Normal (non-diabetic)
                         5.7-6.4        Increased risk of diabetes
                         =>6.5          Consistent with diabetes

                        A1c(%)      eAG(ESTIMATED AVERAGE PLASMA
GLUCOSE)(mg/dL)
                          6             126
                          7             154
                          8             183
                          9             212
                         10             240
                         11             269
                         12             298
                   *recommended ranges-American Diabetes
Association(2010)
```

NOTE: The amount of glycated hemoglobin as measured by the HbA1c
test may be overestimated
      in African Americans and should not be used as the sole
parameter of glycemic burden.
      Similarly, hemolysis, genetic hemoglobin variants and
chemically modified hemoglobin
      derivatives (as seen in renal failure, smoking, aspirin use)
may also affect glycated
      hemoglobin levels.
Note: An exclamation mark (!) indicates a result that was not
dispersed into the flowsheet.
Document Creation Date: 07/19/2023 7:25 AM
_____
___
(1) Order result status: Final
Collection or observation date-time: 07/19/2023 07:10
Requested date-time: 07/18/2023 04:52
Receipt date-time: 07/19/2023 04:49
Reported date-time: 07/19/2023 07:06

FDC 000976

**119-SANTA ROSA C.I.**                                                    2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                    Hemoglobin A1c (Glycohgb)
Main: 8509835800 Fax: 8509835864                       Date of Service: 7/19/2023

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 510-CHARLOTTE C.I.
Referring Physician:
Ordering Physician: Adam Morsey (amorsey)
Specimen Source:
Source: BIOR
Filler Order Number: 941793115
Lab site: Florida Clinical Laboratory
Producer ID *1:FL1


Signed By: Morsey, APRN, Medical Provider, Centurion, Adam at 7/19/2023 7:26:47 AM

2 of 2

**119-SANTA ROSA C.I.**                                          2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                    Xfr Sum - Receiving;Hlth Ed;
Main: 8509835800 Fax: 8509835864                    Date of Service: 7/18/2023

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 402-S.F.R.C.
Transfers:

FLORIDA DEPARTMENT OF CORRECTIONS   OFFICE OF HEALTH SERVICES
**INMATE HEALTH EDUCATION**

**Institution:**
402-S.F.R.C. **Date:** 07/18/2023

**Intersystem transfer health services orientation provided in Accordance with Procedure 403.008 Inmate Health Services Orientation and education.**

DC4-773 Inmate Health Education (Revised 4/10/18)
This form is not to be amended, revised, or altered without          approval of the Office of Health Services
Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

FLORIDA DEPARTMENT OF CORRECTIONS   OFFICE OF HEALTH SERVICES
**HEALTH INFORMATION TRANSFER AND ARRIVAL SUMMARY**

**Receiving facility MUST complete all starred items.**      Completion of the below
information is not applicable for inmates transferring to a community facility: e.g work release center

Document Name of Transit or Permanent Facility:
1   **Facility Name:** 402-S.F.R.C.
07/18/2023 8:09 PM
Vital Signs: Any Vital Signs out of normal range requires referral:

**Temp:**  97.2
**Pulse:** 68   **Resp:**  19   **BP:**  116  **/** 90   **O2 sat:**    96
**Current Weight (lbs):**   165
**Oriented to:** Person, Place, Time
**Current behavior: * requires referral:** Cooperative

**2. Oriented to access of care: Sick call-Emergency-Pill line-Mental Health- Dental and Medications pick up?** Yes
**3. Is Inmate currently receiving medications?**   Yes
**4. Does the inmate have medications with them? If NO, referral required:** No
**5. Is the Inmate currenlty receiving healthcare?** Yes
Medical
**6. Is the Inmate presently thinking of committing suicide?** No
**8. Does Inmate have a history of self-injurious behavior?** No
**9. Does inmate have a history of inpatient and/or outpatient psychiatric tx?** No
 **10. Does the inmate feel that s/he is susceptible to being victimized by an act of sexual abuse or assault?**   No
 **11. Does the inmate acknowledge or exhibit any tendencies to act out sexually aggressive behavior?** No

FDC 000978

**119-SANTA ROSA C.I.**                                        2/18/2025
5850 East Milton Rd.
Milton, FL 32583                              Xfr Sum - Receiving;Hlth Ed;
Main: 8509835800 Fax: 8509835864              Date of Service: 7/18/2023

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 402-S.F.R.C.
