**119-SANTA ROSA C.I.**                                              2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                                   :Inmate Request
Main: 8509835800 Fax: 8509835864                      Date of Service: 7/7/2023

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 510-CHARLOTTE C.I.


<u>**Orders added during this encounter:**</u>
Interview Inmate Request; Start Date: 07/17/2023




Signed By: Varno, Re-entry Coordinator, Centurion, Jody at 7/7/2023 8:16:30 AM

1 of 1

**119-SANTA ROSA C.I.**                                              2/18/2025
5850 East Milton Rd.
Milton, FL 32583                          DC4-698A Sick Call Request
Main: 8509835800 Fax: 8509835864          Date of Service: 7/5/2023

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████████
Facility: 510-CHARLOTTE C.I.
**DC4-698A Sick Call Request**


*Imported By: Anthony Ard, Medical Records Clerk, Centurion 7/6/2023 2:05:56 PM*

_____

External Attachment:

  Type:      Image
 Comment:    DC4-698A,T15204,070623



Signed By: Parkinson, RN, Registered Nurse, Centurion, David at
7/6/2023 2:06:02 PM

                                                              1 of 1

FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES
# INMATE SICK-CALL REQUEST

Date: 7 - 5 - 2023                    Time: 8:00 AM

Inmate Name: ROBERT S. Lee            DC#: T15204

Housing assignment: G4209 L           Job assignment: CM 3

Do you need an interpreter for your Sick Call visit? (Sign language, Spanish, etc.) ☐Yes ☑No
If so, what type:

Did you require assistance completing this form? (Blind, Quadriplegic, etc.)   ☐Yes ☑No
If so, why:

Problem:

☐   Pass/pass renewal

☐   Medication renewal

☐   Need information (explain):

☐   Problem with ADA/Disability equipment or supplies (explain the problem):

☐   Mental Health

☐   Dental

☑   Medical (explain): I wash my hair 3 times a week ¿ my
scalp is still dry, dirty ¿ itches.
²my back hurts daily I need something strong.
³I have bad foot fungus

When did problem/symptoms start? 1 month ago

---

TO BE COMPLETED BY TRIAGE NURSE:
Date/Time received: 7-05-23  934AM
Triaged by: (Print name and licensure) _____  on (Date/Time) 7/5/23 e 2305
Assigned Triage Level: ☑Routine    ☐ Urgent    ☐ Emergent
Date patient assessed by nurse: _____  Signature/Stamp of Nurse Completing Sick Call: _____

---

Inmate Name Robert S. Lee
DC# T15204                Race/Sex B/M
Date of Birth _____
Institution Charlotte C. I.

Distribution:   Original – File on R side of outpatient record in date order
Pink – Inmate (special housing only – otherwise destroy)

This form is not to be amended, revised, or altered without approval of the
Chief of Health Services Administration.

FDC 000999

**119-SANTA ROSA C.I.**                                           2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                                   Triage,
Main: 8509835800 Fax: 8509835864            Date of Service: 7/5/2023

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ▮▮▮▮▮▮▮▮
Facility: 510-CHARLOTTE C.I.

**Nurse Visit**

**Copay?** No
**Reason for encounter:** Triage

**Orders added during this encounter:**

Sick Call; Start Date: 07/07/2023

**Initial Triage Information:**

07/05/2023 11:05 PM
**Chief Complaint:** 1. Dry, itchy scalp 2. Back pain 3. Foot fungus
**Triage Level:**  3

**Disclaimer: All EMR timestamps are Eastern Time Zone**

Signed By: Parkinson, RN, Registered Nurse, Centurion, David at 7/5/2023 11:06:38 PM

**119-SANTA ROSA C.I.**                                           2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                              Provider Visit
Main: 8509835800 Fax: 8509835864                    Date of Service: 6/30/2023

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 510-CHARLOTTE C.I.

**Orders added during this encounter**
Hemoglobin A1c (Glycohgb); Order Number: 3616165-1; Start Date: 07/11/2023

FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES
**Chronological Record of Health Care**
**Reason for visit** Record Review
**Remarks:** A1C lab test due to family HX of DM

DC4-701 Chronological Record of Health Care (Revised 8/1/17)
This form is not to be amended, revised, or altered without          approval of the Office of Health Services
Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

Signed By: Morsey, APRN, Medical Provider, Centurion, Adam at 6/30/2023 7:03:04 AM

1 of 1

**119-SANTA ROSA C.I.**                                                                    2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                                                    :Inmate Request
Main: 8509835800 Fax: 8509835864                                    Date of Service: 6/15/2023

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: █████████
Facility: 510-CHARLOTTE C.I.


