**119-SANTA ROSA C.I.**                                          6/23/2025
5850 East Milton Rd.
Milton, FL 32583                              :Inmate Request:Formal Grievance
Main: 8509835800 Fax: 8509835864                  Date of Service: 6/23/2025

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male

Facility: 119-SANTA ROSA C.I.
FLORIDA DEPARTMENT OF CORRECTIONS    OFFICE OF HEALTH SERVICES
**FORMAL GRIEVANCE**
**Date Received:**   06/16/2025
**Formal Grievance Number:**   2506-119-233
**Category:** General Medical
**Date Answered:**   06/23/2025
**Disposition:** Denied

DC4-701 Chronological Record of Health (Revised 8/1/17)
This form is not to be amended, revised, or altered without approval of the Office of Health Services
Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**
Incorporated by Reference in Rule 33-103.005, F.A.C.

Signed By: Stewart,Junior Health Services Admiinistratorr, Centurion, Aftan at 6/23/2025
8:40:54 AM

**119-SANTA ROSA C.I.**                                                    6/23/2025
5850 East Milton Rd.
Milton, FL 32583                                  :Inmate Request:Formal Grievance
Main: 8509835800 Fax: 8509835864                      Date of Service: 6/12/2025

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male

Facility: 119-SANTA ROSA C.I.
FLORIDA DEPARTMENT OF CORRECTIONS    OFFICE OF HEALTH SERVICES
**FORMAL GRIEVANCE**
**Date Received:**   06/12/2025
**Formal Grievance Number:**   2506-119-188
**Category:** MH Outpatient
**Date Answered:**   06/12/2025
**Disposition:** Denied

DC4-701 Chronological Record of Health (Revised 8/1/17)
This form is not to be amended, revised, or altered without approval of the Office of Health Services
Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**
Incorporated by Reference in Rule 33-103.005, F.A.C.

Signed By: Stewart,Junior Health Services Admiinistratorr, Centurion, Aftan at 6/12/2025
1:48:48 PM

1 of 1

**119-SANTA ROSA C.I.**                                    6/23/2025
5850 East Milton Rd.
Milton, FL 32583                DC4-542A Inmate Payment Agreement for Copy
Main: 8509835800 Fax: 8509835864        Date of Service: 6/11/2025

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male

███████████

Facility: 119-SANTA ROSA C.I.
**DC4-542A Inmate Payment Agreement for Copy of Protected Health Information**


*Imported By: Alicia Rice, Administrative Assistant, Centurion 6/12/2025 12:38:11 PM*

_____

External Attachment:

  Type:     Image
 Comment:   DC4-542A,T15204,6.11.2025


Signed By: Rice, Administrative Assistant, Centurion, Alicia at
6/12/2025 12:38:33 PM

**FLORIDA DEPARTMENT OF CORRECTION**
**OFFICE OF HEALTH SERVICES**

## INMATE PAYMENT AGREEMENT FOR COPY OF
## PROTECTED HEALTH INFORMATION

Date: 6/10/2025

You have requested a copy of your **Medical Records (XRAY 2024)**  The copy will be provided to you at a cost of $.15 per page plus any administrative fees for a total dollar amount of **$0.15 (1 pages).** Your inmate bank account can be billed for these charges. In accordance with Rule 33-401.701(3) (i), F.A.C., copies will be provided upon receipt of payment as provided in Rule 33-601.901(2), F.A.C.  Please check the box below to let us know to proceed:

Bill my inmate bank account        ☑

If after 30 days payment has not been received, this request will be closed, and you are required to complete another request to obtain the requested copy(ies).

I have read and understand the 30-day time limit described above.

_Robert S. Lee_
Inmate Signature

I have received the requested documents.

_Robert S. Lee_
Inmate Signature

Inmate Name Lee, Roberts
DC#: T15204                    Race/Sex: B/M

Institution: Santa Rosa Correctional

**DC4-542A (Revised 6/25/24)**

Original:    Medical Records
Canary:     Inmate

This form is not to be amended, revised, or altered without approval of the Deputy Director of Health Services Administration.

EMAILED
U. 11. 25

**119-SANTA ROSA C.I.**                                    6/23/2025
5850 East Milton Rd.
Milton, FL 32583                                          Other•
Main: 8509835800 Fax: 8509835864            Date of Service: 6/11/2025

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
██████████
Facility: 119-SANTA ROSA C.I.
FLORIDA DEPARTMENT OF CORRECTIONS

## Chronological Record of Health Care
OFFICE OF HEALTH SERVICES
**Allergies:**
* NKDA

**Reason for encounter:** Other

**Note:** INVOICE FOR MEDICAL RECORDS (X RAY 2024) SIGNED AND EMAILED. COPIES
DELIVERED @ 1310.

DC4-701 Chronological Record of Health Care (Revised 8/1/17)
This form is not to be amended, revised, or altered without        approval of the Office of Health Services
Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

Signed By: Rice, Administrative Assistant, Centurion, Alicia at 6/11/2025 2:40:57 PM

**119-SANTA ROSA C.I.**                                                           6/23/2025
5850 East Milton Rd.
Milton, FL 32583                                                          MH :Inmate Request
Main: 8509835800 Fax: 8509835864                                  Date of Service: 6/9/2025

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
███████

Facility: 119-SANTA ROSA C.I.

FLORIDA DEPARTMENT OF CORRECTIONS    OFFICE OF HEALTH SERVICES
**INMATE REQUEST**

**To:** Mental Health
**Category:** MH Outpatient

"WHAT IS IT GOING TO TAKE FOR ME TO GO TO STU?"
All requests will be handled in one of the following ways:1)    Written Information or    2) Personal
Interview. All informal grievances will be responded to in writing
**Date received:**    06/09/2025
THANK YOU FOR YOUR REQUEST. MENTAL HEALTH IS UNABLE TO ADDRESS YOUR CONCERNS
WITH HOUSING. PLEASE ADDRESS THOSE CONCERNS WITH SECURITY OR CLASSIFICATION.
FUTHERMORE YOU HAVE REFUSED THE FOLLOWING MENTAL HEALTH APPOINTMENTS: 5/26/25,
3/31/25, 2/18/25, AND 1/21/25, AS WELL AS SEVERAL CLINICAL GROUPS. I ENCOURAGE YOU TO
ATTEND ALL MENTAL HEALTH APPOINTMENTS AS REFUSAL TO ENGAGE IN TREATMENT IS NOT
CONDUCIVE TO AN STU REFERRAL.

