## DEPARTMENT OF CORRECTIONS

## INCIDENT REPORT

| | | | |
|---|---|---|---|
| **Reporting Institution:** | Santa Rosa Correctional Institution Annex | **Incident Report Number:** | 135-2024-0765 |
| **Reporting Employee:** | Major LaToya Brown | **PREA Number:** | |
| **Employee ID Number:** | | **Date of incident:** | May 22, 2024 |
| **Person(s) Involved:** | Captain Jack White | **Time of incident:** | Approximately 8:00am |
| | Inmate Robert Lee DC# T15204 | **Witness (es):** | Officer Gabriel Hartley |
| | Lieutenant Jacob Grimm | | |

Control Room Log Entry Made:  ☐ Yes  ☒ No
Inmate Placed in Confinement:  ☐ Yes  ☒ No
Duty Warden Notified:  ☐ Yes  ☒ No  Time: _____
EAC Notified:  ☐ Yes  ☒ No  Time: _____
Supporting Documents Attached

Disciplinary Report Initiated:  ☐ Yes  ☒ No
Work Order Initiated:  ☐ Yes  ☒ No
MINS Initiated:  ☐ Yes  ☒ No
Duty Officer Name:

**DETAILS OF INCIDENT:** On May 22, 2024, I was assigned as the Chief of Security at Santa Rosa Correctional Institution-Annex. At approximately 8:00am, while reviewing hand-held video involving Inmate Lee, Robert DC# T15204. During the review of the hand-held recording which started in K-Dorm Quad 3 at Inmate Lee assigned cell K31081. At approximately 1:02pm COT Steven Vega who is on handheld camera begins recording as Lieutenant Jacob Grimm provides a lead-in statement for a possible Use of force involving Inmate Lee. At approximately 1:05pm Lieutenant Grimm issues Inmate Lee a final order but Inmate Lee continues to yell on the Quad. At approximately 1:08pm Inmate Lee makes allegations of being in fear of his life, making several allegations that staff were going to kill him, stating they beat him in handcuffs, and he received a concussion. Inmate Lee also made allegations that staff tried to rip his eyes out and kick him in the face. At 1:09pm Lieutenant Grimm advises Inmate Lee that the final order will not be repeated and then Inmate Lee becomes compliant but continues to yell on the wing. Inmate Lee then submits to hand restraints and is escorted to the Main Unit to be rehoused. The entire series of events was captured on handheld video without interruption. The escort was conducted by ( Continued)

Major LaToya Brown
**Reporting Employee' Name (Print)** — *Reporting Employee's Signature* — May 22, 2024 **Date**

**Shift Supervisor / Department Head**
**COMMENT:** Report submitted by Chief Of Security

Major LaToya Brown
**Shift Supervisor's/ Department Head's Name (Print)** — *Shift Supervisor's Signature* — May 22, 2024 **Date**

REVIEW: Noted

CC: IG

Mins 10A  1260531
10 G  1260537

Major LaToya Brown
**Correctional Officer Chief's Name (Print)** — *Correctional Officer Chief's Signature* — May 22,2024 **Date**

REVIEW: Forward to AW for appropriate action.

cc: AW
OIG

Mins.

R. Quinn, Warden
**Warden's Name (Print)** — *Warden's Signature* — 5/22/24 **Date**

DC6-210 (Effective 12/12)    Incorporated by Reference in Rule 33-602.210, F.A.C.    Page 1 of 2

**DETAILS OF INCIDENT (cont'd):** Officer Gabriel Hartley, Captain Jack White, and Lieutenant Jacob Grimm. At approximately 1:16pm Inmate Lee makes allegations that staff had beat him up with handcuffs and kicked him in the face at the Main Unit and continues to make the same allegations. At 1:20pm Inmate Lee addresses the inspector general on the handheld camera and states 'I might die here at Santa Rosa". Inmate Lee also told the escorting staff he isn't going into the cell and alleges " They tried to kill me" Inmate Lee then alleges that Lieutenant Cody Cattnach beat him with hand cuffs the last time he was at Santa Rosa. Inmate Lee continues to yell and be disorderly during the escort but is compliant with walking. Innate Lee then yells at Lieutenant Justin Carr and Lieutenant Cattnach "Come on down here, I'm not gong in the cell." Inmate Lee continues to yell that he was in fear for his life and states "Officer Young you're one of the main ones that be doing it." Inmate Lee continues to yell and curse at staff. At 1:24pm, Inmate Lee along with escorting staff enter into E-Dorm and he again states "I'm not going in the cell with nobody." Inmate Lee is escorted into E-Dorm Quad 2. At Approximately 1:26pm Captain White closes the camera while Lieutenant Grimm is present. Reactionary physical use of force involving Inmate Lee can be heard before the closing statement is completed. Captain White is in violation of procedure 602.033 Video Camera (1)(C) Camera operator shall be an officer who is trained in the use of the hand-held camera and 33-602.210 Video Recording Protocol (1) General (a) Video recording of all use of force incidents shall continue uninterrupted form commencement of recording until the situation is stable and under control and the inmate is placed in a secure cell. Captain White, Lieutenant Grimm and Officer Gabriel Hartley failed to report the allegations that inmate Lee made during this incident. A copy of the hand-held video is attached to this report.

