## Workforce TeleStaff
### Roster Report [05/17/2024]
**Limits:** Agency: Santa Rosa CI
Roster View: Santa Rosa Annex

**Santa Rosa CI / Santa Rosa Annex /**

| Rank | ID | Name | | From | Through | |
|---|---|---|---|---|---|---|
| Santa Rosa Annex / Santa Rosa Annex UNASSIGNED | | | | | | |
| UNASSIGNED DO NOT FILL | | -,- | ✓ | 00:00 | 00:00 | 24 |

**Santa Rosa CI / Santa Rosa Annex / First Shift 1100P - 730A CST - 55**

| Rank | ID | Name | From | Through |
|---|---|---|---|---|
| Santa Rosa Annex / Santa Rosa Annex 7-Day Posts | | | | |

[Content redacted]

FDC 000028

| Rank | ID | Name | | From | Through | |
|---|---|---|---|---|---|---|
| Santa Rosa Annex DSA/Training / Santa Rosa Annex First Shift DSA/Training | | | | | | |

Santa Rosa CI / Santa Rosa Annex / Second Shift 700A - 330P CST - 55

| Rank | ID | Name | | From | Through | |
|---|---|---|---|---|---|---|
| Santa Rosa Annex / Santa Rosa Annex 7-Day Posts | | | | | | |
| Captain - Shift | | WHITEII, JACK H. (CIT/Conf Mgmt/F | 1000 | 07:00 | 15:30 | 8.5 |
| Sergeant - Dorm K - Confineme | | ORTEGA, ADAM M. (CIT/Conf Mgm | 1000 | 07:00 | 15:30 | 8.5 |
| | | ORTEGA, ADAM M. (CIT/Conf Mgm | Cell-DART | 07:00 | 15:30 | 8.5 |
| Officer - Dorm K - Confinement | | HARTLEY, GABRIEL L. (Fire9QR/Fire | 1000 | 07:00 | 15:30 | 8.5 |
| Officer - Dorm K - Confinement | | VEGA, STEVEN A. (COT/M) | 1000 | 07:00 | 15:30 | 8.5 |

FDC 000029

**Workforce TeleStaff**
**Roster Report** [05/17/2024]
**Limits**: Agency: Santa Rosa CI
Roster View: Santa Rosa Annex



| (X) | | ?,? | | 15:00 | 15:30 | 0.5 |
|---|---|---|---|---|---|---|

| Rank | ID | Name | | From | Through |
|---|---|---|---|---|---|
| Santa Rosa Annex DSA/Training / Santa Rosa Annex Second Shift DSA/Training | | | | | |

FDC 000030

**Workforce TeleStaff**
**Roster Report** [05/17/2024]
**Limits**: Agency: Santa Rosa CI
Roster View: Santa Rosa Annex

| Rank | ID | Name | From | Through |
|---|---|---|---|---|
| Santa Rosa Annex Alternate Duty / Santa Rosa Annex Second Shift Alternate Duty | | | | |

Santa Rosa CI / Santa Rosa Annex / Third Shift 300P - 1130P CST - 55

| Rank | ID | Name | From | Through |
|---|---|---|---|---|
| Santa Rosa Annex / Santa Rosa Annex 7-Day Posts | | | | |

**Workforce TeleStaff**
**Roster Report** [05/17/2024]
**Limits:** Agency: Santa Rosa CI
Roster View: Santa Rosa Annex



| Rank | Name | | From | Through | |
|---|---|---|---|---|---|
| **Santa Rosa Annex / Santa Ros** | **Administrative** | | | | |
| Major | BROWN, LATOYA C. (Conf Mgmt/D | 1000 | 07:00 | 16:00 | 9 |

FDC 000032

**Workforce TeleStaff**
**Roster Report** [05/17/2024]
**Limits:** Agency: Santa Rosa CI
Roster View: Santa Rosa Annex



| Rank | ID | Name | From | Through |
|---|---|---|---|---|
| Santa Rosa Annex / Santa Rosa Annex Extended Training | | | | |

FDC 000033

**Workforce TeleStaff**
**Roster Report** [05/17/2024]
**Limits:** Agency: Santa Rosa CI
Roster View: Santa Rosa Annex

| Rank | ID | Name | From | Through |
|---|---|---|---|---|
| Santa Rosa Annex / Santa Rosa Annex Loans | | | | |

| Rank | ID | Name | From | Through |
|---|---|---|---|---|
| Santa Rosa Annex / Santa Rosa Annex Extended Special Assignment | | | | |

| Rank | ID | Name | From | Through |
|---|---|---|---|---|
| Santa Rosa Annex DSA/Training / Santa Rosa Annex Third Shift DSA/Training | | | | |

| Rank | ID | Name | From | Through |
|---|---|---|---|---|
| Santa Rosa Annex DSA/Training / Santa Rosa Annex Admin DSA/Training | | | | |

Santa Rosa CI / Santa Rosa Annex / 24 Hour Shift - Central

| Rank | ID | Name | From | Through |
|---|---|---|---|---|
| Santa Rosa Annex / Santa Rosa Annex 7-Day Posts | | | | |

| Rank | ID | Name | From | Through |
|---|---|---|---|---|

FDC 000034



FDC 000035