**Workforce TeleStaff**
**Roster Report** [05/17/2024]
**Limits:** Agency: Santa Rosa CI
Roster View: Santa Rosa Annex MHU

### Santa Rosa CI / Santa Rosa Annex Mental Health Unit /

| Rank | ID | Name | | From | Through | |
|---|---|---|---|---|---|---|
| Santa Rosa Annex MHU / Santa Rosa Annex MHU UNASSIGNED | | | | | | |
| UNASSIGNED DO NOT FILL | | -,- | | 00:00 | 00:00 | 24 |

### Santa Rosa CI / Santa Rosa Annex Mental Health Unit / First Shift 1100P - 730A CST - 55

| Rank | ID | Name | | From | Through | |
|---|---|---|---|---|---|---|
| Santa Rosa Annex MHU / Santa Rosa Annex MHU 7 Day Posts | | | | | | |
| Lieutenant - Shift | | COLLINS, ROBERT T. (CIT/Cell Ex In/ | 1000 | 23:00 | 07:30 | 8.5 |
| Lieutenant - Shift | | PETERSON, KEITH (CIT/Cell Ex In/Co | 1000 | 23:00 | 07:30 | 8.5 |
| Sergeant - Dorm J | | PENCE, BRANDON M. (Cell Ex In/Co | 1000 | 23:00 | 07:30 | 8.5 |
| | | PENCE, BRANDON M. (Cell Ex In/Co | A2CD | 23:00 | 07:30 | 8.5 |
| Sergeant - Dorm Q (X) | | ?,? | | 23:00 | 23:30 | 0.5 |
| (X) | | TOMBERLIN, FRED B. (Fire9QR/Fire | +1000-OTS | 23:30 | 04:00 | 4.5 |
| (X) | | ?,? | | 04:00 | 07:30 | 3.5 |
| Officer - Control Room - Dorm J | | GILL, JAMES E. (CIT/Conf Mgmt/M/ | 1000 | 23:00 | 07:30 | 8.5 |
| Officer - Dorm J | | TIGANO, FRANK A. (Conf Mgmt/M/ | 1000 | 23:00 | 07:30 | 8.5 |
| | | TIGANO, FRANK A. (Conf Mgmt/M/ | A1 | 23:00 | 07:30 | 8.5 |
| Officer - Dorm J (X) | | ?,? | | 23:00 | 23:30 | 0.5 |
| (X) | | JAMES BLUNT, TARANA E. (CIT/Con | +1000-OTS | 23:30 | 04:45 | 5.25 |
| (X) | | ?,? | | 04:45 | 07:30 | 2.75 |
| Officer - Dorm J (X) | | ?,? | | 23:00 | 07:30 | 8.5 |
| Officer - Dorm J | | -,- | | 23:00 | 07:30 | 8.5 |
| Officer - Control Room - Dorm Q | | HUNT, TRAVORIS J. (Cell Ex In/Conf | 1000 | 23:00 | 07:30 | 8.5 |
| | | HUNT, TRAVORIS J. (Cell Ex In/Conf | A1-Cell | 23:00 | 07:30 | 8.5 |
| Officer - Dorm Q | | TORRES, SCOTT D. (CIT/Conf Mgmt | 1000 | 23:00 | 07:30 | 8.5 |
| | | TORRES, SCOTT D. (CIT/Conf Mgmt | A2CD | 23:00 | 07:30 | 8.5 |
| Officer - Dorm Q (X) | | ?,? | | 23:00 | 23:30 | 0.5 |
| (X) | | WHITE, GARRETT L. (M) | +1000-OTS | 23:30 | 04:00 | 4.5 |
| (X) | | ?,? | | 04:00 | 07:30 | 3.5 |
| Officer - Dorm Q | | SPAAR, AUSTIN W. (CIT/Cell Ex In/C | 1000 | 23:00 | 07:30 | 8.5 |
| | | SPAAR, AUSTIN W. (CIT/Cell Ex In/C | A2-Cell | 23:00 | 07:30 | 8.5 |
| Officer - Dorm Q | | -,- | | 23:00 | 07:30 | 8.5 |
| Officer - Escort (X) | | ?,? | | 23:00 | 03:30 | 4.5 |
| (X) | | JINKS, BOBBY J. (CIT/Conf Mgmt/M | +1000-OTS | 03:30 | 07:00 | 3.5 |
| (X) | | ?,? | | 07:00 | 07:30 | 0.5 |
| Officer - Escort (X) | | ?,? | | 23:00 | 04:00 | 5 |
| (X) | | ARTERBURN, DANIEL A. (CIT/Conf N | +1000-OTS | 04:00 | 06:00 | 2 |
| (X) | | ?,? | | 06:00 | 07:30 | 1.5 |
| Officer - Escort (X) | | ?,? | | 23:00 | 07:30 | 8.5 |
| Officer - Escort (X) | | ?,? | | 23:00 | 07:30 | 8.5 |
| Officer - Escort (X) | | ?,? | | 23:00 | 07:30 | 8.5 |
| Officer - Escort | | BLUM, PAMELLA J. (CIT/Conf Mgmt | 1000 | 23:00 | 07:30 | 8.5 |
| Officer - Escort (X) | | -,- | | 23:00 | 07:30 | 8.5 |

