```
DC#         : T15204     NAME   : LEE, ROBERT S.          EXT.STA : ACTIVE      TRD             :  /  /
B/M                      CUR.LOC: SANTA ROSA C.I.         CUSTODY : CLOSE       TEAM            : 06
PROCESS TYPE: REFERRAL   WK.ASG.: CONFINEMENT-DISCIPLINARY BED    : D2118L      INTERNAL STATUS: DC - FULL TIME
TOT #DR     : 76         #DR PER: N/A                    #CAT I DR: 11          LAST CAT I DR  : 0115  06/27/2021
CUR ES DSG  : NO         LAST ES DSG :                   #ES DSG  :
```

---

### *** SECTION I. REFERRAL FOR ASSIGNMENT TO CLOSE MANAGEMENT

   DATE OF REFERRAL:  04/18/2024   TIME:  16:00    FACILITY:  SANTA ROSA ANNEX

   REFERRAL BY:       DENMON, REBECCA
   STAFF ASSAULT CONV: NO

*CLO RECOMMENDATION: REC. FOR CM I
*BASIS:
 POSSESSION OF WEAPONS, AMMUNITION, EXPLOSIVES, FLAMMABLES, OR INITIATION OF OR PARTICIPATION IN TRAFFICKING OF THESE ITEMS
 OR TRAFFICKING IN DRUGS.
*RECOMMENDATION COMMENTS:
 INMATE DC #: T15204 NAME: LEE, ROBERT HAS TWO PRIOR CM PLACEMENTS. HE IS BEING RECOMMENDED FOR CLOSE MANAGEMENT I BASED
 ON THE FOLLOWING: ON 2/6/2024, SERGEANT J. WARD WAS THE FOXTROT DORMITORY HOUSING SUPERVISOR. AT APPROXIMATELY 10:30AM,
 HE WAS PRESENT AT THE SOUTH SIDE CANTEEN, AT WHICH TIME HE OBSERVED INMATE LEE LEAVE THE CANTEEN AND THEN GET BACK IN
 LINE. SERGEANT WARD GAVE INMATE LEE A VERBAL ORDER TO RETURN TO HIS ASSIGNED DORMITORY, TO WHICH HE REFUSED. AT THAT TIME,
 SERGEANT WARD CONDUCTED A PAT SEARCH ON INMATE LEE WHEN HE DISCOVERED A PLASTIC BLADED WEAPON, APPROXIMATELY 3.5-INCHES
 IN LENGTH, THAT WAS IN HIS JACKET POCKET. INMATE LEE HAS DISPLAYED AN INABILITY TO LIVE AMONGST THE GENERAL POPULATION
 WITHOUT DISRUPTING THE ORDERLY OPERATION OF THE INSTITUTION AND VIOLATING THE RIGHTS OF STAFF AND OTHER INMATES, THEREFORE
 WARRANTING CLOSE MANAGEMENT I PLACEMENT.

---

### *** SECTION II. NOTICE OF CLOSE MANAGEMENT REVIEW

   YOU ARE HEREBY NOTIFIED THAT YOU SHALL RECEIVE A REVIEW BY THE INSTITUTIONAL CLASSIFICATION TEAM NO EARLIER THAN 48 HOURS
   FROM THE TIME THIS NOTICE IS DELIVERED.  YOU ARE PERMITTED TO SUBMIT INFORMATION TO THE TEAM VERBALLY OR IN WRITING
   REGARDING THE CONSIDERATION OF PLACEMENT ON CLOSE MANAGEMENT STATUS.

