# RE: Mental Health Discharges at Santa Rosa Annex (MEDICAL RETURNS/DIVERSION)

**From:** "Watkins, Verna" <verna.watkins@fdc.myflorida.com>

**To:** "Fowler, Katherine" <katherine.fowler@fdc.myflorida.com>, "Allender, Travis" <travis.allender@fdc.myflorida.com>, "Johnson, Kady" <kjohnson3@teamcenturion.com>, "Jeremy Shiver (jshiver@TeamCenturion.com)" <jshiver@teamcenturion.com>, "Bachtel, Antoinette" <antoinette.bachtel@fdc.myflorida.com>, "Brown, Latoya C." <latoya.brown@fdc.myflorida.com>, "Caldwell, Richard" <richard.caldwell@fdc.myflorida.com>, "Chopp, Jody" <jody.chopp@fdc.myflorida.com>, "Cochran, David" <david.cochran@fdc.myflorida.com>, "Everage, Melissa" <melissa.everage@fdc.myflorida.com>, "Frank, Jessica" <jessica.frank@fdc.myflorida.com>, "Jones, Debbie" <debbie.jones@fdc.myflorida.com>, "McCranie, Justin" <justin.mccranie@fdc.myflorida.com>, "Owen, Lori" <lori.owen@fdc.myflorida.com>, "Perkins, Krystal" <krystal.perkins@fdc.myflorida.com>, "Pittman, James D." <james.pittman2@fdc.myflorida.com>, "Quinn, Ronnie" <ronnie.quinn@fdc.myflorida.com>, "Raines, Michael" <michael.raines@fdc.myflorida.com>, "Richter, Charles" <charles.richter@fdc.myflorida.com>, "Ricks, Charles" <charles.ricks@fdc.myflorida.com>, "Suggs, Effie" <effie.suggs@fdc.myflorida.com>, "Vaughn, Lisa" <lisa.vaughn@fdc.myflorida.com>, "Wheeler, Jeremy" <jeremy.wheeler@fdc.myflorida.com>

**Cc:** CO-INST-POPMgmtTransfers <inst.popmgmttr@mail.dc.state.fl.us>, "Warren, Lisa" <lisa.warren@fdc.myflorida.com>

**Date:** Wed, 08 May 2024 08:21:27 -0400

**ATTN**: SANTA ROSA,

The listed inmates are inhouse medical return/diversion CM to the main unit, please transfer on today, 05/08/2024.

|  |  |  |
|---|---|---|
| ■■■ | ■■■ | C1 |
| ■■■ | ■■■ | C1 |
| ■■■ | ■■■ | C1 |
| ■■■ | ■■■ | C1 |
| T15204 | LEE, ROBERT | C2 |
| ■■■ | ■■■ | C3 |

Please update to reflect move. Handle and house accordingly.

Thanks,

Mrs. Verna K. Watkins
Correctional Services Consultant
Population Management
Florida Department Corrections
501 South Calhoun Street
Tallahassee, FL 32399
Office: (850) 717-3533
Direct Line: (850) 717-3533
Fax: (850) 487-8463



*Inspiring Success by Transforming One Life at a Time*

Respect ★ Integrity ★ Courage ★ Selfless Service ★ Compassion

CONFIDENTIALITY & PUBLIC RECORDS NOTICE: This message and any attachments are for the sole use of the intended recipient(s) and may contain confidential and privileged information that is exempt from public disclosure. Any unauthorized review, use, disclosure, or distribution is prohibited. If you have received this message in error, please contact the sender by phone and destroy the original and all copies. Please be aware that the State of Florida has a broad public records law and that any correspondence sent to this email address may be subject to public disclosure.

**From:** Fowler, Katherine <Katherine.Fowler@fdc.myflorida.com>
**Sent:** Tuesday, May 7, 2024 2:59 PM
**To:** Allender, Travis <Travis.Allender@fdc.myflorida.com>; Watkins, Verna <Verna.Watkins@fdc.myflorida.com>; Phillips, Vicki <Vicki.Phillips@fdc.myflorida.com>
**Subject:** RE: Mental Health Discharges at Santa Rosa Annex

The below highlighted CM inmates will remain at Santa Rosa pending placement in their unit. The other CM inmates will be reviewed for transfer.

