IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**ROBERT SINCLAIR LEE,**

    **Plaintiff,**

v.                                       Case No. 3:24-cv-321-TKW-HTC

**JACOB GRIMM,** *et al.***,**

    **Defendants.**

_____/

**UNOPPOSED DEFENDANTS' MOTION
TO FILE EXHIBITS UNDER SEAL**

Pursuant to N.D. Fla. Loc. R. 5.5(C), Defendants Coates, Gerencser, Grimm, Hartley, Perkins, Trumble, White, and Young ("Defendants") hereby file this Motion to File Exhibits Under Seal, and states the following reasons to grant Defendant's Motion:

**STATEMENT OF FACTS**

1. Defendants filed their Motion for Summary Judgment on October 3, 2025. (Doc. 78).

2. As required by the Federal Rules of Civil Procedure, Defendants' Motion for Summary Judgment must be supported by evidence outside of the pleadings. *See* Rule 56 Fed. R. Civ. P.; N.D. Fla. Loc. R. 56.1.

3. In support of the Motion for Summary Judgment, Defendants seek to file under seal five videos: Exhibit A – Escort Handheld Video, Exhibit B – Front Door Fixed Wing Video, Exhibit C – W2 Control Fixed Wing Video, Exhibit D –W2 Dayroom Fixed Wing Video, Exhibit E – Use of Force Handheld Video.

4. Additionally, Defendants will be utilizing screenshots of the videos (Exhibits A-E) in support of their motion. Thus, Defendants seek to file Exhibit F – Still Images of Video under seal with this Court.

5. Defendants filed placeholders for Exhibits A-F.

6. As such, Defendants request that this Court enter an order granting this motion and sealing the handheld video footage and screenshots of the video footage.

## CONCLUSION

For the foregoing reasons, Defendants respectfully request that this Court allow them to file, under seal, and maintain under seal until further Order of this Court the exhibits referenced above.

Respectfully submitted,

**JAMES UTHMEIER**
ATTORNEY GENERAL

*/s/ Juanita Villalpando*
Juanita Villalpando (FBN 1036083)
ASSISTANT ATTORNEY GENERAL
Office of the Attorney General
Civil Litigation Division
The Capitol, PL-01
Tallahassee, Florida 32399-1050

                                          Juantia.Villalpando@myfloridalegal.com
                                          (850) 414-3300
                                          *Counsel for Defendants*

## **CERTIFICATE OF CONFERRAL**

I certify that I conferred by email with Plaintiff's counsel regarding this Motion and he indicated that he does not oppose the relief.

                                          */s/ Juanita Villalpando*
                                          Juanita Villalpando

## **CERTIFICATE OF COMPLIANCE WITH WORD LIMIT**

**I HEREBY CERTIFY** that the above Motion does not exceed the 8,000 total word maximum created by N.D. Fla. Loc. R. 7.1(F).

                                          */s/ Juanita Villalpando*
                                          Juanita Villalpando

## **CERTIFICATE OF SERVICE**

I certify that a copy of this *Unopposed Motion to File Exhibits Under Seal* was e-filed and served electronically on counsel of record through CM/ECF on October 3, 2025.

                                          */s/ Juantia Villalpando*
                                          Juantia Villapando