UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ROBERT SINCLAIR LEE,

    Plaintiff,

v.                                        Case No. 3:24cv321-TKW-HTC

JACOB GRIMM, et al.,

    Defendants.
_____/

## ORDER

Defendants have filed a motion seeking leave to exceed the 8,000-word limit for summary judgment motions (Doc. 77) and a motion to file exhibits under seal (Doc. 79). Plaintiff does not oppose either motion. For the reasons set forth therein, the motions shall be granted.

Accordingly, it is ORDERED:

1. The clerk is directed to update the docket to reflect the correct name of Defendant "Trimble" is Ryan Trumble.

2. Defendants' motion to exceed the 8,000-word limit for summary judgment motions (Doc. 77) is GRANTED. Defendants' motion for summary judgment (Doc. 78) is accepted as filed.

3. Defendants' motion to file exhibits under seal (Doc. 79) is GRANTED. Defendants are permitted to file the handheld and fixed-wing videos (Exhibits A

through E) under seal to support their motion for summary judgment. In addition, the clerk is directed to seal Exhibit F (Doc. 78-7) of the motion for summary judgment.[1]

DONE AND ORDERED this 6th day of October, 2025.

*/s/ Hope Thai Cannon*
**HOPE THAI CANNON**
**UNITED STATES MAGISTRATE JUDGE**

---

[1] Exhibit F consists of still images from the videos. Although Defendants' motion to file exhibits under seal asks that Exhibit F be sealed and indicates a placeholder was filed for Exhibit F, the still images were attached to the motion for summary judgment. Thus, the Court will direct the clerk to seal Exhibit F.

Case No. 3:24cv321-TKW-HTC