

OFFICE OF THE ATTORNEY GENERAL
Juanita Villalpando, *Assistant Attorney General*
**Civil Litigation Division/North Bureau**

**JAMES UTHMEIER**
**ATTORNEY GENERAL**
**STATE OF FLORIDA**

PL-01 The Capitol
Tallahassee, FL 32399-1050
Phone (850) 414-3647
Fax (850) 488-4872
*https://www.myfloridalegal.com*

October 8, 2025

Jessica Lyublanovits, Clerk of Court
United States Courthouse
Northern District of Florida – Pensacola Division
One North Palafox Street
Pensacola, Florida 32502

RE: Robert Sinclair Lee DC# T15204 v. Jacob Grimm, et al
   U.S. Northern District - Pensacola - Crt #3:24-CV-321-TKW-HTC

Dear Jessica Lyublanovits,

   Pursuant to the court's Order entered on October 6, 2025 (Doc. 80) the Videos contained herein are to be filed **under seal** as Exhibit A, Exhibit B, Exhibit C, Exhibit D, and Exhibit E to the Defendant's Motion for Summary Judgement (Doc. 78).

# TO BE OPENED AND VIEWED BY

# COURT PERSONNEL ONLY.

Sincerely,
*/s/ Juanita Villalpando*
Juanita Villalpando

*Enclosures: 1 USB containing Exhibits A, B, C, D, & E*

/vlc

MB

[Photograph of a black PNY 16GB USB flash drive]

