UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ROBERT SINCLAIR LEE,
    Plaintiff,

vs.

GRIMM, et al.,
    Defendants.

Case No. 3:24-cv-321-TKW-HTC

## PLAINTIFF'S NOTICE OF FILING

Plaintiff Robert Sinclair Lee gives notice of filing the following documents in connection with his response to Defendants' motion for summary judgment (Doc. 78):

1. Inmate Sick-Call Request 11.13.24
2. Incident Reports
3. Brown Memos
4. Staff violations MINS Report 5.24.24
5. First Amended Complaint, 320-cv-05462
6. Declaration of Robert Lee (unverified)
7. Escort Video Transcript

Respectfully submitted on October 24, 2025,

                /s/ James V. Cook
                JAMES V. COOK, ESQ.
                Florida Bar Number 966843
                Law Office of James Cook
                314 West Jefferson Street

Tallahassee, FL 32301
(850) 222-8080; 561-0836 fax
cookjv@gmail.com

*/s/ Joshua Tarjan*
Joshua Tarjan (FBN 107092)
THE TARJAN LAW FIRM P.A.
12372 SW 82 Avenue
Pinecrest, FL 33156
(305) 423-8747; (323) 243-3186 (cell)
(786) 842-4430 (fax)
josh@tarjanlawfirm.com

*Attorneys for Plaintiff*