FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES
# INMATE SICK-CALL REQUEST

Date: NOVEMBER 13, 2024  Time: 6:00 AM
Inmate Name: ROBERT S. LEE  DC#: T15204
Housing assignment: B1120  Job assignment: CM II

Do you need an interpreter for your Sick Call visit? (Sign language, Spanish, etc.) ☐ Yes ☑ No
If so, what type: _____

Did you require assistance completing this form? (Blind, Quadriplegic, etc.) ☐ Yes ☑ No
If so, why: _____

Problem:

☐ Pass/pass renewal

☐ Medication renewal

☐ Need information (explain): _____

☐ Problem with ADA/Disability equipment or supplies (explain the problem): _____

☐ Mental Health

☐ Dental

☑ Medical (explain): I AM HAVING ON-GOING NECK PAIN. DOCTOR ORDERED ME A STEROID SHOT MONTHS AGO! IT HELPED FOR MAYBE 2 WEEKS BUT PAIN STILL LENGERS. HURTS WHEN I MOVE OR WHEN I LAY DOWN ON IT.

When did problem/symptoms start? 6 MONTHS

---

**TO BE COMPLETED BY TRIAGE NURSE:**
Date/Time received: 1700 11/12/24
Triaged by: (Print name and licensure) SHamrick, RN  on (Date/Time) 11/12/24 1900
Assigned Triage Level: ☑ Routine  ☐ Urgent  ☐ Emergent
Date patient assessed by nurse: _____  Signature/Stamp of Nurse Completing Sick Call: _____

---

Inmate Name ROBERT S. LEE
DC# T15204  Race/Sex B/M
Date of Birth ■■■■
Institution 119 — SANTA ROSA

Distribution: Original – File on R side of outpatient record in date order
Pink – Inmate (special housing only – otherwise destroy)

This form is not to be amended, revised, or altered without approval of the Chief of Health Services Administration.

DC4-698A (Effective 05/21)   (Revised 6/21)   Incorporated by Reference in Rule 33-402.101, F.A.C.