**DEPARTMENT OF CORRECTION**

**USE OF FORCE INCIDENT REPORT**

| | | | |
|---|---|---|---|
| **Reporting Institution:** | Santa Rosa Correctional Institution | **Incident Report Number:** | 135-2024-0728 |
| **Reporting Employee:** | Officer Gabriel Hartley | **PREA Number:** | |
| **Employee ID Number:** | ▮ | **Date of incident:** | May 17th, 2024 |
| **Person(s) Involved:** | Inmate Lee, Robert DC#T15204 | **Time of incident:** | Approximately 1:25pm |
| | | **Witness (es):** | See DC6-230 |

| | | | |
|---|---|---|---|
| Control Room Log Entry Made: | ☒ Yes ☐ No | Disciplinary Report Initiated: | ☒ Yes ☐ No |
| Inmate Placed in Confinement: | ☐ Yes ☒ No | Work Order Initiated: | ☐ Yes ☒ No |
| Duty Warden Notified: | ☒ Yes ☐ No Time: 2:02pm | MINS Initiated: | ☒ Yes ☐ No |
| EAC Notified: | ☒ Yes ☐ No Time: 2:30pm | Duty Officer Name: Herring 2024-05-▮ | |
| Supporting Documents Attached | Yes | | |

**DETAILS OF INCIDENT:** On May 17th, 2024, I was assigned to Santa Rosa Correctional Institution Annex as a K-Dormitory Housing Officer. At approximately 1:25pm, I was present in wing two of E-Dormitory at cell-front E-2102 which houses Inmate Cooks, Eddie DC#978441, alone. While housing Inmate Lee, Robert DC#T15204 in his new housing assignment E2102, I ordered him to enter his assigned cell to which he refused by bracing/push his body weight against me. At this time, Officer Kyle Young, Officer Ryan Trumble and I utilized a forward pushing force to place Inmate Lee against the wall to maintain control of Inmate Lee. At approximately 1:27pm Officer Young, Officer Trumble and I attempted to place Inmate Lee in the E2102, but he began to drop his personal body weight continuing to physically resist all lawful commands. Officer Young and I then placed Inmate Lee into the prone position as the cell door was breached. Inmate Lee was still physically resisting staff. Sergeant Krystal Perkins and Officer Antonio Gerencer assisted in keeping Inmate Lee in the prone position by utilizing downward pressure on his lower extremities, while Officer Young and I maintained downward pressure on Inmate Lee's upper torso area, while Officer William Coates and Officer Trumble began removing the leg restraints and waist chain. Once leg restraints and the waist chain were removed Officer Young, Officer Trumble, Officer Coates, Sergeant Perkins, Officer Gerencer, and I collectively lifted Inmate Lee and placed him in cell E2102 keeping him in the prone position. At approximately 1:28pm, E2102 was secured, and all force ceased. this concluded my involvement in this incident. I received a post use of force medical evaluation with no injuries noted. I utilized and witnessed the minimal amount of force necessary to overcome Inmate Lee's physical resistance to lawful commands.

**I SOLEMNLY SWEAR OR AFFIRM THAT THE ABOVE REPORT IS TRUE AND ACCURATE AS WRITTEN, THE WHOLE TRUTH, AND NOTHING BUT THE TRUTH, TO THE BEST OF MY KNOWLEDGE.**

| | | |
|---|---|---|
| Officer Gabriel Hartley | _Hartley_ | May 17th, 2024 |
| **Reporting Employee's Name (Print)** | **Reporting Employee's Signature** | **Date** |

**Shift Supervisor / Department Head**
**COMMENT:** This use of force was necessary to overcome Inmate Lee's physical resistance to lawful commands. Officer Young, Officer Trumble, Officer Coates, Sergeant Perkins, Officer Gerencer and Officer Hartley all received post use of force examinations with no injuries noted. Inmate Lee was seen cell front by on duty medical staff with no injuries noted. An anterior and posterior view was not able to be captured due to Inmate Lee refusing orders to turn and face the camera. The Emergency Action Center Officer Herring and Duty Warden Charles Ricks were notified of this incident. This incident was notated on Inmate Lee's DC6-229: Daily Record of Special Housing. Inmate Lee will receive a disciplinary report for 6-1: Disobeying a Verbal Order.

| | | |
|---|---|---|
| Captain Jack White | | May 17th, 2024 |
| **Shift Supervisor's Name (Print)** | **Shift Supervisor's Signature** | **Date** |

**REVIEW:** I have reviewed all Use of Force documentation to include fixed wing and handheld video. This Use of Force appears to be in compliance with FAC 33-602.210.

Noted Discrepancies: _Inmate Lee was allegation of staff assault lieu which not addressed is a post lip of assault. Camera should capture without staff harms used. Lieu placed if the party lip when a cell. Inmate Coates was not removed one write reaction addressed prior to one remarks were applied._

UOR# 24-10838
MINS# 1259602

MINS: _____

| | | |
|---|---|---|
| Colonel Charles Richter | _Bowen_ | 5/30/24 |
| **Correctional Officer Chief's Name (Print)** | **Correctional Officer Chief's Signature** | **Date** |

**REVIEW:** Appears to be in compliance with FAC 33.602.210
Noted Discrepancies: _See attached memo_

MINS: _____

| | | |
|---|---|---|
| R. Quinn, Warden | _Jones, RW_ | 5/31/24 |
| **Warden's Name (Print)** | **Warden's Signature** | **Date** |

| | | |
|---|---|---|
| DC6-210A (Effective 1/18) | Incorporated by Reference in Rule 33-602.210, F.A.C. | Page 1 of 2 |

DETAILS OF INCIDENT (cont'd):_____

_____
_____
_____
_____
_____

**Shift Supervisor / Department Head**
COMMENT (cont'd): _____

_____
_____
_____
_____
_____
_____
_____

REVIEW (cont'd):_____

_____
_____
_____
_____
_____
_____

REVIEW (cont'd):_____

_____
_____
_____
_____
_____
_____
_____

Supporting Documents Attached_____

FDC 000059

DEPARTMENT OF CORRECTION...

