

## STATE OF FLORIDA
## DEPARTMENT OF CORRECTIONS
## SANTA ROSA CORRECTIONAL INSTITUTION
## OFFICE OF THE WARDEN

| | |
|---|---|
| **MEMO TO:** | Office of the Inspector General |
| **FROM:** | Major Latoya Brown |
| **DATE:** | May 30, 2024 |
| **SUBJECT:** | UOF – Inmate Lee, Robert DC#T15204<br>MINS # |

**In accordance with Chapter 33-602.210 this memorandum is being submitted as notification of discrepancy/concerns found during the review of the use of force packet and video recordings surrounding the event that occurred on May 17, 2024.**

During the review of the reports and substantiated by video the following discrepancy was noted:

➢ Captain J. White – During the escort to Echo Dormitory Inmate Lee continually made statements that he was not going to go into the cell. As the escort passed through the gate in Echo Dormitory Wing 2, Inmate Lee escalated his disruptive behavior. Captain White instructed the camera operator to turn the video camera away from Inmate Lee and proceeded to provide a closing statement. Captain White then closed the handheld video camera to cease recording operations, while staff were utilizing physical force. (Based off fixed wing video review)

➢ Captain J. White – During the handheld video recording, Inmate Lee made numerous allegations of staff misconduct, which Captain White failed to properly document or report which is violation of procedure 208.039. Captain White should have made an annotation on the use of force report detailing the allegations, as well as the submission of a separate report for MINS processing.

**Corrective action:** Captain White will receiving remedial training in use of force as well as report writing criteria. A separate incident report was submitted for discipline due to the severity of the violations. Captain White was also spoken with about the importance of ensuring all events are captured in their entirety and the appearance of impropriety in the way the events unfolded.

*Brown*

**Major LaToya Brown**
**Santa Rosa Correctional Institution**

## STATE OF FLORIDA
## DEPARTMENT OF CORRECTIONS
## SANTA ROSA CORRECTIONAL INSTITUTION
## OFFICE OF THE WARDEN

| | |
|---|---|
| **MEMO TO:** | Office of the Inspector General |
| **FROM:** | Major Latoya Brown |
| **DATE:** | May 30, 2024 |
| **SUBJECT:** | UOF – Inmate Lee, Robert DC#T15204<br>MINS # |

**In accordance with Chapter 33-602.210 this memorandum is being submitted as notification of discrepancy/concerns found during the review of the use of force packet and video recordings surrounding the event that occurred on May 17, 2024.**

During the review of the reports and substantiated by video the following discrepancy was noted:

➢ COT Stephen Vega- during the recording after the use of force involving Inmate Lee, Robert DC#T15204 COT Vega who was not trained properly on handheld camera usage lost visual of the inmate Lee while inside of the cell.

**Corrective action:** COT Stephen Vega will receive training regarding camera operations to prevent future occurrences.

Major LaToya Brown
Santa Rosa Correctional Institution

Cc:   Chiefs
      AWO
      Warden
      File