# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA

## CIVIL RIGHTS COMPLAINT FORM FOR
## PRO SE, PRISONER LITIGANTS IN ACTIONS UNDER
## 28 U.S.C. § 1331 or § 1346 or 42 U.S.C. § 1983

Robert Sinclair Lee ,

Inmate ID Number: T15204 ,

_____ ,

*(Write the full name and inmate ID*
*number of the Plaintiff.)*

**v.**

Lieutenant T. McCraine ,

Lieutenant D. Dice ,

Sergeant Richburg ,

*(Write the full name of each*
*Defendant who is being sued. If the*
*names of all the Defendants cannot*
*fit in the space above, please write*
*"see attached" in the space and*
*attach an additional page with the*
*full list of names. Do not include*
*addresses here.)*

" See Attached " /

**AMENDED COMPLAINT**

**Case No.:** 3:20-cv-5462-MCR-HTC
*(To be filled in by the Clerk's Office)*

**Jury Trial Requested?**
☑ **YES**  ☐ **NO**

PROVIDED TO
SANTA ROSA C.I. ON

**JUN 2 1 2020**

FOR MAILING

FILED USDC FLND PN
JUN 23 '20 PM 3:22

Correction OFFiceR Tona
Correction OFFicer Jones C.
Correction OFFicer Boatwright
Correction OFFicer Cattanch C.
Correction OFFicer John Doe 1.
Correction OFFicer John Doe 2.

1-A-

## I. PARTIES TO THIS COMPLAINT

A. Plaintiff

Plaintiff's Name: Robert Sinclair Lee   ID Number: T15204

List all other names by which you have been known: Frank Williams,

Frank Davis

Current Institution: Santa Rosa Correctional Institution

Address: 5850 East Milton Road

Milton, Florida 32583

B. Defendant(s)

State the name of the Defendant, whether an individual, government agency, organization, or corporation. For individual Defendants, identify the person's official position or job title, and mailing address. Indicate the capacity in which the Defendant is being sued. Do this for *every* Defendant:

1. Defendant's Name: Lieutenant T. McCraine

   Official Position: Lieutenant

   Employed at: Santa Rosa Correction Institution

   Mailing Address: 5850 East Milton Road

   Milton, Florida 32583

   ☑ Sued in Individual Capacity   ~~Sued in Official Capacity~~

B. Defendant(s)

4. Defendant's Name: Mr. Richburg
Offical Position: Sergeant
Employed at: Santa Rosa Correctional Institution
Mailing Address: 5850 East Milton Road
                 Milton, Florida 32583
☑ Sued in Individual Capacity ~~~~~~~~~~

5. Defendant's Name: Mr. C. Jones
Offical Position: Correction Officer
Employed at: Santa Rosa Correction Institution
Mailing Address: 5850 East Milton Road
                 Milton, Florida 32583
☑ Sued in Individual Capacity ~~~~~~~~~~

6. Defendant's Name: Mr. Boatwright
Offical Position: Correctional Officer
Employed at: Santa Rosa Correction Institution
Mailing Address: 5850 East Milton Road
                 Milton, Florida 32583
☑ Sued in Individual Capacity ~~~~~~~~~~

7. Defendant Name: C. Cattnach
Offical Position: Sergeant
Employed at: Santa Rosa Correctional Institution
Mailing Address: 5850 East Milton Road
                 Milton, Florida 32583
☑ Sued in Individual Capacity ~~~~~~~~~~

8. Defendant Name: John Doe
Offical Position: Correctional Officer
Employed at: Santa Rosa Correctional Institution
Mailing Address: 5850 East Milton Road
                 Milton, Florida 32583
☑ Sued in Individual Capacity ~~~~~~~~~~

2A

B. Defendant(s)

9. Defendant's Name: John Doe
Offical Position: Correctional Officer
Employed At: Santa Rosa Correctional Institution
Mailing Address: 5850 East Milton Road
                  Milton, FLA. 32583
☑ sued in Individual Capacity ~~~~~~~~

2. Defendant's Name: _D. Dice_

Official Position: _Lieutenant_

Employed at: _Santa Rosa Correction Institution_

Mailing Address: _5850 East Milton Road_

_Milton, Florida 32583_

☑ Sued in Individual Capacity ~~Sued in Official Capacity~~

3. Defendant's Name: _Mr. Tona_

Official Position: _Correctional Officer_

Employed at: _Santa Rosa Correction Institution_

Mailing Address: _5850 East Milton Road_

_Milton, Florida 32583_

☑ Sued in Individual Capacity ~~Sued in Official Capacity~~

*(Provide this information for all additional Defendants in this case by*

*attaching additional pages, as needed.)*

## II. BASIS FOR JURISDICTION

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution" and federal law. Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics,* 403 U.S. 388 (1971), you may sue federal officials for the violation of certain Constitutional rights.

