UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ROBERT SINCLAIR LEE,

    Plaintiff,

v.

CAPTAIN J. WHITE, *et al*.,

    Defendants.

Case No. 3:24cv321-TKW-HTC

## **DECLARATION OF ROBERT SINCLAIR LEE**

I, ROBERT SINCLAIR LEE, pursuant to 28 U.S.C. 1746 state:

1. On May 17, 2024 I was a Florida State prisoner at Santa Rosa Correctional Institution Annex.

2. On that date, at approximately 11:30 a.m., Officer Hartley approached my cell, K3108 lower, and informed me that I was being moved to the Main Unit.

3. I told Hartley my concern about and fear of Florida Department of Corrections ("FDC") staff and officers currently working at the Main Unit due to a lawsuit I had previously filed against them for which I received a small settlement.

4. This lawsuit, filed May 15, 2020 in the United States District Court in the Northern District of Florida, Pensacola Division, is *Robert Sinclair Lee v. Lieutenant T. Mccranie, et al.*, 3:20-cv-5462-MCR-HTC.

5. I told Hartley to please call the captain and mental health.

6. Captain White told me that I was going to the Main Unit by force or that I could make the right choice and go freely.

7. Mental health specialist Garcia came and I explained what happened four years ago at Santa Rosa Main Unit and that I was now suffering from extreme anxiety after being held down and brutally beaten by five guards at the Main Unit.

8. I explained to Garcia that I was prescribed medication for the disorder.

9. I was not on my medication at that time, when speaking with Garcia.

10. I told Garcia that if I go back to the Main Unit officers would hurt me again as they had threatened to do so. Garcia told me all she could do was document my problem.

11. White, Hartley and Grimm came to administer chemical agents with the hand-held use of force camera.

2

12. Grimm gave me a direct order to comply and said that I had three minutes to do so.

13. I told Grimm that I would comply as long as I was escorted on camera to the new location.

14. White and Grimm instructed Hartley to place shackles, handcuffs, a black box and waist chains on me.

15. After entering the main unit compound, Young and Coates both joined in to escort me.

16. When we got to E Dorm, Capt. White stopped the video recording although I had made him aware I only agreed to go to the Main Unit to avoid getting sprayed with gas and that I had not changed my objection to being placed in a cell in the Main Unit with another inmate..

17. Once in E-2, I noticed officers Trumble, Perkins and Gerencser waiting for me at E-2102. By that time, I had an escort of four officers and now I saw three more waiting for me. Usually an escort like that is done with two officers. I had eight officers by the time I got to the cell.

18. I knew someone was in the cell already and told Hartley, Young, Perkins and the others that I refused to go into the cell.

3

19. Hartley, Young, Trumble and Gerencser then violently slammed my head into the wall, causing me extreme pain in my head and neck, and to feel drunk-like and extremely woozy.

20. Hartley, Young, Trumble and Gerencser then rushed me head first about five steps and slammed me face first on the floor, causing me tremendous pain.

21. Young then deliberately slammed his knee into my neck with excessive force, causing me tremendous pain. I thought I was going to die.

22. Young palmed my face to the concrete with all his weight pressed down on me, which was extremely painful.

23. Grimm, Perkins, Coates, Trumble, Young, Gerencser and Hartley were all yelling "stop resisting," but I was not resisting.

24. Hartley hit me twice in the face and head with his heavy, brick-like, standard FDC issue walkie-talkie with malicious intent to cause serious physical, mental and emotional pain and suffering.

25. White, Grimm, Perkins, Coates, Trumble, Young and Gerencser were present and failed to intervene when Hartley hit me with his walkie-talkie, but were all in a position to do so and had time to do so at least by the second blow.

26. Perkins and Coates were twisting my ankles and pulling on my shackles, trying to break my ankles.

27. Trumble, Young, Hartley, White, Grimm and Gerencser were in a position to intervene and stop Perkins and Coates from trying to break my ankles, but failed to do so.

28. Young, Hartley, Trumble, and Gerencser were violently twisting my body, snatching on the waist chain, and bending my wrist against the handcuffs backwards, attempting to break my wrist. Young, Hartley, and Gerencser took turns twisting my wrist. Hartley tried to break my wrist. Trumble assisted them, pulling on my arm.

29. During this whole incident, I was begging them to not hurt me or kill me.

30. Hartley grabbed me by the neck and head while Gerencser, Young, Trumble and Perkins dropped me on my stomach. Then all ran out of the room, leaving me on the floor in pain.

31. Capt. White summoned the prison nurse on duty minutes later to do a visual body check, which she could not perform because I was behind the steel door and she could not see me.

32. Because of the officers' actions, I suffered extreme neck and back pain, and scrapes on my arms, wrist, ankles and hip.

33. I was mentally anguished and emotionally distressed due to this attack.

34. As a result of this attack, I saw the prison doctor three times. The first time I received Ibuprofen for my neck pain, the second time a steroid shot for neck pain, and the third time an x-ray order for my neck.

35. After the attack, I suffered dizziness for about 3 or 4 days and was extremely tired.

36. Due to the attack, I continue to suffer pain from my lower back all the way up to my neck, headaches, chronic severe neck pain, and pain in my arms. My right side collar bone and right shoulder still hurt, discomfort which comes and goes.

37. In late May 2024 I filed an informal grievance, which was approved: Inspector's office number 119-2405-1441.

38. A disciplinary report for disobeying a verbal order was initially issued against me but then never processed. There was never any disciplinary hearing regarding this matter and I was never found guilty for any wrongdoing.

39. The excessive force used against me was without penal or justified purpose.

6

40. As a result of this attack, I was given a 125 mg shot of Solu-Medrol, a steroid for my neck pain.

41. As a result of this attack, I was prescribed 600 mg Ibuprofen (keep on person) for 90 days, plus Tylenol.

42. Around April or May 2021, I was housed in Santa Rosa C.I. Main Unit, F Dorm, Wing 3. Officers put me with a roommate who showed me a knife. The inmate told me an officer gave him the knife and told him they were sick of me filing lawsuits.

43. In December 2021, when I was leaving Santa Rosa C.I., five officers (not defendants in the current lawsuit) told me that I should never return to Santa Rosa, because if I did, they would "have something" for me, indicating they would punish me for my (prior) lawsuit.

44. Around November 2020, Officer Young told me that he would kill me if he saw me on the street, and told me he doesn't like inmates who file lawsuits. Young was not a defendant in the other lawsuit, but worked in the rec yard with Officer Boatwright, who was a defendant.

45. After the May 17 2024 attack, Young, Coates and Gerencser in the Santa Rosa Main Unit called me a snitch in front of other inmates, to incite inmates to attack me.

46.   I was escorted to E Dorm in leg shackles, handcuffs, and a black box tethered to a waist chain and, still wearing those items, was incapacitated and could not move when I was on the floor being attacked.

FURTHER, AFFIANT SAYETH NAUGHT.

I declare under penalty of perjury that the foregoing is true and correct. Executed on _____, 2025, at _____, Florida.

_____
Robert Sinclair Lee, DC# T15204