K dorm handheld before UOF

| Time | Dialogue |
|---|---|
| 0:00 | **Lt. Grimm:** Is the camera on? Camera's on. I am Lieutenant Grimm, second shift assistant supervisor at Santa Rosa Correctional Institution Annex. Camera operator, please state your name, rank, date, and time as displayed on the handheld video camera. |
| 0:12 | **C.O. Vega:** Officer Vega; time and date is not displayed. |
| 0:16 | **Lt. Grimm:** Time and date is not displayed. Today's date is May 17th, 2024. Time is approximately 1:02pm. Camera operator, I am instructing you to position yourself in a manner that allows you to capture all events that occurred during this incident and to reposition yourself if necessary to capture these events and to continue recording until I instruct you otherwise. I am present in K Dormitory where inmate Lee, Robert, DC number Tango 15204, who is housed in Kilo 3108, is refusing to submit to an unclothed search, submit to wrist restraints, and exit the cell for cell reassignment. Sgt. Ortega has counseled inmate Lee concerning the situation and has attempted to resolve the situation prior to my arrival. CIT was performed by Orin Garcia but was deemed to be unsuccessful. Inmate Lee has continued to create a disturbance in the dormitory. I have counseled inmate Lee, ordered him to cease his behavior. Inmate Lee has refused to comply, continued refusing to submit to an unclothed search, submit to wrist restraints and exit the cell for cell reassignment. I reviewed inmate Lee's DC 4650B risk assessment form and no known medical conditions would be exacerbated by the use of chemical agents. On-duty medical staff was contacted and has also stated that there were no known medical reasons why chemical agents could not be administered to inmate Lee. Duty Warden Ricks was contacted and advised of the situation. Duty Warden Ricks has authorized the use of chemical agent OC as necessary to quell the disturbance created by inmate Lee. I will now attempt to resolve the disturbance by counseling with inmate Lee. It is my intent to resolve this disturbance by counseling with inmate Lee and to only utilize chemical agents if necessary to quell the disturbance after all reasonable, non-force intervention efforts have failed. I will now proceed to cell Kilo 3108, inmate Lee's assigned cell. |
| 2:28 | **Lt. Grimm:** Get out the door! |
| 2:34 | **Lt. Grimm:** Inmate Lee, this is Lt. Grimm. I am warning you to submit to an unclothed search, submit to wrist restraints, and exit your cell for cell reassignment. Inmate Lee, this is your final order. If you continue to refuse, chemical agents will be administered. Are you going to comply? |
| 2:48 | **Inmate Lee:** Sure. |
| 2:50 | **Lt. Grimm:** Inmate states he is going to comply. Can I get some wrist restraints? Okay. Inmate states he is going to comply; we will now wait up to three minutes. |
| 3:47 | **Inmate Lee:** I am willing to comply with that order. And I will ask the camera to escort me all the way to the main unit on camera. I comply with that order sir. I comply with that order on camera. You will take me to main unit, put the camera on me. I comply with that order sir. That way maybe I can address my issue on camera, you know. Sound |

| Time | Dialogue |
|---|---|
|  | like a plan to me, everybody? Maybe I can get my point across by the time I get over there to Echo dorm. I need the camera on me the whole way while I get escorted. |
| 6:19 | **Inmate Lee:** Everybody wanna sit around and gas me because I'm in fear for my life. 'Cause officers tryna kill me over there. When I go (unintelligible). Those officers try to kill on me, kill me over there, and I thought most of them (unintelligible). I guess y'all packing up on me again, huh, trying to take me out, huh? I gotta say I'll comply, but I wanna talk to the camera. 'Cause it could get uglier. It did before. When they tried to kill me, tried to rip my eyeballs out of my head, and beat me with handcuffs. (unintelligible), I got beat with handcuffs, yo. Real bad. Real bad. They didn't put a (unintelligible) on my face and you can see all the ugly wounds. I had a concussion, ladies and gentlemen. My eyes, they tried to rip my eyes out my head, yo. They kicked me in the face! Who would wanna go through something like that? Audio-video. Anybody in the audience can tell me? Who would, who would say that they would (unintelligible)— |
| 7:20 | **Lt. Grimm:** Alright, inmate, (unintelligible) since you have agreed to comply (unintelligible) this warning will not be repeated. (unintelligible) …the application of chemical agents should you become disruptive again. Alright, so I need you to go ahead and strip down to your boxers so we can perform a strip search. |
| 7:44 | **C.O. Hartley:** Open big so I can see your mouth. Lift your tongue. Lift your arms. (unintelligible). Turn around and squat and cough three times. [**Inmate Lee** coughs three times]. (unintelligible). Let me see those Crocs. |
| 8:16 | **Lt. Grimm:** Camera operator, (unintelligible) inmate Lee is complying, being compliant at this time. We will now proceed to restraining inmate Lee and getting him over to the main unit to rehouse him. |
| 9:14 | **Lt. Grimm:** Alright, (unintelligible). (unintelligible) 3108 (unintelligible). (unintelligible) 3108. |
| 9:33 | **C.O. Hartley:** Alright, kneel down. |
| 10:56 | **Lt. Grimm:** Alright, camera operator, at this time we will now proceed to Echo Dorm (unintelligible). |
|  | Some filler stuff from officers while they move Lee through the hall. |
| 14:20 | **Inmate Lee:** Oh, he's recording everything. Officers doing this. Same officers that kicked me all in the face, beat me with handcuffs. Same ones. Still work here. Hey, I'm just talking to the camera. One thing at a time. Tried to rip my eyeballs out my head. That's where I'm going back to. Same officers work over here. I belong over here? I'm supposed to be feeling safe? I felt safe the first time when they did it to me. I felt safe then. |
| 15:41 | **Inmate Lee:** I just wanna know, bad as I got beat, I'm supposed to feel safe? With handcuffs? |
| 18:02 | **Inmate Lee:** Just like I told you three weeks ago in the letter I wrote to the Inspector General. Just like I told you three weeks ago, when I wrote you the letter, there's a |

