IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**ROBERT SINCLAIR LEE,**

    **Plaintiff,**

**v.**                                        **Case No.: 3:24-cv-321-TKW-HTC**

**JACOB GRIMM, et al.,**

    **Defendants.**
_____/

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO
FILE REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

Pursuant to Rule 6(b)(1)(A), Federal Rules of Civil Procedure, Defendants Coates, Gerencser, Grimm, Hartley, Perkins, Trumble, White and Young ("Defendants") move this Court to extend the time to file their Reply in Support of Defendants' Motion for Summary Judgment (Doc. 78) for an additional 14 days, up to and including November 14, 2025. In support, Defendants state the following:

1. On October 24, 2025, Plaintiff submitted his Response in Opposition to Defendants' Motion for Summary Judgment. (Doc. 85). Pursuant to Local Rule 56.1(D), the deadline for Defendants to file a Reply is presently October 31, 2025.

1

2. Defendants now request that this Court provide an extension of 14 additional days from October 31, 2025, up to and including November 14, 2025, to file their Reply to Plaintiff's Response in Opposition to Defendants' Motion for Summary Judgment.

3. Undersigned counsel has been on leave of absence since October 25, 2025, and will not return to her office until November 3, 2025, at the earliest, because of a pre-planned long-distance trip. During this trip, undersigned has limited access to her case files.

4. In addition to her existing caseload, undersigned counsel has also been reassigned several cases from an attorney that recently separated from the Office of the Attorney General. Accordingly, undersigned has multiple deadlines for responses and dispositive motions over the next several weeks that were not foreseen when scheduling her trip.

5. For the foregoing reasons, undersigned needs more time to review Plaintiff's Response, confer with her clients, and prepare an appropriate Reply.

6. On October 24, 2025, undersigned counsel has conferred via email with Plaintiff's counsel, and he indicated that he has no objection to Defendants requesting an extension of time; however, undersigned the length of the extension – 14 days – was not specified in undersigned's email and thus, not explicitly agreed upon. On October 30, 2025, undersigned sent a follow up

email regarding the length of the extension and verify if Plaintiff's counsel still had no objection to the motion, but has not received a response at the time of filing.

7. This motion is made in good faith and not for the purpose of unnecessary delay. Plaintiff should not be unfairly prejudiced by the extension.

**WHEREFORE**, Defendants request that this Court render an order extending the time for Defendants to file a Reply in Support of Defendants' Motion for Summary Judgment for an additional 14 days, making the effective due date November 14, 2025.

Respectfully submitted,

**JAMES UTHMEIER**
ATTORNEY GENERAL

*/s/ Juanita Villalpando*
Juanita Villalpando (FBN 1036083)
Assistant Attorney General
Civil Litigation Division
Office of the Attorney General
The Capitol, Suite PL-01
Tallahassee, Florida 32399
Telephone: (850) 414-3300
Juanita.Villalpando@myfloridalegal.com
*Counsel for Defendants*

**CERTIFICATE OF CONFERRAL**

I certify that on October 24, 2025, I conferred via email with Plaintiff's counsel regarding this Motion and that counsel had no objection to an extension of

time; however, the length of the extension was brought up during the initial conferral. On October 30, 2025, I conferred via email with Plaintiff's counsel regarding the number of additional days requested but has not received a response. I will update this Court upon receiving Plaintiff's position.

*/s/ Juanita Villalpando*
Juanita Villalpando

## CERTIFICATE OF COMPLIANCE WITH WORD LIMIT

**I HEREBY CERTIFY** that the above Motion does not exceed the 8,000 total word maximum created by N.D. Fla. Loc. R. 7.1(F).

*/s/ Juanita Villalpando*
Juanita Villalpando

## CERTIFICATE OF SERVICE

I certify that a copy of this *Motion for Extension of Time to File Reply in Support of Motion for Summary Judgment* was e-filed and served electronically on counsel of record through CM/ECF on October 31, 2025.

*/s/ Juantia Villalpando*
Juantia Villapando