IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**ROBERT SINCLAIR LEE,**

    **Plaintiff,**

v.                                                **Case No.: 3:24-cv-321-TKW-HTC**

**JACOB GRIMM, et al.,**

    **Defendants.**

_____/

## NOTICE OF NON-OBJECTION

Notice is hereby given that Plaintiff does not object to Defendants' request for a 14-day extension to file a reply. Defendants filed a Motion for Extension of Time to File a Reply in Support of Motion for Summary Judgment on October 31, 2025. (Doc. 86). Undersigned had conferred with Plaintiff's counsel regarding the motion prior to filing and he indicated he had no objection to an extension. However, undersigned failed to specify the amount of time she would request in the conferral email, and thus the length of the extension was explicitly agreed upon. On October 30, 2025, and October 31, 2025, undersigned and Plaintiff's counsel conferred again via email and Plaintiff's counsel indicated he had no objection to a 14-day extension.

        Respectfully submitted,

        **JAMES UTHMEIER**
        ATTORNEY GENERAL

        */s/ Juanita Villalpando*
        Juanita Villalpando (FBN 1036083)
        Assistant Attorney General
        Civil Litigation Division
        Office of the Attorney General
        The Capitol, Suite PL-01
        Tallahassee, Florida 32399
        Telephone: (850) 414-3300
        Juanita.Villalpando@myfloridalegal.com
        *Counsel for Defendants*

## CERTIFICATE OF SERVICE

I certify that a copy of *Notice of Non-Objection* was e-filed and served electronically on counsel of record through CM/ECF on November 3, 2025.

        */s/ Juantia Villalpando*
        Juantia Villapando