UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ROBERT SINCLAIR LEE,

    Plaintiff,

vs.

JACOB GRIMM, et al.,

    Defendants.

Case No. 3:24-cv-321-TKW-HTC

**NOTICE OF SUBSTITUTION OF PLAINTIFF'S VERIFIED DECLARATION AS EXHIBIT TO PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

NOTICE IS HEREBY GIVEN that Plaintiff, through counsel, files his Verified Declaration as a substitute exhibit for the unverified version filed with Plaintiff's response to Defendants' Motion for Summary Judgment, Exhibit 84-6. Plaintiff's Verified Declaration was delayed by problems with prison legal mail.

Respectfully Submitted,    /s/ James V. Cook
                                                   JAMES V. COOK (FBN 0966843)
                                                 Law Office of James Cook
                                                 314 West Jefferson Street
                                                 Tallahassee, FL 32301
                                                 (850) 222-8080; 561-0836 fax
                                                 cookjv@gmail.com

                                                 *Attorney for Plaintiff*

I CERTIFY the foregoing was filed electronically on 11/25/2025, serving counsel of record registered to be notified by the CM/ECF electronic filing system.

                                                                      /s/James V. Cook

1