UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**ROBERT SINCLAIR LEE,**

    **Plaintiff,**

v.                                           Case No.  3:24-cv-321-TKW-HTC

**JACOB GRIMM, et al.,**

    **Defendants.**

_____ /

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 91).  No objections were filed.

Upon due consideration of the Report and Recommendation and the entire case file, the Court agrees with the magistrate judge's determination that there are genuine disputes of material facts on Plaintiff's excessive force and failure to intervene claims and that Plaintiff is not barred from seeking compensatory or punitive damages.  Accordingly, it is

    **ORDERED** that:

    1.   The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

    2.   Defendants' motion for summary judgment (Doc. 78) is DENIED.

3. This case is returned to the magistrate judge for further pretrial proceedings, including a settlement conference at an appropriate point.

**DONE AND ORDERED** this 23rd day of January, 2026.

_____
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**