UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ROBERT SINCLAIR LEE,

    Plaintiff,

v.                              Case No. 3:24cv321-TKW-HTC

JACOB GRIMM, et al.,

    Defendants.

_____/

## ORDER

On January 23, 2026, Judge Wetherell adopted my Report and Recommendation and denied Defendants' motion for summary judgment. Docs. 91 & 92. Judge Wetherell also returned the case to the undersigned for further pretrial proceedings, including a settlement conference.

Accordingly, it is ORDERED:

The Court will hold a status conference with counsel by Zoom on **February 3, 2026, at 10:00 a.m. (CST)**. The Zoom link will be provided to counsel by email.

DONE AND ORDERED this 23rd day of January, 2026.

*/s/ Hope Thai Cannon*
**HOPE THAI CANNON**
**UNITED STATES MAGISTRATE JUDGE**