UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION
Civil Hearing Minutes

# Honorable Hope T. Cannon, U.S. Magistrate Judge

| | |
|---|---|
| **Case Style:** | *Lee vs. Grimm, Perkins, Young, Hartley, Trumble, Gerenscer, Coates, White* |
| **Case No.:** | 3:24-cr-321/TKW-HTC |
| **Date:** | February 3, 2026 |
| **Hearing:** | Status Conference (via Zoom) |

| | | | |
|---|---|---|---|
| **Time Commenced:** | 10:00 a.m. | **Time Concluded:** | 10:20 a.m. |
| **Court Reporter:** | None | | |

**Present by Zoom for Plaintiff:**
James V. Cook, Esquire (James V. Cook, PA – Tallahassee, FL)
Joshua M. Tarjan, Esquire (Tarjan Law Firm, PA – Pinecrest, FL)

**Present by Zoom for Defendants Grimm, Perkins, Young, Hartley, Trumble, Gerenscer, and Coates:**
Juanita Villalpando, AAG (Florida Attorney General's Office – Tallahassee, FL)

**PROCEEDINGS:**

| | |
|---|---|
| 10:00 a.m. | Court in session. |
| | Status Conference held. |
| 10:20 a.m. | Court in recess. |

_____
**Filed in Open Court**
**February 3, 2026**
**Deputy Clerk: kli**