UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ROBERT SINCLAIR LEE,

    Plaintiff,

v.                                                        Case No. 3:24cv321-TKW-HTC

JACOB GRIMM, et al.,

    Defendants.

_____/

## ORDER

On January 23, 2026, Judge Wetherell adopted my Report and Recommendation and denied Defendants' motion for summary judgment. Docs. 91 & 92. This Order sets forth the procedures and requirements for the parties' submission of their pretrial narratives and other trial materials.

Accordingly, it is ORDERED:

On or before **February 24, 2026**, the parties shall file the following:

    A.    A narrative written statement of the facts that will be presented on their behalf through oral or documentary evidence at trial.

    B.    A list of all exhibits they will offer into evidence at trial.

    C. A list of the names and addresses of all the witnesses they intend to call and a succinct summary of the expected testimony of each witness.  They shall indicate what witnesses, if any, are inmates.[1]

  DONE AND ORDERED this 3rd day of February, 2026.

            /s/ Hope Thai Cannon
            **HOPE THAI CANNON**
            **UNITED STATES MAGISTRATE JUDGE**

---

[1] Failure of the parties to fully disclose in the pretrial narrative statement or at the pretrial conference the substance of the evidence to be offered at trial may result in the exclusion of that evidence at trial.  The only exceptions will be (a) matters which the Court determines were not reasonably discoverable at the time of the pretrial conference, (b) privileged matters, and (c) matters to be used solely for the impeachment of a witness.

Case No. 3:24cv321-TKW-HTC