UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ROBERT SINCLAIR LEE,

    Plaintiff,

v.                                        Case No. 3:24cv321-TKW-HTC

JACOB GRIMM, et al.,

    Defendants.
_____/

## ORDER

At the February 3 status conference, the parties asked the Court to schedule a settlement conference. Accordingly, this case is hereby referred to U.S. Magistrate Judge Charles J. Kahn, Jr., to conduct a settlement conference.

DONE AND ORDERED this 3rd day of February, 2026.

/s/ Hope Thai Cannon
**HOPE THAI CANNON**
**UNITED STATES MAGISTRATE JUDGE**