SUNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ROBERT SINCLAIR LEE,

    Plaintiff,

v.                                                           Case No. 3:24cv321-TKW-HTC

JACOB GRIMM, et al.,

    Defendants.
_____/

## ORDER SETTING SETTLEMENT CONFERENCE

A settlement conference is scheduled in this matter for **March 5, 2026, at 9:00 a.m. (CST)** in either Courtroom 3 North (3rd Floor) or Courtroom 4 South (4th Floor), One North Palafox Street, Pensacola, Florida 32502. The conference will conclude no later than the close of business on March 5, 2026. Plaintiff, Plaintiff's counsel, and Defendants' counsel must attend the conference in person.[1] The individual Defendants need not attend the conference in person, but Defendants' counsel shall ensure Defendants and the responsible adjuster or risk manager can be reached by telephone throughout the conference. Any other exception to the in-person requirement must be by order of the court. If a motion is filed seeking such an order, the opposing party must respond within 48 hours, weekends and holidays

---

[1] The Court will secure the appearance of the incarcerated Plaintiff through a writ of habeas corpus ad testificandum.

excluded. For this conference to have a reasonable chance of success, the parties must very carefully review, and comply with, the remainder of this Order.

Settlement conferences are often unproductive unless the parties have exchanged demands and offers before the conference and made a serious effort to settle the case on their own. Therefore, before arriving at the settlement conference, the parties shall negotiate and make a good-faith effort to settle the case without the involvement of the court. Any settlement will be immediately communicated to the court by filing a joint notice of settlement.

Additionally, on or before **February 23, 2026**, each party must provide a settlement statement marked "confidential" to the office of the Magistrate Judge via hand-delivery, mail, or e-mail (david_ricci@flnd.uscourts.gov). The statement will not be filed with the clerk or served on or disclosed to opposing counsel, as it will not become a part of the file of this case and will be for the exclusive use of the Magistrate Judge in preparing for and conducting the conference. The statement must contain: (1) a brief description of the remaining claims and applicable law and defenses; (2) a concise recitation of the facts and evidence the party expects to present at trial, including evidence that supports any claim for damages; (3) a brief description of the relief that may be afforded to the prevailing party at trial (e.g., the nature and extent of damages, entitlement to attorney fees); (4) an estimate of attorney fees and costs of litigation to date and through trial; (5) an outline of

settlement negotiations to date, including the most recent proposals and counter proposals; and (6) a statement regarding whether any settlement terms are believed to be "nonnegotiable" and, if so, a description of those terms.  The statement should not be lengthy, but it should contain enough information to be useful to the undersigned in analyzing the factual and legal issues in the case.  **To facilitate the possibility of settlement at the conference, the parties should attach to the statement any evidence relevant to the parties' assessment of damages in this case, including but not limited to all relevant medical records.**

No later than three (3) days before the conference, Defendants' counsel shall also submit via email, and in Word format, a joint settlement agreement which contains all terms agreed to by the parties, such as mutual releases, dismissal with prejudice, and confidentiality; and leaving blank any disputed terms, such as the settlement amount.  In addition, Defendants' counsel shall bring to the conference information regarding the amount of liens, if any, on Plaintiff's FDOC inmate account.

The settlement conference may begin with each party making a brief statement of their case to the court, in the presence of the opposing party.  Please remember that the purpose of this presentation is to persuade the other side, rather than to persuade the court, and this exercise should certainly not be used to impress your client.  You will have ten minutes per side to present the summation.  The parties

may agree to waive the statement, and the undersigned may, after consultation with the parties, dispense with it.

Because the undersigned has a number of years' experience as a trial lawyer and judge, the court may offer an opinion on the respective strengths of the parties' positions and may even recommend a settlement. None of the court's opinions, nor any recommendations, will be made known to the trial judge, and of course a recommendation is intended as only that. In all likelihood, the parties will be separated for individual, private discussion with the court.

Although the purpose of the settlement conference is to facilitate settlement of this case, it will be conducted in such a manner as not to prejudice any party in the event settlement is not reached. To that end, all matters communicated to the Magistrate Judge in confidence before or during the conference will be kept confidential and will not be disclosed to any other party or to the judge presiding over the case. To make the best use of the time allotted, counsel should consider, and where appropriate discuss with his or her client, the following matters that may arise during the separate caucuses: (1) the Magistrate Judge may address the client personally; (2) the Magistrate Judge may ask the parties to assess the weaknesses/strengths of the claims and defenses; (3) the Magistrate Judge may inquire as to whether issues other than simple payment of money or entry of a court order are at play in the particular case; and (4) the Magistrate Judge may ask counsel

to discuss whether attorneys' fees or other expenses are affecting settlement and, if so, whether this has been communicated to the opposing party.  In appropriate cases, the Magistrate Judge may also bring up questions, both factual and legal, that would appear likely to arise at trial.

The conference will end when settlement is reached or when the Magistrate Judge concludes that further negotiation is unlikely to result in settlement.  If settlement is reached, the court will, upon request, activate a recording device, or obtain a court reporter so that the parties may place the terms of their settlement on the record and recommend dismissal of this action.

DONE AND ORDERED this 4th day of February, 2026.

/s/ *Charles J. Kahn, Jr.*
**CHARLES J. KAHN, JR.**
**UNITED STATES MAGISTRATE JUDGE**

Case No. 3:24cv321-TKW-HTC