# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

ROBERT SINCLAIR LEE,

     Plaintiff,

vs.

GRIMM, et al.,

     Defendants.

Case No. 3:24-cv-321-TKW-HTC

## PLAINTIFF'S WITNESS AND EXHIBIT DISCLOSURE

COMES NOW the Plaintiff, ROBERT SINCLAIR LEE, through the undersigned attorney, and discloses the following Witness and Exhibit Lists:

WITNESS LIST: The name and address, telephone number, and e-mail address of each anticipated witness—along with the subjects of expected testimony.

| Person with Information | Expected Testimony |
|---|---|
| 1. All witnesses listed by other parties and any other persons with knowledge yet to be identified | |
| 2. Ates, Terry, LPN, Centurion Santa Rosa Correctional Institution 5850 East Milton Rd. Milton, FL 32583 (850) 983-5800 | Can testify to medical examination and treatment. |
| 3. Boatwright, Ofc. Santa Rosa Correctional Institution 5850 East Milton Rd. Milton, FL 32583 (850) 983-5800 | Can testify to animus from prior lawsuit in which Plaintiff recovered damages. |
| 4. Brown, Jacques, DC# R26501 (released; seeking current address) | Occupied the cell next to the cell where Plaintiff was to be housed. Can testify to what he saw and heard. |

| Person with Information | Expected Testimony |
|---|---|
| 5. Brown, Maj. Latoya<br>Santa Rosa Correctional Institution<br>5850 East Milton Rd.<br>Milton, FL 32583<br>(850) 983-5800 | Can testify to the failure to record escort, and failure to report allegations of misconduct by Capt. White, including stopping the video recording prior to the re-housing of Plaintiff and to Officer Vega's failure to record. |
| 6. Cattnach, Lt. Cody<br>Santa Rosa Correctional Institution<br>5850 East Milton Rd.<br>Milton, FL 32583<br>(850) 983-5800 | Can testify to animus from prior lawsuit in which Plaintiff recovered damages. |
| 7. Coates, Ofc. William<br>Care of Attorneys | Can testify to joining the escort after leaving the cell. Can testify to use of force. |
| 8. Cooks, Eddie, DC# 976441<br>Desoto Annex, 13617 S.E. Hwy 70<br>Arcadia, FL 34266<br>(863) 494-3727 | Can testify to occupying the cell where Plaintiff was to be housed and to what was said and done at his cell. |
| 9. Davis, Johnny, DC# C10389<br>Central Florida Reception Center<br>7000 H C Kelley Rd.<br>Orlando, FL 32831-2518 | Occupied the cell next to the cell where Plaintiff was to be housed. Can testify to what he saw and heard. |
| 10. Garcia, Angel<br>Mental Health Counselor<br>Santa Rosa Correctional Institution<br>5850 East Milton Rd.<br>Milton, FL 32583<br>(850) 983-5800 | Can testify to Plaintiff's expression of fear regarding animus stemming from another case. Can also testify to lack of a crisis intervention. |
| 11. Gerencser, Antonio<br>Care of attorneys | Can testify to the history of animus, meeting escort at cell, and to the use of force. |
| 12. Grimm, Lt. Jacob<br>Care of attorneys | Can testify to operating the camera through the escort, to the Main Unit, to the interruption of the video-record by Capt. White, and to use of force. |

2

| Person with Information | Expected Testimony |
|---|---|
| 13. Hartley, Ofc. Gabriel<br>    Care of attorneys | Can testify to notification of Lee's transfer to Main Unit and plaintiff's response. Can testify about Plaintiff's request for a mental health professional. Can testify to the escort to the Main Unit and the events inside of dorm. Can testify to use of force. |
| 14. Lee, Robert – Plaintiff<br>    Care of attorneys | Can testify to encounters with corrections staff threats, violence, and injuries and to the use of force at the cell front. |
| 15. Livingston, Nathan, DC# E32853<br>    (released; seeking current address) | Occupied the cell next to the cell where Plaintiff was to be housed. Can testify to what he saw and heard. |
| 16. Mir, Dr. Yasser<br>    Santa Rosa Correctional Institution<br>    5850 East Milton Rd.<br>    Milton, FL 32583<br>    (850) 983-5800 | Can testify to Plaintiff's injuries and that his condition justified an MRI although none was done. |
| 17. Moore, Lt. Dwight<br>    Santa Rosa Correctional Institution<br>    5850 East Milton Rd.<br>    Milton, FL 32583<br>    (850) 983-5800 | Can testify to events at Echo Dorm including use of force and pre and post-use of force. |
| 18. Moorman, Eric, DC# B12189<br>    South Bay Corrections Facility<br>    600 U.S. Highway 27 South<br>    South Bay, FL 33493-2233<br>    (561) 992-9505 | Occupied the cell next to the cell where Plaintiff was to be housed. Can testify to what he saw and heard. |
| 19. Parker, Dennelle, APRN Centurion<br>    Santa Rosa Correctional Institution<br>    5850 East Milton Rd.<br>    Milton, FL 32583<br>    (850) 983-5800 | Can testify to medical examination. |

