UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| ROBERT SINCLAIR LEE, | |
|---|---|
| Plaintiff, | |
| vs. | Case No. 3:24-cv-321-TKW-HTC |
| GRIMM, et al., | |
| Defendants. | |

## PLAINTIFF'S EXHIBIT LIST

**A description of all evidence that may be sought to be admitted, unless the use would be solely for impeachment.**

| No. Exhibit | Witness sponsor | Description | Objections |
|---|---|---|---|
| 1. Escort Handheld Video | Plaintiff | Video of escort from Annex to Main Unit | |
| 2. W2 Control Fixed Wing Video | Plaintiff | Surveillance video covering cell front | |
| 3. Use of Force Video | Plaintiff | Sort video taken cell front after use of force began | |
| 4. Still photos from video recordings | Plaintiff | Freeze-frame images of aspects of the uses of force. | |
| 5. Case Master Report for 24-10828 | Records Custodian or by agreement | Reports relating to use of force on 5/17/2024 | |
| 6. Incident Report 135-2024-0728 | Records Custodian or by agreement | Use of Force Incident Report by Ofc. Hartley (no number) | |
| 7. Incident Report of Kyle Young | Records Custodian or by agreement | Use of Force Incident Report by Ofc. Young (no number) | |
| 8. Incident Report of Ryan Trumble | Records Custodian or by agreement | Use of Force Incident Report by Ofc. Trumble (no number) | |
| 9. Incident Report of Antonio Garencser | Records Custodian or by agreement | Use of Force Incident Report by Ofc. Gerencser (no number) | |
| 10. Incident Report of Krystal Perkins | Records Custodian or by agreement | Use of Force Incident Report by Sgt. Perkins (no number) | |
| 11. Incident Report of Steven Vega | Records Custodian or by agreement | Use of Force Incident Report by Ofc. Vega (no number) | |
| 12. Incident Report of Jacob Grimm | Records Custodian or by agreement | Use of Force Incident Report by Lt. Grimm (no number) | |

| | | | |
|---|---|---|---|
| 13. Incident Report of Willam Coates | Records Custodian or by agreement | Use of Force Incident Report by Ofc. Coates (no number) | |
| 14. Incident Report of Dwight Moore | Records Custodian or by agreement | Use of Force Incident Report by Lt. Moore (no number) | |
| 15. Incident Report of Leon Stafford | Records Custodian or by agreement | Use of Force Incident Report by Ofc. Stafford (no number) | |
| 16. Incident Report 135-2024-0765 | Records Custodian or by agreement | Incident Report by Major LaToya Brown (DC6-210) | |
| 17. Report of Force Used 24-10828 | Records Custodian or by agreement | Report of Force Used (DC6-230) | |
| 18. MINS Incident Report - 0001259602 | Records Custodian or by agreement | Documentation of Use of Force incident sued upon | |
| 19. MINS Incident Report 0001260531 | Records Custodian or by agreement | Documentation of observations by Major Latoya Brown | |
| 20. MINS Incident Report – 0001260537 | Records Custodian or by agreement | Documentation of several rule violations in Lee incident | |
| 21. Major Latoya Brown memo as to White | Major Brown | Memo relating to rule violations by Capt. White | |
| 22. Major Latoya Brown memo as to Vega | Major Brown | Memo relating to rule violations by Ofc. Vega | |
| 23. IM-70 Form. | Records Custodian or by agreement | Sample Form showing compatibility factors | |
| 24. Overall Inmate Record (DC-14) | Records Custodian or by agreement | A summary record of Plaintiff's incarceration | |
| 25. Cell Assignments, Dorm E, 5-16-24 | Records Custodian or by agreement | Location of inmates on day prior to the use of force | |
| 26. Chemical Agents Risk Assessment | Records Custodian or by agreement | Medical assessment of risk to Lee from chemical agents | |
| 27. Control Room Log 5-17-24 | Records Custodian or by agreement | Control Room Log for time of the incident sued upon. | |
| 28. Cooks, Eddie, 978441 Face Sheet | Records Custodian or by agreement | FDC Face Sheet showing the inmate in Cell E2102 | |
| 29. Daily Record of Special Housing | Records Custodian or by agreement | Records of Plaintiff's time in special housing (confinement) | |
| 30. Logs for E-Dorm | Records Custodian or by agreement | Logs for Echo Dorm in Santa Rosa Main Unit | |
| 31. Logs for K-Dorm | Records Custodian or by agreement | Logs for Kilo Dorm in Santa Rosa Annex | |
| 32. Emails Redacted | Records Custodian or by agreement | Communications including e-mails. | |
| 33. 33-602.210 Florida Administrative Code | Records Custodian or by agreement | FDC Use of Force Rule | |

| | | | |
|---|---|---|---|
| 34. Grievance On Prior Attack | Records Custodian or by agreement | Grievance complaining of animus from prior lawsuit | |
| 35. Plaintiff's Medical Records | Records Custodian or by agreement | Records showing medical complaints, exams, and care | |
| 36. Plaintiff's Sick Call Request forms | Records Custodian or by agreement | Sick call request forms submitted by Plaintiff | |
| 37. Chain of Custody (video) | Records Custodian or by agreement | Chain of custody for hand-held and fixed-wing video | |
| 38. Mental health reports | Records Custodian or by agreement | Records relating to mental health care and treatment | |
| 39. Exhibits listed by other parties | Records Custodian or by agreement | | |

Respectfully submitted, */s/James V. Cook*
JAMES V. COOK, ESQ. (FBN 0966843)
314 West Jefferson Street
Tallahassee, FL 32301
(850) 222-8080; (850) 561-0836 fax
cookjv@gmail.com

I CERTIFY a true copy hereof was served by electronic mail on 2/24/2026 on all counsel of record registered with the Court's electronic filing system.

*/s/James V. Cook*

3