SUNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ROBERT SINCLAIR LEE,

    Plaintiff,

v.                                             Case No. 3:24cv321-TKW-HTC

JACOB GRIMM, et al.,

    Defendants.
_____/

## **CONFIDENTIALITY NOTICE**

Unless the presiding judge states otherwise, statements made during a settlement conference are confidential and may not be disclosed by non-parties to individuals who were not present when the statements were made. Any breach of confidentiality will be dealt with by the Court in subsequent proceedings and may result in the imposition of sanctions.[1] Counsel for the defendants is required to: (1) provide a copy of this confidentiality notice to any individuals who will be attending, but not participating, in the settlement conference (e.g., the FDOC employees responsible for escorting the plaintiff); and (2) explain the duty of confidentiality to them and the possible consequences for breaching that duty.

---

[1] *See Herrmann v. Wells Fargo Bank, N.A.*, 2021 WL 890573, at *2 (W.D. Va. Mar. 9, 2021) ("The guarantee of confidentiality is essential to the proper functioning of a settlement conference program. When disclosure of confidential information is particularly extensive or severe, courts often find the breach to be a violation warranting sanction.") (citations omitted).

DONE AND ORDERED this 3rd day of March, 2026.

*/s/ Charles J. Kahn, Jr.*
**CHARLES J. KAHN, JR.
UNITED STATES MAGISTRATE JUDGE**