UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION
Civil Hearing Minutes

# Honorable Charles J. Kahn, Jr., U.S. Magistrate Judge

| | |
|---|---|
| **Case Style:** | *Lee vs. Grimm, Perkins, Young, Hartley, Trumble, Gerenscer, Coates, White* |
| **Case No.:** | 3:24-cr-321/TKW-HTC |
| **Date:** | March 5, 2026 |
| **Hearing:** | Settlement Conference |

**Time Commenced:** 9:00 a.m.   **Time Concluded:** 11:45 a.m.
**Court Reporter:** None

**Present for Plaintiff:**
James V. Cook, Esquire (James V. Cook, PA – Tallahassee, FL)
Plaintiff Robert Sinclair Lee

**Present for Defendants Grimm, Perkins, Young, Hartley, Trumble, Gerenscer, Coates:**
Juanita Villalpando, AAG (Florida Attorney General's Office – Tallahassee, FL)

**PROCEEDINGS:**

| | |
|---|---|
| 9:00 a.m. | Court in session. |
| | Settlement Conference held. |
| | No settlement reached. |
| 11:45 a.m. | Court adjourned. |

_____
Filed in Open Court
March 5, 2026
Deputy Clerk: kli