UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**ROBERT SINCLAIR LEE**,

    **Plaintiff**,

v.                                        **Case No. 3:24-cv-321-TKW-HTC**

**JACOB GRIMM, et al.**,

    **Defendants**.

_____/

## **ORDER**

Upon review of the docket, including the minutes of the settlement conference held by Magistrate Judge Kahn (Doc. 104), it appears that this case is ready to be set for trial.  Accordingly, it is

**ORDERED** that within 7 days from the date of this Order, the parties shall confer and file a notice identifying several mutually agreeable dates and times during the weeks of March 16–20 and March 23–27 for a telephonic case management conference to set this case for trial.

**DONE and ORDERED** this 6th day of March, 2026.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**