## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

**ROBERT SINCLAIR LEE,**

     **Plaintiff,**

**v.**                           **Case No.: 3:24-cv-321-TKW-HTC**

**JACOB GRIMM, et al.,**

     **Defendants.**

**_____/**

## <u>NOTICE OF APPEARANCE OF COUNSEL</u>

Notice is hereby given that the undersigned counsel enters his appearance as counsel of record for **Defendant William Coates, Antonio Gerencser, Jacob Grimm, Gabriel Hartley, Krystal Perkins, Ryan Trumble, Jack White** and **Kyle Young**. Please send all future pleadings and correspondence in this case to the undersigned counsel's attention.

1

Respectfully submitted,

**JAMES UTHMEIER**
**ATTORNEY GENERAL**
Office of the Attorney General
The Capital, PL-01
Tallahassee, Florida 32399-1050
Telephone: (850) 414-3300
Facsimile: (850) 488-4872

/s/ Erik Kverne
Erik Kverne
Corrections Practice Manager – Assistant Attorney General
Florida Bar No. 99829
Erik.Kverne@myfloridalegal.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing *Notice of Appearance of Counsel* has been e-filed and served electronically on counsel of record through CM/ECF system on March 7, 2026.

/s/ Erik Kverne
Erik Kverne
Corrections Practice Manager – Assistant Attorney General
Florida Bar No. 99829
Erik.Kverne@myfloridalegal.com