UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ROBERT SINCLAIR LEE,
    Plaintiff,

vs.

GRIMM, et al.,
    Defendants.

Case No. 3:24-cv-321-TKW-HTC

### NOTICE OF MUTUALLY AGREEABLE DATES FOR TELEPHONIC CASE MANAGEMENT CONFERENCE TO SET CASE FOR TRIAL PURSUANT TO ORDER (DOC. 105)

Notice is hereby given that, pursuant to the Court's March 26, 2026 Order (Doc. 105), the parties have conferred and identified the following dates as mutually agreeable for a telephonic case management conference to set this case for trial: <u>March 23, 24 and 25, 2026</u>. The parties have no starting time preference.

Respectfully Submitted,

*/s/ James V. Cook*
JAMES V. COOK (FBN 0966843)
Law Office of James Cook
314 West Jefferson Street
Tallahassee, FL 32301
(850) 222-8080; 561-0836 fax
cookjv@gmail.com

*/s/ Joshua Tarjan*
Joshua Tarjan (FBN 107092)
The Tarjan Law Firm P.A.
12372 SW 82 Avenue
Pinecrest, FL 33156
(305) 423-8747

1

(323) 243-3186 (cell)
(786) 842-4430 (fax)
josh@tarjanlawfirm.com

*Attorneys for Plaintiff*

I CERTIFY the foregoing was filed electronically on 3/10/2026, serving counsel of record registered with the CM/ECF electronic filing system.

/s/ Joshua Tarjan