UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**ROBERT SINCLAIR LEE**,

    **Plaintiff**,

v.                                                                 Case No. 3:24-cv-321-TKW-HTC

**JACOB GRIMM, et al.**,

    **Defendants**.

_____/

## NOTICE OF TELEPHONIC CASE MANAGEMENT CONFERENCE

**TAKE NOTICE** that a telephonic case management conference in this case has been set before Judge T. Kent Wetherell, II as described below:

    **DATE**:             Monday, March 23, 2026

    **TIME**:             1:00 P.M. C.T.

    **CONFERENCE CALL INFORMATION**:   All parties are directed to call the Webex Conference Line.  You may dial into the conference call up to five minutes before the start time.  Call in number: **855-244-8681**.  When prompted for an access code, enter: **2306 684 7474#**.  You are now in the conference call.  **Please state your name after entering the conference call**.  Remember to

mute your phone when you are not speaking. It is advised that counsel NOT use cell phones or speaker phones during the call as the quality of the audio connection is compromised by these devices.

**NOTE**: If anyone participating in this conference has a disability that requires special accommodation, please contact the Clerk's office as immediately as possible so arrangements can be made.

**DONE and ORDERED** this 11th day of March, 2026.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**