**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**
**Civil Hearing Minutes**
## Honorable T. Kent Wetherell, II, U.S. District Judge

| | |
|---|---|
| **Case Style:** | *Lee vs. Grimm, Perkins, Young, Hartley, Trumble, Gerenscer, Coates, White* |
| **Case No.:** | **3:24-cv-321/TKW-HTC** |
| **Date:** | **March 5, 2026** |
| **Hearing:** | **Telephonic Case Management Conference** |

| | | | |
|---|---|---|---|
| **Time Commenced:** | **1:00 p.m.** | **Time Concluded:** | **1:18 p.m.** |
| **Court Reporter:** | **Julie Wycoff, OCR** | | |

**Present for Plaintiff:**
James V. Cook, Esquire
Joshua M. Tarjan, Esquire

**Present for Defendants Grimm, Perkins, Young, Hartley, Trumble, Gerenscer, Coates:**
Erik Kverne, AAG, (Florida Attorney General's Office)
Juanita Villalpando, AAG (Florida Attorney General's Office)

**PROCEEDINGS:**

| | |
|---|---|
| 12:59 p.m. | Court in session. |
| | Telephonic Case Management held. |
| 1:18 p.m. | Court adjourned. |

---

Filed in Open Court
March 23, 2026
Deputy Clerk: kli