UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**ROBERT SINCLAIR LEE**,

      **Plaintiff**,

**v.**                                  **Case No. 3:24-cv-321-TKW-HTC**

**JACOB GRIMM, et al.**,

      **Defendants**.

_____/

## <u>ORDER</u>

This case is before the Court based on "Plaintiff's Agreement to Settlement Notice" (Doc. 111).  This filing is a legal nullity because a party who is represented by counsel (as Plaintiff is) cannot file pro se documents.  *See* N.D. Fla. Loc. R. 11.1(F).

That said, it appears from the substance of this filing that a resolution of this case may still be possible.  It is unknown whether Plaintiff's filing accurately describes the offer that Defendants made at the settlement conference or whether that offer is still on the table, but if it is, the sooner the case gets resolved the better for all concerned because pre-trial filings are due soon, *see* Doc. 110 at ¶¶4, 5, and the Court can use the time blocked on the calendar for this trial for other matters.

Accordingly, it is **ORDERED** that:

1.      "Plaintiff's Agreement to Settlement Notice" (Doc. 111) is **STRICKEN** under Local Rule 11.1(F) as an unauthorized pro se filing.

2.      Within 14 days from the date of this Order, counsel for the parties shall confer about the substance of Plaintiff's filing and file a notice with the Court indicating whether this case is (or is likely to be) resolved.

**DONE and ORDERED** this 4th day of June, 2026.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**

2