**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**ROBERT SINCLAIR LEE,**
    **Plaintiff,**

**v.**                                  **Case No.: 3:24-cv-321-TKW-HTC**

**JACOB GRIMM, et al.,**
    **Defendants.**
_____/

## <u>NOTICE OF SETTLEMENT</u>

Defendants Coates, Gerencser, Grimm, Hartley, Perkins, Trumble, White and Young ("Defendants") provide notice, through undersigned, that settlement has been reached in this case. After the settlement documentation is completed and the terms of the settlement are fulfilled, Plaintiff and Defendants will file a Joint Stipulation for Voluntary Dismissal of Plaintiff's claims against Defendants.

                                        Respectfully submitted,
                                        **JAMES UTHMEIER**
                                        ATTORNEY GENERAL

                                        */s/ Juanita Villalpando*
                                        Juanita Villalpando (FBN 1036083)
                                        Assistant Attorney General
                                        Office of the Attorney General
                                        Civil Litigation Division
                                        The Capitol, PL-01
                                        Tallahassee, Florida 32399
                                        (850) 414-3300
                                        Juanita.Villalpando@myfloridalegal.com
                                        *Counsel for Defendants*

1

2

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing *Notice of Settlement* was e-filed and served on counsel of record through CM/ECF on June 18, 2026.

<u>*/s/Juanita Villalpando*</u>
Juanita Villalpando