# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### PENSACOLA DIVISION

**ROBERT SINCLAIR LEE,**

    **Plaintiff,**

**v.**                                                      **Case No. 3:24-cv-321-TKW-HTC**

**JACOB GRIMM**, **et al.**,

    **Defendants**.

_____/

## <u>ORDER</u>

Based on Defendants' notice of settlement (Doc. 113), it is **ORDERED** that:

1.    The pretrial conference and trial are canceled.

2.    The parties shall file a status report 45 days from the date of this Order

(and every 30 days thereafter) if a stipulation of dismissal has not been filed by then.

**DONE and ORDERED** this 22nd day of June, 2026.

_____

**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**