To:
CLERK, US DISTRICT COURT

MA'AM oR SiR,
Excuse me I am the plaintiff in case # 3:24-w-321-TKW-HTC
Lee v. Grimm ET.AL. I agreed to settle out in the case.
However, I wasn't given A W-9 TAX FORM to sign !!!
I don't Know iF it's changed but I signed the FORM in
A prior case. [I did sign the settlement & release agreement]
        So would you let me Know iF JUDGMENT ORDER
Bees entered ?

                    Respectfully,
                        ROBERT Lee # T15204
                        SANTA ROSA C.I.
                        5850 EAST MILTON RD.
                        MILTON, FLORIDA 32583

RCV'D
FILED USDC FLND PN
JUL 6 '26 PM4:05

G-30-2026

Robert Lee # T15204
Santa Rosa Correctional Institution
5850 EAST MILTON ROAD
Milton, FLORIDA 32583

PENSACOLA FL 325
MAILED FROM A STATE
CORRECTIONAL INSTITUTION AM 2 L



250

CLERK, United States District Court
1 NORTH PALAFOX STREET
PENSACOLA, FLORIDA 32502

LEGALMAIL 32502-565850

