**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**ROBERT SINCLAIR LEE**,

      **Plaintiff**,

**v.**                                     **Case No. 3:24-cv-321-TKW-HTC**

**JACOB GRIMM**, **et al.**,

      **Defendants**.

_____/

## <u>ORDER STRIKING PRO SE FILING</u>

This case is before the Court based on Plaintiff's letter (Doc. 115) asking about a settlement document and the status of the settlement. This filing is unauthorized because Plaintiff is represented by counsel. *See* N.D. Fla. Loc. R. 11.1(F) ("A party who is represented by an attorney must appear only through the attorney; the party may not file documents … on the party's own behalf."). Accordingly, it is

      **ORDERED** that:

      1.     Plaintiff's letter (Doc. 115) is **STRICKEN** as unauthorized.

      2.     Plaintiff's inquiries about settlement documents and the status of the settlement should be directed to his attorneys, James Cook (P.O. Box 10021,

Tallahassee, FL 32302) or Joshua Tarjan (12372 SW 82nd Avenue, Pinecrest, FL 33156).

    **DONE and ORDERED** this 8th day of July, 2026.

                        _____

                        **T. KENT WETHERELL, II**
                        **UNITED STATES DISTRICT JUDGE**