# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

**ROBERT SINCLAIR LEE,**

      **Plaintiff,**

**v.**                               **Case No.: 3:24-cv-321-TKW-HTC**

**JACOB GRIMM, et al.,**

      **Defendants.**

_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**Coates, Gerencser, Grimm, Hartley, Perkins, Trumble, White and Young** ("Defendants"), through counsel, and **Robert Sinclair Lee, DC# T15204**, ("Plaintiff"), through counsel, hereby stipulate to dismissal of this action with prejudice, pursuant to Rule 41(a)(1)(A)(ii), Fed. R. Civ. P., with each party to bear their own costs and fees. The issues between the above parties have been resolved through settlement.

Respectfully submitted,

JAMES UTHMEIER
ATTORNEY GENERAL

/s/ James V. Cook                           /s/ Juantia Villalpando

James V. Cook (FBN 966843)         Juanita Villalpando (FBN 1036083)

Law Office of James Cook           Assistant Attorney General

314 W. Jefferson St.                Office of the Attorney General

Tallahassee, FL 32301-1608       The Capitol, PL-01

(850) 222-8080                     Tallahassee, Florida 32399-1050

1

*Counsel for Plaintiff*

DATED: __7/15/26__

Telephone: (850) 414-3300
*Counsel for Defendants*

DATED: __7/15/26__

Respectfully submitted,

**JAMES UTHMEIER**
ATTORNEY GENERAL

*/s/ Juanita Villalpando*
Juanita Villalpando (FBN 1036083)
Assistant Attorney General
Office of the Attorney General
Civil Litigation Division
The Capitol, Suite PL-01
Tallahassee, Florida 32399
Telephone: (850) 414-3300
Juanita.Villalpando@myfloridalegal.com
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing *Joint Stipulation of Dismissal with Prejudice* has been electronically filed through the CM/ECF system and served on Plaintiff's counsel of record on July 15, 2026.

*/s/ Juanita Villalpando*
Juanita Villalpando

2