**\*12. Does the inmate have a current medical, dental, or MH complaint** No
**\*13. Deformities-evidence of abuse-trauma-disabilities or other physical limitations?** No
**\*14. Signs or symptoms of skin infection?** No
**\*15. Referrals needed for:** N/A
**\*16. Any change in medication list?** No
**\*17. Prescription renewal needed for current prescribed** No
**\*18. Single dose MAR?** Yes
**\*19. Current Medical-Dental or Mental Health complaint?** No
**\*20. Are there any job or housing restrictions?** No
**\*21. Does Inmate require any Passes?** No
**\*22. Does Inmate have Consults pending?** No
**\*23. Does Inmate have any overdue appointments?** No
**\*24. Does Inmate need impaired Inmate Assistant?** No
**\*25. Disposition:** Gen Pop


Transfer sending info reviewedTransfer receiving summary reviewed
DC4-760A Health Information Transfer/Arrival Summary (Revised 06/05/19)
This form is not to be amended, revised, or altered without         approval of the Office of Health Services
Administration.

\*\*Disclaimer: All EMR timestamps are Eastern Time Zone\*\*

Inmate Name: <u>ROBERT S LEE</u>
DC#: <u>T15204</u>   Race/Sex: <u>Black or African American / Male</u>
Date of Birth: ███████
Institution: <u>402-S.F.R.C.</u>


Signed By: Gonzalez, RN, Registered Nurse, Centurion, Elba at 7/18/2023 8:10:41 PM

2 of 2

**119-SANTA ROSA C.I.**

2/18/2025

5850 East Milton Rd.
Milton, FL 32583
Main: 8509835800 Fax: 8509835864

Chron Rec Health Care
Date of Service: 7/17/2023

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 510-CHARLOTTE C.I.
**Note:** Transfer out to Desoto Annex, nursing transfer summary completed, orders reviewed and updated
2 boxes = box 1 charts 1-18, box   2 charts 19-26
**Type of Record Transfer** Transfer Out
**Most Recent Paper Volume Number** 28
**Previous Paper Volume Numbers** 1-27
**Psychological Volume Numbers** 1
**Dental Volume Numbers** 1


DC4-701 Chronological Record of Health Care (Revised 8/1/17)
This form is not to be amended, revised, or altered without        approval of the Office of Health Services
Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**


Signed By: Bartoni, Medical Records Clerk, Centurion, Jacquelyn at 7/17/2023 2:18:12
PM

1 of 1

**119-SANTA ROSA C.I.**
5850 East Milton Rd.
Milton, FL 32583
Main: 8509835800 Fax: 8509835864

2/18/2025

Chron Rec Health Care
Date of Service: 7/17/2023

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 510-CHARLOTTE C.I.

**Orders added during this encounter:**
Urinalysis (PE); Start Date: 01/08/2028
Fasting Glucose (PE); Start Date: 01/08/2028
CBC w/o Diff (Hemogram)/Plat. CT (PE); Start Date: 01/08/2028

**Note:** PPD

DC4-701 Chronological Record of Health Care (Revised 8/1/17)
This form is not to be amended, revised, or altered without         approval of the Office of Health Services
Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

Signed By: Bartoni, Medical Records Clerk, Centurion, Jacquelyn at 7/17/2023 1:27:55
PM

FDC 000981

1 of 1

**119-SANTA ROSA C.I.**
5850 East Milton Rd.
Milton, FL 32583
Main: 8509835800 Fax: 8509835864

2/18/2025

Provider Visit
Date of Service: 7/17/2023

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ▮▮▮▮▮▮▮▮
Facility: 510-CHARLOTTE C.I.

## Medications added during this encounter:

MELOXICAM 15 MG ORAL TABS  •  1 qd prn
PREDNISONE 10 MG ORAL TABS  •  (DOT) 1 bid

FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES
**Chronological Record of Health Care**
**Reason for visit** SCRL - Sick Call Referral
Patient Seen for sick call
Sick Call Referral;   Order Date: 07/17/2023;   Comments: ongoing back pain.