**Orders added during this encounter:**
Interview Inmate Request; Start Date: 06/26/2023




Signed By: Varno, Re-entry Coordinator, Centurion, Jody at 6/15/2023 8:47:26 AM

**119-SANTA ROSA C.I.**                                          2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                    MH :Inmate Request
Main: 8509835800 Fax: 8509835864                Date of Service: 5/26/2023

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 510-CHARLOTTE C.I.

FLORIDA DEPARTMENT OF CORRECTIONS    OFFICE OF HEALTH SERVICES
**INMATE REQUEST**

**To:** Mental Health
**Category:** MH Outpatient

Wants info. on PTSD.
All requests will be handled in one of the following ways:1)    Written Information or    2) Personal
Interview. All informal grievances will be responded to in writing
**Date received:**    05/26/2023
You can discuss this with your counselor @ your next appt.

**Date Returned to Inmate:** 06/05/2023 **Answered By:** Varno; Re-entry Coordinator; Centurion, Jody

DC6-236 (Effective 12/14)
This form is not to be amended, revised, or altered without approval of the Office of Health Services
Administration.

Incorporated by Reference in Rule 33-103.005, F.A.C.

Signed By: Varno, Re-entry Coordinator, Centurion, Jody at 6/6/2023 11:23:39 AM

FDC 001004

STATE OF FLORIDA
**INMATE REQUEST**                    DEPARTMENT OF CORRECTIONS

Mail Number: _____
Team Number: _____
Institution: __C.C.I__

| TO: (Check One) | ☐ Warden | ☐ Classification | ☐ Medical ✓ | ☐ Dental |
| --- | --- | --- | --- | --- |
| | ☐ Asst. Warden | ☐ Security | ✓ Mental Health | ☐ Other |

| FROM: | Inmate Name ROBERT S. Lee | DC Number T15204 | Quarters A3211 | Job Assignment — | Date 5-26-23 |
| --- | --- | --- | --- | --- | --- |

**REQUEST**                                    Check here if this is an informal grievance ☐

CAN I GET SOME INFORMATION ON POST TRAUMATIC
STRESS DISORDER?



Thank you



All requests will be handled in one of the following ways: 1) Written Information or   2) Personal Interview. All informal grievances will be responded to in writing.

| Inmate (Signature): R Lee | DC#: T15204 |
| --- | --- |

──────────── DO NOT WRITE BELOW THIS LINE ────────────

**RESPONSE**                              DATE RECEIVED:   **MAY 2 6 2023**

You can discuss this with your counselor @
your next appt.



[The following pertains to informal grievances only:

Based on the above information, your grievance is _____. (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

| Official (Print Name): J Varno | Official (Signature): | Date 5/26/23 |
| --- | --- | --- |

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 15 days, following receipt by staff.
You may obtain further administrative review of your complaint by obtaining form DCJ-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to. If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

**119-SANTA ROSA C.I.**                                           2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                    Medical: :Inmate Request
Main: 8509835800 Fax: 8509835864                   Date of Service: 6/5/2023

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ████████
Facility: 510-CHARLOTTE C.I.

FLORIDA DEPARTMENT OF CORRECTIONS    OFFICE OF HEALTH SERVICES
**INMATE REQUEST**

**To:** Medical
**Category:** Medical Records

Pending civil trial 7/31/2023, 8/1, 8/2, 8/3. Need to review records of uses of force 9/4/19 through 10/25/2019.
All requests will be handled in one of the following ways:1)    Written Information or    2) Personal Interview. All informal grievances will be responded to in writing
**Date received:**    06/02/2023
As per chapter 33-103.005 F.A.C. (C) Inmate shall have no access to protected health informaion compiled in reasonable anticipation of, or for use in, a civil, criminal, or administrative action or proceeding.

**Date Returned to Inmate:** 06/05/2023 **Answered By:** Wright; Medical Records Supervisor; Centurion, Herminetta

DC6-236 (Effective 12/14)
This form is not to be amended, revised, or altered without approval of the Office of Health Services Administration.

Incorporated by Reference in Rule 33-103.005, F.A.C.

Signed By: Wright, Medical Records Supervisor, Centurion, Herminetta at 6/5/2023 8:57:40 AM
Signed By: Wright, Medical Records Supervisor, Centurion, Herminetta at 6/5/2023 3:36:39 PM

FDC 001006

## INMATE REQUEST

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

Mail Number:
Team Number: C.G.I.
Institution:

| TO: (Check One) | ☐ Warden ☐ Asst. Warden | ☐ Classification ☐ Security | ☐ Medical ☐ Mental Health | ☑ Dental ☑ Other Medical Records |
|---|---|---|---|---|

| FROM: | Inmate Name Robert S. Lee | DC Number T15204 | Quarters A32ll | Job Assignment CM 3 | Date 6-1-23 |