**Date Returned to Inmate:** 06/09/2025 **Answered By:** Wade; LMHC; MHP; Centurion, Stephanie

DC6-236 (Effective 12/14)
This form is not to be amended, revised, or altered without approval of the Office of Health Services
Administration.

Incorporated by Reference in Rule 33-103.005, F.A.C.

Signed By: Chambless, Administrative Assistant, Centurion, Meghan at 6/10/2025
12:52:00 PM
Signed By: Wade, LMHC, MHP, Centurion, Stephanie at 6/12/2025 7:36:15 AM

**119-SANTA ROSA C.I.**
5850 East Milton Rd.
Milton, FL 32583                                          Inmate Request
Main: 8509835800 Fax: 8509835864          Date of Service: 6/9/2025

6/23/2025

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
███████████████
Facility: 119-SANTA ROSA C.I.
**Inmate Request**


*Imported By: Meghan Chambless, Administrative Assistant, Centurion 6/10/2025 11:42:31 AM*

_____

External Attachment:

  Type:     Image
  Comment:  DC6-236,T15204,6/9/2025


Signed By: Wade, LMHC, MHP, Centurion, Stephanie at 6/10/2025
11:43:00 AM

1 of 1

# INMATE REQUEST

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

Mail Number: _____
Team Number: _____
Institution: 119

| TO: (Check One) | ☐ Warden | ☐ Classification | ☑ Medical | ☐ Dental |
|---|---|---|---|---|
| | ☐ Asst. Warden | ☐ Security | ☑ Mental Health | ☐ Other _____ |

| FROM: | Inmate Name ROBERT S. Lee | DC Number T15204 | Quarters B-2118-L | Job Assignment — | Date 6-3-25 |
|---|---|---|---|---|---|

## REQUEST

Check here if this is an informal grievance ☐

WHAT IS IT GONNA TAKE FOR ME TO GET TO S.T.U. PROGRAM
I'M GETTING FED UP HERE AT SANTA ROSA C.I. I'M NOT
MAKING ANY PROGRESS IN NO AREA'S MENTAL EMOTIONAL
& I'M NOT MOVING FORWARD ON CM. I'M TIRED OF
TRYING BUT SHITS NOT WORKING. REALLY I'M ON THE
VERGE OF LOSEING MY COOL. EVERYONE SEEMS TO JUST
OVERLOOK ME B/c I'VE BEEN QUIET BUT

SEND ME SOMEWHERE ELSE BEFORE
I REALLY TRY TO KILL MYSELF.

All requests will be handled in one of the following ways: 1) Written Information or  2) Personal Interview.  All informal grievances will be responded to in writing.

| Inmate (Signature): ROBERT S. Lee | DC#: T15204 |
|---|---|

RECEIVED
JUN 09 2025
SANTA ROSA C.I.
MENTAL HEALTH

--- DO NOT WRITE BELOW THIS LINE ---

## RESPONSE

DATE RECEIVED: _____

Thank you for your request. Mental Health is unable to address your concerns with housing. Please address those concerns with security or classification.
Furthermore you have refused the following mental health appointments: 05/20/25; 03/31/25; 03/03/25; 02/18/25; and 01/21/25, as well as several clinical groups. I encourage you to attend all mental health appointments as refusal to engage in treatment is not conducive to an S.T.U. referral.

[The following pertains to informal grievances only:]

Based on the above information, your grievance is _____. (Returned, Denied, or Approved).  If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

| Official (Print Name): S. Wade | Official (Signature): _____ | Date: 06/09/25 |
|---|---|---|

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 15 days, following receipt by staff.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to.  If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective 11/18)

Incorporated by Reference in Rule 33-103.005, F.A.C.

**119-SANTA ROSA C.I.**                                                  6/23/2025
5850 East Milton Rd.
Milton, FL 32583                                       Health Services Profile
Main: 8509835800 Fax: 8509835864                 Date of Service: 6/9/2025

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male

Facility: 119-SANTA ROSA C.I.


FLORIDA DEPARTMENT OF CORRECTIONS
HEALTH SERVICES PROFILE


**Current Work Release/Work Camp Orders**

**UPDATED INFORMATION**
**SECTION 1: ASSIGN**
This is a change in information

**M-Medical Grade:** 1
**Single Dose:** N
**Work Camp:** Yes
**Is this inmate permanent party?**    Yes
**Is this inmate suitable for work release?** Yes

**Impairment if applicable:**
P: Physical impairment and disability **None**
H: Hearing impairment and disability **None**
E: Visual impairment or disability **1**When Adding or changing Work Release/Work Camp Orders, you
MUST remove any previous orders.



**SECTION II: Use this section to PLACE ON HOLD**



**SECTION III: REMOVE FROM HOLD**


**DC4-701 Chronological Record of Health Care** Patient was discontinued from cardio clinic 05/01/2024,
see provider note. Changed to M1


DC4-706 Health Services Profile (Revised 12/27/23)
This form is not to be amended, revised, or altered without          approval of the Deputy Director of
Health Services Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

                                                                    1 of 2

**119-SANTA ROSA C.I.**
6/23/2025
5850 East Milton Rd.
Milton, FL 32583
Health Services Profile
Main: 8509835800 Fax: 8509835864
Date of Service: 6/9/2025

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male

Facility: 119-SANTA ROSA C.I.