**Shift Supervisor/ Department Head**
**COMMENT (cont.):**

**REVIEW (cont.):**

**REVIEW (cont.):**

```
05/24/2024            FLORIDA DEPARTMENT OF CORRECTIONS                PAGE:  1
                            MINS INCIDENT REPORT                       TIME 09:26


PREPARED BY: R119TJD JOHNSON, TRINA D.      INCIDENT NUMBER: 0001260537
INCIDENT TYPE: 10G IMPROPER CONDUCT         STATUS OF INCIDENT: ENTERED
REPORT DATE:   05/24/2024                   REPORT TIME:   09:17
INCIDENT DATE: 05/22/2024                   INCIDENT TIME: 08:00
REPORTING FACILITY: 135 SANTA ROSA ANNEX    INCIDENT REGION: 1
INCIDENT FACILITY : 135 SANTA ROSA ANNEX    INCIDENT IG OFFICE: 01
INCIDENT LOCATION: 01 HOUSING AREA          DAY CODE: 3      SHIFT CODE: 2
DATE REPORTED TO MANAGEMENT: 05/22/2024     W-B REVIEW BY:
IG NUMBER:                                  UOF NUMBER:
DATE ASSIGNED:
INJURIES: N        STG/STI INVOLVEMENT: N   PHYSICAL EVIDENCE RECOVERED: N
USE OF FORCE: N    WEAPONS USED: N          INCIDENT VIDEO TAPED: Y
ELECTRONIC RESTRAINING DEVICES: N           CHEMICAL AGENTS USED: N
EVIDENCE LOC: DR EVIDENCE LOCKER            SEND TO IG OFFICE: Y


            NAME                 TITLE             BIRTHDATE  R S   ID NUMBER
------------------------   ------------------------ --------- - -  -----------
REPORTING EMPLOYEE (S)
  BROWN, LATOYA C.         CORRECTIONAL OFFICER MA            2 2
SUBJECT (S)
  LEE, ROBERT S.           INMATE   TRD:LIFE SNT              2 1  T15204
  HARTLEY, GABRIEL L.      CORRECTIONAL OFFICER               1 1
  GRIMM, JACOB E.          CORRECTIONAL OFFICER LI            1 1
  WHITE, JACK H.           CORRECTIONAL OFFICER CA            1 1
WITNESSES (S)
  VEGA, STEVEN A.          CORRECTIONAL OFFICER               5 1


CONTRABAND RECOVERED          TYPE      POSSESS    QUANTITY      UNIT MSR
------------------------     ------    --------   ----------    --------


DESCRIPTION OF INCIDENT:
    ON MAY 22, 2024, MAJOR LATOYA BROWN REPORTED ON IR
    135-2024-0765 SHE WAS ASSIGNED AS CHIEF OF SECURITY AT SANTA
    ROSA CORRECTIONAL INSTITUTION ANNEX, AT APPROXIMATELY
    8:00AM, WHILE REVIEWING HAND-HELD VIDEO INVOLVING INMATE
    LEE, ROBERT DC T15204, MAJOR BROWN REPORTED DURING THE
    REVIEW OF THE HAND-HELD RECORDING WHICH STARTED IN K-DORM
    QUAD 3 AT INMATE LEE ASSIGNED CELL K31081. AT APPROXIMATELY
    1:02PM COT STEVEN VEGA WHO IS ON HANDHELD CAMERA BEGAN
    RECORDING AS LIEUTENANT JACOB GRIMM PROVIDED A LEAD-IN
    STATEMENT FOR A POSSIBLE USE OF FORCE INVOLVING INMATE LEE.
    AT APPROXIMATELY 1:05PM LIEUTENANT GRIMM ISSUED INMATE LEE A
    FINAL ORDER, BUT INMATE LEE CONTINUED TO YELL ON THE QUAD.
    AT APPROXIMATELY,1:08PM INMATE LEE MADE ALLEGATIONS OF BEING
    IN FEAR OF HIS LIFE, MAKING SEVERAL ALLEGATIONS THAT STAFF
    WERE GOING TO KILL HIM, STATING THEY BEAT HIM IN HANDCUFFS,
    AND HE RECEIVED A CONCUSSION. INMATE LEE ALSO MADE
```

```
05/24/2024              FLORIDA DEPARTMENT OF CORRECTIONS              PAGE:  2
                             MINS INCIDENT REPORT                      TIME 09:26
```