FDC 000048

## Workforce TeleStaff
### Roster Report [05/17/2024]
**Limits:** Agency: Santa Rosa CI
Roster View: Santa Rosa Annex MHU

| Officer - Escort (X) | | -,- | | 23:00 | 07:30 | 8.5 |
|---|---|---|---|---|---|---|

| Rank | ID | Name | | From | Through | |
|---|---|---|---|---|---|---|
| Santa Rosa Annex MHU DSA/Training / Santa Rosa Annex MHU First Shift DSA/Training | | | | | | |

| Rank | ID | Name | | From | Through | |
|---|---|---|---|---|---|---|
| Santa Rosa Annex MHU Alternate Duty / Santa Rosa Annex MHU First Shift Alternate Duty | | | | | | |

**Santa Rosa CI / Santa Rosa Annex Mental Health Unit / Second Shift 700A - 330P CST - 55**

| Rank | ID | Name | | From | Through | |
|---|---|---|---|---|---|---|
| Santa Rosa Annex MHU / Santa Rosa Annex MHU 7 Day Posts | | | | | | |
| Lieutenant - Shift | | GRIMM, JACOB E. (CIT/Conf Mgmt/ | 1000 | 07:00 | 15:30 | 8.5 |

**Workforce TeleStaff**
**Roster Report** [05/17/2024]
**Limits**: Agency: Santa Rosa CI
Roster View: Santa Rosa Annex MHU



| Rank | ID | Name | From | Through |
|---|---|---|---|---|
| Santa Rosa Annex MHU DSA/Training / Santa Rosa Annex MHU Second Shift DSA/Training ||||||

Santa Rosa CI / Santa Rosa Annex Mental Health Unit / Third Shift 300P - 1130P CST - 55

**Workforce TeleStaff**
**Roster Report** [05/17/2024]
**Limits:** Agency: Santa Rosa CI
Roster View: Santa Rosa Annex MHU

| Rank | ID | Name | From | Through |
|---|---|---|---|---|
| Santa Rosa Annex MHU / Santa Rosa Annex MHU 7 Day Posts | | | | |



**Workforce TeleStaff**
**Roster Report** [05/17/2024]
**Limits**: Agency: Santa Rosa CI
Roster View: Santa Rosa Annex MHU

| Rank | ID | Name | | From | Through | |
|---|---|---|---|---|---|---|
| Santa Rosa Annex MHU / Santa Rosa Annex MHU 5 Day Administrative | | | | | | |
| Major | | MCCRANIE, JUSTIN M. (DART D Wa | 1000 | 07:00 | 08:00 | 1 |

| Rank | ID | Name | From | Through |
|---|---|---|---|---|
| Santa Rosa Annex MHU / Santa Rosa Annex MHU Extended Training | | | | |

FDC 000052

**Workforce TeleStaff**
**Roster Report** [05/17/2024]
**Limits**: Agency: Santa Rosa CI
Roster View: Santa Rosa Annex MHU

| Rank | ID | Name | From | Through |
|---|---|---|---|---|
| Santa Rosa Annex MHU DSA/Training / Santa Rosa Annex MHU Third Shift DSA/Training | | | | |

| Rank | ID | Name | From | Through |
|---|---|---|---|---|
| Santa Rosa Annex MHU Alternate Duty / Santa Rosa Annex MHU Third Shift Alternate Duty | | | | |

Santa Rosa CI / Santa Rosa Annex Mental Health Unit / 24 Hour Shift - Central

| Rank | ID | Name | From | Through |
|---|---|---|---|---|
| Santa Rosa Annex MHU Overtime / Santa Rosa MHU Overtime | | | | |



FDC 000053