   NOTICE DELIVERED BY: DENMON, REBECCA              DATE: 04/19/2024   TIME: 08:55

---

### *** SECTION III. INSTITUTIONAL CLASSIFICATION TEAM HEARING

      DATE:              04/24/2024    TIME:      08:40    FACILITY:   SANTA ROSA ANNEX

      CHAIRPERSON:              RICKS JR, CHARLES L.
      MEMBERS:                  RAINES, M.W.              BROWN, L.C.
      I/M WAIVED 48 HOUR NOTICE: NO
      STAFF ASSISTANCE:         NONE
      WHO:
      INMATE PRESENT:           YES
      EXTENSION GRANTED:        NO

      THE FOLLOWING ASSESSMENTS WERE REVIEWED AND CONSIDERED:
          DC6-128 CM REFERRAL ASSESSMENT     03/27/2024

      DISCIPLINARY CONFINEMENT:                              NOT IN DC STATUS
      INMATE PROVIDED COPY OF THE REVISED OFFER OF JUDGEMENT: NO
      INMATE PROVIDED COPY OF ICT RECOMMENDATION:            YES

*ICT RECOMMENDATION:   REC. FOR CM I

** SCO DECISION **

```
DC#         : T15204      NAME   : LEE, ROBERT S.       EXT.STA : ACTIVE       TRD              :   /  /
B/M                       CUR.LOC: SANTA ROSA C.I.      CUSTODY : CLOSE        TEAM             : 06
PROCESS TYPE: REFERRAL    WK.ASG.: CONFINEMENT-DISCIPLINARY   BED      : D2118L    INTERNAL STATUS: DC - FULL TIME
TOT #DR     : 76          #DR PER: N/A                 #CAT I DR: 11            LAST CAT I DR  : 0115  06/27/2021
CUR ES DSG  : NO          LAST ES DSG :                #ES DSG  :
```

---

*BASIS FOR RECOMMENDATION:
 THE ICT RECOMMENDS INMATE LEE FOR CM1 STATUS BASED ON HIS ACTIONS ON 2/6/2024, WHEN INMATE LEE WAS PAT SEARCHED AFTER
 REFUSING TO LEAVE THE CANTEEN LINE. THE SERGEANT CONDUCTING THE PAT SEARCH DISCOVERED A HOMEMADE WEAPON, MADE OF PLASTIC,
 APPROXIMATELY 3.5" IN LENGTH AND SHARPENED TO A POINT ON ONE END, IN THE INMATE'S JACKET POCKET. INMATE LEE TOLD THE ICT
 THAT HE MADE A BIG MISTAKE AND DID NOT THINK THAT HE WOULD BE CM'SD FOR SUCH A SMALL WEAPON.

---

*** SECTION IV.  STATE CLASSIFICATION OFFICE REVIEW

     DATE:      05/02/2024    TIME:      07:21     SCO MEMBER:   WALSINGHAM, R. K.

     THE FOLLOWING ASSESSMENTS WERE REVIEWED AND CONSIDERED:
          DC6-128 CM REFERRAL ASSESSMENT  03/27/2024    Y

     DISCIPLINARY CONFINEMENT:   NOT IN DC STATUS
     INMATE INTERVIEWED:         NO

*DECISION:            APPROVED CM II
*BASIS FOR CLOSE MANAGEMENT DECISION, IF APPLICABLE:
 CM2 IS APPROPRIATE.

## Approval for CM (Annex)

| | |
|---|---|
| **From:** | "Walsingham, Ricky" <ricky.walsingham@fdc.myflorida.com> |
| **To:** | "Perkins, Krystal" <krystal.perkins@fdc.myflorida.com>, "Cattnach, Taylor" <taylor.cattnach@fdc.myflorida.com>, "Castleberry, Kathy" <kathy.castleberry@fdc.myflorida.com>, "Raines, Michael" <michael.raines@fdc.myflorida.com>, "Allender, Travis" <travis.allender@fdc.myflorida.com>, "Caldwell, Richard" <richard.caldwell@fdc.myflorida.com>, "Estep, Briana" <briana.estep@fdc.myflorida.com>, "Goodrich, Susan" <susan.goodrich@fdc.myflorida.com> |
| **Cc:** | "Ricks, Charles" <charles.ricks@fdc.myflorida.com> |
| **Date:** | Thu, 02 May 2024 07:26:56 -0400 |

Good morning,

I have approved the below inmates for CM. Please house accordingly.

~~[redacted]~~

T15204 LEE,ROBERT – approved for CM2

Thank you!

R. Walsingham, SCO