Thank you

## Katherine Fowler
CSC, Population Management
Florida Department of Corrections
501 South Calhoun Street
Tallahassee, FL 32399
850-717-3532



*Inspiring Success by Transforming One Life at a Time*

Respect ★ Integrity ★ Courage ★ Selfless Service ★ Compassion

CONFIDENTIALITY & PUBLIC RECORDS NOTICE: This message and any attachments are for the sole use of the intended recipient(s) and may contain confidential and privileged information that is exempt from public disclosure. Any unauthorized review, use, disclosure, or distribution is prohibited. If you have received this message in error, please contact the sender by phone and destroy the original and all copies. Please be aware that the State of Florida has a broad public records law and that any correspondence sent to this email address may be subject to public disclosure.

**From:** Allender, Travis <Travis.Allender@fdc.myflorida.com>
**Sent:** Tuesday, May 7, 2024 2:39 PM
**To:** CO-INST-POPMgmtTransfers <INST.PopMgmtTR@mail.dc.state.fl.us>; Raines, Michael <Michael.Raines@fdc.myflorida.com>; Walsingham, Ricky <Ricky.Walsingham@fdc.myflorida.com>; Bennefield, Tiffany <Tiffany.Bennefield@fdc.myflorida.com>; Denmon, Rebecca <Rebecca.Denmon@fdc.myflorida.com>; Pollak, Krystal <Krystal.Pollak@fdc.myflorida.com>; Ricks, Charles <Charles.Ricks@fdc.myflorida.com>
**Subject:** Mental Health Discharges at Santa Rosa Annex

The following inmates have been discharged from the Mental Health Unit.

| | | | |
|---|---|---|---|
| ███ | ███ | ███ | A6 |
| ███ | ███ | ███ | A6 |

FDC 004292

| | | | | | |
|---|---|---|---|---|---|
| ▉ | | ▉ | | ▉▉ | A6 |
| ▉ | | ▉ | | ▉ | A6 |
| ▉ | | ▉ | | ▉ | A6 |
| ▉ | | ▉ | | ▉ | A6 |
| ▉ | | ▉ | | ▉▉ | ==C1== |
| ▉ | | ▉ | | ▉▉ | ==C1== |
| ▉ | | ▉ | | ▉ | C1 |
| ▉ | | ▉ | | ▉ | ==C1== |
| ▉ | | ▉ | | ▉▉ | C1 |
| ▉ | | ▉ | | ▉ | ==C1== |
| ==K3-1081== | | ==T15204== | | ==LEE, ROBERT== | ==C2== |
| ▉ | | ▉ | | ▉ | ==C3== |
| ▉ | | ▉ | | ▉ | C3 |
| ▉ | | ▉ | | ▉ | C3 |
| ▉ | | ▉ | | ▉ | C2/DF |

*Travis Allender*
*Senior Classification Officer*
*Santa Rosa CI Annex*
*5850 East Milton Rd*
*Office - (850)981-5157*
*Fax - (850)981-7690*