## USE OF FORCE INCIDENT REPORT

| | | | |
|---|---|---|---|
| **Reporting Institution:** | Santa Rosa Correctional Institution | **Incident Report Number:** | |
| **Reporting Employee:** | Officer Kyle Young | **PREA Number:** | |
| **Employee ID Number:** | | **Date of incident:** | May 17th, 2024 |
| **Person(s) Involved:** | Inmate Lee, Robert DC#T15204 | **Time of incident:** | Approximately 1:25pm |
| | | **Witness (es):** | See DC6-230 |

| | | | |
|---|---|---|---|
| Control Room Log Entry Made: | ☒ Yes ☐ No | Disciplinary Report Initiated: | ☒ Yes ☐ No |
| Inmate Placed in Confinement: | ☐ Yes ☒ No | Work Order Initiated: | ☐ Yes ☒ No |
| Duty Warden Notified: | ☒ Yes ☐ No Time: 2:02pm | MINS Initiated: | ☒ Yes ☐ No |
| EAC Notified: | ☒ Yes ☐ No Time: 2:30pm | Duty Officer Name: Herring 2024-05- | |
| Supporting Documents Attached | Yes | | |

**DETAILS OF INCIDENT:** On May 17th, 2024, I was assigned to Santa Rosa Correctional Institution Main Unit as a D-Dormitory Programs Officer. At approximately 1:25pm, I was present in wing two of E-Dormitory at cell-front E-2102 which houses Inmate Cooks, Eddie DC#978441, alone. While housing Inmate Lee, Robert DC#T15204 in his new housing assignment E2102, Officer Gabriel Hartley ordered him to enter his assigned cell to which he refused by bracing/ push his body weight against us. At this time, Officer Ryan Trumble and Officer Hartley and I utilized a forward pushing force to place Inmate Lee against the wall to maintain control of Inmate Lee. At approximately 1:27pm, Officer Trumble and Officer Hartley and I attempted to place Inmate Lee in the E2102, but he began to drop his personal body weight continuing to physically resist all lawful commands. Officer Hartley and I then placed Inmate Lee into the prone position breaching as the cell door was breached. Inmate Lee was still physically resisting staff, Sergeant Krystal Perkins and Officer Antonio Gerencer assisted in keeping Inmate Lee in the prone position by utilizing downward pressure on his lower extremities, while Officer Hartley and I maintained downward pressure on Inmate Lee's upper torso area, while Officer Trumble and Officer William Coates began removing the leg restraints and waist chain. Once leg restraints and the waist chain were removed Officer Coates, Officer Trumble, Officer Hartley, Sergeant Perkins, Officer Gerencer, and I collectively lifted Inmate Lee and placed him in cell E2102 keeping him in the prone position. At approximately 1:28pm E2102 was secured, and all force ceased, this concluded my involvement in this incident. I received a post use of force medical evaluation with no injuries noted. I utilized and witnessed the minimal amount of force necessary to overcome Inmate Lee's physical resistance to lawful commands.

**I SOLEMNLY SWEAR OR AFFIRM THAT THE ABOVE REPORT IS TRUE AND ACCURATE AS WRITTEN, THE WHOLE TRUTH, AND NOTHING BUT THE TRUTH, TO THE BEST OF MY KNOWLEDGE.**

Officer Kyle Young
**Reporting Employee's Name (Print)**        **Reporting Employee's Signature**        May 17th, 2024
                                                                      **Date**

**Shift Supervisor / Department Head**
**COMMENT:** Supplemental documentation. For further information refer to the main DC6-230 and the main DC6-210A generated by Officer Gabriel Hartley dated May 17th, 2024.

Captain Jack White
**Shift Supervisor's Name (Print)**        **Shift Supervisor's Signature**        May 17th, 2024
                                                                      **Date**

**REVIEW:** Supplemental/Participant

Colonel Charles Richter
**Correctional Officer Chief's Name (Print)**        **Correctional Officer Chief's Signature**        5/30/24
                                                                                  **Date**

**REVIEW:** Supplemental/Participant

R. Quinn, Warden
**Warden's Name (Print)**        **Warden's Signature**        5/31/24
                                                          **Date**

DC6-210A (Effective 1/18)        Incorporated by Reference in Rule 33-602.210, F.A.C.        Page 1 of 2

**DETAILS OF INCIDENT (cont'd):**_____

_____
_____
_____
_____
_____
_____
_____
_____

**Shift Supervisor / Department Head**
**COMMENT (cont'd):**_____

_____
_____
_____
_____
_____
_____
_____

**REVIEW (cont'd):**_____

_____
_____
_____
_____
_____
_____
_____

**REVIEW (cont'd):**_____

_____
_____
_____
_____
_____
_____
_____
_____

Supporting Documents Attached_____

DEPARTMENT OF CORRECTION

## USE OF FORCE INCIDENT REPORT

| | | | |
|---|---|---|---|
| **Reporting Institution:** | Santa Rosa Correctional Institution | **Incident Report Number:** | |
| **Reporting Employee:** | Officer Ryan Trumble | **PREA Number:** | |
| **Employee ID Number:** | ▮ | **Date of incident:** | May 17th, 2024 |
| **Person(s) Involved:** | Inmate Lee, Robert DC#T15204 | **Time of incident:** | Approximately 1:25pm |
| | | **Witness (es):** | See DC6-230 |

| | | | |
|---|---|---|---|
| Control Room Log Entry Made: | ☒ Yes ☐ No | Disciplinary Report Initiated: | ☒ Yes ☐ No |
| Inmate Placed in Confinement: | ☐ Yes ☒ No | Work Order Initiated: | ☐ Yes ☒ No |
| Duty Warden Notified: | ☒ Yes ☐ No Time: 2:02pm | MINS Initiated: | ☒ Yes ☐ No |
| EAC Notified: | ☒ Yes ☐ No Time: 2:30pm | Duty Officer Name: Herring 2024-05- | |
| Supporting Documents Attached | Yes | | |

**DETAILS OF INCIDENT:** On May 17th, 2024, I was assigned to Santa Rosa Correctional Institution Main Unit as a C-Dormitory Programs Officer. At approximately 1:25pm, I was present in wing two of E-Dormitory at cell-front E-2102 which houses Inmate Cooks, Eddie DC#978441, alone. While housing Inmate Lee, Robert DC#T15204 in his new housing assignment E2102, Officer Gabriel Hartley ordered him to enter his assigned cell to which he refused by bracing/ push his body weight against us. At this time, Officer Kyle Young, Officer, Officer Hartley and I utilized a forward pushing force to place Inmate Lee against the wall to maintain control of Inmate Lee. At approximately 1:27pm Officer young, Officer Hartley and I attempted to place Inmate Lee in the E2102, but he began to drop his personal body weight continuing to physically resist all lawful commands. Officer Young and Officer Hartley then placed Inmate Lee into the prone position as the cell door was breached. Inmate Lee was still physically resisting staff. Sergeant Krystal Perkins and Officer Antonio Gerencer assisted in keeping Inmate Lee in the prone position by utilizing downward pressure on his lower extremities, while Officer Young and Officer Hartley maintained downward pressure on Inmate Lee's upper torso area, while Officer Coates and I began removing the leg restraints and waist chain. Once leg restraints and the waist chain were removed Officer Young, Officer Coates, Officer Hartley, Sergeant Perkins, Officer Gerencer, and I collectively lifted Inmate Lee and placed him in cell E2102 keeping him in the prone position. At approximately 1:28pm E2102 was secured, and all force ceased, this concluded my involvement in this incident. I received a post use of force medical evaluation with no injuries noted. I utilized and witnessed the minimal amount of force necessary to overcome Inmate Lee's physical resistance to lawful commands.