Are you bringing suit against (*check all that apply*):

☐ Federal Officials (*Bivens case*)　　☑ State/Local Officials *(§ 1983 case)*

## III. PRISONER STATUS

Indicate whether you are a prisoner, detainee, or in another confined status:

☐ Pretrial Detainee　　　　☐ Civilly Committed Detainee

☑ Convicted State Prisoner　　☐ Convicted Federal Prisoner

☐ Immigration Detainee　　　☐ Other *(explain below)*:

_____

_____

## IV. STATEMENT OF FACTS

Provide a short and plain statement of the *facts* which show why you are entitled to relief. Describe how *each* Defendant was involved and what each person did, or did not do, in support of your claim. Identify when and where the events took place, and state how each Defendant caused you harm or violated federal law. Write each statement in short numbered paragraphs, limited as far as practicable to a single event or incident. ***Do not make legal argument, quote cases, cite to statutes, or reference a memorandum.*** You may make copies of the following page if necessary to supply all the facts. Barring extraordinary circumstances, no more than five (5) additional pages

should be attached. *Facts not related to this same incident or issue must be addressed in a separate civil rights complaint.*

- **#1** This incident of Excessive Force, Deliberate Indifference occured on September 4th 2019 Defendant's L.T. McCraine and C.O. Tona approach plaintiff's cell, Gulf 1211 L, telling Plaintiff to cuff-up or run-it to be placed on property Restriction, no reason was given..

- **#2** Defendant's McCraine and Tona returned, at separate times, with "Psyche V. Adams" demanding for inmate to go on property restriction.

- **#3** Defendant's McCraine, C.O. Bentwright, C.O. Cathrun come with the use of force camera and chain the door, and announce they are going to apply chemical agents on Plaintiff for refusing a "verbal order".

- **#4** Defendant McCraine applies the first round of chemical agents in three long burst that were "longer usage than normal".

- **#5** Defendant D. Dice then comes to the outside back window off camera, stating that he "had orders to send in the extraction team to" "teach Plaintiff a lesson". Lee

- **#6** Defendant D. Dice then uses his authority to apply the second round of chemical agents with unknown ~~standard~~ official using can.

- **#7.** After that, Defendant McCraine applies the final round of a

**Statement of Facts Continued** (*Page  2  of  5* )

chemical agents, which completely emptied the "can". on Lee

- #8 Defendant McCraine then brings Nurse Jobst, and Plaintiff agrees to cuff-up, Lee

- #9 Defendant McCraine and Nurse Jobst announce to camera that Plaintiff Lee is willing to cuff-up for portable camera.

- #10 Defendant McCraine then order Defendant Cattnach and Defendant John Doe #1 of Extraction team to do a strip — search of Plaintiff, which they did, Plaintiff Lee

- #11 Defendant McCraine complains that it wasn't good enough only to slam the food flap & announce that the Extraction will be used if plaintiff does not comply. (Lee)

- #12 Defendant McCraine goes get all (5) Extraction team members whom are grinning and some are looking with evil stares at Plaintiff. Lee

- #13 Plaintiff tells all Defendant's L.T.'s Dice and McCraine, (5) extraction team members he's ready to submit to hand-restricts.

- #14 "All" Defendants are not taking his (Plaintiff's) word - so L.T. McCraine opened the door where plaintiff is laying on the matt on the floor face down with his hands locked behind his neck,

Statement of Facts Continued (Page 3 of 5)

the extraction team rushes in, pounced on plaintiff with the shield, striking him with closed fists in his head and upper body region from the back, and pinning him to the mattress.

#15 Defendant Richburg and Cattnach clawed out Plaintiff's eyes with their fingers which had chemical agents on them.

#16 Defendant John Doe #1 is bending Plaintiff's fingers and thumb on his right hand "snapping both in the process".