| Time | Dialogue |
|---|---|
|  | chance I might die here in Santa Rosa this time. I told you that in the letter, inspector generals, three weeks ago. You should have my letter. I'm gonna grieve this about why I'm back here. I ain't going in here. (unintelligible). Speed that up right now, I'm not going still. (unintelligible) …for the cameras…you know…when we pull up to the (unintelligible) …it ain't nothing, that's all. I don't belong here. Y'all tried to kill me before. Sure did. Filed a lawsuit about it. Sure did. Sure did. To be here. (unintelligible). Wassup, Fi? Wassup y'all? Yah, yah, yah. I'm on my way but guess what? Nah, nah, nah, nah, I ain't what. Y'all tried to kill me the first time. Man. Y'all tried to kill me the first time man. See that? The (unintelligible) …got it right here. You one of the main ones tried to kill me. (unintelligible) …Lieutenant right here? One of 'em that beat me with handcuffs right here. [someone says "No"]. Yeah, right here. Lieutenant Cattnach, he beat me with handcuffs, sir. Didn't I file a lawsuit on you, sir? Did I, Mr. Cattnach? Cody, Cody, Cody, Cody Wade Cattnach. Didn't you beat me with handcuffs? Didn't you beat me with handcuffs, Cattnach? Didn't I file a lawsuit on you Cattnach? I'm making it easy. I'm making it real easy. For my safety. For my safety, I'm making it real easy. Real easy. (unintelligible) …come on down here man. Carr! Cattnach! Come on down here man! |
| 20:19 | **C.O. Hartley:** Stop.<br>**Inmate Lee:** I ain't going in the cell. |
| 20:32 | **Inmate Lee:** You motherfuckers kill me for real this time? Y'all wanna do it anyway. |
| 20:36 | **C.O. Young:** Stop yelling, Lee. |
| 20:39 | **Inmate Lee:** I'm pissed the fuck off. For real man. Can't no motherfucker relax? Bitches tryna kill me! Can't no motherfucker relax? I'm on camera! (unintelligible). Fuck y'all going going on, man? I ain't lying on no motherfuckin' (unintelligible). Since we so interested in getting me over here, bitches tried to kill me! Main motherfucker tried to kill me—I filed a lawsuit about it, and I won! |
| 21:16 | **C.O. Hartley:** Alright, hush.<br>**Inmate Lee:** Ain't no hush! Scared for my motherfuckin' life! Y'all got me fucked up man! Cause I'm filing a grievance about it… (unintelligible). And hey, everything I'm saying is true. So help me God! Sayin' you finna hurt me now…nail a motherfucker another time! Fuck, boy you hear me? |
| 21:44 | **C.O. Young:** Inmate Lee, continue to walk.<br>**C.O. Vega:** Alright. |
| 21:46 | **Inmate Lee:** Swear to God, y'all got me fucked up man! I swear for God! What you looking at me like that for? You one of the main ones that be doin' that shit. Huh. Huh. You said "huh"? (unintelligible) …I want y'all to fuck me up! (unintelligible) …get some of your jobs this time, man! Suck my dick! |
| 22:16 | **C.O. Young:** I'm not gonna have your sexual advances. |
| 22:20 | **Inmate Lee:** Motherfuckin' Lee. This has got me back here. Motherfuckers tried to kill me! Fuck if I ain't gotta hush my mouth. Gotta hush my mouth, man! I'm telling the |

| Time | Dialogue |
|---|---|
|  | truth! You think I gotta hush boy, when I'm telling the truth?! You bitches tried to kill me! I ain't lying to nobody! |
| 22:47 | **Capt. White:** 2102.<br>**Inmate Lee:** I'm not going in a cell with nobody! I'm not going in a cell with nobody!<br>**C.O. Young:** Where we going?<br>**Capt. White:** 2102.<br>**Inmate Lee:** I need you all to know that. I'm not going in a cell with nobody! I'm not going in a cell with nobody! I sure ain't! I sure ain't going in a cell with none of you bitches. I'm not going in there. |
| 23:19 | **Capt. White:** Camera operator, inmate Lee complied with all of our orders issued. No force was utilized during this incident. Camera operator, state your name, date, and time as (unintelligible) on the handheld video camera. |
| 23:27 | **C.O. Vega:** Officer Vega, date is not, time and date not displayed—<br>**Capt. White:** May 17th, 2024. 1:26.<br>**C.O. Vega:** See— |

End of transcript.