| Person with Information | Expected Testimony |
|---|---|
| 20. Perkins. Sgt. Krystal<br>Care of Attorneys | Can testify to housing issues at Santa Rosa C.I. and to the use of force. |
| 21. Quinn, Warden. Ronnie<br>Santa Rosa Correctional Institution<br>5850 East Milton Rd.<br>Milton, FL 32583<br>(850) 983-5800 | Can testify to the policies and procedures and use of force issues at Santa Rosa Correctional Institution. |
| 22. Records Custodians as necessary | |
| 23. Richter, Col. Charles<br>Santa Rosa Correctional Institution<br>5850 East Milton Rd.<br>Milton, FL 32583<br>(850) 983-5800 | Can testify to reviewing reports and procedures. |
| 24. Stafford, Lt. Leon<br>Santa Rosa Correctional Institution<br>5850 East Milton Rd.<br>Milton, FL 32583<br>(850) 983-5800 | Can testify to events at Echo Dorm including use of force and pre and post-use of force. |
| 25. Trumble, Ofc. Ryan<br>Care of Attorneys | Can testify to use of force. |
| 26. Vega, Ofc. Steven<br>Santa Rosa Correctional Institution<br>5850 East Milton Rd.<br>Milton, FL 32583<br>(850) 983-5800 | Can testify to recording on the handheld camera and to the escort to the Main Unit and subsequent events, including the use of force. |

5

| Person with Information | Expected Testimony |
|---|---|
| 27. White, Capt. Jack<br>Santa Rosa Correctional Institution<br>5850 East Milton Rd.<br>Milton, FL 32583<br>(850) 983-5800 | Can testify to presence of mental health staff, and Plaintiff's expressed fears. Can also testify to Plaintiff's transfer to the Main Unit. Can testify to switch of camera angle, and that Plaintiff complied with all orders. Can testify to use of force by officers and command to order camera back on. Can testify to Major Brown speaking about reporting processes with him. |
| 28. Young. Ofc. Kyle<br>Care of Attorneys | Can testify to animus to Plaintiff, joining the escort after leaving the cell. Can testify to events that occurred inside of dorm. Can testify to use of force. |

**EXHIBIT LIST:** **A description of all evidence that may be sought to be admitted, unless the use would be solely for impeachment.**