**Remarks:** Chronic back pain

DC4-701 Chronological Record of Health Care (Revised 8/1/17)
This form is not to be amended, revised, or altered without        approval of the Office of Health Services
Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

FLORIDA DEPARTMENT OF CORRECTIONS   OFFICE OF HEALTH SERVICES
**PHYSICAL EXAM**

**Temp:** 97.2,   **Pulse:** 61,   **Resp:** 18,   **O2 sat:** 97,   **BP:** 130/  76,   **Blood Glucose:** N/A
**Height:** 71 (Inches),   **Weight:** 162 lbs.,   **BMI:** 22.59,
**Nursing Comments:**
. (04/17/2023 10:06:44 AM)
**Chief Complaint:**   Chronic back pain

**Current Medications:**
PREDNISONE 10 MG ORAL TABS (PREDNISONE) (DOT) 1 bid; Route: ORAL
MELOXICAM 15 MG ORAL TABS (MELOXICAM) 1 qd prn; Route: ORAL
NEUTROGENA T/GEL 4 % EXT SHAM Apply daily

**Current Problem List: :**
Abnormal labs (ICD-790.99) (ICD10-R89.9)
Knee pain (ICD-719.46) (ICD10-M25.569)
Back pain (ICD-724.5) (ICD10-M54.9)
Other abnormal findings in urine (ICD10-R82.998)
Screening for vision (ICD-V80.2) (ICD10-Z13.89)
Wart (ICD-078.10) (ICD10-B07.9)
Headache, unspecified (ICD10-R51.9)
MH Problem: Impulsiveness (ICD-126) (ICD10-F99)
MH Problem: Pathological Behaviors Not Listed Elsewhere (ICD-135) (ICD10-F99)
MH Problem: Limited Social/Environmental Stimulation (ICD-507) (ICD10-F99)
MH Problem: Discharge Planning and Readiness Skills (ICD-308) (ICD10-F99)

1 of 3

**119-SANTA ROSA C.I.**
5850 East Milton Rd.
Milton, FL 32583
Main: 8509835800 Fax: 8509835864

2/18/2025

Provider Visit
Date of Service: 7/17/2023

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ████████
Facility: 510-CHARLOTTE C.I.

## OBJECTIVE:

## PHYSICAL EXAMINATION

### *General*
The patient is well nourished, well developed, alert and oriented and in no acute distress.

**Impression Diagnosis:**    Back pain

Meloxicam 15 mg qd, prednisone 10 mg bid
**Current M Grade:** 1
**Active Orders (including next follow up):**
Periodic Screening [PE]
Dental Periodic Wait List [DSAX]
ATBQ [NURATBQ]
Case Management F/U [MHCM]
Sick Call [SC]
Hemoglobin A1c (Glycohgb) [0102-4]
90(84) day S1 & S2 F/U confinement [MHF90]
New Inmate HLT Review (Nurse) [TRANIN]
EDUCATION:
Disease Process,Diet including sodium intake,Exercise,Smoking Cessation (if applicable),Medication(s)

Physical Exam
This form is not to be amended, revised, or altered without          approval of the Office of Health Services
Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

## Vital Signs:

**Temp:** 97.2 F, **Pulse:** 61, **Resp:** 18, **BP:** 130/76, **O2 sat:** 97%
**Weight (lbs):** 162, **Height:** 71 (inches), **BMI:** 22.59
**Predicted Peak Flow:** 584.44

2 of 3

**119-SANTA ROSA C.I.**
5850 East Milton Rd.
Milton, FL 32583
Main: 8509835800 Fax: 8509835864

2/18/2025

Provider Visit
Date of Service: 7/17/2023

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████████
Facility: 510-CHARLOTTE C.I.

\*\*Disclaimer: All EMR timestamps are Eastern Time Zone\*\*

Signed By: Morsey, APRN, Medical Provider, Centurion, Adam at 7/17/2023 10:16:25 AM

FDC 000984

**119-SANTA ROSA C.I.**                                                           2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                    Xfr sum - Sending: DeSoto C.I.
Main: 8509835800 Fax: 8509835864                         Date of Service: 7/17/2023

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 510-CHARLOTTE C.I.