**REQUEST**                          Check here if this is an informal grievance ☐

Pending Civil Trial 7-31-2023, 8-1, 8-2, 8-3

NEED TO REVIEW RECORDS OF USE OF FORCE 9-4-19
thru 10-25-19

SEEKING JUSTICE B/C BEAT W/ HANDCUFFS
NO D.R. & L.T. NO INCIDENT REPORT. CELL-EXTRACTION
VIDEO EVIDENCE $_____ $_____ CORPORAL PUNISHMENT
THANK YOU,
General Robert S. Lee

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

Inmate (Signature): R. Lee                    DC#: T15204

---

**DO NOT WRITE BELOW THIS LINE**

**RESPONSE**                        DATE RECEIVED: JUN 0 2 2023  BY:

As per Chapter 33-103.005, F.A.C.
(C) Inmate shall have no access to protected health information compiled in reasonable anticipation of or for use in, a civil, criminal, or administrative action or proceeding.

[The following pertains to informal grievances only:]
Based on the above information, your grievance is _____. (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

Official (Print Name): WRIGHT, RIS CHACI | Official (Signature): | Date: 6/5/23

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 15 days, following receipt by staff.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to. If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective 11/18)          FDC 001007
Incorporated by Reference in Rule 33-103.005, F.A.C.

**119-SANTA ROSA C.I.**                                                    2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                        Health Care Info Req - Patient
Main: 8509835800 Fax: 8509835864                        Date of Service: 6/1/2023

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 510-CHARLOTTE C.I.
FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES

## Healthcare Information Request Record

**Patient Request**

**Purpose and description of information released:**    Review medcial chart, order copies
**Date of release of information:** 06/01/2023


DC4-534 Healthcare Information Request Record (Revised 4/15/10)
This form is not to be amended, revised, or altered without          approval of the Office of Health Services
Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**




Signed By: Wright, Medical Records Supervisor, Centurion, Herminetta at 6/1/2023
12:24:44 PM

1 of 1

**119-SANTA ROSA C.I.**
2/18/2025
5850 East Milton Rd.
Milton, FL 32583
Chron Rec Health Care
Main: 8509835800 Fax: 8509835864
Date of Service: 6/1/2023

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 510-CHARLOTTE C.I.
FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES
**Chronological Record of Health Care**

**Staff type:** Med Records

**Note:** Inmate came to medical Records review chart, order copies. DC4-542A fax to inmate banking.

**DC4-701 Chronological Record of Health Care (Revised 8/1/17)**
**This form is not to be amended, revised, or altered without   approval of the Office of Health Services Administration.**
**Disclaimer: All EMR timestamps are Eastern Time Zone**

Signed By: Wright, Medical Records Supervisor, Centurion, Herminetta at 6/1/2023
12:24:05 PM

1 of 1

**FLORIDA DEPARTMENT OF CORRECTION**
**OFFICE OF HEALTH SERVICES**

## INMATE PAYMENT AGREEMENT FOR COPY OF
## PROTECTED HEALTH INFORMATION

Date: 6/1/23

You have requested a copy of your DC4 - 701c, 708, 683V + 701 . The copy
will be provided to you at a cost of $.15 per page plus any administrative fees for a total dollar
amount of $ .85 Cents . Your inmate bank account can be billed for these
charges or a bill can be sent to your family requesting payment. Please check the box below to let
us know how you will pay for the copy:

Bill my inmate bank account    ☑
Send bill to my family         ☐

If after 30 days payment has not been received, this request will be closed and you are required to
complete another request to obtain the requested copy(ies).

I have read and understand the 30-day time limit described above.

Inmate Signature

MEDICAL DEPARTMENT
CHARLOTTE CORRECTIONAL INSTITUTION
33123 OIL WELL ROAD
PUNTA GORDA, FL 33955
6/1/23

WRIGHT, HIS
CHA CI

Inmate Name Lee, Robert
DC# 715204        Race/Sex B/m
Date of Birth _____
Institution _____ CHA C.I.

Original:    Medical Records
Canary:     Inmate

This form is not to be amended, revised, or altered
without approval of the Chief of Health
Services Administration.

**DC4-542A (Revised 4/21/21)**

**119-SANTA ROSA C.I.**

5850 East Milton Rd.

Milton, FL 32583                                2/18/2025

Main: 8509835800 Fax: 8509835864          Health Care Info Req - Outside

Date of Service: 5/19/2023

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ██████████
Facility: 510-CHARLOTTE C.I.
FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES

## Healthcare Information Request Record

**Outside Request**

**Name of individual/entity with telephone complaint and or requesting information:**   Demetrius
Melton, Paralegal Specialist-Office of the Attorney General
**Subject/Complaint:**   Medical Records
**Response:**   Copies of medical records August 1, 2018 through October 1, 2019.
**Date of Request:**   05/18/2023      **Time of request:**   3:15PM
**Date info provided:**   05/19/2023