Signed By: Coulter (Allen), APRN, Medical Providers, Centurion, Brandee at 6/9/2025
10:57:13 AM

**119-SANTA ROSA C.I.**                                                    6/23/2025
5850 East Milton Rd.
Milton, FL 32583                                           Inmate Request
Main: 8509835800 Fax: 8509835864          Date of Service: 5/28/2025

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
███████████████
Facility: 119-SANTA ROSA C.I.
**Inmate Request**


*Imported By: Alicia Rice, Administrative Assistant, Centurion 5/28/2025 3:03:21 PM*

_____

External Attachment:

  Type:     Image
  Comment:  DC6-236,T15204,5.28.2025


Signed By: Rice, Administrative Assistant, Centurion, Alicia at
5/28/2025 3:03:36 PM

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

**INMATE REQUEST**

Mail Number: _____
Team Number: _____
Institution: **159**

| TO: (Check One) | ☐ Warden ☐ Asst. Warden | ☐ Classification ☐ Security | ☐ Medical ☐ Mental Health | ☐ Dental ☑ Other **Medical Records** |
|---|---|---|---|---|

| FROM: | Inmate Name ROBERT S. Lee | DC Number T15204 | Quarters B218-L | Job Assignment N/A | Date 5-28-25 |
|---|---|---|---|---|---|

**REQUEST**                                    Check here if this is an informal grievance ☐

I need a copy of the X-Ray of my Neck in JULY OR August 2024.

I need a copy of the Mediation order I received for my Neck in NOVEMBER 2024.

God Bless You,

R. Lee #T15204

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

Inmate (Signature): **Lee, Robert**         DC#: **T15204**

RECEIVED

**DO NOT WRITE BELOW THIS LINE**

DATE RECEIVED: MAY 28 2025

SANTA ROSA C.I.
MEDICAL

**RESPONSE**

An invoice will be created for you to sign.

[The following pertains to informal grievances only:]

Based on the above information, your grievance is _____. (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

Alicia Price, Clerk
SARAX Centurion

Official (Print Name): _____    Official (Signature): **Alicia Price**    Date: **5/28/25**

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 15 days, following receipt by staff.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to. If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective 11/18)                    Incorporated by Reference in Rule 33-103.005, F.A.C.

**119-SANTA ROSA C.I.**                                    6/23/2025
5850 East Milton Rd.
Milton, FL 32583                                    Medical: :Inmate Request
Main: 8509835800 Fax: 8509835864                 Date of Service: 5/28/2025

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
█████████
Facility: 119-SANTA ROSA C.I.


**<u>Orders added during this encounter:</u>**
Admin APPT; Start Date: 06/10/2025


FLORIDA DEPARTMENT OF CORRECTIONS    OFFICE OF HEALTH SERVICES
**INMATE REQUEST**

**To:** Medical
**Category:** Medical Records

Requesting a copy of the xray on my neck from July or August 2024 and medication from November 2024.
All requests will be handled in one of the following ways:1)    Written Information or    2) Personal
Interview. All informal grievances will be responded to in writing
**Date received:**    05/28/2025
An invoice will be created for you to sign.

**Date Returned to Inmate:** 05/28/2025 **Answered By:** Rice; Administrative Assistant; Centurion, Alicia

DC6-236 (Effective 12/14)
This form is not to be amended, revised, or altered without approval of the Office of Health Services
Administration.

Incorporated by Reference in Rule 33-103.005, F.A.C.



Signed By: Rice, Administrative Assistant, Centurion, Alicia at 5/28/2025 3:02:24 PM

1 of 1

**119-SANTA ROSA C.I.**                                              6/23/2025
5850 East Milton Rd.
Milton, FL 32583                      DC4-542A Inmate Payment Agreement for Copy
Main: 8509835800 Fax: 8509835864      Date of Service: 4/30/2025

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
█████████████
Facility: 119-SANTA ROSA C.I.
**DC4-542A Inmate Payment Agreement for Copy of Protected Health Information**


*Imported By: Alicia Rice, Administrative Assistant, Centurion 5/1/2025 3:57:38 PM*

_____

External Attachment:

  Type:     Image
 Comment:   DC4-542A,T15204,4.30.2025


Signed By: Rice, Administrative Assistant, Centurion, Alicia at
5/1/2025 3:58:00 PM

1240

**FLORIDA DEPARTMENT OF CORRECTION**
**OFFICE OF HEALTH SERVICES**

## INMATE PAYMENT AGREEMENT FOR COPY OF
## PROTECTED HEALTH INFORMATION

Date: **4/30/2025**

You have requested a copy of your **MEDICATION LOG (Psych medication).** The copy will be provided to you at a cost of $.15 per page plus any administrative fees for a total dollar amount of **$0.15 (1 pages).** Your inmate bank account can be billed for these charges. In accordance with Rule 33-401.701(3) (i), F.A.C., copies will be provided upon receipt of payment as provided in Rule 33-601.901(2), F.A.C. Please check the box below to let us know to proceed:

Bill my inmate bank account          ☑

If after 30 days payment has not been received, this request will be closed, and you are required to complete another request to obtain the requested copy(ies).

I have read and understand the 30-day time limit described above.

ROBERT S. Lee

Inmate Signature

Inmate Name Lee, Robert
DC#: T15204                    Race/Sex: B/M
Date of Birth: 1/14/1981
Institution: Santa Rosa Correctional

**DC4-542A (Revised 6/25/24)**

Original:    Medical Records
Canary:     Inmate

This form is not to be amended, revised, or altered without approval of the Deputy Director of Health Services Administration.

**119-SANTA ROSA C.I.**
6/23/2025
5850 East Milton Rd.
Milton, FL 32583
Chr Rec Hthcre•
Main: 8509835800 Fax: 8509835864
Date of Service: 4/30/2025

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male

Facility: 119-SANTA ROSA C.I.
FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES

## Chronological Record of Health Care
**Note:** INVOICE FOR REQUESTED COPIES (PSYCH MEDICATION LOG APRIL 2024) SIGNED AND EMAILED. COPIES DELIVERED AT 1240.