ALLEGATIONS THAT STAFF TRIED TO RIP HIS EYES OUT AND KICK HIM IN THE FACE. AT 1:09PM LIEUTENANT GRIMM ADVISED INMATE LEE THE FINAL ORDER WOULD NOT BE REPEATED AND THEN INMATE LEE BECAME COMPLIANT BUT CONTINUED TO YELL ON THE WING. INMATE LEE THEN SUBMITTED TO HAND RESTRAINTS AND WAS ESCORTED TO THE MAIN UNIOFFICER GABRIEL HARTLEY, CAPTAIN JACK WHITE, AND LIEUTENANT JACOB GRIMM. AT APPROXIMATELY 1:16PM INMATE LEE MADE ALLEGATIONS THAT STAFF HAD BEATEN HIM UP WITH HANDCUFFS AND KICKED HIM IN THE FACE AT THE MAIN UNIT AND CONTINUED TO MAKE THE SAME ALLEGATIONS. AT 1:20PM INMATE LEE ADDRESSED THE INSPECTOR GENERAL ON THE HANDHELD CAMERA AND STATED, 'I MIGHT DIE HERE AT SANTA ROSA". INMATE LEE ALSO TOLD THE ESCORTING STAFF HE ISN'T GOING INTO THE CELL AND ALLEGES "THEY TRIED TO KILL ME" INMATE LEE THEN ALLEGED THAT LIEUTENANT CODY CATTNACH BEAT HIM WITH HAND CUFFS THE LAST TIME HE WAS AT SANTA ROSA. INMATE LEE CONTINUED TO YELL AND BE DISORDERLY DURING THE ESCORT BUT WAS COMPLIANT WITH WALKING. INMATE LEE THEN YELLED AT LIEUTENANT JUSTIN CARR AND LIEUTENANT CATTNACH "COME ON DOWN HERE, I'M NOT GOING IN THE CELL." INMATE LEE CONTINUED TO YELL THAT HE WAS IN FEAR FOR HIS LIFE AND STATED, "OFFICER YOUNG YOU'RE ONE OF THE MAIN ONES THAT BE DOING IT." INMATE LEE CONTINUED TO YELL AND CURSE AT STAFF. AT 1:24PM, INMATE LEE ALONG WITH ESCORTING STAFF ENTER E-DORM AND HE AGAIN STATES "I'M NOT GOING IN THE CELL WITH NOBODY." INMATE LEE IS ESCORTED INTO E-DORM QUAD 2. AT APPROXIMATELY 1:26PM CAPTAIN WHITE CLOSES THE CAMERA WHILE LIEUTENANT GRIMM IS PRESENT. REACTIONARY PHYSICAL USE OF FORCE INVOLVING INMATE LEE CAN BE HEARD BEFORE THE CLOSING STATEMENT WAS COMPLETED. CAPTAIN WHITE IS IN VIOLATION OF PROCEDURE 602.033 VIDEO CAMERA (1)(C) CAMERA OPERATOR SHALL BE AN OFFICER WHO IS TRAINED IN THE USE OF THE HAND-HELD CAMERA AND 33-602.210 VIDEO RECORDING PROTOCOL (1) GENERAL (A) VIDEO RECORDING OF ALL USE OF FORCE INCIDENTS SHALL CONTINUE UNINTERRUPTED FORM COMMENCEMENT OF RECORDING UNTIL THE SITUATION IS STABLE AND UNDER CONTROL AND THE INMATE IS PLACED IN A SECURE CELL. CAPTAIN WHITE, LIEUTENANT GRIMM, AND OFFICER GABRIEL HARTLEY FAILED TO REPORT THE ALLEGATIONS THAT INMATE LEE MADE DURING THIS INCIDENT. A COPY OF THE HAND-HELD VIDEO IS ATTACHED TO THIS REPORT. IR NUMBER 135-2024-0765.

ACTION TAKEN:
    REPORT SUBMITTED BY CHIEF OF SECURITY.