**05-08-24 SARCI ANNEX 135 (K DORM) TO 119 (GAIN OF CUSTODY).docx**

---

From: "Everage, Melissa" <melissa.everage@fdc.myflorida.com>

To: aconnell@teamcenturion.com, "aevans3@eamcenturion.com" <aevans3@teamcenturion.com>, agarcia2@teamcenturion.com, "Ahmed, Beverly" <bahmed@teamcenturion.com>, "Alaniz, Daniel" <daniel.alaniz@fdc.myflorida.com>, "Al-Himery, Hajar" <hajar.al-himery@fdc.myflorida.com>, "Allender, Travis" <travis.allender@fdc.myflorida.com>, "Alligood, N" <nalligood@correctionaldpn.com>, asanders4@teamcenturion.com, "Austin, Vanessa" <vanessa.austin@fdc.myflorida.com>, "Bachtel, Antoinette" <antoinette.bachtel@fdc.myflorida.com>, "Bechtel, Christopher" <christopher.bechtel@fdc.myflorida.com>, "Bennefield, Tiffany" <tiffany.bennefield@fdc.myflorida.com>, "Blackmon, Saveyonna" <sblackmon@teamcenturion.com>, "Blum, Randy" <randy.blum@fdc.myflorida.com>, "Boatwright, Valerie" <valerie.boatwright@fdc.myflorida.com>, Bolden <hbolden@correctionaldpn.com>, "Bowman, Julie" <julie.bowman@fdc.myflorida.com>, "Bradford, Makayla" <makayla.bradford@fdc.myflorida.com>, "Bradley, John A." <john.bradley2@fdc.myflorida.com>, "Bradley, Julie" <julie.bradley@fdc.myflorida.com>, "Browning, Ann Marie" <annmarie.browning@fdc.myflorida.com>, "Cade, Michael L." <michael.cade@fdc.myflorida.com>, "Caldwell, Richard" <richard.caldwell@fdc.myflorida.com>, "Campbell, Sarah" <sarah.campbell@fdc.myflorida.com>, "Cantler, Rachel" <rachel.cantler@fdc.myflorida.com>, "Carter, Johnathan" <johnathan.carter@fdc.myflorida.com>, "Casey, Thelma" <thelma.casey@fdc.myflorida.com>, cisehower@teamcenturion.com, "Collins, Robert" <robert.collins2@fdc.myflorida.com>, "Copeland, Christopher" <christopher.copeland@fdc.myflorida.com>, "Davis-Cotton, Cediath" <cediath.davis-cotton@fdc.myflorida.com>, "Dean, Jacob" <jacob.dean@fdc.myflorida.com>, "Denmon, Rebecca" <rebecca.denmon@fdc.myflorida.com>, Dental <jaycock2@correctionaldpn.com>, "Dewhurst Walker, Lucinda" <lucinda.dewhurstwalker@fdc.myflorida.com>, "Dix, David" <david.dix@fdc.myflorida.com>, Dr. Perry <dperry@teamcenturion.com>, "Dunn, Lenzie" <ldunn1@teamcenturion.com>, "Dykes, Brooke" <bdykes@teamcenturion.com>, "Estep, Briana" <briana.estep@fdc.myflorida.com>, "Everage, Melissa" <melissa.everage@fdc.myflorida.com>, "Frank, Jessica" <jessica.frank@fdc.myflorida.com>, "Fulford, Scott" <scott.fulford@fdc.myflorida.com>, "Gallion, Beth" <bgallion@gatewayfoundation.org>, "Garcia, A" <agarcia@teamcenturion.com>, "Goddard, Diva" <diva.goddard@fdc.myflorida.com>, grabowski <ggrabowski@teamcenturion.com>, "Grimm, Jacob" <jacob.grimm@fdc.myflorida.com>, "Gunn, Jessica" <jessica.gunn@fdc.myflorida.com>, "HAMMOND, SHELBI" <shammond@teamcenturion.com>, "Harwood, William" <william.harwood@fdc.myflorida.com>, "Horten, Charley" <charley.horten@fdc.myflorida.com>, "HAYES, DALAINA" <dhayes@teamcenturion.com>, "Murray, Jessica" <jessica.murray@fdc.myflorida.com>, "Hill, Precious" <phill@teamcenturion.com>, "Holder, Kristina" <kristina.holder@fdc.myflorida.com>, "Hughes, Sierra" <sierra.hughes@fdc.myflorida.com>, "Inman, Madison" <madison.inman@fdc.myflorida.com>, "Inman, Shannon" <shannon.inman@fdc.myflorida.com>, "Jacobsen, Kristi" <kristi.jacobsen@fdc.myflorida.com>, "Jacobsen, Marissa" <mjacobsen@teamcenturion.com>, jblocker@teamcenturion.com, "Jernigan, Linda" <linda.jernigan@fdc.myflorida.com>, "Jinks, Bobby" <bobby.jinks@fdc.myflorida.com>, "Johnson, Jeffrey" <jeffrey.johnson3@fdc.myflorida.com>, JORDAN NGUYEN <jnguyen@teamcenturion.com>, "Jordan, Linda (I119)" <linda.jordan2@fdc.myflorida.com>, K. Walker <kwalker2@centurionoffl.com>, Kady Johnson <kjohnson3@teamcenturion.com>, kbluebartlett1@teamcenturion.com, kbyrd3 <kbyrd3@teamcenturion.com>, "Kelley, Daniel" <daniel.kelley@fdc.myflorida.com>, Kerrie Morris <morrik@tcc.fl.edu>, kfolds@teamcenturion.com, kkelly@centurionoffl.com, kscott4@correctionaldpn.com, "Lane, Brandon J." <brandon.lane@fdc.myflorida.com>, "lasky, jacob" <jlasky@teamcenturion.com>, ldouglas@teamcenturion.com, "Lentini, Todd" <tlentini@teamcenturion.com>, "Lucas, Jessica" <jessica.lucas@fdc.myflorida.com>, "Martin, John T." <john.martin2@fdc.myflorida.com>, "Mateleska, Brianna" <bmateleska@teamcenturion.com>, "McBay, Deborah" <deborah.mcbay@fdc.myflorida.com>, "Mccombs, Kristen" <kristen.mccombs@fdc.myflorida.com>, "McCranie, Justin" <justin.mccranie@fdc.myflorida.com>, "Mclain, Brandy" <brandy.mclain@fdc.myflorida.com>, Melanie McCreary <mmccreary@centurionoffl.com>, "Mills, Linda" <linda.mills@fdc.myflorida.com>, mnease@teamcenturion.com, "Moore, Rebecca" <rebecca.moore@fdc.myflorida.com>, "Morrison, Amber" <amber.morrison@fdc.myflorida.com>, "Myers, Amber" <amber.myers@fdc.myflorida.com>, "Myers, Charles" <charles.myers@fdc.myflorida.com>, "Navarro, April" <april.navarro@fdc.myflorida.com>, Nicole Posey <niposey@teamcenturion.com>, Nona Wainwright <nwainwright@teamcenturion.com>, "Oakes, Jannice" <joakes@teamcenturion.com>, "odom, jeniya" <jodom1@teamcenturion.com>, "Owen, Lori" <lori.owen@fdc.myflorida.com>, "Parker, Seyuonia" <seyuonia.parker@fdc.myflorida.com>, "Perkins, Krystal" <krystal.perkins@fdc.myflorida.com>, "Peterson,