## I SOLEMNLY SWEAR OR AFFIRM THAT THE ABOVE REPORT IS TRUE AND ACCURATE AS WRITTEN, THE WHOLE TRUTH, AND NOTHING BUT THE TRUTH, TO THE BEST OF MY KNOWLEDGE.

| | | |
|---|---|---|
| Officer Ryan Trumble | _(signature)_ | May 17th, 2024 |
| **Reporting Employee's Name (Print)** | **Reporting Employee's Signature** | **Date** |

**Shift Supervisor / Department Head**
**COMMENT:** Supplemental documentation. For further information refer to the main DC6-230 and the main DC6-210A generated by Officer Gabriel Hartley dated May 17th, 2024.

| | | |
|---|---|---|
| Captain Jack White | _(signature)_ | May 17th, 2024 |
| **Shift Supervisor's Name (Print)** | **Shift Supervisor's Signature** | **Date** |

**REVIEW:** Supplemental/Participant

| | | |
|---|---|---|
| Colonel Charles Richter | _(signature)_ | 5/30/24 |
| **Correctional Officer Chief's Name (Print)** | **Correctional Officer Chief's Signature** | **Date** |

**REVIEW:** Supplemental/Participant

| | | |
|---|---|---|
| R. Quinn, Warden | _(signature)_ | 5/31/24 |
| **Warden's Name (Print)** | **Warden's Signature** | **Date** |

DC6-210A (Effective 1/18)    Incorporated by Reference in Rule 33-602.210, F.A.C.    Page 1 of 2

DETAILS OF INCIDENT (cont'd):_____

_____
_____
_____
_____
_____
_____
_____
_____
_____

**Shift Supervisor / Department Head**
COMMENT (cont'd): _____

_____
_____
_____
_____
_____
_____
_____
_____

REVIEW (cont'd):_____

_____
_____
_____
_____
_____
_____
_____

REVIEW (cont'd):_____

_____
_____
_____
_____
_____
_____
_____
_____

Supporting Documents Attached_____

FDC 000063

DEPARTMENT OF CORRECTION

## USE OF FORCE INCIDENT REPORT

| | | | |
|---|---|---|---|
| **Reporting Institution:** | Santa Rosa Correctional Institution | **Incident Report Number:** | |
| **Reporting Employee:** | Officer William Coates | **PREA Number:** | |
| **Employee ID Number:** | ▮ | **Date of incident:** | May 17th, 2024 |
| **Person(s) Involved:** | Inmate Lee, Robert DC#T15204 | **Time of incident:** | Approximately 1:25pm |
| | | **Witness (es):** | See DC6-230 |

Control Room Log Entry Made: ☒ Yes ☐ No          Disciplinary Report Initiated: ☒ Yes ☐ No
Inmate Placed in Confinement: ☐ Yes ☒ No          Work Order Initiated: ☐ Yes ☒ No
Duty Warden Notified: ☒ Yes ☐ No Time: 2:02pm     MINS Initiated: ☒ Yes ☐ No
EAC Notified: ☒ Yes ☐ No Time: 2:30pm             Duty Officer Name: Herring 2024-05-▮
Supporting Documents Attached    Yes

**DETAILS OF INCIDENT:** On May 17th, 2024, I was assigned to Santa Rosa Correctional Institution Annex as the K-Dormitory Housing Officer. At approximately 1:25pm, I was present in wing two of E-Dormitory at cell-front E-2102 which houses Inmate Cooks, Eddie DC#978441, alone. While housing Inmate Lee, Robert DC#T15204 in his new housing assignment E2102. Officer Gabriel Hartley ordered him to enter his assigned cell to which he refused by bracing/ push his body weight against them. At this time, Officer Kyle Young, Officer Ryan Trumble and Officer Hartley utilized a forward pushing force to place Inmate Lee against the wall to maintain control of Inmate Lee. At approximately 1:27pm, Officer Young, Officer Trumble and Officer Hartley attempted to place Inmate Lee in E2102, but he began to drop his personal body weight continuing to physically resist all lawful commands. Officer Young and Officer Hartley then placed Inmate Lee into the prone position as the cell door was breached. Inmate Lee was still physically resisting staff, Sergeant Krystal Perkins and Officer Antonio Gerencer assisted in keeping Inmate Lee in the prone position by utilizing downward pressure on his lower extremities, while Officer Young and Officer Hartley maintained downward pressure on Inmate Lee's upper torso area, while Officer Trumble and I began removing the leg restraints and waist chain. Once leg restraints and the waist chain were removed Officer Young, Officer Trumble, Officer Hartley, Sergeant Perkins, Officer Gerencer, and I collectively lifted Inmate Lee and placed him in cell E2102 keeping him in the prone position. At approximately 1:28pm, E2102 was secured, and all force ceased, this concluded my involvement in this incident. I received a post use of force medical evaluation with no injuries noted. I utilized and witnessed the minimal amount of force necessary to overcome Inmate Lee's physical resistance to lawful commands.

**I SOLEMNLY SWEAR OR AFFIRM THAT THE ABOVE REPORT IS TRUE AND ACCURATE AS WRITTEN, THE WHOLE TRUTH, AND NOTHING BUT THE TRUTH, TO THE BEST OF MY KNOWLEDGE.**

Officer William Coates
**Reporting Employee's Name (Print)**          **Reporting Employee's Signature**          May 17th, 2024
                                                                                             **Date**

**Shift Supervisor / Department Head**
**COMMENT:** Supplemental documentation. For further information refer to the main DC6-230 and the main DC6-210A generated by Officer Gabriel Hartley dated May 17th, 2024.