#17 Be mindful Plaintiff can not see whose doing what but Defendant(s) all are striking Plaintiff him at all different angles (choking, punching & kicking him). Extraction team members #1, #2, #3, #4, #5

#18 Handcuffs were placed on plaintiff, but the beating continued by the team members, Cattnach, Richburg, Town, John Doe#1, John Doe#2

#19 Defendants are chanting stop resisting - supervisor's & all (5) teams members, McCraine, Dice, Town, Richburg, JohnDoe2, John Doe #1, Cattnach

#20 Defendant Richburg "out of nowhere" strikes Plaintiff Lee with a set of handcuffs in the back very hard, left ear and left eye several times". Portable camera cwld here.

#21 Defendant Richburg then passes the cuffs to Defendant Cattnach, whom struck Lee on the right side of his head.

#22 Plaintiff screams out why is he getting hit with handcuffs, both supervisors [told] Plaintiff that he needs to cuff up then". Dice and McCraine - Portable camera see & hear this

#23 Defendants Dice and McCraine are blocking the camera's view and did nothing to stop the beating or protect or intervene from this incident [Excessive Force]. John Doe1, John Doe2, Cattnach, Richburg, Town

#24 Defendant Richburg jumps up and kicks Lee in the face several times while the other (4) defendant(s) are holding and beating Plaintiff. John Doe2, John Doe1, & Town & Cattnach (camera)

#25 Defendant at the rear John Doe #2 is trying to pull Plaintiff's boxers down and twist his left foot in an attempt to break it.

#26 Defendant(s) Jones and Boatwright whom had cameras are standing witness to this did nothing to protect or intervene. the abuse.

#27 Defendant(s) Dice and McCraine "fake it" and ask if Plaintiff Lee was cuffed yet, so "they" made the cuffs tighter. Cattnach    6"

Statement of Facts Continued (page 4 of 5)

- #28 Plaintiff is then lifted up by Defendant(s) on Extraction team blood is pouring from injuried head and ear. Defendant(s) made him walk with his head to his Knees" because of all the bruises and blood Plaintiff endured not wanting camera to see". Richburg & Cattnach

- #29 Plaintiff is stripped outside the shower in front of <u>inmates and staff</u>. Exposing him in front of this female [forcifully]. McCraine

- #30 Plaintiff feels Defendant brush his hand up & down plaintiffs buttock from top to bottom with pressure added to it. Richburg

- #31 Plaintiff can not see but feels this, Richburg

- #32 Plaintiff is then escorted to medical room in sally port and told by Defendant to plaintiff's left" told him that "it would have been worse", Richburg

- #33 Defendant McCraine told Plaintiff to laydown and he would not get a disciplinary report, and several defendant(s) told Lee that he was lucky and that this is what they do to inmates that do not cooperate. Dice, Richburg & Cattnach or Town

- #34 Plaintiff was "treated for <u>some</u> injuries", eye water in both eyes", nurse cleans left ear which has cut due to being hit with hand-cuffs". inside Lee's ear at that.

- #35 Nurse Jobst told the defendants "he's banged up really bad". She informed him and defendant's Cattnach, Richburg, L.T. McCraine and L.T. Dice that he needed to be seen by doctor so ear could be glued closed. And Plaintiff needed to be took to medical - building up front, only to be denied by Dice and Richburg. saying it's count time

- #36 Footage from the camera would show - along with diagram of injuries and emergency room report - left eye completely shut.

- #37 Nurse cleaned head area on left side and behind right ear where Defendants [Richburg and Cattnach] hit Plaintiff with handcuffs.

- #38 While nurse is cleaning those injuries he tells her that he was hit with handcuffs & she looks mean at the supervisior's and states, "looks like you got hit with something - with a mean look on her face at the supervisior's". McCraine & Dice

6""

Statement of Facts Continued (page 5 of 5)

- #39 Plaintiff can not see for more than half a second out of right eye due to chemical agents being pressed down in eye's. Defendant's Richburg, Cattunch, Tona, John Doe 1 John Doe 2 all assaulted & battered Plaintiff in this excessive force.

- #40 Defendant to plaintiff's left [Richburg] stated "that's what we do to inmates when we have to use physical force during cell-extraction" and that the defendant to his right [Tona or Cattunch] said "you're lucky the camera was present."

- #41 Defendant L.T. McCraine told Plaintiff Lee that he should have submitted to hand restraints from the beginning and that would have never happened to him.

- #42 Defendant to right [Tona or Cattunch] is blocking the camera for some odd reason - so the camera can't see the Plaintiff Lee.