| No. Exhibit | Witness sponsor | Description | Objections |
|---|---|---|---|
| 1. Escort Handheld Video | Plaintiff | Video of escort from Annex to Main Unit | |
| 2. W2 Control Fixed Wing Video | Plaintiff | Surveillance video covering cell front | |
| 3. Use of Force Video | Plaintiff | Short video taken cell front after use of force began | |
| 4. Still photos from video recordings | Plaintiff | Freeze-frame images of aspects of the uses of force. | |
| 5. Case Master Report for 24-10828 | Records Custodian or by agreement | Reports relating to use of force on 5/17/2024 | |
| 6. Incident Report 135-2024-0728 | Records Custodian or by agreement | Use of Force Incident Report by Ofc. Hartley (no number) | |
| 7. Incident Report of Kyle Young | Records Custodian or by agreement | Use of Force Incident Report by Ofc. Young (no number) | |
| 8. Incident Report of Ryan Trumble | Records Custodian or by agreement | Use of Force Incident Report by Ofc. Trumble (no number) | |
| 9. Incident Report of Antonio Garencser | Records Custodian or by agreement | Use of Force Incident Report by Ofc. Gerencser (no number) | |
| 10. Incident Report of Krystal Perkins | Records Custodian or by agreement | Use of Force Incident Report by Sgt. Perkins (no number) | |
| 11. Incident Report of Steven Vega | Records Custodian or by agreement | Use of Force Incident Report by Ofc. Vega (no number) | |
| 12. Incident Report of Jacob Grimm | Records Custodian or by agreement | Use of Force Incident Report by Lt. Grimm (no number) | |
| 13. Incident Report of Willam Coates | Records Custodian or by agreement | Use of Force Incident Report by Ofc. Coates (no number) | |
| 14. Incident Report of Dwight Moore | Records Custodian or by agreement | Use of Force Incident Report by Lt. Moore (no number) | |
| 15. Incident Report of Leon Stafford | Records Custodian or by agreement | Use of Force Incident Report by Ofc. Stafford (no number) | |
| 16. Incident Report 135-2024-0765 | Records Custodian or by agreement | Incident Report by Major LaToya Brown (DC6-210) | |
| 17. Report of Force Used 24-10828 | Records Custodian or by agreement | Report of Force Used (DC6-230) | |
| 18. MINS Incident Report – 0001259602 | Records Custodian or by agreement | Documentation of Use of Force incident sued upon | |
| 19. MINS Incident Report – 0001260531 | Records Custodian or by agreement | Documentation of observations by Major Latoya Brown | |

6

| No. Exhibit | Witness sponsor | Description | Objections |
|---|---|---|---|
| 20. MINS Incident Report – 0001260537 | Records Custodian or by agreement | Documentation of several rule violations in Lee incident | |
| 21. Major Latoya Brown memo as to White | Major Brown | Memo relating to rule violations by Capt. White | |
| 22. Major Latoya Brown memo as to Vega | Major Brown | Memo relating to rule violations by Ofc. Vega | |
| 23. IM-70 Form | Records Custodian or by agreement | Sample Form showing compatibility factors | |
| 24. Overall Inmate Record (DC-14) | Records Custodian or by agreement | A summary record of Plaintiff's incarceration | |
| 25. Cell Assignments, Dorm E, 5-16-24 | Records Custodian or by agreement | Location of inmates on day prior to the use of force | |
| 26. Chemical Agents Risk Assessment | Records Custodian or by agreement | Medical assessment of risk to Lee from chemical agents | |
| 27. Control Room Log 5-17-24 | Records Custodian or by agreement | Control Room Log for time of the incident sued upon. | |
| 28. Cooks, Eddie, 978441 Face Sheet | Records Custodian or by agreement | FDC Face Sheet showing the inmate in Cell E2102 | |
| 29. Daily Record of Special Housing | Records Custodian or by agreement | Records of Plaintiff's time in special housing (confinement) | |
| 30. Logs for E-Dorm | Records Custodian or by agreement | Logs for Echo Dorm in Santa Rosa Main Unit | |
| 31. Logs for K-Dorm | Records Custodian or by agreement | Logs for Kilo Dorm in Santa Rosa Annex | |
| 32. Emails Redacted | Records Custodian or by agreement | Communications including e-mails. | |
| 33. 33-602.210 Florida Administrative Code | Records Custodian or by agreement | FDC Use of Force Rule | |
| 34. Grievance On Prior Attack | Records Custodian or by agreement | Grievance complaining of animus from prior lawsuit | |
| 35. Plaintiff's Medical Records | Records Custodian or by agreement | Records showing medical complaints, exams, and care | |
| 36. Plaintiff's Sick Call Request forms | Records Custodian or by agreement | Sick call request forms submitted by Plaintiff | |
| 37. Chain of Custody (video) | Records Custodian or by agreement | Chain of custody for hand-held and fixed-wing video | |
| 38. Mental health reports | Records Custodian or by agreement | Records relating to mental health care and treatment | |
| 39. Exhibits listed by other parties | Records Custodian or by agreement | | |

Respectfully submitted, */s/James V. Cook*
JAMES V. COOK, ESQ. (FBN 0966843)
314 West Jefferson Street
Tallahassee, FL 32301
(850) 222-8080; (850) 561-0836 fax
cookjv@gmail.com

I CERTIFY a true copy hereof was served by electronic mail on 2/24/2026 on all counsel of record registered with the Court's electronic filing system.

*/s/James V. Cook*

8