Transfers:

## Orders added during this encounter:

New Inmate HLT Review (Nurse); Start Date: 07/17/2023

FLORIDA DEPARTMENT OF CORRECTIONS    OFFICE OF HEALTH SERVICES
**HEALTH INFORMATION TRANSFER AND ARRIVAL SUMMARY**

**Clinical Date and Time:** 07/17/2023 10:07 AM
**Transferring FROM:** 510-CHARLOTTE C.I. **Transferring TO:** DeSoto C.I.
**Special transportation needs:** No

**Current Problems:**
Abnormal labs (ICD-790.99) (ICD10-R89.9)
Knee pain (ICD-719.46) (ICD10-M25.569)
Back pain (ICD-724.5) (ICD10-M54.9)
Other abnormal findings in urine (ICD10-R82.998)
Screening for vision (ICD-V80.2) (ICD10-Z13.89)
Wart (ICD-078.10) (ICD10-B07.9)
Headache, unspecified (ICD10-R51.9)
MH Problem: Impulsiveness (ICD-126) (ICD10-F99)
MH Problem: Pathological Behaviors Not Listed Elsewhere (ICD-135) (ICD10-F99)
MH Problem: Limited Social/Environmental Stimulation (ICD-507) (ICD10-F99)
MH Problem: Discharge Planning and Readiness Skills (ICD-308) (ICD10-F99)

**Current Medications, Dose and Frequency:**
NEUTROGENA T/GEL 4 % EXT SHAM Apply daily

**Currently on Self-Harm Observation Status:** No
**Currently being treated for medical problems:** Yes
**Dx:** As above
**Currently being treated for Dental problems:** No
**Currently being treated for Mental Health problems:** Yes
**Dx:** As above

Impairment: **Developmental:** _
**Impairment:** N/A

**Is inmate on any DOT medications; by any route?** No
**Medication accompanying inmate:** Yes
7 days
**List any KOP medications, dose and frequency:** As above

1 of 2

**119-SANTA ROSA C.I.**
5850 East Milton Rd.
Milton, FL 32583
Main: 8509835800 Fax: 8509835864

2/18/2025

Xfr sum - Sending: DeSoto C.I.
Date of Service: 7/17/2023

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: █████████
Facility: 510-CHARLOTTE C.I.

DC4-760A Health Information Transfer/Arrival Summary (Revised 06/05/19
This form is not to be amended, revised, or altered without         approval of the Office of Health Services
Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

Inmate Name: ROBERT S LEE
DC#: T15204    Race/Sex: Black or African American / Male
Date of Birth: █████████
Institution: 510-CHARLOTTE C.I.

Signed By: Greig, RN, Registered Nurse, Centurion, Helen at 7/17/2023 10:09:18 AM

FDC 000986

**119-SANTA ROSA C.I.**                                    2/18/2025
5850 East Milton Rd.
Milton, FL 32583              Historical Immunization Record DC4-710A
Main: 8509835800 Fax: 8509835864      Date of Service: 7/13/2023

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████████
Facility: 510-CHARLOTTE C.I.
**Historical Immunization Record DC4-710A**


*Imported By: Herminetta Wright, Medical Records Supervisor, Centurion 7/13/2023 12:40:09 PM*

_____

External Attachment:

  Type:      Image
 Comment:    HISTORICAL IMMUNIZAION CARD


Signed By: Lay, MD, SW Medical Director, Centurion, John at
7/13/2023 12:40:39 PM

                                                     1 of 1

# STATE OF FLORIDA
## DEPARTMENT OF CORRECTIONS
## IMMUNIZATION RECORD

| TYPE | DATE | GIVEN | REFUSED | CI NAME | NOTES (list primary series number here) |
|---|---|---|---|---|---|
| For all IMMUNIZATIONS: Chart other needed information on DC4-701 | | | | | |
| Tetanus/Diphtheria (Td) | 20/0 | 0/0 | 1/2 | CHA | |
| Tetanus/Diphtheria (Td) | 1-26-17 | ✓ | | CHACI | ✓ TBAR |
| Tetanus/Diphtheria (Td) | | | | | |
| Tetanus/Diphtheria (Td) | | | | | |

| Type | Date | CI | Given | Refused | Signature/Initials |
|---|---|---|---|---|---|
| Influenza: Chart other needed information on DC4-701 | | | | | |
| 1. Flu | 10-2-08 | Col C2 | ✓ | | JMm 12 |
| 2. Flu vaccine | 10-23-10 | FSP | ✓ | | Boughner SRN |
| 3. Flu vaccine | 11-8-11 | VCI | Right deltoid | N/A | Acophorym |
| 4. Flu | 12-15-18 | 125 | ✓ | | TW |
| 5. | | | | | |
| 6. | | | | | |

| Type | Date | CI | Given | Refused | Signature/Initials |
|---|---|---|---|---|---|
| Other immunizations: Chart other needed information on DC4-701 | | | | | |