DC4-534 Healthcare Information Request Record (Revised 4/15/10)
This form is not to be amended, revised, or altered without          approval of the Office of Health Services
Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

Signed By: Wright, Medical Records Supervisor, Centurion, Herminetta at 5/19/2023
3:11:57 PM

**119-SANTA ROSA C.I.**                                                    2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                            Chron Rec Health Care
Main: 8509835800 Fax: 8509835864                    Date of Service: 5/19/2023

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 510-CHARLOTTE C.I.
FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES
**Chronological Record of Health Care**

**Staff type:** Med Records

**Note:** Copies of Medical records - Attorney General - October 1, 2018 through October 1, 2019

**DC4-701 Chronological Record of Health Care (Revised 8/1/17)**
**This form is not to be amended, revised, or altered without   approval of the Office of Health Services Administration.**
**Disclaimer: All EMR timestamps are Eastern Time Zone**

Signed By: Wright, Medical Records Supervisor, Centurion, Herminetta at 5/19/2023
3:08:59 PM

**119-SANTA ROSA C.I.**                                              2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                    Release of Information Notice
Main: 8509835800 Fax: 8509835864                    Date of Service: 5/19/2023

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ▮▮▮▮▮▮▮
Facility: 510-CHARLOTTE C.I.
FLORIDA DEPARTMENT OF CORRECTIONS

**RELEASE OF INFORMATION NOTICE**
**Inmate Name:**   ROBERT S LEE
**DC#**   T15204

**To:**
**Agency/Person:**   Office of the Attorney General- Demetrius Melton
**Address:**   Paralegal Specialist-Pl-01 The capitol
**City, State:**   Tallahassee, FL 32399-1050

**From:**
**Institution:** Charlotte Correctional Institution
**Address:** 33123 Oil Well Road
**City, State:** Punta Gorda, FL 33955

This notice accompanies a disclosure of protected health information concerning the above referenced inmate. This information has been disclosed to you from privileged and confidential records that are protected by Federal (45 CFR Parts 160 and 164) and Florida confidentiality laws (945.10, Fla. Stat.) Federal and Florida law prohibits you from making any further disclosure of this health care information unless further disclosure is expressly permitted by the specific written consent of the person to whom it pertains or as otherwise permitted by Federal and Florida law.    A general authorization for the release of protected health information is NOT sufficient for this purpose.

Please find enclosed [check applicable information] copies of:
Other:        **Indicate:** Copies of Medical   Records   August 2018   through October 1, 2019

**NOTE:**
Additional restrictions are placed on alcohol/drug abuse treatment, psychiatric, and psychological information. This type of information may only be released when it is clearly listed on the authorization. Records of this nature will not be disclosed in response to a request for any and all information or any other request unless the person to whom the request pertains has specifically authorized such disclosure by informed written consent.
DC4-744 Release of Information Notice (Revised 12/28/18)
This form is not to be amended, revised, or altered without        approval of the Office of Health Services Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

Signed By: Wright, Medical Records Supervisor, Centurion, Herminetta at 5/19/2023 2:59:37 PM

FDC 001013

**119-SANTA ROSA C.I.**                                    2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                         Chron Rec Care
Main: 8509835800 Fax: 8509835864              Date of Service: 5/15/2023

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ▓▓▓▓▓▓▓▓
Facility: 510-CHARLOTTE C.I.

**Medications added during this encounter:**
PREDNISONE 10 MG ORAL TABS  •  (DOT) 1 tab po bid

FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES
**Chronological Record of Health Care**

**Staff type:** Provider
**Reason for visit** Provider Follow-Up
**Remarks:** FU Left facial mole/ Leg pain

**DC4-701 Chronological Record of Health Care (Revised 8/1/17)**
**This form is not to be amended, revised, or altered without   approval of the Office of Health Services Administration.**
**Disclaimer: All EMR timestamps are Eastern Time Zone**

FLORIDA DEPARTMENT OF CORRECTIONS    OFFICE OF HEALTH SERVICES
**PHYSICAL EXAM**

**Temp:** 98.1,   **Pulse:** 59,   **Resp:** 17,   **O2 sat:** 99,   **BP:** 126/   79,   **Blood Glucose:** N/A
**Height:** 71 (Inches),   **Weight:** 172 lbs.,   **BMI:** 24.54,
**Nursing Comments:**
. (04/17/2023 10:06:44 AM)
**Chief Complaint:**    Left facial Lesion/ Left leg pain.
**History of Present Illness:**    Patient came fu on left facial lesion and left leg pain. Patient also complaint of left leg pain. patient has hx of left hip surgery
**Past Medical History:**    NA