DC4-701 Chronological Record of Health Care (Revised 8/1/17)
This form is not to be amended, revised, or altered without          approval of the Office of Health Services Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

Signed By: Rice, Administrative Assistant, Centurion, Alicia at 4/30/2025 1:56:00 PM

**119-SANTA ROSA C.I.**                                                6/23/2025
5850 East Milton Rd.
Milton, FL 32583                                           Inmate Request
Main: 8509835800 Fax: 8509835864        Date of Service: 4/28/2025

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
███████████
Facility: 119-SANTA ROSA C.I.
**Inmate Request**


*Imported By: Ashley Adams, Administrative Assistant, Centurion 4/29/2025 3:08:01 PM*

_____

   External Attachment:

     Type:     Image
    Comment:   dc6-236, t15204, 4.28.25


Signed By: Adams, Administrative Assistant, Centurion, Ashley at
4/29/2025 3:08:31 PM

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

**INMATE REQUEST**

Mail Number: _____
Team Number: _____
Institution: H$

| TO: (Check One) | ☐ Warden ☐ Asst. Warden | ☐ Classification ☐ Security | ☐ Medical ☐ Mental Health | ☐ Dental ☑ Other MEDICAL RECORDS |
|---|---|---|---|---|

| FROM: | Inmate Name ROBERT S. Lee | DC Number | Quarters | Job Assignment | Date |
|---|---|---|---|---|---|

**REQUEST**                                    Check here if this is an informal grievance ☐

CAN I PLEASE GET A COPY OF THE LAST ORDER FOR
PSYCH MEDS 2024-MARCH-12. AND A COPY OF
THE DOCTOR REPORT ON MY DISORDERS

FEDERAL EVIDENCE FOR LAWSUIT

THANK YOU,
R.lee

All requests will be handled in one of the following ways: 1) Written Information or  2) Personal Interview. All informal grievances will be responded to in writing.

Inmate (Signature): Lee, R.        DC#: R T15204

**DO NOT WRITE BELOW THIS LINE**  ~~RECEIVED~~

**RESPONSE**                         DATE RECEIVED: APR 2 8 2025

An Invoice will be created & brought to signature

SANTA ROSA C.I
MEDICAL

[The following pertains to informal grievances only:

Based on the above information, your grievance is _____. (Returned, Denied or Approved). If your informal grievance is denied,

you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

Official (Print Name): J Adams   Official (Signature): _____   Date: 4-28-25

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 15 days, following receipt by staff.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to. If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective 11/18)                    Incorporated by Reference in Rule 33-103.005, F.A.C.

**119-SANTA ROSA C.I.**                                                         6/23/2025
5850 East Milton Rd.
Milton, FL 32583                                                      : :Inmate Request
Main: 8509835800 Fax: 8509835864                          Date of Service: 4/28/2025

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male

████████

Facility: 119-SANTA ROSA C.I.

FLORIDA DEPARTMENT OF CORRECTIONS    OFFICE OF HEALTH SERVICES
**INMATE REQUEST**

**To:** Other
MEDICAL RECORDS
**Category:** Medical Records

REQUESTING ROII FOR ORGANIZATION OF FLORIDA CARES
All requests will be handled in one of the following ways:1)    Written Information or    2) Personal
Interview. All informal grievances will be responded to in writing
**Date received:**    04/28/2025
please submit an inmate request with the following information

Family member name and relaitionship
family member phone number
family member street address (no PO Boxes)

ROI will be typed up and brought to you for signature

**Date Returned to Inmate:** 04/28/2025 **Answered By:** Adams; Administrative Assistant; Centurion,
Ashley

DC6-236 (Effective 12/14)
This form is not to be amended, revised, or altered without approval of the Office of Health Services
Administration.

Incorporated by Reference in Rule 33-103.005, F.A.C.

Signed By: Adams, Administrative Assistant, Centurion, Ashley at 4/29/2025 11:33:48
AM

1 of 1

**119-SANTA ROSA C.I.**                                                          6/23/2025
5850 East Milton Rd.
Milton, FL 32583                                              : :Inmate Request
Main: 8509835800 Fax: 8509835864                    Date of Service: 4/28/2025

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
█████████
Facility: 119-SANTA ROSA C.I.


## Orders added during this encounter:
Admin APPT; Start Date: 05/19/2025


FLORIDA DEPARTMENT OF CORRECTIONS    OFFICE OF HEALTH SERVICES
**INMATE REQUEST**

**To:** Other
MEDICAL RECORDS
**Category:** Medical Records

COPY OF PSYCH MEDS 3-12-24 AND DISORDERS
All requests will be handled in one of the following ways:1)    Written Information or    2) Personal
Interview. All informal grievances will be responded to in writing
**Date received:**    04/28/2025
AN INVOICE WILL BE DRAWN AND BROUGHT TO OU TO SIGN.    COPIES ARE $0.15 PER PAGE.


**Date Returned to Inmate:** 04/28/2025 **Answered By:** Adams; Administrative Assistant; Centurion,
Ashley

DC6-236 (Effective 12/14)
This form is not to be amended, revised, or altered without approval of the Office of Health Services
Administration.

Incorporated by Reference in Rule 33-103.005, F.A.C.




Signed By: Adams, Administrative Assistant, Centurion, Ashley at 4/29/2025 11:27:06
AM

**119-SANTA ROSA C.I.**
5850 East Milton Rd.
Milton, FL 32583
Main: 8509835800 Fax: 8509835864

6/23/2025

Chr Rec Hthcre•
Date of Service: 4/25/2025

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male

Facility: 119-SANTA ROSA C.I.
FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES

## Chronological Record of Health Care

**Note:** Invoice signed for medical record copies AND COPIES DELIVERED

DC4-701 Chronological Record of Health Care (Revised 8/1/17)
This form is not to be amended, revised, or altered without          approval of the Office of Health Services
Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

Signed By: Adams, Administrative Assistant, Centurion, Ashley at 4/28/2025 1:03:17 PM

1 of 1

**119-SANTA ROSA C.I.**                                              6/23/2025
5850 East Milton Rd.
Milton, FL 32583                                          Inmate Request
Main: 8509835800 Fax: 8509835864        Date of Service: 4/14/2025

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
██████████████
Facility: 119-SANTA ROSA C.I.
**Inmate Request**


*Imported By: Tiffany Tinker, Medical Records Clerk, Centurion 4/17/2025 3:27:21 PM*

_____

External Attachment:

  Type:     Image
  Comment:  DC6-236, T15204, 4.14.25



Signed By: Adams, Administrative Assistant, Centurion, Ashley at
4/17/2025 3:27:32 PM

**INMATE REQUEST**

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

Mail Number: _____
Team Number: _____
Institution: 119

| TO: (Check One) | ☐ Warden ☐ Asst. Warden | ☐ Classification ☐ Security | ☐ Medical ☐ Mental Health | ☑ Dental ☑ Other | Records Medical |
|---|---|---|---|---|---|

| FROM: | Inmate Name Robert S. Lee | DC Number T15204 | Quarters G 2116 | Job Assignment — | Date 4-10-25 |
|---|---|---|---|---|---|

**REQUEST** ☐ Check here if this is an informal grievance

I need a copy of X-RAY of my Neck in JUNE or JULY 2024

I need a copy of order for meds pain back in NOVEMBER 2024
it was ordered for 2 days for my Neck.