Crystal" <crystal.peterson@fdc.myflorida.com>, "Peterson, Keith" <keith.peterson@fdc.myflorida.com>, pgunter@teamcenturion.com, "Phipps, Brittany" <brittany.phipps@fdc.myflorida.com>, "Pittman, James D." <james.pittman2@fdc.myflorida.com>, "Powell-Roehrig, Brenda" <brenda.powell-roehrig@fdc.myflorida.com>, "Pratt, Christopher" <christopher.pratt@fdc.myflorida.com>, "Raines, Michael" <michael.raines@fdc.myflorida.com>, "Ramsey, Cassie" <cassie.ramsey@fdc.myflorida.com>, "Rathbone, Terrylee" <terrylee.rathbone@fdc.myflorida.com>, Renea Coker-Dixon <ccoker@centurionoffl.com>, "rice, alicia" <arice@teamcenturion.com>, richardson <srrichardson@teamcenturion.com>, "Rodriguez, Phyllis" <phyllis.rodriguez@fdc.myflorida.com>, "Roeske, Nicholas" <nicholas.roeske@fdc.myflorida.com>, "Saint, Cody" <cody.saint@fdc.myflorida.com>, "Saint, Sarah" <sarah.saint@fdc.myflorida.com>, "Sawyer, Precious" <precious.sawyer@fdc.myflorida.com>, "Schlott, Savannaha" <savannaha.schlott@fdc.myflorida.com>, "Shaulis, Christopher" <christopher.shaulis@fdc.myflorida.com>, Sherry Derrick <sderrick@centurionoffl.com>, "sorrell, chelsea" <csorrell@teamcenturion.com>, "Sorrell, Erica" <esorrell@teamcenturion.com>, "Steadham, Tonya" <tonya.steadham@fdc.myflorida.com>, "Steene, Charles" <charles.steene@fdc.myflorida.com>, "Suggs, Effie" <effie.suggs@fdc.myflorida.com>, Summersbrown <ssummersbrown@teamcenturion.com>, T. Clingerman <tclingerman@correctionaldpn.com>, "Taylor Bradley (tbradley@teamcenturion.com)" <tbradley@teamcenturion.com>, "Thompson, Kimberly" <kimberly.thompson2@fdc.myflorida.com>, "Thrasher, Daniel" <dthrasher1@teamcenturion.com>, "Turner, William" <william.turner@fdc.myflorida.com>, "Vaughn, Lisa" <lisa.vaughn@fdc.myflorida.com>, vdixon1@centurionoffl.com, "Walker, Kelly" <kwalker2@teamcenturion.com>, "Watts, Amanda" <amanda.watts@fdc.myflorida.com>, "Wheaton, Thomas" <thomas.wheaton@fdc.myflorida.com>, "Wheeler, Jeremy" <jeremy.wheeler@fdc.myflorida.com>, "Whiteman, Kyler" <kyler.whiteman@fdc.myflorida.com>, "Williams, Andrew" <andrew.williams3@fdc.myflorida.com>, "Williamson, Larry" <larry.williamson@fdc.myflorida.com>, "worsley, steven" <sworsley@teamcenturion.com>