Captain Jack White
**Shift Supervisor's Name (Print)**          **Shift Supervisor's Signature**          May 17th, 2024
                                                                                         **Date**

**REVIEW:** Supplemental/Participant

Colonel Charles Richter
**Correctional Officer Chief's Name (Print)**          **Correctional Officer Chief's Signature**          5/30/24
                                                                                                            **Date**

**REVIEW:** Supplemental/Participant

R. Quinn, Warden
**Warden's Name (Print)**          **Warden's Signature**          5/31/24
                                                                   **Date**

DC6-210A (Effective 1/18)          Incorporated by Reference in Rule 33-602.210, F.A.C.          Page 1 of 2

**DETAILS OF INCIDENT (cont'd):**_____

_____
_____
_____
_____
_____
_____
_____
_____

**Shift Supervisor / Department Head**
**COMMENT (cont'd):** _____

_____
_____
_____
_____
_____
_____
_____

**REVIEW (cont'd):**_____

_____
_____
_____
_____
_____
_____

**REVIEW (cont'd):**_____

_____
_____
_____
_____
_____
_____
_____

Supporting Documents Attached_____

**DEPARTMENT OF CORRECTIC̲̲**

**USE OF FORCE INCIDENT REPORT**

| | | | |
|---|---|---|---|
| **Reporting Institution:** | Santa Rosa Correctional Institution | **Incident Report Number:** | |
| **Reporting Employee:** | Officer Antonio Gerencser | **PREA Number:** | |
| **Employee ID Number:** | ▆▆▆ | **Date of incident:** | May 17th, 2024 |
| **Person(s) Involved:** | Inmate Lee, Robert DC#T15204 | **Time of incident:** | Approximately 1:25pm |
| | | **Witness (es):** | See DC6-230 |

Control Room Log Entry Made:  ☒ Yes ☐ No
Inmate Placed in Confinement: ☐ Yes ☒ No
Duty Warden Notified: ☒ Yes ☐ No Time: 2:02pm
EAC Notified: ☒ Yes ☐ No Time: 2:30pm
Supporting Documents Attached  Yes

Disciplinary Report Initiated: ☒ Yes ☐ No
Work Order Initiated: ☐ Yes ☒ No
MINS Initiated: ☒ Yes ☐ No
Duty Officer Name: Herring 2024-05-

**DETAILS OF INCIDENT:** On May 17th, 2024, I was assigned to Santa Rosa Correctional Institution Main Unit as a E-Dormitory Programs Officer. At approximately 1:25pm, I was present in wing two of E-Dormitory at cell-front E-2102 which houses Inmate Cooks, Eddie DC#978441, alone. While housing Inmate Lee, Robert DC#T15204 in his new housing assignment E2102, Officer Gabriel Hartley ordered him to enter his assigned cell to which he refused by bracing/ push his body weight against them. At this time, Officer Kyle Young, Officer Ryan Trumble and Officer Hartley utilized a forward pushing force to place Inmate Lee against the wall to maintain control of Inmate Lee. At approximately 1:27pm Officer Young, Officer Trumble and Officer Hartley attempted to place Inmate Lee in E2102, but he began to drop his personal body weight continuing to physically resist all lawful commands. Officer Young and Officer Hartley then placed Inmate Lee into the prone position as the cell door was breached. Inmate Lee was still physically resisting staff, Sergeant Krystal Perkins and I assisted in keeping Inmate Lee in the prone position by utilizing downward pressure on his lower extremities, while Officer Young and Officer Hartley maintained downward pressure on Inmate Lee's upper torso area, while Officer Trumble and Officer William Coates began removing the leg restraints and waist chain. Once leg restraints and the waist chain were removed, Officer Young, Officer Trumble, Officer Hartley, Sergeant Perkins, Officer Coates, and I collectively lifted Inmate Lee and placed him in cell E2102 keeping him in the prone position. At approximately 1:28pm, E2102 was secured, and all force ceased, this concluded my involvement in this incident. I received a post use of force medical evaluation with no injuries noted. I utilized and witnessed the minimal amount of force necessary to overcome Inmate Lee's physical resistance to lawful commands.

**I SOLEMNLY SWEAR OR AFFIRM THAT THE ABOVE REPORT IS TRUE AND ACCURATE AS WRITTEN, THE WHOLE TRUTH, AND NOTHING BUT THE TRUTH, TO THE BEST OF MY KNOWLEDGE.**

| Officer Antonio Gerencser | | May 17th, 2024 |
|---|---|---|
| **Reporting Employee's Name (Print)** | **Reporting Employee's Signature** | **Date** |

**Shift Supervisor / Department Head**
**COMMENT:** Supplemental documentation. For further information refer to the main DC6-230 and the main DC6-210A generated by Officer Gabriel Hartley dated May 17th, 2024.

| Captain Jack White | | May 17th, 2024 |
|---|---|---|
| **Shift Supervisor's Name (Print)** | **Shift Supervisor's Signature** | **Date** |

**REVIEW:** Supplemental/witness

| Colonel Charles Richter | | 8-30-24 |
|---|---|---|
| **Correctional Officer Chief's Name (Print)** | **Correctional Officer Chief's Signature** | **Date** |

**REVIEW:** Supplemental/witness

| R. Quinn, Warden | | 9/3/24 |
|---|---|---|
| **Warden's Name (Print)** | **Warden's Signature** | **Date** |

DC6-210A (Effective 1/18)    Incorporated by Reference in Rule 33-602.210, F.A.C.    Page 1 of 2

**DETAILS OF INCIDENT (cont'd):**_____

**Shift Supervisor / Department Head**
**COMMENT (cont'd):** _____

**REVIEW (cont'd):**_____

**REVIEW (cont'd):**_____

Supporting Documents Attached_____

DEPARTMENT OF CORRECTION

## USE OF FORCE INCIDENT REPORT

| | |
|---|---|
| **Reporting Institution:** | Santa Rosa Correctional Institution |
| **Reporting Employee:** | Sergeant Krystal Perkins |
| **Employee ID Number:** | ▮ |
| **Person(s) Involved:** | Inmate Lee, Robert DC#T15204 |

| | |
|---|---|
| **Incident Report Number:** | |
| **PREA Number:** | |
| **Date of incident:** | May 17th, 2024 |
| **Time of incident:** | Approximately 1:25pm |
| **Witness (es):** | See DC6-230 |

Control Room Log Entry Made: ☒ Yes ☐ No
Inmate Placed in Confinement: ☐ Yes ☒ No
Duty Warden Notified: ☒ Yes ☐ No Time: 2:02pm
EAC Notified: ☒ Yes ☐ No Time: 2:30pm
Supporting Documents Attached: Yes

Disciplinary Report Initiated: ☒ Yes ☐ No
Work Order Initiated: ☐ Yes ☒ No
MINS Initiated: ☒ Yes ☐ No
Duty Officer Name: Herring 2024-05-▮