- #43 Plaintiff Lee complained to Nurse Jobst about his finger [right] and thumb, but she told him "it's just sprung - nothing to worry about." Nurse told security that Plaintiff needed a doctor but was told that it was count time by L.T. Dice (Defendant). Richburg

- #44 Plaintiff Lee was not seen by doctor until the following week around the September 12th or 13th. medical record shows

- #45 Plaintiff Lee was escorted back to cell G1211 when alone with Defendant C. Jones, Jones told Plaintiff, damn, they f---- you up pretty bad." He shows Jones (defendant) his eye & ear and declare's a medical emergency, but Jones walks off after only 20 minutes and told Lee that he (Jones) would get the nurse, but Jones never returned.

- #46 Plaintiff is told by several inmate took out back window "defendants L.T.'s Dice, L.T. McCraine, C.O. Tona, C.O. Jones, C.O. Bontwright, C.O. Cattunch, Seargant Richburg, John Doe 1 & John Doe 2 are passing the portable camera are laughing and joking at the footage as to what just happened.

- #47 Nurse Jobst informs Plaintiff that "incident reports from all defendants L.T. McCraine, L.T. Dice, C.O. Tona, C.O. Cattunch, C.O. John Doe 1, John Doe 2, Sgt. Richburg, C.O. Jones & C.O. Bontwright have not been turned in timely b/c medical file is missing on 9/10/19."

6''''

V. Statement of Claims   All claims are re-alleged & incorporated in sections 1-47 of IV.  (1 of 3)

#1. Plaintiff re-alleges that defendants Tova, Cattnach, Richburg, John Doe¹, John Doe², used excessive Force on Lee violating his 8th Amendment Right to be free from Cruel and Unusual Punishment (sec. #14,15,16,17,18,19,20,21,) Kingsley, 135 S.CT. 2466

#2 Plaintiff re-alleges that Defendants L.T. McCraine, Dice, Tova, Cattnach, Richburg, John Doe¹, John Doe², deprivation of his property violated his 4th Amendment unreasonable search and seizure & 14th Amendment Rights (Life, Liberty and Property) without Due Process of Law (sec. 14#)

#3 Plaintiff re-alleges that L.T. Dice and McCraine could have intervened to stop the abuse but failed to do so (sec. #22) See Ensley, 142 F. 3d at 1047, Velazquez, 484 F. 3d at 1342.

#4 Plaintiff re-alleges that Richburg and Cattnach violated his 8th Amendment Rights striking him with handcuffs as brass Knuckles (#21) Johnston v. Lucas, 786 F. 2d 1254. Excessive Force

#5 Plaintiff re-alleges that McCraine and Dice "blocked" the view of the camera while Ex-Team beat him & "they" both were in a position to intervene but failed to do so|| violated 8th Amendment Rights to be free from Cruel and Unusual Punishment (DE#28) see Cottone v. Jenne 326 F. 3d 1352 (11th Cir. 2003); Velazquez, 484 F. 3d at 1342.

#6 Plaintiff re-alleges Dice and McCraine used chemical agents to deprive him of Life, Liberty and property (DE #4,5,6,7, Kingsley, supra. 135 S.CT. at 2472,73.

#7 Plaintiff re-alleges Tova and McCraine violated his Due Process of Law and Equal Protection of Law Rights for not justifying a valid reason to place him on property restriction (DE# 12)

#8 Plaintiff re-alleges that McCraine violated his Due Process of Law when she "stated if you had cuffed up this would have never happened (DE#41) Harlow v. Fitzgerald, 457 U.S. 800, 818 202 S.CT. 2727, 73 L.Ed 396 (1982)

#9 Plaintiff re-alleges that Richburg used excessive force when he stated in front of plaintiff Kicking him in the face was Excessive Force 8th Amendment Violation Thomas v. Bryant 614.F3d

#10 Plaintiff Alleges that McCraine, Dice, Richburg, Tova, Cattnach, John Doe¹, John Doe², violated his Fourth Amendment Rights [chanting stop resisting and he was Already in handcuffs (DE#19) Graham v. Connor, 490 U.S. 386 (1989)

#11 Plaintiff re-alleges that Dice approached his back window off camera to say he had orders to send Extraction Team "To Teach Lee a Lesson" violated his failure-to-protect rights & Equal Protection Rights of Law, (#45) 8th Amendment Violation Rights