| 1. Pneumococcal | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |

| | PPD placed on | Placed by | At CI | PPD read on | Read by | RESULTS (in mm.) | NOTES |
|---|---|---|---|---|---|---|---|
| 1. | 2-25-08 | CW | Dade | 2-27-08 | CW | 0mm | |
| 2. | 5-21-08 | SMU | CCI | 5-23-08 | Holcal | 15mm | |
| 3. | 5-6-09 | — | Col CI | Prev. + | | | Contact inv |
| 4. | 10-5-09 | — | Col C.I | Prev. + | Screen | TB contract investigation |
| 5. | 10-7-15 | — | Dade | Prev + | Annual TB Screening Done | |
| Chest X-Ray on: 6-17-08  Negative | | | | | | | |
| If PPD is positive, INH therapy started on 6/24/08 . Due to stop on 3/26/09 . Completed on 3-6-09 | | | | | | | |
| If INH stopped before completion date, indicate reason: | | | | | | | |
| Other information about TB, PPD testing and INH prophylaxis is charted on DC4-701. | | | | | | | |

Inn
  B-T15204 TM 08 02/25/2008
DC
  LEE, ROBERT
DO
  B/M DOB 01/14/1981(27) MM

Write in or paste sticker here ↑

| Nurse stamp here | Nurse stamp here | Nurse stamp here |
|---|---|---|
| M. MILLETT SLPN RMC | Brenda LPN Fmy | ZAK J. SRN COLUMBIA C.I. |
| C. KINCHEN SLPN RMC | Acophorym | Y. German LPN Dade C.I |

I 32 / 2U

**IMMUNIZATION RECORD**
DC4-710A (9/98)

S. HOPKINS, RN
CHA CI

**119-SANTA ROSA C.I.**                                        2/18/2025
5850 East Milton Rd.
Milton, FL 32583                          :Informal Grievance:Inmate Request
Main: 8509835800 Fax: 8509835864                Date of Service: 7/10/2023

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ▮▮▮▮▮▮▮
Facility: 510-CHARLOTTE C.I.

FLORIDA DEPARTMENT OF CORRECTIONS    OFFICE OF HEALTH SERVICES
**INMATE REQUEST**

**Category:** Medical Records
Check if Informal Grievance
510-2307-0176

This informal complaint is due to I put in for medical records over a month ago. attach is my bank
statement showing that the funds were deducted from account.
All requests will be handled in one of the following ways:1)    Written Information or    2) Personal
Interview. All informal grievances will be responded to in writing
**Date received:**    07/07/2023
Please follow protocol and send your bank statement with your inmate request as instructed on 6/1/23.
This is not an informal grievance.

**Date Returned to Inmate:** 07/10/2023 **Answered By:** Wright; Medical Records Supervisor; Centurion,
Herminetta
[The following pertains to informal grievances only:
Based on the above information, your grievance is
Denied
If your informal grievance is denied, you have the right to submit a formal grievance in accordance with
Chapter 33-103.006, F.A.C.]

DC6-236 (Effective 12/14)
This form is not to be amended, revised, or altered without approval of the Office of Health Services
Administration.

Incorporated by Reference in Rule 33-103.005, F.A.C.

Signed By: Wright, Medical Records Supervisor, Centurion, Herminetta at 7/10/2023
11:36:20 AM

1 of 1

**INMATE REQUEST**          DEPARTMENT OF CORRECTIONS

510-2307-0176

Mail Number: _____
Team Number: _____
Institution: C.C.I.

| TO: (Check One) | ☐ Warden ☐ Asst. Warden | ☐ Classification ☐ Security | ☐ Medical ☐ Mental Health | ☐ Dental ☑ Other Medical Records |
|---|---|---|---|---|

| FROM: | Inmate Name Robert Lee | DC Number TI5204 | Quarters G4 209 | Job Assignment CM 3 | Date 7-7-23 |
|---|---|---|---|---|---|

**REQUEST**                              Check here if this is an informal grievance ☑

This Informal complaint is due to I put in for
medical records over a month ago & attached my balance
already showing that the funds was in fact deducted
from my account.

$0.85 was in fact deducted # 0601203. Medical Bills
are shown on EX. A-1

Remedy Seeking to be delivered those copies w/o
futher delays.          Thank you

All requests will be handled in one of the following ways: 1) Written Information or   2) Personal Interview  All informal grievances will be responded to in writing.