**Current Medications:**
PREDNISONE 10 MG ORAL TABS (PREDNISONE) (DOT) 1 tab po bid; Route: ORAL
PODOFILOX 0.5 % EXT SOLN (PODOFILOX) apply 3x wk; Route: EXTERNAL
NAPROXEN SODIUM 550 MG ORAL TABS (NAPROXEN SODIUM) Take 1 twice daily as needed for pain; Route: ORAL

**Current Problem List: :**
Abnormal labs (ICD-790.99) (ICD10-R89.9)
Knee pain (ICD-719.46) (ICD10-M25.569)
Back pain (ICD-724.5) (ICD10-M54.9)
Other abnormal findings in urine (ICD10-R82.998)
Screening for vision (ICD-V80.2) (ICD10-Z13.89)
Wart (ICD-078.10) (ICD10-B07.9)
Headache, unspecified (ICD10-R51.9)
MH Problem: Impulsiveness (ICD-126) (ICD10-F99)

1 of 3

**119-SANTA ROSA C.I.**
5850 East Milton Rd.
Milton, FL 32583
Main: 8509835800 Fax: 8509835864

2/18/2025

Chron Rec Care
Date of Service: 5/15/2023

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ████████
Facility: 510-CHARLOTTE C.I.
MH Problem: Pathological Behaviors Not Listed Elsewhere (ICD-135) (ICD10-F99)
MH Problem: Limited Social/Environmental Stimulation (ICD-507) (ICD10-F99)
MH Problem: Discharge Planning and Readiness Skills (ICD-308) (ICD10-F99)

**OBJECTIVE:**

**PHYSICAL EXAMINATION**

*General*
The patient is well nourished, well developed, alert and oriented and in no acute distress.

*Integumentary*
Skin without obvious rashes or lesions; hair and nails without obvious abnormalities.

**Impression Diagnosis:**  O: VS wnl GenAOx4
A: Leftt leg pain
Left facial lesion
P; Prednisone 10 mg po BID
Ortho consult via emial
Fu as needed
E: As above
**Current M Grade:** 1
**Active Orders (including next follow up):**
Periodic Screening [PE]
Dental Periodic Wait List [DSAX]
ATBQ [NURATBQ]
90(84) day S1 & S2 F/U confinement [MHF90]
Provider Follow up [FU]
Other Referral [OTRL]
EDUCATION:
Disease Process, Diet including sodium intake, Exercise, Smoking Cessation (if applicable), Medication(s)

Physical Exam
This form is not to be amended, revised, or altered without        approval of the Office of Health Services
Administration.

**119-SANTA ROSA C.I.**                                                      2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                                    Chron Rec Care
Main: 8509835800 Fax: 8509835864                      Date of Service: 5/15/2023

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 510-CHARLOTTE C.I.
**Disclaimer: All EMR timestamps are Eastern Time Zone**

Signed By: Noe, MD, Medical Director, Centurion, Gilbert at 5/15/2023 10:55:57 AM

3 of 3

**119-SANTA ROSA C.I.**                                          2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                              Admin Forms
Main: 8509835800 Fax: 8509835864                    Date of Service: 5/11/2023

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████
Facility: 510-CHARLOTTE C.I.

**Orders added during this encounter:**
Other Referral; Start Date: 05/29/2023

Signed By: Wright, Medical Records Supervisor, Centurion, Herminetta at 5/11/2023
2:58:42 PM

FDC 001017

**119-SANTA ROSA C.I.**                                      2/18/2025
5850 East Milton Rd.
Milton, FL 32583                           Medical: :Inmate Request
Main: 8509835800 Fax: 8509835864           Date of Service: 5/11/2023

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ▉▉▉▉▉▉▉
Facility: 510-CHARLOTTE C.I.

FLORIDA DEPARTMENT OF CORRECTIONS    OFFICE OF HEALTH SERVICES
**INMATE REQUEST**

**To:** Medical
**Category:** Medical Records

May I please review my medical records 9/4/19-1/6/20
All requests will be handled in one of the following ways:1)    Written Information or    2) Personal
Interview. All informal grievances will be responded to in writing
**Date received:**    05/10/2023
You have an appointmetn schedule.    As per 33-601.901 a speical service charge will be cpomputed
exceeding 15 minutes.

**Date Returned to Inmate:** 05/11/2023 **Answered By:** Wright; Medical Records Supervisor; Centurion,
Herminetta

DC6-236 (Effective 12/14)
This form is not to be amended, revised, or altered without approval of the Office of Health Services
Administration.

Incorporated by Reference in Rule 33-103.005, F.A.C.