God Bless you,

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

Inmate (Signature): LEE R     DC#: T15204

RECEIVED

―――――――――――― **DO NOT WRITE BELOW THIS LINE** ――――――――――――

**RESPONSE**     DATE RECEIVED: APR 1 4 2025

An Invoice will be drawn up and brought SANTA ROSA C.I.
Signature, copies are $0.15 per page     MEDICAL

Admin rpt: 5-1-25

[The following pertains to informal grievances only:]

Based on the above information, your grievance is _____. (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

| Official (Print Name): X Adams | Official (Signature): | Date: 4-14-25 |
|---|---|---|

@ 1030pm

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 15 days, following receipt by staff.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to. If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective 11/18)

Incorporated by Reference in Rule 33-103.005, F.A.C.

**119-SANTA ROSA C.I.**
5850 East Milton Rd.
Milton, FL 32583                                                    6/23/2025
Main: 8509835800 Fax: 8509835864

: :Inmate Request
Date of Service: 4/14/2025

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male

████████████

Facility: 119-SANTA ROSA C.I.

FLORIDA DEPARTMENT OF CORRECTIONS    OFFICE OF HEALTH SERVICES
**INMATE REQUEST**

**To:** Other
MEDICAL RECORDS
**Category:** Medical Records

WOULD LIKE ROI'S FOR FAMILY
All requests will be handled in one of the following ways:1)    Written Information or    2) Personal
Interview. All informal grievances will be responded to in writing
**Date received:**    04/14/2025
please submit an inmate request with the following information

Family member name and relaitionship
family member phone number
family member street address (no PO Boxes)

ROI will be typed up and brought to you for signature

**Date Returned to Inmate:** 04/14/2025 **Answered By:** Adams; Administrative Assistant; Centurion,
Ashley

DC6-236 (Effective 12/14)
This form is not to be amended, revised, or altered without approval of the Office of Health Services
Administration.

Incorporated by Reference in Rule 33-103.005, F.A.C.

Signed By: Adams, Administrative Assistant, Centurion, Ashley at 4/17/2025 1:09:42 PM

**119-SANTA ROSA C.I.**                                        6/23/2025
5850 East Milton Rd.
Milton, FL 32583                                    : :Inmate Request
Main: 8509835800 Fax: 8509835864          Date of Service: 4/17/2025

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
██████████████
Facility: 119-SANTA ROSA C.I.


<u>**Orders added during this encounter:**</u>
Admin APPT; Start Date: 05/01/2025


FLORIDA DEPARTMENT OF CORRECTIONS    OFFICE OF HEALTH SERVICES
**INMATE REQUEST**

**To:** Other
medical records
**Category:** Medical Records

Need copy of xray of neck in june/july 2024.    Copy of med order from Nov 2024
All requests will be handled in one of the following ways:1)    Written Information or    2) Personal
Interview. All informal grievances will be responded to in writing
**Date received:**    04/14/2025
AN INVOICE WILL BE DRAWN AND BROUGHT TO OU TO SIGN.    COPIES ARE $0.15 PER PAGE.


**Date Returned to Inmate:** 04/14/2025 **Answered By:** Adams; Administrative Assistant; Centurion,
Ashley

DC6-236 (Effective 12/14)
This form is not to be amended, revised, or altered without approval of the Office of Health Services
Administration.

Incorporated by Reference in Rule 33-103.005, F.A.C.




Signed By: Adams, Administrative Assistant, Centurion, Ashley at 4/17/2025 1:07:10 PM




1 of 1

**119-SANTA ROSA C.I.**                                         6/23/2025
5850 East Milton Rd.
Milton, FL 32583                        DC4-711A Medical Refusals
Main: 8509835800 Fax: 8509835864        Date of Service: 3/7/2025

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
██████████████████
Facility: 119-SANTA ROSA C.I.
**DC4-711A Medical Refusals**


*Imported By: Ashley Adams, Administrative Assistant, Centurion 3/11/2025 10:15:08 AM*

_____

External Attachment:

  Type:      Image
  Comment:   TST/ATBQ


Signed By: Bachman, LPN, Licensed Practical Nurse, Centurion,
Amelia at 3/11/2025 10:16:04 AM

**FLORIDA DEPARTMENT OF CORRECTIONS**
**REFUSAL OF HEALTH CARE SERVICES**

This is to certify that I am refusing the following:

- ☒ Medical Services  ~~TST~~/ATBQ _____
- ☐ Mental Health Services _____
- ☐ Dental Services _____
- ☐ Medication _____
- ☐ Lab/Diagnostic testing _____
- ☐ Other _____

I understand this refusal is against the advice of my health care providers. I acknowledge that I have been informed of the diagnosis, if known, the nature and purposes of the proposed procedure/treatment/medication, risks and benefits of the proposed procedure/treatment/medication, alternative treatments and their risks and benefits and the consequences and danger to my health and possibly to my life that may result from my refusal of this procedure/treatment/medication.

I have been given sufficient time to ask questions about my condition and about my decision to refuse the proposed procedure/treatment/medication that my health care provider has explained to me is medically indicated and necessary.

I voluntarily assume the risks and accept the consequences of my refusal of the procedure/treatment/medication. I am releasing the Department of Corrections, all health care providers, the facility, and facility staff from any and all liability for ill effects that may result from my refusal of treatment.