Date: Wed, 08 May 2024 09:02:12 -0400
Attachments: 05-08-24 SARCI ANNEX 135 (K DORM) TO 119 (GAIN OF CUSTODY).docx (24.57 kB)

These inmates are gain of custody to 119 per Ms. Watkins.

**Please Note: Inmate ▮▮▮▮ is in the infirmary.

| | | | | | | |
|---|---|---|---|---|---|---|
| ▮▮▮▮ | ▮▮▮ | ▮▮ | C1 | 90 | 119 | ▮▮▮ |

Thank you,
**Melissa Everage**
Correctional Sentence Technician
Santa Rosa Correctional Institution-Annex
Florida Department of Corrections
5850 East Milton Rd.
Milton, FL 32583
Direct: 850-981-5167
Fax: 850-981-7690



*Inspiring Success by Transforming One Life at a Time*

Respect ★ Integrity ★ Courage ★ Selfless Service ★ Compassion
Inspiring Success by Transforming One Life at a Time
Respect ☐ Integrity ☐ Courage ☐ Selfless Service ☐ Compassion
CONFIDENTIALITY & PUBLIC RECORDS NOTICE: This message and any attachments are for the sole use of the intended recipient(s) and may contain confidential and privileged information that is exempt from public disclosure. Any unauthorized review, use, disclosure, or distribution is prohibited. If you have received this message in error, please contact the sender by

phone and destroy the original and all copies. Please be aware that the State of Florida has a broad public records law and that any correspondence sent to this email address may be subject to public disclosure.

# State of Florida
# Department of Corrections
## SANTA ROSA CORRECTIONAL INSTITUTION ANNEX
## CLASSIFICATION DEPARTMENT

**To:** Security Staff/Classification Staff

**From:** M. Raines, Classification Supervisor, SARCI ANNEX

**Date:** { DATE \@ "MMMM d, yyyy" }

**Subj:** SARCI ANNEX 135 to SARCI Main Unit 119

### "CONFIDENTIAL"
### "NOT FOR INMATE VIEWING"

| NAME | DC# | BUNK | STATUS | MVT CODE | RECEIVING FACILITY | E.O.S. DATE |
|---|---|---|---|---|---|---|
| ■■■ | ■■■ | ■■■ | C1 | 90 | 119 | ■■■ |
| ■■■ | ■■■ | ■■■ | C1 | 90 | 119 | ■■■ |
| ■■■ | ■■■ | ■■■ | C1 | 90 | 119 | ■■■ |
| ■■■ | ■■■ | ■■■ | C1 | 90 | 119 | ■■■ |
| LEE, ROBERT | T15204 | K31081 | C2 | 90 | 119 | LIFE |
| ■■■ | ■■■ | ■■■ | C3 | 90 | 119 | ■■■ |

# ***INMATES ARE A GAIN OF CUSTODY. PLEASE HOUSE AT THE MAIN UNIT TODAY***

****Please deliver all sub files directly to Classification****

**Notice to Staff:** This is a very confidential document! Do not allow for inmates to view. This information is for institutional staff only!

FDC 004297

\*\*Received from Santa Rosa Annex C.I. The above inmates and their personal property, psych, religion, medical and the master inmate file.

FDC 004298