**DETAILS OF INCIDENT:** On May 17th, 2024, I was assigned to Santa Rosa Correctional Institution Main Unit as the Movement Sergeant. At approximately 1:25pm, I was present in wing two of E-Dormitory at cell-front E-2102 which houses Inmate Cooks, Eddie DC#978441, alone. While housing Inmate Lee, Robert DC#T15204 in his new housing assignment E2102, Officer Gabriel Hartley ordered him to enter his assigned cell to which he refused by bracing/ push his body weight against them. At this time, Officer Kyle Young, and Officer Ryan Trumble and Officer Hartley utilized a forward pushing force to place Inmate Lee against the wall to maintain control of Inmate Lee. At approximately 1:27pm Officer Young, Officer Trumble and Officer Hartley attempted to place Inmate Lee in E2102, but he began to drop his personal body weight continuing to physically resist all lawful commands. Officer Young and Officer Hartley then placed Inmate Lee into the prone position as the cell door was breached. Inmate Lee was still physically resisting staff, Officer Antonio Gerencer and I assisted in keeping Inmate Lee in the prone position by utilizing downward pressure on his lower extremities, while Officer Young and Officer Hartley maintained downward pressure on Inmate Lee's upper torso area, while Officer Trumble and I began removing the leg restraints and waist chain. Once leg restraints and the waist chain were removed Officer Young, Officer Trumble, Officer Hartley, Officer Coates, Officer Gerencer and I collectively lifted Inmate Lee and placed him in cell E2102 keeping him in the prone position. At approximately 1:28pm E2102 was secured, and all force ceased, this concluded my involvement in this incident. I received a post use of force medical evaluation with no injuries noted. I utilized and witnessed the minimal amount of force necessary to overcome Inmate Lee's physical resistance to lawful commands.

**I SOLEMNLY SWEAR OR AFFIRM THAT THE ABOVE REPORT IS TRUE AND ACCURATE AS WRITTEN, THE WHOLE TRUTH, AND NOTHING BUT THE TRUTH, TO THE BEST OF MY KNOWLEDGE.**

Sergeant Krystal Perkins _____ May 17th, 2024
**Reporting Employee's Name (Print)** — **Reporting Employee's Signature** — **Date**

**Shift Supervisor / Department Head**
**COMMENT:** Supplemental documentation. For further information refer to the main DC6-230 and the main DC6-210A generated by Officer Gabriel Hartley dated May 17th, 2024.

Captain Jack White _____ May 17th, 2024
**Shift Supervisor's Name (Print)** — **Shift Supervisor's Signature** — **Date**

**REVIEW:** Supplemental/Participant

Colonel Charles Richter _____ 5/3u/24
**Correctional Officer Chief's Name (Print)** — **Correctional Officer Chief's Signature** — **Date**

**REVIEW:** Supplemental/Participant

R. Quinn, Warden _____ 5 3 24
**Warden's Name (Print)** — **Warden's Signature** — **Date**

DC6-210A (Effective 1/18)    Incorporated by Reference in Rule 33-602.210, F.A.C.    Page 1 of 2

**DETAILS OF INCIDENT (cont'd):**_____

_____
_____
_____
_____
_____
_____
_____
_____

**Shift Supervisor / Department Head**
**COMMENT (cont'd):** _____

_____
_____
_____
_____
_____
_____
_____
_____

**REVIEW (cont'd):**_____

_____
_____
_____
_____
_____
_____
_____

**REVIEW (cont'd):**_____

_____
_____
_____
_____
_____
_____
_____
_____

Supporting Documents Attached_____

DC6-210A (Effective 1/18)       Incorporated by Reference in Rule 33-602.210, F.A.C.       Page 2 of 2

## DEPARTMENT OF CORRECTIONS

## USE OF FORCE INCIDENT REPORT

| | | | |
|---|---|---|---|
| **Reporting Institution:** | Santa Rosa Correctional Institution | **Incident Report Number:** | |
| **Reporting Employee:** | Officer Steven Vega | **PREA Number:** | |
| **Employee ID Number:** | ▮ | **Date of incident:** | May 17th, 2024 |
| **Person(s) Involved:** | Inmate Lee, Robert DC#T15204 | **Time of incident:** | Approximately 1:25pm |
| | | **Witness(es):** | See DC6-230 |

| | | | |
|---|---|---|---|
| Control Room Log Entry Made: | ☒ Yes ☐ No | Disciplinary Report Initiated: | ☒ Yes ☐ No |
| Inmate Placed in Confinement: | ☐ Yes ☒ No | Work Order Initiated: | ☐ Yes ☒ No |
| Duty Warden Notified: | ☒ Yes ☐ No Time: 2:02pm | MINS Initiated: | ☒ Yes ☐ No |
| EAC Notified: | ☒ Yes ☐ No Time: 2:30pm | Duty Officer Name: Herring 2024-05-▮ | |
| Supporting Documents Attached | Yes | | |

**DETAILS OF INCIDENT:** On May 17, 2024, I was assigned to Santa Rosa Correctional Institution as an Annex K-Dormitory Housing Officer. At approximately 1:25pm, I was present in E-Dormitory assisting with the escort of Inmate Lee, Robert DC#T15204 from K-Dormitory to his new housing assignment in E-Dormitory. Once present at the cell Inmate Lee began resisting the escorting staff trying to place him inside the cell and they had to pin him against the wall. I was already present with the K-Dormitory handheld digital video camera and Captain White instructed me to perform a brief function check and begin recording as he provided a brief lead in statement. Video recording ran uninterrupted throughout the remainder of this incident. At approximately 1:37pm, Captain White gave a brief closing statement and recording ceased. I witnessed the minimal amount of force necessary to overcome Inmate Lee's physical resistance to lawful commands. I did not utilize force during this incident.

## I SOLEMNLY SWEAR OR AFFIRM THAT THE ABOVE REPORT IS TRUE AND ACCURATE AS WRITTEN, THE WHOLE TRUTH, AND NOTHING BUT THE TRUTH, TO THE BEST OF MY KNOWLEDGE.

Officer Steven Vega
**Reporting Employee's Name (Print)**          **Reporting Employee's Signature**          May 17th, 2024
                                                                                            **Date**

**Shift Supervisor / Department Head**
**COMMENT:** Supplemental documentation. For further information refer to the main DC6-230 and the main DC6-210A generated by Officer Gabriel Hartley dated May 17th, 2024.