#12 Plaintiff re-alleges Dice, McCraine, Richburg, Tova, Cattnach, were deliberate indifference to his serious medical needs by refusing him to be seen by doctor so he could glue his ear back together & look at his eyes (DE# 43) Farrow v. West, 320 F. 3d 1235 (11th Cir. 2003) 8th Amendment's Right Violation

7'

V. Statement of Claims Continued (page 2 of 3)

#13 Plaintiff Re-alleges C. Jones was deliberately indifference to his serious medical need when he declared a medical emergency and C. Jones did not honor that medical emergency only to walk off after 20 minutes when he was suppose to be watching him 60 minutes, Farrow, 320 F.3d 1235, 1246

#14 Plaintiff re-alleges that Lt McCraine, Dice, Tona, Cattunah, John Doe¹, John Doe², Richburg, C.O. Jones, Boatwright all did not turn in incident reports timely violated his Due Process of Law (DE# 47)

#15 Plaintiff re-alleges that McCraine, Dice, Tona, Cattunah, John Doe¹, John Doe², Richburg, C.O. Jones, Boatwright for organizing this abuse without Due Process of Law (DE#47) Wilson v. Seiter, 501 U.S. 294, 300 III S.Ct. 2321, 115 L.Ed 2d 271 (1991)

#16 Plaintiff re-alleges McCraine orders Richburg to strip him out his boxers in front of her & all inmates, staff in the open exposing his buttocks made him suffer mental anguish and emotional stress (DE# 29, 30, 31) violating his 4th Amendments Rights unreasonable search and seizure without Due Process of Law

#17 Plaintiff alleges Richburg and Cattunah clawing out his eyes with chemical agents amounts to Excessive Force (Sec# 15) Soto v Dickey, 744 F.2d 1260, 1270 (7th Cir. 1984) Also See; eg. Thomas, 614 F.3d at 1310 using chemical agents)


Colusion To Claims; Based on the foregoing, it is recommended that;

1) All claims against Defendant Tona in his individual capacity _____;

2) All claims against Defendant Cattunes in his individual capacity _____;

3) All claims against Defendant Boatwright in his individual capacity _____;

4) All claims against Richburg of excessive force in his individual capacity _____;

5) All claims of Excessive Force against Cattunah in his individual capacity _____;

6) All claims of failure to intervene against McCraine in her individual capacity _____;

7) All claims of excessive force against McCraine in her individual capacity, under a theory of supervisory liability; _____;

7¹¹

V. Statement of Claims Continued (page 3 of 3)

8) All claims of failure to intervene against Dice in his individual capacity _____;

9) All claim of excessive force against Dice in his individual capacity, under a theory of supervisory liability, _____;

10) All claims against John Doe¹, in his individual capacity _____;

11) All claims against John Doe², in his individual capacity _____;

12) All claim of Excessive Force against John Doe³ in his individual capacity _____;

13) All claims of Excessive Force against John Doe², in his individual capacity _____;

14) The Claims of deliberate indifference against Dice in his individual capacity _____;

15) The Claims of deliberate indifference against Richburg in his individual capacity _____;

16) The Claims of deliberate indifference against Cattnah in his individual capacity _____;

17) The Claims of deliberate indifference against Tova in his individual capacity _____;

18) The Claims of deliberate indifference against McCraine in her individual capacity _____;

19) The Claims of deliberate indifference against Jones in his individual capacity _____;

20) The Claims of failure to intervene against Jones in his individual capacity _____;

21) The claims of failure to intervene against Boatwright in his individual capacity _____;

22) The claim of excessive force against Tova in his individual capacity _____;

23) All claims against Cattnah in his individual capacity _____;

7'''

**VI. Relief Requested**

- Plaintiff seeks the amount of $1.00 in nominal damages for the wanton violations of his rights by <u>Tona</u> in his individual capacity;
- Plaintiff seeks the amount of $150,000= in compensatory damages for the excessive force used and for psycological counseling to help Plaintiff re-establish his trust in F.D.O.C. staff in his individual capacity; <u>Tona</u>
- Plaintiff seeks the amount of $250,000= in punitive damages from <u>Tona</u> for his [Reckless] intent to punish "Lee" in his individual capacity;

- Plaintiff seeks the amount of $1.00 in nominal damages for the wanton violations of his rights by <u>John Doe¹</u> in his individual capacity;
- Plaintiff seeks the amount of $150,000= in compensatory damages for the excessive force used and for psycological counseling to help Plaintiff re-establish his trust in F.D.O.C. staff in his individual capacity; <u>John Doe¹</u>
- Plaintiff seeks the amount of $250,000= in punitive damages from <u>John Doe¹</u> for his [Reckless] intent to punish "Lee" in his individual capacity;