Inmate (Signature): R. Lee                     DC#: TI5204

---

**DO NOT WRITE BELOW THIS LINE**

**RESPONSE**                          DATE RECEIVED:

**RECEIVED**
JUL 07 2023
Charlotte C.I.
Assistant Warden
Programs

Please follow Protocol and Send
your Bank Statement with your inmate request
as instructed on 6/1/23. This is not an informal
Grievance.

The following pertains to informal grievances only:
Based on the above information, your grievance is __DENIED__ (Returned, Denied, or Approved). If your informal grievance is denied,
you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.

| Official (Print Name): WRIGHT, H/S CHA CI | Official (Signature): | Date: 7/10/23 |
|---|---|---|

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 15 days, following receipt by staff.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as
required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no
later than 15 days after the grievance is responded to.  If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective 11/18)

Incorporated by Reference in Rule 33-103.005, F.A.C.

EX.A-1

IBSR140 (74)

07/06/23
12:33:10
PAGE 1137

FLORIDA DEPARTMENT OF CORRECTIONS
TRUST FUND ACCOUNT STATEMENT
FACILITY: 510 - CHARLOTTE C.I.
FOR: 06/01/2023 - 06/30/2023

ACCT NAME: LEE, ROBERT S.
BED: G4209L
PO BOX:

ACCT#: T15204
TYPE: INMATE TRUST

BEGINNING BALANCE 06/01/23                                        $0.22

| POSTED DATE | NBR | TYPE | REFERENCE NUMBER | FAC | REMITTER/PAYEE | +/- | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|---|
| 06/05/23 | 125 | PROCESSING FEE WEEKLY DRAW | | 000 | | - | $0.11 | $0.11 |
| 06/06/23 | 246 | JPAY DEPOSIT | 157485797 | 000 | | + | $25.00 | $25.11 |
| 06/07/23 | 131 | MEDICAL BILLS W | 06012023 | 000 | LEWIS, CASEY | - | $0.85 | $24.26 |
| 06/08/23 | 184 | JPAY MEDIA W/D | 000154165864 | 000 | | - | $10.00 | $14.26 |
| 06/11/23 | 114 | JPAY MEDIA W/D | 000154305188 | 000 | | - | $4.00 | $10.26 |
| 06/13/23 | 089 | CANTEEN SALES | 5102023061 2 | 000 | | - | $9.82 | $0.44 |
| 06/17/23 | 244 | JPAY DEPOSIT | 157910612 | 000 | LEWIS, CASEY | + | $20.00 | $20.44 |
| 06/19/23 | 133 | PROCESSING FEE WEEKLY DRAW | | 000 | | - | $0.10 | $20.34 |
| 06/21/23 | 089 | CANTEEN SALES | 5102023062 0 | 000 | | - | $11.12 | $9.22 |
| 06/22/23 | 211 | JPAY MEDIA W/D | 000154880147 | 000 | | - | $6.00 | $3.22 |
| 06/25/23 | 114 | JPAY MEDIA W/D | 000155015889 | 000 | | - | $2.20 | $1.02 |
| 06/26/23 | 131 | PROCESSING FEE WEEKLY DRAW | | 000 | | - | $0.11 | $0.91 |
| 06/27/23 | 091 | CANTEEN SALES | 5102023062 6 | 000 | | - | $0.69 | $0.22 |

ENDING BALANCE 06/30/23                                        $0.22

FDC 000991

**119-SANTA ROSA C.I.**

2/18/2025

5850 East Milton Rd.
Milton, FL 32583

Provider Visit

Main: 8509835800 Fax: 8509835864

Date of Service: 7/10/2023

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ▮▮▮▮▮▮▮
Facility: 510-CHARLOTTE C.I.

**Medications added during this encounter:**
NEUTROGENA T/GEL 4 % EXT SHAM   •   Apply daily

FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES
**Chronological Record of Health Care**

DC4-701 Chronological Record of Health Care (Revised 8/1/17)
This form is not to be amended, revised, or altered without          approval of the Office of Health Services
Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

Signed By: Morsey, APRN, Medical Provider, Centurion, Adam at 7/10/2023 10:54:07 AM

**119-SANTA ROSA C.I.**                                    2/18/2025
5850 East Milton Rd.
Milton, FL 32583                  Athlete's Foot/Fungal Infections,Back Pain,Sick Call,
Main: 8509835800 Fax: 8509835864              Date of Service: 7/10/2023

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ▮▮▮▮▮▮▮▮
Facility: 510-CHARLOTTE C.I.