Signed By: Wright, Medical Records Supervisor, Centurion, Herminetta at 5/11/2023
2:56:55 PM
Signed By: Wright, Medical Records Supervisor, Centurion, Herminetta at 5/12/2023
7:17:21 AM

1 of 1

# INMATE REQUEST

**STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS**

Mail Number: _____
Team Number: _____
Institution: _____

| TO:<br>(Check One) | ☐ Warden<br>☐ Asst. Warden | ☐ Classification<br>☐ Security | ☐ Medical<br>☐ Mental Health | ☐ Dental<br>☑ Other | Medical Records |
|---|---|---|---|---|---|

| FROM: | Inmate Name<br>Robert S. Lee | DC Number<br>T15204 | Quarters<br>A3211 | Job Assignment<br>CM3 | Date<br>5-8-23 |
|---|---|---|---|---|---|

## REQUEST
Check here if this is an informal grievance ☐

R: MAY I PLEASE REVIEW MY MEDICAL RECORDS
FROM 9/4/19 to 1-6-2020

USE OF FORCES

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

| Inmate (Signature): R. Lee | DC#: T15204 |
|---|---|

---

**DO NOT WRITE BELOW THIS LINE**

## RESPONSE

DATE RECEIVED: RECEIVED MAY 10 2023 BY:

you have an appointment
Schedule. As per 33-601.901 A Special
Service Charge will be computed exceeding
15 Minutes. Allen will be there next.

[The following pertains to informal grievances only:

Based on the above information, your grievance is _____. (Returned, Denied, or Approved). If your informal grievance is denied,

you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

| Official (Print Name): H. WRIGHT, HIS CHA CI | Official (Signature): _____ | Date: 5/11/23 |
|---|---|---|

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

· Informal Grievances and Inmate Requests will be responded to within 15 days, following receipt by staff.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to. If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

**119-SANTA ROSA C.I.**                                              2/18/2025
5850 East Milton Rd.
Milton, FL 32583                              Admin Forms- Provider F/U Appt.
Main: 8509835800 Fax: 8509835864                Date of Service: 5/10/2023

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ████████
Facility: 510-CHARLOTTE C.I.

**Orders added during this encounter:**
Provider Follow up; Start Date: 05/15/2023

Signed By: Greig, RN, Registered Nurse, Centurion, Helen at 5/10/2023 8:57:48 AM

FDC 001020

1 of 1

**119-SANTA ROSA C.I.**                                                    2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                                    Provider Visit
Main: 8509835800 Fax: 8509835864                        Date of Service: 5/8/2023

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ██████████
Facility: 510-CHARLOTTE C.I.

**<u>Orders added during this encounter</u>**
Provider Follow up; Order Number: 3269472-1; Start Date: 06/05/2023

Signed By: Scott, LPN, Licensed Practical Nurse, Centurion, Ashley at 5/8/2023 8:22:08 AM
Signed By: Noe, MD, Medical Director, Centurion, Gilbert at 5/8/2023 9:06:18 AM

1 of 1

**119-SANTA ROSA C.I.**                                                    2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                                        Provider Visit
Main: 8509835800 Fax: 8509835864                          Date of Service: 5/2/2023

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████████
Facility: 510-CHARLOTTE C.I.

**Medications added during this encounter:**
PODOFILOX 0.5 % EXT SOLN   •   apply 3x wk

Signed By: Noe, MD, Medical Director, Centurion, Gilbert at 5/2/2023 12:39:24 PM

1 of 1

**119-SANTA ROSA C.I.**                                      2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                      Skin,Sick Call,
Main: 8509835800 Fax: 8509835864            Date of Service: 5/2/2023

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ████████
Facility: 510-CHARLOTTE C.I.

## Nurse Visit

**Copay?** Yes
**Reason for encounter:** Sick Call

## Initial Triage Information:
**Location of patient:** 510-CHARLOTTE C.I.

**Sick call order being seen for:** Sick Call;   Order Date: 05/02/2023;   Comments: Hurting mole lt. side of face

## Nurse Sick Call: **Date Seen by RN** 05/02/2023
**Time Seen by RN** 1025

**Copay?**   Yes
**Inmate referred to Provider?** Yes
**Reason:**   wart
**Type of Referral:** Scheduled

**Disclaimer: All EMR timestamps are Eastern Time Zone**

FLORIDA DEPARTMENT OF CORRECTIONS    OFFICE OF HEALTH SERVICES
**SKIN PROTOCOL**
NOTE: ALL PROTOCOLS COMPLETED BY LPNS MUST BE REVIEWED AND COSIGNED BY A RN OR CLINICIAN

## Subjective
**SUBJECTIVE: Age:** 42 Years Old

**Current Medications:**
NAPROXEN SODIUM 550 MG ORAL TABS (NAPROXEN SODIUM) Take 1 twice daily as needed for pain; Route: ORAL