X _RTS_____     3/7/2025 @ _0748_____
**Signature of Patient***                **Date/Time**

| | |
|---|---|
| **Two Witnesses:** I, _A. Bachman LPN_ am a health care staff member and I have witnessed the patient voluntarily sign this form/refuse to sign the form. | |
| _____ <br> Signature of Witness | A. Bachman LPN <br> _____ <br> Title of Witness |
| I, _J Kaster_ am a staff member who is not the patient's health care provider for this procedure and I have witnessed the patient voluntarily sign this form/refuse to sign the form. | |
| _____ <br> Signature of Witness | _Officer_ <br> _____ <br> Title of Witness |

I am aware that this patient refused the proposed procedure/ treatment/medication and has signed this form/ refused to sign the form.

SEE ELECTRONIC REFUSAL FOR SIGNATURE
_____          _____
Signature of Clinician                     Date/Stamp

Interpreter/translator: To the best of my knowledge, the patient understood what was interpreted/translated and voluntarily signed this form/refused to sign the form.

_____          _____
Signature of Interpreter/Translator     Title of Witness

*If the patient refuses to sign this document, but has verbally refused the above procedure, write REFUSES TO SIGN above Signature of Patient.

Inmate Name _Lee Robert_
DC# _T15204_  Race/Sex _B/M_

Institution _____119_____

DC4-711A (Effective 8/13)  (Page 1 of 2)

incorporated by Reference in Rule 33-401.103, F.A.C.

**ESTADO DE LA FLORIDA DEPARTAMENTO DE CORRECCIONES**
## DECLARACION JURADA DE RECHAZO A TRATAMIENTO MEDICO

Yo certifico que rechazo lo siguiente:

☐ Servicios medicos _____

☐ Servicios de salud mental _____

☐ Servicios dentales _____

☐ Medicamentos _____

☐ Examenes de laboratorio/pruebas
diagnósticas                        _____

☐ Otros _____

Yo comprendo que este rechazo es en contra de la opinion medica. Yo reconosco que he sido informado del diagnostico, si es confirmado, la condición y propósito del propuesto procedimiento/tratamiento/medicamento, los riesgos y beneficios del propuesto procedimiento/tratamiento/medicamento. También he sido informado de tratamiento alternativo y sus riesgos y beneficios y de las consecuencias y los peligros para mi salud y el posible riesgo de muerte que puede resultar de no consentir al procedimiento/tratamiento/medicamento.

Me han dado suficiente tiempo para hacer preguntas sobre mi condición y sobre mi decisión de no consentir al propuesto procedimiento/tratamiento/medicamento que el proveedor de servicios médicos me ha explicado es indicado y necesario.

Yo voluntariamente asumo los riesgos y acepto las consecuencias de no consentir al procedimiento/tratamiento/medicamento. Yo declaro que el Departamento de Correcciones, los proveedores de servicios médicos, la facilidad, y los miembros del equipo médico no son responsables por cualquier incapacidad o complicaciones que puedan ocurrir como consecuencia de haberme negado a recibir tratamiento médico.

_____         _____
**Firma del Paciente***                                    **Fecha/Hora**

---

**Dos Testigos:**      Yo,_____ soy un miembro del equipo médico y he sido testigo que el paciente ha firmado voluntariamente este documento/rehúsa firmar.

_____         03-07-25
Firma del testigo                                     Titulo del testigo

Yo,_____ soy miembro del personal que no es el proveedor del cuidado de salud del paciente para este procedimiento y he sido testigo que el paciente voluntariamente firmo este documento / rehúsa firmar el documento.

_____         _____
Firma del testigo                                     Titulo del testigo

Yo me enterado que este paciente rehusa el proposito del tratramiento o intervencion/medicamento y a firmado este documento/rehúsa firmar.

_____         _____
Firma del Médico                                     Fecha/Sello

*Si el paciente rehusa firmar este documento, pero verbalmente rechaza el procedimiento arriba descrito, escriba REHUSA FIRMAR ARRIBA Firma del Paciente.

Inmate Name  Lee  Robert
DC#  T15204          Race/Sex  B/M
Date of Birth  ████████████
Institution _____ 119

DC4-711A (Effective 8/13)  (Page 2 of 2)

Incorporated by Reference in Rule 33-401.105, F.A.C.

**119-SANTA ROSA C.I.**
6/23/2025
5850 East Milton Rd.
Milton, FL 32583
Refused Nurse Infection Control•
Main: 8509835800 Fax: 8509835864
Date of Service: 3/7/2025

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male

███████████

Facility: 119-SANTA ROSA C.I.
FLORIDA DEPARTMENT OF CORRECTIONS    OFFICE OF HEALTH SERVICES
**REFUSAL OF HEALTH CARE SERVICES**

**This is to certify that I am refusing the following:**

**Medical Services**
**If Medical Services, then please describe:** ATBQ

**Inmate Refused to Sign**

**SEE PAPER DOCUMENT    FOR THE FOLLOWING:** Witness signature

I understand this refusal is against the advice of my health care providers.    I acknowledge that I have been informed of the diagnosis, if known, the nature and purposes of the proposed procedure/treatment/medication, risks and benefits of the proposed procedure/treatment/medication, alternative treatments and their risks and benefits and the consequences and danger to my health and possibly to my life that may result from my refusal of this procedure/treatment/medication.

I have been given time to ask questions about my condition and about my decision to refuse the proposed procedure/treatment/medication that my health care provider has explained to me is medically indicated and necessary.

I voluntarily assume the risks and accept the consequences of my refusal of the procedure/treatment/medication and I am releasing the Department of Corrections, all health care providers, the facility, and facility staff from any and all liability for ill effects that may result from my refusal of treatment.

DC4-711A    Refusal of Healthcare Services (Revised 08/01/13)
This form is not to be amended, revised, or altered without approval of the Office of Health Services Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES
**Chronological Record of Health Care**

PT housed in CM dorm refused ATBQ/TST
PT appears to be asymptomatic at this time and denies symptoms. Paper refusal obtained and provided to medical records for scan into EMR.

1 of 2

**119-SANTA ROSA C.I.**                                              6/23/2025
5850 East Milton Rd.
Milton, FL 32583                            Refused Nurse Infection Control•
Main: 8509835800 Fax: 8509835864            Date of Service: 3/7/2025

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male

<span style="background:black">       </span>

Facility: 119-SANTA ROSA C.I.
PT advised of risks and instructed to notify medical if symptoms develop.
TB screening/testing PT non compliant, refused.
Schedule next annual TB screening/ testing in one year.