Captain Jack White
**Shift Supervisor's Name (Print)**          **Shift Supervisor's Signature**          May 17th, 2024
                                                                                        **Date**

**REVIEW:** Supplemental / Recorder

Colonel Charles Richter
**Correctional Officer Chief's Name (Print)**          **Correctional Officer Chief's Signature**          5/30/24
                                                                                                          **Date**

**REVIEW:** Supplemental / Recorder

R. Quinn, Warden
**Warden's Name (Print)**          **Warden's Signature**          5/31/24
                                                                    **Date**

DC6-210A (Effective 1/18)          Incorporated by Reference in Rule 33-602.210, F.A.C.          Page 1 of 2

DETAILS OF INCIDENT (cont'd):_____

_____
_____
_____
_____
_____
_____
_____
_____
_____

**Shift Supervisor / Department Head**
COMMENT (cont'd):_____

_____
_____
_____
_____
_____
_____
_____

REVIEW (cont'd):_____

_____
_____
_____
_____
_____
_____
_____

REVIEW (cont'd):_____

_____
_____
_____
_____
_____
_____
_____
_____

Supporting Documents Attached_____

# DEPARTMENT OF CORRECTION...

## USE OF FORCE INCIDENT REPORT

| | |
|---|---|
| **Reporting Institution:** Santa Rosa Correctional Institution | **Incident Report Number:** |
| **Reporting Employee:** Lieutenant Jacob Grimm | **PREA Number:** |
| **Employee ID Number:** | **Date of incident:** May 17th, 2024 |
| **Person(s) Involved:** Inmate Lee, Robert DC#T15204 | **Time of incident:** Approximately 1:25pm |
| | **Witness (es):** See DC6-230 |

Control Room Log Entry Made: ☒ Yes ☐ No
Inmate Placed in Confinement: ☐ Yes ☒ No
Duty Warden Notified: ☒ Yes ☐ No Time: 2:02pm
EAC Notified: ☒ Yes ☐ No Time: 2:30pm
Supporting Documents Attached: Yes

Disciplinary Report Initiated: ☒ Yes ☐ No
Work Order Initiated: ☐ Yes ☒ No
MINS Initiated: ☒ Yes ☐ No
Duty Officer Name: Herring 2024-05-

**DETAILS OF INCIDENT:** On May 17th, 2024, I was assigned to Santa Rosa Correctional Institution Annex as the Q-Dormitory Housing Supervisor. At approximately 1:25pm, I was present in wing two of E-Dormitory at cell-front E-2102 which houses Inmate Cooks, Eddie DC#978441, alone. While housing Inmate Lee, Robert DC#T15204 in his new housing assignment E2102, Officer Gabriel Hartley ordered him to enter his assigned cell to which he refused by bracing/ push his body weight against staff. At this time, Officer Kyle Young, Officer Ryan Trumble and Officer Hartley utilized a forward pushing force to place Inmate Lee against the wall to maintain control of Inmate Lee. At approximately 1:27pm, Officer Young, Officer Trumble and Officer Hartley attempted to place Inmate Lee in E2102, but he began to drop his personal body weight continuing to physically resist all lawful commands. Officer young and Officer Hartley then placed Inmate Lee into the prone position as the cell door was breached. Inmate Lee was still physically resisting staff. Sergeant Krystal Perkins and Officer Antonio Gerencer assisted in keeping Lee in the prone position by utilizing downward pressure on his lower extremities, while Officer Young and Officer Hartley maintained downward pressure on Inmate Lee's upper torso area, while Officer William Coates and Officer Trumble began removing the leg restraints and waist chain. Once leg restraints and the waist chain were removed Officer Young, Officer Trumble, Officer Coates, Sergeant Perkins, Officer Gerencer, and Officer Hartley collectively lifted Inmate Lee and placed him in cell E2102 keeping him in the prone position. At approximately 1:28pm E2102 was secured, and all force ceased, this concluded my involvement in this incident. I witnessed the minimal amount of force necessary to overcome Inmate Lee's physical resistance to lawful commands. I did not utilize force during this incident.

**I SOLEMNLY SWEAR OR AFFIRM THAT THE ABOVE REPORT IS TRUE AND ACCURATE AS WRITTEN, THE WHOLE TRUTH, AND NOTHING BUT THE TRUTH, TO THE BEST OF MY KNOWLEDGE.**

Lieutenant Jacob Grimm
**Reporting Employee's Name (Print)** _____ **Reporting Employee's Signature** _____ May 17th, 2024 **Date**

**Shift Supervisor / Department Head**
**COMMENT:** Supplemental documentation. For further information refer to the main DC6-230 and the main DC6-210A generated by Officer Gabriel Hartley dated May 17th, 2024.

Captain Jack White
**Shift Supervisor's Name (Print)** _____ **Shift Supervisor's Signature** _____ May 17th, 2024 **Date**

**REVIEW:** Supplemental/witness

Colonel Charles Richter
**Correctional Officer Chief's Name (Print)** _____ **Correctional Officer Chief's Signature** _____ 5/30/24 **Date**

**REVIEW:** Supplemental/witness

R. Quinn, Warden
**Warden's Name (Print)** _____ **Warden's Signature** _____ 5/31/24 **Date**

DC6-210A (Effective 1/18)    Incorporated by Reference in Rule 33-602.210, F.A.C.    Page 1 of 2

**DETAILS OF INCIDENT (cont'd):**

**Shift Supervisor / Department Head**
**COMMENT (cont'd):**

**REVIEW (cont'd):**

**REVIEW (cont'd):**

Supporting Documents Attached_____

FDC 000073

## DEPARTMENT OF CORRECTIONS

## USE OF FORCE INCIDENT REPORT

| | | | |
|---|---|---|---|
| **Reporting Institution:** | Santa Rosa Correctional Institution | **Incident Report Number:** | |
| **Reporting Employee:** | Lieutenant Dwight Moore | **PREA Number:** | |
| **Employee ID Number:** | ▮ | **Date of incident:** | May 17th, 2024 |
| **Person(s) Involved:** | Inmate Lee, Robert DC#T15204 | **Time of incident:** | Approximately 1:25pm |
| | | **Witness (es):** | See DC6-230 |

Control Room Log Entry Made: ☒ Yes ☐ No
Inmate Placed in Confinement: ☐ Yes ☒ No
Duty Warden Notified: ☒ Yes ☐ No Time: 2:02pm
EAC Notified: ☒ Yes ☐ No Time: 2:30pm
Supporting Documents Attached    Yes

Disciplinary Report Initiated: ☒ Yes ☐ No
Work Order Initiated: ☐ Yes ☒ No
MINS Initiated: ☒ Yes ☐ No
Duty Officer Name: Herring 2024-05-▮

**DETAILS OF INCIDENT:** On May 17th, 2024, I was assigned to Santa Rosa Correctional Institution Main Unit as the E-Dormitory Housing Supervisor. At approximately 1:25pm, I was present in wing two of E-Dormitory at cell-front E-2102 which houses Inmate Cooks, Eddie DC#978441, alone. While housing Inmate Lee, Robert DC#T15204 in new housing assignment E2102, Officer Gabriel Hartley ordered him to enter his assigned cell to which he refused. At this time, Officer Kyle Young, Officer Ryan Trumble and Officer Hartley utilized a forward pushing force to place Inmate Lee against the wall to maintain control of Inmate Lee. At approximately 1:27pm Officer young, Officer Trumble and Officer Hartley attempted to place Inmate Lee in the E2102 but he began to drop his personal body weight continuing to physically resist all lawful commands. Officer Young and Officer Hartley then placed Inmate Lee into the prone position breaching the cell door. Inmate Lee was still physically resisting staff. Sergeant Krystal Perkins and Officer Antonio Gerencer assisted in keeping Lee in the prone position by utilizing downward pressure on his lower extremities, while Officer Young and Officer Hartley maintained downward pressure on Inmate Lee's upper torso area, while Officer William Coates and Officer Trumble Began removing the leg restraints and waist chain. Once leg restraints and the waist chain were removed Officer Young, Officer Trumble, Officer Coates, Sergeant Perkins, Officer Gerencer and Officer Hartley collectively lifted Inmate Lee and placed him in cell E2102 keeping him in the prone position. At approximately 1:28pm E2102 was secured, and all force ceased, this concluded my involvement in this incident. I witnessed the minimal amount of force necessary to overcome Inmate Lee's physical resistance to lawful commands. I did not utilize force during this incident.