- Plaintiff seeks the amount of $1.00 in nominal damages for the wanton violations of his rights by <u>John Doe²</u> in his individual capacity;
- Plaintiff seeks the amount of $150,000= in compensatory damages for the excessive force used and for psycological counseling to help Plaintiff re-establish his trust in F.D.O.C. staff in his individual capacity; <u>John Doe²</u>
- Plaintiff seeks the amount of $250,000= in punitive damages from <u>John Doe²</u> for his [Reckless] intent to punish "Lee" in his individual capacity;

- Plaintiff seeks the amount of $1.00 in nominal damages for the wanton violations of his rights by <u>Bontwright</u> in his individual capacity;
- Plaintiff seeks the amount of $150,000= in compensatory damages for psycological counseling to help Plaintiff re-establish his trust in F.D.O.C. staff in his individual capacity; <u>Bontwright</u>
- Plaintiff seeks the amount of $250,000= in punitive damages for <u>Bontwright</u> with-holding information in his individual capacity;

7

VI. Relief Requested

- PlaintiFF seeks the amount of $1.00 in nominal damages for the wanton violation of his rights by L.T. McCraine in her individual capacity;
- PlaintiFF seeks the amount of $150,000° in compensatory damages for not intervening to stop the abuse he endured by the hands of her officers and for psychological counseling to help PlaintiFF re-establish his trust in F.D.O.C. staff in her individual capacity; L.T. McCraine
- PlaintiFF seeks the amount of $250,000° in punitive damages from L.T. McCraine for her [Reckless] intent to punish "Lee" in her individual capacity;

- PlaintiFF seeks the amount of $1.00 in nominal damages for the wanton violation of his rights by L.T. Dice in his individual capacity;
- PlaintiFF seeks the amount of $150,000° in compensatory damages for not intervening to stop the abuse he endured by the hands of his officers and for psychological counseling to help PlaintiFF re-establish his trust in F.D.O.C. staff in his individual capacity; L.T. Dice
- PlaintiFF seeks the amount of $250,000° in punitive damages from L.T. Dice for his [Reckless] intent to punish "Lee" in his individual capacity;

- PlaintiFF seeks the amount of $1.00 in nominal damages for the wanton violation of his rights by Sgt. Richburg in his individual capacity;
- PlaintiFF seeks the amount of $150,000° in compensatory damages for the excessive force used & for psychological counseling to help PlaintiFF re-establish his trust in F.D.O.C. staff in his individual capacity; Sgt. Richburg
- PlaintiFF seeks the amount of $250,000° in punitive damages from Sgt. Richburg for his [Reckless] intent to punish "Lee" in his individual capacity;

- PlaintiFF seeks the amount of $1.00 in nominal damages for the wanton violation of his rights by Sgt. Cattnach in his individual capacity;
- PlaintiFF seeks the amount of $150,000° in compensatory damages for the excessive force used and for psychological counseling to help PlaintiFF re-establish his trust in F.D.O.C. staff in his individual capacity; Sgt. Cattnach
- PlaintiFF seeks the amount of $250,000° in punitive damages from Sgt. Cattnach for his [Reckless] intent to punish "Lee" in his individual capacity;

7

V. Relief Requested

- Plaintiff seeks the amount of $1.00 in nominal damages for the wanton violation of his rights by C. Jones in his individual capacity;

- Plaintiff seeks the amount of $150,000⁰⁰ in compensatory damages for psychological counseling to help Plaintiff re-establish his trust in F.D.O.C. staff in his individual capacity; C. Jones

- Plaintiff seeks the amount of $250,000⁰⁰ in punitive damages for C. Jones with-holding information in his individual capacity;

- Plaintiff seeks a jury trial by his peers on all issues trayable by jury;

- Plaintiff seeks for defendant(s) to pay all court cost as liens;

- Plaintiff seeks for all defendant(s) not be able to counter-suite;

- Any additional relief this court deems just, proper and equitable.