**Nurse Visit**

**Copay?** Yes
**Reason for encounter:** Sick Call

**Initial Triage Information:**
**Location of patient:** 510-CHARLOTTE C.I.

**Sick call order being seen for:** Sick Call;   Order Date: 07/10/2023;    Comments: 1. Dry, itchy scalp 2.
Back pain 3. Foot fungus

**Nurse Sick Call: Date Seen** 07/10/2023
**Time Seen** 9:51 AM

**Copay?**   Yes
**Inmate referred to Provider?** Yes
**Reason:**   ongoing back pain
**Type of Referral:** Scheduled

**Disclaimer: All EMR timestamps are Eastern Time Zone**

FLORIDA DEPARTMENT OF CORRECTIONS   OFFICE OF HEALTH SERVICES
**ATHLETE'S FOOT/FUNGAL INFECTIONS PROTOCOL**
NOTE:   ALL PROTOCOLS COMPLETED BY LPNS MUST BE REVIEWED AND COSIGNED BY A RN
OR CLINICIAN.

**SUBJECTIVE: Age:** 42 Years Old

**Current Problems:**
Abnormal labs (ICD-790.99) (ICD10-R89.9)
Knee pain (ICD-719.46) (ICD10-M25.569)
Back pain (ICD-724.5) (ICD10-M54.9)
Other abnormal findings in urine (ICD10-R82.998)
Screening for vision (ICD-V80.2) (ICD10-Z13.89)
Wart (ICD-078.10) (ICD10-B07.9)
Headache, unspecified (ICD10-R51.9)
MH Problem: Impulsiveness (ICD-126) (ICD10-F99)
MH Problem: Pathological Behaviors Not Listed Elsewhere (ICD-135) (ICD10-F99)
MH Problem: Limited Social/Environmental Stimulation (ICD-507) (ICD10-F99)
MH Problem: Discharge Planning and Readiness Skills (ICD-308) (ICD10-F99)

**Medical Hx:** mental health .

1 of 4

**119-SANTA ROSA C.I.**                                    2/18/2025
5850 East Milton Rd.
Milton, FL 32583                 Athlete's Foot/Fungal Infections,Back Pain,Sick Call,
Main: 8509835800 Fax: 8509835864               Date of Service: 7/10/2023

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 510-CHARLOTTE C.I.
**Hx previous episodes of fungal infection?** No
**Chief complaint:** still severe back painDandruff,fungus.,
**Location of symptoms:** Foot, Scalp
**Inmate Complaining of:** Itching
**Are you currently taking anything for the symptoms?** none

## OBJECTIVE:
**Temp:** 98.1 F **Pulse:** 60 **Resp:** 18 **BP:** 132 / 80 **O2 sat:** 97 % **Weight (lbs):** 170
**Diabetics: Blood sugar level:** N/A


**Description of skin:** Skin cracks between toes
**Description of nails:** Cracked nail
   If patient has nail fungal infection, patient examined for other areas of infection: feet, scalp, etc.

## FINDINGS REQUIRING IMMEDIATE CLINICIAN NOTIFICATION:

## PLAN:
Tolnaftate cream/powder as directed: **Describe:** used twice a day to affected area.
Other: Chart to ARNPP for shampo order.

**NOTE:    Need for follow-up visit dependent on severity of disease.    Needs follow-up visit:    No

**Orders Added per Protoocol:**
Added new Test order of Sick Call Referral (SCRL) - Signed


## EDUCATION:
Inmate instructed on good hand hygiene
Inmate instructed to gently wash affected area twice daily with soap and water and dry thoroughly,
especially between the toes
Inmate instructed that the infection can be transmitted to other parts of the body by scratching.
Inmate instructed to apply topical antifungal cream as prescribed and/or to take all Rx medication as
prescribed.
Inmate instructed to wear sandals/flip flops in shower to protect against re-infection.
Inmate instructed to expose the affected area -e.g., feet; to air as often as possible.
Inmate instructed to return to Medical if symptoms worsen, don't improve, or if they develop any new
symptoms.