**Current Problems:**
Abnormal labs (ICD-790.99) (ICD10-R89.9)
Knee pain (ICD-719.46) (ICD10-M25.569)
Back pain (ICD-724.5) (ICD10-M54.9)
Other abnormal findings in urine (ICD10-R82.998)
Screening for vision (ICD-V80.2) (ICD10-Z13.89)
Wart (ICD-078.10) (ICD10-B07.9)
Headache, unspecified (ICD10-R51.9)
MH Problem: Impulsiveness (ICD-126) (ICD10-F99)

1 of 3

**119-SANTA ROSA C.I.**                                                        2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                                          Skin,Sick Call,
Main: 8509835800 Fax: 8509835864                       Date of Service: 5/2/2023

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: █████████
Facility: 510-CHARLOTTE C.I.
MH Problem: Pathological Behaviors Not Listed Elsewhere (ICD-135) (ICD10-F99)
MH Problem: Limited Social/Environmental Stimulation (ICD-507) (ICD10-F99)
MH Problem: Discharge Planning and Readiness Skills (ICD-308) (ICD10-F99)

**Has there been a recent change in oral or topical medications:** No
**Medical Hx:** See above
**History of recent tattoo:** No
**Chief complaint:** "Wart on left cheek"
**Other symptoms:** N/A
**Onset of signs and symptoms:** About a year ago
**Is there a chance the patient has been in contact with poison Ivy- poison oak or poison sumac recently?** No
**Have you been ill in any other way in the past few days:** No
**Have you had this dermatological condition before?** Yes
**When:** last year
**Did you receive medical tx for it?** Yes
**What was the dx:** Wart
**How was it treated?** Podofilox **Effective?** Yes
**Are there any others in your dorm with similar skin condition?** No
**Pain?** Yes
**Pain Level:** 4/10

**OBJECTIVE:**
**Temp:**  98.1 F **Pulse:** 59 **Resp:** 17 **BP:** 126 **/** 79 **O2 sat:** 99 % **Weight (lbs):** 172
If patient is a diabetic: **Blood sugar:** N/A

**Type of lesion noted:** Primary
PRIMARY LESIONS:
PAPULE - SOLID-ELEVATED LESION LESS THAN 1 CM WIDE


SECONDARY LESIONS:


**Color of lesions:** brown
**Average size of individual lesion:** 1 cm. diameter
Shape of lesion: **Symmetrical:** Yes **Border:** Regular
**Location-distribution of lesions** left cheek
**Drainage:** No

**FINDINGS REQUIRING IMMEDIATE CLINICIAN NOTIFICATION**

**PLAN**
**Clinician notified:**   Yes
**Clinician:**   Noe
**Time notified:**   1045
Refer patient to clinician to determine if Rx is needed,    including topical or oral steroids,    topical or oral

**119-SANTA ROSA C.I.**                                                    2/18/2025
5850 East Milton Rd.
Milton, FL 32583                                                    Skin,Sick Call,
Main: 8509835800 Fax: 8509835864                     Date of Service: 5/2/2023

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: █████████
Facility: 510-CHARLOTTE C.I.
antihistamine, or if other Rx medication is needed.
**Orders Added per Protoocol:**
Added new Test order of Sick Call Referral (SCRL) - Signed

## EDUCATION
Inmate instructed to only RUB gently itching skin and not to scratch it in order to prevent secondary infections
Inmate instructed to watch for signs of skin infection- redness- swelling-purulent drainage-pain
Inmate instructed to return if symptoms worsen- don't improve or if any new symptoms develop


DC4-683W Skin Protocol (Revised 03/07/17)
This form is not to be amended, revised, or altered without            approval of the Office of Health Services
Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**




Signed By: Scott, LPN, Licensed Practical Nurse, Centurion, Ashley at 5/2/2023 10:35:29 AM
Signed By: Nies, RN, Registered Nurse, Centurion, Carolyn at 5/2/2023 10:55:48 AM

3 of 3

**119-SANTA ROSA C.I.**                                              2/18/2025
5850 East Milton Rd.
Milton, FL 32583                          DC4-698A Sick Call Request
Main: 8509835800 Fax: 8509835864           Date of Service: 5/1/2023

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ████████
Facility: 510-CHARLOTTE C.I.
**DC4-698A Sick Call Request**


*Imported By: Anthony Ard, Medical Records Clerk, Centurion 5/1/2023 10:26:07 AM*

_____

External Attachment:

  Type:     Image
  Comment:  DC4-698A,T15204,050123



Signed By: Greig, RN, Registered Nurse, Centurion, Helen at
5/1/2023 10:26:48 AM

1 of 1

## INMATE SICK CALL REQUEST

Date: 5-1-23                          Time: 5:30 AM

Inmate Name: ROBERT S. LEE            DC#: T15204

Housing assignment: A 3211 UP         Job assignment: CM 3 WORK

Do you need an interpreter for your Sick Call visit? (Sign language, Spanish, etc.) ☐Yes ☑No
If so, what type: _____