DC4-701 Chronological Record of Health Care (Revised 8/1/17)
This form is not to be amended, revised, or altered without          approval of the Office of
Health Services Administration.
**Disclaimer: All EMR timestamps are Eastern Time Zone****Trigger** Route


**Orders added during this encounter:**
ATBQ; Start Date: 03/09/2026

FLORIDA DEPARTMENT OF CORRECTIONS    OFFICE OF HEALTH SERVICES

**DC4-710A - IMMUNIZATION RECORD**
**TST PLANTS AND READS**

**Reason for Todays Screening:**    Refused


DC4-710A (Revised 2/23/21)
This form is not to be amended, revised, or altered without approval of the Office of Health Services
Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**




Signed By: Bachman, LPN, Licensed Practical Nurse, Centurion, Amelia at 3/7/2025
1:33:34 PM
Signed By: Coulter (Allen), APRN, Medical Providers, Centurion, Brandee at 3/7/2025
1:44:05 PM

**119-SANTA ROSA C.I.**                                                6/23/2025
5850 East Milton Rd.
Milton, FL 32583                      Diagram of Injury/Rule of Nines
Main: 8509835800 Fax: 8509835864      Date of Service: 2/28/2025

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
███████████
Facility: 119-SANTA ROSA C.I.
**Diagram of Injury/Rule of Nines**


*Imported By: Alicia Rice, Administrative Assistant, Centurion 3/3/2025 4:00:39 PM*

_____

External Attachment:

  Type:     Image
 Comment:   DC4-708,T15204,2.28.2025


Signed By: Shvetsov, LPN, Licensed Practical Nurse, Centurion,
Alla at 3/3/2025 4:01:00 PM

TB119-SANTA ROSA C.I.
5850 East Milton Rd.   Milton, FL 32583
8509835800  Fax: 8509835864

**ROBERT S LEE**
T15204
Race/Sex: Black or African American / Male

119-SANTA ROSA C.I.

## FLORIDA DEPARTMENT OF CORRECTIONS
## OFFICE OF HEALTH SERVICES
## DIAGRAM OF INJURY



Date of occurrence __02/28/2025__     Time of occurrence __1443__
Date injury assessed by medical __2 28 2025__     Time injury assessed by medical __1456__

☑ No injury identified

Description of injury: __S/P UOF chemical__
__Patient no c/o injury or pair, no injury noted.__

Alla Yugay, LPN
SARAX - Centurion
Staff Signature

This form is not to be amended, revised, or altered without
approval by the Director of Health Services- Administration.

Copies distribution:  White/Health Record   Canary/Inspector General   Pink/Warden or Asst. Warden
DC4-708 (Revised 10/07)

**119-SANTA ROSA C.I.**                                                           6/23/2025
5850 East Milton Rd.
Milton, FL 32583                                                                        650B
Main: 8509835800 Fax: 8509835864                              Date of Service: 3/1/2025

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male

██████████

Facility: 119-SANTA ROSA C.I.
FLORIDA DEPARTMENT OF CORRECTIONS    OFFICE OF HEALTH SERVICES
**RISK ASSESSMENT FOR THE USE OF CHEMICAL RESTRAINT AGENTS AND ELECTRONIC IMMOBILIZATION DEVICES**

**DC4-650B Risk Assessment for the Use of Chemical Restraint Agents and Electronic Immobilization Devices must be completed    when a pre-confinement health assessment is conducted.**

DC4-650B will be reviewed at the time of all practitioner health care encounters. If any changes in an inmate's medical condition are identified (e.g, new diagnosis) that would affect the use of chemical restraint agents or electronic immobilization devices, a new DC4-650B must be completed and provided to security staff, replacing the previous DC4-650B.

---

## Chemical Restraint Agents Assessment:

**No Known Medical Risk Factor(s)\***: has been identified at the time of this pre-confinement health assessment, based on a review of the    medical record and current health status that may be exacerbated by the use of chemical restraint agents.

**\*Medical Risk Factor(s)**   are conditions that may be exacerbated by the use of chemical restraint agents include, but are not limited to, the    following: asthma, chronic obstructive pulmonary disease, emphysema, congestive heart failure, angina, pregnancy, and unstable hypertension. (Inmate is considered stable if B/P has been <140/90 at last cardiovascular clinic visit.)

---

**Electronic Immobilization Device (EID) Assessment:**

**No Known Medical Risk Factor(s)\*** has been identified at the time of this pre-confinement health assessment, based on a review of the medical record that may be exacerbated by the use of electronic immobilization devices.

**\*Medical Risk Factor(s)\***  are conditions that may be exacerbated by the use of electronic immobilization devices include, but are not limited to,    the following: seizure disorder, multiple sclerosis, muscular dystrophy, pacemaker, and pregnancy.

---

DC4-650B- Risk Assessment for the Use of Chemical Restraint Agents and Electronic Immobilization Devices (Revised 10/20)
This form is not to be amended, revised, or altered without approval of the Deputy Director of Health Services Administration.

Incorporated by Reference in Rule 33-602.210, F.A.C.
\*\*Disclaimer: All EMR timestamps are Eastern Time Zone\*\*

**119-SANTA ROSA C.I.**                                          6/23/2025
5850 East Milton Rd.
Milton, FL 32583                                                     650B
Main: 8509835800 Fax: 8509835864              Date of Service: 3/1/2025

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
DOB: Jan 14, 1981
Facility: 119-SANTA ROSA C.I.

Signed By: Barnes, RN, Registered Nurse, Centurion, Kevin at 3/1/2025 1:35:56 PM

**119-SANTA ROSA C.I.**
6/23/2025
5850 East Milton Rd.
Milton, FL 32583                                                    ER Record•
Main: 8509835800 Fax: 8509835864                    Date of Service: 2/28/2025

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male

███████████

Facility: 119-SANTA ROSA C.I.