**I SOLEMNLY SWEAR OR AFFIRM THAT THE ABOVE REPORT IS TRUE AND ACCURATE AS WRITTEN. THE WHOLE TRUTH, AND NOTHING BUT THE TRUTH, TO THE BEST OF MY KNOWLEDGE.**

| | | |
|---|---|---|
| Lieutenant Dwight Moore | _(signature)_ | May 17, 2024 |
| **Reporting Employee's Name (Print)** | **Reporting Employee's Signature** | **Date** |

**Shift Supervisor / Department Head**
**COMMENT:** Supplemental documentation. For further information refer to the main DC6-230 and the main DC6-210A generated by Officer Gabriel Hartley dated May 17th, 2024.

| | | |
|---|---|---|
| Captain Jack White | _(signature)_ | May 17, 2024 |
| **Shift Supervisor's Name (Print)** | **Shift Supervisor's Signature** | **Date** |

**REVIEW:** Supplemental/witness

| | | |
|---|---|---|
| Colonel Charles Richter | _(signature)_ | 5/30/24 |
| **Correctional Officer Chief's Name (Print)** | **Correctional Officer Chief's Signature** | **Date** |

**REVIEW:** Supplemental/witness

| | | |
|---|---|---|
| R. Quinn, Warden | _(signature)_ | 5/31/24 |
| **Warden's Name (Print)** | **Warden's Signature** | **Date** |

**DETAILS OF INCIDENT (cont'd):**

**Shift Supervisor / Department Head**
**COMMENT (cont'd):**

**REVIEW (cont'd):**

**REVIEW (cont'd):**

Supporting Documents Attached

## DEPARTMENT OF CORRECTIC

## USE OF FORCE INCIDENT REPORT

| | | | |
|---|---|---|---|
| **Reporting Institution:** | Santa Rosa Correctional Institution | **Incident Report Number:** | |
| **Reporting Employee:** | Officer Leon Stafford | **PREA Number:** | |
| **Employee ID Number:** | ▮▮▮▮ | **Date of incident:** | May 17th, 2024 |
| **Person(s) Involved:** | Inmate Lee, Robert DC#T15204 | **Time of incident:** | Approximately 1:25pm |
| | | **Witness (es):** | See DC6-230 |

Control Room Log Entry Made: ☒ Yes ☐ No
Inmate Placed in Confinement: ☐ Yes ☒ No
Duty Warden Notified: ☒ Yes ☐ No Time: 2:02pm
EAC Notified: ☒ Yes ☐ No Time: 2:30pm
Supporting Documents Attached    Yes

Disciplinary Report Initiated: ☒ Yes ☐ No
Work Order Initiated: ☐ Yes ☒ No
MINS Initiated: ☒ Yes ☐ No
Duty Officer Name: Herring 2024-05-▮▮

**DETAILS OF INCIDENT:** On May 17th, 2024, I was assigned to Santa Rosa Correctional Institution Main Unit as an E-Dormitory Housing Officer. At approximately 1:25pm, I was present in wing two of E-Dormitory at cell-front E-2102 which houses Inmate Cooks, Eddie DC#978441, alone. While housing Inmate Lee, Robert DC#T15204 in his new housing assignment E2102, Officer Gabriel Hartley ordered him to enter his assigned cell to which he refused. At this time, Officer Kyle Young, Officer Ryan Trumble and Officer Hartley utilized a forward pushing force to place Inmate Lee against the wall to maintain control of Inmate Lee. Due to the incident occurring multiple Inmates began disturbing the wing. I began going to multiple cell fronts ordering them to cease their actions during a portion of this incident. I then returned back to the incident and observed that once leg restraints and the waist chain were removed Officer Young, Officer Trumble, Officer Coates, Sergeant Perkins, Officer Gerencer and Officer Hartley collectively lifted Inmate Lee and placed him in cell E2102 keeping him in the prone position. At approximately 1:28pm E2102 was secured, and all force ceased, this concluded my involvement in this incident. I witnessed the minimal amount of force necessary to overcome Inmate Lee's physical resistance to lawful commands. I did not utilize force during this incident.

## I SOLEMNLY SWEAR OR AFFIRM THAT THE ABOVE REPORT IS TRUE AND ACCURATE AS WRITTEN, THE WHOLE TRUTH, AND NOTHING BUT THE TRUTH, TO THE BEST OF MY KNOWLEDGE.

| | | |
|---|---|---|
| Officer Leon Stafford | | May 17th, 2024 |
| **Reporting Employee's Name (Print)** | **Reporting Employee's Signature** | **Date** |

**Shift Supervisor / Department Head**
**COMMENT:** Supplemental documentation. For further information refer to the main DC6-230 and the main DC6-210A generated by Officer Gabriel Hartley dated May 17th, 2024.

| | | |
|---|---|---|
| Captain Jack White | | May 17th, 2024 |
| **Shift Supervisor's Name (Print)** | **Shift Supervisor's Signature** | **Date** |

**REVIEW:** Supplemental/witness

| | | |
|---|---|---|
| Colonel Charles Richter | | 5/30/24 |
| **Correctional Officer Chief's Name (Print)** | **Correctional Officer Chief's Signature** | **Date** |

**REVIEW:** Supplemental/witness

| | | |
|---|---|---|
| R. Quinn, Warden | | 5/31/24 |
| **Warden's Name (Print)** | **Warden's Signature** | **Date** |

DC6-210A (Effective 1/18)        Incorporated by Reference in Rule 33-602.210, F.A.C.        Page 1 of 2