**ATTENTION:** *The Prison Litigation Reform Act ("PLRA") does not permit awards for punitive or compensatory damages "for mental or emotional injury suffered while in custody without a prior showing of physical injury or the commission of a sexual act . . . ." 42 U.S.C. § 1997e(e).*

## VII.  EXHAUSTION OF ADMINISTRATIVE REMEDIES

The PLRA requires that prisoners exhaust all available administrative remedies *(grievance procedures)* before bringing a case.  42 U.S.C. § 1997e(a).  **ATTENTION:** *If you did not exhaust available remedies prior to filing this case, this case may be dismissed.*

## VIII.  PRIOR LITIGATION

**ATTENTION:** *The "three strikes rule" of the PLRA bars a prisoner from bringing a case without full payment of the filing fee at the time of case initiation if the prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).*

A.  To the best of your knowledge, have you had any case dismissed for a
    reason listed in § 1915(g) which counts as a "strike"?

    ☐ YES   ☑NO

    If you answered yes, identify the case number, date of dismissal and
    court:

    1. Date: _____ Case #: _____

       Court: _____

    2. Date: _____ Case #: _____

       Court: _____

    3. Date: _____ Case #: _____

       Court: _____

    *(If necessary, list additional cases on an attached page)*

B.  Have you filed other lawsuits in either ***state or federal court*** dealing with
    the same facts or issue involved in this case?

    ☐ YES   ☑NO

    If you answered yes, identify the case number, parties, date filed, result
    (*if not still pending*), name of judge, and court for each case (*if more
    than one)*:

    1. Case #: _____ Parties: _____

Court: _____ Judge: _____

Date Filed: _____ Dismissal Date *(if not pending)*: _____

Reason: _____

2. Case #: _____ Parties: _____

Court: _____ Judge: _____

Date Filed: _____ Dismissal Date *(if not pending)*: _____

Reason: _____

C. Have you filed any other lawsuit in federal court either challenging your

conviction or otherwise relating to the conditions of your confinement?

☐ YES  ☑ NO

If you answered yes, identify all lawsuits:

1. Case #: _____ Parties: _____

Court: _____ Judge: _____

Date Filed: _____ Dismissal Date *(if not pending)*: _____

Reason: _____

2. Case #: _____ Parties: _____

Court: _____ Judge: _____

Date Filed: _____ Dismissal Date *(if not pending)*: _____

Reason: _____

3. Case #: _____ Parties: _____

Court: _____ Judge: _____

Date Filed: _____ Dismissal Date *(if not pending)*: _____

Reason: _____

4. Case #: _____ Parties: _____

   Court: _____ Judge: _____

   Date Filed: _____ Dismissal Date *(if not pending)*: _____

   Reason: _____

5. Case #: _____ Parties: _____

   Court: _____ Judge: _____

   Date Filed: _____ Dismissal Date *(if not pending)*: _____

   Reason: _____

6. Case #: _____ Parties: _____

   Court: _____ Judge: _____

   Date Filed: _____ Dismissal Date *(if not pending)*: _____

   Reason: _____

*(Attach additional pages as necessary to list all cases.* **Failure to disclose all prior cases may result in the dismissal of this case.)**

## IX. CERTIFICATION

I declare under penalty of perjury that the foregoing (including all continuation pages) is true and correct. Additionally, as required by Federal

Rule of Civil Procedure 11, I certify that to the best of my knowledge, information, and belief, this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to timely notify the Clerk's Office if there is any change to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date: 6/2/2020 Plaintiff's Signature: Robert S. Lee

Printed Name of Plaintiff: Robert Lee S.

Correctional Institution: Santa Rosa C.I. Main Unit

Address: 5850 East Milton Road

Milton, Florida 32583

**I certify and declare, under penalty of perjury, that this complaint was (*check one*) ☑delivered to prison officials for mailing or ☐ deposited in**

the prison's mail system for mailing on the __21ˢᵗ__ day of __June__ ,

20 __20__ .


Signature of Incarcerated Plaintiff: __Robert Sinclair Lee__



CHECKED   JUN 2 3 2020

Robert Lee DC#T152aO4
Santa Rosa Correctional Institution
5850 East Milton Road
Milton, FLORIDA 32583

United States District Courts
Northern Florida District
100. N. PalaFox Street

Pensacola, Florida 32502-5665

MAILED FROM A STATE
CORRECTIONAL INSTITUTION





US POSTAGE >> PITNEY BOWES

ZIP 32583 $ 000.00°
02 4W
0000368416 JUN 22 2020



FOR MAILROOM

JUN 2 1 2020

SANTA ROSA C.I. C.1
PROVIDED TO