DC4-683R- Athlete's Foot/Fungal Infections Protocol (Revised 03/07/17)
This form is not to be amended, revised, or altered without          approval of the Office of Health Services
Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

FLORIDA DEPARTMENT OF CORRECTIONS    OFFICE OF HEALTH SERVICES

                                                    2 of 4

**119-SANTA ROSA C.I.**                                    2/18/2025
5850 East Milton Rd.
Milton, FL 32583                    Athlete's Foot/Fungal Infections,Back Pain,Sick Call,
Main: 8509835800 Fax: 8509835864                    Date of Service: 7/10/2023

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 510-CHARLOTTE C.I.
**BACK PAIN PROTOCOL**
NOTE:   ALL PROTOCOLS COMPLETED BY LPNS MUST BE REVIEWED AND COSIGNED BY A RN
OR CLINICIAN.

**SUBJECTIVE: Age:**
42 Years Old


**Current Problems:**
Abnormal labs (ICD-790.99) (ICD10-R89.9)
Knee pain (ICD-719.46) (ICD10-M25.569)
Back pain (ICD-724.5) (ICD10-M54.9)
Other abnormal findings in urine (ICD10-R82.998)
Screening for vision (ICD-V80.2) (ICD10-Z13.89)
Wart (ICD-078.10) (ICD10-B07.9)
Headache, unspecified (ICD10-R51.9)
MH Problem: Impulsiveness (ICD-126) (ICD10-F99)
MH Problem: Pathological Behaviors Not Listed Elsewhere (ICD-135) (ICD10-F99)
MH Problem: Limited Social/Environmental Stimulation (ICD-507) (ICD10-F99)
MH Problem: Discharge Planning and Readiness Skills (ICD-308) (ICD10-F99)


**Medical Hx:** Back/knee pain
**Hx of back pain/back problems?** Yes
**What treatment did patient receive for previous back pain?** pain/antinflamatory medication
**Chief complaint:** still severe back painDandruff,fungus.,
**When did current pain begin?**     ongoing **Pain Level:** 6/10
**If back pain is the result of trauma, does patient have any other injuries?** No
**Description of pain:** Sharp
Lumbar region:Left
Right
Center-Over spinal column
**Flank region pain with or without radiation to groin?** No
**Is pain localized?** Yes
**OR   does pain radiate?**   No
**Does pain increase with activity?** Yes
**What activity?** standing
**Are you able to find position of comfort?** Yes
**Describe:** lie down
**What decreases or relieves the pain?** lie down
**Does pain increase with deep inspiration?** No
**Did you wake up with this pain?** No
**Back muscle spasms?** No
**Numbness or tingling in any extremity?** No **Problem with incontinence?** No
**Recent weight loss?** No
**Pain with urination?** No


**OBJECTIVE:**

3 of 4

**119-SANTA ROSA C.I.**                                                          2/18/2025
5850 East Milton Rd.
Milton, FL 32583                            Athlete's Foot/Fungal Infections,Back Pain,Sick Call,
Main: 8509835800 Fax: 8509835864                        Date of Service: 7/10/2023

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 510-CHARLOTTE C.I.
**Temp:**   98.1 F **Pulse:** 60 **Resp:** 18 **BP:** 132 / 80 **O2 sat:** 97 % **Weight (lbs):** 170
**Last 3 Weights:**
172 05/02/2023 10:25:16 AM,
176 04/17/2023 10:06:44 AM,
170 04/10/2023 3:12:00 PM
**Gait:** Normal
**Back exam:**    **Swelling noted** No
**Discoloration/bruising noted** No

**FINDINGS REQUIRING IMMEDIATE CLINICIAN NOTIFICATION:**

**PLAN:**
**Clinician notified:**   No
Give ibuprofen 200mg 2 tablets by mouth now
Other:Refer to ARNP

**Orders Added per Protoocol:**
Added new Test order of Sick Call Referral (SCRL) - Signed

**EDUCATION:**
Inmate instructed to limit activity until discomfort improves
Inmate instructed to take: Ibuprofen 200mg 2- 3 tabs by mouth 3-4 times/day OR
Inmate instructed to return if symptoms return or worsen, or if any new symptoms develop.

DC4-683S Back Pain Protocol    (Revised 06/06/18)
This form is not to be amended, revised, or altered without         approval of the Office of Health Services
Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

Signed By: Mesa Wilson, LPN, Licensed Practical Nurse, Centurion, Irina at 7/10/2023
10:48:28 AM
Signed By: Intini, RN, Registered Nurse, Centurion, Laura at 7/10/2023 7:04:13 PM

4 of 4