Did you require assistance completing this form? (Blind, Quadriplegic, etc.) ☐Yes ☑No
If so, why: _____

Problem:

☐   Pass/pass renewal

☐   Medication renewal

☐   Need information (explain): _____

☐   Problem with ADA/Disability equipment or supplies (explain the problem): _____

☐   Mental Health

☐   Dental

☑   Medical (explain): I HAVE A MOLE OR WORT ON THE LEFT SIDE OF MY FACE, HURTS ALOT PAIN LEVEL 9. I WAS BEING TREATED BY ACID 3 TIMES A WEEK FOR 30 DAYS

When did problem/symptoms start? 1 YEAR AGO

---

TO BE COMPLETED BY TRIAGE NURSE:
Date/Time received: 5-1-23 0745 AG
Triaged by: (Print name and licensure) A. Gregor RN   on (Date/Time) 5-1-23 0749
Assigned Triage Level: ☑Routine   ☐ Urgent   ☐Emergent
Date patient assessed by nurse: _____   Signature/Stamp of Nurse Completing Sick Call: _____

---

Inmate Name: ROBERT S. LEE
DC#: T15204    Race/Sex: B/M
Date of Birth: ▮▮▮▮▮▮
Institution: CHARLOTTE C.I.

Distribution:   Original – File on R side of outpatient record in date order
                Pink – Inmate (special housing only – otherwise destroy)

This form is not to be amended, revised, or altered without approval of the
Chief of Health Services Administration.

C4-698A (Effective 05/21)    Incorporated by Reference in Rule 33-402.101, F.A.C.

**119-SANTA ROSA C.I.**
5850 East Milton Rd.
Milton, FL 32583
Main: 8509835800 Fax: 8509835864

2/18/2025

Triage,
Date of Service: 5/1/2023

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: ███████████
Facility: 510-CHARLOTTE C.I.

## Nurse Visit

**Copay?** No
**Reason for encounter:** Triage

## Orders added during this encounter:

Sick Call; Start Date: 05/01/2023

## Initial Triage Information:

05/01/2023 7:49 AM
**Chief Complaint:** Hurting mole lt. side of face
**Triage Level:** 3

**Disclaimer: All EMR timestamps are Eastern Time Zone**

Signed By: Greig, RN, Registered Nurse, Centurion, Helen at 5/1/2023 7:51:18 AM

FDC 001029

**_PATIENT INFORMATION_**

| | | | | |
|---|---|---|---|---|
| **Name:** | ROBERT S LEE | | | |
| **Preferred:** | | **Patient ID#:** 74421 | **Sex:** M |
| **Address:** | 5850 East Milton Rd. | **Date of Birth:** ▮▮▮▮▮▮ | **SSN:** |
| 416194626 | | | |
| | | **Marital Status:** | |
| **City, State:** | Milton, FL 32583 | **Referring Physician:** | |
| **Alt Address:** | | **Primary Physician:** | |
| | | **Preferred Language:** | |
| **Alt City, State:** , | | **Ethnicity:** | African |
| **Phone:** | **Type:** | **Race:** | Black or African American |
| **Phone:** | **Type:** | | |
| **Phone:** | **Type:** | **Email:** | |
| **Contact By:** | | | |

**Problems:**
MH Problem: Impulsiveness (IDC-733697) (IDC10-61159)
Wart (IDC-738517) (IDC10-410952)
Screening for vision (IDC-739007) (IDC10-303522)
Constipation, chronic (IDC-722895) (IDC10-345282)
Intermittent explosive disorder (IDC-725243) (IDC10-324986)
Antisocial personality disorder (IDC-728526) (IDC10-265938)
MH Problem: Anger Mangement Deficits (IDC-733589) (IDC10-61159)
MH Problem: Discharge Planning and Readiness Skills (IDC-734454) (IDC10-61159)
Hypertension (IDC-729112) (IDC10-7540)
Patient's other noncompliance with medication regimen for other reason (IDC10-3030358)
Hepatitis A Immunization (IDC-735815) (IDC10-8215)
Hepatitis B Immunization (IDC-735815) (IDC10-8215)
Muscle ache (IDC-726572) (IDC10-1840249)
MH Problem: Pathological Behaviors Not Listed Elsewhere (IDC-733673) (IDC10-61159)
MH Problem: Limited Social/Environmental Stimulation (IDC-733797) (IDC10-61159)
Torticollis (IDC-732028) (IDC10-398816)
Urinary tract infection (UTI) (IDC-741585) (IDC10-410617)

**Immunizations:**
COVID-19, Series 1, 04/27/2022
TDAP, Series 1, 01/26/2017

**Allergies and Adverse Reactions:**
NKDA ( Insignificant)