**119-SANTA ROSA C.I.**
6/23/2025
5850 East Milton Rd.
Milton, FL 32583
ER Record•
Main: 8509835800 Fax: 8509835864
Date of Service: 2/28/2025

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male

███████████

Facility: 119-SANTA ROSA C.I.
FLORIDA DEPARTMENT OF CORRECTIONS    OFFICE OF HEALTH SERVICES
**EMERGENCY ROOM RECORD**

**Check all that apply: <u>Inmate, Post-Use-of-Force Exam, Injury</u>**
( )Inmate    ( )Employee    ( )Visitor    ( )Post-Use-of-Force Exam    ( )Injury    ( )Physical Altercation

All inmates must be examined by medical personnel following a use of force.    This includes a visual inspection of the entire body to identify any sign of injury.    This exam shall be performed in the medical unit except under unusual circumstance.    Injuries shall be documented on the DC4-708, Diagram of Injury.    If a physician/CA is not present at the time of the exam, a physician/CA must review this form and sign it on the next working day.

**Time of occurrence: <u>1443</u>**
**Time of exam: <u>1456</u>**
**Description of occurrence:    <u>S/P UOF chemical</u>**

**Post Use of Chemical Agent Instructions:**
**Shower without soap? <u>Yes</u>**
( )N/A    ( )Yes    ( )Refused
**<u>Report any difficulty breathing, Remain in upright position, Do Not apply lotion to skin, Splash cool water to eyes 5-10 minutes</u>**
()Report any difficulty breathing ()Remain in upright position ()Do Not apply lotion to skin ()Splash cool water to eyes 5-10 minutes    ( )N/A

**Temp:    <u>96.5</u>**F
**Pulse:    <u>80</u>**
**Resp:    <u>18</u>**
**BP:    <u>135</u>/ <u>80</u>**
**O2 sat:    <u>100</u>**%

**Arrived via: <u>Ambulatory</u>**
( )Ambulatory    ( )Stretcher    ( )Wheelchair    ( )Other
**Other: <u>N/A</u>**

**Condition on arrival (check all that apply): <u>Alert, Oriented x 4 (person-place- time-situation), Other (requires description in examination summary)</u>**
( )Alert    ( )Oriented x 4 (person-place- time-situation)    ( )Responding to questions verbally    ( )Other (requires description in examination summary)    ( )C/O pain?
**If C/O pain checked, please indicate where: <u>N/A</u>**

**Examination summary: <u>Patient brought to medical in Golf dorm, and sits on medical exam bed with normal posture, no c/o injury or pain, states: "I have no inury, I'm fine"; skin intact no injury, no hematomas, no bleeding, no bruises noted; patient A&Ox4 PERRLA, respirations sounds even and unlabored, no acute distress noted, bilateral lungs are clear to auscultation, VSS, HRR, full ROM, steady gait, moves all extremities well. Patient no TX needs, returned to the security in a stable condition.</u>**

**Physician notified? <u>No</u>**

**119-SANTA ROSA C.I.**
5850 East Milton Rd.
Milton, FL 32583
Main: 8509835800 Fax: 8509835864

6/23/2025

ER Record•
Date of Service: 2/28/2025

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male

███████

Facility: 119-SANTA ROSA C.I.
( )No   ( )Yes
**Name: <u>N/A</u>**
**Time: <u>N/A</u>**

**Treatment provided? <u>No</u>**
( )No   ( )Yes
**If Yes, please describe:** N/A
**Response to Treatment <u>N/A</u>**

**Disposition: <u>Population(dorm)</u>**
( )Population(dorm)   ( )Confinement   ( )Infirmary   ( )Hospital ER   ( )IMR   ( )Other
**if Other, please explain: <u>N/A</u>**

**Discharge Instructions and Education: <u>Follow up with sick call PRN.</u>**

THIS DOCUMENT WILL BE ELECTRONICALLY SIGNED BY THE HEALTHCARE PROVIDER AND
REVIEWING PHYSICIAN.

DC4-701C ER Record (Effective 12/12)        Incorporated by Reference in Rule 33-602.210, F.A.C.

This form is not to be amended, revised, or altered without approval of the Office of Health Services
Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

**119-SANTA ROSA C.I.**
5850 East Milton Rd.
Milton, FL 32583
Main: 8509835800 Fax: 8509835864

6/23/2025

ER Record•
Date of Service: 2/28/2025

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male
███████
Facility: 119-SANTA ROSA C.I.

## Nurse Visit

**Copay?** No
**Reason for encounter:** EMID**Exam Time** 1456

(Check if paper form done and scanned in)
**Patient DC Number**
T15204

## Orders added during this encounter:

Staff Request/Referral; Start Date: 02/28/2025; Order Num: 7715775-1
FLORIDA DEPARTMENT OF CORRECTIONS    OFFICE OF HEALTH SERVICES
**STAFF REQUEST/REFERRAL**

Directions: Sender (referring/requesting staff) completes section I and signs.    Addressee (responding staff) completes section II and signs.

## SECTION I
**Addressee's Area/Service:** Mental Health

119-SANTA ROSA C.I. Correctional Institution.

## Mental Health Referral
**Clinical Date and Time:** 02/28/2025 2:56 PM
**TO: Addressee's Name** Mental Health
**Senders Name:** Alla Yugay, LPN, Licensed Practical Nurse, Centurion **Sender's Area/Service** Medical Inmate Housing:
CM
**Request/Referral Type:** Urgent: Respond the next business day
**Reason for Request/Referral**
**Inmate History includes following factors/events of concern:** N/A
**Inmate currently displays following behaviors of concern:** N/A
**Other:** Yes
S/P UOF chemical

DC4-529 Staff Referral/Request (Effective 12/12)
This form is not to be amended, revised, or altered without approval of the Office of Health Services Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

**119-SANTA ROSA C.I.**
5850 East Milton Rd.
Milton, FL 32583
Main: 8509835800 Fax: 8509835864

6/23/2025

ER Record•
Date of Service: 2/28/2025

**ROBERT S LEE**
DC#: T15204
Race/Sex: Black or African American / Male

Facility: 119-SANTA ROSA C.I.

Signed By: Shvetsov, LPN, Licensed Practical Nurse, Centurion, Alla at 2/28/2025 7:19:22 PM
Signed By: BalkomHill, APRN, Medical Provider, Centurion, Michele at 3/3/2025 8:23:17 AM
Signed By: Adams, LMHC, MHP, Centurion, Veonca at 3/3/2025 2:51:25 PM