**DETAILS OF INCIDENT (cont'd):**

**Shift Supervisor / Department Head**
**COMMENT (cont'd):**

**REVIEW (cont'd):**

**REVIEW (cont'd):**

Supporting Documents Attached_____

# FLORIDA DEPARTMENT OF CORRECTIONS
## (INSTITUTION)

### REPORT OF FORCE USED

Use of Force #: _24 -10828_

Institution/Office: ___Santa Rosa Correctional Institution Main Unit___   Time: _1:24pm_ Date: _May 17, 2024_

Inmate Name: _Lee, Robert_   Inmate DC Number: _____T15204_

Housing Status:   Gen Pop: ☐  Confinement: ☐  Close Man: ☒  Max Man: ☐  In-Patient Mental Health: ☐

Type of Force Used:   Chemical: ☐   Physical: ☒   Dart Firing Immobilization Device: ☐
Type of Reaction:   Reactionary: ☒   Organized: ☐
Type of Video:   Fixed Wing: ☒   Handheld: ☒   Date and Time on Camera:   _May 17, 2024_   _1:26_pm

## I.   REPORT OF PERSON(S) USING FORCE -

### IA.   Narrative of Pre- Event

Inmate Initially counseled by: _N/A_   Time: _N/A_   Results: _N/A_

Risk Assessment Review by: _N/A_   Time: _N/A_

Organized Intervention requested by:   _N/A_   From: _N/A_   Time: _N/A_

Type of approved intervention:   OC:   ☐  CS: ☐  FCE: ☐   MR: ☐   Other: _N/A_
Camera Operator (Rank and Full Name):   _Officer Steven Vega_

Lead in statement by OIC (Rank and Full Name):   _Captain Jack White_

Final Order given by (Rank and Full Name):   _N/A_   Time: _N/A_

Chemical agents obtained by:   _N/A_   Time: _N/A_   Weight Out in Grams: _N/A_
From: _N/A_

Inmate behavior:   Comply: ☐   Disruptive: ☒   Time: _1:24pm_   Time disruptive again: _N/A_

### IB.   Narrative of Event:

I utilized reactionary physical force.

Staff Administering CA (Full Name and Rank):   _N/A_   Certification Exp: _N/A_

Chemical Agent Canister Size: _N/A_   Make: _N/A_

First Application of CA:   Time: _N/A_   Type: _N/A_   Amount in Grams: _N/A_

Second Application of CA:  Time: _N/A_   Type: _N/A_   Amount in Grams: _N/A_

Inmate behavior:  Compliant: ☒  Non-compliant: ☐   Time: _1:27pm_

Additional intervention requested by: _N/A_

Approved by: _N/A_   Type of Additional Intervention: _N/A_

Forced Cell Extraction:  Time: _N/A_   Additional CA Time: _N/A_   Amount in Grams: _N/A_

**Additional CA Intervention after Third Application (minimum of one hour from last application):**

**(Start a second Use of Force as a continuation if additional CA is administered.)**

DC6-230 (Effective 03/22)(Revised )   Incorporated by Reference in Rule, 33-602.210, F. A. C.

**IC.    Post Event**

Inmate compliant time: 1:27pm      Showered time: N/A      Medical Evaluation Time: 1:33pm

Time Inmate issued clean clothing: N/A      Time placed in secure decontaminated cell: 1:27pm

Inmate monitored for 45-60 minutes for respiratory distress by: N/A

CA ending weight in Grams: N/A      Weighed by: N/A                                    Time: N/A

Inmate injuries:    Yes: ☐  No: ☒  Injury Type: N/A

Staff injuries:    Yes: ☐  No: ☒  Injury Type: N/A

Outside Medical Treatment: Yes: ☐  No: ☒  Time: N/A

**Additional Comments:**

Witnesses: Officer Leon Stafford                   Witnesses: Lieutenant Jacob Grimm

Witnesses: Lieutenant Dwight Moore               Witnesses: Officer Steven Vega

Subject Inmate ☐ accepted (DC6-112C attached) ☐ declined to make a statement.
If other Witnesses choose to make a statement, attach the appropriate DC6-112C.
Total number of DC6-112C attached to report: ____

**Under penalties of perjury, I declare that I have read the foregoing Report of Force Used and that the facts stated in it are true.**

Full Name and Signature:    Officer Gabriel Hartley    _Hartley_        Date:  May 17, 2024
                                        Rank and Name of Reporting Officer

Under penalties of perjury, I declare that I have read the foregoing Report of Force Used and to the best of my knowledge and belief, the facts stated in it are true and correct. I have been given the opportunity to make additional comments if needed. (Check "See Attachment" below if you have additional information or disagree with portion of Section I.) Attach DC6-231 with your additional comments to this report. Each UOF Participant must sign below.

Participant: Officer William Coates          Agree with Section I: Yes      See Attachment: Yes
Participant: Officer Antonio Gerencser      Agree with Section I: Yes      See Attachment: Yes
Participant: Sergeant Krystal Perkins        Agree with Section I: Yes      See Attachment: Yes
Participant: Officer Ryan Trumble            Agree with Section I: Yes      See Attachment: Yes
Participant: Officer Kyle Young              Agree with Section I: Yes      See Attachment: Yes
Participant: N/A                            Agree with Section I: N/A      See Attachment: N/A

Use additional Sheets if necessary for Participants:

## II.    WARDEN'S REVIEW

I have reviewed the above report, attachments and videos (if applicable).
The type and amount of force used appears to be ____ /not to be ____ in compliance with rules governing Use of Force found in Rule 33-602.210, F.A.C. as indicated below.

(Circle "Yes or No" below)

Did procedural violations occur? Yes      No

Reason for Non-Compliance or Procedural Violation Noted:
See attached memos.

Signature: _____        Date: 5/31/24
              Warden

DC6-230 (Effective 03/22)(Revised )          Incorporated by Reference in Rule, 33-602.210, F. A. C.

## III.    INSPECTOR GENERAL'S REVIEW

I have reviewed the above report, attachments and videos (if applicable).
The type and amount of force used appears to be _____ /not to be _____ in compliance with rules governing Use of Force found in Rule 33-602.210, F.A.C.

(Circle "Yes or No" below)

| Did procedural violations occur? Yes | No |
| --- | --- |

Reason for Non-Compliance or Procedural Violation Noted:

Signature OIG UOF Unit: _____ Date: _____

**Abbreviations Key**
CA -  Chemical Agents
CN -  Cloroacetophene
CS -  Orthochlorbenzal Malononitrile or
       Orthochlorobenzylidene Malononitrile
FCE - Forced Cell Extraction
MR -  Medical Restraints
OIC - Officer in Charge
OIG - Office of the Inspector General
OC -  Oleoresin Capsicum (Pepper Spray)
UOF - Use of Force

Received in UOF Unit

Page 3

DC6-230 (Effective 03/22)(Revised )    Incorporated by Reference in Rule, 33-602.210, F. A. C.